# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| | | |
|---|---|---|
| APRIL CONNOLLY<br>*Plaintiff*<br>v.<br>LINCOLN NATIONAL LIFE INSURANCE COMPANY<br>*Defendant* | ) ) ) ) ) ) ) | Civil Action No. 5:23-cv-339-DCR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lincoln National Life Insurance Company
Serve: Process Agent (via Certified Return Receipt Mail)
Corporation Service Company
421 West Main Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: K. Cody Allison
Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF KENTUCKY

CLERK OF COURT

Date: 12/15/2023

Robert R. Carr by Kendra Fugate, Deputy Clerk
*Signature of Clerk or Deputy Clerk*