UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| APRIL CONNOLLY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 23-339-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is pending for consideration of Defendant Lincoln National Life Insurance Company's motion for *pro hac vice* admission of attorney Iwana Rademaekers. [Record No. 4] Having considered the motion and finding that the requirements of Local Rule 83.2 have been satisfied, it is hereby

**ORDERED** that the motion for *pro hac vice* admission [Record No. 4] is **GRANTED**.

Dated: January 16, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky