**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | | |
|---|---|---|
| **APRIL CONNOLLY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 5:23CV00339-DCR** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>REPORT OF PARTIES' RULE 26(f) PLANNING MEETING</u>**

1. Pursuant to the Court's Order of January 16, 2024, and Fed. R. Civ. P. 26(f), a meeting was held on January 30, 2024, and was attended by Andrew Hickman on behalf of Plaintiff April Connolly ("Plaintiff") and Iwana Rademaekers on behalf of Defendant The Lincoln National Life Insurance Company ("Lincoln" or "Defendant"), and the Parties discussed the nature and basis of their remaining claims and defenses, the possibility of settlement or resolution of this case, and a proposed discovery plan. After conferring, counsel for the parties have agreed upon the following:

2. The parties assert that this case is excluded from the initial disclosure requirements of Rule 26(a)(1) on the basis that this is "an action for review on an administrative record." Fed. R. Civ. P. 26(a)(1)(E)(i). Nevertheless, Defendant has already served a copy of the Administrative Record ("AR") on Plaintiff and the parties agree that service of the AR by Defendant on Plaintiff satisfies the requirements of service of any initial disclosures under Rule 26(a).

3. The above-styled action is a claim by Plaintiff for recovery of disability benefits. Plaintiff and Defendant agree Plaintiff's claims are governed by the Employee Retirement Income Security Act of 1974, as amended 29 U.S.C. §1001, et seq. ("ERISA"). As such, the parties believe

the most cost-effective and prudent manner to resolve the litigation is to submit this action to the Court on a stipulated record and briefing schedule. Accordingly, the parties request a scheduling order containing the deadlines suggested in Paragraph (c) below in lieu of the deadlines requested in a standard schedule.

(a) Any otherwise discoverable electronically stored information generated as part of the claim process will be produced as part of the claim file, and disclosure or discovery of any other information in the nature of ESI can be handled in accordance with the Federal Rules of Civil Procedure. As this is an ERISA benefits case, Defendant believes no discovery beyond the Administrative Record is appropriate. Any discovery taken will be limited by the fact that this is an action seeking the recovery of ERISA benefits under 29 U.S.C. § 1132(a), and as such the Court's review is generally limited to a review of the information available to the claim decision-maker at the time the final benefit determination was made. Plaintiff contends that limited discovery may be permitted after an initial showing demonstrating the existence of conflict of interest/bias or violation of due process on the part of the decision-maker. Moreover, there is the possibility that the parties will disagree as to what constitutes the Administrative Record. The parties anticipate that discovery can be reasonably completed on or before May 28, 2024.

(b) The deadline for Plaintiff to amend pleadings or join parties shall be March 14, 2024. The deadline for Defendant to amend pleadings or join parties shall be March 28, 2024.

(c) As stated above, this is an ERISA benefits case and the parties believe the most cost-effective and prudent manner to resolve the litigation is to submit this action to the Court on a stipulated record and briefing schedule. To facilitate the submission of the case to the Court, the parties propose the following deadlines in lieu of the deadlines requested in a standard schedule:

1. May 28, 2024 - Deadline to Complete Discovery.

2. June 27, 2024 - Deadline to file Stipulated Administrative Record.

3. July 29, 2024 - Deadline to file cross motions for summary judgment.

4. August 26, 2024 - Deadline to file response briefs.

5. September 9, 2024 - Deadline to file reply briefs.

(d) The parties anticipate that discovery can be reasonably completed on or before May 28, 2024.

(e) The parties will not submit witness or exhibit lists because the case will be submitted for decision via dispositive briefs on the merits. As this is an ERISA benefits case, the parties believe the most cost-effective and prudent manner to resolve the litigation is to submit this action to the Court on a stipulated record and briefing schedule. Accordingly, the parties propose the deadlines in paragraph (c) above in lieu of the deadlines requested in a standard schedule.

(f) In the unlikely event that the parties do not resolve the case through settlement or cross motions for summary judgment, and as jury trials are not available under ERISA, the parties will request a bench trial and anticipate that it will take 8-12 hours to present the evidence in this case.

(g) In the unlikely event that the parties do not resolve the case through settlement or cross motions for summary judgment, the earliest date by which this case should reasonably be ready for trial after due consideration of such motions is December 27, 2024. However, the parties propose the deadlines in paragraph (c) above in lieu of the deadlines requested in a standard schedule.

(h) The Parties do not desire a scheduling conference before entry of a scheduling order.

(i) The Parties will not consent to the referral of this case to a Magistrate Judge for all further proceedings in this case, including trial, pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and L.R. 73.1.

Respectfully submitted this 31st day of January 2024.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**AND**

By: /s/ Andrew M. Hickman
K. Cody Allison, KY Bar No. 97985
Andrew M. Hickman, KY Bar No. 99193
CODY ALLISON & ASSOCIATES, PLLC
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
Telephone: (615) 234-6000
Fax: (615) 727-0175
cody@codyallison.com
drew@codyallison.com

ATTORNEY FOR PLAINTIFF