UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| APRIL CONNOLLY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 23-339-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | **SCHEDULING ORDER** |
| | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Having reviewed the parties' joint report [Record No. 9] and being sufficiently advised, it is hereby

**ORDERED** that the following schedule is adopted for disposition of this case:

1. The defendant is directed to file the administrative record with the Court on or before **April 8, 2024**. Should the plaintiff have objections to the content of the administrative record filed with the Court, such objections should be filed on or before **April 22, 2024**.

2. No later than **May 8, 2024**, the parties are directed to file any motions to amend pleadings and/or join additional parties.

3. Should the plaintiff seek to take discovery as may be allowed in ERISA actions, the plaintiff is directed to serve such proposed discovery on or before **May 22, 2024**.

4. The defendant is directed to: (i) respond to the proposed discovery or (ii) notify the plaintiff in writing that the plaintiff is not entitled to conduct the proposed discovery, or that all or a portion of the proposed discovery is outside the bounds of discovery permitted in a claim seeking the recovery of an ERISA benefit by no later than **June 24, 2024**.

5. Should the parties be unable to agree regarding any proposed discovery, the plaintiff is directed to file any motion concerning the proposed discovery no later than **July 1, 2024**.

6. On or before **August 1, 2024**, the parties are directed to either (a) stipulate to the standard of review applicable to this action or (b) submit memoranda of points and authorities regarding the standard of review applicable to this action. These memoranda should not exceed eight (8) pages.

7. The parties are directed to file motions for judgment, together with supporting memoranda, on or before **September 2, 2024**, or if any motions concerning discovery remain pending with the Court at that date, within **sixty (60) days** after the resolution of discovery motions and the close of discovery.

8. Responses are due no later than **thirty (30) days** after the parties file motions for judgment.

9. Reply briefs are due no later than **fifteen (15) days** after the parties file response briefs.

10. The parties may request oral argument by separate motion or through their briefs if they believe that oral argument would assist the Court in resolving any of the issues.

Dated: March 8, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky