**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | | |
|---|---|---|
| **APRIL CONNOLLY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 5:23CV00339-DCR** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD</u>**

Defendant The Lincoln National Life Insurance Company ("Defendant") files Defendant's Submission of Administrative Record pursuant to the Order entered by the Court on March 8, 2024 (Document 10).

1. Group Disability Income Policy (Lincoln/Connolly 0001-0054);

2. November 1, 2023, correspondence containing decisions on appeal (Lincoln/Connolly 0077-0083);

3. The Administrative Record (Lincoln/Connolly 0055-0076, 0084-1314).

Dated this 8th day of April 2024.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Kentucky, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

K. Cody Allison, Esq.
cody@codyallison.com

Andrew M. Hickman, Esq.
drew@codyallison.com

| | |
|---|---|
| April 8, 2024 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |