**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 12027405 Claim Last Updated 10/31/2023 Printed On 12/27/2023

Claimant Information

Name APRIL CONNOLLY
SSN
Birth Date
Address
Salary Amount $ 5153.20
Mode M
Date of Hire 11/03/2016
Last Work Date 06/09/2021
Federal Tax Employee Option
State Tax No
Phone
Phys Demands Sedentary
JobDesc ASSOC MEDICAL STAFF

Claim Status Closed
Status Reason Not TD Own Occ
Received Date 11/05/2021
Disability Date 06/10/2021
Close Date 01/21/2023
Reopen Date 12/10/2021
Sick Days Left 182
Max Ben Date 12/08/2023
RTW FT / PT
Ben Begin Date 12/09/2021
Apprv Thru Date 01/20/2023
Gross Ben $
Diagnosis 1 Code/Desc F44.81 Dissociative identity disorder
Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 03 - 510527 CSL BEHRING LLC.
Subsidiary 2015 PLASMA
Location 10053000 LEXINGTON 053
Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2017
Class 04 ACTIVE NON-UNION EMPLOYEES ELECTING THE BUY-UP - PLASMA
Waiting Period: New/Mode-Current/Mode 0 0 Days in WRKWK
Elimination Period: Days/Type 180 Mental-Nervous
COLA: Mode/Duration
Successive Period: Period/Mode 6 Month
SS Integration:Type/Value FSS
Partial Disability Type/Pct QRP+ 7.00
Survivor Ben Months/Wait Period 6 90
Non-Verifiable Symptoms Limit
Own Occupation Definition Limit 24
M/N Limit 24
Benefit %
Max Benefit $
Min Benefit $
Employer Contr % 54.00
Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 04 | 01/01/2020 |
| PD | 01 | STD | 3B | 11/03/2016 |

Additional Information:

EXHIBIT

3

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 11495594 Claim Last Updated 08/08/2022 Printed On 12/27/2023

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | APRIL CONNOLLY | SSN | | Birth Date | |
| Address | | Salary Amount $ | 2378.40 | Mode | B |
| | | Date of Hire | 11/03/2016 | | |
| | | Last Work Date | 06/09/2021 | | |
| | | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Sedentary | | |

JobDesc ASSOC MEDICAL STAFF

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Max Dur/To LTD | Received Date | 06/16/2021 |
| Disability Date | 06/10/2021 | Close Date | 12/09/2021 | Reopen Date | 08/05/2021 |
| Sick Days Left | | Max Ben Date | 12/08/2021 | RTW FT / PT | |
| Ben Begin Date | 06/17/2021 | Apprv Thru Date | 12/08/2021 | Gross Ben $ | |

Diagnosis 1 Code/Desc F44.81 Dissociative identity disorder

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 03 - 510527 CSL BEHRING LLC.

Subsidiary 2015 PLASMA

Location 10053000 LEXINGTON 053

Symb PD Numeral 01 Product STD Funding ASO Bank N Calcs Y Cntr Eff 01/01/2017

Class 3B ACTIVE, FULL-TIME HOURLY EMPLOYEES - PLASMA - BUY UP 1

Waiting Period: New/Mode-Current/Mode 0 | | 0 | Days in WRKWK 7

Elimination Period: Days/Type 7 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 15 Day SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 04 | 01/01/2020 |
| PD | 01 | STD | 3B | 11/03/2016 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 12027405 **Accommodation Number**

**Note type:**

Primary Sort Order
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

**12/27/2023 10:11 AM - CLAIM Note 87**
Claim/Event/Leave: 12027405
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [12/27/2023 - ODGAARD, EDITH]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**10/31/2023 3:08 PM - CLAIM Note 86**
Claim/Event/Leave: 12027405
NoteSubject : Appeal
Other Subject : OUT-UPHOLD
Text: [10/31/2023 - MACALLISTER, LISA]APPEAL UPHOLD. ADDITIONAL INFO DOES NOT ALTER PREVIOUS ASSESSMENT***ATTY DOES NOT WITH TO SUBMIT ANY ADDITIONAL POTENTIALLY MISSING INFO***LETTER TO ATTY/ER.

**10/24/2023 6:29 AM - PHONE Note 23**
Claim/Event/Leave: 12027405
NoteSubject : Other Called
Other Subject : ATTY PAYNE
Text: [10/24/2023 - MACALLISTER, LISA]LEFT MSG CONFIRMING HE DOUBLE CHECKED- THERE IS NO FURTHER INFO TO SUBMIT. NO ADDITIONAL RECORDS ON HAND OR AVAILABLE WITH EE. GO AHEAD AND PROCEED WITH APPEAL REVIEW BASED ON AVAILABLE INFO.

**10/20/2023 5:57 PM - PHONE Note 22**
Claim/Event/Leave: 12027405
NoteSubject : Called Other
Other Subject : ATTY PAYNE
Text: [10/20/2023 - MACALLISTER, LISA]SPOKE W/ ATTY PAYNER REGARDING INFO IN FILE. HE WANTS TO REVIEW AGAIN AND SEE IF HE HAS ANY ADDITIONAL RECORDS HE DIDN'T SUBMIT OR WANTS TO RESPOND. WILL CALL BACK MONDAY. NO ACTION YET- WILL WAIT FOR CALL MONDAY.

**10/17/2023 2:43 PM - PHONE Note 21**
Claim/Event/Leave: 12027405
NoteSubject : Other Called
Other Subject : ATTY PAYNE
Text: [10/17/2023 - MACALLISTER, LISA]ATTY PAYNE LEFT MSG- REVIEWED PEER AND WILL NOT BE SUBMITTING ANYTHING ADDITIONAL. NO NEED TO CALL BACK- PROCEED WITH DECISION BASED ON AVAILABLE INFO.

**10/13/2023 4:09 PM - PHONE Note 20**
Claim/Event/Leave: 12027405
NoteSubject : Called Other
Other Subject : ATTY PAYNE
Text: [10/13/2023 - MACALLISTER, LISA]ATTY PAYNE OFFICE- LEFT MSG FOR BARB. ATTY LEFT MSG AT 1059AM REQUESTING CONFIRMATION JUST 1 PEER NEEDED REVIEW.

**10/10/2023 6:34 AM - CLAIM Note 85**
Claim/Event/Leave: 12027405
NoteSubject : Appeal
Other Subject : RTR DUE 10/25
Text: [10/10/2023 - MACALLISTER, LISA]UPDATED RTR DUE 10/25***COPIES OF REVIEW/ ORIGINAL RTR EMAILED TO ATTY

**10/09/2023 11:02 AM - PHONE Note 19**
Claim/Event/Leave: 12027405
NoteSubiect : Called Other

NoteSubject : Called Other
Other Subject : ATTY PAYNE
Text: [10/09/2023 - MACALLISTER, LISA]ATTY PAYNE LEFT MSG ON VM FRIDAY EVENING**ATTEMPTED TO RTC- LEFT MSG ON OPTION 8 CONFIRMING WILL EXTEND DEADLINE AS HE DID NOT RECEIVE ORIGINAL FAX BUT DID RECEIVE EMAIL.

**10/09/2023 11:01 AM - CLAIM Note 84**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : EMAIL FROM ATTY
Text: [10/09/2023 - MACALLISTER, LISA]LETTER RECD REQUESTING UNTIL 10/25 FOR RESPONSE (DID NOT RECEIVE ORIGINAL RTR).

**09/14/2023 12:24 PM - CLAIM Note 83**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/14/2023 - LAVOIE, DIANE]INVOICE RECEIVED ON 9/14/23 AND DATED 9/10/23 FROM RRS, INVOICE #91858-1 IN THE AMOUNT OF $800.00 FOR PEER REVIEW . INVOICE PAID IN FULL.

**09/12/2023 9:57 AM - CLAIM Note 82**
Claim/Event/Leave: 12027405
NoteSubject : Appeal
Other Subject : RTR DUE 10/3
Text: [09/12/2023 - MACALLISTER, LISA]PEER RECEIVED- SENT TO ATTY FOR REVIEW***RTR DUE 10/3

**09/12/2023 9:57 AM - CLAIM Note 81**
Claim/Event/Leave: 12027405
NoteSubject : Peer Review
Other Subject : PSYCH
Text: [09/12/2023 - MACALLISTER, LISA]PEER RECEIVED/REVIEWED

**09/06/2023 1:08 PM - CLAIM Note 80**
Claim/Event/Leave: 12027405
NoteSubject : Appeal
Other Subject : VENDOR INQUIRY
Text: [09/06/2023 - MACALLISTER, LISA]EMAIL TO VENDOR FOR STATUS OF PEER REVIEW

**08/30/2023 4:18 PM - CLAIM Note 79**
Claim/Event/Leave: 12027405
NoteSubject : Med Records Rcvd
Other Subject : ATY SUBMISSION
Text: [08/30/2023 - MACALLISTER, LISA]ADDITIONAL RECORDS RECD FROM TRAUMA INFORMED COUNSLING SESSION DATED 8/15/22 (DUPLICATE)

**08/22/2023 8:50 PM - CLAIM Note 78**
Claim/Event/Leave: 12027405
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 8/22/2023 - REFERRED TO RELIABLE REVIEW SERVICES FOR PEER REVIEW.

**08/21/2023 12:34 PM - CLAIM Note 77**
Claim/Event/Leave: 12027405
NoteSubject : Appeal
Other Subject : STATUS
Text: [08/21/2023 - MACALLISTER, LISA]PENDING PEER REVIEW***LETTER TO ATTY.

**08/21/2023 12:30 PM - PHONE Note 18**
Claim/Event/Leave: 12027405
NoteSubject : Called Other
Other Subject : ATTY OFFICE
Text: [08/21/2023 - MACALLISTER, LISA]SPOKE W/ BARB. CONFIRMED INFO RECD FROM M BENNETT COMPLETES APPEAL. OKAY TO MOVE FWD WITH REVIEW. ADVISED HER I WOULD START REVIEW NOW.

**08/21/2023 11:13 AM - CLAIM Note 76**
Claim/Event/Leave: 12027405
NoteSubject : Appeal
Other Subject : ADDITIONAL INFO
Text: [08/21/2023 - MACALLISTER, LISA]RTR RESPONSE FROM ATTY DATED 8/18/23. INCLUDED A LETTER FROM MICHAEL BENNETT DATED 8/15/2(2).[08/21/2023 - MACALLISTER, LISA]TOLLING DUE 9/4

**08/04/2023 3:50 PM - CLAIM Note 75**
Claim/Event/Leave: 12027405
NoteSubject : Appeal
Other Subject : TOLLING DUE 9/4
Text: [08/04/2023 - MACALLISTER, LISA]TOLLING DUE 9/4***ACK/TOLLING LETTER TO ATTY.

**08/04/2023 2:34 PM - PHONE Note 17**
Claim/Event/Leave: 12027405
NoteSubject : Other Called
Other Subject : ATTY PAYNE
Text: [08/04/2023 - MACALLISTER, LISA]ATTY PAYNE LEFT MSG INDICATING APPEAL NOT COMPLETE. PARALEGAL BARB. ***RTC TO ATTY 615-234-6000 CONFIRMED RECD MSG/ WILL TOLL FOR ADDITIONAL 30 DAYS FOR MISSING RECORDS- WILL SEND UPDATED LETTER.

**07/27/2023 6:00 PM - CLAIM Note 74**
Claim/Event/Leave: 12027405
NoteSubject : Appeal
Other Subject : STATUS
Text: [07/27/2023 - MACALLISTER, LISA]ACK/REQ RTC BY 8/10 TO CONFIRM IF APPEAL COMPLETE***LETTER TO ATTY. WE RECEIVED YOUR REQUEST FOR REVIEW OF THE RECENT CLAIM DETERMINATION ON THIS LTD CLAIM ON JULY 19, 2023 (17-PAGES TOTAL). ON JULY 24, 2023, WE RECEIVED A DUPLICATE COPY OF THE JUNE 19, 2023 SUBMISSION WITH ACCOMPANYING DOCUMENTS (36-PAGES TOTAL) INCLUDING: EXHIBIT A- THE JANUARY 20, 2023 DENIAL LETTER EXHIBIT B- THE DECEMBER 20, 2022, JANUARY 4, 2023, JANUARY 11, 2023, JANUARY 18, 2023,JANUARY 25, 2023, FEBRUARY 8, 2023, FEBRUARY 22, 2023, MARCH 8, 2023, MARCH 22, 2023, APRIL 5, 2023, MAY 3, 2023, JUNE 9, 2023, AND JUNE 28, 2023 NOTES FROM MICHAEL BENNETT EXHIBIT C- AUTHORIZATION

**07/27/2023 5:36 PM - PHONE Note 16**
Claim/Event/Leave: 12027405
NoteSubject : Other Called
Other Subject : ATTY PAYNE
Text: [07/27/2023 - MACALLISTER, LISA]ATTY PAYNE LEFT MSG INDICATING HE HAS BEEN OUT OF THE OFFICE HELPING WITH THE BAR ASSOCIATION BUT WILL REVIEW EES CLAIM AND CONFIRM IF APPEAL COMPLETE OR NOT WITHIN A FEW DAYS. APPEAL NOT CONFIRMED COMPLETE YET- NEEDSTO REVIEW AND DETERMINE IF SUPPLEMENTAL INFO.

**07/25/2023 4:00 PM - PHONE Note 15**
Claim/Event/Leave: 12027405
NoteSubject : Called Other
Other Subject : ATTY PAYNE
Text: [07/25/2023 - MACALLISTER, LISA]615-234-6000 ATTY PAYNE ATTEMPTED- REQ C/B TO CONFIRM IF APPEAL COMPLETE. LEFT NUMBER AND DISABILITYDOCUMENTS@LFG.COM FOR RESPONSE.

**07/21/2023 2:04 PM - CLAIM Note 73**
Claim/Event/Leave: 12027405
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [07/21/2023 - MACALLISTER, LISA]PRESCREEN COMPLETED. CODING IS ACCURATE. LIFE FI ERISA. CLAIM FILED 06/16/2021. JD ON FILE. AUTH ON FILE. CLAIM DENIED NOT TD OWN OCC, DATE OF DENIAL WAS 01/20/2023. APPEAL TIMEFRAME IS 180 DAYS, APPEAL DUE 07/19/2023.LETTER OF APPEAL RECEIVED 07/19/2023. ATTORNEY REPRESENTED. ACTION PLAN: FURTHER ACTION PENDING A COMPLETE REVIEW OF THE CLAIM FILE.[09/28/2023 - MACALLISTER, LISA] CORRECTION LTD FI ERISA

**07/21/2023 8:01 AM - CLAIM Note 72**
Claim/Event/Leave: 12027405
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [07/21/2023 - AVERILL, REBECCA]ASSIGNED TO LISA MACALLISTER

**07/20/2023 8:50 PM - CLAIM Note 71**
Claim/Event/Leave: 12027405
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 7/20/2023 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**07/20/2023 12:57 PM - CLAIM Note 70**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [07/20/2023 - PELLETIER, BRANDY]AGREE WITH RECOMMENDATION TO REFER CLAIM TO ARU. APPEAL RCVD VIA ATTY OFFICE ON 7/19/2023 WITHIN FILE OF MEDICAL DOCUMENTATION.

**07/20/2023 11:09 AM - CLAIM Note 69**
Claim/Event/Leave: 12027405
NoteSubject : Ref to Appeals
Other Subject : ARU
Text: [07/20/2023 - BOLING, ROBERT]DCM RECOMMENDING REFERRAL TO APPEALS AT THIS TIME

**02/14/2023 10:27 AM - CLAIM Note 68**
Claim/Event/Leave: 12027405
NoteSubject : Social Security
Other Subject :

Other Subject :
Text: [02/14/2023 - LATOUR, REBEKAH]SS DENIED, NO APPEAL

**02/03/2023 2:19 PM - OVERPMT Note 1**
Claim/Event/Leave: 12027405
NoteSubject : OP/SS
Other Subject : SS PENDING
Text: [02/03/2023 - CARMICHAEL, CHERYL]FILE RECEIVED AS A CLOSED CLAIM WITH SS PENDING CURRENTLY WITH CODY ALLISON & ASSOCIATES - SAMUEL PAYNE. SENT LETTER TO CLAIMANT/ATTORNEY TO CONTACT LINCOLN IMMEDIATELY UPON RECEIPT OF AWARD LETTER. SS PENDING FILECLOSED AT THIS TIME. IF AWARD INFO PROVIDED, REFERRAL WILL BE REOPENED TO CALCULATE OVERPAYMENT.

**01/26/2023 6:14 AM - CLAIM Note 67**
Claim/Event/Leave: 12027405
NoteSubject : Social Security
Other Subject : FILE CLOSED
Text: [01/26/2023 - SMITH, TAMMY]UPON REVIEW CLAIM CLOSED WITH SS APP PENDING. SENT CLOSED CLAIM WITH SS PENDING LETTER. CLOSED SSDI RECORD

**01/24/2023 9:26 AM - CLAIM Note 66**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : TASK
Text: [01/24/2023 - BOLING, ROBERT]SSDI STATUS EQUALS PENDING - REFER TO THE OP UNIT FOR TRACKING.///EXCEPTION AS DCM REFERRED TO FRS

**01/23/2023 8:50 PM - CLAIM Note 65**
Claim/Event/Leave: 12027405
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY PENDING HAS BEEN RECEIVED AND ASSIGNED TO REBEKAH LATOUR.

**01/23/2023 8:50 PM - CLAIM Note 64**
Claim/Event/Leave: 12027405
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY PENDING.WITH A REASON OF .COMMENTS: N/A

**01/23/2023 10:19 AM - CLAIM Note 63**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/23/2023 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 01/17/2023 AND DATED 01/13/2023 FROM EXAMWORKS INC. INV# 83917-1, IN THE AMOUNT OF $800.00 FOR PEER REVIEW PERFORMED BY EDWARD CHAI WITH A SPECIALTY OF PSYCHIATRY. PAID INVOICE IN FULL

**01/20/2023 10:13 AM - CLAIM Note 62**
Claim/Event/Leave: 12027405
NoteSubject : LTR to Atty
Other Subject : CLOSED
Text: [01/20/2023 - BOLING, ROBERT]CLOSURE LETTER SENT TO EE ATTY

**01/19/2023 5:57 PM - CLAIM Note 61**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [01/19/2023 - INGRAM, KEAHTI]AGREE WITH CLAIM CLOSURE

**01/19/2023 2:12 PM - PHONE Note 14**
Claim/Event/Leave: 12027405
NoteSubject : Called EE
Other Subject : SOCIAL SECURITY
Text: [01/19/2023 - HUNTER, SHANNON]REACHED OUT TO THE FRANK JENKINS LAW OFFICE TO GET STATUS UP SSDI APP. AT TIME OF CALL SPOKE WITH MYRA WHOM STATED THAT ALL INTAKE REPS WERE BUSRY AT TIME OF CALL BUT PROVIDED CONTACT INFO AND REASON FOR CALL. WAS ADVISED THAT A I WOULD RCV A RETURN CALL.

**01/17/2023 11:54 AM - CLAIM Note 60**
Claim/Event/Leave: 12027405
NoteSubject : Ref to Other
Other Subject : NOT TD
Text: [01/17/2023 - BOLING, ROBERT]DCM RECOMMENDING NOT TD CLOSURE AT THIS TIME. LDW 6/9/2021 DOD 6/10/2021 LTD BBD 12/9/2021 CID 12/9/2023. EE IS A 40 YOF WITH PRESUMED MEDIUM OCC- MEDICAL STAFF ASSOC. DX: DISSOVIATIVE IDENTITY DISORDER, PTSD, ANXIETY. EETREATS WITH AP BENNETT. CLAIM ORIGINALLY DENIED NOT TD OWN OCC. CP REVIEW COMPLETED ON APPEAL IS SUPPORTIVE OF RL'S OF NO WORK THROUGH AT LEAST MARCH 2022.

UPDATED TREATMENT PLANS/UPDATES REQUESTED FROM AP BENNETT ON APPEAL CP REVIEW. UPDATED CPREVIEW COMPLETED JAN 2023 IS NOT SUPPORTIVE OF ANY ONGOING RL'S.[01/17/2023 - BOLING, ROBERT]SINCE THERE ARE NO SUPPORTIVE RL'S DCM FINDS REASONABLE TO CLOSE NOT TD

**01/04/2023 8:50 PM - CLAIM Note 59**
Claim/Event/Leave: 12027405
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 1/4/2023 - REFERRED TO RELIABLE REVIEW SERVICES FOR PEER REVIEW.

**01/03/2023 9:54 AM - CLAIM Note 58**
Claim/Event/Leave: 12027405
NoteSubject : LTR to Atty
Other Subject : MED REVIEW
Text: [01/03/2023 - BOLING, ROBERT]LETTER FAXED TO EE ATTY OFFICE ADVISING CLAIM REFERRED FOR CP REVIEW

**12/28/2022 7:45 AM - CLAIM Note 57**
Claim/Event/Leave: 12027405
NoteSubject : Med Records Rcvd
Other Subject : AP BENNET
Text: [12/28/2022 - FAUCHER, KAREN]39 YOW. ASSOC MEDICAL STAFF. LDW: 6/9/21. DOD: 6/10/21. DX: DISSOCIATIVE IDENTITY DISORDER. OCC: MEDICAL STAFF ASSOCIATE. . EE CONFIRMED SHE IS ONLY SEEING HER THERAPIST DR. BENNET AT THIS TIME LOV WAS TODAY 11/19 AND NOVIS 11/23, EE SEES THERAPIST 2X A WEEK, CLAIM WAS CLOSED AFTER PEER REVIEW AND WAS REOPENED ON APPEAL, COMMUNICATION THOUGH ATTNY, ** LETTER TO EE/ATTNY WITH NP SENT 10/7, 10/24, 11/22, 12/1, 12/12 AND 12/16 FOR MR REF TO CLOSE THE CLAIM FOR FTPP[12/28/2022 - FAUCHER, KAREN]MR RECEIVED ON 12/27 SENT BY ATTNY FOR 6/3-12/27, NP COMPLETED

**12/16/2022 2:43 PM - CLAIM Note 56**
Claim/Event/Leave: 12027405
NoteSubject : LTR to Atty
Other Subject : NP EXTENSION
Text: [12/16/2022 - BOLING, ROBERT]DCM SENT EE ATTY OFFICE RESPONSE TO EXTENSION REQUEST - NP DEADLINE EXTENDED TO 12/27/2022

**12/12/2022 1:20 PM - CLAIM Note 55**
Claim/Event/Leave: 12027405
NoteSubject : LTR to Atty
Other Subject : 70 NP
Text: [12/12/2022 - BOLING, ROBERT]70 NP LETTER SENT TO EE ATTY OFFICE. DEADLINE 12/19/2022

**12/01/2022 11:48 AM - CLAIM Note 54**
Claim/Event/Leave: 12027405
NoteSubject : LTR to Atty
Other Subject : CODY ALLISON
Text: [12/01/2022 - BOLING, ROBERT]FAX SENT TO EE ATTY- CODY ALLISON AND ASSOC ADVISING THAT AP REISER OFFICE CONFIRMED NO DOS AND MEDICAL RECORDS 6/1/2022 TO PRESENT DUE BY 12/19/2022.

**11/22/2022 5:42 PM - CLAIM Note 53**
Claim/Event/Leave: 12027405
NoteSubject : Notice/Proof Review
Other Subject : 45 NP
Text: [11/22/2022 - BOLING, ROBERT]45 NP LETTER SENT TO EE ATTY OFFICE

**11/22/2022 5:37 PM - CLAIM Note 52**
Claim/Event/Leave: 12027405
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [11/22/2022 - BOLING, ROBERT] CONTACTED DR. RIESER, AND DR. BENNET FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL[11/22/2022 - BOLING, ROBERT]AUTH RCVD FROM EE , ATTACHED WITH REQUESTS

**10/24/2022 10:53 AM - CLAIM Note 51**
Claim/Event/Leave: 12027405
NoteSubject : Medical Status
Other Subject : AP RIESER
Text: [10/24/2022 - BOLING, ROBERT]UPDATED AUTH NEEDED

**10/24/2022 10:53 AM - CLAIM Note 50**
Claim/Event/Leave: 12027405
NoteSubject : LTR to Atty
Other Subject : AUTH
Text: [10/24/2022 - BOLING, ROBERT]DCM FAXED EE ATTY OFFICE TO HAVE UPDATED AUTH SIGNED AND DATED

**10/20/2022 1:01 PM - CLAIM Note 49**
Claim/Event/Leave: 12027405

NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [10/20/2022 - BOLING, ROBERT] CONTACTED DR. BENNET, AND DR. RIESER FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**10/07/2022 3:18 PM - CLAIM Note 48**
Claim/Event/Leave: 12027405
NoteSubject : LTR to Atty
Other Subject : NP LETTER
Text: [10/07/2022 - BOLING, ROBERT]NP LETTER WITH CIF FORM ATTACHED SENT VIA FAX

**10/07/2022 3:18 PM - PHONE Note 13**
Claim/Event/Leave: 12027405
NoteSubject : Other Called
Other Subject : ATTY OFFICE
Text: [10/07/2022 - BOLING, ROBERT]DCM RCVD VOICEMAIL FROM ATTY ADVISING FAX RCVD YESTERDAY AND THE LETTER INDICATES THERE WAS A CLAIMANT INFO FORM TO BE COMPLETED AND RETURNED BUT NOT INCLUDED. THEY REQUEST DCM RE FAX WITH THE FORM ATTACHED.

**10/06/2022 4:05 PM - CLAIM Note 47**
Claim/Event/Leave: 12027405
NoteSubject : LTR to Atty
Other Subject : NP DUE 12/19
Text: [10/06/2022 - BOLING, ROBERT]NP LETTER SENT TO EE ATTY CODY ALLISON AND ASSOC FOR ANY UPDATED MEDICAL 6/1/2022 THRU PRESENT

**09/20/2022 2:36 PM - CLAIM Note 46**
Claim/Event/Leave: 12027405
NoteSubject : Social Security
Other Subject : STATUS
Text: [09/20/2022 - HUNTER, SHANNON]FAX RCVD FROM CODY ALLISON AND ASSOCIATES DATED 09/16 ADVISING THAT THEIR OFFICE HAS BEEN ADVISED BY EE SSDB ATTY THAT EE HAS A HEARING SCHEDULED FOR 10/14/22.

**09/19/2022 5:23 PM - CLAIM Note 45**
Claim/Event/Leave: 12027405
NoteSubject : Social Security
Other Subject : STATUS
Text: [09/19/2022 - BOLING, ROBERT]FAX RCVD FROM EE ATTY CONFIRMING EE HAS ALJ HEARING 10/4/2022

**09/09/2022 11:44 AM - CLAIM Note 44**
Claim/Event/Leave: 12027405
NoteSubject : Social Security
Other Subject : DAY 30
Text: [09/09/2022 - HUNTER, SHANNON]AS OF DATE POF HAS NOT BEEN RCVD. DAY 30 REQUEST SENT TO ATTY OFFICE. POF DUE BY: 10/09.

**08/11/2022 8:50 PM - CLAIM Note 43**
Claim/Event/Leave: 12027405
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF OFFSETS HAS BEEN REASSIGNED TO MIKAYLA KIMBALL.

**08/11/2022 8:50 PM - CLAIM Note 42**
Claim/Event/Leave: 12027405
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF OFFSETS HAS BEEN RECEIVED AND ASSIGNED TO MICHAEL O'CONNOR.

**08/11/2022 8:59 AM - CLAIM Note 41**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [08/11/2022 - KIMBALL, MIKAYLA]SET UP SCHEDULED PAYMENT FROM 12/09/2021 THROUGH 12/08/2023 BASED ON ER CONFIRMATION OF 80 HOURS/PERIOD -- HOURLY WAGE EFFECTIVE 09/01/2021: $29.73 X 80 HOURS X 26 PERIODS = $61,838.40 / 12 = $5,153.20 MONTHLY. THE BENEFIT IS 70% OR $3,607.24. THE MAX BEN DATE IS CALCULATED AT 12/08/2023. DID NOT SET UP SSET OFFSET AS PER THE EMAIL RCVD FROM EE'S ATTORNEY. DID NOT SET UP FEDERAL TAX WITHHOLDING AS EE INDICATED $0 ON W-4S. PAYMENTS ISSUED TO ATTORNEY'S ADDRESS C/O EE AS PER SIGNED AUTHORIZATION IN DOC LIST. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**08/10/2022 8:51 PM - CLAIM Note 40**
Claim/Event/Leave: 12027405
NoteSubject : Ref to Other
Other Subject : PMT SVC

Other Subject : PMT SVC
Text: FOR OFFSETS. COMMENTS: PLEASE REMOVE SSET, EMAIL ON FILE FROM ATTY OFFICE. INITIAL PMT DELETED TO PREVENT UNDERPAYMENT.

**08/10/2022 4:05 PM - CLAIM Note 39**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : EMAIL
Text: [08/10/2022 - BOLING, ROBERT]EMAIL RCVD REQUESTING REMOVAL OF SSET

**08/10/2022 4:03 PM - PHONE Note 12**
Claim/Event/Leave: 12027405
NoteSubject : Other Called
Other Subject : ATTY
Text: [08/10/2022 - BOLING, ROBERT]BARB FROM ATTY OFFICE CALLED BACK AND ADVISED THAT THE EE WANTS TO REMOVE THE SSET. DCM ACK AND ADVISED THAT WE JUST NEED REQUEST IN WRITING. BARB ASKED IF THEY COULD DO IT AS THE EE ATTY? DCM ACK AND ADVISED YES SINCE WEHAVE AN AUTH ON FILE. BARB ACK AND WILL EMAIL OVER REQUEST. DCM PROVIDED EMAIL ADDRESS. BARB ALSO SAID THEY WILL OBTAIN AND UPDATED SS STATUS FROM EE SS ATTY AND SEND IT OVER. DCM ACK. DCM ASKED IF THEY WOULD LIKE PAYMENT TAKEN DOWN TO AVOID UNDERPAYMENT? BARB SAID YES, TAKE THE PAYMENT DOWN UNTIL THE SSET IS REMOVED. DCM ACK.

**08/10/2022 4:01 PM - PHONE Note 11**
Claim/Event/Leave: 12027405
NoteSubject : Called Other
Other Subject : ATTY
Text: [08/10/2022 - BOLING, ROBERT]DCM CALLED EE ATTY OFFICE AND SPOKE WITH BARB. DCM ADVISED OBTAINED BREAKDOWN OF PAYMENT PER THEIR REQUEST. DCM ADVISED ER EMAILED BREAKDOWN OF THE RETRO STD PAYMENT AND DCM ADVISED OF GROSS AMOUNT, NET AMOUNT AND TAXES TAKEN OUT. BARB ACK. BARB ASKED ABOUT LTD PAYMENTS? DCM ADVISED OF LTD PAY AMOUNT FOR RETRO AND MONTHY. DCM ADVISED THAT THE EE SIGNED A DPO WHICH MEANS WE WOULD WITH HOLD AND SSET FROM THE CHECK. DCM ADVISED OF THAT AMOUNT AND THE TOTAL GROSS AND NETAMOUNTS AND SSET OFFSET OF THE RETRO PAYMENT. BARB ASKED WHAT HAS TO HAPPEN IF THE EE NO LONGER WANTS TO WITH HOLD THE SSET? DCM ADVISED THAT THE WE WOULD NEED A REQUEST IN WRITING. BARB ACK AND WILL CALL EE TO DISCUSS. DCM ACK

**08/09/2022 3:51 PM - CLAIM Note 38**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [08/09/2022 - KIMBALL, MIKAYLA]SET UP SCHEDULED PAYMENT FROM 12/09/2021 THROUGH 12/08/2023 BASED ON ER CONFIRMATION OF 80 HOURS/PERIOD -- HOURLY WAGE EFFECTIVE 09/01/2021: $29.73 X 80 HOURS X 26 PERIODS = $61,838.40 / 12 = $5,153.20 MONTHLY. THE BENEFIT IS 70% OR $3,607.24. THE MAX BEN DATE IS CALCULATED AT 12/08/2023. OFFSET(S) SET UP AS FOLLOWS: SSET $1,855.00. DID NOT SET UP FEDERAL TAX WITHHOLDING AS EE INDICATED $0 ON W-4S. PAYMENTS ISSUED TO ATTORNEY'S ADDRESS C/O EE AS PER SIGNED AUTHORIZATION IN DOC LIST. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**08/09/2022 2:49 PM - CLAIM Note 37**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : EMAIL TO SS
Text: [08/09/2022 - KIMBALL, MIKAYLA]FROM: KIMBALL, MIKAYLA SENT: TUESDAY, AUGUST 9, 2022 2:49 PM TO: HUNTER, SHANNON <SHANNON.HUNTER@LFG.COM> SUBJECT: LTD CLAIM 12027405 - DPO FORM RECEIVED GOOD AFTERNOON! I AM WORKING ON THE INITIAL PAYMENT CALCULATION FOR THE ABOVE LTD CLAIM. I NOTICED A SIGNED DPO FORM IN THE DOC LIST DATED 11/22/2021 AND WANTED TO CONFIRM WITH YOU IF WE SHOULD IMMEDIATELY ADD AN SSET OFFSET? THANK YOU SO MUCH, MIKAYLA[08/09/2022 - KIMBALL, MIKAYLA]----------------------------- FROM: HUNTER, SHANNON <SHANNON.HUNTER@LFG.COM> SENT: TUESDAY, AUGUST 9, 2022 3:01 PM TO: KIMBALL, MIKAYLA <MIKAYLA.KIMBALL@LFG.COM> SUBJECT: RE: LTD CLAIM 12027405 - DPO FORM RECEIVED HI, USUALLY I WOULD CALL TO CONFIRM, HOWEVER THAT DPO FORM WENT TO HER ATTY. IF THEY ELECTED THE OFFSET THEN APPLY IT. WE ARE NOT MAKING DIRECT CONTACT WITH CLAIMANT AT THIS TIME. THANKS, THANKS! SHANNON HUNTER, M.ED. SR. CLAIMS EXAMINER LINCOLN FINANCIAL GROUP P.O. BOX 2578 OMAHA, NE 68172-9688 WWW.MYLINCOLNPORTAL.COM PHONE: 888-437-7611 EXT. 59527 FAX: 302-504-6703 SHANNON.HUNTER@LFG.COM HOURS: 7:00-3:30PM EST LINCOLNFINANCIAL.COM

**08/09/2022 2:22 PM - CLAIM Note 36**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : SALARY REQ
Text: [08/09/2022 - KIMBALL, MIKAYLA]FROM: KIMBALL, MIKAYLA SENT: TUESDAY, AUGUST 9, 2022 2:22 PM TO: NABCTLINCOLNFINANCIAL.LEAVE@CSLPLASMA.COM SUBJECT: LTD SALARY VERIFICATION - APRIL CONNOLLY - CLAIM 12027405 GOOD AFTERNOON, I AM A PAYMENT SPECIALIST IN THE FINANCIAL SERVICES DEPARTMENT WITHIN DISABILITY CLAIMS, AND AM CONTACTING YOU FOR SALARY VERIFICATION REGARDING THE LTD CLAIM FOR APRIL CONNOLLY (EMPLOYEE ID 1307106 AND DOB PLEASE PROVIDE THE FOLLOWING: A COPY OF THEEMPLOYEE S PAY CHANGE HISTORY IMMEDIATELY PRIOR TO, BUT NOT INCLUDING, THE BENEFIT BEGIN DATE OF 12/09/2021. PLEASE CONTACT ME WITH ANY QUESTIONS. THANK YOU, MIKAYLA

**08/05/2022 12:05 PM - CLAIM Note 35**
Claim/Event/Leave: 12027405

NoteSubject : Social Security
Other Subject :
Text: [08/05/2022 - HUNTER, SHANNON]CLM MANUALLY ASSIGNED STATING THAT IA WAS DENIED. DENIAL LETTER DATED 08/20/2021 IS ON FILE. DOD IS 06/02/21. EE WILL NEED REAPPLY FOR SSDB AS SHE HAS BEEN OOW FOR GREATER THAN 12 MONTHS. NO CALL MADE TO EE AST THIS TIME (SEE PHONE# 10) ETA LTR SENT TO ATTY. POF DUE BY: 09/05.

**08/04/2022 8:50 PM - CLAIM Note 34**
Claim/Event/Leave: 12027405
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO MIKAYLA KIMBALL.

**08/03/2022 8:51 PM - CLAIM Note 33**
Claim/Event/Leave: 12027405
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: PLEASE REVIEW. W4S AND SALARY VERFICIATION ON FILE

**08/03/2022 2:42 PM - PHONE Note 10**
Claim/Event/Leave: 12027405
NoteSubject : Called EE
Other Subject : APPROVED
Text: [08/03/2022 - BOLING, ROBERT]NO PHONE CALL TO EE AS EE STILL ATTY REP AND ALL CORRESPONDENCE SENT TO EE ATTY

**08/03/2022 2:41 PM - CLAIM Note 32**
Claim/Event/Leave: 12027405
NoteSubject : LTR to EE
Other Subject : APPROVED
Text: [08/03/2022 - BOLING, ROBERT]APPROVAL LETTER WITH MN LANGUAGE SENT TO EE ATTY

**08/03/2022 9:17 AM - CLAIM Note 31**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : DIR REV
Text: [08/03/2022 - CRAM, BRIAN]AGREE WITH REOPEN PER ARU RECOMMENDATIONS.

**08/02/2022 3:59 PM - CLAIM Note 30**
Claim/Event/Leave: 12027405
NoteSubject : Ref to Other
Other Subject : REOPEN
Text: [08/02/2022 - BOLING, ROBERT]DCM RECOMMENDING REOPEN FOR APPEAL OVERTURN. LDW 6/9/2021 DOD 6/10/2021 LTD BBD 12/9/2021 CID 12/9/2023. EE IS A 40 YOF WITH PRESUMED MEDIUM OCC- MEDICAL STAFF ASSOC. DX: DISSOVIATIVE IDENTITY DISORDER, PTSD, ANXIETY. EETREATS WITH AP BENNETT. CLAIM ORIGINALLY DENIED NOT TD OWN OCC. CP REVIEW COMPLETED ON APPEAL IS SUPPORTIVE OF RL'S OF NO WORK THROUGH AT LEAST MARCH 2022. UPDATED TREATMENT PLANS/UPDATES REQUESTED FROM AP BENNETT ON APPEAL CP REVIEW. NO RESPONSE RECEIVED TO DATE. BASED ON THE ONGOING RL'S BEYOND THE LTD BBD DCM FINDS REASONABLE TO REOPEN AND APPROVE LTD CLAIM.

**07/22/2022 12:00 PM - CLAIM Note 29**
Claim/Event/Leave: 12027405
NoteSubject : Appeal
Other Subject :
Text: [07/22/2022 - BICK, KAYLA]REVIEW AND AGREE WITH RECOMMENDATION THAT LTD CLAIM BE REOPENED AND REVIEWED FOR ELIGIBILITY AND FURTHER BENEFITS AT THIS TIME. BASED ON UPDATED MEDICAL AND REVIEW BY AN ICP BOARD CERTIFIED IN PSYCHIATRY REVIEW ON APPEAL WHO OPINED THE PRIMARY IMPAIRING DIAGNOSES WERE DISSOCIATIVE IDENTITY DISORDER AND PTSD. AN ADDITIONAL PSYCHIATRIC DIAGNOSIS OF GENERALIZED ANXIETY DISORDER WAS NOTED AND THIS CONTRIBUTES TO THE PATIENT HIGH ANXIETY LEVEL. IT WOULD BE REASONABLE TO EXPECT THAT THE EE WILL BE IMPAIRED IN HER CAPACITY TO EFFECTIVELY PERFORM WORK-RELATED DUTIES DURING THE PERIOD OF EXTREME ANXIETY AND DISSOCIATION. THIS LEVEL OF IMPAIRMENT WAS EXPECTED TO PERSIST FOR A THREE-MONTH PERIOD FROM THE LAST OFFICE VISITOF 12/1/21. UPDATED CLINICAL INFORMATION HAS BEEN REQUESTED FROM HER TREATING

**07/20/2022 9:24 AM - CLAIM Note 28**
Claim/Event/Leave: 12027405
NoteSubject : Appeal
Other Subject : STATUS
Text: [07/20/2022 - SIX, APRIL]FOLLOWING A COMPLETE REVIEW OF THE FILE ON APPEAL; THE RECOMMENDATION TO REOPEN THE LTD CLAIM FOR REVIEW IS BEING MADE. EE IS A 40 YEAR OLD FEMALE WHO WORKS AS AN ASSOCIATE MEDICAL STAFF FOR CSL BEHRING. DOD 6/10/21, APPROVED THRU 8/4/21. LTD BBD 12/9/21. EE WENT OUT OF WORK D/T DX OF DISSASSOCIATIVE IDENTITY D/O. EE TREATS WITH PSYCH NP AND LPCC REGULARLY. MEDICAL AND CORRESPONDENCE FROM TREATING PROVIDERS ARE ON FILE DATED THRU 6/27/22. FOLLOWING REQUEST FOR APPEAL AND SUBMISSION OF ADDT'L MR; THE FILE WAS REVIEWED BY AN ICP BOARD CERTIFIED IN PSYCHIATRY WHO OPINED THE PRIMARY IMPAIRING DIAGNOSES WERE DISSOCIATIVE IDENTITY DISORDER AND PTSD. AN ADDITIONAL PSYCHIATRIC

THE PRIMARY IMPAIRING DIAGNOSES WERE DISSOCIATIVE IDENTITY DISORDER AND PTSD. AN ADDITIONAL PSYCHIATRIC DIAGNOSIS OF GENERALIZED ANXIETY DISORDERWAS NOTED AND THIS CONTRIBUTES TO THE PATIENT HIGH ANXIETY LEVEL. IT WOULD BE REASONABLE TO EXPECT THAT THE EE WILL BE IMPAIRED IN HER CAPACITY TO EFFECTIVELY PERFORM WORK-RELATED DUTIES DURING THE PERIOD OF EXTREME ANXIETY AND DISSOCIATION. THIS LEVEL OF IMPAIRMENT WAS EXPECTED TO PERSIST FOR A THREE-MONTH PERIOD FROM THE LAST OFFICE VISIT OF 12/1/21. UPDATED CLINICAL INFORMATION HAS BEEN REQUESTED FROM HER TREATING THERAPIST*********THEREFORE ARC IS RECOMMENDING THAT THE LTD CLAIM BE REOPENED AND REVIEWED FOR ELIGIBILITY AND FURTHER BENEFITS AT THIS TIME. FOLLOWING MANAGER REVIEW AND SIGN OFF, NOTIFICATIONS WILL BE SENT TO ATTY AND ER AS WARRANTED.

**07/07/2022 6:31 PM - CLAIM Note 27**
Claim/Event/Leave: 12027405
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [07/07/2022 - SIX, APRIL]FI ERISA, LTD CLAIM FILED 11/5/21. AUTH AND JD IN DOC LIST. DISABILITY CODING CORRECT. APPEAL CODING UPDATED. LTD CLAIM CLOSED NOT TD-LETTER DATED 12/30/21. 180 DAY APPEAL TIMELINE. APPEAL DUE 6/27/22. APPEAL LETTER DATED AND RECEIVED 6/30/22*****ACTION PLAN: PENDING COMPLETE REVIEW BY ARC*******SEE ASSOCIATED STD CLAIM FOR ALL APPEAL UPDATES.

**07/07/2022 7:43 AM - CLAIM Note 26**
Claim/Event/Leave: 12027405
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [07/07/2022 - AVERILL, REBECCA]ASSIGNED TO APRIL SIX

**07/06/2022 8:50 PM - CLAIM Note 25**
Claim/Event/Leave: 12027405
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 7/6/2022 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**07/06/2022 10:09 AM - CLAIM Note 24**
Claim/Event/Leave: 12027405
NoteSubject : Ref to Appeals
Other Subject : ARU
Text: [07/06/2022 - TANNER, AKELAH]REFERRED TO ARU

**07/05/2022 6:43 PM - CLAIM Note 23**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [07/05/2022 - INGRAM, KEAHTI]AGREE WITH REFERRAL TO ARU

**07/01/2022 2:51 PM - CLAIM Note 22**
Claim/Event/Leave: 12027405
NoteSubject : Appeal
Other Subject : NOA
Text: [07/01/2022 - TANNER, AKELAH]RCVD NOTICE OF APPEAL LETTER FROM EE - SEE DOCLIST - DCM RECOMMENDS REFERRING CLAIM TO ARU FOR APPEAL, REFER FOR REVIEW

**06/01/2022 10:37 AM - PHONE Note 9**
Claim/Event/Leave: 12027405
NoteSubject : Called Other
Other Subject :
Text: [06/01/2022 - TANNER, AKELAH]RC TO ATTORNEY AND LEFT VM WITH CONTACT ADVISING I WILL FORWARD POLICY

**06/01/2022 10:36 AM - PHONE Note 8**
Claim/Event/Leave: 12027405
NoteSubject : Other Called
Other Subject :
Text: [06/01/2022 - TANNER, AKELAH]ATTORNEY SAM PAYNE CALLED AND LEFT VM ADVISING THAT THE FILE COPY THEY RECEIVED DID NOT INCLUDE THE POLICY AND IF I CAN SEND IT TO THEM. PH: 615-234-6000 EMAIL: SAM@CODYALLISON.COM

**04/20/2022 5:43 PM - CLAIM Note 21**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/20/2022 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #716319, IN THE AMOUNT OF $41.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**02/01/2022 10:20 AM - CLAIM Note 20**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : FILE COPY
Text: [02/01/2022 - HOFFNER, FAYE]FULL CLAIM FILE FOR 12027405 11495594- SUBMIT TO CODY@CODYALLISON.COM-ADMIN

COMPLETED AND SUBMITTED VIA SECURE ONE DRIVE WITH A BCC TO THE EXAMINER FOR THEIR REFERENCE OF SUBMISSISON.

**01/28/2022 2:25 PM - CLAIM Note 19**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : ATTORNEY
Text: [01/28/2022 - TANNER, AKELAH]RCVD NOTIFICATION OF ATTORNEY REPRESENTATION AND FILE COPY REQUEST ---- DCM SENT FILE COPY REQUEST TO CLAIMSHOADMIN@LFG.COM

**12/29/2021 1:43 PM - PHONE Note 7**
Claim/Event/Leave: 12027405
NoteSubject : Called EE
Other Subject :
Text: [12/29/2021 - TANNER, AKELAH]CALLED EE TO LET KNOW OF DENIAL, DCM WENT OVER REVIEW AND LETTER, EE MAY APPEAL, EE THANKED

**12/29/2021 1:14 PM - CLAIM Note 18**
Claim/Event/Leave: 12027405
NoteSubject : LTR to EE
Other Subject :
Text: [12/29/2021 - TANNER, AKELAH]SENT DENIAL LETTER TO EE

**12/29/2021 10:13 AM - CLAIM Note 17**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [12/29/2021 - ADAMS, STEPHANIE]AGREE WITH NOT TD DENIAL BASED ON PSYCH FFR. RECOMMEND ADDING N&P LANGUAGE TO DENIAL LETTER

**12/28/2021 2:09 PM - CLAIM Note 16**
Claim/Event/Leave: 12027405
NoteSubject : Denied
Other Subject : REFER FOR REVIEW
Text: [12/28/2021 - TANNER, AKELAH]39 YOW. ASSOC MEDICAL STAFF. LDW: 6/9/21. DOD: 6/10/21. DX: DISSOCIATIVE IDENTITY DISORDER. OCC: MEDICAL STAFF ASSOCIATE. 2 YEARS AGO DX WITH DID WENT TO THERAPY AND TRIED TO DECREASE STRESS SO TOOK LOWER POSITIONS ANDSTILL HAVING DIFFICULTIES TO DATE, EE HAD DIFFERENT PERSONALITIES COME OUT RECENTLY AND STRUGGLES WITH STRESS. EE ALSO SAYS SHE DOES NOT REMEMBER A LOT OF THINGS. DCM AND EE DISCUSSED SOCIAL SECURITY, EE ADVISED DID IS NOT COVERED BUT SHE HAS APPLIEDAND WAS DENIED AND NOW SHE IS IN THE APPEALS PROCESS, EE AGREED TO SEND APPEAL LETTER. DCM CONFIRMED EE PREFERS EMAIL CORRESPONDENCE . EE ADVISED SOMEONE NAME MARI HELPS HER OUT WITH DOING THINGS WITH SS AND DISABILITY SO I CAN TALK TO HER IF EE ISNOT AVAILABLE, EE AGREED TO COMPLETE AUTH TO SPEAK WITH THIRD PARTY FORM. EE IS GOING TO TRY TO GET BACK ON HER ADD MEDICATION AND IS LOOKING FOR A PCP. EE CONFIRMED SHE IS ONLY SEEING HER THERAPIST DR. BENNET AT THIS TIME LOV WAS TODAY 11/19 AND NOV IS 11/23, EE SEES THERAPIST 2X A WEEK. PSYCH FFR COMPLETED DETERMINING THE AVAILABLE MEDICAL INFORMATION IS INSUFFICIENT TO SUPPORT PSYCHIATRIC IMPAIRMENT THAT WOULD REQUIRE RESTRICTIONS/LIMITATIONS, OR PRECLUDE FULL-TIME WORK CAPACITY, FROM 06/10/2021 TO PRESENT. DCM RECOMMENDS DENYING CLAIM FOR NOT TD OO, REFER FOR MANAGER REVIEW

**12/28/2021 2:07 PM - CLAIM Note 15**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : FFR RCVD
Text: [12/28/2021 - TANNER, AKELAH]RCVD FFR - CP SENT P2P LETTER TO AP

**12/15/2021 2:18 PM - CLAIM Note 14**
Claim/Event/Leave: 12027405
NoteSubject : Ref to Other
Other Subject : FFR
Text: [12/15/2021 - TANNER, AKELAH]REFERRED CLAIM FOR PSYCH FFR VIA CRT

**12/15/2021 2:13 PM - CLAIM Note 13**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : PSYCH CC
Text: [12/15/2021 - JACKSON, JULIE]CLAIM REVIEWED IN PSYCH CONSULT WITH DR J YOUNG. REVIEW DETERMINED GIVEN DX, RECOMMEND REF FOR FFR

**12/14/2021 1:21 PM - CLAIM Note 12**
Claim/Event/Leave: 12027405
NoteSubject : Pended
Other Subject :
Text: [12/14/2021 - MCCROREY, KHYA]RECOMMEND TO ADD LTD POLICY TO CLAIM. AGREE WITH PSYCH CCS

**12/10/2021 9:34 AM - CLAIM Note 11**
Claim/Event/Leave: 12027405
NoteSubject : Med Records Rcvd
Other Subject :
Text: [12/10/2021 - TANNER, AKELAH]MR RCVD FROM DR. KATHY NUNEZ-DE VAZQUEZ

**12/10/2021 9:33 AM - CLAIM Note 10**
Claim/Event/Leave: 12027405
NoteSubject : Med Records Rcvd
Other Subject :
Text: [12/10/2021 - TANNER, AKELAH]MR RCVD FROM DR. BENNET

**12/01/2021 3:03 PM - CLAIM Note 9**
Claim/Event/Leave: 12027405
NoteSubject : Med Records Rcvd
Other Subject :
Text: [12/01/2021 - TANNER, AKELAH]RCVD MR FROM BRYAN MANNING

**11/30/2021 3:06 PM - CLAIM Note 8**
Claim/Event/Leave: 12027405
NoteSubject : LTR to EE
Other Subject : N&P
Text: [11/30/2021 - TANNER, AKELAH]SENT 21 DAY N&P LETTER TO EE

**11/30/2021 3:03 PM - CLAIM Note 7**
Claim/Event/Leave: 12027405
NoteSubject : LTR to AP
Other Subject : MEDICAL REEQUEST-RP
Text: [11/30/2021 - TANNER, AKELAH]REQUESTED MR FROM DR. NUNEZ-DE VAZQUEZ, DR. MANNING, DR. SHELTON-COOMER, AND DR. BENNET AND FORMS. I ONLY NEED DR.BENNET VIA RP

**11/30/2021 2:56 PM - PHONE Note 6**
Claim/Event/Leave: 12027405
NoteSubject : Called EE
Other Subject :
Text: [11/30/2021 - TANNER, AKELAH]CALLED EE FOR N&P F/U- DCM ADVISED OF OUTSTANDING RECORDS. DCM ADVISED I WILL BE SENDING ANOTHER REQUEST TODAY. DCM CONFIRMED LTD FORMS RCVD AND THANKED

**11/22/2021 8:07 AM - CLAIM Note 6**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : FORMS
Text: [11/22/2021 - TANNER, AKELAH]RCVD LTD FORM AND SS DENIAL LETTER

**11/19/2021 3:46 PM - PHONE Note 5**
Claim/Event/Leave: 12027405
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [11/19/2021 - TANNER, AKELAH]39 YOW. ASSOC MEDICAL STAFF. LDW: 6/9/21. DOD: 6/10/21. DX: DISSOCIATIVE IDENTITY DISORDER. OCC: MEDICAL STAFF ASSOCIATE. 2 YEARS AGO DX WITH DID WENT TO THERAPY AND TRIED TO DECREASE STRESS SO TOOK LOWER POSITIONS ANDSTILL HAVING DIFFICULTIES TO DATE, EE HAD DIFFERENT PERSONALITIES COME OUT RECENTLY AND STRUGGLES WITH STRESS. EE ALSO SAYS SHE DOES NOT REMEMBER A LOT OF THINGS. DCM AND EE DISCUSSED SOCIAL SECURITY, EE ADVISED DID IS NOT COVERED BUT SHE HAS APPLIEDAND WAS DENIED AND NOW SHE IS IN THE APPEALS PROCESS, EE AGREED TO SEND APPEAL LETTER. DCM CONFIRMED EE PREFERS EMAIL CORRESPONDENCE . EE ADVISED SOMEONE NAME MARI HELPS HER OUT WITH DOING THINGS WITH SS AND DISABILITY SO I CAN TALK TO HER IF EE ISNOT AVAILABLE, EE AGREED TO COMPLETE AUTH TO SPEAK WITH THIRD PARTY FORM. EE IS GOING TO TRY TO GET BACK ON HER ADD MEDICATION AND IS LOOKING FOR A PCP. EE CONFIRMED SHE IS ONLY SEEING HER THERAPIST DR. BENNET AT THIS TIME LOV WAS TODAY 11/19 AND NOVIS 11/23, EE SEES THERAPIST 2X A WEEK. EE SEES NO OTHER PROVIDERS, EE SAYS DR. MANNING, DR. NUNEZ-DE VASQUEZ AND DR. SHELTON COOMER ARE ALL PREVIOUS DOCTORS. DCM ADVISED OF LTD FORMS AND N&P DEADLINE, EE ACKN AND THANKED

**11/15/2021 1:20 PM - PHONE Note 4**
Claim/Event/Leave: 12027405
NoteSubject : EE Called
Other Subject : ACD
Text: [11/15/2021 - MONTENEGRO, JAELEN]EE CALLED IN TO MENTIONED THAT SHE WAS WANTING TO SPEAK WITH HER CM AND LET HERK NOW THAT SHE RECVD THE FORMS IN THE MAIL. DCM ADVISED AND ASKED IF I CN HELP SINCE HER CM IS UNAVAILABLE, SHE SAID NO JUST LET ME CM KNOW TO CALL ME BACK AFTER 2 AND I WILL GIVE HER WHAT EVER INFORMATION SHE NEEDS. DCM ACK AND EE HAD NFQ. ENDED CALL.

**11/12/2021 10:47 AM - PHONE Note 3**
Claim/Event/Leave: 12027405
NoteSubject : Called EE
Other Subject : B/C

Other Subject : R/C
Text: [11/12/2021 - MONTENEGRO, JAELEN]EE CALLED AND LEFT VM FOR ADCM. CALLED EE BACK BUT NO ANSWER. LVM

**11/10/2021 11:17 AM - PHONE Note 2**
Claim/Event/Leave: 12027405
NoteSubject : Called EE
Other Subject : R/C
Text: [11/10/2021 - MCCROREY, KHYA] -- EE CALLED AND LVM FOR ADCM. DCM CALLED BACK BUT NO ANSWER. LVM FOR R/C

**11/09/2021 2:09 PM - CLAIM Note 5**
Claim/Event/Leave: 12027405
NoteSubject : LTR to EE
Other Subject :
Text: [11/09/2021 - TANNER, AKELAH]SENT ACKN/NP LETTER TO EE

**11/09/2021 1:03 PM - CLAIM Note 4**
Claim/Event/Leave: 12027405
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [11/09/2021 - TANNER, AKELAH] CONTACTED BAPTIST HEALTH LEXINGTON, DR. NUNEZ-DE VAZQUEZ, DR. MANNING, DR. SHELTON-COOMER, AND DR. BENNET FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**11/09/2021 10:47 AM - PHONE Note 1**
Claim/Event/Leave: 12027405
NoteSubject : Initial EE Interview
Other Subject : ATTEMPT 1
Text: [11/09/2021 - TANNER, AKELAH]CALLED EE FOR II, NO ANSWER CALL WENT STRAIGHT TO VM, DCM LEFT VM AND CONTACT INFO AND THANKED

**11/09/2021 8:28 AM - CLAIM Note 3**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : LTD VERIFICATION
Text: [11/09/2021 - TANNER, AKELAH]RCVD LTD VERIFICATION FROM ER --- LTD EDOC AS FOLLOWS THE ORIGINAL DATE THAT THE EMPLOYEE S LTD COVERAGE BECAME EFFECTIVE: 02/01/2017 O BUY-UP EFFECTIVE DATE OF COVERAGE (IF APPLICABLE): 01/01/2020

**11/05/2021 5:20 PM - CLAIM Note 2**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject :
Text: [11/05/2021 - TANNER, AKELAH]RCVD FAX FROM DR. MANNING ADVISING HAS NOT SEEN EE SINCE 7/6/21

**11/05/2021 10:04 AM - CLAIM Note 1**
Claim/Event/Leave: 12027405
NoteSubject : Other
Other Subject : LTD VERIFICATION
Text: [11/05/2021 - TANNER, AKELAH]SENT LTD VERIFICATION TO ER

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 11495594 **Accommodation Number**

**Note type:**

Primary Sort Order
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

**08/09/2022 6:22 PM - CLAIM Note 41**
Claim/Event/Leave: 11495594
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THIS LEAVE WAS CLOSED FOR EMPLOYMENT TERMINATED

**08/08/2022 2:25 PM - PHONE Note 22**
Claim/Event/Leave: 11495594
NoteSubject : Called Other
Other Subject : ATTY
Text: [08/08/2022 - BOLING, ROBERT]DCM CALLED BARB AT ATTY OFFICE - BARB SAID THAT THE EE RCVD A PAYMENT OF $8000 AND THOUGHT THE STD PAYMENT WAS GOING TO BE MORE. DCM ACK AND ADVISED THAT ISN'T FROM STD OR LTD. DCM ASKED IF IT IS FROM SSDB? BARB SAID THATIS WHAT SHE WAS GOING ASK EE AS WELL. DCM ACK. DCM ADVISED ON STD PAYMENT, THOSE PAYMENTS ARE MADE BY CSL AND WE CAN RELEASE A PAYMENT THE NORMAL WAY AND THE ATTY CAN REQUEST FROM EE IF THEY LIKE? BARB SAID THAT WAS FINE. DCM ACK AND UNDERSTOOD. A CHECK WILL BE RELEASED FOR THE STD BACK PAY THEN. BARB ACK.. DCM ADVISED OF SS OFFSET AND OP IF AWARDED AND WILL NEED A COPY OF THE SSDB NOA. BARB ACK AND FAMILIAR WITH THE PROCESS AND WILL ET US KNOW.

**08/02/2022 3:28 PM - PHONE Note 21**
Claim/Event/Leave: 11495594
NoteSubject : Called Other
Other Subject : ATTY
Text: [08/02/2022 - BOLING, ROBERT]DCM CALLED PARALEGAL BARB AT ATTY OFFICE - DCM INTRODUCED SELF TO BARB AS NEW DCM ASSIGNED TO CLAIM. DCM ASKED TO CONFIRM HOW ADDRESS AND CHECK NEEDS TO BE WRITTEN. BARB ACK AND ADVISED TO SEND TO CODY ALLISON AND ASSOC,PLLC, 95 WHITE BRIDGE ROAD SUITE 250 NASHVILLE TN 37205. DCM ACK AND ASKED IF 'C/O APRIL CONNOLLY' NEEDS TO BE IN THE ADDRESS LINE AT ALL? BARB SAID THAT WOULD BE FINE. DCM ACK. BARB ASKED ABOUT STD RETRO TIMEFRAME AND AMOUNT. DCM PROVIDED TIMEFRAMEAND AMOUNT TO BARB. BARB ASKED ABOUT LTD PAYMENTS? DCM ADVISED WE WOULD START ISSUING THOSE ONCE WE CONTACT AND CX EARNINGS WITH EMPLOYER. BARB ACK AND ADVISED THEY ARE STILL REPRESENTING EE AND THAT ALL CHECKS AND CORRESPONDENCE ON LTD NEEDS TO GO TO THEM TOO. DCM ACK. BARB SAID THAT IF WE REQUIRE ANY ADDITIONAL INFO FROM MEDICAL PROVIDERS TO CALL THEM AND THEY CAN ASSIST IF HAVING PROBLEMS. DCM ACK AND WIL SEND ANY REQUESTS TO THEM AND ANY NOTICES TO THEM AS WELL. BARB ACK AND THANKED. BARB ASKED FOR ACALL TO CONFIRM LTD PAYMENTS ONCE AMOUNT IS KNOWN. DCM ACK.

**08/02/2022 3:24 PM - CLAIM Note 40**
Claim/Event/Leave: 11495594
NoteSubject : Reopen
Other Subject : APPEAL
Text: [08/02/2022 - BOLING, ROBERT]CLAIM REOPENED BASED ON CP REVIEW PERFORMED ON APPEAL. EE HAS NO WORK CAPACITY THRU AT LEAST MARCH 2022

**08/02/2022 10:17 AM - CLAIM Note 39**
Claim/Event/Leave: 11495594
NoteSubject : Other
Other Subject : CLAIM REASSIGNED
Text: [08/02/2022 - INGRAM, KEAHTI]CLAIM REASSIGNED TO ROBERT BOLING

**07/26/2022 8:35 AM - CLAIM Note 38**
Claim/Event/Leave: 11495594
NoteSubject : Appeal
Other Subject : STATUS
Text: [07/26/2022 - OLEARY, LAURA]SENT ER AND EE APPEAL DECISION NOTIFICATIONS

**07/22/2022 11:57 AM - CLAIM Note 37**
Claim/Event/Leave: 11495594
NoteSubject : Appeal
Other Subject :
Text: [07/22/2022 - BICK, KAYLA]REVIEW FILE AND AGREE WITH OT RECOMMENDATION AND REINSTATE BENEFITS. BASED ON ADDL MEDICAL RECORDS AND REVIEW COMPLETED ON APPEAL. THE FILE WAS REVIEWED BY AN ICP BOARD CERTIFIED IN PSYCHIATRY WHO OPINED THE PRIMARY IMPAIRING DIAGNOSES WERE DISSOCIATIVE IDENTITY DISORDER AND PTSD. AN ADDITIONAL PSYCHIATRIC DIAGNOSIS OF GENERALIZED ANXIETY DISORDER WAS NOTEDAND THIS CONTRIBUTES TO THE PATIENT HIGH ANXIETY LEVEL. IT WOULD BE REASONABLE TO EXPECT THAT THE EE WILL BE IMPAIRED IN HER CAPACITY TO EFFECTIVELY PERFORM WORK-RELATED DUTIES DURING THE PERIOD OF EXTREME ANXIETY AND DISSOCIATION. THIS LEVEL OF IMPAIRMENT WAS EXPECTED TO PERSIST FOR A THREE-MONTH PERIOD FROM THE LAST OFFICE VISIT OF 12/1/21.

**07/20/2022 9:23 AM - CLAIM Note 36**
Claim/Event/Leave: 11495594
NoteSubject : Appeal
Other Subject : STATUS
Text: [07/20/2022 - SIX, APRIL]FOLLOWING A COMPLETE REVIEW OF THE FILE ON APPEAL; THE RECOMMENDATION TO REINSTATE BENEFITS IS BEING MADE. EE IS A 40 YEAR OLD FEMALE WHO WORKS AS AN ASSOCIATE MEDICAL STAFF FOR CSL BEHRING. DOD 6/10/21, APPROVED THRU 8/4/21. STD MBD 12/8/21. EE WENT OUT OF WORK D/T DX OF DISSASSOCIATIVE IDENTITY D/O. EE TREATS WITH PSYCH NP AND LPCC REGULARLY. MEDICAL AND CORRESPONDENCE FROM TREATING PROVIDERS ARE ON FILE DATED THRU 6/27/22. FOLLOWING REQUEST FOR APPEAL AND SUBMISSION OF ADDT'L MR; THE FILE WAS REVIEWED BY AN ICP BOARD CERTIFIED IN PSYCHIATRY WHO OPINED THE PRIMARY IMPAIRING DIAGNOSES WERE DISSOCIATIVE IDENTITY DISORDER AND PTSD. AN ADDITIONAL PSYCHIATRIC DIAGNOSIS OF GENERALIZED ANXIETY DISORDER WAS NOTEDAND THIS CONTRIBUTES TO THE PATIENT HIGH ANXIETY LEVEL. IT WOULD BE REASONABLE TO EXPECT THAT THE EE WILL BE IMPAIRED IN HER CAPACITY TO EFFECTIVELY PERFORM WORK-RELATED DUTIES DURING THE PERIOD OF EXTREME ANXIETY AND DISSOCIATION. THIS LEVEL OF IMPAIRMENT WAS EXPECTED TO PERSIST FOR A THREE-MONTH PERIOD FROM THE LAST OFFICE VISIT OF 12/1/21. UPDATED CLINICAL INFORMATION HAS BEEN REQUESTED FROM HER TREATING THERAPIST*********THEREFORE ARC IS RECOMMENDING THAT STD BENEFITS BE REINSTATED THRU THE STD MBD 12/8/21 AND THAT THE LTD CLAIM BE REOPENED AND REVIEWED FOR ELIGIBILITY AND FURTHER BENEFITS AT THIS TIME. FOLLOWING MANAGER REVIEW AND SIGN OFF, NOTIFICATIONS WILL BE SENT TO ATTY AND ER AS WARRANTED.

**07/14/2022 2:12 PM - PHONE Note 20**
Claim/Event/Leave: 11495594
NoteSubject : Called Other
Other Subject : ATTY
Text: [07/14/2022 - SIX, APRIL]ARC R/C TO ATTY, SAM PAYNE; HE LM FOR ARC 7/13/22 @ 6:41PM, HE NOTED THAT HE WAS REPRESENTING EE AND THAT HE RECV'D OUR LETTER; HE WANTED TO NOTE THAT HE WAS SENDING SOME SUPPLEMENTAL INFORMATION AND THAT HE WOULD SEND BY ENDOF DAY TOMORROW, C/B WAS 615-234-6000 AND HIS PARALEGAL WAS BARB. ARC S/W MR. PAYNE AND CONFIRMED RECEIPT OF VM AND THAT WE WOULD NOTE INFO FORTHCOMING AND INCLUDE W/ REVIEW; HE CONFIRMED HE WAS ON VACATION NEXT WEEK AND WOULD HAVE INFO TO US BY END OF DAY TOMORROW. ARC ACK AND THANKED.

**07/13/2022 9:57 AM - CLAIM Note 35**
Claim/Event/Leave: 11495594
NoteSubject : Appeal
Other Subject : STATUS
Text: [07/13/2022 - SIX, APRIL]FILE HAS BEEN REFERRED FOR A PHYSICIAN REVIEW W/ AP CONTACT REQUESTED; REFERRAL SUBMITTED VIA CRT. APPEAL ACK WILL BE SENT TO ATTY.

**07/13/2022 9:46 AM - CLAIM Note 34**
Claim/Event/Leave: 11495594
NoteSubject : Appeal
Other Subject : CC REVIEW
Text: [07/13/2022 - SIX, APRIL]CLAIM CONSULT DISCUSSION WITH DR. STERN WAS COMPLETED. ICP RECOMMENDED FULL FILE REVIEW WITH PSYCHIATRY INCLUSIVE OF CONTACT W/ TREATING THERAPIST, TO ADDRESS OVERALL IMPAIRMENT AND TREATMENT.

**07/07/2022 6:30 PM - CLAIM Note 33**
Claim/Event/Leave: 11495594
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [07/07/2022 - SIX, APRIL]ASO ERISA, STD CLAIM FILED 6/16/21. AUTH AND JD IN DOC LIST. DISABILITY CODING CORRECT. APPEAL CODING UPDATED. STD CLAIM CLOSED NOT TD-LETTER DATED 12/30/21. 180 DAY APPEAL TIMELINE. APPEAL DUE 6/27/22. APPEAL LETTER DATED AND RECEIVED 6/30/22*****ACTION PLAN: PENDING COMPLETE REVIEW BY ARC.

**07/07/2022 7:42 AM - CLAIM Note 32**
Claim/Event/Leave: 11495594
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [07/07/2022 - AVERILL, REBECCA]ASSIGNED TO APRIL SIX

**07/06/2022 8:51 PM - CLAIM Note 31**
Claim/Event/Leave: 11495594
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 7/6/2022 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**07/06/2022 8:51 PM - CLAIM Note 30**
Claim/Event/Leave: 11495594
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 7/6/2022 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**12/29/2021 1:18 PM - CLAIM Note 29**
Claim/Event/Leave: 11495594
NoteSubject : Closed
Other Subject :
Text: [12/29/2021 - TANNER, AKELAH]39 YOW. ASSOC MEDICAL STAFF. LDW: 6/9/21. DOD: 6/10/21. DX: DISSOCIATIVE IDENTITY DISORDER. OCC: MEDICAL STAFF ASSOCIATE. 2 YEARS AGO DX WITH DID WENT TO THERAPY AND TRIED TO DECREASE STRESS SO TOOK LOWER POSITIONS ANDSTILL HAVING DIFFICULTIES TO DATE, EE HAD DIFFERENT PERSONALITIES COME OUT RECENTLY AND STRUGGLES WITH STRESS. EE ALSO SAYS SHE DOES NOT REMEMBER A LOT OF THINGS. DCM AND EE DISCUSSED SOCIAL SECURITY, EE ADVISED DID IS NOT COVERED BUT SHE HAS APPLIEDAND WAS DENIED AND NOW SHE IS IN THE APPEALS PROCESS, EE AGREED TO SEND APPEAL LETTER. DCM CONFIRMED EE PREFERS EMAIL CORRESPONDENCE . EE ADVISED SOMEONE NAME MARI HELPS HER OUT WITH DOING THINGS WITH SS AND DISABILITY SO I CAN TALK TO HER IF EE ISNOTAVAILABLE, EE AGREED TO COMPLETE AUTH TO SPEAK WITH THIRD PARTY FORM. EE IS GOING TO TRY TO GET BACK ON HER ADD MEDICATION AND IS LOOKING FOR A PCP. EE CONFIRMED SHE IS ONLY SEEING HER THERAPIST DR. BENNET AT THIS TIME LOV WAS TODAY 11/19 AND NOV IS11/23, EE SEES THERAPIST 2X A WEEK. PSYCH FFR COMPLETED DETERMINING THE AVAILABLE MEDICAL INFORMATION IS INSUFFICIENT TO SUPPORT PSYCHIATRIC IMPAIRMENT THAT WOULD REQUIRE RESTRICTIONS/LIMITATIONS, OR PRECLUDE FULL-TIME WORK CAPACITY, FROM 06/10/2021 TO PRESENT. DCM RECOMMEND CLOSING FOR NOT TD---- SEE LTD CLAIM NOTES

**11/05/2021 6:40 PM - PHONE Note 19**
Claim/Event/Leave: 11495594
NoteSubject : EE Called
Other Subject : VM
Text: [11/05/2021 - YETMAN, KYLE WILLIAM]CLMNT CALLED, REQST'D CALL BACK & TO CONTACT AP'S _ ALL AP'S & CLMNT WERE CONTACTED THIS MORNING.

**11/05/2021 11:36 AM - PHONE Note 18**
Claim/Event/Leave: 11495594
NoteSubject : Called EE
Other Subject : F/U
Text: [11/05/2021 - YETMAN, KYLE WILLIAM]LVM FOR CLMNT, ADVS'ING CALL'D EACH AP CURRENTLY LINK'D, CX'D MRR FX#'S & RESENT MRR FOR TX OVN'S & FORMS TO BE FILLED OUT BY THE AP, LOOKING FOR MR'S SUPPORTING OOW AFTER CURRENT APPRV'D THRU DATE OF 08/04 & ADVS'DMANNING HAVE NOT SEEN THE CLMNT SINCE LATE JUNE OR JULY & SHELTON-COOMER SINCE THE BEGINNING OF AUGUST. _ NEW ADCM LIST'D AS TANNER, GAVE MY PH# & EXT# ALONG W/ NEW ADCM'S FOR CONTACT. WISH'D WELL.

**11/05/2021 11:26 AM - CLAIM Note 28**
Claim/Event/Leave: 11495594
NoteSubject : LTR to AP
Other Subject : ALL LINK'D AP'S
Text: [11/05/2021 - YETMAN, KYLE WILLIAM]ADCM FX'D SUBSEQUENT MR REQST TO ALL AP'S _ DUE BACK 11/10

**11/05/2021 11:09 AM - CLAIM Note 27**
Claim/Event/Leave: 11495594
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [11/05/2021 - YETMAN, WILLIAM] CONTACTED BAPTIST HEALTH LEXINGTON, DR. MANNING, DR. NUNEZ-DE VAZQUEZ, DR. BENNET, AND DR. SHELTON-COOMER FOR MEDICAL RECORDS. - REQUEST - PROVIDER - SUBSEQUENT REQUEST

**11/05/2021 10:06 AM - PHONE Note 17**
Claim/Event/Leave: 11495594
NoteSubject : Called AP
Other Subject : LIVESTANCE HEALTH
Text: [11/05/2021 - YETMAN, KYLE WILLIAM]GOT TWO PEOPLE ON THE PHONE WHO ADVS'D CLMNT IS NOT SHOWING UP IN THEIR SYSTEM. IS NOT SEEING MRR MADE ON 10/14 EITHER, DCM PUT ON HOLD WHY ADMIN LOOK'D DEEPER INTO SITUATION... ***** ***** CLMNT HAD A LAST NAME CHANGE! LASTNAME OF 'TYLER' IS ON FILE & WILL NOT CHANGE ***** ***** MRR WAS NOT FILLED OUT BY BRYAN MANNING AS HAD NOT SEEN CLMNT SINCE 07/06/2021, SHELTON-COOMER FILLED OUT MRR IN AUGUST(LOV: 08/17/2021) BUT CLMNT HAS NOT BEEN SEEN SINCE.

**11/05/2021 9:54 AM - PHONE Note 16**
Claim/Event/Leave: 11495594
NoteSubject : Called AP
Other Subject : BENNET & NUNEZ (TIC)
Text: [11/05/2021 - YETMAN, KYLE WILLIAM]BOTH MICHALE BENNET & KATHY NUNEZ DE VAZQUEZ ARE PART OF TRAUMA

Text: [11/05/2021 - YETMAN, KYLE WILLIAM]BOTH MICHALE BENNET & KATHY NUNEZ-DE VAZQUEZ ARE PART OF TRAUMA INFORMED COUNSELING, LVM FOR RTC FROM MS. FRAKAS VM. ADVS'D OVN & FSE FORM PREVIOUSLY SENT BUT WOULD BE SENDING AGAIN. REQST'D RTC IF NECESSARY, NEEDDOCS SUPPORTING OOW & ONGOING TX TO EXT. CLM.

**11/05/2021 9:48 AM - PHONE Note 15**
Claim/Event/Leave: 11495594
NoteSubject : Called AP
Other Subject : LIFESTANCE HEALTH
Text: [11/05/2021 - YETMAN, KYLE WILLIAM]FORMERLY BEAUMONT BEHAVIORAL HEALTH, _ DCM CALLED PH# (859) 296-3141 & WAS STUCK IN HOLD FOR 5-MINUTES BEFORE DISCONNECTING, FOUND PH# 859-214-7440 & ATTEMPTED, EXT#1 FOR LEXINGTON-MONARCH OFFICE, ANOTHER AUTOMATEDMENU.... EXT#5 FOR MR'S EXT#1 MR @BEAUMONT LOCATION _ HELD FOREVER... WENT BACK & EXT#6 FOR FX# 859-296-3144 FOR BEAUMONT LOCATION.[11/05/2021 - YETMAN, KYLE WILLIAM]***** BOTH BRYAN MANNING & TINA SHELTON-COOMER ARE PART OF WHAT IS NOW LIVESTANCE HEALTH ***** ONLY ONE PH.CALL NEED'D

**11/05/2021 9:05 AM - PHONE Note 14**
Claim/Event/Leave: 11495594
NoteSubject : Called AP
Other Subject : BAPTIST HEALTH LEX
Text: [11/05/2021 - YETMAN, KYLE WILLIAM]PH# (502) 253-4828 EXT#2 _ BAPTIST HEALTH RELEASE OF INFORMATION DEPT. _ AUTOMATED SYSTEM GAVE FX# 502-253-4829, DCM REMOVED FX# (270) 825-5942 FROM LINK'D PROVIDER SCREEN & UPDATED. MRR TO BE RESUBMITTED TO NEW FX#.

**11/05/2021 8:01 AM - CLAIM Note 26**
Claim/Event/Leave: 11495594
NoteSubject : Escalation
Other Subject :
Text: [11/05/2021 - MCCROREY, KHYA]ASGN TO A. TANNER

**11/05/2021 7:29 AM - PHONE Note 13**
Claim/Event/Leave: 11495594
NoteSubject : AP Called
Other Subject : VM
Text: [11/05/2021 - YETMAN, KYLE WILLIAM]MARIE FARKAS, TARGETED CM WORKS FOR THE TRAUMA INFROMED COUNCELING CENTER, CALLING ON CLMNTS BEHALF, RTC TO ADV'S WHAT DOCS ARE NEEDED _ PH# 859-309-2877 EXT#104

**11/04/2021 9:05 PM - CLAIM Note 25**
Claim/Event/Leave: 11495594
NoteSubject : Ref to Other
Other Subject : ESCALATION
Text: [11/04/2021 - CRIDDLE, MORGAN]39 YOW. ASSOC MEDICAL STAFF. LDW: 6/9/21. DOD: 6/10/21. DX: DISSOCIATIVE IDENTITY DISORDER. RECOMMEND ESCALATION TO LTD BASED ON EE STILL OOW, MBD: 12/8/21. ACTION PLAN; NOTIFY EE AND ESCALATE

**11/04/2021 3:58 PM - PHONE Note 12**
Claim/Event/Leave: 11495594
NoteSubject : EE Called
Other Subject :
Text: [11/04/2021 - HORTON, EMILY]EE CALLED AND SAID SHE NEEDS TO MAKE A COMPLAINT ABOUT HER DCM. ESCALATION TEMPLATE WAS TAKEN AS EE WAS CRYING/EMOTIONAL ABOUT LACK OF COMMUNICATION OR RETURN PHONE CALLS. ESCALATION TEMPLATE WAS SENT TO DCM AND MANAGER TOREVIEW CONCERNS

**10/31/2021 11:34 AM - PHONE Note 11**
Claim/Event/Leave: 11495594
NoteSubject : Called EE
Other Subject : 7 DAY FU
Text: [10/31/2021 - LEON, MICHAEL]C/O TO EE NO ANSWER LEFT VM

**10/14/2021 12:18 PM - CLAIM Note 24**
Claim/Event/Leave: 11495594
NoteSubject : Action Plan
Other Subject : N&P
Text: [10/14/2021 - CRIDDLE, MORGAN]UPDATE MR FROM ALL PROVIDERS NEEDED. DEADLINE: 11/29

**10/14/2021 12:18 PM - CLAIM Note 23**
Claim/Event/Leave: 11495594
NoteSubject : LTR to EE
Other Subject : N&P
Text: [10/14/2021 - CRIDDLE, MORGAN]LETTER SENT TO EE. NEED UPDATE MR FROM ALL LISTED PROVIDERS. DEADLINE :11/29

**10/14/2021 7:53 AM - CLAIM Note 22**
Claim/Event/Leave: 11495594
NoteSubject : LTR to AP

Other Subject : MEDICAL REQUEST
Text: [10/14/2021 - CRIDDLE, MORGAN] CONTACTED DR. MANNING, BAPTIST HEALTH LEXINGTON, DR. NUNEZ-DE VAZQUEZ, DR. BENNET, AND DR. SHELTON COOMER FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**10/06/2021 10:16 PM - CLAIM Note 21**
Claim/Event/Leave: 11495594
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR NO ADDITIONAL MEDICAL RECEIVED

**10/02/2021 7:46 PM - CLAIM Note 20**
Claim/Event/Leave: 11495594
NoteSubject : Status Report
Other Subject :
Text: EXTENDED THRU 8/4/21

**10/02/2021 7:46 PM - CLAIM Note 19**
Claim/Event/Leave: 11495594
NoteSubject : Extended Benefits
Other Subject : THRU 8/4/21
Text: [10/02/2021 - BURCKE, KATRINA]UPON REVIEW OF MDS REVIEW REASONABLE TO EXT CLAIM THE RECOMMENDED DATE OF 8/4/21.

**10/01/2021 8:08 PM - CLAIM Note 18**
Claim/Event/Leave: 11495594
NoteSubject : Other
Other Subject :
Text: [10/01/2021 - FRANCIS, CHRISTOPHER]RVWD SALARY FOR ACCURACY.

**09/15/2021 2:56 PM - MDS Note**
Claim/Leave: 11495594
Episode #: 1
Nurse Name: SINNER, AMY
Service #: 17224273
Service Date: 09/15/2021
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, KYLE WILLIAM, YETMAN
Note Type: INFORMATION OBTAINED DESC
Text: BH MEMORANDUM IN DOC LIST. CS UPDATED.

**09/11/2021 3:26 PM - CLAIM Note 17**
Claim/Event/Leave: 11495594
NoteSubject : Ref to Other
Other Subject : BH FFR
Text: [09/11/2021 - HATTON, JESSICA]EE IS 37 YOF, ASSOC MEDICAL STAFF (LIGHT) AT CSL BEHRING; N&P D/L 8/30/21, APPROVED THROUGH 7/14/21; LDW 6/9/21, DOD 6/10/21, DX: DISSOCIATIVE IDENTITY DISORDER; AP BENNET, AP MANNING, AP NUNEZ-DE VAZQUEZ; RECVD UPDATEDMD NOTES DATED 7/14/21 FROM PSYCHIATRY; PLEASE PROVIDE A DESCRIPTION OF THE CLAIMANT S SUPPORTED DIAGNOSES AND COMPLICATIONS AND RELATEDRESTRICTIONS AND LIMITATIONS 7/15/21 TO PRESENT, ON 9/4/21 EE STATES STILL OOW. PLEASE INCLUDE THE EXPECTED DURATION FOR ANY SUPPORTED RESTRICTIONS. PLEASE CONTACT THE AP FOR ANY CLARIFICATION IF NECESSARY.

**09/04/2021 10:47 AM - PHONE Note 10**
Claim/Event/Leave: 11495594
NoteSubject : Called EE
Other Subject :
Text: [09/04/2021 - BURCKE, KATRINA]( SPOKE TO EE SHE IS CURRENTLY STILL OOW. WILL FU WITH ADCM IF MR RCVD

**08/19/2021 4:15 PM - CLAIM Note 16**
Claim/Event/Leave: 11495594
NoteSubject : LTR to EE
Other Subject : D21 WARNING LTR
Text: [08/19/2021 - YETMAN, KYLE WILLIAM]DCM MAILED CLMNT SUBSEQUENT MRR 07/01-PRESENT _ DUE BACK 08/28

**08/19/2021 2:38 PM - PHONE Note 9**
Claim/Event/Leave: 11495594
NoteSubject : EE Called
Other Subject : F/U
Text: [08/19/2021 - YETMAN, KYLE WILLIAM]CLMNT CALLED STATING SHE HAS NOT BEEN PAID IN OVER 3 WEEKS & HAS NOT HEARD FROM HER DCM _ CM ADVS'D SHE IS NOW HIS CLM AS ORIG. DCM OOO, CLM WAS APPRV'D THRU 07/14 & N&P STARTED AGAIN ON THAT DATE, NO MRR RCV'D @TT TO SUPPORT EXT.BENEFITS. _ CLMNT UNDERSTOOD, ADVS'D KATHY IS HER CM WITH TRAUMA INFORMED CONSELING CENTER & WOULD NEED TO RCV THE MRR, PASSED ALONG CONTACT INFO, DCM THANKED _ DCM ADVS'D D21 WARNING LTR COMING, WOULD SEND MRR TO KATHY & LOOKED FORWARD TO WORKING W/ CLMNT. _ NFQ, CLMNT THANKED DCM, DCM THANKED CLMNT FOR THE CALL & WISHED WELL.

**07/27/2021 10:17 PM - CLAIM Note 15**
Claim/Event/Leave: 11495594
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE COORDINATED LEAVE WAS CLOSED FOR NO ADDITIONAL MEDICAL RECEIVED

**07/20/2021 1:49 PM - PHONE Note 8**
Claim/Event/Leave: 11495594
NoteSubject : Called EE
Other Subject : DAY-7 F/U
Text: [07/20/2021 - YETMAN, KYLE WILLIAM]CM CALLED EE ON DCM BEHALF, LVM RQST RTC. ADVISED MRR NOT RCV'D FROM EITHER AP BUT DID CX DR. BENNET'S OFFICE HAD RCV'D THEM & SENT SUBSO.REQST TO DR. COOMER. CM ADVISED A CALL TO DR. COOMER MAY HELP GET THE RCRDS TURN AROUND QUICKER.

**07/20/2021 1:47 PM - PHONE Note 7**
Claim/Event/Leave: 11495594
NoteSubject : Called AP
Other Subject : DR. COOMER
Text: [07/20/2021 - YETMAN, KYLE WILLIAM]DCM ATTMPT'D TO CONTACT AP TO CX RCPT OF MRR BUT WAS UNABLE TO GET PAST WHISPERING AUTOMATED SYSTEM. DCM FX'D 2ND MRR TO DR. COOMER OR NURSES ATTN.

**07/20/2021 1:46 PM - PHONE Note 6**
Claim/Event/Leave: 11495594
NoteSubject : Called AP
Other Subject : DR. BENNET
Text: [07/20/2021 - YETMAN, KYLE WILLIAM]DCM CALLED AP TO CX MRR RCPT ***** EE LISTED UNDER APRIL CONNELLY IN AP'S SYSTEM ***** ADMIN CX MRR & WOULD BRING TO AP'S ATTN FOR QUICK TURN AROUND, DCM THANKED GAVE DIRECT FX# FOR TIMELY PROCESSING.

**07/14/2021 3:27 PM - CLAIM Note 14**
Claim/Event/Leave: 11495594
NoteSubject : Action Plan
Other Subject : PENDED REVIEW
Text: [07/14/2021 - ARMSTRONG2, BRIAN]UNK ERTW. REQUESTED UPDATED RECORDS. N&P DEADLINE IS 08/27/2021

**07/14/2021 3:26 PM - CLAIM Note 13**
Claim/Event/Leave: 11495594
NoteSubject : Notice/Proof Review
Other Subject :
Text: [07/14/2021 - ARMSTRONG2, BRIAN]MR FROM TINA COOMER AND MICHAEL BENNETT 07/01-PRESENT.

**07/14/2021 3:25 PM - CLAIM Note 12**
Claim/Event/Leave: 11495594
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [07/14/2021 - ARMSTRONG, BRIAN] CONTACTED DR. BENNET, AND DR. SHELTON COOMER FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**07/14/2021 3:24 PM - PHONE Note 5**
Claim/Event/Leave: 11495594
NoteSubject : Called AP
Other Subject : COOMER
Text: [07/14/2021 - ARMSTRONG2, BRIAN]I CALLED AP COMER AT (859) 214-7440: ADDED FAX TO FILE.

**07/13/2021 8:13 AM - PHONE Note 4**
Claim/Event/Leave: 11495594
NoteSubject : ER Called
Other Subject :
Text: [07/13/2021 - ARMSTRONG2, BRIAN]I ADVISED ON STATUS. ADVISED I WOULD BE REQUESTING UPDATED MR AFTER OV 07/14/2021. NO ERTW

**07/01/2021 9:40 AM - CLAIM Note 11**
Claim/Event/Leave: 11495594
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**06/30/2021 9:25 AM - CLAIM Note 10**
Claim/Event/Leave: 11495594
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [06/30/2021 - LOPEZ SHELL, ASHLEY]AGREE

**06/29/2021 3:02 PM - CLAIM Note 9**
Claim/Event/Leave: 11495594
NoteSubject : Approved
Other Subject : RECOMMEND
Text: [06/29/2021 - ARMSTRONG2, BRIAN]REASONABLE TO APPROVE UNTIL NOV 07/14/2021. DUE TO AP WRITING CLMT COMPLETELY OOW AND SEVERITY OF SYMPTOMS PREVENTING WORK IT IS REASONABLE TO APPROVE--FSME FROM AP MANNING. STRESSED. CONSTRICTED. DISSOCIATIVE RELATEDTO DISSOCIATE IDENTITY DISORDER. ISSUES WITH MEMORY. SAYS SWITCHING BETWEEN ALTERS. SAYS ISSUES WITH ADLS. NOT ABLE TO WORK. TIMELINE 4-6 WEEKS. NOV 07/14/2021.

**06/29/2021 3:01 PM - CLAIM Note 8**
Claim/Event/Leave: 11495594
NoteSubject : Med Records Rcvd
Other Subject :
Text: [06/29/2021 - ARMSTRONG2, BRIAN]FSME FROM AP MANNING. STRESSED. CONSTRICTED. DISSOCIATIVE RELATED TO DISSOCIATE IDENTITY DISORDER. IUSSED WITH MEMORY. SAYS SWITCHING BETWEEN ALTERS. SAYS ISSUES WITH ADLS. NOT ABLE TO WORK. TIMELINE 4-6 WEEKS. NOV 07/14/2021.

**06/28/2021 2:35 PM - CLAIM Note 7**
Claim/Event/Leave: 11495594
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [06/28/2021 - ARMSTRONG, BRIAN] CONTACTED DR. MANNING, AND BAPTIST HEALTH LEXINGTON FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**06/26/2021 6:51 AM - CLAIM Note 6**
Claim/Event/Leave: 11495594
NoteSubject : FMLA
Other Subject : LEAVE NOT COORDINATE
Text: THE DISABILITY CLAIM DETERMINATION WAS NOT MADE WITHIN THE DETERMINATION WAITING PERIOD. THE LEAVE WAS CONVERTED TO THE LEAVE ONLY PROCESS, AND WILL NO LONGER COORDINATE WITH THE CLAIM. REFER QUESTIONS TO THE LEAVE SERVICES UNIT.

**06/25/2021 9:33 AM - PHONE Note 3**
Claim/Event/Leave: 11495594
NoteSubject : Called AP
Other Subject :
Text: [06/25/2021 - ARMSTRONG2, BRIAN]NEED AUTH FOR MR. SENT MED AUTH TO CLMT AND HAVE CALLED CLMT

**06/23/2021 3:12 PM - PHONE Note 2**
Claim/Event/Leave: 11495594
NoteSubject : Called EE
Other Subject : DAY 7
Text: [06/23/2021 - ARMSTRONG2, BRIAN]I CALLED CLMT AT I ADVISED ON STATUS AND TO BE ON LOOKOUT FOR AUTH.

**06/17/2021 4:15 PM - DOCUMENT Note 2**
Claim/Event/Leave: 11495594
NoteSubject : eSignature
Other Subject : Document Signed

**06/17/2021 8:17 AM - CLAIM Note 5**
Claim/Event/Leave: 11495594
NoteSubject : Notice/Proof Review
Other Subject :
Text: [06/17/2021 - ARMSTRONG2, BRIAN]MR FROM DR. MANNING AND BAPTIST 06/01-PRESENT.

**06/17/2021 8:16 AM - CLAIM Note 4**
Claim/Event/Leave: 11495594
NoteSubject : Action Plan
Other Subject : PENDED REVIEW
Text: [06/17/2021 - ARMSTRONG2, BRIAN]REQUESTED MEDICAL RECORDS. N&P DEADLINE IS 07/31/2021

**06/17/2021 8:16 AM - CLAIM Note 3**
Claim/Event/Leave: 11495594
NoteSubject : LTR to AP
Other Subject : MRR MANNING AND BAPT
Text: [06/17/2021 - ARMSTRONG2, BRIAN]06/01-PRESENT.

**06/17/2021 8:12 AM - PHONE Note 1**
Claim/Event/Leave: 11495594
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [06/17/2021 - ARMSTRONG2, BRIAN]CONFIRMED EE DOB WORK: JOB TITLE: ASSOC MEDICAL STAFF. FULLTIME. LDW:

06/09/2021 DOD: 06/10/2021 DISCREPANCY: N/A OTHER JOBS: NO MEDICAL: DX: DISSOCIATIVE IDENTITY DISORDER HOSPITALIZED: NO, DID GO TO ER BAPTIST HEALTH IN LEXINGTON SX DATE: N/A DR INFO: BRYAN MANNING LICENSED COUNSELOR AND TINA COOMER NURSE PRACTITIONER. F859 296 3144 P859 296 3141 BOTH AT SAME FACILITY. LOV: MANNING 06/16/2021 NOV: COMER IN ULY, HOPES TO BE SOON QUICKER. AP BRYANIS GOING ON VACATOI WILL HAVE APPOINTMENT AFTERWARDS. ERTW: UNK MED AUTH: SENT ESIGN *** I ADVISED ON CLAIMS ON PROCESS.

**06/17/2021 8:11 AM - DOCUMENT Note 1**
Claim/Event/Leave: 11495594
NoteSubject : eSignature
Other Subject : Document Requested

**06/16/2021 2:35 PM - CLAIM Note 1**
Claim/Event/Leave: 11495594
NoteSubject : Internet Intake
Other Subject : SURGERY INFO
Text: EE REPORTED CLAIM. DX- DISSOCIATIVE IDENTITY DISORDER EE TREATED BY BRYAN MANNING LICENSED COUNSELOR AND TINA COOMER NURSE PRACTITIONER. F859 296 3144 P859 296 3141. LOV- 6.16.21. ERTW- UNKNOWN

**06/16/2021 2:35 PM - CLAIM Note 2**
Claim/Event/Leave: 11495594
NoteSubject : Internet Intake
Other Subject : ADDITIONAL INFO
Text: EE WENT TO ER 6/10/2021. EE WILL SCHEDULE AN APPT WITH NURSE PRACTITIONER FOR PRESCRIPTIONS. MR. MANNING GOING ON VACATION NEXT WEEK. IF HE IS UNAVAILABLE PLS SPEAK WITH TINA COOMER. WHEN CM CALLS ONE OF EES ALTERS MAY ANSWER PHONE.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | October 13, 2023 |
| To: | SAMUEL PAYNE<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Lisa Macallister<br>Claim Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 19 |
| RE: | Claim #: 12027405<br>Claimant: April Connolly<br><br>CSL Behring |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 13, 2023

Samuel D. Payne
Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
CSL Behring
Claim #: 12027405
Claimant: April Connolly

Dear Samuel Payne:

Per your voicemail, there is only one peer available for review. Please see attached correspondence regarding Ms. Connolly's appeal.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Macallister
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16400
Secure Fax No.: (603) 334-0401

Attachments: 12027405-ACKNOWLEDGE-FREEFORM-10.04.2023

From: LFGNotifications@LFG.com
Sent: Wednesday, October 4, 2023 4:29:30 PM
To: CODY@CODYALLISON.COM;
CC:
BCC:
Subject: [Send Secure]CSL Behring Claim No. 12027405 April Connolly
Attachments: gk8wdjvpumte5hbdmy6v_16271280.pdf;

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 4, 2023

Samuel D. Payne
Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
CSL Behring
Claim #: 12027405
Claimant: April Connolly

Dear Samuel Payne:

Please see enclosed documentation regarding Ms. Connolly's appeal.
If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Macallister
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16400
Secure Fax No.: (603) 334-0401

Attachments: 12027405-ACKNOWLEDGE-FREEFORM-09.12.2023

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | September 12, 2023 |
| To: | SAMUEL PAYNE<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Lisa Macallister<br>Claim Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 15 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>CSL Behring | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 12, 2023

Samuel D. Payne
Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
CSL Behring
Claim #: 12027405
Claimant: April Connolly

Dear Samuel Payne:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under CSL Behring LLC's Group Disability Policy. We are writing in reference to Ms. April Connolly's claim for LTD benefits under the Policy.

We are in process of reviewing Ms. Connolly's appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on her appeal.

Please find attached the peer reviews and vocational assessment, which are new or additional evidence in connection with this appeal. You may review these reports and provide a response to us, which we will consider in making our decision on this appeal. If we do not receive your response within 21 days of the date of this letter or 10/3/2023, we will proceed with making a determination on Ms. Connolly's appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on this appeal. If your response is not received by 10/3/2023 (21 days from the date of this letter), we will render a determination based on the information contained in Ms. Connolly's file.
Due to these special circumstances, an extension of time to process this appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond

Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate Ms. Connolly's claim. (Tolled: accumulation of time is suspended.)

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Macallister
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16400
Secure Fax No.: (603) 334-0401

Attachments: 12027405-MEDICAL-CP/PEER REVIEW-09.10.2023

Reliable Review Services

Date: 9/10/2023
To: Lisa MacAllister
LINCOLN FINANCIAL GROUP
Re: RRS ID: 91858

Claimant: April Connolly
Claim #: 12027405
Line of Business: Disability
Review Type: LTD
Review Level: Initial

## Advisory Report

### Clinical History

This review is from a psychiatry perspective. The claimant is a 41-year-old female who has a reported date of disability of 6/10/21. The claimant has a reported diagnosis of dissociative identity disorder. The period under review is from 1/20/23 to present.

All medical records have been reviewed and those significant to the scope of this review and proximate to the period under review are summarized.

Records from The Ridge admission for the dates from 10/24/19-10/26/19 note that the claimant discharged herself against medical advice. She was diagnosed with major depression and post traumatic stress disorder (PTSD). Sleep apnea, hypothyroidism, obesity, history of breast cancer, and BRC A1 gene were noted. She started getting depressed after she had her tubes removed.

Records from 6/16/21 through 10/14/21 from Tina Shelton-Coomer, PMHNP, and Brian Manning LCPC are provided.

Tina Shelton-Coomer PMHNP provides medication management.

5/10/21: psychiatric diagnostic evaluation via telehealth noted complaints of depression, anxiety, PTSD, dissociative episodes, and poor physical health. She has issues with insomnia. Has voices that will not stop talking. She has dissociative disorder. She has several altars, currently 8, they are down to a manageable number. There has been as many as 20 in the past, they have integrated. She has some memories coming back, she has past trauma and cannot recall abuse, she may have blocked it out. She has periods of racing thoughts, mood swings and different altars that comes out when her moods change. She feels like she's at a good point with cognitive therapy. Use of cannabis, prescription

stimulants, and prescription opioids in the last 30 days is noted. Presents with anxious mood, attention span moderately impaired. Memory is intact. There is no evidence of psychotic symptoms, suicidal or homicidal ideation noted. Genetic testing was noted, she is continued on Pristiq, Clonidine twice daily as needed for anxiety was prescribed, and Propranolol is discontinued as it worsened asthma once. Prescription for Lamictal titration is also noted.

6/2/21: the claimant is seen for follow up. Presentation is unchanged. Clonidine is discontinued and Lamictal increased to 100 mg. Diagnosis include dissociative identity disorder, F 44.81 and generalized anxiety disorder, 41.1.

7/14/21: the claimant is seen for follow up. Presentation is unchanged. She is continued on the same medication with addition of hydroxyzine 25 mg daily.

8/17/21: the claimant presents as anxious, depressed, attention span moderately impaired. BuSpar 10 mg twice a day is prescribed. GAD7 score was 19. Diagnoses of dissociative identity disorder, F44.81 and generalized anxiety disorder, F41.1 are noted. Claimant has anxiety and depression, dissociative episodes and poor physical health, issues with insomnia, has voices that will not stop talking, currently has 8 alters, there have been as many as 20 in the past which have integrated. She feels she has PTSD and has memories coming back, reports past trauma, periods of racing thoughts, mood swings, and anxiety. Presents with anxious mood. Started on Lamictal 100 mg and continued on Pristiq 100 mg, Clonidine as needed discontinued, and hydroxyzine as needed prescribed.

10/19/21: Functional Mental Status Exam (FMSE) form notes that the claimant has not been seen since 6/20/21.

11/21/21: FMSE notes that the claimant presented as adult at times, childlike at others, was dissociating into different identities. She could not recall remote events. She had minimal insight and poor judgment, ability to do physical activities was retained. She was prescribed Lamictal, Propranolol, and BuSpar.

Brian Manning LCPC provides individual psychotherapy.

5/18/21: therapy visit notes claimant is moving into new home, got a puppy, and has started writing a book about her personalities. New medical provider put her on lithium which has helped with sleep. Note includes list of alters. She presents with tired confused mood, constricted affect, circumstantial, recent memory mildly impaired, attention span mentally impaired. Diagnosed with dissociative identity disorder. Treatment plan notes impaired relationship functioning, impaired occupational functioning, emotional dysregulation, impaired ADLs.

5/27/21: the claimant presents in childlike voice and vocabulary, talking about herself in the third person. New alters are described. Mood this stressed, affect is described as variable but congruent with alter, she's circumstantial, and recent memory and attention span is mildly impaired.

6/16/21: received therapy, discussed desire to cut, going to the emergency room, self-care, and FMLA.

Denied suicidal ideation.

6/28/21: FMSE notes that claimant has just woken up, was using CPAP, hair is unkempt. She is stressed with constricted affect. Dissociative experiences are noted. There is mild memory impairment related to loss of time and dissociation. Presents with alters switching. She reported emergency room visit to avoid self-harm, denies suicidal ideation. Symptoms severely impair her ability to perform daily tasks such as self-care. She is having difficulty with task completion, focus and emotional regulation. Able to communicate with partner. PHQ9 is 21, severe, GAD7is 19, severe. Diagnosed with dissociative identity disorder, and major depression, F33.3. Receives weekly cognitive behavioral therapy (CBT). Prescribed Lamictal, Propranolol, and Trazodone.

6/29/21: the claimant reports difficulty with sleep, trouble planning her day and getting things done, hygiene has improved to two showers a week but not wearing anything but pajamas, relieved that she sold the house. Having a hard time communicating with her mother. Focus on self-care is noted. Alter is present today.

7/6/21: received therapy, completed disability paperwork, discussed her alters and what they have been doing.

Notes from 8/5/21-9/9/21: document diagnosis of post-traumatic stress disorder chronic, F 43.12 and dissociative identity disorder. Provider notes that one alter scored 35 on PCL 5, another one previously scored 63. Continues to switch between alters, has experienced increased distress and deeper depressed mood due to having to provide care for partner during their recovery from a surgery. Dialectical behavioral therapy (DBT) with several alters is noted. Partner reports that claimant has been experiencing challenges with regulating herself, following alter scheduling and has become withdrawn in their relationship. Claimant presents as anxious, labile, depressed, and functional status is impaired.

Notes from 9/13/21- 10/14/21: document complaints of anxiety, insomnia, anxiety has decreased after mortgage was approved, although household tasks were still not being achieved. Provider continued to meet with various altars during the sessions. Continued exploration of interacting with family while navigating emotional abuse and practicing boundaries. DBT was provided. Claimant presented as anxious, and at times was angry, labile and tangential. In one of the sessions she had the cataplexy experience of inability to speak and partial paralysis, she reported previous occurrences of that. Neurologic assessment was recommended. The claimant explored relationship with spouse and triggers preventing intimacy.

Notes from 10/22/21-12/2/21: treatment notes continue to document anxious depressed mood, constricted affect, and claimant was tangential at times, and she reported she was navigating financial barriers. She was recovering from medical procedure, discussed distress in family and spousal relationship. The most recent distressing event was that sister was present in a school shooting and claimant was recovering from the terror. Provider notes he met with various alters in sessions. DBT was continued. She also worked on mindfulness and skill building. PCL 5 score was 31, no change.

6/27/22: letter by Michael Bennett, LPC, stated the claimant has been attending trauma informed

Reliable Review Services

treatment since J6/29/20 to master skills needed in navigating life with dissociative identity disorder, PTSD and attention deficit hyperactivity disorder (ADHD) inattentive type. Provider observed the presence of derealization and depersonalization dissociative experiences. The claimant experiences great difficulty due to her debilitating mental reenactment of traumas to reminders, proactive avoidance of stimuli, constant sense of threat, affect dysregulation, negative self-concept and dissociations. Due to the presence of dissociation experiences, the clinician administered the dissociative experiences scale and her responses reflected a score of 70 indicating the strong possibility of her having dissociation disorder. Dissociative disorder interview schedule was utilized, and it was determined that the claimant is diagnosed with dissociative identity disorder. Claimant is dependent upon the alternative identities within her dissociative identity system in order to function in a survival state of being. This dependency is increased when engaging with distressing stimulator, such as found in high stress work environments.

7/5/22: letter by Michael Bennett, LPC, contains similar information.

7/29/22: document with answers to questions by Michael Bennett, LPC notes that the claimant participates in treatment weekly for diagnosis of dissociative identity disorder and PTSD, chronic. She consistently experiences overwhelming symptoms of anxiety, depressed mood, frequent dysphoric perceptions of herself, others and the world around her, as well as overwhelming intrusive symptoms of emotional flashbacks, resurfacing traumatic memories and various levels of hypervigilance, social anxiety, hypertension and bodily complaints and impaired sleep. These impairments create barriers in accomplishing daily life activities. Claimant frequently experiences dissociation and switching between alternative identities. As a result, basic activities to care for herself can be overlooked due to being distressed or actively avoided due to increasing her distress by activating her trauma response symptoms. It may take her several hours if not the duration of the day to accomplish various daily tasks. She has met for therapy up to three times a week since starting treatment. Cognitive processing therapy is utilized. She is still within the stabilization phase of treatment. She is also receiving medication management. There is no estimation that the provider can give for a return to work date as the claimant has not experienced consistent stabilization which supports trauma processing in a way that may positively impact her. His recommendation is that no additional external distrust be placed upon her which may create further barriers to treatment. It is his professional opinion that this claimant cannot return to work in the foreseeable future.

8/15/22: letter by Michael Bennett, LPC, contains summaries of previous letters. Provider also adds a correction according to which the claimant concluded that withdrawing from school could help mitigate claimant's distress and increase her functioning at work. When not seeing success with this solution, she determined that stepping down could decrease her distress and allow her to better function at work. When that did not produce the desired outcome, she then took a leave of absence to focus attention on receiving psychological treatment for distress and symptoms which was impairing her ability to work and complete school. During the past six months claimant has been navigating the process of traumatic memory processing and reconsolidation, which requires considerable emotional efforts, often causes momentary instability, and commonly results in fatigue and exhaustion. She has additional individuated self-organization and reorganization processes, which involve severe levels of dissociation, impairment to concentration, impairment to sleep, impairment to memory, increased irritability and interpersonal

challenges. While there are moments of functionality which do indicate gradual progress and treatment, the inconsistent presence of the functionality would create a barrier to being able to consistently fulfill work related tasks according to expectations.

Notes from 7/11/22-12/9/22: continue to document the claimant is receiving CPT and DBT. She presented as anxious, and at times was circumstantial, labile, dysphoric mood, with functional status variably impaired. She reported some improvement with medications. Continued impairment in sleep, nightmares, irritability, low mood, low productivity, challenges in interpersonal communication were noted. She reported adjustment distress due to living situation crisis, navigating increasing interpersonal stressor with spouse, staying at hotel until mid-June. She discussed various alters. Most recent PCL score was 19. Multiple dissociative experiences were described. She was pursuing integration.

12/20/22: the claimant reported she was sick and was recovering from severe COVID symptoms. She reported continued increase of dissociative experiences, irritability, interpersonal conflicts, distress focused towards relationship with spouse, and distressing dreams.

1/4/23: she reported continued distress focused towards relationship with spouse and communication barriers, challenges and accomplishing personal goals and tasks through the day, particularly in working on a creative writing project.

1/11/23: claimant reported improved sense of self following interactions with support system and system of spirituality, expressed improved mood and believed that medications can be adjusted to titrate down since she has skills to navigate depressive symptoms. She reported challenges in accomplishing personal goals and discussed ways to problem solve. She presented as optimistic, reported desire for possibly titrating sessions to biweekly as she continues to experience positive recovery.

1/18/23: she reported that improved experiences of more than the anxiety, decision to titrate off antidepressant.

1/25/23: she reported positive experiences of community building, was able to maintain boundaries with parents. She reported continued titration down of 1 antidepressant medication. She was feeling optimism.

2/8/23: claimant reported continued pursuit of self-growth. She experienced the desire to process her emotions further.

2/22/23: claimant reported recent reorganization of the ID system resulting in integrations of multiple altars and living a total of four altars. She reported distress around upcoming job in which she will be utilizing her skills to provide spiritual help to others seeking guidance. She felt relief following connection with self-energy and self-leadership.

3/8/23: she reported more insight about integration of multiple altars. She experienced a distressing event of pet passing. She discussed relationship conflict with spouse which they were able to navigate

towards resolution. She indicated that trauma memories of sexual abuse by father emerged and the claimant was processing that information shifting from denial to acceptance.

3/22/23: claimant discussed having meaningful experiences of spiritual growth and communication challenges with spouse.

4/5/23: claimant reported optimistic life experiences over the past two weeks, has been functioning well, and resolving stressors as they arise through the use of coping skills.

5/3/23: claimant reported experiencing distress as she navigated a group-based activity with her spiritual support community. She had difficulty in trusting herself, self-doubt. She was able to visualize herself practicing leadership, power and control in healthy ways. Next session was scheduled 4 weeks later.

6/9/23: the claimant reported optimistic about her experiences of the past month. Growing stability and meaningful experiences with spouse were noted. She discussed her spiritual life. She identified the four parts of self to experience growth.

6/28/23: the claimant reported optimistic about the past several weeks, had positive and meaningful experiences and was achieving personal goals of creating and providing support for others. Explored timeline of traumatic events.

Records from Baptist Health Medical Group family medicine 11/19/21-5/9/22 are provided. Claimant is seeing Dr. Beverly Smith. She is receiving treatment for medical conditions, refills, referrals. On 11/19/21 she was seen as a new patient and complaints of blood pressure were noted. Diagnosis of asthma, Hashimoto's disease, morbid obesity, and multiple personalities were noted. They were prescriptions for BuSpar and Pristiq provided. No suicidal or homicidal ideation was noted. She was referred to behavioral health. As of 2/3/22 claimant said her depression has been bad, she may need to increase her medication. She had a visit with parents that put her on edge. Her therapist was out of the office at that time. She denied suicidal or homicidal ideation, reported trouble sleeping. She was tearful. Provider added Vistaril and instructed hard to take BuSpar 2 to 3 times daily. Appointment with psychiatry was facilitated.

Legal paperwork is included.

Previous reviews are provided.

Claimant's statement note that the claimant's activity level depends on which alter is out. She can microwave meals, vacuum, do the laundry if Scott takes it downstairs first, goes up and down the stairs slowly, takes care of her hygiene. They have a phobia of doctors and hospitals due to cancer history. They do not know which alter will come out and when, makes it impossible to focus on the task. Each alter does what they want to do when they come out which makes life very unorganized. SSDI application is included.

Reliable Review Services

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 8/23/2023 4:33 PM EDT | voicemail | I left a message for Michael Bennett explaining the reason for my call and requested a return call. My contact information and availability was provided. |
| 8/24/2023 9:08 AM EDT | voicemail | I left a message for Michael Bennett explaining the reason for my call and requested a return call. My contact information and availability was provided. |

## Questions and Reviewer's Response

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.

Diagnoses of dissociative identity disorder, F44.81; post traumatic stress disorder, chronic, F43.12; generalized anxiety disorder, F41.1 and major depression, F33.3 are noted.

2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

Asthma, J45.9; Hashimoto's disease, E06.3; morbid obesity, E66.01; and obstructive sleep apnea (OSA) on CPAP

Any impairment from medical conditions will be deferred to appropriate specialty for review.

3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 01/20/2023 to present, and comment on the expected duration.

Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, impairment is not supported and does not translate into restrictions and limitations from 1/20/23 to present.

No current psychiatric records are provided for this period. Psychotherapy notes document integration of most alters and no abnormalities of mental status examination is documented during the period of review. The claimant reports improvement, presents as optimistic, works on spirituality and appears to be some kind of peer counselor. The claimant decreased the frequency of therapy significantly and also reported decreasing doses of her antidepressant medication. No evidence of continued marital discord or difficulty with ADLs is provided. There is an insufficient severity of symptoms, as documented, during the period under review to support continued psychiatric impairment and inability to work.

4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?

The medical records do not support any restrictions and limitations that were recommended by treating providers for the timeframes in question.

No current psychiatric records are provided. Psychotherapy notes document integration of most alters, no abnormalities of mental status examination is documented during the period of review, the claimant reports improvement, presents as optimistic, works on spirituality and appears to be some kind of peer counselor. Decrease in PCL 5 scores is documented. Claimant decreased the frequency of therapy significantly and also reports decreasing doses of her antidepressant medication. No evidence of continued marital discord or difficulty with ADL is provided. Insufficient severity of symptoms as documented during the period of review to support continued impairment and inability to work.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?

The medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

The claimant has been receiving trauma informed therapy as well as psychiatric medication management.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

There are non-medical circumstances identified in the medical records that may adversely impact work.

History of sexual abuse is noted.

Reliable Review Services

7. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:

Name: Michael Bennett, LPCA

Please see the provider contact section above.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Elena Dlugach, MD
Board Certified
Psychiatry
Child & Adolescent Psychiatry
SC - 31140

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 08/09/2019 | Letter | Baptist Health Release of Information |
| 10/25/2019 | Office Visit | Michael Rieser, MD |
| 10/26/2019 | Discharge Summary | Cletus Carvalho, MD |
| 05/10/2021, 06/02/2021, 07/14/2021, 08/17/2021 | Office Visit | Tina Shelton-Coomer, PMHNP |
| 05/18/2021, 05/27/2021, 06/06/2021, 06/16/2021, 06/29/2021, 07/06/2021 | Office Visit | Bryan Manning, LPCC |
| 06/17/2021, 06/26/2021, 11/09/2022 | Authorization for the Release of Information Including Protected Health Information | Claimant |
| 06/17/2021 | Letter | Lincoln Financial Group |
| 06/18/2021, 07/14/2021 | Letter | Brian Armstrong |
| 06/25/2021 | Functional Mental Status | Bryan Manning, LPCC |

| | | |
|---|---|---|
| | Evaluation | |
| 07/01/2021, 11/17/2021 | Letter | Release of Information |
| 08/05/2021, 08/13/2021 | Office Visit | Kathy Vazequez |
| 08/20/2021 | Retirement, Survivors, and Disability Insurance | Social Security Administration |
| 09/15/2021 | Behavioral Health Memorandum | Amy Sinner, RN, BSN |
| 10/14/2021 | Letter | Morgan Criddle |
| 10/14/2021 | Letter | Morgan Criddle |
| 10/19/2021 | Functional Mental Status Evaluation Form | Bryan Manning, LPCC |
| 11/05/2021 | Email Correspondence | NABCT Lincoln Financial Leave |
| 11/05/2021 | Letter | William Yetman |
| 11/09/2021 | Letter | Akelah Tanner |
| 11/14/2021 | Authorization to Release Copies of a Medical Record | Claimant |
| 11/20/2021, 10/08/2022 | Claimant Information Form | Claimant |
| 11/20/2021 | Activities Questionnaire | Claimant |
| 11/20/2021 | Request for Federal Income Tax Withholding From Sick Pay | Claimant |
| 11/16/2021 | Email Correspondence | Meghan Vazquez |
| 11/19/2021 | Lab Results | Robert Zaring, MD |
| 11/19/2021, 02/03/2022, 02/08/2022, 02/21/2022, 04/09/2022, 04/19/2022, 05/09/2022 | Office Visit | Beverly Smith, DO |
| 11/20/2021 | Authorization for the Release of Protected Health Information | Claimant |
| 11/20/2021 | Claimant Supplementary Statement | Claimant |
| 11/21/2021 | Functional Mental Status Evaluation Form | Tina Shelton-Coomer, PMHNP |
| 11/23/2021 | Disability Payment Options | Claimant |
| 11/30/2021 | Letter | Jan Bernardo |
| 12/03/2021 | Quality Assurance Report | The Trauma-Informed Counseling CTR |
| 12/03/2021, 12/13/2021, 12/15/2021, 03/08/2022 | Medical Record Overview | ReleasePoint |
| 12/15/2021 | Quality Assurance Report | Beaumont Behavioral Health |
| 12/27/2021 | Letter | John Young, MD |
| 12/27/2021, 07/19/2022 | Email Correspondence | RightFax |
| 12/27/2021 | Clinical Review Memo | John Young, MD |
| 12/30/2021 | Letter | Akelah Tanner |
| 01/12/2022 | Authorization for Release of Information | Claimant |
| 01/26/2022, 4/19/2022, | Letter | Cody Alison |

Reliable Review Services

| | | |
|---|---|---|
| 06/02/2022, 06/24/2022, 06/30/2022, 07/15/2022, 07/26/2022, 08/01/2022, 09/16/2022, 11/09/2022, 12/15/2022 | | |
| 02/01/2022 | Email Correspondence | Faye |
| 02/16/2022 | Request for Status | Jan Bernardo |
| 03/08/2022 | Quality Assurance Report | Lifestance Health |
| 04/05/2022 | Invoice | ReleasePoint |
| 05/25/2022 | Authorization for Release of Protected Health Information | Claimant |
| 06/25/2022 | Authorization | Claimant |
| 06/27/2022, 07/05/2022, 07/29/2022, 08/15/2022 | Letter | Michael Bennett, LPCC |
| 06/28/2022 | Email Correspondence | Barb |
| 06/28/2022 | Email Correspondence | Sam Payne |
| 07/06/2022, 07/20/2023 | Appeal Referral | Lincoln Financial Group |
| 07/13/2022 | Clinical Review Memo | Unknown |
| 07/15/2022, 12/27/2022, 07/19/2023, 08/18/2023 | Letter | Samuel Payne |
| 07/19/2022 | Clinical Review Memo | Laura Don, MD |
| 07/19/2022 | Letter | Laura Don, MD |
| 07/26/2022 | Email Correspondence | Laura O'Leary |
| 08/09/2022 | Benefit Estimates | Social Security Administration |
| 08/09/2022 | Email Correspondence | Mikayla Kimball |
| 10/20/2022, 11/22/2022, 01/20/2023 | Letter | Robert Boling |
| 10/21/2022 | Letter | Claimant |
| 11/01/2022 | Letter | Barb Krautheim |
| 11/23/2022 | Letter | Medical Records Department |
| 01/03/2023 | Claim Coversheet Report | Unknown |
| 01/13/2023 | Psychiatry Advisory Report | Edward Chai, MD |
| 01/13/2023 | Invoice | Reliable Review Services |
| 01/13/2023 | Email Correspondence | Reliable Review Services |
| 02/09/2023 | Email Correspondence | DisabilityDocuments, Tara McCarty |
| 08/22/2023 | Peer Review Request | Rebecca Rand |
| Undated | Authorization to Release Copies of a Medical Record | Claimant |
| Undated | Legal Document | Exhibit A |
| Undated | Training-Education-Experience Form (TEE) | Claimant |
| Undated | Legal Document | Exhibit B |
| Undated | Legal Document | Exhibit D |
| Undated | Legal Document | Exhibit C |
| Undated | Reimbursement Agreement | Claimant |
| Undated | Legal Document | Exhibit F |

| | | |
|---|---|---|
| Undated | Legal Document | Exhibit 2 |
| Undated | Legal Document | Exhibit 1 |
| Undated | Functional Mental Status Evaluation Form Blank | Lincoln Financial Group |
| Undated | Authorization for the Use and Disclosure of Health Information | ? Claimant |
| Undated | Resume | Claimant |
| Undated | Position Description | CSL Plasma |
| Undated | Legal Document | Exhibit E |
| Undated | Images | Unknown |
| Undated | Authorization to Release Protected Health Information | Claimant |

Samuel D. Payne
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

October 6, 2023

**VIA FACSIMILE: # (603) 334-0401**

The Lincoln National Life Insurance Co.
Disability & Life Claims Appeal
Attn.: Lisa Macallister
PO Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC** |
| | **Date of Birth:** | |
| | **Social Security No.:** | |

Dear Lisa; or To Whom It May Concern:

As you know, this law firm represents Ms. Connolly on the referenced LTD claim, which is pending appeal. This will confirm the voice-mail that I just left regarding recent correspondence from Lincoln. Apparently, there was a letter dated 9/12/2023 that enclosed additional information that our client would have the right to review and respond (peer reviews, vocational assessment).

The 9/12/2023 letter from Lincoln gave us a deadline of 10/3/2023 for any response. However, we did not receive the 9/12/2023 letter in our law office until just recently, 10/4/2023. Thus, we would take the position that we have 21 days hence, i.e., 10/25/2023 to review/respond.

***Please advise if you do not agree with our interpretation of the current deadline.**

Thanks for your consideration.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, October 4, 2023 4:29:30 PM |
| To: | CODY@CODYALLISON.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]CSL Behring Claim No. 12027405 April Connolly |
| Attachments: | gk8wdjvpumte5hbdmy6v_16271280.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 4, 2023

Samuel D. Payne
Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
CSL Behring
Claim #: 12027405
Claimant: April Connolly

Dear Samuel Payne:

Please see enclosed documentation regarding Ms. Connolly's appeal.
If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Macallister
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16400
Secure Fax No.: (603) 334-0401

Attachments: 12027405-ACKNOWLEDGE-FREEFORM-09.12.2023

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | September 12, 2023 |
| To: | SAMUEL PAYNE<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Lisa Macallister<br>Claim Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 15 |
| RE: | Claim #: 12027405<br>Claimant: April Connolly<br><br>CSL Behring |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 12, 2023

Samuel D. Payne
Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
CSL Behring
Claim #: 12027405
Claimant: April Connolly

Dear Samuel Payne:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under CSL Behring LLC's Group Disability Policy. We are writing in reference to Ms. April Connolly's claim for LTD benefits under the Policy.

We are in process of reviewing Ms. Connolly's appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on her appeal.

Please find attached the peer reviews and vocational assessment, which are new or additional evidence in connection with this appeal. You may review these reports and provide a response to us, which we will consider in making our decision on this appeal. If we do not receive your response within 21 days of the date of this letter or 10/3/2023, we will proceed with making a determination on Ms. Connolly's appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on this appeal. If your response is not received by 10/3/2023 (21 days from the date of this letter), we will render a determination based on the information contained in Ms. Connolly's file.
Due to these special circumstances, an extension of time to process this appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond

Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate Ms. Connolly's claim. (Tolled: accumulation of time is suspended.)

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Macallister
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16400
Secure Fax No.: (603) 334-0401

Attachments: 12027405-MEDICAL-CP/PEER REVIEW-09.10.2023

RRS
Reliable Review Services

| | |
|---|---|
| Date: | 9/10/2023 |
| To: | Lisa MacAllister |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 91858 |

| | |
|---|---|
| Claimant: | April Connolly |
| Claim #: | 12027405 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

## Advisory Report

### Clinical History

This review is from a psychiatry perspective. The claimant is a 41-year-old female who has a reported date of disability of 6/10/21. The claimant has a reported diagnosis of dissociative identity disorder. The period under review is from 1/20/23 to present.

All medical records have been reviewed and those significant to the scope of this review and proximate to the period under review are summarized.

Records from The Ridge admission for the dates from 10/24/19-10/26/19 note that the claimant discharged herself against medical advice. She was diagnosed with major depression and post traumatic stress disorder (PTSD). Sleep apnea, hypothyroidism, obesity, history of breast cancer, and BRC A1 gene were noted. She started getting depressed after she had her tubes removed.

Records from 6/16/21 through 10/14/21 from Tina Shelton-Coomer, PMHNP, and Brian Manning LCPC are provided.

Tina Shelton-Coomer PMHNP provides medication management.

5/10/21: psychiatric diagnostic evaluation via telehealth noted complaints of depression, anxiety, PTSD, dissociative episodes, and poor physical health. She has issues with insomnia. Has voices that will not stop talking. She has dissociative disorder. She has several altars, currently 8, they are down to a manageable number. There has been as many as 20 in the past, they have integrated. She has some memories coming back, she has past trauma and cannot recall abuse, she may have blocked it out. She has periods of racing thoughts, mood swings and different altars that comes out when her moods change. She feels like she's at a good point with cognitive therapy. Use of cannabis, prescription

stimulants, and prescription opioids in the last 30 days is noted. Presents with anxious mood, attention span moderately impaired. Memory is intact. There is no evidence of psychotic symptoms, suicidal or homicidal ideation noted. Genetic testing was noted, she is continued on Pristiq, Clonidine twice daily as needed for anxiety was prescribed, and Propranolol is discontinued as it worsened asthma once. Prescription for Lamictal titration is also noted.

6/2/21: the claimant is seen for follow up. Presentation is unchanged. Clonidine is discontinued and Lamictal increased to 100 mg. Diagnosis include dissociative identity disorder, F 44.81 and generalized anxiety disorder, 41.1.

7/14/21: the claimant is seen for follow up. Presentation is unchanged. She is continued on the same medication with addition of hydroxyzine 25 mg daily.

8/17/21: the claimant presents as anxious, depressed, attention span moderately impaired. BuSpar 10 mg twice a day is prescribed. GAD7 score was 19. Diagnoses of dissociative identity disorder, F44.81 and generalized anxiety disorder, F41.1 are noted. Claimant has anxiety and depression, dissociative episodes and poor physical health, issues with insomnia, has voices that will not stop talking, currently has 8 alters, there have been as many as 20 in the past which have integrated. She feels she has PTSD and has memories coming back, reports past trauma, periods of racing thoughts, mood swings, and anxiety. Presents with anxious mood. Started on Lamictal 100 mg and continued on Pristiq 100 mg, Clonidine as needed discontinued, and hydroxyzine as needed prescribed.

10/19/21: Functional Mental Status Exam (FMSE) form notes that the claimant has not been seen since 6/20/21.

11/21/21: FMSE notes that the claimant presented as adult at times, childlike at others, was dissociating into different identities. She could not recall remote events. She had minimal insight and poor judgment, ability to do physical activities was retained. She was prescribed Lamictal, Propranolol, and BuSpar.

Brian Manning LCPC provides individual psychotherapy.

5/18/21: therapy visit notes claimant is moving into new home, got a puppy, and has started writing a book about her personalities. New medical provider put her on lithium which has helped with sleep. Note includes list of alters. She presents with tired confused mood, constricted affect, circumstantial, recent memory mildly impaired, attention span mentally impaired. Diagnosed with dissociative identity disorder. Treatment plan notes impaired relationship functioning, impaired occupational functioning, emotional dysregulation, impaired ADLs.

5/27/21: the claimant presents in childlike voice and vocabulary, talking about herself in the third person. New alters are described. Mood this stressed, affect is described as variable but congruent with alter, she's circumstantial, and recent memory and attention span is mildly impaired.

6/16/21: received therapy, discussed desire to cut, going to the emergency room, self-care, and FMLA.

Reliable Review Services

Denied suicidal ideation.

6/28/21: FMSE notes that claimant has just woken up, was using CPAP, hair is unkempt. She is stressed with constricted affect. Dissociative experiences are noted. There is mild memory impairment related to loss of time and dissociation. Presents with alters switching. She reported emergency room visit to avoid self-harm, denies suicidal ideation. Symptoms severely impair her ability to perform daily tasks such as self-care. She is having difficulty with task completion, focus and emotional regulation. Able to communicate with partner. PHQ9 is 21, severe, GAD7is 19, severe. Diagnosed with dissociative identity disorder, and major depression, F33.3. Receives weekly cognitive behavioral therapy (CBT). Prescribed Lamictal, Propranolol, and Trazodone.

6/29/21: the claimant reports difficulty with sleep, trouble planning her day and getting things done, hygiene has improved to two showers a week but not wearing anything but pajamas, relieved that she sold the house. Having a hard time communicating with her mother. Focus on self-care is noted. Alter is present today.

7/6/21: received therapy, completed disability paperwork, discussed her alters and what they have been doing.

Notes from 8/5/21-9/9/21: document diagnosis of post-traumatic stress disorder chronic, F 43.12 and dissociative identity disorder. Provider notes that one alter scored 35 on PCL 5, another one previously scored 63. Continues to switch between alters, has experienced increased distress and deeper depressed mood due to having to provide care for partner during their recovery from a surgery. Dialectical behavioral therapy (DBT) with several alters is noted. Partner reports that claimant has been experiencing challenges with regulating herself, following alter scheduling and has become withdrawn in their relationship. Claimant presents as anxious, labile, depressed, and functional status is impaired.

Notes from 9/13/21- 10/14/21: document complaints of anxiety, insomnia, anxiety has decreased after mortgage was approved, although household tasks were still not being achieved. Provider continued to meet with various altars during the sessions. Continued exploration of interacting with family while navigating emotional abuse and practicing boundaries. DBT was provided. Claimant presented as anxious, and at times was angry, labile and tangential. In one of the sessions she had the cataplexy experience of inability to speak and partial paralysis, she reported previous occurrences of that. Neurologic assessment was recommended. The claimant explored relationship with spouse and triggers preventing intimacy.

Notes from 10/22/21-12/2/21: treatment notes continue to document anxious depressed mood, constricted affect, and claimant was tangential at times, and she reported she was navigating financial barriers. She was recovering from medical procedure, discussed distress in family and spousal relationship. The most recent distressing event was that sister was present in a school shooting and claimant was recovering from the terror. Provider notes he met with various alters in sessions. DBT was continued. She also worked on mindfulness and skill building. PCL 5 score was 31, no change.

6/27/22: letter by Michael Bennett, LPC, stated the claimant has been attending trauma informed

treatment since J6/29/20 to master skills needed in navigating life with dissociative identity disorder, PTSD and attention deficit hyperactivity disorder (ADHD) inattentive type. Provider observed the presence of derealization and depersonalization dissociative experiences. The claimant experiences great difficulty due to her debilitating mental reenactment of traumas to reminders, proactive avoidance of stimuli, constant sense of threat, affect dysregulation, negative self-concept and dissociations. Due to the presence of dissociation experiences, the clinician administered the dissociative experiences scale and her responses reflected a score of 70 indicating the strong possibility of her having dissociation disorder. Dissociative disorder interview schedule was utilized, and it was determined that the claimant is diagnosed with dissociative identity disorder. Claimant is dependent upon the alternative identities within her dissociative identity system in order to function in a survival state of being. This dependency is increased when engaging with distressing stimulator, such as found in high stress work environments.

7/5/22: letter by Michael Bennett, LPC, contains similar information.

7/29/22: document with answers to questions by Michael Bennett, LPC notes that the claimant participates in treatment weekly for diagnosis of dissociative identity disorder and PTSD, chronic. She consistently experiences overwhelming symptoms of anxiety, depressed mood, frequent dysphoric perceptions of herself, others and the world around her, as well as overwhelming intrusive symptoms of emotional flashbacks, resurfacing traumatic memories and various levels of hypervigilance, social anxiety, hypertension and bodily complaints and impaired sleep. These impairments create barriers in accomplishing daily life activities. Claimant frequently experiences dissociation and switching between alternative identities. As a result, basic activities to care for herself can be overlooked due to being distressed or actively avoided due to increasing her distress by activating her trauma response symptoms. It may take her several hours if not the duration of the day to accomplish various daily tasks. She has met for therapy up to three times a week since starting treatment. Cognitive processing therapy is utilized. She is still within the stabilization phase of treatment. She is also receiving medication management. There is no estimation that the provider can give for a return to work date as the claimant has not experienced consistent stabilization which supports trauma processing in a way that may positively impact her. His recommendation is that no additional external distrust be placed upon her which may create further barriers to treatment. It is his professional opinion that this claimant cannot return to work in the foreseeable future.

8/15/22: letter by Michael Bennett, LPC, contains summaries of previous letters. Provider also adds a correction according to which the claimant concluded that withdrawing from school could help mitigate claimant's distress and increase her functioning at work. When not seeing success with this solution, she determined that stepping down could decrease her distress and allow her to better function at work. When that did not produce the desired outcome, she then took a leave of absence to focus attention on receiving psychological treatment for distress and symptoms which was impairing her ability to work and complete school. During the past six months claimant has been navigating the process of traumatic memory processing and reconsolidation, which requires considerable emotional efforts, often causes momentary instability, and commonly results in fatigue and exhaustion. She has additional individuated self-organization and reorganization processes, which involve severe levels of dissociation, impairment to concentration, impairment to sleep, impairment to memory, increased irritability and interpersonal

challenges. While there are moments of functionality which do indicate gradual progress and treatment, the inconsistent presence of the functionality would create a barrier to being able to consistently fulfill work related tasks according to expectations.

Notes from 7/11/22-12/9/22: continue to document the claimant is receiving CPT and DBT. She presented as anxious, and at times was circumstantial, labile, dysphoric mood, with functional status variably impaired. She reported some improvement with medications. Continued impairment in sleep, nightmares, irritability, low mood, low productivity, challenges in interpersonal communication were noted. She reported adjustment distress due to living situation crisis, navigating increasing interpersonal stressor with spouse, staying at hotel until mid-June. She discussed various alters. Most recent PCL score was 19. Multiple dissociative experiences were described. She was pursuing integration.

12/20/22: the claimant reported she was sick and was recovering from severe COVID symptoms. She reported continued increase of dissociative experiences, irritability, interpersonal conflicts, distress focused towards relationship with spouse, and distressing dreams.

1/4/23: she reported continued distress focused towards relationship with spouse and communication barriers, challenges and accomplishing personal goals and tasks through the day, particularly in working on a creative writing project.

1/11/23: claimant reported improved sense of self following interactions with support system and system of spirituality, expressed improved mood and believed that medications can be adjusted to titrate down since she has skills to navigate depressive symptoms. She reported challenges in accomplishing personal goals and discussed ways to problem solve. She presented as optimistic, reported desire for possibly titrating sessions to biweekly as she continues to experience positive recovery.

1/18/23: she reported that improved experiences of more than the anxiety, decision to titrate off antidepressant.

1/25/23: she reported positive experiences of community building, was able to maintain boundaries with parents. She reported continued titration down of 1 antidepressant medication. She was feeling optimism.

2/8/23: claimant reported continued pursuit of self-growth. She experienced the desire to process her emotions further.

2/22/23: claimant reported recent reorganization of the ID system resulting in integrations of multiple altars and living a total of four altars. She reported distress around upcoming job in which she will be utilizing her skills to provide spiritual help to others seeking guidance. She felt relief following connection with self-energy and self-leadership.

3/8/23: she reported more insight about integration of multiple altars. She experienced a distressing event of pet passing. She discussed relationship conflict with spouse which they were able to navigate

towards resolution. She indicated that trauma memories of sexual abuse by father emerged and the claimant was processing that information shifting from denial to acceptance.

3/22/23: claimant discussed having meaningful experiences of spiritual growth and communication challenges with spouse.

4/5/23: claimant reported optimistic life experiences over the past two weeks, has been functioning well, and resolving stressors as they arise through the use of coping skills.

5/3/23: claimant reported experiencing distress as she navigated a group-based activity with her spiritual support community. She had difficulty in trusting herself, self-doubt. She was able to visualize herself practicing leadership, power and control in healthy ways. Next session was scheduled 4 weeks later.

6/9/23: the claimant reported optimistic about her experiences of the past month. Growing stability and meaningful experiences with spouse were noted. She discussed her spiritual life. She identified the four parts of self to experience growth.

6/28/23: the claimant reported optimistic about the past several weeks, had positive and meaningful experiences and was achieving personal goals of creating and providing support for others. Explored timeline of traumatic events.

Records from Baptist Health Medical Group family medicine 11/19/21-5/9/22 are provided. Claimant is seeing Dr. Beverly Smith. She is receiving treatment for medical conditions, refills, referrals. On 11/19/21 she was seen as a new patient and complaints of blood pressure were noted. Diagnosis of asthma, Hashimoto's disease, morbid obesity, and multiple personalities were noted. They were prescriptions for BuSpar and Pristiq provided. No suicidal or homicidal ideation was noted. She was referred to behavioral health. As of 2/3/22 claimant said her depression has been bad, she may need to increase her medication. She had a visit with parents that put her on edge. Her therapist was out of the office at that time. She denied suicidal or homicidal ideation, reported trouble sleeping. She was tearful. Provider added Vistaril and instructed hard to take BuSpar 2 to 3 times daily. Appointment with psychiatry was facilitated.

Legal paperwork is included.

Previous reviews are provided.

Claimant's statement note that the claimant's activity level depends on which alter is out. She can microwave meals, vacuum, do the laundry if Scott takes it downstairs first, goes up and down the stairs slowly, takes care of her hygiene. They have a phobia of doctors and hospitals due to cancer history. They do not know which alter will come out and when, makes it impossible to focus on the task. Each alter does what they want to do when they come out which makes life very unorganized. SSDI application is included.

Reliable Review Services

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 8/23/2023 4:33 PM EDT | voicemail | I left a message for Michael Bennett explaining the reason for my call and requested a return call. My contact information and availability was provided. |
| 8/24/2023 9:08 AM EDT | voicemail | I left a message for Michael Bennett explaining the reason for my call and requested a return call. My contact information and availability was provided. |

## Questions and Reviewer's Response

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.

Diagnoses of dissociative identity disorder, F44.81; post traumatic stress disorder, chronic, F43.12; generalized anxiety disorder, F41.1 and major depression, F33.3 are noted.

2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

Asthma, J45.9; Hashimoto's disease, E06.3; morbid obesity, E66.01; and obstructive sleep apnea (OSA) on CPAP

Any impairment from medical conditions will be deferred to appropriate specialty for review.

3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 01/20/2023 to present, and comment on the expected duration.

Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, impairment is not supported and does not translate into restrictions and limitations from 1/20/23 to present.

No current psychiatric records are provided for this period. Psychotherapy notes document integration of most alters and no abnormalities of mental status examination is documented during the period of review. The claimant reports improvement, presents as optimistic, works on spirituality and appears to be some kind of peer counselor. The claimant decreased the frequency of therapy significantly and also reported decreasing doses of her antidepressant medication. No evidence of continued marital discord or difficulty with ADLs is provided. There is an insufficient severity of symptoms, as documented, during the period under review to support continued psychiatric impairment and inability to work.

4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?

The medical records do not support any restrictions and limitations that were recommended by treating providers for the timeframes in question.

No current psychiatric records are provided. Psychotherapy notes document integration of most alters, no abnormalities of mental status examination is documented during the period of review, the claimant reports improvement, presents as optimistic, works on spirituality and appears to be some kind of peer counselor. Decrease in PCL 5 scores is documented. Claimant decreased the frequency of therapy significantly and also reports decreasing doses of her antidepressant medication. No evidence of continued marital discord or difficulty with ADL is provided. Insufficient severity of symptoms as documented during the period of review to support continued impairment and inability to work.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?

The medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

The claimant has been receiving trauma informed therapy as well as psychiatric medication management.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

There are non-medical circumstances identified in the medical records that may adversely impact work.

History of sexual abuse is noted.

7. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:

Name: Michael Bennett, LPCA

Please see the provider contact section above.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Elena Dlugach, MD
Board Certified
Psychiatry
Child & Adolescent Psychiatry
SC - 31140

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 08/09/2019 | Letter | Baptist Health Release of Information |
| 10/25/2019 | Office Visit | Michael Rieser, MD |
| 10/26/2019 | Discharge Summary | Cletus Carvalho, MD |
| 05/10/2021, 06/02/2021, 07/14/2021, 08/17/2021 | Office Visit | Tina Shelton-Coomer, PMHNP |
| 05/18/2021, 05/27/2021, 06/06/2021, 06/16/2021, 06/29/2021, 07/06/2021 | Office Visit | Bryan Manning, LPCC |
| 06/17/2021, 06/26/2021, 11/09/2022 | Authorization for the Release of Information Including Protected Health Information | Claimant |
| 06/17/2021 | Letter | Lincoln Financial Group |
| 06/18/2021, 07/14/2021 | Letter | Brian Armstrong |
| 06/25/2021 | Functional Mental Status | Bryan Manning, LPCC |

| | | |
|---|---|---|
| | Evaluation | |
| 07/01/2021, 11/17/2021 | Letter | Release of Information |
| 08/05/2021, 08/13/2021 | Office Visit | Kathy Vazequez |
| 08/20/2021 | Retirement, Survivors, and Disability Insurance | Social Security Administration |
| 09/15/2021 | Behavioral Health Memorandum | Amy Sinner, RN, BSN |
| 10/14/2021 | Letter | Morgan Criddle |
| 10/14/2021 | Letter | Morgan Criddle |
| 10/19/2021 | Functional Mental Status Evaluation Form | Bryan Manning, LPCC |
| 11/05/2021 | Email Correspondence | NABCT Lincoln Financial Leave |
| 11/05/2021 | Letter | William Yetman |
| 11/09/2021 | Letter | Akelah Tanner |
| 11/14/2021 | Authorization to Release Copies of a Medical Record | Claimant |
| 11/20/2021, 10/08/2022 | Claimant Information Form | Claimant |
| 11/20/2021 | Activities Questionnaire | Claimant |
| 11/20/2021 | Request for Federal Income Tax Withholding From Sick Pay | Claimant |
| 11/16/2021 | Email Correspondence | Meghan Vazquez |
| 11/19/2021 | Lab Results | Robert Zaring, MD |
| 11/19/2021, 02/03/2022, 02/08/2022, 02/21/2022, 04/09/2022, 04/19/2022, 05/09/2022 | Office Visit | Beverly Smith, DO |
| 11/20/2021 | Authorization for the Release of Protected Health Information | Claimant |
| 11/20/2021 | Claimant Supplementary Statement | Claimant |
| 11/21/2021 | Functional Mental Status Evaluation Form | Tina Shelton-Coomer, PMHNP |
| 11/23/2021 | Disability Payment Options | Claimant |
| 11/30/2021 | Letter | Jan Bernardo |
| 12/03/2021 | Quality Assurance Report | The Trauma-Informed Counseling CTR |
| 12/03/2021, 12/13/2021, 12/15/2021, 03/08/2022 | Medical Record Overview | ReleasePoint |
| 12/15/2021 | Quality Assurance Report | Beaumont Behavioral Health |
| 12/27/2021 | Letter | John Young, MD |
| 12/27/2021, 07/19/2022 | Email Correspondence | RightFax |
| 12/27/2021 | Clinical Review Memo | John Young, MD |
| 12/30/2021 | Letter | Akelah Tanner |
| 01/12/2022 | Authorization for Release of Information | Claimant |
| 01/26/2022, 4/19/2022, | Letter | Cody Alison |

Reliable Review Services

| | | |
|---|---|---|
| 06/02/2022, 06/24/2022, 06/30/2022, 07/15/2022, 07/26/2022, 08/01/2022, 09/16/2022, 11/09/2022, 12/15/2022 | | |
| 02/01/2022 | Email Correspondence | Faye |
| 02/16/2022 | Request for Status | Jan Bernardo |
| 03/08/2022 | Quality Assurance Report | Lifestance Health |
| 04/05/2022 | Invoice | ReleasePoint |
| 05/25/2022 | Authorization for Release of Protected Health Information | Claimant |
| 06/25/2022 | Authorization | Claimant |
| 06/27/2022, 07/05/2022, 07/29/2022, 08/15/2022 | Letter | Michael Bennett, LPCC |
| 06/28/2022 | Email Correspondence | Barb |
| 06/28/2022 | Email Correspondence | Sam Payne |
| 07/06/2022, 07/20/2023 | Appeal Referral | Lincoln Financial Group |
| 07/13/2022 | Clinical Review Memo | Unknown |
| 07/15/2022, 12/27/2022, 07/19/2023, 08/18/2023 | Letter | Samuel Payne |
| 07/19/2022 | Clinical Review Memo | Laura Don, MD |
| 07/19/2022 | Letter | Laura Don, MD |
| 07/26/2022 | Email Correspondence | Laura O'Leary |
| 08/09/2022 | Benefit Estimates | Social Security Administration |
| 08/09/2022 | Email Correspondence | Mikayla Kimball |
| 10/20/2022, 11/22/2022, 01/20/2023 | Letter | Robert Boling |
| 10/21/2022 | Letter | Claimant |
| 11/01/2022 | Letter | Barb Krautheim |
| 11/23/2022 | Letter | Medical Records Department |
| 01/03/2023 | Claim Coversheet Report | Unknown |
| 01/13/2023 | Psychiatry Advisory Report | Edward Chai, MD |
| 01/13/2023 | Invoice | Reliable Review Services |
| 01/13/2023 | Email Correspondence | Reliable Review Services |
| 02/09/2023 | Email Correspondence | DisabilityDocuments, Tara McCarty |
| 08/22/2023 | Peer Review Request | Rebecca Rand |
| Undated | Authorization to Release Copies of a Medical Record | Claimant |
| Undated | Legal Document | Exhibit A |
| Undated | Training-Education-Experience Form (TEE) | Claimant |
| Undated | Legal Document | Exhibit B |
| Undated | Legal Document | Exhibit D |
| Undated | Legal Document | Exhibit C |
| Undated | Reimbursement Agreement | Claimant |
| Undated | Legal Document | Exhibit F |

Reliable Review Services

| | | |
|---|---|---|
| Undated | Legal Document | Exhibit 2 |
| Undated | Legal Document | Exhibit 1 |
| Undated | Functional Mental Status Evaluation Form Blank | Lincoln Financial Group |
| Undated | Authorization for the Use and Disclosure of Health Information | ? Claimant |
| Undated | Resume | Claimant |
| Undated | Position Description | CSL Plasma |
| Undated | Legal Document | Exhibit E |
| Undated | Images | Unknown |
| Undated | Authorization to Release Protected Health Information | Claimant |

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | September 12, 2023 |
| To: | SAMUEL PAYNE<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Lisa Macallister<br>Claim Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 15 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>CSL Behring | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 12, 2023

Samuel D. Payne
Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
CSL Behring
Claim #: 12027405
Claimant: April Connolly

Dear Samuel Payne:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under CSL Behring LLC's Group Disability Policy. We are writing in reference to Ms. April Connolly's claim for LTD benefits under the Policy.

We are in process of reviewing Ms. Connolly's appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on her appeal.

Please find attached the peer reviews and vocational assessment, which are new or additional evidence in connection with this appeal. You may review these reports and provide a response to us, which we will consider in making our decision on this appeal. If we do not receive your response within 21 days of the date of this letter or 10/3/2023, we will proceed with making a determination on Ms. Connolly's appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on this appeal. If your response is not received by 10/3/2023 (21 days from the date of this letter), we will render a determination based on the information contained in Ms. Connolly's file.
Due to these special circumstances, an extension of time to process this appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond

Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate Ms. Connolly's claim. (Tolled: accumulation of time is suspended.)

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Macallister
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16400
Secure Fax No.: (603) 334-0401

Attachments: 12027405-MEDICAL-CP/PEER REVIEW-09.10.2023

Reliable Review Services

| | |
|---|---|
| Date: | 9/10/2023 |
| To: | Lisa MacAllister |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 91858 |

| | |
|---|---|
| Claimant: | April Connolly |
| Claim #: | 12027405 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

## Advisory Report

### Clinical History

This review is from a psychiatry perspective. The claimant is a 41-year-old female who has a reported date of disability of 6/10/21. The claimant has a reported diagnosis of dissociative identity disorder. The period under review is from 1/20/23 to present.

All medical records have been reviewed and those significant to the scope of this review and proximate to the period under review are summarized.

Records from The Ridge admission for the dates from 10/24/19-10/26/19 note that the claimant discharged herself against medical advice. She was diagnosed with major depression and post traumatic stress disorder (PTSD). Sleep apnea, hypothyroidism, obesity, history of breast cancer, and BRC A1 gene were noted. She started getting depressed after she had her tubes removed.

Records from 6/16/21 through 10/14/21 from Tina Shelton-Coomer, PMHNP, and Brian Manning LCPC are provided.

Tina Shelton-Coomer PMHNP provides medication management.

5/10/21: psychiatric diagnostic evaluation via telehealth noted complaints of depression, anxiety, PTSD, dissociative episodes, and poor physical health. She has issues with insomnia. Has voices that will not stop talking. She has dissociative disorder. She has several altars, currently 8, they are down to a manageable number. There has been as many as 20 in the past, they have integrated. She has some memories coming back, she has past trauma and cannot recall abuse, she may have blocked it out. She has periods of racing thoughts, mood swings and different altars that comes out when her moods change. She feels like she's at a good point with cognitive therapy. Use of cannabis, prescription

stimulants, and prescription opioids in the last 30 days is noted. Presents with anxious mood, attention span moderately impaired. Memory is intact. There is no evidence of psychotic symptoms, suicidal or homicidal ideation noted. Genetic testing was noted, she is continued on Pristiq, Clonidine twice daily as needed for anxiety was prescribed, and Propranolol is discontinued as it worsened asthma once. Prescription for Lamictal titration is also noted.

6/2/21: the claimant is seen for follow up. Presentation is unchanged. Clonidine is discontinued and Lamictal increased to 100 mg. Diagnosis include dissociative identity disorder, F 44.81 and generalized anxiety disorder, 41.1.

7/14/21: the claimant is seen for follow up. Presentation is unchanged. She is continued on the same medication with addition of hydroxyzine 25 mg daily.

8/17/21: the claimant presents as anxious, depressed, attention span moderately impaired. BuSpar 10 mg twice a day is prescribed. GAD7 score was 19. Diagnoses of dissociative identity disorder, F44.81 and generalized anxiety disorder, F41.1 are noted. Claimant has anxiety and depression, dissociative episodes and poor physical health, issues with insomnia, has voices that will not stop talking, currently has 8 alters, there have been as many as 20 in the past which have integrated. She feels she has PTSD and has memories coming back, reports past trauma, periods of racing thoughts, mood swings, and anxiety. Presents with anxious mood. Started on Lamictal 100 mg and continued on Pristiq 100 mg, Clonidine as needed discontinued, and hydroxyzine as needed prescribed.

10/19/21: Functional Mental Status Exam (FMSE) form notes that the claimant has not been seen since 6/20/21.

11/21/21: FMSE notes that the claimant presented as adult at times, childlike at others, was dissociating into different identities. She could not recall remote events. She had minimal insight and poor judgment, ability to do physical activities was retained. She was prescribed Lamictal, Propranolol, and BuSpar.

Brian Manning LCPC provides individual psychotherapy.

5/18/21: therapy visit notes claimant is moving into new home, got a puppy, and has started writing a book about her personalities. New medical provider put her on lithium which has helped with sleep. Note includes list of alters. She presents with tired confused mood, constricted affect, circumstantial, recent memory mildly impaired, attention span mentally impaired. Diagnosed with dissociative identity disorder. Treatment plan notes impaired relationship functioning, impaired occupational functioning, emotional dysregulation, impaired ADLs.

5/27/21: the claimant presents in childlike voice and vocabulary, talking about herself in the third person. New alters are described. Mood this stressed, affect is described as variable but congruent with alter, she's circumstantial, and recent memory and attention span is mildly impaired.

6/16/21: received therapy, discussed desire to cut, going to the emergency room, self-care, and FMLA.

Reliable Review Services

Denied suicidal ideation.

6/28/21: FMSE notes that claimant has just woken up, was using CPAP, hair is unkempt. She is stressed with constricted affect. Dissociative experiences are noted. There is mild memory impairment related to loss of time and dissociation. Presents with alters switching. She reported emergency room visit to avoid self-harm, denies suicidal ideation. Symptoms severely impair her ability to perform daily tasks such as self-care. She is having difficulty with task completion, focus and emotional regulation. Able to communicate with partner. PHQ9 is 21, severe, GAD7is 19, severe. Diagnosed with dissociative identity disorder, and major depression, F33.3. Receives weekly cognitive behavioral therapy (CBT). Prescribed Lamictal, Propranolol, and Trazodone.

6/29/21: the claimant reports difficulty with sleep, trouble planning her day and getting things done, hygiene has improved to two showers a week but not wearing anything but pajamas, relieved that she sold the house. Having a hard time communicating with her mother. Focus on self-care is noted. Alter is present today.

7/6/21: received therapy, completed disability paperwork, discussed her alters and what they have been doing.

Notes from 8/5/21-9/9/21: document diagnosis of post-traumatic stress disorder chronic, F 43.12 and dissociative identity disorder. Provider notes that one alter scored 35 on PCL 5, another one previously scored 63. Continues to switch between alters, has experienced increased distress and deeper depressed mood due to having to provide care for partner during their recovery from a surgery. Dialectical behavioral therapy (DBT) with several alters is noted. Partner reports that claimant has been experiencing challenges with regulating herself, following alter scheduling and has become withdrawn in their relationship. Claimant presents as anxious, labile, depressed, and functional status is impaired.

Notes from 9/13/21- 10/14/21: document complaints of anxiety, insomnia, anxiety has decreased after mortgage was approved, although household tasks were still not being achieved. Provider continued to meet with various altars during the sessions. Continued exploration of interacting with family while navigating emotional abuse and practicing boundaries. DBT was provided. Claimant presented as anxious, and at times was angry, labile and tangential. In one of the sessions she had the cataplexy experience of inability to speak and partial paralysis, she reported previous occurrences of that. Neurologic assessment was recommended. The claimant explored relationship with spouse and triggers preventing intimacy.

Notes from 10/22/21-12/2/21: treatment notes continue to document anxious depressed mood, constricted affect, and claimant was tangential at times, and she reported she was navigating financial barriers. She was recovering from medical procedure, discussed distress in family and spousal relationship. The most recent distressing event was that sister was present in a school shooting and claimant was recovering from the terror. Provider notes he met with various alters in sessions. DBT was continued. She also worked on mindfulness and skill building. PCL 5 score was 31, no change.

6/27/22: letter by Michael Bennett, LPC, stated the claimant has been attending trauma informed

treatment since J6/29/20 to master skills needed in navigating life with dissociative identity disorder, PTSD and attention deficit hyperactivity disorder (ADHD) inattentive type. Provider observed the presence of derealization and depersonalization dissociative experiences. The claimant experiences great difficulty due to her debilitating mental reenactment of traumas to reminders, proactive avoidance of stimuli, constant sense of threat, affect dysregulation, negative self-concept and dissociations. Due to the presence of dissociation experiences, the clinician administered the dissociative experiences scale and her responses reflected a score of 70 indicating the strong possibility of her having dissociation disorder. Dissociative disorder interview schedule was utilized, and it was determined that the claimant is diagnosed with dissociative identity disorder. Claimant is dependent upon the alternative identities within her dissociative identity system in order to function in a survival state of being. This dependency is increased when engaging with distressing stimulator, such as found in high stress work environments.

7/5/22: letter by Michael Bennett, LPC, contains similar information.

7/29/22: document with answers to questions by Michael Bennett, LPC notes that the claimant participates in treatment weekly for diagnosis of dissociative identity disorder and PTSD, chronic. She consistently experiences overwhelming symptoms of anxiety, depressed mood, frequent dysphoric perceptions of herself, others and the world around her, as well as overwhelming intrusive symptoms of emotional flashbacks, resurfacing traumatic memories and various levels of hypervigilance, social anxiety, hypertension and bodily complaints and impaired sleep. These impairments create barriers in accomplishing daily life activities. Claimant frequently experiences dissociation and switching between alternative identities. As a result, basic activities to care for herself can be overlooked due to being distressed or actively avoided due to increasing her distress by activating her trauma response symptoms. It may take her several hours if not the duration of the day to accomplish various daily tasks. She has met for therapy up to three times a week since starting treatment. Cognitive processing therapy is utilized. She is still within the stabilization phase of treatment. She is also receiving medication management. There is no estimation that the provider can give for a return to work date as the claimant has not experienced consistent stabilization which supports trauma processing in a way that may positively impact her. His recommendation is that no additional external distrust be placed upon her which may create further barriers to treatment. It is his professional opinion that this claimant cannot return to work in the foreseeable future.

8/15/22: letter by Michael Bennett, LPC, contains summaries of previous letters. Provider also adds a correction according to which the claimant concluded that withdrawing from school could help mitigate claimant's distress and increase her functioning at work. When not seeing success with this solution, she determined that stepping down could decrease her distress and allow her to better function at work. When that did not produce the desired outcome, she then took a leave of absence to focus attention on receiving psychological treatment for distress and symptoms which was impairing her ability to work and complete school. During the past six months claimant has been navigating the process of traumatic memory processing and reconsolidation, which requires considerable emotional efforts, often causes momentary instability, and commonly results in fatigue and exhaustion. She has additional individuated self-organization and reorganization processes, which involve severe levels of dissociation, impairment to concentration, impairment to sleep, impairment to memory, increased irritability and interpersonal

challenges. While there are moments of functionality which do indicate gradual progress and treatment, the inconsistent presence of the functionality would create a barrier to being able to consistently fulfill work related tasks according to expectations.

Notes from 7/11/22-12/9/22: continue to document the claimant is receiving CPT and DBT. She presented as anxious, and at times was circumstantial, labile, dysphoric mood, with functional status variably impaired. She reported some improvement with medications. Continued impairment in sleep, nightmares, irritability, low mood, low productivity, challenges in interpersonal communication were noted. She reported adjustment distress due to living situation crisis, navigating increasing interpersonal stressor with spouse, staying at hotel until mid-June. She discussed various alters. Most recent PCL score was 19. Multiple dissociative experiences were described. She was pursuing integration.

12/20/22: the claimant reported she was sick and was recovering from severe COVID symptoms. She reported continued increase of dissociative experiences, irritability, interpersonal conflicts, distress focused towards relationship with spouse, and distressing dreams.

1/4/23: she reported continued distress focused towards relationship with spouse and communication barriers, challenges and accomplishing personal goals and tasks through the day, particularly in working on a creative writing project.

1/11/23: claimant reported improved sense of self following interactions with support system and system of spirituality, expressed improved mood and believed that medications can be adjusted to titrate down since she has skills to navigate depressive symptoms. She reported challenges in accomplishing personal goals and discussed ways to problem solve. She presented as optimistic, reported desire for possibly titrating sessions to biweekly as she continues to experience positive recovery.

1/18/23: she reported that improved experiences of more than the anxiety, decision to titrate off antidepressant.

1/25/23: she reported positive experiences of community building, was able to maintain boundaries with parents. She reported continued titration down of 1 antidepressant medication. She was feeling optimism.

2/8/23: claimant reported continued pursuit of self-growth. She experienced the desire to process her emotions further.

2/22/23: claimant reported recent reorganization of the ID system resulting in integrations of multiple altars and living a total of four altars. She reported distress around upcoming job in which she will be utilizing her skills to provide spiritual help to others seeking guidance. She felt relief following connection with self-energy and self-leadership.

3/8/23: she reported more insight about integration of multiple altars. She experienced a distressing event of pet passing. She discussed relationship conflict with spouse which they were able to navigate

towards resolution. She indicated that trauma memories of sexual abuse by father emerged and the claimant was processing that information shifting from denial to acceptance.

3/22/23: claimant discussed having meaningful experiences of spiritual growth and communication challenges with spouse.

4/5/23: claimant reported optimistic life experiences over the past two weeks, has been functioning well, and resolving stressors as they arise through the use of coping skills.

5/3/23: claimant reported experiencing distress as she navigated a group-based activity with her spiritual support community. She had difficulty in trusting herself, self-doubt. She was able to visualize herself practicing leadership, power and control in healthy ways. Next session was scheduled 4 weeks later.

6/9/23: the claimant reported optimistic about her experiences of the past month. Growing stability and meaningful experiences with spouse were noted. She discussed her spiritual life. She identified the four parts of self to experience growth.

6/28/23: the claimant reported optimistic about the past several weeks, had positive and meaningful experiences and was achieving personal goals of creating and providing support for others. Explored timeline of traumatic events.

Records from Baptist Health Medical Group family medicine 11/19/21-5/9/22 are provided. Claimant is seeing Dr. Beverly Smith. She is receiving treatment for medical conditions, refills, referrals. On 11/19/21 she was seen as a new patient and complaints of blood pressure were noted. Diagnosis of asthma, Hashimoto's disease, morbid obesity, and multiple personalities were noted. They were prescriptions for BuSpar and Pristiq provided. No suicidal or homicidal ideation was noted. She was referred to behavioral health. As of 2/3/22 claimant said her depression has been bad, she may need to increase her medication. She had a visit with parents that put her on edge. Her therapist was out of the office at that time. She denied suicidal or homicidal ideation, reported trouble sleeping. She was tearful. Provider added Vistaril and instructed hard to take BuSpar 2 to 3 times daily. Appointment with psychiatry was facilitated.

Legal paperwork is included.

Previous reviews are provided.

Claimant's statement note that the claimant's activity level depends on which alter is out. She can microwave meals, vacuum, do the laundry if Scott takes it downstairs first, goes up and down the stairs slowly, takes care of her hygiene. They have a phobia of doctors and hospitals due to cancer history. They do not know which alter will come out and when, makes it impossible to focus on the task. Each alter does what they want to do when they come out which makes life very unorganized. SSDI application is included.

Reliable Review Services

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 8/23/2023 4:33 PM EDT | voicemail | I left a message for Michael Bennett explaining the reason for my call and requested a return call. My contact information and availability was provided. |
| 8/24/2023 9:08 AM EDT | voicemail | I left a message for Michael Bennett explaining the reason for my call and requested a return call. My contact information and availability was provided. |

## Questions and Reviewer's Response

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.

Diagnoses of dissociative identity disorder, F44.81; post traumatic stress disorder, chronic, F43.12; generalized anxiety disorder, F41.1 and major depression, F33.3 are noted.

2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

Asthma, J45.9; Hashimoto's disease, E06.3; morbid obesity, E66.01; and obstructive sleep apnea (OSA) on CPAP

Any impairment from medical conditions will be deferred to appropriate specialty for review.

3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 01/20/2023 to present, and comment on the expected duration.

Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, impairment is not supported and does not translate into restrictions and limitations from 1/20/23 to present.

Reliable Review Services

No current psychiatric records are provided for this period. Psychotherapy notes document integration of most alters and no abnormalities of mental status examination is documented during the period of review. The claimant reports improvement, presents as optimistic, works on spirituality and appears to be some kind of peer counselor. The claimant decreased the frequency of therapy significantly and also reported decreasing doses of her antidepressant medication. No evidence of continued marital discord or difficulty with ADLs is provided. There is an insufficient severity of symptoms, as documented, during the period under review to support continued psychiatric impairment and inability to work.

4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?

The medical records do not support any restrictions and limitations that were recommended by treating providers for the timeframes in question.

No current psychiatric records are provided. Psychotherapy notes document integration of most alters, no abnormalities of mental status examination is documented during the period of review, the claimant reports improvement, presents as optimistic, works on spirituality and appears to be some kind of peer counselor. Decrease in PCL 5 scores is documented. Claimant decreased the frequency of therapy significantly and also reports decreasing doses of her antidepressant medication. No evidence of continued marital discord or difficulty with ADL is provided. Insufficient severity of symptoms as documented during the period of review to support continued impairment and inability to work.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?

The medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

The claimant has been receiving trauma informed therapy as well as psychiatric medication management.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts- child or elder care issues, or legal issues) that may adversely impact work?

There are non-medical circumstances identified in the medical records that may adversely impact work.

History of sexual abuse is noted.

7. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:

Name: Michael Bennett, LPCA

Please see the provider contact section above.

*The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.*

*I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.*

Elena Dlugach, MD
Board Certified
Psychiatry
Child & Adolescent Psychiatry
SC - 31140

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 08/09/2019 | Letter | Baptist Health Release of Information |
| 10/25/2019 | Office Visit | Michael Rieser, MD |
| 10/26/2019 | Discharge Summary | Cletus Carvalho, MD |
| 05/10/2021, 06/02/2021, 07/14/2021, 08/17/2021 | Office Visit | Tina Shelton-Coomer, PMHNP |
| 05/18/2021, 05/27/2021, 06/06/2021, 06/16/2021, 06/29/2021, 07/06/2021 | Office Visit | Bryan Manning, LPCC |
| 06/17/2021, 06/26/2021, 11/09/2022 | Authorization for the Release of Information Including Protected Health Information | Claimant |
| 06/17/2021 | Letter | Lincoln Financial Group |
| 06/18/2021, 07/14/2021 | Letter | Brian Armstrong |
| 06/25/2021 | Functional Mental Status | Bryan Manning, LPCC |

Reliable Review Services

| | | |
|---|---|---|
| | Evaluation | |
| 07/01/2021, 11/17/2021 | Letter | Release of Information |
| 08/05/2021, 08/13/2021 | Office Visit | Kathy Vazequez |
| 08/20/2021 | Retirement, Survivors, and Disability Insurance | Social Security Administration |
| 09/15/2021 | Behavioral Health Memorandum | Amy Sinner, RN, BSN |
| 10/14/2021 | Letter | Morgan Criddle |
| 10/14/2021 | Letter | Morgan Criddle |
| 10/19/2021 | Functional Mental Status Evaluation Form | Bryan Manning, LPCC |
| 11/05/2021 | Email Correspondence | NABCT Lincoln Financial Leave |
| 11/05/2021 | Letter | William Yetman |
| 11/09/2021 | Letter | Akelah Tanner |
| 11/14/2021 | Authorization to Release Copies of a Medical Record | Claimant |
| 11/20/2021, 10/08/2022 | Claimant Information Form | Claimant |
| 11/20/2021 | Activities Questionnaire | Claimant |
| 11/20/2021 | Request for Federal Income Tax Withholding From Sick Pay | Claimant |
| 11/16/2021 | Email Correspondence | Meghan Vazquez |
| 11/19/2021 | Lab Results | Robert Zaring, MD |
| 11/19/2021, 02/03/2022, 02/08/2022, 02/21/2022, 04/09/2022, 04/19/2022, 05/09/2022 | Office Visit | Beverly Smith, DO |
| 11/20/2021 | Authorization for the Release of Protected Health Information | Claimant |
| 11/20/2021 | Claimant Supplementary Statement | Claimant |
| 11/21/2021 | Functional Mental Status Evaluation Form | Tina Shelton-Coomer, PMHNP |
| 11/23/2021 | Disability Payment Options | Claimant |
| 11/30/2021 | Letter | Jan Bernardo |
| 12/03/2021 | Quality Assurance Report | The Trauma-Informed Counseling CTR |
| 12/03/2021, 12/13/2021, 12/15/2021, 03/08/2022 | Medical Record Overview | ReleasePoint |
| 12/15/2021 | Quality Assurance Report | Beaumont Behavioral Health |
| 12/27/2021 | Letter | John Young, MD |
| 12/27/2021, 07/19/2022 | Email Correspondence | RightFax |
| 12/27/2021 | Clinical Review Memo | John Young, MD |
| 12/30/2021 | Letter | Akelah Tanner |
| 01/12/2022 | Authorization for Release of Information | Claimant |
| 01/26/2022, 4/19/2022, | Letter | Cody Alison |

Reliable Review Services

| | | |
|---|---|---|
| 06/02/2022, 06/24/2022, 06/30/2022, 07/15/2022, 07/26/2022, 08/01/2022, 09/16/2022, 11/09/2022, 12/15/2022 | | |
| 02/01/2022 | Email Correspondence | Faye |
| 02/16/2022 | Request for Status | Jan Bernardo |
| 03/08/2022 | Quality Assurance Report | Lifestance Health |
| 04/05/2022 | Invoice | ReleasePoint |
| 05/25/2022 | Authorization for Release of Protected Health Information | Claimant |
| 06/25/2022 | Authorization | Claimant |
| 06/27/2022, 07/05/2022, 07/29/2022, 08/15/2022 | Letter | Michael Bennett, LPCC |
| 06/28/2022 | Email Correspondence | Barb |
| 06/28/2022 | Email Correspondence | Sam Payne |
| 07/06/2022, 07/20/2023 | Appeal Referral | Lincoln Financial Group |
| 07/13/2022 | Clinical Review Memo | Unknown |
| 07/15/2022, 12/27/2022, 07/19/2023, 08/18/2023 | Letter | Samuel Payne |
| 07/19/2022 | Clinical Review Memo | Laura Don, MD |
| 07/19/2022 | Letter | Laura Don, MD |
| 07/26/2022 | Email Correspondence | Laura O'Leary |
| 08/09/2022 | Benefit Estimates | Social Security Administration |
| 08/09/2022 | Email Correspondence | Mikayla Kimball |
| 10/20/2022, 11/22/2022, 01/20/2023 | Letter | Robert Boling |
| 10/21/2022 | Letter | Claimant |
| 11/01/2022 | Letter | Barb Krautheim |
| 11/23/2022 | Letter | Medical Records Department |
| 01/03/2023 | Claim Coversheet Report | Unknown |
| 01/13/2023 | Psychiatry Advisory Report | Edward Chai, MD |
| 01/13/2023 | Invoice | Reliable Review Services |
| 01/13/2023 | Email Correspondence | Reliable Review Services |
| 02/09/2023 | Email Correspondence | DisabilityDocuments, Tara McCarty |
| 08/22/2023 | Peer Review Request | Rebecca Rand |
| Undated | Authorization to Release Copies of a Medical Record | Claimant |
| Undated | Legal Document | Exhibit A |
| Undated | Training-Education-Experience Form (TEE) | Claimant |
| Undated | Legal Document | Exhibit B |
| Undated | Legal Document | Exhibit D |
| Undated | Legal Document | Exhibit C |
| Undated | Reimbursement Agreement | Claimant |
| Undated | Legal Document | Exhibit F |

Reliable Review Services

| | | |
|---|---|---|
| Undated | Legal Document | Exhibit 2 |
| Undated | Legal Document | Exhibit 1 |
| Undated | Functional Mental Status Evaluation Form Blank | Lincoln Financial Group |
| Undated | Authorization for the Use and Disclosure of Health Information | ? Claimant |
| Undated | Resume | Claimant |
| Undated | Position Description | CSL Plasma |
| Undated | Legal Document | Exhibit E |
| Undated | Images | Unknown |
| Undated | Authorization to Release Protected Health Information | Claimant |

**From:**submit@reliablers.com
**Sent:**Mon, 11 Sep 2023 08:57:29 -0400
**To:**VendorReferrals
**Cc:**Macallister, Lisa
**Subject:**RRS - ATTN: Lisa MacAllister RRS#91858 Claim #12027405 (Client Notification)
**Attachments:**Invoice_91858-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,

The invoice for the final report for claim #12027405 / RRS #91858, is attached.

If you have any questions, you may reach our Customer Service Department via email at CSR@reliablers.com or by phone at 561-893-0123.

Thank you.

**Reliable Review Services**

604 Banyan Trail

P.O. Box 810789

Boca Raton, FL, 33481

**Phone: 561-893-0123**

**Fax: 561-995-4189**

Web. www.reliablers.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

# INVOICE

**Reliable Review Services**

**Invoice Number: 91858-1** **9/10/2023 12:46 PM EDT**

Claimant: April Connolly
Client Claim#: 12027405
RRS Claim#: 91858-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Invoice Tax Total | Amount Due |
|---|---|---|---|---|---|
| PEER REVIEW | 8 | 800 | | 0 | $800.00 |
| | | | **Total Due:** | **$800.00** | |

**Reviewer Details**

**Reviewer**

Elena Dlugach - Psychiatry

- Psychiatry

- Psychiatry

- Psychiatry

- Psychiatry

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

Reliable Review Services

| | |
|---|---|
| Date: | 9/10/2023 |
| To: | Lisa MacAllister |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 91858 |

| | |
|---|---|
| Claimant: | April Connolly |
| Claim #: | 12027405 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

## Advisory Report

## Clinical History

This review is from a psychiatry perspective. The claimant is a 41-year-old female who has a reported date of disability of 6/10/21. The claimant has a reported diagnosis of dissociative identity disorder. The period under review is from 1/20/23 to present.

All medical records have been reviewed and those significant to the scope of this review and proximate to the period under review are summarized.

Records from The Ridge admission for the dates from 10/24/19-10/26/19 note that the claimant discharged herself against medical advice. She was diagnosed with major depression and post traumatic stress disorder (PTSD). Sleep apnea, hypothyroidism, obesity, history of breast cancer, and BRC A1 gene were noted. She started getting depressed after she had her tubes removed.

Records from 6/16/21 through 10/14/21 from Tina Shelton-Coomer, PMHNP, and Brian Manning LCPC are provided.

Tina Shelton-Coomer PMHNP provides medication management.

5/10/21: psychiatric diagnostic evaluation via telehealth noted complaints of depression, anxiety, PTSD, dissociative episodes, and poor physical health. She has issues with insomnia. Has voices that will not stop talking. She has dissociative disorder. She has several altars, currently 8, they are down to a manageable number. There has been as many as 20 in the past, they have integrated. She has some memories coming back, she has past trauma and cannot recall abuse, she may have blocked it out. She has periods of racing thoughts, mood swings and different altars that comes out when her moods change. She feels like she's at a good point with cognitive therapy. Use of cannabis, prescription

stimulants, and prescription opioids in the last 30 days is noted. Presents with anxious mood, attention span moderately impaired. Memory is intact. There is no evidence of psychotic symptoms, suicidal or homicidal ideation noted. Genetic testing was noted, she is continued on Pristiq, Clonidine twice daily as needed for anxiety was prescribed, and Propranolol is discontinued as it worsened asthma once. Prescription for Lamictal titration is also noted.

6/2/21: the claimant is seen for follow up. Presentation is unchanged. Clonidine is discontinued and Lamictal increased to 100 mg. Diagnosis include dissociative identity disorder, F 44.81 and generalized anxiety disorder, 41.1.

7/14/21: the claimant is seen for follow up. Presentation is unchanged. She is continued on the same medication with addition of hydroxyzine 25 mg daily.

8/17/21: the claimant presents as anxious, depressed, attention span moderately impaired. BuSpar 10 mg twice a day is prescribed. GAD7 score was 19. Diagnoses of dissociative identity disorder, F44.81 and generalized anxiety disorder, F41.1 are noted. Claimant has anxiety and depression, dissociative episodes and poor physical health, issues with insomnia, has voices that will not stop talking, currently has 8 alters, there have been as many as 20 in the past which have integrated. She feels she has PTSD and has memories coming back, reports past trauma, periods of racing thoughts, mood swings, and anxiety. Presents with anxious mood. Started on Lamictal 100 mg and continued on Pristiq 100 mg, Clonidine as needed discontinued, and hydroxyzine as needed prescribed.

10/19/21: Functional Mental Status Exam (FMSE) form notes that the claimant has not been seen since 6/20/21.

11/21/21: FMSE notes that the claimant presented as adult at times, childlike at others, was dissociating into different identities. She could not recall remote events. She had minimal insight and poor judgment, ability to do physical activities was retained. She was prescribed Lamictal, Propranolol, and BuSpar.

Brian Manning LCPC provides individual psychotherapy.

5/18/21: therapy visit notes claimant is moving into new home, got a puppy, and has started writing a book about her personalities. New medical provider put her on lithium which has helped with sleep. Note includes list of alters. She presents with tired confused mood, constricted affect, circumstantial, recent memory mildly impaired, attention span mentally impaired. Diagnosed with dissociative identity disorder. Treatment plan notes impaired relationship functioning, impaired occupational functioning, emotional dysregulation, impaired ADLs.

5/27/21: the claimant presents in childlike voice and vocabulary, talking about herself in the third person. New alters are described. Mood this stressed, affect is described as variable but congruent with alter, she's circumstantial, and recent memory and attention span is mildly impaired.

6/16/21: received therapy, discussed desire to cut, going to the emergency room, self-care, and FMLA.

Denied suicidal ideation.

6/28/21: FMSE notes that claimant has just woken up, was using CPAP, hair is unkempt. She is stressed with constricted affect. Dissociative experiences are noted. There is mild memory impairment related to loss of time and dissociation. Presents with alters switching. She reported emergency room visit to avoid self-harm, denies suicidal ideation. Symptoms severely impair her ability to perform daily tasks such as self-care. She is having difficulty with task completion, focus and emotional regulation. Able to communicate with partner. PHQ9 is 21, severe, GAD7is 19, severe. Diagnosed with dissociative identity disorder, and major depression, F33.3. Receives weekly cognitive behavioral therapy (CBT). Prescribed Lamictal, Propranolol, and Trazodone.

6/29/21: the claimant reports difficulty with sleep, trouble planning her day and getting things done, hygiene has improved to two showers a week but not wearing anything but pajamas, relieved that she sold the house. Having a hard time communicating with her mother. Focus on self-care is noted. Alter is present today.

7/6/21: received therapy, completed disability paperwork, discussed her alters and what they have been doing.

Notes from 8/5/21-9/9/21: document diagnosis of post-traumatic stress disorder chronic, F 43.12 and dissociative identity disorder. Provider notes that one alter scored 35 on PCL 5, another one previously scored 63. Continues to switch between alters, has experienced increased distress and deeper depressed mood due to having to provide care for partner during their recovery from a surgery. Dialectical behavioral therapy (DBT) with several alters is noted. Partner reports that claimant has been experiencing challenges with regulating herself, following alter scheduling and has become withdrawn in their relationship. Claimant presents as anxious, labile, depressed, and functional status is impaired.

Notes from 9/13/21- 10/14/21: document complaints of anxiety, insomnia, anxiety has decreased after mortgage was approved, although household tasks were still not being achieved. Provider continued to meet with various altars during the sessions. Continued exploration of interacting with family while navigating emotional abuse and practicing boundaries. DBT was provided. Claimant presented as anxious, and at times was angry, labile and tangential. In one of the sessions she had the cataplexy experience of inability to speak and partial paralysis, she reported previous occurrences of that. Neurologic assessment was recommended. The claimant explored relationship with spouse and triggers preventing intimacy.

Notes from 10/22/21-12/2/21: treatment notes continue to document anxious depressed mood, constricted affect, and claimant was tangential at times, and she reported she was navigating financial barriers. She was recovering from medical procedure, discussed distress in family and spousal relationship. The most recent distressing event was that sister was present in a school shooting and claimant was recovering from the terror. Provider notes he met with various alters in sessions. DBT was continued. She also worked on mindfulness and skill building. PCL 5 score was 31, no change.

6/27/22: letter by Michael Bennett, LPC, stated the claimant has been attending trauma informed

treatment since J6/29/20 to master skills needed in navigating life with dissociative identity disorder, PTSD and attention deficit hyperactivity disorder (ADHD) inattentive type. Provider observed the presence of derealization and depersonalization dissociative experiences. The claimant experiences great difficulty due to her debilitating mental reenactment of traumas to reminders, proactive avoidance of stimuli, constant sense of threat, affect dysregulation, negative self-concept and dissociations. Due to the presence of dissociation experiences, the clinician administered the dissociative experiences scale and her responses reflected a score of 70 indicating the strong possibility of her having dissociation disorder. Dissociative disorder interview schedule was utilized, and it was determined that the claimant is diagnosed with dissociative identity disorder. Claimant is dependent upon the alternative identities within her dissociative identity system in order to function in a survival state of being. This dependency is increased when engaging with distressing stimulator, such as found in high stress work environments.

7/5/22: letter by Michael Bennett, LPC, contains similar information.

7/29/22: document with answers to questions by Michael Bennett, LPC notes that the claimant participates in treatment weekly for diagnosis of dissociative identity disorder and PTSD, chronic. She consistently experiences overwhelming symptoms of anxiety, depressed mood, frequent dysphoric perceptions of herself, others and the world around her, as well as overwhelming intrusive symptoms of emotional flashbacks, resurfacing traumatic memories and various levels of hypervigilance, social anxiety, hypertension and bodily complaints and impaired sleep. These impairments create barriers in accomplishing daily life activities. Claimant frequently experiences dissociation and switching between alternative identities. As a result, basic activities to care for herself can be overlooked due to being distressed or actively avoided due to increasing her distress by activating her trauma response symptoms. It may take her several hours if not the duration of the day to accomplish various daily tasks. She has met for therapy up to three times a week since starting treatment. Cognitive processing therapy is utilized. She is still within the stabilization phase of treatment. She is also receiving medication management. There is no estimation that the provider can give for a return to work date as the claimant has not experienced consistent stabilization which supports trauma processing in a way that may positively impact her. His recommendation is that no additional external distrust be placed upon her which may create further barriers to treatment. It is his professional opinion that this claimant cannot return to work in the foreseeable future.

8/15/22: letter by Michael Bennett, LPC, contains summaries of previous letters. Provider also adds a correction according to which the claimant concluded that withdrawing from school could help mitigate claimant's distress and increase her functioning at work. When not seeing success with this solution, she determined that stepping down could decrease her distress and allow her to better function at work. When that did not produce the desired outcome, she then took a leave of absence to focus attention on receiving psychological treatment for distress and symptoms which was impairing her ability to work and complete school. During the past six months claimant has been navigating the process of traumatic memory processing and reconsolidation, which requires considerable emotional efforts, often causes momentary instability, and commonly results in fatigue and exhaustion. She has additional individuated self-organization and reorganization processes, which involve severe levels of dissociation, impairment to concentration, impairment to sleep, impairment to memory, increased irritability and interpersonal

challenges. While there are moments of functionality which do indicate gradual progress and treatment, the inconsistent presence of the functionality would create a barrier to being able to consistently fulfill work related tasks according to expectations.

Notes from 7/11/22-12/9/22: continue to document the claimant is receiving CPT and DBT. She presented as anxious, and at times was circumstantial, labile, dysphoric mood, with functional status variably impaired. She reported some improvement with medications. Continued impairment in sleep, nightmares, irritability, low mood, low productivity, challenges in interpersonal communication were noted. She reported adjustment distress due to living situation crisis, navigating increasing interpersonal stressor with spouse, staying at hotel until mid-June. She discussed various alters. Most recent PCL score was 19. Multiple dissociative experiences were described. She was pursuing integration.

12/20/22: the claimant reported she was sick and was recovering from severe COVID symptoms. She reported continued increase of dissociative experiences, irritability, interpersonal conflicts, distress focused towards relationship with spouse, and distressing dreams.

1/4/23: she reported continued distress focused towards relationship with spouse and communication barriers, challenges and accomplishing personal goals and tasks through the day, particularly in working on a creative writing project.

1/11/23: claimant reported improved sense of self following interactions with support system and system of spirituality, expressed improved mood and believed that medications can be adjusted to titrate down since she has skills to navigate depressive symptoms. She reported challenges in accomplishing personal goals and discussed ways to problem solve. She presented as optimistic, reported desire for possibly titrating sessions to biweekly as she continues to experience positive recovery.

1/18/23: she reported that improved experiences of more than the anxiety, decision to titrate off antidepressant.

1/25/23: she reported positive experiences of community building, was able to maintain boundaries with parents. She reported continued titration down of 1 antidepressant medication. She was feeling optimism.

2/8/23: claimant reported continued pursuit of self-growth. She experienced the desire to process her emotions further.

2/22/23: claimant reported recent reorganization of the ID system resulting in integrations of multiple altars and living a total of four altars. She reported distress around upcoming job in which she will be utilizing her skills to provide spiritual help to others seeking guidance. She felt relief following connection with self-energy and self-leadership.

3/8/23: she reported more insight about integration of multiple altars. She experienced a distressing event of pet passing. She discussed relationship conflict with spouse which they were able to navigate

towards resolution. She indicated that trauma memories of sexual abuse by father emerged and the claimant was processing that information shifting from denial to acceptance.

3/22/23: claimant discussed having meaningful experiences of spiritual growth and communication challenges with spouse.

4/5/23: claimant reported optimistic life experiences over the past two weeks, has been functioning well, and resolving stressors as they arise through the use of coping skills.

5/3/23: claimant reported experiencing distress as she navigated a group-based activity with her spiritual support community. She had difficulty in trusting herself, self-doubt. She was able to visualize herself practicing leadership, power and control in healthy ways. Next session was scheduled 4 weeks later.

6/9/23: the claimant reported optimistic about her experiences of the past month. Growing stability and meaningful experiences with spouse were noted. She discussed her spiritual life. She identified the four parts of self to experience growth.

6/28/23: the claimant reported optimistic about the past several weeks, had positive and meaningful experiences and was achieving personal goals of creating and providing support for others. Explored timeline of traumatic events.

Records from Baptist Health Medical Group family medicine 11/19/21-5/9/22 are provided. Claimant is seeing Dr. Beverly Smith. She is receiving treatment for medical conditions, refills, referrals. On 11/19/21 she was seen as a new patient and complaints of blood pressure were noted. Diagnosis of asthma, Hashimoto's disease, morbid obesity, and multiple personalities were noted. They were prescriptions for BuSpar and Pristiq provided. No suicidal or homicidal ideation was noted. She was referred to behavioral health. As of 2/3/22 claimant said her depression has been bad, she may need to increase her medication. She had a visit with parents that put her on edge. Her therapist was out of the office at that time. She denied suicidal or homicidal ideation, reported trouble sleeping. She was tearful. Provider added Vistaril and instructed hard to take BuSpar 2 to 3 times daily. Appointment with psychiatry was facilitated.

Legal paperwork is included.

Previous reviews are provided.

Claimant's statement note that the claimant's activity level depends on which alter is out. She can microwave meals, vacuum, do the laundry if Scott takes it downstairs first, goes up and down the stairs slowly, takes care of her hygiene. They have a phobia of doctors and hospitals due to cancer history. They do not know which alter will come out and when, makes it impossible to focus on the task. Each alter does what they want to do when they come out which makes life very unorganized. SSDI application is included.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 8/23/2023 4:33 PM EDT | voicemail | I left a message for Michael Bennett explaining the reason for my call and requested a return call. My contact information and availability was provided. |
| 8/24/2023 9:08 AM EDT | voicemail | I left a message for Michael Bennett explaining the reason for my call and requested a return call. My contact information and availability was provided. |

## Questions and Reviewer's Response

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Diagnoses of dissociative identity disorder, F44.81; post traumatic stress disorder, chronic, F43.12; generalized anxiety disorder, F41.1 and major depression, F33.3 are noted.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Asthma, J45.9; Hashimoto's disease, E06.3; morbid obesity, E66.01; and obstructive sleep apnea (OSA) on CPAP

Any impairment from medical conditions will be deferred to appropriate specialty for review.

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 01/20/2023 to present, and comment on the expected duration.**

Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, impairment is not supported and does not translate into restrictions and limitations from 1/20/23 to present.

No current psychiatric records are provided for this period. Psychotherapy notes document integration of most alters and no abnormalities of mental status examination is documented during the period of review. The claimant reports improvement, presents as optimistic, works on spirituality and appears to be some kind of peer counselor. The claimant decreased the frequency of therapy significantly and also reported decreasing doses of her antidepressant medication. No evidence of continued marital discord or difficulty with ADLs is provided. There is an insufficient severity of symptoms, as documented, during the period under review to support continued psychiatric impairment and inability to work.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

The medical records do not support any restrictions and limitations that were recommended by treating providers for the timeframes in question.

No current psychiatric records are provided. Psychotherapy notes document integration of most alters, no abnormalities of mental status examination is documented during the period of review, the claimant reports improvement, presents as optimistic, works on spirituality and appears to be some kind of peer counselor. Decrease in PCL 5 scores is documented. Claimant decreased the frequency of therapy significantly and also reports decreasing doses of her antidepressant medication. No evidence of continued marital discord or difficulty with ADL is provided. Insufficient severity of symptoms as documented during the period of review to support continued impairment and inability to work.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

The claimant has been receiving trauma informed therapy as well as psychiatric medication management.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

There are non-medical circumstances identified in the medical records that may adversely impact work.

History of sexual abuse is noted.

**7. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:**

**Name: Michael Bennett, LPCA**

Please see the provider contact section above.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Elena Dlugach, MD
Board Certified
Psychiatry
Child & Adolescent Psychiatry
SC - 31140

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 08/09/2019 | Letter | Baptist Health Release of Information |
| 10/25/2019 | Office Visit | Michael Rieser, MD |
| 10/26/2019 | Discharge Summary | Cletus Carvalho, MD |
| 05/10/2021, 06/02/2021, 07/14/2021, 08/17/2021 | Office Visit | Tina Shelton-Coomer, PMHNP |
| 05/18/2021, 05/27/2021, 06/06/2021, 06/16/2021, 06/29/2021, 07/06/2021 | Office Visit | Bryan Manning, LPCC |
| 06/17/2021, 06/26/2021, 11/09/2022 | Authorization for the Release of Information Including Protected Health Information | Claimant |
| 06/17/2021 | Letter | Lincoln Financial Group |
| 06/18/2021, 07/14/2021 | Letter | Brian Armstrong |
| 06/25/2021 | Functional Mental Status | Bryan Manning, LPCC |

RRS
Reliable Review Services

| | | |
|---|---|---|
| | Evaluation | |
| 07/01/2021, 11/17/2021 | Letter | Release of Information |
| 08/05/2021, 08/13/2021 | Office Visit | Kathy Vazequez |
| 08/20/2021 | Retirement, Survivors, and Disability Insurance | Social Security Administration |
| 09/15/2021 | Behavioral Health Memorandum | Amy Sinner, RN, BSN |
| 10/14/2021 | Letter | Morgan Criddle |
| 10/14/2021 | Letter | Morgan Criddle |
| 10/19/2021 | Functional Mental Status Evaluation Form | Bryan Manning, LPCC |
| 11/05/2021 | Email Correspondence | NABCT Lincoln Financial Leave |
| 11/05/2021 | Letter | William Yetman |
| 11/09/2021 | Letter | Akelah Tanner |
| 11/14/2021 | Authorization to Release Copies of a Medical Record | Claimant |
| 11/20/2021, 10/08/2022 | Claimant Information Form | Claimant |
| 11/20/2021 | Activities Questionnaire | Claimant |
| 11/20/2021 | Request for Federal Income Tax Withholding From Sick Pay | Claimant |
| 11/16/2021 | Email Correspondence | Meghan Vazquez |
| 11/19/2021 | Lab Results | Robert Zaring, MD |
| 11/19/2021, 02/03/2022, 02/08/2022, 02/21/2022, 04/09/2022, 04/19/2022, 05/09/2022 | Office Visit | Beverly Smith, DO |
| 11/20/2021 | Authorization for the Release of Protected Health Information | Claimant |
| 11/20/2021 | Claimant Supplementary Statement | Claimant |
| 11/21/2021 | Functional Mental Status Evaluation Form | Tina Shelton-Coomer, PMHNP |
| 11/23/2021 | Disability Payment Options | Claimant |
| 11/30/2021 | Letter | Jan Bernardo |
| 12/03/2021 | Quality Assurance Report | The Trauma-Informed Counseling CTR |
| 12/03/2021, 12/13/2021, 12/15/2021, 03/08/2022 | Medical Record Overview | ReleasePoint |
| 12/15/2021 | Quality Assurance Report | Beaumont Behavioral Health |
| 12/27/2021 | Letter | John Young, MD |
| 12/27/2021, 07/19/2022 | Email Correspondence | RightFax |
| 12/27/2021 | Clinical Review Memo | John Young, MD |
| 12/30/2021 | Letter | Akelah Tanner |
| 01/12/2022 | Authorization for Release of Information | Claimant |
| 01/26/2022, 4/19/2022, | Letter | Cody Alison |

| | | |
|---|---|---|
| 06/02/2022, 06/24/2022, 06/30/2022, 07/15/2022, 07/26/2022, 08/01/2022, 09/16/2022, 11/09/2022, 12/15/2022 | | |
| 02/01/2022 | Email Correspondence | Faye |
| 02/16/2022 | Request for Status | Jan Bernardo |
| 03/08/2022 | Quality Assurance Report | Lifestance Health |
| 04/05/2022 | Invoice | ReleasePoint |
| 05/25/2022 | Authorization for Release of Protected Health Information | Claimant |
| 06/25/2022 | Authorization | Claimant |
| 06/27/2022, 07/05/2022, 07/29/2022, 08/15/2022 | Letter | Michael Bennett, LPCC |
| 06/28/2022 | Email Correspondence | Barb |
| 06/28/2022 | Email Correspondence | Sam Payne |
| 07/06/2022, 07/20/2023 | Appeal Referral | Lincoln Financial Group |
| 07/13/2022 | Clinical Review Memo | Unknown |
| 07/15/2022, 12/27/2022, 07/19/2023, 08/18/2023 | Letter | Samuel Payne |
| 07/19/2022 | Clinical Review Memo | Laura Don, MD |
| 07/19/2022 | Letter | Laura Don, MD |
| 07/26/2022 | Email Correspondence | Laura O'Leary |
| 08/09/2022 | Benefit Estimates | Social Security Administration |
| 08/09/2022 | Email Correspondence | Mikayla Kimball |
| 10/20/2022, 11/22/2022, 01/20/2023 | Letter | Robert Boling |
| 10/21/2022 | Letter | Claimant |
| 11/01/2022 | Letter | Barb Krautheim |
| 11/23/2022 | Letter | Medical Records Department |
| 01/03/2023 | Claim Coversheet Report | Unknown |
| 01/13/2023 | Psychiatry Advisory Report | Edward Chai, MD |
| 01/13/2023 | Invoice | Reliable Review Services |
| 01/13/2023 | Email Correspondence | Reliable Review Services |
| 02/09/2023 | Email Correspondence | DisabilityDocuments, Tara McCarty |
| 08/22/2023 | Peer Review Request | Rebecca Rand |
| Undated | Authorization to Release Copies of a Medical Record | Claimant |
| Undated | Legal Document | Exhibit A |
| Undated | Training-Education-Experience Form (TEE) | Claimant |
| Undated | Legal Document | Exhibit B |
| Undated | Legal Document | Exhibit D |
| Undated | Legal Document | Exhibit C |
| Undated | Reimbursement Agreement | Claimant |
| Undated | Legal Document | Exhibit F |

| | | |
|---|---|---|
| Undated | Legal Document | Exhibit 2 |
| Undated | Legal Document | Exhibit 1 |
| Undated | Functional Mental Status Evaluation Form Blank | Lincoln Financial Group |
| Undated | Authorization for the Use and Disclosure of Health Information | ? Claimant |
| Undated | Resume | Claimant |
| Undated | Position Description | CSL Plasma |
| Undated | Legal Document | Exhibit E |
| Undated | Images | Unknown |
| Undated | Authorization to Release Protected Health Information | Claimant |

**From:**submit@reliablers.com
**Sent:**Sun, 10 Sep 2023 15:33:31 -0400
**To:**VendorReferrals
**Cc:**Macallister, Lisa
**Subject:**RRS - ATTN: Lisa MacAllister RRS#91858 Claim #12027405 (Client Notification)
**Attachments:**Report_RRS3_91858-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,

The final report and/or letters (if applicable) for claim #12027405 / RRS #91858, is attached. If not already attached, the invoice will follow in a separate email.

If you have any questions, you may reach our Customer Service Department via email at CSR@reliablers.com or by phone at 561-893-0123.

Thank you.


**Reliable Review Services**

604 Banyan Trail

P.O. Box 810789

Boca Raton, FL, 33481

**Phone: 561-893-0123**

**Fax: 561-995-4189**

Web. www.reliablers.com



*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**Samuel D. Payne**
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

August 18, 2023

**VIA FACSIMILE: # (603) 334-0401**

The Lincoln National Life Insurance Co.
Disability & Life Claims Appeal
Attn.: Lisa Macallister
PO Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC** |
| | **Date of Birth:** | |
| | **Social Security No.:** | |

Dear Lisa; or To Whom It May Concern:

As you know, this law firm represents April Connolly on her long-term disability ["LTD"] benefits under the Plan/Policy referenced above. We have appealed Lincoln's denial letter dated 1/20/2023; *see*, our letter dated 7/19/2023.

As additional support for this appeal, we enclose a follow-up/rebuttal letter dated **8/15/2023** from the following treating provider:[1]

**Trauma Informed Counseling Center**

Lexington, KY

**Michael Bennett, LPCC**

Licensed Professional Counselor Associate

As one can see from this latest letter, there is -- and has been -- clear and consistent support for the significant mental and cognitive issues from which Ms. Connolly suffers. She simply cannot work at this time.

[1] The date reference to "***2022***" on the top of pg. 1 of the letter is erroneous.

## CONCLUSION:

Lincoln has erroneously concluded that Ms. Connolly has failed to provide continued proof of serious medical issues that prevent a return to her employment at CSL Behring (or otherwise, for that matter). LTD benefits should be awarded retroactively and paid going forward.

That is, based on the information already in Lincoln's claims files, plus the updated letter from Therapist Michael Bennett submitted herewith, it should be clear that Ms. Connolly does, in fact, *continue* to satisfy the definition of Disability under the LTD Policy.

So, we again ask that you bring Ms. Connolly current in a lump-sum payment for all past-due LTD benefits, plus interest, then continue her LTD benefits to the fullest thereafter, pursuant to the contractual terms of the Plan/Policy. This includes benefits once the definition of disability under the Policy changes to an "Any Occupation" definition – due to occur, without more, on or about 12/9/2023.

*Note: if this office receives additional medical records, other documents supporting Ms. Connolly's claims, or other items needed to complete the record here, we respectfully reserve the right to supplement this letter.

This letter is sent without waiver of, or prejudice to, Ms. Connolly's rights and remedies under the LTD Plan/Policy at issue and governing law. All rights and remedies are expressly reserved.

We look forward to your response.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp
Enclosures (1) (as noted)

cc: Ms. Connolly (w/ encl.)

TICC Trauma Informed Counseling Center

August 15, 2022

Michael Bennett, LPCC
The Trauma-Informed Counseling Center
80 Codell Dr., Ste 130
Lexington, KY 40509

To Whom It May Concern:

This letter serves to advocate for my client April Connolly within the appeal process with the goal of disclosing the present state of mental wellbeing and functioning and its significance to determining my client's eligibility for disability benefits.

**Past Documentation Summaries**
This letter should also be considered alongside earlier documentation dated July 29, 2022 and July 5, 2022. Brief summaries of these documents are as follows:

- July 29, 2022: This document contains responses to questions posed by Laura Don, MD regarding my client's claim for benefits. The responses indicate that 1) due to diagnoses of PTSD and DID, April often overlooks and forgets to complete basic responsibilities as well as requires significantly longer timeframes and utilizes significantly greater effort to accomplish tasks that ordinarily would not be challenging to accomplish by others without a diagnosis of PTSD and DID; 2) due to challenges inherent to PTSD and DID diagnoses, April experienced chronic distress and functional impairment even while consistently participating in treatment as well as concurrent medication treatment and case management (an expected experience for such clients); and, 3) my professional opinion of the time was that **"no additional external distress be placed upon her which may create further barriers to treatment" and that it was "not my professional opinion that this client can return to work in the foreseeable future."**
- July 5, 2022: This document contains responses to questions posed by Laura Don, MD regarding my client's claim for benefits. The responses indicate that 1) due to diagnosis of PTSD, April was at that time unable to consistently fulfill job expectations leading to her either ending her employment to improve her sense of safety and wellbeing or risk being terminated by her employer; 2) due to diagnoses of PTSD and DID, April would have an atypical experience of a typical work environment due to distressing intrusive symptoms, heightened emotions, and decreased attentiveness to work tasks; 3) due to diagnosis of DID, April chronically experiences stigmatization within the healthcare system as well as other support systems, and experience which is frequently reported by others with DID; and, 4) my professional opinion of the time was that April's psychological health "**does not support their meaningful functioning within a vocational/employed capacity**."

TI C Trauma Informed Counseling Center

**Correction of Denial Letter Representation of Client's Functionality**
It has been brought to my attention in reviewing the denial letter dated January 20, 2023 that a factor in April's denial of benefits was a misunderstanding pertaining to April being "able to go to school, and obtain [a] masters." As considerable time in April's psychological treatment has been focused on April processing negative emotions towards herself about having to withdraw from school, quit the program, and not be successful in receiving a Master's degree, I need to attest that this information from the denial letter incorrectly represents April as being more functional and less impaired than she was. In fact, in my letter dated July 5, I spoke to this experience, which I quote in the following: ***"April first decreased stressors by evaluating the value and priority of her attending graduate school while working and concluded that withdrawing from school could help mitigate her distress and increase her functioning at work. When not seeing success with this solution, April evaluated the management-level capacity in which she worked and determined that stepping down could decrease her distress and allow her to better function at work. When this did not produce the desired outcome, April then took a leave of absence to appropriately focus attention on receiving psychological treatment for the distress and symptoms which was impairing her ability to work and complete school."*** Thus, April was not only experiencing impairment at work requiring her to take a leave of absence but also this was preceded by April experiencing impairment in school requiring her to withdraw from school and discontinue her Master's degree program resulting in April not obtaining a Master's.

**Present Functionality**
During the past six months, April has been navigating the process of traumatic memory processing and reconsolidation. This intensive process requires considerable emotional efforts, often causes momentary instability requiring increased utilization of distress coping, and commonly results in fatigue and exhaustion even when the process is accomplished successfully. During this time, April has additionally navigated self-organization and re-organization processes which involve severe levels of dissociation, impairment to concentration, impairment to sleep, impairment to memory, increased irritability, and interpersonal challenges. While there are moments of functionality which do indicate gradual progress in treatment, the inconsistent presence of the functionality would create a barrier to being able to consistently fulfill work-related tasks according to expectations and at the level of would-be work peers.

Sincerely,
Michael Bennett, LPCC
mbennett@theticcoflexington.com

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | August 21, 2023 |
| To: | SAMUEL PAYNE<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Lisa Macallister<br>Claim Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>CSL Behring | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

August 21, 2023

Samuel D. Payne
Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
CSL Behring
Claim #: 12027405
Claimant: April Connolly

Dear Samuel Payne:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under CSL Behring LLC's Group Disability Policy. We are writing in reference to Ms. April Connolly's claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your claim on July 17, 2023, with accompanying documents. On August 4, 2023, you indicated you would be submitting additional information for Ms. Connolly's appeal.

On August 18, 2023, we received your letter and the letter from Michael Bennett.

On August 21, 2023, your office confirmed the last submission completed Ms. Connolly's appeal.

We understand you have submitted all of the information you intend to submit for our consideration of your appeal. Consequently, your file has been forwarded to Claims Resolution Services for a full, and fair review.

To assist us in evaluating Ms. Connolly's eligibility for benefits we have referred her file for a medical review and assessment. We anticipate a response from the reviewer in approximately 30 days. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of her appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of Ms. Connolly's eligibility for benefits under the terms of the Policy.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you

will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Macallister
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 16400
Secure Fax No.: (603) 334-0401

**Samuel D. Payne**
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

August 18, 2023

**VIA FACSIMILE: # (603) 334-0401**

The Lincoln National Life Insurance Co.
Disability & Life Claims Appeal
Attn.: Lisa Macallister
PO Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC** |
| | **Date of Birth:** | |
| | **Social Security No.:** | |

Dear Lisa; or To Whom It May Concern:

As you know, this law firm represents April Connolly on her long-term disability ["LTD"] benefits under the Plan/Policy referenced above. We have appealed Lincoln's denial letter dated 1/20/2023; *see*, our letter dated 7/19/2023.

As additional support for this appeal, we enclose a follow-up/rebuttal letter dated **8/15/2023** from the following treating provider:[1]

**Trauma Informed Counseling Center**

Lexington, KY

**Michael Bennett, LPCC**

Licensed Professional Counselor Associate

As one can see from this latest letter, there is -- and has been -- clear and consistent support for the significant mental and cognitive issues from which Ms. Connolly suffers. She simply cannot work at this time.

[1] The date reference to "*2022*" on the top of pg. 1 of the letter is erroneous.

**CONCLUSION:**

Lincoln has erroneously concluded that Ms. Connolly has failed to provide continued proof of serious medical issues that prevent a return to her employment at CSL Behring (or otherwise, for that matter). LTD benefits should be awarded retroactively and paid going forward.

That is, based on the information already in Lincoln's claims files, plus the updated letter from Therapist Michael Bennett submitted herewith, it should be clear that Ms. Connolly does, in fact, *continue* to satisfy the definition of Disability under the LTD Policy.

So, we again ask that you bring Ms. Connolly current in a lump-sum payment for all past-due LTD benefits, plus interest, then continue her LTD benefits to the fullest thereafter, pursuant to the contractual terms of the Plan/Policy. This includes benefits once the definition of disability under the Policy changes to an "Any Occupation" definition – due to occur, without more, on or about 12/9/2023.

*Note: if this office receives additional medical records, other documents supporting Ms. Connolly's claims, or other items needed to complete the record here, we respectfully reserve the right to supplement this letter.

This letter is sent without waiver of, or prejudice to, Ms. Connolly's rights and remedies under the LTD Plan/Policy at issue and governing law. All rights and remedies are expressly reserved.

We look forward to your response.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp
Enclosures (1) (as noted)

cc: Ms. Connolly (w/ encl.)

TICC Trauma Informed Counseling Center

August 15, 2022

Michael Bennett, LPCC
The Trauma-Informed Counseling Center
80 Codell Dr., Ste 130
Lexington, KY 40509

To Whom It May Concern:

This letter serves to advocate for my client April Connolly within the appeal process with the goal of disclosing the present state of mental wellbeing and functioning and its significance to determining my client's eligibility for disability benefits.

**Past Documentation Summaries**
This letter should also be considered alongside earlier documentation dated July 29, 2022 and July 5, 2022. Brief summaries of these documents are as follows:

- July 29, 2022: This document contains responses to questions posed by Laura Don, MD regarding my client's claim for benefits. The responses indicate that 1) due to diagnoses of PTSD and DID, April often overlooks and forgets to complete basic responsibilities as well as requires significantly longer timeframes and utilizes significantly greater effort to accomplish tasks that ordinarily would not be challenging to accomplish by others without a diagnosis of PTSD and DID; 2) due to challenges inherent to PTSD and DID diagnoses, April experienced chronic distress and functional impairment even while consistently participating in treatment as well as concurrent medication treatment and case management (an expected experience for such clients); and, 3) my professional opinion of the time was that **"no additional external distress be placed upon her which may create further barriers to treatment" and that it was "not my professional opinion that this client can return to work in the foreseeable future."**
- July 5, 2022: This document contains responses to questions posed by Laura Don, MD regarding my client's claim for benefits. The responses indicate that 1) due to diagnosis of PTSD, April was at that time unable to consistently fulfill job expectations leading to her either ending her employment to improve her sense of safety and wellbeing or risk being terminated by her employer; 2) due to diagnoses of PTSD and DID, April would have an atypical experience of a typical work environment due to distressing intrusive symptoms, heightened emotions, and decreased attentiveness to work tasks; 3) due to diagnosis of DID, April chronically experiences stigmatization within the healthcare system as well as other support systems, and experience which is frequently reported by others with DID; and, 4) my professional opinion of the time was that April's psychological health **"does not support their meaningful functioning within a vocational/employed capacity**."

TICC | Trauma Informed Counseling Center

**Correction of Denial Letter Representation of Client's Functionality**

It has been brought to my attention in reviewing the denial letter dated January 20, 2023 that a factor in April's denial of benefits was a misunderstanding pertaining to April being "able to go to school, and obtain [a] masters." As considerable time in April's psychological treatment has been focused on April processing negative emotions towards herself about having to withdraw from school, quit the program, and not be successful in receiving a Master's degree, I need to attest that this information from the denial letter incorrectly represents April as being more functional and less impaired than she was. In fact, in my letter dated July 5, I spoke to this experience, which I quote in the following: ***"April first decreased stressors by evaluating the value and priority of her attending graduate school while working and concluded that withdrawing from school could help mitigate her distress and increase her functioning at work. When not seeing success with this solution, April evaluated the management-level capacity in which she worked and determined that stepping down could decrease her distress and allow her to better function at work. When this did not produce the desired outcome, April then took a leave of absence to appropriately focus attention on receiving psychological treatment for the distress and symptoms which was impairing her ability to work and complete school."*** Thus, April was not only experiencing impairment at work requiring her to take a leave of absence but also this was preceded by April experiencing impairment in school requiring her to withdraw from school and discontinue her Master's degree program resulting in April not obtaining a Master's.

**Present Functionality**

During the past six months, April has been navigating the process of traumatic memory processing and reconsolidation. This intensive process requires considerable emotional efforts, often causes momentary instability requiring increased utilization of distress coping, and commonly results in fatigue and exhaustion even when the process is accomplished successfully. During this time, April has additionally navigated self-organization and re-organization processes which involve severe levels of dissociation, impairment to concentration, impairment to sleep, impairment to memory, increased irritability, and interpersonal challenges. While there are moments of functionality which do indicate gradual progress in treatment, the inconsistent presence of the functionality would create a barrier to being able to consistently fulfill work-related tasks according to expectations and at the level of would-be work peers.

Sincerely,

Michael Bennett, LPCC
mbennett@theticcoflexington.com

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | August 4, 2023 |
| To: | SAMUEL PAYNE<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Charles Johnson<br>Appeals Consultant<br>On Behalf Of: Lisa Macallister<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 3 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>CSL Behring | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0380

August 4, 2023

Samuel D. Payne
Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
CSL Behring
Claim #: 12027405
Claimant: April Connolly

Dear Samuel Payne:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under CSL Behring LLC's Group Disability Policy. We are writing in reference to Ms. April Connolly's claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your claim on July 17, 2023, with accompanying documents. On August 4, 2023, you indicated you would be submitting additional information for Ms. Connolly's appeal. We understand that you may submit additional information however you need to review the claim file. I will be the dedicated Appeal Specialist. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 16400.

You can submit additional records to secure fax (603) 334-0401, email records to DisabilityDocuments@LFG.com or mail to the address listed above.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

Please submit all documentation to be considered with your appeal no later than September 6, 2023. If you need additional time, please contact me. If we do not receive

additional information or hear from you by that date, we will proceed with our review and determination based on the information on file.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact her assigned Disability Case Manager at the number below.

Sincerely,

Charles Johnson
Appeals Consultant
On Behalf Of: Lisa Macallister
Phone No.: (888) 437-7611 Ext. 16400
Secure Fax No.: (603) 334-0401

Samuel D. Payne
*Senior Attorney*

sam@codyallison.com | P (615) 234-6000 | F (615) 727-0175 | W LTDanswers.com | codyallison.com
Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

July 19, 2023

**VIA CERTIFIED MAIL # 7021 2720 0000 3441 7334**
**RETURN RECEIPT REQUESTED**
**& FACSIMILE: # (603) 334-0380**

The Lincoln National Life Insurance Co.
Attn.: Appeal Review Unit (Robert Boling)
Disability & Life Claims
PO Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC** |
| | **Date of Birth:** | |
| | **Social Security No.:** | |

Dear Mr. Boling; or To Whom It May Concern:

As you know, this law firm represents April Connolly on her long-term disability benefits ["LTD"] under the Plan/Policy referenced above. Throughout this letter, **Lincoln** and employer/plan sponsor/policyholder **CSL Behring, LLC** may be collectively referred to as the "**Company**."

To the extent that the Company has denied Ms. Connolly's LTD claim on any basis, please accept this letter as our official request on her behalf for review/appeal and her effort to exhaust completely all contractual/administrative remedies under the applicable Plan document(s); further, her appeal/exhaustion of remedies as per federal ERISA law/regulations, including without limitation 29 U.S.C. § 1133. Specifically, we are appealing from Lincoln's denial letter dated 1/20/2023; see attached **Exhibit A.**

If, at any time, the Company needs Ms. Connolly to do anything else (reasonable) to exhaust her remedies or perfect her claims, please let us know. This specifically includes completing any additional needed forms, questionnaires, or the like for the Company.

For additional procedural context, it may be noted that this law firm (on behalf of Ms. Connolly) has already appealed the denial of antecedent STD benefits under a companion Plan administered by Lincoln and won benefits (full-term); *as well as* appealed an earlier LTD denial and won, this before LTD benefits were terminated via the 1/20/2023 Lincoln letter cited above.

In this regard, we make specific reference to our initial LTD appeal letter of 6/30/2022, which was supplemented by letter of 7/15/2022; we also sent in additional medical or related information by letters dated 11/1/2022 and 12/27/2022. *All of these materials are adopted and incorporated by reference in this current appeal; if you need copies of any of these materials, please let us know.

## INTRODUCTION:

To confirm, pertinent background information here is as follows:

- Claimant: April Connolly; now age 41
- Residence: Berea, KY
- Date of Disability: 6/9/2021
- Employer: CSL Behring
- Own Job Occupation: Manager, then stepped down to medical staff associate
- Annual wages/salary/compensation: $50,000.00
- STD benefits received: 6/17/2021 through 12/08/2021
- LTD benefits received: 12/09/2021 through 1/20/2023

Considered properly on a multi-factorial basis, Ms. Connolly was, and remains, disabled from working due to the following, without limitation:

- **Dissociative Identity Disorder (DID)**
- **Complex PTSD and/or PTSD–Chronic**
- **Attention–Deficit/Hyperactivity Disorder (ADHD)**
- **Hashimoto's disease (a/k/a chronic lymphocytic thyroiditis)**

## PLAN/POLICY DEFINITION OF DISABILITY:

According to the denial letter, the essence of the current test for disability depends on whether, as a result of Injury or Sickness, our client is "unable to perform the Material and Substantial Duties of… [her] **Own Occupation**…."

## MEDICAL EVIDENCE THAT MS. CONNOLLY CANNOT WORK: [1]

In addition to the medical information/records already contained in the Company's STD and LTD claims files for Ms. Connolly, we are enclosing with this letter more recent medical records. These documents are as follows:

**Exhibit B**: Records from Trauma Informed Counseling Center

1600 Harrodsburg Rd.

Lexington, KY 40504

**Michael Bennett, LPCC**

Licensed Professional Counselor Associate

**Dates of Treatment Include: 12/20/22, 1/4/23, 1/11/23, 1/18/23, 1/25/23, 2/8/23, 2/22/23, 3/8/23, 3/22/23, 4/5/23, 5/3/23, 6/9/23, and 6/28/23[2]**

> **12/20/22**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported that she has been sick and recovering from severe Covid sx. She reported continued increase of dissociative experiences, irritability, and interpersonal conflicts. She reported distress focused towards relationship with spouse. She additionally reported having distressing dreams this past evening causing her to feel lingering distress and concern. She expressed desire to process these dreams and their psychological impact.

[1] Please understand that all medical records and other sensitive documentation tendered with this appeal are intended to be strictly maintained as CONFIDENTIAL by the Company, used only on a need-to-know basis for purposes of handling our client's LTD claim.

[2] Note that these records pick up where things left off from Lincoln's review of this provider's records; *i.e.*, the 1/20/2023 denial/termination letter states that Lincoln had therapist records through **12/9/2022**.

Michael Bennett's assessment: She reported feeling more optimistic about the dreams by being able to identify a meaningful interpretation for herself of these dreams to present experiences. She reported decrease of distress and more capable of exploring present relational stressors as a result of meaningful interpretations. She additionally reported optimistically about achieve treatment goals and explored new treatment goals towards her trauma processing surrounding intimacy and vulnerability via EBP of ART and her vocational ambitions via CBT and ACT.

Treatment plan: Meet with IT in 2 weeks after the holidays. Review updated treatment plan and update appropriate mental health assessments. Continue exploring alters needs/concerns and functions related to improving relationship with spouse. Explore processing distressing events as these memories appear.

**1/4/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported continued distress focused towards relationship with spouse and communication barriers. She additionally reported having challenges in accomplishing personal goals and tasks thru the day, particularly in working on a passion/creative writing project. She expressed desire to explore this distress and ways to problem-solve.

Michael Bennett's assessment: She reported feeling optimistic about having been able to explore present concerns blocking progress in goals.

Treatment plan: Meet with IT in 1 week. Provide an updated treatment plan. Continue exploring alters needs/concerns and functions related to improving relationship with spouse. Follow up with progress in using Resourcing between alters to increase skill acquisition that supports her goals.

**1/11/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported improved sense of self following interactions with support system and system of spirituality. She expressed improved mood and belief that present medications can be adjusted to titrate down and allow her to better experience mood, particularly since she has skills to navigate any depressive sx. She additionally reported having challenges in accomplishing personal goals and expressed desire to explore this distress and ways to problem-solve.

Michael Bennett's assessment: She reported feeling continued optimism. She reports desire for possibly titrating sessions to biweekly as she continues to experience positive recovery. IT suggested her inform psychiatrist as well as journal side effects and severe aversive effects.

Treatment plan: Meet with IT in one week.

**1/18/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported improved experiences of mood and anxiety as they experienced greater meaningful post-traumatic recovery through spirituality. She reported decision to titrate off of antidepressant for the purpose of experiencing greater connection with emotions which have been feeling dulled. She reported that she would like to explore this safely as well as reconnect with emotions which she has repressed along with memories.

Michael Bennett's assessment: Session appeared successful as a result of her being able to identify a safe plan for titrating off of antidepressant to achieve goal of better experiencing emotions and supporting memory consolidation that promotes post-trauma growth.

Treatment plan: Meet with IT in 2 weeks.

**1/25/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported having positive experiences of community building attached to her system of spirituality as well as positive relational experiences with spouse. She reported upcoming visit from parents causing some distress but has identified methods of maintaining healthy communication of boundaries during visit as well as expectations for future experiences of relationship. She expressed desire to reflect upon present experiences of memory recall, reconsolidation, and trauma recovery. She reported continued titration down of 1 antidepressant medication with positive experiences of being able to more fully experience emotions without them being overwhelming.

Michael Bennett's assessment: She reported feeling continued optimism. She reports desire for possibly titrating sessions to biweekly as she continues to experience positive recovery.

Treatment plan: Meet with IT in 2 weeks. Contact IT if there is a need for an appointment while trying to titrate sessions to biweekly.

**2/8/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported continued pursuit of self-growth through spirituality and optimistic reports of realization following book study. She additionally reported recent visitation from parents which resulted in her experiencing grief due to sharing a childhood memory which parents invalidated. She expressed that this also led her to understand that she has a lot of repressed emotions along with these memories which have been resurfacing. She expressed desire to explore and process these further to support her continued post-trauma growth.

Michael Bennett's assessment: Session appeared successful as she reported having been able to gain more insight into her experiences of repressed emotions as well as methods to explore them safely through visualization, titration, and pendulation. She additionally reported returning to medication treatment of antidepressants due to increased awareness that some parts in DID system needed support for depression.

Treatment plan: Meet with IT in 2 weeks.

**2/22/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported reorganization of DID System resulting in integrations of multiple alters and leaving a total of four alters. She clarified that these alters are not perceived as being related to her spirituality system which contains a number of spirit guides. She reported continued positive experiences of functional multiplicity as well as continued improvement in relationship with spouse. She reported distress around potential 10-hour per week job in which she would be utilizing her skills to provide spiritual help to others seeking guidance.

Michael Bennett's assessment: She reported feeling relief following connection with self-energy and self-leadership. She reported decrease of distress, improved sense of self-esteem, and self efficacy as well as relief from pressure of perfectionism.

Treatment plan: Meet with IT in 2 weeks.

**3/8/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported more insight about recent reorganization of DID System resulting in integrations of multiple alters and leaving a total of four alters. She reported experiencing distressing event of pet tragically passing. She also reported presence of relational conflict which they and spouse were able to

navigate together towards resolution. She expressed that trauma memories resurfaced which indicate that they were abused by father during childhood and that they are presently processing that information, shifting from denial to acceptance.

Michael Bennett's assessment: She reported feeling positive energy, relief, quiet from chaos as a result of processing feelings, visualizing future self, and experiencing positive energy generate from themselves as a result of visualizing self smiling in future.

Treatment plan: Meet with IT in 2 weeks. She reported that she will continue working on relational connection with spouse as well as mastery of skills related to empathy.

**3/22/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She expressed having meaningful experiences of spiritual growth which have lately positively impacted her ability to acknowledge childhood trauma event and re-interpret how it will impact them. She reported having challenging interpersonal and communication challenges with spouse.

Michael Bennett's assessment: Session appeared successful as she was able to explore and process recent meaningful growth as well as explore methods in responding to present challenges.

Treatment plan: Meet with IT in 2 weeks. She reported she will continue working on relational connection with spouse as well as mastery of skills related to empathy.

**4/5/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported optimistically of experiences over the past 2 weeks. She expressed that they have been functioning well, responding to, and resolving stressors as they arise through use of coping and other skills.

Michael Bennett's assessment: Session was successful based on her self-assessment of health, functioning, and present state of being as well as having been able to identify post-trauma growth, recovery, and future directions in personal growth.

Treatment plan: Meet with IT in 4 weeks.

**5/3/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported experiencing distress as she navigates a group-based activity within her spiritual support community. She expressed experiencing difficulties in trusting self to make decisions that may impact that group despite her being chosen to be group leader. She expressed difficulty with self-doubt and being afraid of having this power/control in this role.

Michael Bennett's assessment: Session was successful based on her identifying area of challenge, exploring, and processing negative beliefs and feelings, and being able to visualize self practicing leadership, power/control in healthy and comfortable ways.

Treatment plan: Meet with IT in 4 weeks.

**6/9/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported optimistically about her experiences of the past month and attributed this to continued spiritual growth which has been a positive factor in psychological healing and promoting consolidation of trauma experiences of parts of self. She additionally attributed this to growing stability and meaningful experiences with spouse. She reported on the recent spiritual event and activity of soul retrieval which was guided by a spiritual teacher/leader of her spiritual community and was instrumental in supporting her progress in memory consolidation of traumas and parts of self. She reported on the challenges encountered as well as the benefits already experienced. She disclosed the individual stories of four parts of self which were retrieved in the soul retrieval process.

Michael Bennett's assessment: Session was successful based on her ability to report significant progress in utilizing strengths from spirituality to guide and support her process of DID treatment, identifying parts of self, becoming aware of their traumas, decreasing phobic responses towards them through empathy, compassion, and acceptance, and being able to set goals for all parts in DID System to experience growth. Additionally, trust and rapport was able to be established between IT and newly identified parts of DID System.

Treatment plan: Meet with IT in 4 weeks.

**6/28/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported optimistically about the past several weeks stating that she has had positive and meaningful

experiences in engaging her interest, hobbies, community, and achieving personal goals of creating and providing DID supports for others with DID. She reported also increased awareness of timeline during which traumatic events occurred and requested to explore this timeline to identify insight.

Michael Bennett's assessment: Session appeared successful as she was able to explore and process timeline and identify new insight to help her understand traumatic event.

Treatment plan: Meet with IT in 1 month. Continue exploring memories as she is able to support continued integration of self and unburdening of traumas.

**MEDICATIONS:**

As a related but distinct matter, Ms. Connolly's medications should again be considered. The medications include:

- Levothyroxine .05 mg daily -- Hashimoto's disease (*a/k/a* chronic lymphocytic thyroiditis)
- Desvenlafaxine 100 mg daily -- depression
- Buspirone 10 mg daily x2 -- anxiety

***Note that there is no medication, per se, for DID.**

With all this in mind, ERISA case law provides that the Company must take into proper consideration side effects of Ms. Connolly's medications; the medical impact on her functioning, alertness and concentration levels; and the resulting overall combination of or with physical impairments. *See, Godfrey vs. Bellsouth Telecommunications, Inc.*, 89 F.3d 755, 758-759 (11th Cir. 1996); *Adams v. Unum Insurance Company of America*, 280 F. Supp. 2d 731, 740–741 (N.D. Ohio 2003); *Dirnberger v. Unum Life*, 246 F. Supp. 2d 927, 934 (W.D. Tenn. 2002).

*See also, Stvartak v. Eastman Kodak Co.*, 945 F. Supp. 1532, 1536, 1545-46 (M.D. Fla. 1996) (plan administrator abused his discretion by "**discounting the effects of potent anti-depressant and anti-psychotic medications that [the plaintiff] took on a daily basis to . . . work**").

## SUMMARY OF MEDICAL PROOF:

In sum, considering all the medical evidence in the record, it should be clear that Ms. Connolly's LTD claim was, and still is, fully supported by her medical providers, who are attempting to help with her serious medical issues. And, so long as a medical condition is diagnosed and documented by appropriate physicians, a patient's symptoms should be credited by the insured as being consistent with the disabling impairment. *See, Godfrey, supra*, 89 F.3d 755.

*See, Curtis v. Hartford Life & Accident Ins. Co.*, 64 F. Supp. 3d 1198, 1224 (N.D. Ill. 2014) (case precedent teaches that an ERISA determination must make a reasoned assessment of whether *total combination of claimant's impairments* justify disability finding, even if no single impairment standing alone would warrant such conclusion; decision-maker must consider combined effect of claimant's physical impairments, cognitive impairments, and ability to perform "any occupation" as defined by the plan in making its determination).

*See also, Laser v. Provident Life and Accident Insurance Company*, 211 F. Supp. 2d 645, 655-657 (D. Md. 2002), wherein an insurer was significantly criticized for failing to consider all of the employee's medical evidence and all aspects of his illness, taking what amounted to an adversarial approach. It is our belief that the Company has acted in the same way on this claim.

*And see, Burke v. Pitney Bowes Inc. Long Term Disability Plan*, 640 F. Supp. 2d 1160, 1176 (N.D. Cal. 2009) ("One must bear in mind . . . that a participant and her ERISA plan administrator are not *adversaries*. . . . A plan administrator is a fiduciary of the plan participants. *See Glenn*, 128 S. Ct. at 2347. *This means that the plan administrator's interest, if it is following the Connolly, is not to deny benefits as often as possible but to come to the right decision in each case*. . . . As a fiduciary with duties of care and loyalty to all participants, the administrator's role is to grant meritorious claims but to deny non-meritorious claims in order to protect the plan's assets for the benefit of other participants") (emphasis supplied).

## CONCLUSION:

Under any legal standard of review,[3] the Company erroneously concluded that Ms. Connolly has failed to provide continued proof of serious medical issues that prevent a return to her employment

[3] It should be noted that in *Firestone Tire & Rubber Company v. Bruch*, 489 U.S. 101, 109 S. Ct. 948, 103 L. Ed. 2d 80

at CSL Behring (or otherwise, for that matter). LTD benefits should be awarded retroactively and paid going forward.

Stated otherwise, Ms. Connolly's claims continue to have full support from her treating medical providers, *i.e.*, trained professionals who have seen, evaluated and treated her in person **(*e.g.*, Michael Bennett, LPCA)**. As stated in *Godfrey, supra*, 89 F.3d 755, so long as the conditions at issue are diagnosed and documented by appropriate physician(s), a patient's symptoms should be credited by the insured as being consistent with the disabling impairment. The treating providers have, by definition, been able to observe and treat Ms. Connolly over the course of time; and thus have a full, accurate and historical read on her multi-factorial conditions and deficits. **In fact, those providers are still the only professionals who have actually seen, evaluated and treated her – as opposed to staff personnel with Lincoln; or any professionals that have been hired by Lincoln to review this claim on the paper records.**

*See, Kalish v. Liberty Mutual/Liberty Life Assur. Co.*, 419 F.3d 501 (6th Cir. 2005) (when plan administrator's explanation for denial of benefits is based on work of a doctor [or other expert] in its employ, court must view the explanation with some skepticism. . . . Physicians [or other experts] repeatedly retained by benefits plans may have incentive to make a finding of "not disabled" in order to save their employers' money and preserve their own consulting arrangements. . . . *Whether a doctor has physically examined claimant is one factor that court may consider in determining whether plan administrator acted arbitrarily and capriciously in giving greater weight to opinion of its consulting physician.* The failure to conduct a physical examination may, in some cases, raise questions about the thoroughness and accuracy of the benefits determination. . . . Although there is nothing inherently improper with relying on a file review in denying claim, if the conclusions from that review include critical credibility determinations, reliance on such a review may be inadequate) (emphasis supplied).

---

(1989), the United States Supreme Court held that ERISA does not create standards under which District Courts review an administrator's decision to deny benefits. Thus, the Supreme Court established two general but distinct standards for reviewing an administrator's decision to deny benefits: (1) where an administrator acts without discretion to determine eligibility or construe the terms of an ERISA governed plan, the court will review the decision to deny the claim *de novo*. *Id.*, 489 U.S. at 115, 109 S. Ct. at 965; and (2) if the administrator does possess such discretion, the court then reviews the benefit decision under a deferential, *i.e.*, arbitrary and capricious standard. *Id.*, 489 U.S. at 111, 109 S. Ct. at 954. If the administrator (*e.g.*, Lincoln) operates under a financial conflict of interest, the court must consider whether the circumstance was a "factor" in determining whether there was an abuse of discretion. *Id.*, 489 U.S. at 115, 109 S. Ct. at 957. Here, it seems apparent (at least with respect to the LTD policy) that Lincoln operates as both payer of benefits and decision-maker/claims administrator on benefits.

*See also, Morgan v. Prudential Ins. Co. of Am.*, 755 F. Supp. 2d 639, 647 (E.D. Pa. Nov. 18, 2010) ("[W]here the insured's treating physician's disability opinion is unequivocal and based on a long term physician-patient relationship, *reliance on a non-examining physician's opinion premised on a records review alone is suspect and suggests that the insurer is looking for a reason to deny benefits*") (citing *Kaufmann v. Metro. Life Ins. Co.*, 658 F. Supp. 2d 643, 650 (E.D. Pa. Sept. 24, 2009)) (emphasis supplied); *Connelly v. Reliance Std. Life Ins. Co.*, 2014 U.S. Dist. LEXIS 74632 at *22 (E.D. Pa. June 2, 2014).

*See also, Granville v. Aetna Life Ins. Co.*, 2015 U.S. Dist. LEXIS 167631 (M.D. Pa. Dec. 15, 2015), in which the Court stated as follows:

> To determine if a defendant [carrier]'s conclusion to deny benefits was arbitrary and capricious, courts consider (1) "various procedural factors underlying the administrator's decision-making process," and (2) "structural concerns regarding how the particular . . . plan was funded." *Miller v. Am. Airlines, Inc.*, 632 F.3d 837, 845 (3d Cir. 2011). "[T]he procedural inquiry focuses on how the administrator treated the particular claimant." *Id.* (citing *Post v. Hartford Ins. Co.*, 501 F.3d 154, 162 (3d Cir. 2007)).
>
> Examples of procedural anomalies that suggest arbitrariness include: <u>(1) reversing a decision to award benefits without new medical evidence to support the change in position, (2) relying on the opinions of non-treating over treating physicians without reason, (3) conducting self-serving paper reviews of medical files, (4) failing to address all relevant diagnoses before terminating benefits, (5) relying on favorable parts while discarding unfavorable parts in a medical report, and (6) denying benefits based on inadequate information and lax investigatory procedures.</u> *Connelly v. Reliance Standard Life Ins. Co.*, No. CIV.A. 13-5934, 2014 U.S. Dist. LEXIS 74632, 2014 WL 2452217, at *4 (E.D. Pa. June 2, 2014).

*Id.,* 2015 U.S. Dist. LEXIS 167631 at * 21 (emphasis supplied).

*And see, Niswonger v. PNC Bank Corp. & Affiliates Long Term Disability Plan*, 612 Fed. Appx. 317, 323 (6th Cir. 2015) (White, J.) (holding that Liberty's denial of benefits was arbitrary and capricious because of its disregard of reliable evidence, such as ignoring objective medical tests and

opinions of treating physicians for no reason, failing to rebut medical evidence, and not requesting an independent examination).

The United States Supreme Court's ERISA ruling in *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 123 S. Ct. 1965, 155 L. Ed. 2d 1034 (2003), does nothing to diminish our argument that the Company is improperly failing to credit the opinions of the treating medical providers here. Although the Court in *Nord* found it was not mandatory for an insured to defer to the opinion of the treating physician, it nonetheless affirmed that a treating physician would have a "greater opportunity to know and observe the patient as an individual." The Court went on to state that "plan administrators, of course, *may not arbitrarily refuse to credit the employee's reliable evidence, including the opinions of treating physicians*." *Id.* at 834 (emphasis supplied).

If the Company's position is to be believed, Ms. Connolly has now somehow "gotten better," which has the not-coincidental benefit of allowing it to close the books on this claim. **Yet, the reality is that nothing has changed for the better for our client; there is no new medical evidence that would suggest improvement and thus justify the change in position by Lincoln.** *See, Granville*, supra at *21 (insurance carrier acts arbitrarily when reversing a decision to award benefits without new medical evidence to support a change in position).

Moreover, one of the central premises of Lincoln's peer-review report (consulting physician Board-Certified in Psychiatry) is simply mistaken. This undermines the conclusion that Ms. Connolly could in fact resume full-time employment. To wit, she reports that, although she was taking online courses at Maryville University, working toward a degree as a family nurse practitioner, she was <u>not</u> able to complete that – she had to drop out.

In sum, based on the information already in Lincoln's claims files, plus the information submitted with this letter, it should be clear that Ms. Connolly does, in fact, *continue* to satisfy the definition of Disability under the LTD Policy.

At this point, I will add several housekeeping notes. First, if this office receives additional medical records, other documents supporting Ms. Connolly's claims, or other items needed to complete the record here, we respectfully reserve the right to supplement this letter. *This includes potential further rebuttal information from Michael Bennett, Therapist.

Also, as we understand it, Ms. Connolly has applied for Social Security disability (SSDI) benefits; however, no award has been made to-date. If this changes, or supporting documentation in this regard becomes available – even after the administrative record(s) here have otherwise "closed" – then undersigned counsel may supplement this appeal. This would include not only pertinent dollar figures, but also facts and substantive medical and vocational proof and findings, as applicable. At the same time, to the extent that medical records or information generated in the course of the SSDI matter are properly considered in the context of this LTD claim, we are assuming that the Company has access to those records and information.[4]

Second, as provided in the denial letter at pg. 3, Ms. Connolly should receive, free of charge, copies of all documents, records and other information relevant to her claims for benefits. So, to the extent that the Company has NOT already provided my office with copies of all such documents, etc., please forward same as soon as possible.

This specifically includes *updated* claims file materials plus any internal rules, guidelines, protocols or other similar criterion relied upon in making the claims determinations to date. This also includes all written reports generated by any medical, vocational or other personnel or parties who have reviewed these claims (internal or external to Lincoln); with all amendments or supplements thereto.

To conclude, I ask that you bring Ms. Connolly current in a lump-sum payment for all past-due LTD benefits – plus interest[5] – then continue her LTD benefits to the fullest thereafter, pursuant to the contractual terms of the Plan/Policy. That is, the Company should pay to Ms. Connolly all LTD benefits to which she was entitled and still is owed; as well as those benefits to which she still is entitled, now or in the future; plus acknowledge and preserve her right (if needed) to make application in the future for LTD benefits that have not yet come due.[6] *This includes benefits once the definition

[4] Note: so far as we are aware, the Company has a signed medical release/authorization from our client that would permit it to request any SSDI records deemed necessary to review these claims. If this is not the case, please advise immediately.

[5] *See, Curtis v. Hartford Life & Accident Ins. Co.*, 64 F. Supp. 3d 1198, 1224 (N.D. Ill. 2014) (presumption in favor of prejudgment interest applicable in ERISA cases; prejudgment interest typically accrues from the date of loss or the date on which the claim accrued in order to put party in the position he would have been in had benefits been paid immediately; and, absent special circumstances, compound interest is the norm in federal matters).

[6] Please note that all amounts claimed above should necessarily include any applicable or accrued cost–of -living adjustments ("COLA's") that may be provided under the Plan/Policy at issue.

of disability under the Policy changes to an "Any Occupation" definition – due to occur, without more, on or about 12/9/2023.

With all this in mind, please note that – to the extent that Lincoln may reinstate or issue any benefits going forward – any checks, remittances or other (electronic) fund transfers should be directed to my Connolly office, not directly to Ms. Connolly; this in accordance with the attached authorization that Ms. Connolly has executed. *See*, **Exhibit C.**

This letter is sent without waiver of, or prejudice to, Ms. Connolly's rights and remedies under the LTD Plan/Policy at issue and governing law. All rights and remedies on both claims are expressly reserved.

If you have questions or concerns regarding these matters, please call me. And, if the Company needs Ms. Connolly to do anything else (reasonable) to exhaust her remedies or perfect her claims, please let us know. This specifically includes completing any additional needed forms, questionnaires or the like for Lincoln.

We look forward to your response.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

Samuel D. Payne

By: Samuel D. Payne, Esq.

SDP/sdp
Enclosures (Exhibits A-C) **(*all on CD w/ hard copy of letter)**

cc: Ms. Connolly (w/o encl.)

# Exhibit A

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

January 20, 2023

Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Csl Behring Llc.'s Group Disability Policy. We are writing in reference to April Connolly's claim for LTD benefits under the Policy.

We have completed a thorough review of Ms. Connolly's eligibility for benefits and have determined that benefits are not payable beyond January 20, 2023. Csl Behring Llc.'s LTD Policy requires that to receive benefits Ms. Connolly must meet the following definition of disability:

> *"Disability" or "Disabled" means:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *"Own Occupation" means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

Ms. Connolly has been receiving LTD benefits for her disability since December 9, 2021.

In order to evaluate whether or not she continued to meet the above definition of disability, we requested medical information from her physician(s).

Ms. Connolly submitted a claim for Disassociate Identity Disorder and her claim file contains the following medical documentation:

Medical records, treatment notes and hospital records from Dr. Reiser, Tina Shelton-Coomer, NP, Bryan Manning, LPCC, Michael Bennett, LPCC, Dr. Carvalho, Dr. Smith dated from October 24, 2019 through December 9, 2022.

Benefits for Long Term Disability were originally denied on December 28, 2021.

On August 2, 2022, Ms. Connolly's denial was overturned on appeal, and benefits approved.

On October 7, 2022 we requested updated medical records and treatment notes from Ms. Connolly's known treating providers, Dr. Reiser and Michael Bennett.

Dr. Reiser's informed our office they had no additional medical records to provide.

On December 27, 2022 we recevied treatment notes from Michael Bennett's office dated from May 17, 2022 through December 9, 2022.

In order to determine your current level of functionality, your file was referred for a medical review by a consulting physician Board Certified in Psychiatry. The consulting physician attempted to contact Michael Bennett to discuss Ms. Connolly's case, however, they were unable to speak. Based on the information on file, the consulting physician opined the following about Ms. Connolly's case:

*"I was asked to review this case from a psychiatric standpoint. Claimant is a 40 year old woman, who carries a diagnosis of dissociative identity disorder, PTSD, depression, and anxiety. The claimant' first day out of work was June 10, 2021. I was asked to review this case from the present to- ongoing. Claimant is a medical staff associate.*

*Claimant was not noted be actively suicidal or homicidal. Claimant was not noted to have been cognitively impaired on formal testing. Claimant was not psychotic. Claimant was not noted to have been hospitalized for psychiatric reasons since October 24-26, 2021. The claimant was able to go to school, and obtain masters. Claimant was able to engage in cognitive behavioral therapy (CBT), anddialectical behavior therapy (DBT), all of which requires a great deal of functionality.*

*Functional impairment is not supported".*

Based on the medical documentation received in relation to the requirements of her occupation, Ms. Connolly no longer meets the definition of disability outlined above. Thus benefits are no longer payable and we must close her claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to Ms. Connolly's claim. If benefits are awarded retroactive to her period of disability with The Lincoln National Life Insurance Company, Ms. Connolly is expected to repay

the amount of any other benefit she would have received during the time period that she received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify her regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), Ms. Connolly may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons Ms. Connolly feels her claim should not have been denied. In her request for review please include the following documentation:

Medical evidence of a disabling condition to support ongoing disability; to include office visit notes, test results, treatment plans, physical therapy notes, operative reports, a valid functional capacity evaluation, as well as specific restrictions and limitations, and any other medical information from your physician(s) to support that you are unable to perform the duties of your own occupation.

You should also provide any additional information that you feel will support her claim.

Ms. Connolly is entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive her written request for review within 180 days from the receipt of this notice, our claim decision will be final, her file will remain closed, and no further review will be conducted.

Under normal circumstances, Ms. Connolly will be notified of the final decision within 45 days from the date her request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, Ms. Connolly will be notified of the final decision no later than 90 days from the date her request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If Ms. Connolly has any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

# Exhibit B

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

**Appointment:** Individual Appointment on December 20, 2022
2:00 pm - 2:50 pm, 50 min
Billing codes: 90837, H0032

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

### Subjective Complaint:

CL attended session via telehealth and interacted collaboratively with IT. CL reported that she has been sick and recovering from severe COVID sx. CL reported continued increase of dissociative experiences, irritability, and interpersonal conflicts. CL reported distress focused towards relationship with spouse. CL additionally reported having distressing dreams this past evening causing CL to feel lingering distress and concern. CL expressed desire to process these dreams and their psychological impact.

### Objective Findings:

IT utilized EBP of CBT to explore, process, and problem-solved with CL distress focused towards interpersonal conflict with spouse and related relational distress. IT assist CL in problem-solving to determine best approach in exploring the relational distress and prompting event within the context of CL' and spouse's marriage counseling. IT utilized integration of EBP of CBT, psychoanalysis principles and EBP of humanistic counseling principles acknowledging CL's spirituality as a source of strength and insight to assist CL in exploring distressing dreams. IT utilized socratic questions to explore with CL her understanding of these dreams and how they may meaningfully connect with present life experiences focused towards CL's stated dreams of family planning. IT utilized socratic questions to review and update CL's tx plan and modify tx goals as needed.

### Assessment of Progress with current medication:

CL reported feeling more optimistic about the dreams by being able to identify a meaningful interpretation for herself of these dreams to present experiences. CL reported decrease of distress and more capable of exploring present relational stressors as a result of meaningful interpretations. CL additionally reported optimistically about achieve tx goals and explored new treatment goals towards CL's trauma processing surrounding intimacy and vulnerability via EBP of ART and CL's vocational ambitions via CBT and ACT.

### Plans for Next Session

CL will meet with IT in two weeks after the holidays. Review updated tx plan and update appropriate mental health assessments. Continue exploring alters needs/concerns and functions related to improving relationship with spouse. Explore processing distressing events as these memories appear.

### Provider

Michael Bennett

Signed by Michael Bennett
LPCC
December 20, 2022 at 4:13 pm
IP address: 74.133.224.49

| | | |
|---|---|---|
| **Client:** | April Connolly (April Connolly) | |
| **DOB:** | | |
| **Provider:** | Michael Bennett | |
| **Provider License:** | LPCC #278538 | |

TI C Trauma Informed Counseling Center

**Appointment:** Individual Appointment on January 4, 2023
2:00 pm - 2:50 pm, 50 min
Billing code: 90837 - Psychotherapy, 60 min

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

**Subjective Complaint:**

CL attended session via telehealth and interacted collaboratively with IT. CL reported continued distress focused towards relationship with spouse and communication barriers. CL additionally reported having challenges in accomplishing personal goals and tasks thru the day, particularly in working on a passion/creative writing project. CL expressed desire to explore this distress and ways to problem-solve.

**Objective Findings:**

IT utilized EBP of CBT to explore, process, and problem-solved with CL distress focused towards interpersonal conflict with spouse and related relational distress. IT assisted CL in exploring present distress that causes CL to freeze, procrastinate, and otherwise not make progress in passion project. IT utilized problem-solving skills from DBT to explore helpful frameworks for CL to consider experience. IT utilized integration of EBP of IFS and EBP of humanistic counseling principles acknowledging CL's spirituality as a source of strength and insight to assist CL in navigating present goal-related challenges and relational distress.

**Assessment of Progress with current medication:**

CL reported feeling optimistic about having been able to explore present concerns blocking progress in goals.

**Plans for Next Session**

CL will meet with IT in one week. Provide CL with updated tx plan reflecting identified goals. Continue exploring alters needs/concerns and functions related to improving relationship with spouse. Follow up with CL about their progress in using Resourcing between alters to increase skill acquisition that supports CL's goals.

## Provider

Michael Bennett

Signed by Michael Bennett
LPCC
January 4, 2023 at 7:29 pm
IP address: 74.131.163.73

| | |
|---|---|
| **Client:** | April Connolly (April Connolly) |
| **DOB:** | |
| **Provider:** | Michael Bennett |
| **Provider License:** | LPCC #278538 |

**Appointment:** Individual Appointment on January 11, 2023
2:00 pm - 2:50 pm, 50 min
Billing code: 90837 - Psychotherapy, 60 min

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

**Subjective Complaint:**

CL attended session via telehealth and interacted collaboratively with IT. CL reported improved sense of self following interactions with support system and system of spirituality. CL expressed improved mood and belief that present medications can be adjusted to titrate down and allow CL to better experience mood, particularly since CL has skills to navigate any depressive sx. CL additionally reported having challenges in accomplishing personal goal and expressed desire to explore this distress and ways to problem-solve.

**Objective Findings:**

IT utilized socratic questions to explore CL's connection with support system and system of spirituality as sources of support, protective factors, and strength. IT utilize socratic questions to explore CL's thoughts about medication changes. IT utilized EBP of CBT to explore, process, and problem-solved with CL distress focused towards navigating and accomplishing present goal.

**Assessment of Progress with current medication:**

CL reported feeling continued optimism. CL reports desire for possibly titrating sessions to biweekly as she continues to experience positive recovery. IT suggested CL inform psychiatrist as well as journal side effects and severe aversive effects

**Plans for Next Session**

CL will meet with IT in one week.

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
January 11, 2023 at 4:17 pm
IP address: 74.131.163.73

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

TIC Trauma Informed Counseling Center

**Appointment:** Individual Appointment on January 18, 2023
2:00 pm - 2:50 pm, 50 min
Billing code: 90837 - Psychotherapy, 60 min

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

**Subjective Complaint:**

CL attended session via telehealth. CL reported improved experiences of mood and anxiety as they experienced greater meaningful post-traumatic recovery through spirituality. CL reported decision to titrate off of antidepressant for the purpose of experiencing greater connection with emotions which have been feeling dulled. CL reported that she would like to explore this safely as well as reconnect with emotions which she has repressed along with memories.

**Objective Findings:**

IT utilized EBP of CBT and IFS to explore CL's positive experiences of spirituality which have been promoting CL's post-trauma growth and consolidation of memories with self. IT utilized socratic questions, active listening, summarization to explore and validate CL's desire to increase engagement with emotions which had been historically repressed. IT utilized integration of humanistic counseling and EBP of IFS to explore with CL continued goals of self-exploration and engagement with emotions and memories.

**Assessment of Progress with current medication:**

Session appeared successful as a result of CL being able to identify a safe plan for titrating off of antidepressant to achieve goal of better experiencing emotions and supporting memory consolidation that promotes post-trauma growth.

**Plans for Next Session**

CL will meet with IT in two weeks.

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
February 28, 2023 at 5:51 pm
IP address: 198.160.139.1

**Supervisor**

| | | |
|---|---|---|
| **Client:** | April Connolly (April Connolly) | |
| **DOB:** | | |
| **Provider:** | Michael Bennett | |
| **Provider License:** | LPCC #278538 | |

**Appointment:** Individual Appointment on January 25, 2023
2:00 pm - 2:50 pm, 50 min
Billing code: 90837 - Psychotherapy, 60 min

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

**Subjective Complaint:**

CL attended session via telehealth and interacted collaboratively with IT. CL reported having positive experiences of community building attached to her system of spirituality as well as positive relational experiences with spouse. CL reported upcoming visit from parents causing some distress but has identified methods of maintaining healthy communication of boundaries during visit as well as expectations for future experiences of relationship. CL expressed desire to reflect upon present experiences of memory recall, reconsolidation, and trauma recovery. CL reported continued titration down of one antidepressant medication with positive experiences of being able to more fully experience emotions without them being overwhelming.

**Objective Findings:**

IT utilized EBP of CBT and IFS to explore CL's positive experiences of community building and relationship. IT utilized socratic questions to explore CL's continued titration down of medication and additionally informed CL of need to inform psychiatrist and discuss any risks. IT utilized EBP of IFS to explore CL's experiences of memory recollection, reconsolidation, and trauma recovery.

**Assessment of Progress with current medication:**

CL reported feeling continued optimism. CL reports desire for possibly titrating sessions to biweekly as she continues to experience positive recovery.

**Plans for Next Session**

CL will meet with IT in two weeks. CL has been instructed to contact IT if there is a need for an appointment while trying to titrate sessions to biweekly.

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
January 26, 2023 at 4:39 pm
IP address: 207.162.211.229

| | |
|---|---|
| **Client:** | April Connolly (April Connolly) |
| **DOB:** | |
| **Provider:** | Michael Bennett |
| **Provider License:** | LPCC #278538 |

**Appointment:** Individual Appointment on February 8, 2023
2:00 pm - 2:50 pm, 50 min
Billing code: 90837 - Psychotherapy, 60 min

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

## SOAP Note

### Subjective Complaint:

CL attended session via telehealth. CL reported continued pursuit of self-growth through spirituality and optimistic reports of realizations following book study. CL additionally reported recent visitation from parents which resulted in CL experiencing grief due to she sharing a childhood memory which parents invalidated. CL expressed that this also led her to understand that she has a lot of repressed emotions along with these memories which have been resurfacing. CL expressed desire to explore and process these further to support her continued post-trauma growth.

### Objective Findings:

IT utilized socratic questions, active listening, summarization, and EBP of CBT cognitive processing to support CL in exploring and processing familial events. IT utilized guided meditation and gestalt visualization strategies to assist CL in exploring her experiences of repressed emotions and promoting self-discovery through engagement with self, DID system, and emotions. IT utilized EBP of IFS strategies to support CL in acknowledging and befriending these emotions to better understand her experiences.

### Assessment of Progress with current medication:

Session appeared successful as CL reported having been able to gain more insight into her experiences of repressed emotions as well as methods to explore them safely through visualization, titration and pendulation. CL additionally reported returning to medication tx of antidepressants due to increased awareness that some parts in DID system needed support for depression.

### Plans for Next Session

CL will meet with IT in two weeks.

**Provider** **Supervisor**

Michael Bennett

Signed by Michael Bennett
LPCC
February 28, 2023 at 4:52 pm
IP address: 198.160.139.1

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

TIC Trauma Informed Counseling Center

**Appointment:** Individual Appointment on February 22, 2023
2:00 pm - 2:50 pm, 50 min
Billing code: 90837 - Psychotherapy, 60 min

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

**Subjective Complaint:**

CL attended session via telehealth and interacted collaboratively with IT. CL reported recent reorganization of DID System resulting in integrations of multiple alters and leaving a total of four alters. CL clarified that these alters are not perceived as being related to her spirituality system which contains a number of spirit guides. CL reported continued positive experiences of functional multiplicity as well as continued improvement in relationship with spouse. CL reported distress around upcoming job in which she will be utilizing her skills to provide spiritual help to others seeking guidance.

**Objective Findings:**

IT utilized EBP of CBT and IFS to explore CL's positive experiences of integration of ego and improvements in relationship. IT utilized socratic questions, active listening, summarization to explore and validate CL's distress focused towards upcoming work. IT utilized integration of humanistic counseling and EBP of IFS to explore, process, and problem solve with CL about distress.

**Assessment of Progress with current medication:**

CL reported feeling relief following connection with self-energy and self-leadership. CL reported decrease of distress, improved sense of self-esteem and self-efficacy as well as relief from pressure of perfectionism.

**Plans for Next Session**

CL will meet with IT in two weeks.

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
February 24, 2023 at 3:41 pm
IP address: 217.180.207.33

**Supervisor**

| | |
|---|---|
| **Client:** | April Connolly (April Connolly) |
| **DOB:** | |
| **Provider:** | Michael Bennett |
| **Provider License:** | LPCC #278538 |

TI C Trauma Informed Counseling Center

**Appointment:** Individual Appointment on March 8, 2023
2:00 pm - 2:50 pm, 50 min
Billing code: 90837 - Psychotherapy, 60 min

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

## SOAP Note

**Subjective Complaint:**

CL attended session via telehealth and interacted collaboratively with IT. CL reported more insight about recent reorganization of DID System resulting in integrations of multiple alters and leaving a total of four alters. CL reported experiencing distressing event of pet tragically passing. CL also reported presence of relational conflict which they and spouse were able to navigate together towards resolution. CL expressed that trauma memories resurfaced which indicate that they were sexually abused by father during childhood and that they are presently processing that information, shifting from denial to acceptance.

**Objective Findings:**

IT utilized EBP of CBT and IFS to explore CL's positive experiences of integration of ego and improvements in relationship. IT utilized socratic questions, active listening, summarization to explore and validate CL's distress about loss of pet as well as resurfacing trauma memories. IT utilized integration of humanistic counseling and EBP of IFS to explore and process with CL the impact of new knowledge of abuse. IT explored with CL methods of remaining connected with self-power, self-choice, self-efficacy.

**Assessment of Progress with current medication:**

CL reported feeling positive energy, relief, quiet from chaos as a result of processing feelings, visualizing future self, and experiencing positive energy generate from themselves as a result of visualizing self smiling in future.

**Plans for Next Session**

CL will meet with IT in two weeks. CL reported that they will continue working on relational connection with spouse as well as mastery of skills related to empathy.

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
March 8, 2023 at 3:05 pm
IP address: 217.180.207.33

**Supervisor**

| | |
|---|---|
| **Client:** | April Connolly (April Connolly) |
| **DOB:** | |
| **Provider:** | Michael Bennett |
| **Provider License:** | LPCC #278538 |

TI C Trauma Informed Counseling Center

**Appointment:** Individual Appointment on March 22, 2023
2:00 pm - 2:50 pm, 50 min
Billing code: 90837 - Psychotherapy, 60 min

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

**Subjective Complaint:**

CL attended session via telehealth and interacted collaboratively with IT. CL expressed having meaningful experiences of spiritual growth which have lately positively impacted CL's ability to acknowledge childhood trauma event and re-interpret how it will impact them. CL reported having challenging interpersonal and communication challenges with spouse.

**Objective Findings:**

IT utilized EBP of CBT and IFS to explore CL's positive experiences of spirituality as well as how this experience of spirituality has facilitated CL's experience of self and self-energy. IT utilized socratic questions, active listening, summarization, and validation to explore and process with CL how CL acknowledges and now re-interprets the trauma event through the lens and strengths found within CL's spirituality. IT and CL discussed stage of grief and the stage of meaning-making as a significant stage that CL is presently undergoing after having developed acceptance of their trauma experiences. IT utilized socratic questions, active listening, summarization and EBP of CBT strategy cognitive processing and cognitive reframing to explore, process, and reframe CL's interpersonal and communication challenges.

**Assessment of Progress with current medication:**

Session appeared successful as CL was able to explore and process recent meaningful growth as well as explore methods in responding to present challenges.

**Plans for Next Session**

CL will meet with IT in two weeks. CL reported that they will continue working on relational connection with spouse as well as mastery of skills related to empathy.

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
March 22, 2023 at 6:00 pm
IP address: 198.160.139.1

**Supervisor**

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

TIC Trauma Informed Counseling Center

**Appointment:** Individual Appointment on April 5, 2023
2:00 pm - 2:50 pm, 50 min
Billing code: 90837 - Psychotherapy, 60 min

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

**Subjective Complaint:**

CL met with IT via telehealth. CL reported optimistically of experiences over the past two weeks. CL expressed that they have been functioning well, responding to and resolving stressors as they arise through use of coping and other skills.

**Objective Findings:**

- IT utilized socratic questions, active listening, summarizing, validation, and EBP of CBT integrated with elements of IFS to explore and process CL's recent successful experiences of functioning, coping, and problem-solving. IT inquired about extending time between frequency of sessions as a result of present successes. IT utilized socratic questions to explore with CL overall successes in tx from beginning of tx relationship, areas to continue practicing skills to prevent relapse to former patterns, and also considering what future experiences of health look like.
- IT utilized EBP of PCL-5 to assess CL's presence and severity of trauma response sx. CL self-reported score of 17 points on EBP of PCL-5 Monthly and expressed that these sx have not impaired functioning too difficultly.

**Assessment of Progress with current medication:**

Session was successful based on CL's self-assessment of health, functioning, and present state of being as well as having been able to identify post-trauma growth, recovery, and future directions in personal growth.

**Plans for Next Session**

CL will meet with IT in four weeks.

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
April 5, 2023 at 2:59 pm
IP address: 217.180.207.33

**Supervisor**

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

**Appointment:** Individual Appointment on May 3, 2023
2:00 pm - 2:50 pm, 50 min
Billing code: 90837 - Psychotherapy, 60 min

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

**Subjective Complaint:**

CL met with IT via telehealth. CL reported experiencing distress as she navigates a group-based activity within her spiritual support community. CL expressed experiencing difficulties in trusting self to make decisions that may impact that group despite she being chosen to be group leader. CL expressed difficulty with self-doubt and being afraid of having this power/control in this role.

**Objective Findings:**

- IT utilized socratic questions, active listening, summarizing, and EBP of CBT integrated with elements of IFS to explore and process CL's challenges of experiencing self in a role of power/control and having to exercise decision making. IT utilized socratic questions based in EBP of IFS to explore with CL concerns arising with protective parts which prevent decision making and to process and challenge the negative beliefs through cognitive challenging and reframing. IT utilized visualization strategy to support CL being able to witness self practicing role of group leadership successfully.
- IT utilized EBP of PCL-5 (4/5/23) to assess CL's presence and severity of trauma response sx. CL self-reported score of 17 points on EBP of PCL-5 Monthly and expressed that these sx have not impaired functioning too difficultly.

**Assessment of Progress with current medication:**

Session was successful based on CL's identifying area of challenge, exploring and processing negative beliefs and feelings, and being able to visualize self practicing leadership, power/control in healthy and comfortable ways.

**Plans for Next Session**

CL will meet with IT in four weeks.

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
June 1, 2023 at 8:43 am
IP address: 198.160.139.1

**Supervisor**

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on June 9, 2023
3:00 pm - 3:50 pm, 50 min
Billing code: 90837 - Psychotherapy, 60 min

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

**Subjective Complaint:**

CL met with IT via telehealth. CL reported optimistically about her experiences of the past month and attributed this to continued spiritual growth which has been a positive factor in psychological healing and promoting consolidation of trauma experiences of parts of self. CL additionally attributed this to growing stability and meaningful experiences with spouse. CL reported on the recent spiritual event and activity of soul retrieval which was guided by a spiritual teacher/leader of her spiritual community and. was instrumental in supporting CL's progress in memory consolidation of traumas and parts of self. CL reported on the challenges encountered as well as the benefits already experienced. CL disclosed the individual stories of four parts of self which were retrieved in the soul retrieval process.

**Objective Findings:**

- IT utilized socratic questions, active listening, summarizing, humanistic counseling supporting CL's spirituality and EBP of CBT integrated with elements of IFS to explore and process CL's experience and outcomes of soul retrieval process. IT utilized socratic questions based in EBP of IFS to explore with CL the identities, experiences, and areas of growth related to each part retrieved in the soul retrieval process. IT utilized psychoeducation of DID to provide therapeutic and intervention parallels with CL's spiritual practices which have supported her continued progress in DID tx.
- IT utilized EBP of PCL-5 (4/5/23) to assess CL's presence and severity of trauma response sx. CL self-reported score of 17 points on EBP of PCL-5 Monthly and expressed that these sx have not impaired functioning too difficultly.

**Assessment of Progress with current medication:**

Session was successful based on CL's ability to report significant progress in utilizing strengths from spirituality to guide and support her process of DID tx, identifying parts of self, becoming aware of their traumas, decreasing phobic responses towards them through empathy, compassion, and acceptance, and being able to set goals for all parts in DID System to experience growth. Additionally, trust and rapport was able to be established between IT and newly identified parts of DID System.

**Plans for Next Session**

CL will meet with IT in four weeks.

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
June 9, 2023 at 4:16 pm
IP address: 198.160.139.1

**Supervisor**

| | |
|---|---|
| **Client:** | April Connolly (April Connolly) |
| **DOB:** | |
| **Provider:** | Michael Bennett |
| **Provider License:** | LPCC #278538 |

**Appointment:** Individual Appointment on June 28, 2023
2:00 pm - 2:50 pm, 50 min
Billing code: 90837 - Psychotherapy, 60 min

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

**Subjective Complaint:**

CL met IT via telehealth. CL reported optimistically about the past several weeks stating that she has had positive and meaningful experiences in engaging her interest, hobbies, community, and achieving personal goals of creating and providing DID supports for others with DID. CL reported also increased awareness of timeline during which traumatic events occurred and requested to explore this timeline to identify insight.

**Objective Findings:**

IT utilized socratic questions, active listening, summarization, validation and EBP of CBT to explore and process with CL meaningful experiences. IT utilized socratic questions, validation, and integration of EBP of IFS practices with gestalt active imagination strategies to assist CL in exploring timeline of trauma events. IT utilized somatic-focused socratic questions to explore with CL how her body related to the gestalt and IFS experiences during timeline exploration.

**Assessment of Progress with current medication:**

Session appeared successful as CL was able to explore and process timeline and identify new insight to help her understand traumatic event.

**Plans for Next Session**

CL will meet with IT in one month. CL will continue exploring memories as she is able to support continued integration of self and unburdening of traumas.

**Provider** **Supervisor**

Michael Bennett

Signed by Michael Bennett
LPCC
July 5, 2023 at 3:52 pm
IP address: 217.180.207.33

# Exhibit C

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Parkway Towers
404 James Robertson Pkwy., Ste. #1623
Nashville, TN 37219

CODY ALLISON
& ASSOCIATES, PLLC

# AUTHORIZATION

I, **APRIL CONNOLLY**, hereby authorize **LINCOLN FINANCIAL GROUP** to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to Cody Allison & Associates, PLLC and **APRIL CONNOLLY** to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to **APRIL CONNOLLY.** I also authorize Cody Allison & Associates, PLLC to sign my name to any disability checks for the purposes of transfer into Cody Allison & Associates, PLLC trust account.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
**Parkway Towers**
**404 James Robertson Parkway**
**Ste. # 1623**
**Nashville, Tennessee 37219**

1/12/22
**Date**

April L. Connolly
**APRIL CONNOLLY**

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 587 Manager: PELLETIER, BRANDY Case Mgr: BOLING, ROBERT

Claimant Name: APRIL CONNOLLY Claim #: 12027405

Occupation (Job Title): ASSOC MEDICAL STAFF Date Sent: 7/20/2023

Diagnosis: F44.81 Dissociative identity disorder,

Date of Disability: 6/10/2021 Date Benefits Began: 12/9/2021

Maximum Duration: 12/8/2023 Paid Through: 1/20/2023

Date of Denial or (DB451): 1/17/2023 Date Appeal Received: 7/19/2023

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: CSL BEHRING LLC.

Product: LTD Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

n/a

ER Contact Addresses (including email address):

n/a

Phone No. 0000000000 FAX No. 0000000000

Account Specific or Unique Contract Issues / Additional Info:

Atty has requested claim file as well

# Fax Transmission

**To:** Lincoln Natl. Life--Appeal Review Unit--Disability
**From:** Samuel D. Payne, Esq.
**Fax:** 16033340380
**Date:** 7/19/2023 3:02:32 PM MST
**RE:** LTD Claim #12027405 (A. Connolly)
**Pages:** 17

---

**Comments:**

VIA CERTIFIED MAIL # 7021 2720 0000 3441 7334
RETURN RECEIPT REQUESTED
FACSIMILE: # (603) 334-0380

The Lincoln National Life Insurance Co.
Attn.: Appeal Review Unit (Robert Boling)
Disability Life Claims
PO Box 2578
Omaha, NE 68172-9688

Re: Our Client: April Connolly
LTD Claim No.: 12027405
LTD Policy No.: GF3-830-510527-01
Employer/Plan Sponsor: CSL Behring, LLC
Date of Birth:
Social Security No.:

**All Exhibits to follow with US Mail hard copy of letter**

Samuel D. Payne
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

July 19, 2023

**VIA CERTIFIED MAIL # 7021 2720 0000 3441 7334**
**RETURN RECEIPT REQUESTED**
**& FACSIMILE: # (603) 334-0380**

The Lincoln National Life Insurance Co.
Attn.: Appeal Review Unit (Robert Boling)
Disability & Life Claims
PO Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC** |
| | **Date of Birth:** | |
| | **Social Security No.:** | |

Dear Mr. Boling; or To Whom It May Concern:

As you know, this law firm represents April Connolly on her long-term disability benefits ["LTD"] under the Plan/Policy referenced above. Throughout this letter, **Lincoln** and employer/plan sponsor/policyholder **CSL Behring, LLC** may be collectively referred to as the "**Company**."

To the extent that the Company has denied Ms. Connolly's LTD claim on any basis, please accept this letter as our official request on her behalf for review/appeal and her effort to exhaust completely all contractual/administrative remedies under the applicable Plan document(s); further, her appeal/exhaustion of remedies as per federal ERISA law/regulations, including without limitation 29 U.S.C. § 1133. Specifically, we are appealing from Lincoln's denial letter dated 1/20/2023; see attached **Exhibit A.**

If, at any time, the Company needs Ms. Connolly to do anything else (reasonable) to exhaust her remedies or perfect her claims, please let us know. This specifically includes completing any additional needed forms, questionnaires, or the like for the Company.

For additional procedural context, it may be noted that this law firm (on behalf of Ms. Connolly) has already appealed the denial of antecedent STD benefits under a companion Plan administered by Lincoln and won benefits (full-term); *as well as* appealed an earlier LTD denial and won, this before LTD benefits were terminated via the 1/20/2023 Lincoln letter cited above.

In this regard, we make specific reference to our initial LTD appeal letter of 6/30/2022, which was supplemented by letter of 7/15/2022; we also sent in additional medical or related information by letters dated 11/1/2022 and 12/27/2022. *All of these materials are adopted and incorporated by reference in this current appeal; if you need copies of any of these materials, please let us know.

## INTRODUCTION:

To confirm, pertinent background information here is as follows:

- Claimant: April Connolly; now age 41
- Residence: Berea, KY
- Date of Disability: 6/9/2021
- Employer: CSL Behring
- Own Job Occupation: Manager, then stepped down to medical staff associate
- Annual wages/salary/compensation: $50,000.00
- STD benefits received: 6/17/2021 through 12/08/2021
- LTD benefits received: 12/09/2021 through 1/20/2023

Considered properly on a multi-factorial basis, Ms. Connolly was, and remains, disabled from working due to the following, without limitation:

- **Dissociative Identity Disorder (DID)**
- **Complex PTSD and/or PTSD–Chronic**
- **Attention–Deficit/Hyperactivity Disorder (ADHD)**
- **Hashimoto's disease (a/k/a chronic lymphocytic thyroiditis)**

## PLAN/POLICY DEFINITION OF DISABILITY:

According to the denial letter, the essence of the current test for disability depends on whether, as a result of Injury or Sickness, our client is "unable to perform the Material and Substantial Duties of… [her] **Own Occupation**…."

## MEDICAL EVIDENCE THAT MS. CONNOLLY CANNOT WORK: [1]

In addition to the medical information/records already contained in the Company's STD and LTD claims files for Ms. Connolly, we are enclosing with this letter more recent medical records. These documents are as follows:

**Exhibit B**: **Records from Trauma Informed Counseling Center**

1600 Harrodsburg Rd.

Lexington, KY 40504

**Michael Bennett, LPCC**

Licensed Professional Counselor Associate

**Dates of Treatment Include: 12/20/22, 1/4/23, 1/11/23, 1/18/23, 1/25/23, 2/8/23, 2/22/23, 3/8/23, 3/22/23, 4/5/23, 5/3/23, 6/9/23, and 6/28/23[2]**

> **12/20/22**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported that she has been sick and recovering from severe Covid sx. She reported continued increase of dissociative experiences, irritability, and interpersonal conflicts. She reported distress focused towards relationship with spouse. She additionally reported having distressing dreams this past evening causing her to feel lingering distress and concern. She expressed desire to process these dreams and their psychological impact.

---

[1] Please understand that all medical records and other sensitive documentation tendered with this appeal are intended to be strictly maintained as CONFIDENTIAL by the Company, used only on a need-to-know basis for purposes of handling our client's LTD claim.

[2] Note that these records pick up where things left off from Lincoln's review of this provider's records; *i.e.*, the 1/20/2023 denial/termination letter states that Lincoln had therapist records through **12/9/2022**.

Michael Bennett's assessment: She reported feeling more optimistic about the dreams by being able to identify a meaningful interpretation for herself of these dreams to present experiences. She reported decrease of distress and more capable of exploring present relational stressors as a result of meaningful interpretations. She additionally reported optimistically about achieve treatment goals and explored new treatment goals towards her trauma processing surrounding intimacy and vulnerability via EBP of ART and her vocational ambitions via CBT and ACT.

Treatment plan: Meet with IT in 2 weeks after the holidays. Review updated treatment plan and update appropriate mental health assessments. Continue exploring alters needs/concerns and functions related to improving relationship with spouse. Explore processing distressing events as these memories appear.

**1/4/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported continued distress focused towards relationship with spouse and communication barriers. She additionally reported having challenges in accomplishing personal goals and tasks thru the day, particularly in working on a passion/creative writing project. She expressed desire to explore this distress and ways to problem-solve.

Michael Bennett's assessment: She reported feeling optimistic about having been able to explore present concerns blocking progress in goals.

Treatment plan: Meet with IT in 1 week. Provide an updated treatment plan. Continue exploring alters needs/concerns and functions related to improving relationship with spouse. Follow up with progress in using Resourcing between alters to increase skill acquisition that supports her goals.

**1/11/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported improved sense of self following interactions with support system and system of spirituality. She expressed improved mood and belief that present medications can be adjusted to titrate down and allow her to better experience mood, particularly since she has skills to navigate any depressive sx. She additionally reported having challenges in accomplishing personal goals and expressed desire to explore this distress and ways to problem-solve.

Michael Bennett's assessment: She reported feeling continued optimism. She reports desire for possibly titrating sessions to biweekly as she continues to experience positive recovery. IT suggested her inform psychiatrist as well as journal side effects and severe aversive effects.

Treatment plan: Meet with IT in one week.

**1/18/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported improved experiences of mood and anxiety as they experienced greater meaningful post-traumatic recovery through spirituality. She reported decision to titrate off of antidepressant for the purpose of experiencing greater connection with emotions which have been feeling dulled. She reported that she would like to explore this safely as well as reconnect with emotions which she has repressed along with memories.

Michael Bennett's assessment: Session appeared successful as a result of her being able to identify a safe plan for titrating off of antidepressant to achieve goal of better experiencing emotions and supporting memory consolidation that promotes post-trauma growth.

Treatment plan: Meet with IT in 2 weeks.

**1/25/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported having positive experiences of community building attached to her system of spirituality as well as positive relational experiences with spouse. She reported upcoming visit from parents causing some distress but has identified methods of maintaining healthy communication of boundaries during visit as well as expectations for future experiences of relationship. She expressed desire to reflect upon present experiences of memory recall, reconsolidation, and trauma recovery. She reported continued titration down of 1 antidepressant medication with positive experiences of being able to more fully experience emotions without them being overwhelming.

Michael Bennett's assessment: She reported feeling continued optimism. She reports desire for possibly titrating sessions to biweekly as she continues to experience positive recovery.

Treatment plan: Meet with IT in 2 weeks. Contact IT if there is a need for an appointment while trying to titrate sessions to biweekly.

**2/8/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported continued pursuit of self-growth through spirituality and optimistic reports of realization following book study. She additionally reported recent visitation from parents which resulted in her experiencing grief due to sharing a childhood memory which parents invalidated. She expressed that this also led her to understand that she has a lot of repressed emotions along with these memories which have been resurfacing. She expressed desire to explore and process these further to support her continued post-trauma growth.

Michael Bennett's assessment: Session appeared successful as she reported having been able to gain more insight into her experiences of repressed emotions as well as methods to explore them safely through visualization, titration, and pendulation. She additionally reported returning to medication treatment of antidepressants due to increased awareness that some parts in DID system needed support for depression.

Treatment plan: Meet with IT in 2 weeks.

**2/22/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported reorganization of DID System resulting in integrations of multiple alters and leaving a total of four alters. She clarified that these alters are not perceived as being related to her spirituality system which contains a number of spirit guides. She reported continued positive experiences of functional multiplicity as well as continued improvement in relationship with spouse. She reported distress around potential 10-hour per week job in which she would be utilizing her skills to provide spiritual help to others seeking guidance.

Michael Bennett's assessment: She reported feeling relief following connection with self-energy and self-leadership. She reported decrease of distress, improved sense of self-esteem, and self efficacy as well as relief from pressure of perfectionism.

Treatment plan: Meet with IT in 2 weeks.

**3/8/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported more insight about recent reorganization of DID System resulting in integrations of multiple alters and leaving a total of four alters. She reported experiencing distressing event of pet tragically passing. She also reported presence of relational conflict which they and spouse were able to

navigate together towards resolution. She expressed that trauma memories resurfaced which indicate that they were abused by father during childhood and that they are presently processing that information, shifting from denial to acceptance.

Michael Bennett's assessment: She reported feeling positive energy, relief, quiet from chaos as a result of processing feelings, visualizing future self, and experiencing positive energy generate from themselves as a result of visualizing self smiling in future.

Treatment plan: Meet with IT in 2 weeks. She reported that she will continue working on relational connection with spouse as well as mastery of skills related to empathy.

**3/22/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She expressed having meaningful experiences of spiritual growth which have lately positively impacted her ability to acknowledge childhood trauma event and re-interpret how it will impact them. She reported having challenging interpersonal and communication challenges with spouse.

Michael Bennett's assessment: Session appeared successful as she was able to explore and process recent meaningful growth as well as explore methods in responding to present challenges.

Treatment plan: Meet with IT in 2 weeks. She reported she will continue working on relational connection with spouse as well as mastery of skills related to empathy.

**4/5/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported optimistically of experiences over the past 2 weeks. She expressed that they have been functioning well, responding to, and resolving stressors as they arise through use of coping and other skills.

Michael Bennett's assessment: Session was successful based on her self-assessment of health, functioning, and present state of being as well as having been able to identify post-trauma growth, recovery, and future directions in personal growth.

Treatment plan: Meet with IT in 4 weeks.

**5/3/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported experiencing distress as she navigates a group-based activity within her spiritual support community. She expressed experiencing difficulties in trusting self to make decisions that may impact that group despite her being chosen to be group leader. She expressed difficulty with self-doubt and being afraid of having this power/control in this role.

Michael Bennett's assessment: Session was successful based on her identifying area of challenge, exploring, and processing negative beliefs and feelings, and being able to visualize self practicing leadership, power/control in healthy and comfortable ways.

Treatment plan: Meet with IT in 4 weeks.

**6/9/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported optimistically about her experiences of the past month and attributed this to continued spiritual growth which has been a positive factor in psychological healing and promoting consolidation of trauma experiences of parts of self. She additionally attributed this to growing stability and meaningful experiences with spouse. She reported on the recent spiritual event and activity of soul retrieval which was guided by a spiritual teacher/leader of her spiritual community and was instrumental in supporting her progress in memory consolidation of traumas and parts of self. She reported on the challenges encountered as well as the benefits already experienced. She disclosed the individual stories of four parts of self which were retrieved in the soul retrieval process.

Michael Bennett's assessment: Session was successful based on her ability to report significant progress in utilizing strengths from spirituality to guide and support her process of DID treatment, identifying parts of self, becoming aware of their traumas, decreasing phobic responses towards them through empathy, compassion, and acceptance, and being able to set goals for all parts in DID System to experience growth. Additionally, trust and rapport was able to be established between IT and newly identified parts of DID System.

Treatment plan: Meet with IT in 4 weeks.

**6/28/23**: Ms. Connolly presented to Michael Bennett, LPCA via telehealth. She reported optimistically about the past several weeks stating that she has had positive and meaningful

experiences in engaging her interest, hobbies, community, and achieving personal goals of creating and providing DID supports for others with DID. She reported also increased awareness of timeline during which traumatic events occurred and requested to explore this timeline to identify insight.

Michael Bennett's assessment: Session appeared successful as she was able to explore and process timeline and identify new insight to help her understand traumatic event.

Treatment plan: Meet with IT in 1 month. Continue exploring memories as she is able to support continued integration of self and unburdening of traumas.

## MEDICATIONS:

As a related but distinct matter, Ms. Connolly's medications should again be considered. The medications include:

- Levothyroxine .05 mg daily -- Hashimoto's disease (*a/k/a* chronic lymphocytic thyroiditis)
- Desvenlafaxine 100 mg daily -- depression
- Buspirone 10 mg daily x2 -- anxiety

***Note that there is no medication, per se, for DID.**

With all this in mind, ERISA case law provides that the Company must take into proper consideration side effects of Ms. Connolly's medications; the medical impact on her functioning, alertness and concentration levels; and the resulting overall combination of or with physical impairments. *See*, *Godfrey vs. Bellsouth Telecommunications, Inc.*, 89 F.3d 755, 758-759 (11th Cir. 1996); *Adams v. Unum Insurance Company of America*, 280 F. Supp. 2d 731, 740–741 (N.D. Ohio 2003); *Dirnberger v. Unum Life*, 246 F. Supp. 2d 927, 934 (W.D. Tenn. 2002).

*See also, Stvartak v. Eastman Kodak Co.*, 945 F. Supp. 1532, 1536, 1545-46 (M.D. Fla. 1996) (plan administrator abused his discretion by "**discounting the effects of potent anti-depressant and anti-psychotic medications that [the plaintiff] took on a daily basis to . . . work**").

**SUMMARY OF MEDICAL PROOF:**

In sum, considering all the medical evidence in the record, it should be clear that Ms. Connolly's LTD claim was, and still is, fully supported by her medical providers, who are attempting to help with her serious medical issues. And, so long as a medical condition is diagnosed and documented by appropriate physicians, a patient's symptoms should be credited by the insured as being consistent with the disabling impairment. *See, Godfrey, supra*, 89 F.3d 755.

*See, Curtis v. Hartford Life & Accident Ins. Co.*, 64 F. Supp. 3d 1198, 1224 (N.D. Ill. 2014) (case precedent teaches that an ERISA determination must make a reasoned assessment of whether *total combination of claimant's impairments* justify disability finding, even if no single impairment standing alone would warrant such conclusion; decision-maker must consider combined effect of claimant's physical impairments, cognitive impairments, and ability to perform "any occupation" as defined by the plan in making its determination).

*See also, Laser v. Provident Life and Accident Insurance Company*, 211 F. Supp. 2d 645, 655-657 (D. Md. 2002), wherein an insurer was significantly criticized for failing to consider all of the employee's medical evidence and all aspects of his illness, taking what amounted to an adversarial approach. It is our belief that the Company has acted in the same way on this claim.

*And see, Burke v. Pitney Bowes Inc. Long Term Disability Plan*, 640 F. Supp. 2d 1160, 1176 (N.D. Cal. 2009) ("One must bear in mind . . . that a participant and her ERISA plan administrator are not *adversaries*. . . . A plan administrator is a fiduciary of the plan participants. *See Glenn*, 128 S. Ct. at 2347. *This means that the plan administrator's interest, if it is following the Connolly, is not to deny benefits as often as possible but to come to the right decision in each case*. . . . As a fiduciary with duties of care and loyalty to all participants, the administrator's role is to grant meritorious claims but to deny non-meritorious claims in order to protect the plan's assets for the benefit of other participants") (emphasis supplied).

**CONCLUSION:**

Under any legal standard of review,[3] the Company erroneously concluded that Ms. Connolly has failed to provide continued proof of serious medical issues that prevent a return to her employment

[3] It should be noted that in *Firestone Tire & Rubber Company v. Bruch*, 489 U.S. 101, 109 S. Ct. 948, 103 L. Ed. 2d 80

at CSL Behring (or otherwise, for that matter). LTD benefits should be awarded retroactively and paid going forward.

Stated otherwise, Ms. Connolly's claims continue to have full support from her treating medical providers, *i.e.*, trained professionals who have seen, evaluated and treated her in person **(*e.g.*, Michael Bennett, LPCA)**. As stated in *Godfrey, supra*, 89 F.3d 755, so long as the conditions at issue are diagnosed and documented by appropriate physician(s), a patient's symptoms should be credited by the insured as being consistent with the disabling impairment. The treating providers have, by definition, been able to observe and treat Ms. Connolly over the course of time; and thus have a full, accurate and historical read on her multi-factorial conditions and deficits. **In fact, those providers are still the only professionals who have actually seen, evaluated and treated her – as opposed to staff personnel with Lincoln; or any professionals that have been hired by Lincoln to review this claim on the paper records.**

*See, Kalish v. Liberty Mutual/Liberty Life Assur. Co.*, 419 F.3d 501 (6th Cir. 2005) (when plan administrator's explanation for denial of benefits is based on work of a doctor [or other expert] in its employ, court must view the explanation with some skepticism. . . . Physicians [or other experts] repeatedly retained by benefits plans may have incentive to make a finding of "not disabled" in order to save their employers' money and preserve their own consulting arrangements. . . . *Whether a doctor has physically examined claimant is one factor that court may consider in determining whether plan administrator acted arbitrarily and capriciously in giving greater weight to opinion of its consulting physician*. The failure to conduct a physical examination may, in some cases, raise questions about the thoroughness and accuracy of the benefits determination. . . . Although there is nothing inherently improper with relying on a file review in denying claim, if the conclusions from that review include critical credibility determinations, reliance on such a review may be inadequate) (emphasis supplied).

(1989), the United States Supreme Court held that ERISA does not create standards under which District Courts review an administrator's decision to deny benefits. Thus, the Supreme Court established two general but distinct standards for reviewing an administrator's decision to deny benefits: (1) where an administrator acts without discretion to determine eligibility or construe the terms of an ERISA governed plan, the court will review the decision to deny the claim *de novo*. *Id.*, 489 U.S. at 115, 109 S. Ct. at 965; and (2) if the administrator does possess such discretion, the court then reviews the benefit decision under a deferential, *i.e.*, arbitrary and capricious standard. *Id.*, 489 U.S. at 111, 109 S. Ct. at 954. If the administrator (*e.g.*, Lincoln) operates under a financial conflict of interest, the court must consider whether the circumstance was a "factor" in determining whether there was an abuse of discretion. *Id.*, 489 U.S. at 115, 109 S. Ct. at 957. Here, it seems apparent (at least with respect to the LTD policy) that Lincoln operates as both payer of benefits and decision-maker/claims administrator on benefits.



PAGE 12/17 * RCVD AT 7/19/2023 6:10:31 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033340380 * CSID:NEXTIVA * ANI:16157270175 * DURATION (mm-ss):09-24

*See also, Morgan v. Prudential Ins. Co. of Am.*, 755 F. Supp. 2d 639, 647 (E.D. Pa. Nov. 18, 2010) ("[W]here the insured's treating physician's disability opinion is unequivocal and based on a long term physician-patient relationship, *reliance on a non-examining physician's opinion premised on a records review alone is suspect and suggests that the insurer is looking for a reason to deny benefits*") (citing *Kaufmann v. Metro. Life Ins. Co.*, 658 F. Supp. 2d 643, 650 (E.D. Pa. Sept. 24, 2009)) (emphasis supplied); *Connelly v. Reliance Std. Life Ins. Co.*, 2014 U.S. Dist. LEXIS 74632 at *22 (E.D. Pa. June 2, 2014).

*See also, Granville v. Aetna Life Ins. Co.*, 2015 U.S. Dist. LEXIS 167631 (M.D. Pa. Dec. 15, 2015), in which the Court stated as follows:

> To determine if a defendant [carrier]'s conclusion to deny benefits was arbitrary and capricious, courts consider (1) "various procedural factors underlying the administrator's decision-making process," and (2) "structural concerns regarding how the particular . . . plan was funded." *Miller v. Am. Airlines, Inc.*, 632 F.3d 837, 845 (3d Cir. 2011). "[T]he procedural inquiry focuses on how the administrator treated the particular claimant." *Id.* (citing *Post v. Hartford Ins. Co.*, 501 F.3d 154, 162 (3d Cir. 2007)).
>
> Examples of procedural anomalies that suggest arbitrariness include: <u>(1) reversing a decision to award benefits without new medical evidence to support the change in position, (2) relying on the opinions of non-treating over treating physicians without reason, (3) conducting self-serving paper reviews of medical files, (4) failing to address all relevant diagnoses before terminating benefits, (5) relying on favorable parts while discarding unfavorable parts in a medical report, and (6) denying benefits based on inadequate information and lax investigatory procedures.</u> *Connelly v. Reliance Standard Life Ins. Co.*, No. CIV.A. 13-5934, 2014 U.S. Dist. LEXIS 74632, 2014 WL 2452217, at *4 (E.D. Pa. June 2, 2014).

*Id.*, 2015 U.S. Dist. LEXIS 167631 at * 21 (emphasis supplied).

*And see, Niswonger v. PNC Bank Corp. & Affiliates Long Term Disability Plan*, 612 Fed. Appx. 317, 323 (6th Cir. 2015) (White, J.) (holding that Liberty's denial of benefits was arbitrary and capricious because of its disregard of reliable evidence, such as ignoring objective medical tests and



PAGE 13/17 * RCVD AT 7/19/2023 6:10:31 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033340380 * CSID:NEXTIVA * ANI:16157270175 * DURATION (mm-ss):09-24

opinions of treating physicians for no reason, failing to rebut medical evidence, and not requesting an independent examination).

The United States Supreme Court's ERISA ruling in *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 123 S. Ct. 1965, 155 L. Ed. 2d 1034 (2003), does nothing to diminish our argument that the Company is improperly failing to credit the opinions of the treating medical providers here. Although the Court in *Nord* found it was not mandatory for an insured to defer to the opinion of the treating physician, it nonetheless affirmed that a treating physician would have a "greater opportunity to know and observe the patient as an individual." The Court went on to state that "plan administrators, of course, *may not arbitrarily refuse to credit the employee's reliable evidence, including the opinions of treating physicians*." *Id.* at 834 (emphasis supplied).

If the Company's position is to be believed, Ms. Connolly has now somehow "gotten better," which has the not-coincidental benefit of allowing it to close the books on this claim. **Yet, the reality is that nothing has changed for the better for our client; there is no new medical evidence that would suggest improvement and thus justify the change in position by Lincoln.** *See, Granville*, supra at *21 (insurance carrier acts arbitrarily when reversing a decision to award benefits without new medical evidence to support a change in position).

Moreover, one of the central premises of Lincoln's peer-review report (consulting physician Board-Certified in Psychiatry) is simply mistaken. This undermines the conclusion that Ms. Connolly could in fact resume full-time employment. To wit, she reports that, although she was taking online courses at Maryville University, working toward a degree as a family nurse practitioner, she was <u>not</u> able to complete that – she had to drop out.

In sum, based on the information already in Lincoln's claims files, plus the information submitted with this letter, it should be clear that Ms. Connolly does, in fact, *continue* to satisfy the definition of Disability under the LTD Policy.

At this point, I will add several housekeeping notes. First, if this office receives additional medical records, other documents supporting Ms. Connolly's claims, or other items needed to complete the record here, we respectfully reserve the right to supplement this letter. *This includes potential further rebuttal information from Michael Bennett, Therapist.

Also, as we understand it, Ms. Connolly has applied for Social Security disability (SSDI) benefits; however, no award has been made to-date. If this changes, or supporting documentation in this regard becomes available – even after the administrative record(s) here have otherwise "closed" – then undersigned counsel may supplement this appeal. This would include not only pertinent dollar figures, but also facts and substantive medical and vocational proof and findings, as applicable. At the same time, to the extent that medical records or information generated in the course of the SSDI matter are properly considered in the context of this LTD claim, we are assuming that the Company has access to those records and information.[4]

Second, as provided in the denial letter at pg. 3, Ms. Connolly should receive, free of charge, copies of all documents, records and other information relevant to her claims for benefits. So, to the extent that the Company has NOT already provided my office with copies of all such documents, etc., please forward same as soon as possible.

This specifically includes *updated* claims file materials plus any internal rules, guidelines, protocols or other similar criterion relied upon in making the claims determinations to date. This also includes all written reports generated by any medical, vocational or other personnel or parties who have reviewed these claims (internal or external to Lincoln); with all amendments or supplements thereto.

To conclude, I ask that you bring Ms. Connolly current in a lump-sum payment for all past-due LTD benefits – plus interest[5] – then continue her LTD benefits to the fullest thereafter, pursuant to the contractual terms of the Plan/Policy. That is, the Company should pay to Ms. Connolly all LTD benefits to which she was entitled and still is owed; as well as those benefits to which she still is entitled, now or in the future; plus acknowledge and preserve her right (if needed) to make application in the future for LTD benefits that have not yet come due.[6] *This includes benefits once the definition

[4] Note: so far as we are aware, the Company has a signed medical release/authorization from our client that would permit it to request any SSDI records deemed necessary to review these claims. If this is not the case, please advise immediately.

[5] *See, Curtis v. Hartford Life & Accident Ins. Co.*, 64 F. Supp. 3d 1198, 1224 (N.D. Ill. 2014) (presumption in favor of prejudgment interest applicable in ERISA cases; prejudgment interest typically accrues from the date of loss or the date on which the claim accrued in order to put party in the position he would have been in had benefits been paid immediately; and, absent special circumstances, compound interest is the norm in federal matters).

[6] Please note that all amounts claimed above should necessarily include any applicable or accrued cost–of -living adjustments ("COLA's") that may be provided under the Plan/Policy at issue.

of disability under the Policy changes to an "Any Occupation" definition – due to occur, without more, on or about 12/9/2023.

With all this in mind, please note that – to the extent that Lincoln may reinstate or issue any benefits going forward – any checks, remittances or other (electronic) fund transfers should be directed to my Connolly office, not directly to Ms. Connolly; this in accordance with the attached authorization that Ms. Connolly has executed. *See*, **Exhibit C.**

This letter is sent without waiver of, or prejudice to, Ms. Connolly's rights and remedies under the LTD Plan/Policy at issue and governing law. All rights and remedies on both claims are expressly reserved.

If you have questions or concerns regarding these matters, please call me. And, if the Company needs Ms. Connolly to do anything else (reasonable) to exhaust her remedies or perfect her claims, please let us know. This specifically includes completing any additional needed forms, questionnaires or the like for Lincoln.

We look forward to your response.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

/s/ Samuel D. Payne
By: Samuel D. Payne, Esq.

SDP/sdp
Enclosures (Exhibits A-C) **(*all on CD w/ hard copy of letter)**

cc: Ms. Connolly (w/o encl.)

PAGE 17/17 * RCVD AT 7/19/2023 6:10:31 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033340380 * CSID:NEXTIVA * ANI:16157270175 * DURATION (mm-ss):09-24
Lincoln/Connolly 0218

**From:** DisabilityDocuments
**Sent:** Thursday, February 9, 2023 2:16 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: April Connolly - Claim 12027405

---

**From:** Tara McCarty <tfm@frankjenkinslaw.com>
**Sent:** Thursday, February 9, 2023 7:16:11 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** April Connolly - Claim 12027405

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

To Whom It May Concern –

We are in receipt of your correspondence dated January 27, 2023.

We wanted to advise you that Ms. Connolly received and unfavorable decision in her disability case dated November 17, 2022. We advised Ms. Connolly of the decision and informed her we would not be appealing the decisision. We no longer represent Ms. Connolly. So as far as we know she is not receiving disability benefits based on the unfavorable decision of November 17, 2022.

Thank you and have a great day.

Tara Shockley

Paralegal/Case Manager

FRANK JENKINS LAW OFFICE

631 E. Main Street Lexington, KY 40508

Office (859) 389-9344

Fax (859) 253-0928

E-mail tfm@frankjenkinslaw.com

Web www.frankjenkinslaw.com

MILLION DOLLAR ADVOCATES FORUM

Multi-Million Dollar Advocates Forum

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
P.O. Box 8200
Dover, NH 03821-1525
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | February 3, 2023 |
| To: | SAMUEL PAYNE<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Cheryl Carmichael<br>Recovery Specialist I, Lmb<br>On Behalf Of: Rebekah Latour<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
P.O. Box 8200
Dover, NH 03821-1525
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0380

February 3, 2023

Samuel D. Payne
Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly

Dear Samuel Payne:

The claimant's Disability Claim Manager referred the disability claim to the Financial Review Services Unit, because the claimant was pursuing Social Security benefits at the time the claim closed.

The employer's disability plan requires us to reduce the disability benefits by the amount of income received from other sources, including Social Security, for the claimant themselves and any eligible dependents. A retroactive award may cause the disability claim to be considered overpaid, and the claimant is responsible for repaying amounts paid for periods covered by the Social Security award. This obligation remains regardless of the status of the disability claim.

To update our files, please provide a copy of the claimant's most recent status from the Social Security Administration. This could be in the form of a Denial letter or a Notice of Award. If the claim is still Pending, please keep this letter and reach out once a decision is made. If the claimant/your office is working with Allsup, The Advocator Group, or Doherty Cella Keane then you do not have to follow up, as they will notify us of status. If you are awarded, please provide a copy of your Notice of Award letter. Please be sure to advise the claimant not to spend any retroactive payment you receive until we determine the overpayment of the benefits.

If you are unable to locate a copy of the most recent update, you may access this by visiting the Social Security Administration's website at www.socialsecurity.gov/myaccount where you can create an account and obtain any updates.

Please provide any relevant documentation via email to: **DisabilityDocuments@LFG.com** . Please call me if you have any questions.

If you have any questions regarding this matter, please contact her assigned Disability Case Manager at the number below.

Sincerely,

Cheryl Carmichael
Recovery Specialist I, Lmb
On Behalf Of: Rebekah Latour
Phone No.: (888) 437-7611 Ext. 15917
Secure Fax No.: (603) 334-0401

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

FRANK JENKINS LAW OFFICE
631 E MAIN ST
LEXINGTON KY 40508

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

January 27, 2023

Frank Jenkins Law Office
631 E MAIN ST
LEXINGTON, KY 40508

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly

To Whom It May Concern:

We received notification April Connolly's claim has closed. At the time her disability claim closed she was pursing Social Security benefits.

As you know, her employer's disability plan requires us to reduce her disability benefits by the amount of income she receives from other sources, including Social Security, for herself and any eligible dependents. A retroactive award may cause her disability claim to be considered overpaid, and she is responsible for repaying amounts paid for periods covered by her Social Security award. This obligation remains regardless of the status of her disability claim.

To update our files, please provide a copy of her most recent status from the Social Security Administration (if not already completed). This could be in the form of a Denial letter or a Notice of Award. If her claim is still Pending, please keep this letter and reach out once a decision is made. If she is awarded, please provide a copy of her Notice of Award letter. Please be sure not to spend any retroactive payment she receives until we determine the overpayment of her benefits.

You may forward this information via mail, fax, or email to:

- Fax Number (603) 334-0401
- Email disabilitydocuments@lfg.com

If you have any questions regarding this matter, please contact her assigned Disability Case Manager at the number below.

Sincerely,

Tammy Smith
Recovery Specialist II LFG
On Behalf Of: Shannon Hunter
Phone No.: (888) 437-7611 Ext. 59527
Secure Fax No.: (603) 334-0401

**From:** LincolnAbsenceNotification@lfg.com
**To:** NABCTLincolnFinancial.Leave@CSLPLASMA.COM;JEREMY.CLEMONS@CSLPLASMA.COM
**Subject:** LINCOLN FINANCIAL NOTIFICATION: April Connolly Change in Long Term Disability Status for 1307106 Claim 12027405

This is to notify you that there has been a change in the status of your employee's long term disability claim.

**Long Term Disability Information:**

Benefit Payments Period: 12/9/2021 thru 1/20/2023

Disability Claim Status: Closed - The claim has closed because the claimant is not totally disabled from their own occupation (or own job), as specified by the policy's definition of disability.

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 14258 or contact the assigned Case Manager at Robert.Boling@lfg.com. Please be sure to reference claim number 12027405.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | January 20, 2023 |
| To: | CODY ALLISON AND ASSOCIATES<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

January 20, 2023

Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Csl Behring Llc.'s Group Disability Policy. We are writing in reference to April Connolly's claim for LTD benefits under the Policy.

We have completed a thorough review of Ms. Connolly's eligibility for benefits and have determined that benefits are not payable beyond January 20, 2023. Csl Behring Llc.'s LTD Policy requires that to receive benefits Ms. Connolly must meet the following definition of disability:

> *"Disability" or "Disabled" means:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *"Own Occupation" means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

Ms. Connolly has been receiving LTD benefits for her disability since December 9, 2021.

In order to evaluate whether or not she continued to meet the above definition of disability, we requested medical information from her physician(s).

Ms. Connolly submitted a claim for Disassociate Identity Disorder and her claim file contains the following medical documentation:

Medical records, treatment notes and hospital records from Dr. Reiser, Tina Shelton-Coomer, NP, Bryan Manning, LPCC, Michael Bennett, LPCC, Dr. Carvalho, Dr. Smith dated from October 24, 2019 through December 9, 2022.

Benefits for Long Term Disability were originally denied on December 28, 2021.

On August 2, 2022, Ms. Connolly's denial was overturned on appeal, and benefits approved.

On October 7, 2022 we requested updated medical records and treatment notes from Ms. Connolly's known treating providers, Dr. Reiser and Michael Bennett.

Dr. Reiser's informed our office they had no additional medical records to provide.

On December 27, 2022 we recevied treatment notes from Michael Bennett's office dated from May 17, 2022 through December 9, 2022.

In order to determine your current level of functionality, your file was referred for a medical review by a consulting physician Board Certified in Psychiatry. The consulting physician attempted to contact Michael Bennett to discuss Ms. Connolly's case, however, they were unable to speak. Based on the information on file, the consulting physician opined the following about Ms. Connolly's case:

*"I was asked to review this case from a psychiatric standpoint. Claimant is a 40 year old woman, who carries a diagnosis of dissociative identity disorder, PTSD, depression, and anxiety. The claimant' first day out of work was June 10, 2021. I was asked to review this case from the present to- ongoing. Claimant is a medical staff associate.*

*Claimant was not noted be actively suicidal or homicidal. Claimant was not noted to have been cognitively impaired on formal testing. Claimant was not psychotic. Claimant was not noted to have been hospitalized for psychiatric reasons since October 24-26, 2021. The claimant was able to go to school, and obtain masters. Claimant was able to engage in cognitive behavioral therapy (CBT), anddialectical behavior therapy (DBT), all of which requires a great deal of functionality.*

*Functional impairment is not supported*".

Based on the medical documentation received in relation to the requirements of her occupation, Ms. Connolly no longer meets the definition of disability outlined above. Thus benefits are no longer payable and we must close her claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to Ms. Connolly's claim. If benefits are awarded retroactive to her period of disability with The Lincoln National Life Insurance Company, Ms. Connolly is expected to repay

the amount of any other benefit she would have received during the time period that she received disability per the language of the disability Policy. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify her regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), Ms. Connolly may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons Ms. Connolly feels her claim should not have been denied. In her request for review please include the following documentation:

Medical evidence of a disabling condition to support ongoing disability; to include office visit notes, test results, treatment plans, physical therapy notes, operative reports, a valid functional capacity evaluation, as well as specific restrictions and limitations, and any other medical information from your physician(s) to support that you are unable to perform the duties of your own occupation.

You should also provide any additional information that you feel will support her claim.

Ms. Connolly is entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive her written request for review within 180 days from the receipt of this notice, our claim decision will be final, her file will remain closed, and no further review will be conducted.

Under normal circumstances, Ms. Connolly will be notified of the final decision within 45 days from the date her request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, Ms. Connolly will be notified of the final decision no later than 90 days from the date her request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If Ms. Connolly has any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

Reliable Review Services

| | |
|---|---|
| Date: | 1/13/2023 |
| To: | Robert Boling |
| | LINCOLN FINANCIAL GROUP |
| Re: | RRS ID: 83917 |

| | |
|---|---|
| Claimant: | April Connolly |
| Claim #: | 12027405 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

## Psychiatry Advisory Report

## Clinical History

This review is from a Psychiatry perspective. The claimant is a 40 year old female who has reported date of disability of 6/10/2021. The claimant has a diagnosis of Dissociative identity disorder. The period in review is from Present to - ongoing.

Claimant carries a diagnosis of dissociative identity disorder, post-traumatic stress disorder (PTSD), depression, and anxiety.

Claimant is a medical staff associate. There is a job description. Clamant works as a medical staff associate. Responsible for the evaluation of donor suitability for automated pherisis procedures.

October 24-25, 2019, psychiatric admission note from Michael Rieser, MD, noted from was for depression, psychosis, and PTSD.

May 10, 2021, note from Tina Shelton-Coomer, PMHNP, was noted. Claimant was anxious, and reported abuse in the past, and multiple personalities. Claimant was a student at the time. Claimant was not noted be actively suicidal, or homicidal. Claimant was not noted to have been cognitively impaired on formal testing. Claimant was not psychotic. Claimant was not noted to have been hospitalized for psychiatric reasons since 2019. Claimant was treated with Pristiq, and Lamictal. Claimant was in school, and working on Masters.

May 18, and 27, June 16, and 29, July 6, 2021, therapy notes from Bryan Manning, LPCC were noted. Moved into a new house, got a puppy, and has started writing her book about her personalities. Claimant was not noted be actively suicidal, or homicidal. Claimant was not noted to have been

cognitively impaired on formal testing. Claimant was not psychotic. Claimant was not noted to have been hospitalized for psychiatric reasons.

June 2, July 14, and August 17, 2021, notes from Tina Shelton Coomer, NP were noted. Claimant was anxious, and reported abuse in the past, and multiple personalities, depression, and anxiety. Claimant was a student at the time. Claimant was not noted be actively suicidal, or homicidal. Claimant was not noted to have been cognitively impaired on formal testing. Claimant was not psychotic. Claimant was not noted to have been hospitalized for psychiatric reasons. Claimant was treated with Pristiq and Lamictal, and it appears that BuSpar was added on the August 17, 2021, visit. Claimant was in school, and working on Masters.

June 28, 2021, functional mental status evaluation (FMSE) from Bryan Manning, LPCC, stated claimant had dissociative identity disorder, and depression, and was unable to work. Claimant was getting cognitive behavioral therapy (CBT) and dialectical behavior therapy (DBT).

September 15, 2021, behavioral Health Memorandum was noted from Amy Sinner, RN.

August 5, 12, 13, 17, 18, 20, 31, September 3, 9, 13, 16, 22, 23, 24, 27, 30, October 4, 7, 11, 13, 14, 22, 27, 29, November 3, 4, 8, 10, 12, 18, 19, 22, December 1, 2021, therapy notes. DBT and CPT notes from Michael Bennett, LPCC were noted. Claimant was treated with DBT. Claimant was anxious, and reported abuse in the past. Claimant was treated for PTSD, multiple personalities, depression, and anxiety. Claimant was a student at the time. Claimant was not noted be actively suicidal or homicidal. Claimant was not noted to have been cognitively impaired on formal testing. Claimant was not psychotic. Claimant was not noted to have been hospitalized for psychiatric reasons.

October 24-26, 2021, discharge summary from Cletus Carvalho, MD, was for admission for the treatment of depression, and anxiety, and PTSD.

November 19, 2021, note from Beverly Smith, DO, Family Medicine/Baptist Health, was noted for physical. Claimant is post gallbladder surgery. Claimant was also seen for depression, and multiple personalities. Labwork was noted, and clamant was referred to behavioral health.

November 21, 2021, functional mental status evaluation (FMSE), by Tina Shelton-Coomer, PMHNP was noted.

November 20, 2021, activities questionnaire, noted claimant was unable to work, due to cognitive issues during change in personality.

December 27, 2021, review from John Yong, MD, Psychiatry was noted. Impairment was not supported.

January 26, and April 19, 2022, letters from attorney, Cody Allison, were noted.

February 3, 2022, note from was for anxiety from Beverly Smith, DO, Family Medicine/Baptist Health. Says her depression has been "bad", and she is concerned she needs to increase her medication. She

RRS
Reliable Review Services

had a visit from her parents, and they "put her on edge". Her therapist is out of the office at this time. Claimant not noted be actively suicidal, or homicidal. Claimant was not noted to have been cognitively impaired on formal testing. Claimant was not psychotic. She was not noted to have been hospitalized for psychiatric reasons, since; October 24-26, 2021. Claimant was treated with Pristiq and BuSpar.

February 8, 2022, phone note from Baptist Health, was noted for psychiatric referral.

February 21, 2022, note from Beverly Smith, DO, Family Medicine/Baptist Health, phone visit was for asthma.

April 9, and 19, 2022, medications refill notes from Beverly Smith, DO, Family Medicine/Baptist Health were noted. Claimant was treated with Pristiq, and BuSpar.

May 9, 2022, per notes by Beverly Smith, DO, Family Medicine/Baptist Health, medications refill were noted. Claimant was seen for acute cholecystitis.

June 24, 2022, letter and brief from Attorney Samuel Payne was noted. Claimant suffers from dissociate identity disorder, PTSD, ADHD. Letter was to support disability.

June 27, 2022, note from Michael Bennett, LPCC.

July 5, 2022 letter from Michael Bennett, LPCC, was in support of functional impairment. Also, the CV of Michael Bennett, LPCC follows this.

July 19, 2022, review from Laura Don, MD, Psychiatry, did not support impairment, beyond a three-month period from the last office visit of 12/1/2021, thus trough 3/1/2022 only.

July 15, and 26, 2022 letter from attorney Cody Allison, Samuel Payne, Esq., were noted.

July 29, 2022 letter from Michael Bennett, LPCC was noted.

August 1, and October 10, 2022, letters from attorney Cody Allison were noted.

November 9, December 15, 2022, letters from attorney Cody Allison were noted.

June 3, 13, 17, 24, July 11, 15, 22, 29, August 4, 12, 18, 26, September 2, 9, 16, 23, 29, October 4, 7, 11, 13, 18, 21, November 1, 4, 8, 18, 22, December 2, 9, 2022. Psychotherapy notes from Michael Bennett, LPCC were noted. Claimant was treated with DBT. Claimant was anxious, and reported abuse in the past. Claimant was treated for PTSD, multiple personalities, depression, and anxiety. Claimant was a student at the time. Claimant was not noted be actively suicidal, or homicidal. Claimant was not noted to have been cognitively impaired on formal testing. Claimant was not psychotic. Claimant was not noted to have been hospitalized for psychiatric reasons since October 24-26, 2021.

December 27, 2022, letter from attorney Samuel Payne was noted.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 1/9/2023 1:41 PM EST | Caneilya | I called the office of Michael Bennett, LPCC, I left a detailed message for the provider to call back. |
| 1/10/2023 12:32 PM EST | Voicemail | I called the office of Michael Bennett, LPCC again, I left another detailed message for the provider to call back. |

## Questions and Reviewer's Response

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

There are no impairing diagnoses.

This is per review of the records.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

There is no significant comorbid diagnosis.

This is not applicable.

**3.**

**Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - present to - ongoing, and comment on the expected duration.**

Taking into consideration the entire clinical picture, there is no supported level of impairment that translates into restrictions and limitations from - present to - ongoing.

Claimant was not noted be actively suicidal or homicidal. Claimant was not noted to have been cognitively impaired on formal testing. Claimant was not psychotic. Claimant was not noted to have

been hospitalized for psychiatric reasons since October 24-26, 2021. The claimant was able to go to school, and obtain masters. Claimant was able to engage in cognitive behavioral therapy (CBT), and dialectical behavior therapy (DBT), all of which requires a great deal of functionality.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

This is not applicable, as there were no noted R&Ls that were recommended by treating providers for the timeframes in question, included in the records.

Timeframes in question: Present to - ongoing.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The medical management is clinically reasonable and consistent with the apparent level of severity for the reported condition.

Please see above.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

There are no apparent non medical circumstances noted in the provided documentation that may adversely impact work.

Please see answer above.

## Assessment/Rationale

I was asked to review this case from a psychiatric standpoint. Claimant is a 40 year old woman, who carries a diagnosis of dissociative identity disorder, PTSD, depression, and anxiety. The claimant's first day out of work was June 10, 2021. I was asked to review this case from the present to- ongoing. Claimant is a medical staff associate.

Claimant was not noted be actively suicidal or homicidal. Claimant was not noted to have been cognitively impaired on formal testing. Claimant was not psychotic. Claimant was not noted to have been hospitalized for psychiatric reasons since October 24-26, 2021. The claimant was able to go to school, and obtain masters. Claimant was able to engage in cognitive behavioral therapy (CBT), and

dialectical behavior therapy (DBT), all of which requires a great deal of functionality.

Functional impairment is not supported Present to- ongoing.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***



Edward Chai, MD
Board Certified
Neurology
Psychiatry
NY: 215597

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 09/09/2013 | Position Description | CSL Plasma |
| 08/09/2019 | Letter | Baptist Health Release of Information |
| 10/24/2019 | Hospital Admission | Cletus Carvalho, MD |
| 10/24/2019 | Hospital Admission | Michael Rieser, MD |
| 05/10/2021, 06/02/2021, 07/14/2021, 08/17/2021 | Office Visit | Tina Shelton-Coomer, PMHNP |
| 05/18/2021, 05/27/2021, 06/16/2021, 06/29/2021, 07/06/2021 | Psychotherapy Visit | Bryan Manning, LPCC |
| 06/17/2021 | Letter | Lincoln Financial Group |
| 06/17/2021, 06/26/2021, 11/09/2022 | Authorization for the Release of Information Including Protected Health Information | Claimant |
| 06/18/2021, 07/14/2021 | Letter | Brian Armstrong |

Reliable Review Services

| | | |
|---|---|---|
| 06/28/2021, 10/19/2021 | Functional Mental Status Evaluation Form | Bryan Manning, LPCC |
| 07/01/2021, 11/17/2021 | Letter | Release of Information |
| 08/05/2021 | TCM Treatment Note | Kathy Vazquez |
| 08/20/2021 | Retirement, Survivors, and Disability Insurance | Social Security Administration |
| 09/15/2021 | Behavioral Health Memorandum | Amy Sinner, RN, BSN |
| 10/14/2021 | Letter | Morgan Criddle |
| 11/05/2021 | Letter | William Yetman |
| 11/05/2021 | Email Correspondence | Akelah Tanner |
| 11/09/2021, 12/30/2021 | Letter | Akelah Tanner |
| 11/14/2021 | Authorization to Release Copies of a Medical Record | Claimant |
| 11/16/2021 | Email Correspondence | Meghan Vazquez, Akelah Tanner |
| 11/19/2021, 02/03/2022, 02/08/2022, 02/21/2022, 04/09/2022, 04/19/2022, 05/09/2022 | Office Visit | Baptist Health Medical Center |
| 11/20/2021 | Authorization for the Release of Protected Health Information | Claimant |
| 11/20/2021 | Claimant Supplementary Statement | Claimant |
| 11/20/2021 | Activities Questionnaire | Claimant |
| 11/23/2021 | Disability Payment Options | Claimant |
| 11/20/2021 | Request for Federal Income Tax Withholding From Sick Pay | Claimant |
| 11/20/2021, 10/08/2022 | Claimant Information Form | Claimant |
| 11/21/2021 | Functional Mental Status Evaluation Form | Tina Shelton-Coomer, PMHNP |
| 11/30/2021 | Letter | Jan Bernardo |
| 12/03/2021, 12/13/2021, 12/15/2021, 03/08/2022 | Medical Record Overview | ReleasePoint |
| 12/03/2021, 12/13/2021 | Quality Assurance Report | The Trauma-Informed Counseling CTR |
| 12/15/2021 | Quality Assurance Report | Beaumont Behavioral Health |
| 12/27/2021, 07/19/2022 | Email Correspondence | RightFax E-Mail Gateway Ashburn |
| 12/27/2021 | Letter | John Young, MD |
| 12/27/2021 | Clinical Review Memo | John Young, MD |
| 01/12/2022 | Authorization | Claimant |
| 01/12/2022 | Authorization for Release of Information | Claimant |
| 01/26/2022, 04/19/2022, 06/02/2022, 06/24/2022, 06/30/2022, 07/26/2022, 08/01/2022, 09/16/2022, | Letter | Cody Allison |

| | | |
|---|---|---|
| 10/10/2022, 11/09/2022, 12/15/2022 | | |
| 02/01/2022 | Email Correspondence | Faye, Barb |
| 02/16/2022 | Request for Status | Jan Bernardo |
| 03/08/2022 | Quality Assurance Report | Lifestance Health |
| 04/05/2022 | Invoice | ReleasePoint |
| 05/25/2022 | Authorization for Release of Protected Health Information | Claimant |
| 06/15/2022 | Authorization | Claimant |
| 06/27/2022, 07/05/2022 | Letter | Michael Bennett, LPCA |
| 06/28/2022 | Email Correspondence | Sam Payne |
| 07/06/2022 | Peer Review Appeal Referral | Lincoln Financial Group |
| 07/13/2022 | Clinical Review Memo | Unknown |
| 07/15/2022, 12/27/202 | Letter | Samuel Payne |
| 07/19/2022 | Clinical Review Memo | Laura Don, MD |
| 07/19/2022 | Letter | Laura Don, MD |
| 07/26/2022 | Email Correspondence | Laura O'Leary |
| 07/29/2022 | Letter | Michael Bennett, LPCC |
| 08/09/2022 | Email Correspondence | Mikayla Kimball |
| 08/09/2022 | Benefit Estimates | Social Security Online |
| 08/10/2022 | Email Correspondence | Barb |
| 10/20/2022, 11/22/2022 | Letter | Robert Boling |
| 10/21/2022, 11/23/2022 | Letter | 3050 Rio Dosa Drive |
| 11/01/2022 | Letter | Barb Krautheim |
| 11/01/2022, 11/04/2022, 11/08/2022, 11/18/2022, 11/22/2022, 12/02/2022, 12/09/2022 | SOAP Note | Michael Bennett, LPCC |
| 01/03/2023 | Claim Coversheet Report | Unknown |
| 01/04/2023 | Peer Review Request | Lincoln Financial Group |
| Undated | Office Visit | Michael Rieser, MD |
| Undated | Authorization to Release Copies of a Medical Record Blank | Baptist Health |
| Undated | Authorization to Release Protected Health Information Blank | Claimant |
| Undated | Functional Mental Status Evaluation Form Blank | Lincoln Financial Group |
| Undated | Training-Education-Experience Form (TEE) | Claimant |
| Undated | Authorization for the Use and Disclosure of Health Information Blank | Baptist Health Release of Information |
| Undated | Letter | Unknown |
| Undated | Reimbursement Agreement | Lincoln Financial Group |
| 08/05/2021-12/01/2021, | Psychotherapy | Michael Bennett, LPCC |

Reliable Review Services

| | | |
|---|---|---|
| 06/03/2022-12/09/2022 | | |

Date: 1/13/2023

To: Robert Boling
LINCOLN FINANCIAL GROUP

Re: RRS ID: 83917

---

| | |
|---|---|
| Claimant: | April Connolly |
| Claim #: | 12027405 |
| Line of Business: | Disability |
| Review Type: | LTD |
| Review Level: | Initial |

## Psychiatry Advisory Report

## Clinical History

This review is from a Psychiatry perspective. The claimant is a 40 year old female who has reported date of disability of 6/10/2021. The claimant has a diagnosis of Dissociative identity disorder. The period in review is from Present to - ongoing.

Claimant carries a diagnosis of dissociative identity disorder, post-traumatic stress disorder (PTSD), depression, and anxiety.

Claimant is a medical staff associate. There is a job description. Clamant works as a medical staff associate. Responsible for the evaluation of donor suitability for automated pherisis procedures.

October 24-25, 2019, psychiatric admission note from Michael Rieser, MD, noted from was for depression, psychosis, and PTSD.

May 10, 2021, note from Tina Shelton-Coomer, PMHNP, was noted. Claimant was anxious, and reported abuse in the past, and multiple personalities. Claimant was a student at the time. Claimant was not noted be actively suicidal, or homicidal. Claimant was not noted to have been cognitively impaired on formal testing. Claimant was not psychotic. Claimant was not noted to have been hospitalized for psychiatric reasons since 2019. Claimant was treated with Pristiq, and Lamictal. Claimant was in school, and working on Masters.

May 18, and 27, June 16, and 29, July 6, 2021, therapy notes from Bryan Manning, LPCC were noted. Moved into a new house, got a puppy, and has started writing her book about her personalities. Claimant was not noted be actively suicidal, or homicidal. Claimant was not noted to have been

cognitively impaired on formal testing. Claimant was not psychotic. Claimant was not noted to have been hospitalized for psychiatric reasons.

June 2, July 14, and August 17, 2021, notes from Tina Shelton Coomer, NP were noted. Claimant was anxious, and reported abuse in the past, and multiple personalities, depression, and anxiety. Claimant was a student at the time. Claimant was not noted be actively suicidal, or homicidal. Claimant was not noted to have been cognitively impaired on formal testing. Claimant was not psychotic. Claimant was not noted to have been hospitalized for psychiatric reasons. Claimant was treated with Pristiq and Lamictal, and it appears that BuSpar was added on the August 17, 2021, visit. Claimant was in school, and working on Masters.

June 28, 2021, functional mental status evaluation (FMSE) from Bryan Manning, LPCC, stated claimant had dissociative identity disorder, and depression, and was unable to work. Claimant was getting cognitive behavioral therapy (CBT) and dialectical behavior therapy (DBT).

September 15, 2021, behavioral Health Memorandum was noted from Amy Sinner, RN.

August 5, 12, 13, 17, 18, 20, 31, September 3, 9, 13, 16, 22, 23, 24, 27, 30, October 4, 7, 11, 13, 14, 22, 27, 29, November 3, 4, 8, 10, 12, 18, 19, 22, December 1, 2021, therapy notes. DBT and CPT notes from Michael Bennett, LPCC were noted. Claimant was treated with DBT. Claimant was anxious, and reported abuse in the past. Claimant was treated for PTSD, multiple personalities, depression, and anxiety. Claimant was a student at the time. Claimant was not noted be actively suicidal or homicidal. Claimant was not noted to have been cognitively impaired on formal testing. Claimant was not psychotic. Claimant was not noted to have been hospitalized for psychiatric reasons.

October 24-26, 2021, discharge summary from Cletus Carvalho, MD, was for admission for the treatment of depression, and anxiety, and PTSD.

November 19, 2021, note from Beverly Smith, DO, Family Medicine/Baptist Health, was noted for physical. Claimant is post gallbladder surgery. Claimant was also seen for depression, and multiple personalities. Labwork was noted, and clamant was referred to behavioral health.

November 21, 2021, functional mental status evaluation (FMSE), by Tina Shelton-Coomer, PMHNP was noted.

November 20, 2021, activities questionnaire, noted claimant was unable to work, due to cognitive issues during change in personality.

December 27, 2021, review from John Yong, MD, Psychiatry was noted. Impairment was not supported.

January 26, and April 19, 2022, letters from attorney, Cody Allison, were noted.

February 3, 2022, note from was for anxiety from Beverly Smith, DO, Family Medicine/Baptist Health. Says her depression has been “bad”, and she is concerned she needs to increase her medication. She

had a visit from her parents, and they "put her on edge". Her therapist is out of the office at this time. Claimant not noted be actively suicidal, or homicidal. Claimant was not noted to have been cognitively impaired on formal testing. Claimant was not psychotic. She was not noted to have been hospitalized for psychiatric reasons, since; October 24-26, 2021. Claimant was treated with Pristiq and BuSpar.

February 8, 2022, phone note from Baptist Health, was noted for psychiatric referral.

February 21, 2022, note from Beverly Smith, DO, Family Medicine/Baptist Health, phone visit was for asthma.

April 9, and 19, 2022, medications refill notes from Beverly Smith, DO, Family Medicine/Baptist Health were noted. Claimant was treated with Pristiq, and BuSpar.

May 9, 2022, per notes by Beverly Smith, DO, Family Medicine/Baptist Health, medications refill were noted. Claimant was seen for acute cholecystitis.

June 24, 2022, letter and brief from Attorney Samuel Payne was noted. Claimant suffers from dissociate identity disorder, PTSD, ADHD. Letter was to support disability.

June 27, 2022, note from Michael Bennett, LPCC.

July 5, 2022 letter from Michael Bennett, LPCC, was in support of functional impairment. Also, the CV of Michael Bennett, LPCC follows this.

July 19, 2022, review from Laura Don, MD, Psychiatry, did not support impairment, beyond a three-month period from the last office visit of 12/1/2021, thus trough 3/1/2022 only.

July 15, and 26, 2022 letter from attorney Cody Allison, Samuel Payne, Esq., were noted.

July 29, 2022 letter from Michael Bennett, LPCC was noted.

August 1, and October 10, 2022, letters from attorney Cody Allison were noted.

November 9, December 15, 2022, letters from attorney Cody Allison were noted.

June 3, 13, 17, 24, July 11, 15, 22, 29, August 4, 12, 18, 26, September 2, 9, 16, 23, 29, October 4, 7, 11, 13, 18, 21, November 1, 4, 8, 18, 22, December 2, 9, 2022. Psychotherapy notes from Michael Bennett, LPCC were noted. Claimant was treated with DBT. Claimant was anxious, and reported abuse in the past. Claimant was treated for PTSD, multiple personalities, depression, and anxiety. Claimant was a student at the time. Claimant was not noted be actively suicidal, or homicidal. Claimant was not noted to have been cognitively impaired on formal testing. Claimant was not psychotic. Claimant was not noted to have been hospitalized for psychiatric reasons since October 24-26, 2021.

December 27, 2022, letter from attorney Samuel Payne was noted.

## Provider Contact Log

| Date/time of call | Spoke to | Outcome/message |
|---|---|---|
| 1/9/2023 1:41 PM EST | Caneilya | I called the office of Michael Bennett, LPCC, I left a detailed message for the provider to call back. |
| 1/10/2023 12:32 PM EST | Voicemail | I called the office of Michael Bennett, LPCC again, I left another detailed message for the provider to call back. |

## Questions and Reviewer's Response

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

There are no impairing diagnoses.

This is per review of the records.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

There is no significant comorbid diagnosis.

This is not applicable.

**3.**

**Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - present to - ongoing, and comment on the expected duration.**

Taking into consideration the entire clinical picture, there is no supported level of impairment that translates into restrictions and limitations from - present to - ongoing.

Claimant was not noted be actively suicidal or homicidal. Claimant was not noted to have been cognitively impaired on formal testing. Claimant was not psychotic. Claimant was not noted to have

been hospitalized for psychiatric reasons since October 24-26, 2021. The claimant was able to go to school, and obtain masters. Claimant was able to engage in cognitive behavioral therapy (CBT), and dialectical behavior therapy (DBT), all of which requires a great deal of functionality.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

This is not applicable, as there were no noted R&Ls that were recommended by treating providers for the timeframes in question, included in the records.

Timeframes in question: Present to - ongoing.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The medical management is clinically reasonable and consistent with the apparent level of severity for the reported condition.

Please see above.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

There are no apparent non medical circumstances noted in the provided documentation that may adversely impact work.

Please see answer above.

## Assessment/Rationale

I was asked to review this case from a psychiatric standpoint. Claimant is a 40 year old woman, who carries a diagnosis of dissociative identity disorder, PTSD, depression, and anxiety. The claimant's first day out of work was June 10, 2021. I was asked to review this case from the present to- ongoing. Claimant is a medical staff associate.

Claimant was not noted be actively suicidal or homicidal. Claimant was not noted to have been cognitively impaired on formal testing. Claimant was not psychotic. Claimant was not noted to have been hospitalized for psychiatric reasons since October 24-26, 2021. The claimant was able to go to school, and obtain masters. Claimant was able to engage in cognitive behavioral therapy (CBT), and

dialectical behavior therapy (DBT), all of which requires a great deal of functionality.

Functional impairment is not supported Present to- ongoing.

***The opinion above is based on the information available for review and held to a reasonable degree of clinical accuracy. I attest that I have no relationship or association with the claimant who is the subject of this independent review. I also attest that I have no substantial personal or financial relationship with the treating provider(s) and/or treatment facility(ies), I have no financial interest in the insurer or claim administrator and my opinion(s) were not influenced by compensation received for my services.***

***I hereby submit this attestation that I have complied, to the highest degree possible, with the provisions of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the standards decreed thereunder.***

Edward Chai, MD
Board Certified
Neurology
Psychiatry
NY: 215597

## Documents Sent for Review

| Document Date | Document Type | Document Source |
|---|---|---|
| 09/09/2013 | Position Description | CSL Plasma |
| 08/09/2019 | Letter | Baptist Health Release of Information |
| 10/24/2019 | Hospital Admission | Cletus Carvalho, MD |
| 10/24/2019 | Hospital Admission | Michael Rieser, MD |
| 05/10/2021, 06/02/2021, 07/14/2021, 08/17/2021 | Office Visit | Tina Shelton-Coomer, PMHNP |
| 05/18/2021, 05/27/2021, 06/16/2021, 06/29/2021, 07/06/2021 | Psychotherapy Visit | Bryan Manning, LPCC |
| 06/17/2021 | Letter | Lincoln Financial Group |
| 06/17/2021, 06/26/2021, 11/09/2022 | Authorization for the Release of Information Including Protected Health Information | Claimant |
| 06/18/2021, 07/14/2021 | Letter | Brian Armstrong |

| | | |
|---|---|---|
| 06/28/2021, 10/19/2021 | Functional Mental Status Evaluation Form | Bryan Manning, LPCC |
| 07/01/2021, 11/17/2021 | Letter | Release of Information |
| 08/05/2021 | TCM Treatment Note | Kathy Vazquez |
| 08/20/2021 | Retirement, Survivors, and Disability Insurance | Social Security Administration |
| 09/15/2021 | Behavioral Health Memorandum | Amy Sinner, RN, BSN |
| 10/14/2021 | Letter | Morgan Criddle |
| 11/05/2021 | Letter | William Yetman |
| 11/05/2021 | Email Correspondence | Akelah Tanner |
| 11/09/2021, 12/30/2021 | Letter | Akelah Tanner |
| 11/14/2021 | Authorization to Release Copies of a Medical Record | Claimant |
| 11/16/2021 | Email Correspondence | Meghan Vazquez, Akelah Tanner |
| 11/19/2021, 02/03/2022, 02/08/2022, 02/21/2022, 04/09/2022, 04/19/2022, 05/09/2022 | Office Visit | Baptist Health Medical Center |
| 11/20/2021 | Authorization for the Release of Protected Health Information | Claimant |
| 11/20/2021 | Claimant Supplementary Statement | Claimant |
| 11/20/2021 | Activities Questionnaire | Claimant |
| 11/23/2021 | Disability Payment Options | Claimant |
| 11/20/2021 | Request for Federal Income Tax Withholding From Sick Pay | Claimant |
| 11/20/2021, 10/08/2022 | Claimant Information Form | Claimant |
| 11/21/2021 | Functional Mental Status Evaluation Form | Tina Shelton-Coomer, PMHNP |
| 11/30/2021 | Letter | Jan Bernardo |
| 12/03/2021, 12/13/2021, 12/15/2021, 03/08/2022 | Medical Record Overview | ReleasePoint |
| 12/03/2021, 12/13/2021 | Quality Assurance Report | The Trauma-Informed Counseling CTR |
| 12/15/2021 | Quality Assurance Report | Beaumont Behavioral Health |
| 12/27/2021, 07/19/2022 | Email Correspondence | RightFax E-Mail Gateway Ashburn |
| 12/27/2021 | Letter | John Young, MD |
| 12/27/2021 | Clinical Review Memo | John Young, MD |
| 01/12/2022 | Authorization | Claimant |
| 01/12/2022 | Authorization for Release of Information | Claimant |
| 01/26/2022, 04/19/2022, 06/02/2022, 06/24/2022, 06/30/2022, 07/26/2022, 08/01/2022, 09/16/2022, | Letter | Cody Allison |

| | | |
|---|---|---|
| 10/10/2022, 11/09/2022, 12/15/2022 | | |
| 02/01/2022 | Email Correspondence | Faye, Barb |
| 02/16/2022 | Request for Status | Jan Bernardo |
| 03/08/2022 | Quality Assurance Report | Lifestance Health |
| 04/05/2022 | Invoice | ReleasePoint |
| 05/25/2022 | Authorization for Release of Protected Health Information | Claimant |
| 06/15/2022 | Authorization | Claimant |
| 06/27/2022, 07/05/2022 | Letter | Michael Bennett, LPCA |
| 06/28/2022 | Email Correspondence | Sam Payne |
| 07/06/2022 | Peer Review Appeal Referral | Lincoln Financial Group |
| 07/13/2022 | Clinical Review Memo | Unknown |
| 07/15/2022, 12/27/202 | Letter | Samuel Payne |
| 07/19/2022 | Clinical Review Memo | Laura Don, MD |
| 07/19/2022 | Letter | Laura Don, MD |
| 07/26/2022 | Email Correspondence | Laura O'Leary |
| 07/29/2022 | Letter | Michael Bennett, LPCC |
| 08/09/2022 | Email Correspondence | Mikayla Kimball |
| 08/09/2022 | Benefit Estimates | Social Security Online |
| 08/10/2022 | Email Correspondence | Barb |
| 10/20/2022, 11/22/2022 | Letter | Robert Boling |
| 10/21/2022, 11/23/2022 | Letter | 3050 Rio Dosa Drive |
| 11/01/2022 | Letter | Barb Krautheim |
| 11/01/2022, 11/04/2022, 11/08/2022, 11/18/2022, 11/22/2022, 12/02/2022, 12/09/2022 | SOAP Note | Michael Bennett, LPCC |
| 01/03/2023 | Claim Coversheet Report | Unknown |
| 01/04/2023 | Peer Review Request | Lincoln Financial Group |
| Undated | Office Visit | Michael Rieser, MD |
| Undated | Authorization to Release Copies of a Medical Record Blank | Baptist Health |
| Undated | Authorization to Release Protected Health Information Blank | Claimant |
| Undated | Functional Mental Status Evaluation Form Blank | Lincoln Financial Group |
| Undated | Training-Education-Experience Form (TEE) | Claimant |
| Undated | Authorization for the Use and Disclosure of Health Information Blank | Baptist Health Release of Information |
| Undated | Letter | Unknown |
| Undated | Reimbursement Agreement | Lincoln Financial Group |
| 08/05/2021-12/01/2021, | Psychotherapy | Michael Bennett, LPCC |

Reliable Review Services

| | | |
|---|---|---|
| 06/03/2022-12/09/2022 | | |

**From:**submit@reliablers.com
**Sent:**Fri, 13 Jan 2023 12:58:15 -0500
**To:**VendorReferrals
**Subject:**RRS - ATTN: Robert Boling RRS#83917 Claim #12027405 (Client Notification)
**Attachments:**Report_RRS3_83917-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,

The final report and/or letters (if applicable) for claim #12027405 / RRS #83917, is attached. If not already attached, the invoice will follow in a separate email.

If you have any questions, you may reach our Customer Service Department via email at CSR@reliablers.com or by phone at 561-893-0123.

Thank you.


**Reliable Review Services**

604 Banyan Trail

P.O. Box 810789

Boca Raton, FL, 33481

**Phone: 561-893-0123**

**Fax: 561-995-4189**

Web. www.reliablers.com



*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**From:**submit@reliablers.com
**Sent:**Fri, 13 Jan 2023 18:43:55 -0500
**To:**VendorReferrals
**Subject:**RRS - ATTN: Robert Boling RRS#83917 Claim #12027405 (Client Notification)
**Attachments:**Invoice_83917-1_v1.pdf, Report_RRS3_83917-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,

The final report and/or letters (if applicable) for claim #12027405 / RRS #83917, is attached. If not already attached, the invoice will follow in a separate email.

If you have any questions, you may reach our Customer Service Department via email at CSR@reliablers.com or by phone at 561-893-0123.

Thank you.

**Reliable Review Services**

604 Banyan Trail

P.O. Box 810789

Boca Raton, FL, 33481

**Phone: 561-893-0123**

**Fax: 561-995-4189**

Web. www.reliablers.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

# INVOICE

**Reliable Review Services**

**Invoice Number: 83917-1** **1/13/2023 12:57 PM EST**

Claimant: April Connolly
Client Claim#: 12027405
RRS Claim#: 83917-1

**Customer:** LINCOLN FINANCIAL GROUP
8801 Indian Hills Drive
Omaha, NE 68114

| Description of Services | Hours | Rate | Other Fees | Invoice Tax Total | Amount Due |
|---|---|---|---|---|---|
| PEER REVIEW | 7.25 | 800 | $0.00 | 0 | 800.00 |
| | | | **Total Due:** | **800.00** | |

**Reviewer Details**

**Reviewer**

Edward Chai - Psychiatry

**Please include the invoice number with your payment and mail to:**

Reliable RS
PO Box 492890,
Redding CA 96049

**Tax Id:** 26-1114252

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | January 3, 2023 |
| To: | CODY ALLISON AND ASSOCIATES<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 2 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

January 3, 2023

Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Csl Behring Llc.'s Group Disability Policy. We are writing in reference to April Connolly's claim for LTD benefits under the Policy.

We are in the process of reviewing Ms. Connolly's claim. To assist us in evaluating her eligibility for benefits we have referred her file for a medical review and assessment by a consulting physician.

We anticipate a response from the reviewing consulting physician by January 17, 2023. If there is an unexpected delay in receiving a response we will contact you. Otherwise, we will proceed with our review of her claim once the response is received. We regret any inconveniences this delay may cause, however, the assessment is necessary to ensure a thorough review of her eligibility for benefits under the terms of the Policy.

If Ms. Connolly has any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

**Samuel D. Payne**
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

December 27, 2022

**VIA U.S. MAIL & FACSIMILE: # (603) 334-0380**

The Lincoln National Life Insurance Co.
Attn.: Disability & Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | ================================ | |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | ================================ | |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |
| | **Date of Birth:** | |
| | **Social Security No.:** | |

Dear Mr. Boling:

As you know, this firm represents April Connolly on her long-term disability ["LTD"] benefits under the Plan/Policy referenced above. As further support for this claim, we are attaching records from Michael Bennett, LPCA -- Therapist at The Trauma–Informed Counseling Center; with the following dates:

- 12/9/2022
- 12/2/2022
- 11/22/2022
- 11/18/2022
- 11/8/2022
- 11/4/2022
- 11/1/2022
- 10/21/2022
- 10/18/2022
- 10/13/2022
- 10/11/2022
- 10/7/2022
- 10/4/2022
- 9/29/2022
- 9/23/2022
- 9/16/2022

- 9/9/2022
- 9/2/2022
- 8/26/2022
- 8/18/2022
- 8/12/2022
- 8/4/2022
- 7/29/2022
- 7/22/2022
- 7/15/2022
- 7/11/2022
- 6/24/2022
- 6/17/2022
- 6/13/2022
- 6/3/2022
- 5/17/2022

Please understand that all medical records and other sensitive documentation tendered for this claim are to be maintained as CONFIDENTIAL, used only on a need-to-know basis for handling our client's LTD claim.

Thank you for your cooperation, and please let us know if there are any questions.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp
Enclosures (*as noted)

cc: Ms. Connolly (w/o encl.)

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

TICC Trauma Informed Counseling Center

**Appointment:** Individual Appointment on December 9, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

**Subjective Complaint:**

CL reported that she has been physically sick which has impacted her mood and intensified her dissociative experiences of switching with alters. CL expressed that a child alter has been mostly present at the front due to their ability to endure, and at times suppress, negative emotions and sensations. CL reported following spiritual experience with her spiritual leader increased awareness of needs within the DID System related to processing traumas and developing skills to better functionality and stability. CL additionally reported continued distress in relationship, although observes some improvement following their increased collaboration with spouse and reviewing marriage/relationships resources.

**Objective Findings:**

IT utilized EBP of CBT to explore and process with CL distress focused around physical ailment and coping via dissociation. IT explored with CL coping strategies to assist in recovery process and to decrease burden to dissociative system and alters. IT utilized integration of EBP of IFS strategies self-energy and self-leadership with EBP of humanistic counseling principles acknowledging CL's spirituality as a source of strength and insight. IT utilized this integration of modalities to explore and process with CL her perception of present DID System experiences following the spiritual experience of guidance received from spiritual leader. IT utilized socratic questions to explore with CL her understanding that relational conflict and distress is related to the spiritual insight gained. IT utilized EBP of IFS to guide CL in practicing self-energy and self-leadership from IFS modality to increase self-awareness and collaboration within DID System related to goals of improving relationship with spouse.

**Assessment of Progress with current medication:**

CL reported experiencing physical ailment which has impacted their mood and functionality. CL reported that they perceive some positive changes in relationship with spouse as they continue practicing collaborative and communication skills. No medication updates reported by CL at this time.

**Plans for Next Session**

CL will meet with IT in one week. Continue exploring alters needs/concerns and functions related to improving relationship with spouse. Explore processing distressing events as these memories appear.

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
December 12, 2022 at 4:54 pm
IP address: 217.180.207.33

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on December 2, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

**Subjective Complaint:**

Cl reported having experienced interpersonal distress during visit to family for holiday. CL expressed that while she experienced distress, she was able to differentiate the level of distress being lower than the distress experienced last year during holiday visit. CL reported that she has had lingering feelings of distress and uncertainty since receiving a letter from mother detailing mother's perception of CL's childhood trauma experiences. CL expressed that a part of her feels guilty following letter-reception due to mother's language in letter, citing mother's potential use of emotional manipulation. CL additionally reported increased relational anxiety with spouse focused towards his distress was coping with and navigating CL's dx of DID.

**Objective Findings:**

IT utilized integration of EBP of CBT strategies cognitive processing with EBP of IFS strategies self-energy and self-leadership to explore and process with CL her thoughts and feelings attributed to interpersonal distress involving mother and spouse. IT utilized EBP of IFS to explore with CL how she experiences the roles of alters in these relationships, their concerns, and their patterns of supporting CL in navigating these relationships. IT utilized socratic questions and cognitive restructuring while exploring with CL and alters their relational dynamics with CL's mother and spouse. IT utilized EBP of DBT to review with CL Interpersonal Effectiveness skills of DEARMAN and FAST for communicating needs and boundaries as well as Mindfulness skill Balancing the Dialectics and Radical Acceptance to explore ways of balancing alternate views of experiences different from our own experience in relationships. IT guided CL in practicing self-energy and self-leadership from IFS modality towards parts of self to communicate guidance and direction to parts of self desiring to support CL in improving relationships.

**Assessment of Progress with current medication:**

CL reported decreased functionality following increase of intrusive sx, depressed mood, irritability, loss of motivation/energy. CL reported limited levels of functionality allowing her to read and explore creative hobbies.

- Medication: No present updates from CL about medication

**Plans for Next Session**

CL will meet with IT in one week. Follow up with CL about their practice of skills to help navigate and improve relationships as desired.

## Provider

Michael Bennett

Signed by Michael Bennett
LPCC
December 12, 2022 at 4:08 pm
IP address: 217.180.207.33

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on November 22, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

## SOAP Note

### Subjective Complaint:

CL reported that she is presently working on a writing project focused towards DID resource building. CL expressed having realization that she has been practicing avoidance by hyper-focusing on spiritual growth while neglecting pursuit of growth in other areas of life, namely relationships with spouse and family as well as continued post-traumatic growth. CL explained that she has been using spiritual experiences as a way of coping, but by becoming consumed with this she began avoiding other areas. CL expressed the need to shift from avoidance mechanisms to reconnecting with effective coping and healing strategies that bring growth to other areas.

### Objective Findings:

IT utilized integration of EBP of IFS strategies self-energy and self-leadership with EBP of humanistic counseling principles acknowledging CL's spirituality as a source of strength and insight. IT utilized this integration of modalities to explore and process with CL her experiences of spiritual growth becoming experiences of avoidance and how to increase awareness of this shift to prevent it from occurring in the future. IT utilized EBP of cognitive reframing to assist CL's in broadening awareness of this experience, its impact, and ways to engage without causing imbalance in other areas of life. IT guided CL in practicing self-energy and self-leadership from IFS modality to communicate guidance and direction to parts of self gravitating towards avoidance practices to instead practice balance of pursuit of growth in all areas.

### Assessment of Progress with current medication:

- CL reported continued optimistic perspective about progress gained in increasing awareness of self and DID system. CL reported becoming more self-aware of needs involving her relationship with spouse and family needing attention.
- Medication: No present updates from CL about medication

### Plans for Next Session

CL will meet with IT in one week. Follow up with CL about their identified steps of increasing focus towards areas of relationship effectiveness and trauma processing.

### Provider

Michael Bennett

Signed by Michael Bennett
LPCC
December 12, 2022 at 3:28 pm
IP address: 217.180.207.33

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on November 18, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

## SOAP Note

### Subjective Complaint:

CL reported experiencing relief of distress and negative emotional experiences formerly attributed to the lingering presence and impact of a symbiotic spiritual energy that she had become aware of having formerly misidentifying it as an alter within her DID system. CL described the process of spiritual cleansing that she pursued through her system of spirituality. CL expressed that this resulted in being released from the attachment which has allowed CL to continue experience healing relating to how she experiences and expressed the emotion of anger. CL disclosed that the spiritual cleansing allowed for a formerly repressed alter to re-emerge as an alter integrated with two other former alters. This alter presented in session, engaged with IT, and demonstrated intentions in supporting CL's continued stabilization and trauma processing goals, which includes creatively writing a book about their tx and process of trauma recovery.

### Objective Findings:

IT utilized integration of EBP of IFS strategies self-energy and self-leadership with EBP of humanistic counseling principles acknowledging CL's spirituality as a source of strength and insight. IT utilized this integration of modalities to explore and process with CL her perception of present DID System experiences following the spiritual cleansing resulting in becoming detached from the entity. IT utilized EBO of cognitive reframing to assist CL's perspective of increased personal power/control contrasted with former experiences influenced by lens of trauma. IT guided CL in practicing self-energy and self-leadership from IFS modality to increase self-awareness and collaboration within DID System.

### Assessment of Progress with current medication:

- CL reported decreased hypervigilance, decreased fears and fear-based decision making. CL reported increased curiosity allowing her to explore self, System, and experiences without anxiety.
- CL reported continued optimistic perspective about progress gained in increasing awareness of self and DID system. CL reported positive outcome of integrating spirituality as a strength/support and tool for self-exploration and relief.

### Plans for Next Session

CL will meet with IT in four days. Follow up with CL about their identified steps of organizing interests according to values and scheduling how she will engage these through the week to combat feeling listless or uncertain of what to do.

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
November 18, 2022 at 3:46 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:19 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on November 8, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

**Subjective Complaint:**

Cl reported recent interaction with mother that resulted in conflicting feelings, including acknowledgment of positive change in relationship but also uncertainty about future interactions and how this impacts present boundaries in relationship. CL additionally reported experiencing increase of physical pain which has impacted mood and functioning. CL reported increased awareness of the impact of a symbiotic spiritual entity upon how she experiences emotions, particularly fear and anxiety. CL reported that this awareness has given hope for soon changes in experiences of isolation and depression, which were formerly informed by the fear and anxiety, as she works to disconnecting self from the entity.

**Objective Findings:**

IT utilized socratic questions and EBP of CBT to explore with CL present thoughts and feelings focused towards relationship and interactions with mother. IT utilized socratic questions centered in principles of EBP of DBT to explore with CL present applications of interpersonal effectiveness skills to utilize within relationship with mother and future interactions. IT utilized integration of EBP of IFS strategies self-energy and self-leadership with EBP of humanistic counseling principles acknowledging CL's spirituality as a source of strength and insight. IT utilized this integration of modalities to explore and process with CL her perception of the experience of the entity and its impact upon her experience of emotions.

**Assessment of Progress with current medication:**

- CL reported awareness of little progress in addressing the presence and impact of the entity but acknowledges with the appropriate tx via spirituality there will be relief and progress experences. CL reported optimistic perspective about this progress and its near future impact on self and functioning with a DID system.
- CL reported that she believes there is enough progress present to return to 1x/week sessions.

**Plans for Next Session**

CL will meet with IT in one week.

**Provider** **Client**

Michael Bennett

Signed by Michael Bennett
LPCC
November 21, 2022 at 3:58 pm
IP address: 217.180.207.33

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

TICC Trauma Informed Counseling Center

**Appointment:** Individual Appointment on November 4, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

**Subjective Complaint:**

- Cl reported continued improved anxiety and mood following last session's unburdening of trauma. CL expressed being able to experience relief from its psychological burden and feels more open to capacity to love.
- CL reported moderate distress attributed to increased awareness of the lingering presence and impact of a symbiotic spiritual energy which she originally understood to be an alter within her DID system. CL expressed interest in exploring/processing this information and its impact.

**Objective Findings:**

IT utilized integration of EBP of IFS strategies self-energy and self-leadership with EBP of humanistic counseling principles acknowledging CL's spirituality as a source of strength and insight. IT utilized this integration of modalities to explore and process with CL her perception of the experience of the entity as well as CL's experience of personal power/control in being able to resolve this experience. IT guided CL in practicing self-energy from IFS modality to understand her own intent and feelings towards the spiritual entity. IT guided CL in self-leadership focused towards how CL desires future de-attachment experiences with this entity as she increases self-empowerment, strengths, and takes steps towards goals.

**Assessment of Progress with current medication:**

CL reported optimistic perspective about progress gained in increasing awareness of self, DID system, and ways of improving functionality within relationship where she has historically been impaired. CL expressed belief that integration of spirituality as a strength/support and tool for self-exploration has been beneficial to her process of increasing self-awareness, empowerment, and functionality within relationship.

**Plans for Next Session**

CL will meet with IT in four days. Follow up with CL about their perception of changes occurring over the weekend following events related to cl's spirituality practices to support personal growth.

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
November 4, 2022 at 10:14 pm
IP address: 24.209.24.204

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on November 1, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

**Subjective Complaint:**

- Cl reported continued anxiety focused towards interpersonal conflict with CL's spouse. CL expressed that she has experienced a re-organization of DID System involving splitting and fusion of alters resulting in three primary alters and the CL. CL reported optimistically about this development thus far and perceives it as necessary for successful relationship with spouse.
- CL reported need for exploring a former traumatizing relationship termination which continues to impact CL's present relationship and ability to experience and give love due to presence of mistrust and fear of betrayal. CL reported experiencing 7 points on SUD scale of the emotions of mistrust and fear of betrayal.

**Objective Findings:**

IT utilized EBP of ART strategies imaginal exposure, bilateral stimulation integrated with use of meditative state, metaphor, relaxation techniques, gestalt interventions, and in vivo exposure to address the impact of former traumatizing relationship termination upon the CL in forming mistrust, fear of betrayal, and pain of regret.

**Assessment of Progress with current medication:**

Session appeared effective as evidenced by the client's reported decrease of subject unit of distress from 7 to 0. CL reported observing self being comforted by angels and being able to release to them the pain of regret which symbolized a failed dream. CL reported that this allowed herself to process grief and also feel light where previously she felt darkness and pain. CL identified other areas where pain was felt in mind-body system and indicated that she will meditate on these areas to promote further growth.

**Plans for Next Session**

CL will meet with IT in four days. Follow up with CL about their meditation on areas of pain and if need for processing in tx.

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
November 1, 2022 at 4:43 pm
IP address: 198.160.139.1

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:17 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

TICC Trauma Informed Counseling Center

**Appointment:** Individual Appointment on October 21, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**
- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**
Cognitive Functioning: Tangential
Affect: Blunted
Mood: Anxious
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: PCL-5

**Current or Presenting Risk Factors:**
- None
- Homicidal Ideation

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**
Cl reported continued anxiety focused towards interpersonal conflict with CL's spouse. CL expressed that she is experiencing re-organization of DID System involving splitting and fusion of alters resulting in three primary alters and the CL. CL reports optimistically about this development and perceives it as supporting her goals in improving relationship with spouse where there has been dysfunction.

**DBT Content and Topics Explored:**
1) Sx Assessment: Socratic Questions
2) DBT: Mindfulness
- IT utilized EBP of DBT strategy mindfulness to explore with CL intentional self-care practices following increased awareness of personal needs

**DBT Modules Employed:**
- Mindfulness Skill Building
Exploration of mindfulness as self-care practices

**DBT Progress Toward Treatment Goals:**
IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

**DBT Skill Building Plan for Next Session:**
Review CL's practice of Mindfulness self-care skills

**Current DBT Recommendations/Homework:**

**Client:** April Connolly (April Connolly)
**DOB:**

• Continue Current Therapeutic Focus
As part of CL's mindfulness self-care skills, cl will create new schedule that includes self care time, communication windows with spouse, inner work

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
October 21, 2022 at 4:33 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:19 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

**Appointment:** Individual Appointment on October 18, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self
- Utilizing the Therapeutic alliance to achieve change

**Observations:**

Cognitive Functioning: Circumstantial
Affect: Constricted
Mood: Anxious
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: PCL-5

**Current or Presenting Risk Factors:**

- None
- Homicidal Ideation

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

Cl reported intensified anxiety focused towards interpersonal conflict with CL's spouse.

**DBT Content and Topics Explored:**

1) Sx Assessment: Socratic Questions
2) DBT: Validation

- IT and CL explored practices of validation to be used within relationship with spouse in contrast to judgment

**DBT Modules Employed:**

- Interpersonal Effectiveness Skill Building
Validation

**DBT Progress Toward Treatment Goals:**

IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

**DBT Skill Building Plan for Next Session:**

Review CL's practice of Validation and explore emotion regulation and distress tolerance to assist cl in increasing window of tolerance and to challenge self to increase awareness of personal blind spots which may cause harm to spouse

**Current DBT Recommendations/Homework:**

- Continue Current Therapeutic Focus
Review of Validation & Reality Checking

**Client:** April Connolly (April Connolly)
**DOB:**

**Provider**

Signed by Michael Bennett
LPCC
October 18, 2022 at 8:30 pm
IP address: 24.209.24.204

**Client**

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

| | |
|---|---|
| **Client:** | April Connolly (April Connolly) |
| **DOB:** | |
| **Provider:** | Michael Bennett |
| **Provider License:** | LPCC #278538 |

TICC Trauma Informed Counseling Center

**Appointment:** Individual Appointment on October 13, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

## CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24

**Observations:**

Cognitive Functioning: Disorganized

Affect: Constricted

Mood: Depressed

Interpersonal: Interactive

Functional Status: Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

Cl reported difficulty in thinking during session and that this was present since the night prior when CL began to rapidly switch with alters. CL also reported gap in memory. CL's executive functioning is low today. CL reported anxiety and worry focused towards disability hearing that is tomorrow.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CPT: Beliefs on Emotions

**CPT Intervention Phases Employed:**

- Phase 2 of CPT:(Sessions 2 through 4)
Working on Events, Thoughts, and Feelings
- IT and CL reviewed the beliefs identified about emotions from the last session as well as how these beliefs continue to guide CL presently
- IT and CL explored how these beliefs influence decreased distress tolerance which prompts CL's patterns of smoking as a coping mechanism

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

- CL reported interested in ART sessions focused towards decreasing smoking habits
- CL reported needing to increase sessions to 2x/week due to recent increase of distress following passing of pet, financial stressors, and also wanting to prepare for trauma memory processing

**Client:** April Connolly (April Connolly)

**DOB:**

**CPT Homework:**

- CL will meet with IT in two days. CL will practice acceptance of bothersome emotions.
- Next session: Follow up with CL about disability hearing. Explore with CL distress tolerance and emotion regulation skills to support CL's acceptance of these emotions to lead to healthier responses. Shift back to DBT skills.
- Upcoming sessions: Review with CL how alter feels about exploring positive memories in preparation for trauma processing of memories involving former boyfriends during adolescence.

**Treatment Recommendations:**

- Change Treatment Goals or Objecives

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
October 13, 2022 at 2:53 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

| | |
|---|---|
| **Client:** | April Connolly (April Connolly) |
| **DOB:** | |
| **Provider:** | Michael Bennett |
| **Provider License:** | LPCC #278538 |

TICC Trauma Informed Counseling Center

**Appointment:** Individual Appointment on October 11, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24

**Observations:**

Cognitive Functioning: Preoccupied

Affect: Blunted

Mood: Depressed

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported continuing to experience grief following the tragic death of pet. CL reported experiencing interpersonal distress and relationship anxiety with spouse which was exacerbated by the death of the pet, complicated grief and reactive behavioral patterns, cognitive distortions, and non-communication patterns.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CPT: Beliefs on Emotions

**CPT Intervention Phases Employed:**

- Phase 2 of CPT:(Sessions 2 through 4)
Working on Events, Thoughts, and Feelings
- IT explored with CL the beliefs that govern her responses to upsetting and overwhelming emotions of frustration, sadness, and annoyance
- CL reported inability to tolerate experiences of these feelings, stating that she will very quickly dissociate to cope with these emotions.
- IT and CL explored alternative responses to emotions based on new awareness

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

- CL reported interested in ART sessions focused towards decreasing smoking habits
- CL reported needing to increase sessions to 2x/week due to recent increase of distress following passing of pet, financial

stressors, and also wanting to prepare for trauma memory processing

**CPT Homework:**

- CL will meet with IT in two days. CL will practice acceptance of bothersome emotions.
- Next session: Follow up with CL about engagement with the emotions that are bothersome and overwhelming. Explore with CL distress tolerance and emotion regulation skills to support CL's acceptance of these emotions to lead to healthier responses. Shift back to DBT skills.
- Upcoming sessions: Review with CL how alter feels about exploring positive memories in preparation for trauma processing of memories involving former boyfriends during adolescence.

**Treatment Recommendations:**

- Change Treatment Goals or Objecives

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
October 12, 2022 at 2:09 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:17 pm
IP address: 72.16.77.72

| | | |
|---|---|---|
| **Client:** | April Connolly (April Connolly) | |
| **DOB:** | | |
| **Provider:** | Michael Bennett | |
| **Provider License:** | LPCC #278538 | |

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on October 7, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24

**Observations:**

Cognitive Functioning: Tangential

Affect: Blunted

Mood: Depressed

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported continuing to experience grief following the death of her pet and anxiety attributed to navigating grief process with spouse. CL reported feeling distressed about decision to renew nursing license and the implications of decision relating to financial distress of student loan debt.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CPT: Decision upon Vocation/Renewing Nursing License

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Power/Control, Esteem
- IT utilized integration EBP of IFS with CPT themes of power/control and esteem to explore with CL present concern of renewing nursing license.
- IT and CL explored the implications of renewing license to CL's sense of self-esteem and self-power

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

- CL reported interested in ART sessions focused towards decreasing smoking habits
- CL reported needing to increase sessions to 2x/week due to recent increase of distress following passing of pet, financial stressors, and also wanting to prepare for trauma memory processing

**Client:** April Connolly (April Connolly)
**DOB:**

**CPT Homework:**

- CL will meet with IT in four days
- Next session: Review with CL how alter feels about exploring positive memories in preparation for trauma processing of memories involving former boyfriends during adolescence.

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
October 7, 2022 at 3:02 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:15 pm
IP address: 72.16.77.72

| | | |
|---|---|---|
| **Client:** | April Connolly (April Connolly) | |
| **DOB:** | | |
| **Provider:** | Michael Bennett | |
| **Provider License:** | LPCC #278538 | |

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on October 4, 2022
3:00 pm - 3:50 pm, 50 min
Psychotherapy for Crisis, 60 min, 90839

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

## CPT Standard Progress Note

**PCL Assessment Indicators:**

• PCL Score
24

**Observations:**

Cognitive Functioning: Preoccupied

Affect: Labile

Mood: Dysphoric

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

• None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported tragedy of pet passing away while CL and spouse were traveling for a weekend vacation. CL reported that this event has deeply impacted her, increasing intense negative beliefs of self, feelings of guilt.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) IFS/CPT: Crisis of Pet Death

**CPT Intervention Phases Employed:**

• Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Power/Control, Esteem

• At CL's request, IT utilized integration of CPT themes of power/control, trust and esteem with humanistic counseling practices considering CL's spirituality to explore with CL her grief process and emotions of grief, guilt, anger, desire for blame-placement based on the event of her pet's death

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**CPT Homework:**

• CL will meet with IT in four days. Return to tx goals.

• Next session: Review with CL how alter feels about exploring positive memories in preparation for trauma processing of memories involving former boyfriends during adolescence.

**Treatment Recommendations:**

**Client:** April Connolly (April Connolly)
**DOB:**

• Continue Current Therapeutic Focus

**Provider**

Signed by Michael Bennett
LPCC
October 4, 2022 at 4:03 pm
IP address: 217.180.207.33

**Client**

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

TICC Trauma Informed Counseling Center

**Appointment:** Individual Appointment on September 29, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

## CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

Cl reported improvements in distress level since last session after being able to recover physically. Cl reported on continued dissociative experiences and described a recent positive re-organization of DID system which has resulted in the fusion of all alters between five remaining alters, including the CL's host identity. Cl reported experiencing moderate distress focused towards recent and imminent experiences of social engagements.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) IFS/CPT: Debrief of System Organization Changes

- IT utilized EBP of IFS to explore with CL the recent reorganization of DID System and the fusion of alters. IT utilized socratic questions with CL to assist CL in increasing awareness of internal processes and dynamics of the restructuring. IT utilized socratic questions to explore with CL any present anxiousness. CL identified that she and alters felt optimistically about this and that it was another step towards stabilization goal of functional multiplicity.
- IT and CL explored with CL her present beliefs about self, power/control, and safety following these changes.

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Power/Control, Esteem
- At CL's request, IT utilized integration of CPT themes of power/control, trust, and safety with humanistic counseling practices considering CL's spirituality

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Client:** April Connolly (April Connolly)
**DOB:**

**CPT Homework:**

- Next session: Review with CL how alter feels about exploring positive memories in preparation for trauma processing of memories involving former boyfriends during adolescence.

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
September 29, 2022 at 3:36 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett
Provider License: LPCC #278538

Trauma Informed Counseling Center

Appointment: Individual Appointment on September 23, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24

**Observations:**

Cognitive Functioning: Disorganized

Affect: Appropriate

Mood: Anxious, Depressed

Interpersonal: Interactive

Functional Status: Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported through alter of intensified distress attributed to severe sx of PMS requiring urgent tx at hospital. CL's alter expressed that CL and other adult alters were fatigued and distressed from navigating physical/medical issues during the week. CL's alter reported increase of binge eating until physically engorged, in pain, and sick.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) Debrief of CL's Health Crisis Experience

3) CPT/IFS/MI: Binge Eating Episodes

- IT utilized EBP of IFS and integrated elements of Motivational Interviewing to explore present binge eating episodes. IT utilized EBP of CPT to cognitively process the experience of binging in events of crisis. IT explored with CL motivation for binging as well as motivation for replacing this self-soothing technique with healthier coping skills or decreasing eating to moderate amounts.

**CPT Intervention Phases Employed:**

- Phase 2 of CPT:(Sessions 2 through 4)
Working on Events, Thoughts, Feeiings

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

IT reviewed with CL tx plan and explored with CL integration of ART into tx. IT will send CL information about approach for review.

**Client:** April Connolly (April Connolly)
**DOB:**

**CPT Homework:**
- Next session: Follow up with CL about recovery.

**Treatment Recommendations:**
- Change Treatment Goals or Objecives

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
September 29, 2022 at 4:40 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:17 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on September 16, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported increasing dissociative experiences, blending, and identity confusion. CL reported that there was an alter re-emergence to repair a relational harm caused by the alter to CL's partner, which was successful within the context of couples counseling. CL reported that following this, a fusion occurred between multiple alters to consolidate relational skills to increase CL's success in relationship with partner. CL reported experiencing intense painful bodily sensation in genitals during the week however was able to utilize the ART interventions to decrease the sensation. CL experienced increased ability to function this week with some days still being challenging to fulfill basic personal needs.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CPT/Humanistic Counseling

- IT utilized CPT themes of Power/Control, Safety, and Trust integrated with strengths from CL's system of spirituality to explore with CL changing beliefs related to these themes which have increased CL's functioning within relationships.

3) IFS: Debrief of System Organization Changes

- IT utilized socratic questions to explore with CL the present impact on CL from the memory consolidation of positive childhood memories and impact on CL of recent and upcoming alter fusions.

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Power/Control, Esteem
- At CL's request, IT utilized integration of CPT themes of power/control, trust, and safety with humanistic counseling practices considering CL's spirituality

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

**Client:** April Connolly (April Connolly)
**DOB:**

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

IT reviewed with CL tx plan and explored with CL integration of ART into tx. IT will send CL information about approach for review.

**CPT Homework:**

- Next session: Explore with CL interest in use ART to help process memory to follow up with CL on former HW (CL will explore alter's recent reappearance relating to need of processing memory specific to the alter. CL will explore the "echo" which remained after bodily sensation left thru EBP of ART and its connection to her father (trauma memory).)

**Treatment Recommendations:**

- Change Treatment Goals or Objecives

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
September 16, 2022 at 8:14 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:19 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

Trauma Informed Counseling Center

# Diagnosis and treatment plan

**Diagnosis**

F43.12 - Post-traumatic stress disorder, chronic

F44.81 - Dissociative identity disorder

**Presenting Problem**

CL presents with sx meeting criteria of dissociative identity disorder with a hx of complex traumas

**Goal**

- CL will utilize skills to increase stability and functioning
- CL will explore/process thoughts and feelings stemming from complex traumas in childhood and adulthood
- CL will experience integration (fusion) of parts as internal resources and stability increases
- CL will have access to medication management and case management support to increase stability

**Objective**

- IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning
- IT will utilize CPT and ART to explore/process with CL complex traumas and to desensitize negative images, feelings, sensations related to traumas
- IT will utilize CBT and IFS to facilitate CL's pursuit of integration and understanding of internal systems
- IT will refer CL to medication management and targeted case management to increase CL's system of support

**Treatment frequency:** weekly

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
September 9, 2022 at 7:10 pm
IP address: 217.180.207.33

| | | |
|---|---|---|
| **Client:** | April Connolly (April Connolly) | |
| **DOB:** | | |
| **Provider:** | Michael Bennett | |
| **Provider License:** | LPCC #278538 | |

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on September 9, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

## CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24

**Observations:**

Cognitive Functioning: Preoccupied

Affect: Appropriate

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported increase of lower levels of dissociation/daydreaming/mindlessness and being forgetful of what has occurred during the week. CL reported experiencing intense painful bodily sensation in genitals which has been recurring for years, which CL believes is psychosomatic.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CPT/Humanistic Counseling

3) Accelerated Resolution Therapy (ART)

- Introduction
- 30 Minute script for sensations: IT utilized imaginal exposure, bilateral stimulation, metaphor, relaxation techniques, gestalt interventions, and in vivo exposure to address the painful bodily sensation in genitals reported by CL. Session appeared effective as evidenced by the CL's subject unit of distress being reduced from 9 to 0.
- CL reported curiosity about an "echo" of a sensation being present in the place of the painful sensation, but reported not being distressed. CL endorsed use of ART in future sessions.

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Power/Control, Esteem
- At CL's request, IT utilized integration of CPT themes of power/control and esteem with humanistic counseling practices considering CL's spirituality to assist CL in exploring and processing recent disturbing dream; CL was able to identify personal meaning from the processing of the dream and endorsed its useful for her present goals

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

**Client:** April Connolly (April Connolly)

**DOB:**

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

IT reviewed with CL tx plan and explored with CL integration of ART into tx. IT will send CL information about approach for review.

**CPT Homework:**

- CL will meet with IT in 7 days.
- CL will explore alter's recent reappearance relating to need of processing memory specific to the alter. CL will explore the "echo" which remained after bodily sensation left thru EBP of ART and its connection to her father (trauma memory).
- Next Session: Explore alter's memory with ART

**Treatment Recommendations:**

- Change Treatment Goals or Objecives

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
September 9, 2022 at 4:59 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on September 2, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24

**Observations:**

Cognitive Functioning: Circumstantial

Affect: Blunted

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported continued variable impairment in functionality in the past week including lack of sleep, lack of adherence to self-care, personal hygiene, and increased avoidance through watching television. CL reported increase of lower levels of dissociation/daydreaming/mindlessness and being forgetful of what has occurred during the week. CL reported continued distress in interpersonal relationship with spouse focused on communication and connection challenges.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CPT/IFS: Exploration of CL's Experience of Spirituality and its Implications for Present Experiences in DID System

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Trust, Power/Control
- IT and CL explored CL's interpretation of present experiences related to her spirituality and understanding herself as being stuck as a result of she having been avoiding the pain of processing traumatic memories
- IT and CL explored CPT trauma themes of trust and power to investigate CL's beliefs about personal power in processing traumatic memories as well as trusting self and spouse in present experiences

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

As needed, explore use of Johari Window strategy again to continue exploring barriers to insight and to increase perspective of when patience is needed or ego is needed less. See how Cl can engage spouse in this activity

**Client:** April Connolly (April Connolly)
**DOB:**

**CPT Homework:**

- CL will meet with IT in 7 days.
- CL will explore ways of increasing insight into practicing self-power and self-trust relating to further engaging DID System to process traumatic memories. CL will practice self-care following session to respond to present personal needs.

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
September 2, 2022 at 3:06 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

**Appointment:** Individual Appointment on August 26, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24
- Score Update
1 point decrease from last questionnaire

**Observations:**

Cognitive Functioning: Tangential

Affect: Blunted

Mood: Anxious

Interpersonal: Intermittently Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported improved experiences in communicating with spouse which has decreased interpersonal distress. CL reported increased impaired functionality in the past week including lack of sleep, lack of adherence to self-care, personal hygiene, and increased avoidance through watching television.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CPT/IFS: Exploration of CL's Experience of Patience

- Trust and Safety explored as themes related to patience

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Safety, Intimacy, Power/Control
- IT and CL explored the themes of safety and trust which influence CL's ability to practice patience.
- CL noted unable to practice patience if worried that something bad will happen
- IT and CL explored the protective factors present within CL's spirituality as ways to increase CL's resources for experiencing safety in self and universe that allows CL to practice patience

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Client:** April Connolly (April Connolly)
**DOB:**

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

Explore use of Johari Window again to continue exploring barriers to insight and to increase perspective of when patience is needed or ego is needed less. See how Cl can engage spouse in this activity

**CPT Homework:**

- CL will meet with IT in 7 days.
- CL will explore ways of increasing practice of patience by reframing narrative she using for patience from negative waiting to it being a beneficial process. CL will connect with spirituality as resource in increasing personal sense of safety and trust in process of waiting and practicing patience.

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
August 26, 2022 at 3:01 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:17 pm
IP address: 72.16.77.72

| | | |
|---|---|---|
| **Client:** | April Connolly (April Connolly) | |
| **DOB:** | | |
| **Provider:** | Michael Bennett | |
| **Provider License:** | LPCC #278538 | |

TICC Trauma Informed Counseling Center

**Appointment:** Individual Appointment on August 18, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

## CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24
- Score Update
1 point decrease from last questionnaire

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious

Interpersonal: Intermittently Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported continued avoidance mechanisms relating to interpersonal distress, continued emotional dysregulation and increase irritability following interpersonal conflict, intrusive negative thinking focused towards self and spouse relating to roles of blame and responsibility. CL reported being unable to communicate well with spouse and unsure of how to navigate interpersonal conflict. CL reported increased dysfunctionality within their relationship. CL did report increase desire to socialize instead of isolate and has attempted to achieve this.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CPT/IFS: Exploration of CL's Interpersonal Conflict with Spouse

- Explored CL's stuck points about personal safety relating to being blamed for something
- Explored CL's stuck points about personal power in communicating effectively needs in interpersonal conflicts

3) DBT: Explored application of DEARMAN, GIVE, and Chain Analysis

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Safety, Intimacy, Power/Control
- IT integrated EBP of DBT for application of interpersonal effectiveness skills and general skills of chain analysis to assist CL in increasing awareness of beliefs of safety surrounding interpersonal distress preventing CL to practice patience in relationship

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

**Client:** April Connolly (April Connolly)
**DOB:**

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

Explore use of Johari Window again to continue exploring barriers to insight and to increase perspective of when patience is needed or ego is needed less. See how Cl can engage spouse in this activity

**CPT Homework:**

- CL will meet with IT in 7 days.
- CL will explore ways of increasing practice of patience and decreasing ego within intepersonal conflicts through implementation of DBT skills DEARMAN, GIVE, and increasing awareness of personal patterns through use of Chain Analysis

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
August 18, 2022 at 3:00 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:16 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

**Appointment:** Individual Appointment on August 12, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24
- Score Update
1 point decrease from last questionnaire

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported experiencing avoidance sx, some emotional dysregulation, intrusive negative thinking focused towards self and relationship. CL reported being unable to accomplish daily tasks as she and spouse continue to adjust to new living environment. CL did report increase desire to socialize instead of isolate and has attempted to achieve this.

**CPT Content or Topics Discussed:**

1) Sx Assessment: PCL-5

2) CPT/IFS: Exploration of CL's DID System

- CL shared recent dream she experienced which caused her distress
- IT utilized integration of psychoanalysis dream theory and IFS strategies and socratic questions to explore with CL the dream experience, its possible symbolism and its relationship to present experiences within their DID System and explored with CL their vision of success in living with DID, which involves for them functional multiplicity.
- IT utilized CPT trauma themes and IFS strategies and socratic questions to explore with CL present experiences within their DID relating to challenges of insight (cl being unable to accurately perceive self and others based on CL's interpretation of dream as relating to a barrier to personal insight and need for increasing patience and decreasing ego)

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Safety, Esteem

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal

systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

Explore use of Johari Window again to continue exploring barriers to insight and to increase perspective of when patience is needed or ego is needed less. See how Cl can engage spouse in this activity

**CPT Homework:**

- CL will meet with IT in 7 days.
- CL will explore ways of increasing personal insight, patience and decreasing ego.

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
August 15, 2022 at 9:48 am
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on August 4, 2022
4:00 pm - 4:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

• PCL Score
25

• Score Update
6 point increase from last questionnaire

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

• None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported experiencing avoidance sx, some emotional dysregulation, intrusive negative thinking focused towards self and relationship. CL reported improved sleeping experiences attributed to medication efficacy. CL reported better moods in the last week and continued low productivity along with challenges in interpersonal communication with spouse. CL reported being unable to accomplish daily tasks as she and spouse continue to adjust to new living environment. CL did report increase desire to socialize instead of isolate and has attempted to achieve this.

**CPT Content or Topics Discussed:**

1) Sx Assessment: PCL-5

2) CL Updated about Present Stressor: Financial Stress, Short Term Disabilities

3) CPT/IFS: Exploration of CL's DID System

• IT utilized IFS strategies and socratic questions to explore with CL present experiences within their DID System and explored with CL their vision of success in living with DID, which involves for them functional multiplicity.

• IT utilized CPT trauma themes and IFS strategies and socratic questions to explore with CL present experiences within their DID relating to changes in view of self, identity, and relationships with others in support system (mother, spouse)

**CPT Intervention Phases Employed:**

• Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Safety, Esteem

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal

systems

**CPT Homework:**

- CL will meet with IT in 7 days.
- CL will take steps within personal power/control to create opportunities in which she can support spouse in a way that is healthy for her

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**



Signed by Michael Bennett
LPCC
August 4, 2022 at 5:09 pm
IP address: 198.160.139.1

**Client**



Signed by April Connolly
Client
November 19, 2022 at 4:17 pm
IP address: 72.16.77.72

| | |
|---|---|
| **Client:** | April Connolly (April Connolly) |
| **DOB:** | |
| **Provider:** | Michael Bennett |

TICC Trauma Informed Counseling Center

**Appointment:** Individual Appointment on July 29, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

## CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
19
- Score Update
no change

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported continued interpersonal impairment between she and spouse. CL reported increased impairment in sleep as well as increase of nightmares, increased irritability, low mood, low productivity, and challenges in interpersonal communication. CL reported being unable to accomplish daily tasks as she and spouse continue to adjust to new living environment.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CL Updated about Present Stressor: Financial Stress, Short Term Disabilities

3) IT utilized CPT theme of Power/Control and Safety

- IT and CL explored themes of power/control and safety related to CL's memories of trauma, alternate identities being stuck in traumatizing past, and processing memories while unpacking belongings for new house

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Safety, Power/Control

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**CPT Homework:**

**Client:** April Connolly (April Connolly)
**DOB:**

- CL will meet with IT in 6 days. Explore how client continues to experience guilt/shame for things done without knowledge
- CL will take steps within personal power/control to create opportunities in which she can support spouse in a way that is healthy for her

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
July 29, 2022 at 3:00 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:17 pm
IP address: 72.16.77.72

| | | |
|---|---|---|
| **Client:** | April Connolly (April Connolly) | |
| **DOB:** | | |
| **Provider:** | Michael Bennett | |

TICC Trauma Informed Counseling Center

**Appointment:** Individual Appointment on July 22, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
19
- Score Update
no change

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported increased interpersonal impairment between she and spouse as well as others as a result of ongoing and growing financial stressor. CL reported having increased negative intrusive thoughts towards self, and cognitive distortions leading to blaming self for present financial stressor even while she isn't responsible.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CL Updated about Present Stressor: Financial Stress

3) IT utilized CPT theme of Power/Control and Esteem (Self-Esteem) as frameworks for continuing discussion with CL about present financial stressor and its psychological impact on CL. IT integrated EBP of IFS with discussion of CPT themes by exploring CL's parts of self which are indicating presence of wounds from historical experiences of feeling that she 'isn't doing enough or is not good enough'

- CL reflected upon present stressor and how it triggers intrusive negative beliefs which cause her to feel guilty and then feel that she needs to enact unhelpful actions that lead to greater personal harm (e.g., trying to take on burden alone of resolving stressor)
- IT and CL explored what steps of problem-solving she could do within her level of power and control that she can accomplished which would also positive impact beliefs about self-esteem

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Esteem, Power/Control

**Treatment Plan Progress:**

**Client:** April Connolly (April Connolly)
**DOB:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

- Prospective Future Goal: CL wants to explore how to increase productivity, connect self to career/purpose in life. Provide CL with appropriate career focused questionnaire (O*NET, MAPP, Holland's RAISEC approach, etc.) to explore this when appropriate.

**CPT Homework:**

- CL will meet with IT in 7 days.
- CL will take steps within personal power/control to create opportunities in which she can support spouse in a way that is healthy for her

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
July 22, 2022 at 3:02 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:15 pm
IP address: 72.16.77.72

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett

Trauma Informed Counseling Center

Appointment: Individual Appointment on July 15, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
19
- Score Update
no change

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Euthymic

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported improved perspective about relationship following a conflict that she and spouse were able to practice effective communication skills and resolve. CL reported that she has been able to increase productivity with adjusting to house as a result of this and also practicing cognitive coping, selfcare, and relaxation skills. CL notes feeling more rested even while having some sleeping issues though sees improvement since medication management has been recently started.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CL Updated about Present Stressor: Housing Adjustment Stressor

- CL and CL's spouse are still adjusting as they unpack and organize home with adjustment distress increasing as they experience conflicts on communication and prioritization of housework.

3) IT utilized CPT themes of Intimacy (and Communication) and Power/Control as frameworks for continuing discussion with CL about present relational stressor and its psychological impact on CL. IT integrated EBP of IFS with discussion of CPT themes by exploring CL's parts of self which are indicating presence of wounds in relationship, their concerns, and their identified needs.

- CL reflected upon recent conflict which arose from the presence of problematic thinking patterns present in spouse's perspective about their situation. CL reflected upon cognitive coping skills she implemented to address this issue and was able to practice DBT interpersonal effectiveness skill to resolve the conflict.

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Intimacy (related to Communication in relationships), Power/Control

**Client:** April Connolly (April Connolly)
**DOB:**

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

- Prospective Future Goal: CL wants to explore how to increase productivity, connect self to career/purpose in life. Provide CL with appropriate career focused questionnaire (O*NET, MAPP, Holland's RAISEC approach, etc.) to explore this when appropriate.

**CPT Homework:**

- CL will meet with IT in 7 days.
- CL will explore with self and spouse concepts of marriage and its goal as well as the purpose of relational intimacy and sexual intimacy. CL will additionally explore the barrier which appears when mind preoccupies CL towards future during moments of intimacy preventing CL from being present in the moment.

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
July 15, 2022 at 3:00 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett

Trauma Informed Counseling Center

Appointment: Individual Appointment on July 11, 2022
1:00 pm - 1:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

## CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
19
- Score Update
no change

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Constricted

Mood: Anxious, Depressed

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported slowed but continued progress in unpacking and organizing the house and having increased adjustment distress focused towards new environment. CL reported ongoing relational distress with spouse due to barriers and impairments in communication skills resulting in conflict. CL reported continued impairment in relationship and significant distress still being present, particularly focused towards communication and intimacy impairments.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CL Updated about Present Stressor: Housing Adjustment Stressor

- CL and CL's spouse are still adjusting as they unpack and organize home with adjustment distress increasing as they experience conflicts on communication and prioritization of housework.

3) IT utilized CPT themes of Intimacy (and Communication) and Power/Control as frameworks for continuing discussion with CL about present relational stressor and its psychological impact on CL. IT integrated EBP of IFS with discussion of CPT themes by exploring CL's parts of self which are indicating presence of wounds in relationship, their concerns, and their identified needs.

- IT integrated EBP of IFS with discussion of CPT themes of intimacy and power/control to assist CL in exploring the barriers of intimacy that present from power/control related stuck points informed by former unhealthy and abusive relationships
- IT utilized cognitive coping strategies of challenging and refocusing to assist CL in navigating cognitive distortions based in overgeneralizing, oversimplifying, jumping to conclusions, and emotional reasoning. CL was able to identify the function and concerns of distortions via IFS strategy of connecting with these parts of Self as well as identifying new ways of thinking to assist self in better understanding present conflicts with spouse

**Client:** April Connolly (April Connolly)
**DOB:**

**CPT Intervention Phases Employed:**

• Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Intimacy (related to Communication in relationships), Power/Control

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

• Prospective Future Goal: CL wants to explore how to increase productivity, connect self to career/purpose in life. Provide CL with appropriate career focused questionnaire (O*NET, MAPP, Holland's RAISEC approach, etc.) to explore this when appropriate.

**CPT Homework:**

• CL will meet with IT in 4 days.

• CL will explore with self and spouse concepts of marriage and its goal as well as the purpose of relational intimacy and sexual intimacy. CL will additionally explore the barrier which appears when mind preoccupies CL towards future during moments of intimacy preventing CL from being present in the moment.

**Treatment Recommendations:**

• Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCA
July 15, 2022 at 12:02 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:17 pm
IP address: 72.16.77.72

| | |
|---|---|
| **Client:** | April Connolly (April Connolly) |
| **DOB:** | |
| **Provider:** | Michael Bennett |

TICC Trauma Informed Counseling Center

**Appointment:** Individual Appointment on July 15, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
19
- Score Update
no change

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Euthymic

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported improved perspective about relationship following a conflict that she and spouse were able to practice effective communication skills and resolve. CL reported that she has been able to increase productivity with adjusting to house as a result of this and also practicing cognitive coping, selfcare, and relaxation skills. CL notes feeling more rested even while having some sleeping issues though sees improvement since medication management has been recently started.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CL Updated about Present Stressor: Housing Adjustment Stressor

- CL and CL's spouse are still adjusting as they unpack and organize home with adjustment distress increasing as they experience conflicts on communication and prioritization of housework.

3) IT utilized CPT themes of Intimacy (and Communication) and Power/Control as frameworks for continuing discussion with CL about present relational stressor and its psychological impact on CL. IT integrated EBP of IFS with discussion of CPT themes by exploring CL's parts of self which are indicating presence of wounds in relationship, their concerns, and their identified needs.

- CL reflected upon recent conflict which arose from the presence of problematic thinking patterns present in spouse's perspective about their situation. CL reflected upon cognitive coping skills she implemented to address this issue and was able to practice DBT interpersonal effectiveness skill to resolve the conflict.

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Intimacy (related to Communication in relationships), Power/Control

**Client:** April Connolly (April Connolly)
**DOB:**

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

- Prospective Future Goal: CL wants to explore how to increase productivity, connect self to career/purpose in life. Provide CL with appropriate career focused questionnaire (O*NET, MAPP, Holland's RAISEC approach, etc.) to explore this when appropriate.

**CPT Homework:**

- CL will meet with IT in 7 days.
- CL will explore with self and spouse concepts of marriage and its goal as well as the purpose of relational intimacy and sexual intimacy. CL will additionally explore the barrier which appears when mind preoccupies CL towards future during moments of intimacy preventing CL from being present in the moment.

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
July 15, 2022 at 3:00 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett

Trauma Informed Counseling Center

Appointment: Individual Appointment on July 11, 2022
1:00 pm - 1:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
19
- Score Update
no change

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Constricted

Mood: Anxious, Depressed

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported slowed but continued progress in unpacking and organizing the house and having increased adjustment distress focused towards new environment. CL reported ongoing relational distress with spouse due to barriers and impairments in communication skills resulting in conflict. CL reported continued impairment in relationship and significant distress still being present, particularly focused towards communication and intimacy impairments.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CL Updated about Present Stressor: Housing Adjustment Stressor

- CL and CL's spouse are still adjusting as they unpack and organize home with adjustment distress increasing as they experience conflicts on communication and prioritization of housework.

3) IT utilized CPT themes of Intimacy (and Communication) and Power/Control as frameworks for continuing discussion with CL about present relational stressor and its psychological impact on CL. IT integrated EBP of IFS with discussion of CPT themes by exploring CL's parts of self which are indicating presence of wounds in relationship, their concerns, and their identified needs.

- IT integrated EBP of IFS with discussion of CPT themes of intimacy and power/control to assist CL in exploring the barriers of intimacy that present from power/control related stuck points informed by former unhealthy and abusive relationships
- IT utilized cognitive coping strategies of challenging and refocusing to assist CL in navigating cognitive distortions based in overgeneralizing, oversimplifying, jumping to conclusions, and emotional reasoning. CL was able to identify the function and concerns of distortions via IFS strategy of connecting with these parts of Self as well as identifying new ways of thinking to assist self in better understanding present conflicts with spouse

**Client:** April Connolly (April Connolly)
**DOB:**

**CPT Intervention Phases Employed:**

• Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Intimacy (related to Communication in relationships), Power/Control

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

• Prospective Future Goal: CL wants to explore how to increase productivity, connect self to career/purpose in life. Provide CL with appropriate career focused questionnaire (O*NET, MAPP, Holland's RAISEC approach, etc.) to explore this when appropriate.

**CPT Homework:**

• CL will meet with IT in 4 days.

• CL will explore with self and spouse concepts of marriage and its goal as well as the purpose of relational intimacy and sexual intimacy. CL will additionally explore the barrier which appears when mind preoccupies CL towards future during moments of intimacy preventing CL from being present in the moment.

**Treatment Recommendations:**

• Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCA
July 15, 2022 at 12:02 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:17 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett

TICC Trauma Informed Counseling Center

**Appointment:** Individual Appointment on June 24, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
  19
- Score Update
  no change

**Observations:**

Cognitive Functioning: Circumstantial

Affect: Labile

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported making progress in unpacking and organizing the house decreasing adjustment distress reported one week ago. CL reported improved communication with spouse also decreasing interpersonal focused distress. CL reported continued impairment in relationship and significant distress still being present, particularly focused towards communication and intimacy impairments.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CL Updated about Present Stressor: Housing Stressor

- CL and CL's spouse are still adjusting as they unpack and organize home with adjustment distress decreasing as the house becomes more organized.

3) IT utilized CPT themes of Intimacy (and Communication) and Power/Control as frameworks for discussing CL's present relational stressor and its psychological impact on CL. IT integrated EBP of IFS with discussion of CPT themes by exploring CL's parts of self which are indicating presence of wounds in relationship, their concerns, and their identified needs.

- IT integrated EBP of IFS with discussion of CPT themes of intimacy and power/control to assist CL in exploring the barriers of intimacy that present from power/control related stuck points informed by former unhealthy and abusive relationships

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
  Exploring Trauma Themes: Intimacy (related to Communication in relationships), Power/Control

**Treatment Plan Progress:**

**Client:** April Connolly (April Connolly)
**DOB:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

- Prospective Future Goal: CL wants to explore how to increase productivity, connect self to career/purpose in life. Provide CL with appropriate career focused questionnaire (O*NET, MAPP, Holland's RAISEC approach, etc.) to explore this when appropriate.

**CPT Homework:**

- CL will meet with IT in 7 days.
- CL will explore with self and spouse concepts of marriage and its goal as well as the purpose of relational intimacy and sexual intimacy. CL will additionally explore the barrier which appears when mind preoccupies CL towards future during moments of intimacy preventing CL from being present in the moment.

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCA
June 24, 2022 at 9:49 pm
IP address: 198.160.139.1

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:16 pm
IP address: 72.16.77.72

| | | |
|---|---|---|
| **Client:** | April Connolly (April Connolly) | |
| **DOB:** | | |
| **Provider:** | Michael Bennett | |

TICC Trauma Informed Counseling Center

**Appointment:** Individual Appointment on June 17, 2022
2:00 pm - 2:50 pm, 50 min
90837, 00002

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
19
- Score Update
no change

**Observations:**

Cognitive Functioning: Circumstantial

Affect: Labile

Mood: Dysphoric

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL as host self (no alters present) presented in session initially demonstrating labile affect focused towards dysphoric perception about relationship with spouse. CL reported incident having occurred earlier in day in which she and spouse experienced communication challenges leading to unmet needs of both. CL reported having to coping via isolation, meditation, and cognitive coping. CL expressed understanding present adjustment stressors intensifying situation as they have moved into new home this week.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

- IT utilized socratic questions to explore with CL presenting affect and beliefs focused towards recent upsetting experience

2) CL Updated about Present Stressor: Housing Stressor

- CL and CL's spouse have moved into new home, still adjusting as they unpack and organize home.
- CL reports continued distress coming from this adjustment

3) IT utilized CPT themes of Intimacy (and Communication) and Power/Control as frameworks for discussing CL's present relational stressor and its psychological impact on CL. IT integrated EBP of IFS with discussion of CPT themes by exploring CL's parts of self which are indicating presence of wounds in relationship, their concerns, and their identified needs.

- IT explored with CL her problem-solving skills and instructed CL in practicing IFS strategy of self-leadership to guide parts of self in identifying helpful ways of addressing concerns of wounded parts.
- IT explored with CL and CL's spouse the proposed resolution (marriage counseling) and processed with both CL and CL's spouse their needs and goals related to marriage counseling
- IT informed CL and CL's spouse will seek out and provide referral services

**Client:** April Connolly (April Connolly)
**DOB:**

**CPT Intervention Phases Employed:**

• Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Intimacy (related to Communication in relationships), Power/Control

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

• CL requested referral for marriage counseling.

• Prospective Future Goal: CL wants to explore how to increase productivity, connect self to career/purpose in life. Provide CL with appropriate career focused questionnaire (O*NET, MAPP, Holland's RAISEC approach, etc.) to explore this when appropriate.

**CPT Homework:**

• CL will meet with IT in 7 days.

• CL and CL spouse will follow up on marriage therapy referral

**Treatment Recommendations:**

• Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCA
June 17, 2022 at 4:06 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:15 pm
IP address: 72.16.77.72

| | | |
|---|---|---|
| **Client:** | April Connolly (April Connolly) | |
| **DOB:** | | |
| **Provider:** | Michael Bennett | |

TIC Trauma Informed Counseling Center

**Appointment:** Individual Appointment on June 13, 2022
3:00 pm - 3:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
19
- Score Update
no change

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

- CL reported improved mood and functioning since being able to begin medication again after script refill. CL reported continued adjustment distress due to living situation crisis as well as navigating increasing interpersonal stressor with spouse. CL attributes this to change in schedule with moving into home, that staying at hotel will be extended again until June 13th. **adjustment distress**
- CL reported that she and spouse will be living in the hotel until mid June.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

- IT utilized socratic questions based on DSM-5 dx criteria of PTSD and DID. IT explored these sx with CL who presented in session with new (re-emerged) alter

2) CL Updated about Present Stressor: Housing Stressor

- CL and CL's spouse reported increased distress focused towards moving into new home
- CL and CL' spouse explored problem-solving solutions to present stressor that addresses both of their communicated needs

3) IT utilized CPT themes of Intimacy and Power/Control as frameworks for discussing CL's present stressors and their psychological impact on CL. IT integrated EBP of IFS with discussion of CPT themes by exploring CL's D.I.D. System experience of present interpersonal and life adjustment stressors by increasing CL's connection to self-power and exploring skills to develop greater communication, understanding, and intimacy with spouse amidst present housing stressors

- CL reported that an alter has re-emerged after last presence was during middle school. Along with the re-emergence of this alter came resurfacing memories.

**Client:** April Connolly (April Connolly)
**DOB:**

• CL reported improved functionality with the presence of re-emerged alter as this alter has assisted in problem-solving and balancing assertiveness in communicating needs and expectations along with partner's communicated desire to not be confrontational.

• CL as alter reported role as being a scapegoat, understands that this is how they are perceived, but doesn't ascribe to this as impacting their view of self. CL as alter is only concerned with resolving present stressors and is not upset by others' perceptions of CL's alter being a scapegoat.

**CPT Intervention Phases Employed:**

• Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Intimacy, Power/Control

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

Prospective Future Goal: CL wants to explore how to increase productivity, connect self to career/purpose in life. Provide CL with appropriate career focused questionnaire (O*NET, MAPP, Holland's RAISEC approach, etc.) to explore this when appropriate.

**CPT Homework:**

• CL will meet with IT in four days.

• CL and CL spouse will increase communication efforts utilizing skills practiced in session to ensure both needs are being acknowledged and addressed during time of housing adjustment.

**Treatment Recommendations:**

• Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCA
June 13, 2022 at 5:49 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:19 pm
IP address: 72.16.77.72

| | | |
|---|---|---|
| **Client:** | April Connolly (April Connolly) | |
| **DOB:** | | |
| **Provider:** | Michael Bennett | |

**Appointment:** Individual Appointment on June 3, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

## CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
19
- Score Update
no change

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

- CL reported improved mood and functioning since being able to begin medication again after script refill. CL reported continued adjustment distress due to living situation crisis as well as navigating increasing interpersonal stressor with spouse. CL attributes this to change in schedule with moving into home, that staying at hotel will be extended again until June 13th. **adjustment distress**
- CL reported that she and spouse will be living in the hotel until mid June.

**CPT Content or Topics Discussed:**

1) Sx Assessment

2) CL Updated about Present Stressor: Housing Stressor

3) IT utilized CPT themes of Intimacy and Power/Control as frameworks for discussing CL's present stressors and their psychological impact on CL. IT integrated EBP of IFS with discussion of CPT themes by exploring CL's D.I.D. System experience of present interpersonal and life adjustment stressors by increasing CL's connection to self-power and exploring skills to develop greater intimacy with spouse

- CL reported that alter was required to come to front to assist CL in functioning with interpersonal distress with spouse because CL's window of tolerance was decreased; CL and IT reviewed relaxation practices and problem-solving techniques to improve functioning in future
- CL reported distress around experience of codependency patterns appearing in relationship and having challenges in navigating them with spouse

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Intimacy, Power/Control

**Client:** April Connolly (April Connolly)

**DOB:**

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

Next session: CL wants to explore how to increase productivity, connect self to career/purpose in life

**CPT Homework:**

- CL will meet with IT in one week.
- CL will continue practice relaxation and coping skills to assist her functioning and distress tolerance.
- CL will complete vocational questionnaires to help her explore vocational interests

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCA
June 3, 2022 at 3:06 pm
IP address: 198.160.139.1

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

Samuel D. Payne
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

December 27, 2022

**VIA U.S. MAIL & FACSIMILE: # (603) 334-0380**

The Lincoln National Life Insurance Co.
Attn.: Disability & Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |
| | **Date of Birth:** | |
| | **Social Security No.:** | |

Dear Mr. Boling:

As you know, this firm represents April Connolly on her long-term disability ["LTD"] benefits under the Plan/Policy referenced above. As further support for this claim, we are attaching records from Michael Bennett, LPCA -- Therapist at The Trauma–Informed Counseling Center; with the following dates:

- 12/9/2022
- 12/2/2022
- 11/22/2022
- 11/18/2022
- 11/8/2022
- 11/4/2022
- 11/1/2022
- 10/21/2022
- 10/18/2022
- 10/13/2022
- 10/11/2022
- 10/7/2022
- 10/4/2022
- 9/29/2022
- 9/23/2022
- 9/16/2022

- 9/9/2022
- 9/2/2022
- 8/26/2022
- 8/18/2022
- 8/12/2022
- 8/4/2022
- 7/29/2022
- 7/22/2022
- 7/15/2022
- 7/11/2022
- 6/24/2022
- 6/17/2022
- 6/13/2022
- 6/3/2022
- 5/17/2022

Please understand that all medical records and other sensitive documentation tendered for this claim are to be maintained as CONFIDENTIAL, used only on a need-to-know basis for handling our client's LTD claim.

Thank you for your cooperation, and please let us know if there are any questions.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp
Enclosures (*as noted)

cc: Ms. Connolly (w/o encl.)

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on December 9, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

### Subjective Complaint:

CL reported that she has been physically sick which has impacted her mood and intensified her dissociative experiences of switching with alters. CL expressed that a child alter has been mostly present at the front due to their ability to endure, and at times suppress, negative emotions and sensations. CL reported following spiritual experience with her spiritual leader increased awareness of needs within the DID System related to processing traumas and developing skills to better functionality and stability. CL additionally reported continued distress in relationship, although observes some improvement following their increased collaboration with spouse and reviewing marriage/relationships resources.

### Objective Findings:

IT utilized EBP of CBT to explore and process with CL distress focused around physical ailment and coping via dissociation. IT explored with CL coping strategies to assist in recovery process and to decrease burden to dissociative system and alters. IT utilized integration of EBP of IFS strategies self-energy and self-leadership with EBP of humanistic counseling principles acknowledging CL's spirituality as a source of strength and insight. IT utilized this integration of modalities to explore and process with CL her perception of present DID System experiences following the spiritual experience of guidance received from spiritual leader. IT utilized socratic questions to explore with CL her understanding that relational conflict and distress is related to the spiritual insight gained. IT utilized EBP of IFS to guide CL in practicing self-energy and self-leadership from IFS modality to increase self-awareness and collaboration within DID System related to goals of improving relationship with spouse.

### Assessment of Progress with current medication:

CL reported experiencing physical ailment which has impacted their mood and functionality. CL reported that they perceive some positive changes in relationship with spouse as they continue practicing collaborative and communication skills. No medication updates reported by CL at this time.

### Plans for Next Session

CL will meet with IT in one week. Continue exploring alters needs/concerns and functions related to improving relationship with spouse. Explore processing distressing events as these memories appear.

### Provider

Michael Bennett

Signed by Michael Bennett
LPCC
December 12, 2022 at 4:54 pm
IP address: 217.180.207.33

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on December 2, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

### Subjective Complaint:

Cl reported having experienced interpersonal distress during visit to family for holiday. CL expressed that while she experienced distress, she was able to differentiate the level of distress being lower than the distress experienced last year during holiday visit. CL reported that she has had lingering feelings of distress and uncertainty since receiving a letter from mother detailing mother's perception of CL's childhood trauma experiences. CL expressed that a part of her feels guilty following letter-reception due to mother's language in letter, citing mother's potential use of emotional manipulation. CL additionally reported increased relational anxiety with spouse focused towards his distress was coping with and navigating CL's dx of DID.

### Objective Findings:

IT utilized integration of EBP of CBT strategies cognitive processing with EBP of IFS strategies self-energy and self-leadership to explore and process with CL her thoughts and feelings attributed to interpersonal distress involving mother and spouse. IT utilized EBP of IFS to explore with CL how she experiences the roles of alters in these relationships, their concerns, and their patterns of supporting CL in navigating these relationships. IT utilized socratic questions and cognitive restructuring while exploring with CL and alters their relational dynamics with CL's mother and spouse. IT utilized EBP of DBT to review with CL Interpersonal Effectiveness skills of DEARMAN and FAST for communicating needs and boundaries as well as Mindfulness skill Balancing the Dialectics and Radical Acceptance to explore ways of balancing alternate views of experiences different from our own experience in relationships. IT guided CL in practicing self-energy and self-leadership from IFS modality towards parts of self to communicate guidance and direction to parts of self desiring to support CL in improving relationships.

### Assessment of Progress with current medication:

CL reported decreased functionality following increase of intrusive sx, depressed mood, irritability, loss of motivation/energy. CL reported limited levels of functionality allowing her to read and explore creative hobbies.

- Medication: No present updates from CL about medication

### Plans for Next Session

CL will meet with IT in one week. Follow up with CL about their practice of skills to help navigate and improve relationships as desired.

### Provider

Michael Bennett

Signed by Michael Bennett
LPCC
December 12, 2022 at 4:08 pm
IP address: 217.180.207.33

Trauma Informed Counseling Center

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

**Appointment:** Individual Appointment on November 22, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

## Subjective Complaint:

CL reported that she is presently working on a writing project focused towards DID resource building. CL expressed having realization that she has been practicing avoidance by hyper-focusing on spiritual growth while neglecting pursuit of growth in other areas of life, namely relationships with spouse and family as well as continued post-traumatic growth. CL explained that she has been using spiritual experiences as a way of coping, but by becoming consumed with this she began avoiding other areas. CL expressed the need to shift from avoidance mechanisms to reconnecting with effective coping and healing strategies that bring growth to other areas.

## Objective Findings:

IT utilized integration of EBP of IFS strategies self-energy and self-leadership with EBP of humanistic counseling principles acknowledging CL's spirituality as a source of strength and insight. IT utilized this integration of modalities to explore and process with CL her experiences of spiritual growth becoming experiences of avoidance and how to increase awareness of this shift to prevent it from occurring in the future. IT utilized EBP of cognitive reframing to assist CL's in broadening awareness of this experience, its impact, and ways to engage without causing imbalance in other areas of life. IT guided CL in practicing self-energy and self-leadership from IFS modality to communicate guidance and direction to parts of self gravitating towards avoidance practices to instead practice balance of pursuit of growth in all areas.

## Assessment of Progress with current medication:

- CL reported continued optimistic perspective about progress gained in increasing awareness of self and DID system. CL reported becoming more self-aware of needs involving her relationship with spouse and family needing attention.
- Medication: No present updates from CL about medication

## Plans for Next Session

CL will meet with IT in one week. Follow up with CL about their identified steps of increasing focus towards areas of relationship effectiveness and trauma processing.

## Provider

Michael Bennett

Signed by Michael Bennett
LPCC
December 12, 2022 at 3:28 pm
IP address: 217.180.207.33

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on November 18, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

## Subjective Complaint:

CL reported experiencing relief of distress and negative emotional experiences formerly attributed to the lingering presence and impact of a symbiotic spiritual energy that she had become aware of having formerly misidentifying it as an alter within her DID system. CL described the process of spiritual cleansing that she pursued through her system of spirituality. CL expressed that this resulted in being released from the attachment which has allowed CL to continue experience healing relating to how she experiences and expressed the emotion of anger. CL disclosed that the spiritual cleansing allowed for a formerly repressed alter to re-emerge as an alter integrated with two other former alters. This alter presented in session, engaged with IT, and demonstrated intentions in supporting CL's continued stabilization and trauma processing goals, which includes creatively writing a book about their tx and process of trauma recovery.

## Objective Findings:

IT utilized integration of EBP of IFS strategies self-energy and self-leadership with EBP of humanistic counseling principles acknowledging CL's spirituality as a source of strength and insight. IT utilized this integration of modalities to explore and process with CL her perception of present DID System experiences following the spiritual cleansing resulting in becoming detached from the entity. IT utilized EBO of cognitive reframing to assist CL's perspective of increased personal power/control contrasted with former experiences influenced by lens of trauma. IT guided CL in practicing self-energy and self-leadership from IFS modality to increase self-awareness and collaboration within DID System.

## Assessment of Progress with current medication:

- CL reported decreased hypervigilance, decreased fears and fear-based decision making. CL reported increased curiosity allowing her to explore self, System, and experiences without anxiety.
- CL reported continued optimistic perspective about progress gained in increasing awareness of self and DID system. CL reported positive outcome of integrating spirituality as a strength/support and tool for self-exploration and relief.

## Plans for Next Session

CL will meet with IT in four days. Follow up with CL about their identified steps of organizing interests according to values and scheduling how she will engage these through the week to combat feeling listless or uncertain of what to do.

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
November 18, 2022 at 3:46 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:19 pm
IP address: 72.16.77.72

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett
Provider License: LPCC #278538

TICC Trauma Informed Counseling Center

Appointment: Individual Appointment on November 8, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

**Subjective Complaint:**

Cl reported recent interaction with mother that resulted in conflicting feelings, including acknowledgment of positive change in relationship but also uncertainty about future interactions and how this impacts present boundaries in relationship. CL additionally reported experiencing increase of physical pain which has impacted mood and functioning. CL reported increased awareness of the impact of a symbiotic spiritual entity upon how she experiences emotions, particularly fear and anxiety. CL reported that this awareness has given hope for soon changes in experiences of isolation and depression, which were formerly informed by the fear and anxiety, as she works to disconnecting self from the entity.

**Objective Findings:**

IT utilized socratic questions and EBP of CBT to explore with CL present thoughts and feelings focused towards relationship and interactions with mother. IT utilized socratic questions centered in principles of EBP of DBT to explore with CL present applications of interpersonal effectiveness skills to utilize within relationship with mother and future interactions. IT utilized integration of EBP of IFS strategies self-energy and self-leadership with EBP of humanistic counseling principles acknowledging CL's spirituality as a source of strength and insight. IT utilized this integration of modalities to explore and process with CL her perception of the experience of the entity and its impact upon her experience of emotions.

**Assessment of Progress with current medication:**

- CL reported awareness of little progress in addressing the presence and impact of the entity but acknowledges with the appropriate tx via spirituality there will be relief and progress experences. CL reported optimistic perspective about this progress and its near future impact on self and functioning with a DID system.
- CL reported that she believes there is enough progress present to return to 1x/week sessions.

**Plans for Next Session**

CL will meet with IT in one week.

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
November 21, 2022 at 3:58 pm
IP address: 217.180.207.33

**Client**

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett
Provider License: LPCC #278538

Appointment: Individual Appointment on November 4, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

## Subjective Complaint:

- Cl reported continued improved anxiety and mood following last session's unburdening of trauma. CL expressed being able to experience relief from its psychological burden and feels more open to capacity to love.
- CL reported moderate distress attributed to increased awareness of the lingering presence and impact of a symbiotic spiritual energy which she originally understood to be an alter within her DID system. CL expressed interest in exploring/processing this information and its impact.

## Objective Findings:

IT utilized integration of EBP of IFS strategies self-energy and self-leadership with EBP of humanistic counseling principles acknowledging CL's spirituality as a source of strength and insight. IT utilized this integration of modalities to explore and process with CL her perception of the experience of the entity as well as CL's experience of personal power/control in being able to resolve this experience. IT guided CL in practicing self-energy from IFS modality to understand her own intent and feelings towards the spiritual entity. IT guided CL in self-leadership focused towards how CL desires future de-attachment experiences with this entity as she increases self-empowerment, strengths, and takes steps towards goals.

## Assessment of Progress with current medication:

CL reported optimistic perspective about progress gained in increasing awareness of self, DID system, and ways of improving functionality within relationship where she has historically been impaired. CL expressed belief that integration of spirituality as a strength/support and tool for self-exploration has been beneficial to her process of increasing self-awareness, empowerment, and functionality within relationship.

## Plans for Next Session

CL will meet with IT in four days. Follow up with CL about their perception of changes occurring over the weekend following events related to cl's spirituality practices to support personal growth.

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
November 4, 2022 at 10:14 pm
IP address: 24.209.24.204

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

Created on Nov 4, 2022 at 3:02 pm. Last updated on Nov 4, 2022 at 10:14 pm.
Locked and Signed by Michael Bennett on Nov 4, 2022 at 10:14 pm.

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on November 1, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# SOAP Note

## Subjective Complaint:

- Cl reported continued anxiety focused towards interpersonal conflict with CL's spouse. CL expressed that she has experienced a re-organization of DID System involving splitting and fusion of alters resulting in three primary alters and the CL. CL reported optimistically about this development thus far and perceives it as necessary for successful relationship with spouse.
- CL reported need for exploring a former traumatizing relationship termination which continues to impact CL's present relationship and ability to experience and give love due to presence of mistrust and fear of betrayal. CL reported experiencing 7 points on SUD scale of the emotions of mistrust and fear of betrayal.

## Objective Findings:

IT utilized EBP of ART strategies imaginal exposure, bilateral stimulation integrated with use of meditative state, metaphor, relaxation techniques, gestalt interventions, and in vivo exposure to address the impact of former traumatizing relationship termination upon the CL in forming mistrust, fear of betrayal, and pain of regret.

## Assessment of Progress with current medication:

Session appeared effective as evidenced by the client's reported decrease of subject unit of distress from 7 to 0. CL reported observing self being comforted by angels and being able to release to them the pain of regret which symbolized a failed dream. CL reported that this allowed herself to process grief and also feel light where previously she felt darkness and pain. CL identified other areas where pain was felt in mind-body system and indicated that she will meditate on these areas to promote further growth.

## Plans for Next Session

CL will meet with IT in four days. Follow up with CL about their meditation on areas of pain and if need for processing in tx.

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
November 1, 2022 at 4:43 pm
IP address: 198.160.139.1

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:17 pm
IP address: 72.16.77.72

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett
Provider License: LPCC #278538

Appointment: Individual Appointment on October 21, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Tangential

Affect: Blunted

Mood: Anxious

Interpersonal: Interactive

Functional Status: Impaired

PTSD Assessment: PCL-5

**Current or Presenting Risk Factors:**

- None
- Homicidal Ideation

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

Cl reported continued anxiety focused towards interpersonal conflict with CL's spouse. CL expressed that she is experiencing re-organization of DID System involving splitting and fusion of alters resulting in three primary alters and the CL. CL reports optimistically about this development and perceives it as supporting her goals in improving relationship with spouse where there has been dysfunction.

**DBT Content and Topics Explored:**

1) Sx Assessment: Socratic Questions

2) DBT: Mindfulness

- IT utilized EBP of DBT strategy mindfulness to explore with CL intentional self-care practices following increased awareness of personal needs

**DBT Modules Employed:**

- Mindfulness Skill Building
Exploration of mindfulness as self-care practices

**DBT Progress Toward Treatment Goals:**

IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

**DBT Skill Building Plan for Next Session:**

Review CL's practice of Mindfulness self-care skills

**Current DBT Recommendations/Homework:**

**Client:** April Connolly (April Connolly)

**DOB:**

• Continue Current Therapeutic Focus

As part of CL's mindfulness self-care skills, cl will create new schedule that includes self care time, communication windows with spouse, inner work

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
October 21, 2022 at 4:33 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:19 pm
IP address: 72.16.77.72

| | |
|---|---|
| **Client:** | April Connolly (April Connolly) |
| **DOB:** | |
| **Provider:** | Michael Bennett |
| **Provider License:** | LPCC #278538 |

**Appointment:** Individual Appointment on October 18, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self
- Utilizing the Therapeutic alliance to achieve change

**Observations:**

Cognitive Functioning: Circumstantial
Affect: Constricted
Mood: Anxious
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: PCL-5

**Current or Presenting Risk Factors:**

- None
- Homicidal Ideation

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

Cl reported intensified anxiety focused towards interpersonal conflict with CL's spouse.

**DBT Content and Topics Explored:**

1) Sx Assessment: Socratic Questions
2) DBT: Validation

- IT and CL explored practices of validation to be used within relationship with spouse in contrast to judgment

**DBT Modules Employed:**

- Interpersonal Effectiveness Skill Building
Validation

**DBT Progress Toward Treatment Goals:**

IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

**DBT Skill Building Plan for Next Session:**

Review CL's practice of Validation and explore emotion regulation and distress tolerance to assist cl in increasing window of tolerance and to challenge self to increase awareness of personal blind spots which may cause harm to spouse

**Current DBT Recommendations/Homework:**

- Continue Current Therapeutic Focus
Review of Validation & Reality Checking

**Client:** April Connolly (April Connolly)

**DOB:**

### Provider

Michael Bennett

Signed by Michael Bennett
LPCC
October 18, 2022 at 8:30 pm
IP address: 24.209.24.204

### Client

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett
Provider License: LPCC #278538

Trauma Informed Counseling Center

Appointment: Individual Appointment on October 13, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24

**Observations:**

Cognitive Functioning: Disorganized
Affect: Constricted
Mood: Depressed
Interpersonal: Interactive
Functional Status: Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

Cl reported difficulty in thinking during session and that this was present since the night prior when CL began to rapidly switch with alters. CL also reported gap in memory. CL's executive functioning is low today. CL reported anxiety and worry focused towards disability hearing that is tomorrow.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions
2) CPT: Beliefs on Emotions

**CPT Intervention Phases Employed:**

- Phase 2 of CPT:(Sessions 2 through 4)
Working on Events, Thoughts, and Feelings
- IT and CL reviewed the beliefs identified about emotions from the last session as well as how these beliefs continue to guide CL presently
- IT and CL explored how these beliefs influence decreased distress tolerance which prompts CL's patterns of smoking as a coping mechanism

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

- CL reported interested in ART sessions focused towards decreasing smoking habits
- CL reported needing to increase sessions to 2x/week due to recent increase of distress following passing of pet, financial stressors, and also wanting to prepare for trauma memory processing

**Client:** April Connolly (April Connolly)

**DOB:**

**CPT Homework:**

- CL will meet with IT in two days. CL will practice acceptance of bothersome emotions.
- Next session: Follow up with CL about disability hearing. Explore with CL distress tolerance and emotion regulation skills to support CL's acceptance of these emotions to lead to healthier responses. Shift back to DBT skills.
- Upcoming sessions: Review with CL how alter feels about exploring positive memories in preparation for trauma processing of memories involving former boyfriends during adolescence.

**Treatment Recommendations:**

- Change Treatment Goals or Objecives

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
October 13, 2022 at 2:53 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on October 11, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24

**Observations:**

Cognitive Functioning: Preoccupied

Affect: Blunted

Mood: Depressed

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported continuing to experience grief following the tragic death of pet. CL reported experiencing interpersonal distress and relationship anxiety with spouse which was exacerbated by the death of the pet, complicated grief and reactive behavioral patterns, cognitive distortions, and non-communication patterns.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CPT: Beliefs on Emotions

**CPT Intervention Phases Employed:**

- Phase 2 of CPT:(Sessions 2 through 4)
Working on Events, Thoughts, and Feelings
- IT explored with CL the beliefs that govern her responses to upsetting and overwhelming emotions of frustration, sadness, and annoyance
- CL reported inability to tolerate experiences of these feelings, stating that she will very quickly dissociate to cope with these emotions.
- IT and CL explored alternative responses to emotions based on new awareness

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

- CL reported interested in ART sessions focused towards decreasing smoking habits
- CL reported needing to increase sessions to 2x/week due to recent increase of distress following passing of pet, financial

**Client:** April Connolly (April Connolly)
**DOB:**

stressors, and also wanting to prepare for trauma memory processing

**CPT Homework:**

- CL will meet with IT in two days. CL will practice acceptance of bothersome emotions.
- Next session: Follow up with CL about engagement with the emotions that are bothersome and overwhelming. Explore with CL distress tolerance and emotion regulation skills to support CL's acceptance of these emotions to lead to healthier responses. Shift back to DBT skills.
- Upcoming sessions: Review with CL how alter feels about exploring positive memories in preparation for trauma processing of memories involving former boyfriends during adolescence.

**Treatment Recommendations:**

- Change Treatment Goals or Objecives

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
October 12, 2022 at 2:09 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:17 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on October 7, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24

**Observations:**

Cognitive Functioning: Tangential

Affect: Blunted

Mood: Depressed

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported continuing to experience grief following the death of her pet and anxiety attributed to navigating grief process with spouse. CL reported feeling distressed about decision to renew nursing license and the implications of decision relating to financial distress of student loan debt.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CPT: Decision upon Vocation/Renewing Nursing License

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Power/Control, Esteem
- IT utilized integration EBP of IFS with CPT themes of power/control and esteem to explore with CL present concern of renewing nursing license.
- IT and CL explored the implications of renewing license to CL's sense of self-esteem and self-power

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

- CL reported interested in ART sessions focused towards decreasing smoking habits
- CL reported needing to increase sessions to 2x/week due to recent increase of distress following passing of pet, financial stressors, and also wanting to prepare for trauma memory processing

**Client:** April Connolly (April Connolly)

**DOB:**

**CPT Homework:**

- CL will meet with IT in four days
- Next session: Review with CL how alter feels about exploring positive memories in preparation for trauma processing of memories involving former boyfriends during adolescence.

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Signed by Michael Bennett
LPCC
October 7, 2022 at 3:02 pm
IP address: 217.180.207.33

**Client**

Signed by April Connolly
Client
November 19, 2022 at 4:15 pm
IP address: 72.16.77.72

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett
Provider License: LPCC #278538

Trauma Informed Counseling Center

Appointment: Individual Appointment on October 4, 2022
3:00 pm - 3:50 pm, 50 min
Psychotherapy for Crisis, 60 min, 90839

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

• PCL Score
24

**Observations:**

Cognitive Functioning: Preoccupied

Affect: Labile

Mood: Dysphoric

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

• None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported tragedy of pet passing away while CL and spouse were traveling for a weekend vacation. CL reported that this event has deeply impacted her, increasing intense negative beliefs of self, feelings of guilt.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) IFS/CPT: Crisis of Pet Death

**CPT Intervention Phases Employed:**

• Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Power/Control, Esteem

• At CL's request, IT utilized integration of CPT themes of power/control, trust and esteem with humanistic counseling practices considering CL's spirituality to explore with CL her grief process and emotions of grief, guilt, anger, desire for blame-placement based on the event of her pet's death

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**CPT Homework:**

• CL will meet with IT in four days. Return to tx goals.

• Next session: Review with CL how alter feels about exploring positive memories in preparation for trauma processing of memories involving former boyfriends during adolescence.

**Treatment Recommendations:**

**Client:** April Connolly (April Connolly)
**DOB:**

• Continue Current Therapeutic Focus

**Provider**

Signed by Michael Bennett
LPCC
October 4, 2022 at 4:03 pm
IP address: 217.180.207.33

**Client**

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

TICC Trauma Informed Counseling Center

**Appointment:** Individual Appointment on September 29, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

• PCL Score
24

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

• None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

Cl reported improvements in distress level since last session after being able to recover physically. Cl reported on continued dissociative experiences and described a recent positive re-organization of DID system which has resulted in the fusion of all alters between five remaining alters, including the CL's host identity. Cl reported experiencing moderate distress focused towards recent and imminent experiences of social engagements.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) IFS/CPT: Debrief of System Organization Changes

• IT utilized EBP of IFS to explore with CL the recent reorganization of DID System and the fusion of alters. IT utilized socratic questions with CL to assist CL in increasing awareness of internal processes and dynamics of the restructuring. IT utilized socratic questions to explore with CL any present anxiousness. CL identified that she and alters felt optimistically about this and that it was another step towards stabilization goal of functional multiplicity.

• IT and CL explored with CL her present beliefs about self, power/control, and safety following these changes.

**CPT Intervention Phases Employed:**

• Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Power/Control, Esteem

• At CL's request, IT utilized integration of CPT themes of power/control, trust, and safety with humanistic counseling practices considering CL's spirituality

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Client:** April Connolly (April Connolly)

**DOB:**

**CPT Homework:**

• Next session: Review with CL how alter feels about exploring positive memories in preparation for trauma processing of memories involving former boyfriends during adolescence.

**Treatment Recommendations:**

• Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
September 29, 2022 at 3:36 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

**Appointment:** Individual Appointment on September 23, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24

**Observations:**

Cognitive Functioning: Disorganized

Affect: Appropriate

Mood: Anxious, Depressed

Interpersonal: Interactive

Functional Status: Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported through alter of intensified distress attributed to severe sx of PMS requiring urgent tx at hospital. CL's alter expressed that CL and other adult alters were fatigued and distressed from navigating physical/medical issues during the week. CL's alter reported increase of binge eating until physically engorged, in pain, and sick.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) Debrief of CL's Health Crisis Experience

3) CPT/IFS/MI: Binge Eating Episodes

- IT utilized EBP of IFS and integrated elements of Motivational Interviewing to explore present binge eating episodes. IT utilized EBP of CPT to cognitively process the experience of binging in events of crisis. IT explored with CL motivation for binging as well as motivation for replacing this self-soothing technique with healthier coping skills or decreasing eating to moderate amounts.

**CPT Intervention Phases Employed:**

- Phase 2 of CPT:(Sessions 2 through 4)
Working on Events, Thoughts, Feelings

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

IT reviewed with CL tx plan and explored with CL integration of ART into tx. IT will send CL information about approach for review.

**Client:** April Connolly (April Connolly)
**DOB:**

### CPT Homework:

- Next session: Follow up with CL about recovery.

### Treatment Recommendations:

- Change Treatment Goals or Objecives

**Provider**

Signed by Michael Bennett
LPCC
September 29, 2022 at 4:40 pm
IP address: 217.180.207.33

**Client**

Signed by April Connolly
Client
November 19, 2022 at 4:17 pm
IP address: 72.16.77.72

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett
Provider License: LPCC #278538

Trauma Informed Counseling Center

Appointment: Individual Appointment on September 16, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported increasing dissociative experiences, blending, and identity confusion. CL reported that there was an alter re-emergence to repair a relational harm caused by the alter to CL's partner, which was successful within the context of couples counseling. CL reported that following this, a fusion occurred between multiple alters to consolidate relational skills to increase CL's success in relationship with partner. CL reported experiencing intense painful bodily sensation in genitals during the week however was able to utilize the ART interventions to decrease the sensation. CL experienced increased ability to function this week with some days still being challenging to fulfill basic personal needs.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CPT/Humanistic Counseling

- IT utilized CPT themes of Power/Control, Safety, and Trust integrated with strengths from CL's system of spirituality to explore with CL changing beliefs related to these themes which have increased CL's functioning within relationships.

3) IFS: Debrief of System Organization Changes

- IT utilized socratic questions to explore with CL the present impact on CL from the memory consolidation of positive childhood memories and impact on CL of recent and upcoming alter fusions.

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Power/Control, Esteem
- At CL's request, IT utilized integration of CPT themes of power/control, trust, and safety with humanistic counseling practices considering CL's spirituality

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

**Client:** April Connolly (April Connolly)
**DOB:**

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

IT reviewed with CL tx plan and explored with CL integration of ART into tx. IT will send CL information about approach for review.

**CPT Homework:**

- Next session: Explore with CL interest in use ART to help process memory to follow up with CL on former HW (CL will explore alter's recent reappearance relating to need of processing memory specific to the alter. CL will explore the "echo" which remained after bodily sensation left thru EBP of ART and its connection to her father (trauma memory).)

**Treatment Recommendations:**

- Change Treatment Goals or Objecives

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
September 16, 2022 at 8:14 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:19 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

Trauma Informed Counseling Center

# Diagnosis and treatment plan

## Diagnosis

F43.12 - Post-traumatic stress disorder, chronic

F44.81 - Dissociative identity disorder

### Presenting Problem

CL presents with sx meeting criteria of dissociative identity disorder with a hx of complex traumas

### Goal

- CL will utilize skills to increase stability and functioning
- CL will explore/process thoughts and feelings stemming from complex traumas in childhood and adulthood
- CL will experience integration (fusion) of parts as internal resources and stability increases
- CL will have access to medication management and case management support to increase stability

### Objective

- IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning
- IT will utilize CPT and ART to explore/process with CL complex traumas and to desensitize negative images, feelings, sensations related to traumas
- IT will utilize CBT and IFS to facilitate CL's pursuit of integration and understanding of internal systems
- IT will refer CL to medication management and targeted case management to increase CL's system of support

**Treatment frequency:** weekly

## Provider

Michael Bennett

Signed by Michael Bennett
LPCC
September 9, 2022 at 7:10 pm
IP address: 217.180.207.33

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett
Provider License: LPCC #278538

Appointment: Individual Appointment on September 9, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

## CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24

**Observations:**

Cognitive Functioning: Preoccupied

Affect: Appropriate

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported increase of lower levels of dissociation/daydreaming/mindlessness and being forgetful of what has occurred during the week. CL reported experiencing intense painful bodily sensation in genitals which has been recurring for years, which CL believes is psychosomatic.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CPT/Humanistic Counseling

3) Accelerated Resolution Therapy (ART)

- Introduction
- 30 Minute script for sensations: IT utilized imaginal exposure, bilateral stimulation, metaphor, relaxation techniques, gestalt interventions, and in vivo exposure to address the painful bodily sensation in genitals reported by CL. Session appeared effective as evidenced by the CL's subject unit of distress being reduced from 9 to 0.
- CL reported curiosity about an "echo" of a sensation being present in the place of the painful sensation, but reported not being distressed. CL endorsed use of ART in future sessions.

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Power/Control, Esteem
- At CL's request, IT utilized integration of CPT themes of power/control and esteem with humanistic counseling practices considering CL's spirituality to assist CL in exploring and processing recent disturbing dream; CL was able to identify personal meaning from the processing of the dream and endorsed its useful for her present goals

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

**Client:** April Connolly (April Connolly)

**DOB:**

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

IT reviewed with CL tx plan and explored with CL integration of ART into tx. IT will send CL information about approach for review.

**CPT Homework:**

- CL will meet with IT in 7 days.
- CL will explore alter's recent reappearance relating to need of processing memory specific to the alter. CL will explore the "echo" which remained after bodily sensation left thru EBP of ART and its connection to her father (trauma memory).
- Next Session: Explore alter's memory with ART

**Treatment Recommendations:**

- Change Treatment Goals or Objecives

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
September 9, 2022 at 4:59 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

**Appointment:** Individual Appointment on September 2, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24

**Observations:**

Cognitive Functioning: Circumstantial

Affect: Blunted

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported continued variable impairment in functionality in the past week including lack of sleep, lack of adherence to self-care, personal hygiene, and increased avoidance through watching television. CL reported increase of lower levels of dissociation/daydreaming/mindlessness and being forgetful of what has occurred during the week. CL reported continued distress in interpersonal relationship with spouse focused on communication and connection challenges.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CPT/IFS: Exploration of CL's Experience of Spirituality and its Implications for Present Experiences in DID System

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Trust, Power/Control
- IT and CL explored CL's interpretation of present experiences related to her spirituality and understanding herself as being stuck as a result of she having been avoiding the pain of processing traumatic memories
- IT and CL explored CPT trauma themes of trust and power to investigate CL's beliefs about personal power in processing traumatic memories as well as trusting self and spouse in present experiences

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

As needed, explore use of Johari Window strategy again to continue exploring barriers to insight and to increase perspective of when patience is needed or ego is needed less. See how Cl can engage spouse in this activity

**Client:** April Connolly (April Connolly)
**DOB:**

**CPT Homework:**

- CL will meet with IT in 7 days.
- CL will explore ways of increasing insight into practicing self-power and self-trust relating to further engaging DID System to process traumatic memories. CL will practice self-care following session to respond to present personal needs.

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
September 2, 2022 at 3:06 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett
Provider License: LPCC #278538

Trauma Informed Counseling Center

Appointment: Individual Appointment on August 26, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24
- Score Update
1 point decrease from last questionnaire

**Observations:**

Cognitive Functioning: Tangential

Affect: Blunted

Mood: Anxious

Interpersonal: Intermittently Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported improved experiences in communicating with spouse which has decreased interpersonal distress. CL reported increased impaired functionality in the past week including lack of sleep, lack of adherence to self-care, personal hygiene, and increased avoidance through watching television.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CPT/IFS: Exploration of CL's Experience of Patience

- Trust and Safety explored as themes related to patience

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Safety, Intimacy, Power/Control
- IT and CL explored the themes of safety and trust which influence CL's ability to practice patience.
- CL noted unable to practice patience if worried that something bad will happen
- IT and CL explored the protective factors present within CL's spirituality as ways to increase CL's resources for experiencing safety in self and universe that allows CL to practice patience

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Client:** April Connolly (April Connolly)

**DOB:**

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

Explore use of Johari Window again to continue exploring barriers to insight and to increase perspective of when patience is needed or ego is needed less. See how Cl can engage spouse in this activity

**CPT Homework:**

- CL will meet with IT in 7 days.
- CL will explore ways of increasing practice of patience by reframing narrative she using for patience from negative waiting to it being a beneficial process. CL will connect with spirituality as resource in increasing personal sense of safety and trust in process of waiting and practicing patience.

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
August 26, 2022 at 3:01 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:17 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on August 18, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24
- Score Update
1 point decrease from last questionnaire

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious

Interpersonal: Intermittently Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported continued avoidance mechanisms relating to interpersonal distress, continued emotional dysregulation and increase irritability following interpersonal conflict, intrusive negative thinking focused towards self and spouse relating to roles of blame and responsibility. CL reported being unable to communicate well with spouse and unsure of how to navigate interpersonal conflict. CL reported increased dysfunctionality within their relationship. CL did report increase desire to socialize instead of isolate and has attempted to achieve this.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CPT/IFS: Exploration of CL's Interpersonal Conflict with Spouse

- Explored CL's stuck points about personal safety relating to being blamed for something
- Explored CL's stuck points about personal power in communicating effectively needs in interpersonal conflicts

3) DBT: Explored application of DEARMAN, GIVE, and Chain Analysis

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Safety, Intimacy, Power/Control
- IT integrated EBP of DBT for application of interpersonal effectiveness skills and general skills of chain analysis to assist CL in increasing awareness of beliefs of safety surrounding interpersonal distress preventing CL to practice patience in relationship

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

**Client:** April Connolly (April Connolly)

**DOB:**

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

Explore use of Johari Window again to continue exploring barriers to insight and to increase perspective of when patience is needed or ego is needed less. See how Cl can engage spouse in this activity

**CPT Homework:**

- CL will meet with IT in 7 days.
- CL will explore ways of increasing practice of patience and decreasing ego within intepersonal conflicts through implementation of DBT skills DEARMAN, GIVE, and increasing awareness of personal patterns through use of Chain Analysis

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
August 18, 2022 at 3:00 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:16 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

**Appointment:** Individual Appointment on August 12, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
24
- Score Update
1 point decrease from last questionnaire

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported experiencing avoidance sx, some emotional dysregulation, intrusive negative thinking focused towards self and relationship. CL reported being unable to accomplish daily tasks as she and spouse continue to adjust to new living environment. CL did report increase desire to socialize instead of isolate and has attempted to achieve this.

**CPT Content or Topics Discussed:**

1) Sx Assessment: PCL-5

2) CPT/IFS: Exploration of CL's DID System

- CL shared recent dream she experienced which caused her distress
- IT utilized integration of psychoanalysis dream theory and IFS strategies and socratic questions to explore with CL the dream experience, its possible symbolism and its relationship to present experiences within their DID System and explored with CL their vision of success in living with DID, which involves for them functional multiplicity.
- IT utilized CPT trauma themes and IFS strategies and socratic questions to explore with CL present experiences within their DID relating to challenges of insight (cl being unable to accurately perceive self and others based on CL's interpretation of dream as relating to a barrier to personal insight and need for increasing patience and decreasing ego)

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Safety, Esteem

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal

**Client:** April Connolly (April Connolly)

**DOB:**

systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

Explore use of Johari Window again to continue exploring barriers to insight and to increase perspective of when patience is needed or ego is needed less. See how Cl can engage spouse in this activity

**CPT Homework:**

- CL will meet with IT in 7 days.
- CL will explore ways of increasing personal insight, patience and decreasing ego.

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
August 15, 2022 at 9:48 am
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC #278538

Trauma Informed Counseling Center

**Appointment:** Individual Appointment on August 4, 2022
4:00 pm - 4:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
25
- Score Update
6 point increase from last questionnaire

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported experiencing avoidance sx, some emotional dysregulation, intrusive negative thinking focused towards self and relationship. CL reported improved sleeping experiences attributed to medication efficacy. CL reported better moods in the last week and continued low productivity along with challenges in interpersonal communication with spouse. CL reported being unable to accomplish daily tasks as she and spouse continue to adjust to new living environment. CL did report increase desire to socialize instead of isolate and has attempted to achieve this.

**CPT Content or Topics Discussed:**

1) Sx Assessment: PCL-5

2) CL Updated about Present Stressor: Financial Stress, Short Term Disabilities

3) CPT/IFS: Exploration of CL's DID System

- IT utilized IFS strategies and socratic questions to explore with CL present experiences within their DID System and explored with CL their vision of success in living with DID, which involves for them functional multiplicity.
- IT utilized CPT trauma themes and IFS strategies and socratic questions to explore with CL present experiences within their DID relating to changes in view of self, identity, and relationships with others in support system (mother, spouse)

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Safety, Esteem

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal

**Client:** April Connolly (April Connolly)

**DOB:**

systems

**CPT Homework:**

- CL will meet with IT in 7 days.
- CL will take steps within personal power/control to create opportunities in which she can support spouse in a way that is healthy for her

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
August 4, 2022 at 5:09 pm
IP address: 198.160.139.1

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:17 pm
IP address: 72.16.77.72

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett

Trauma Informed Counseling Center

Appointment: Individual Appointment on July 29, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
19
- Score Update
no change

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported continued interpersonal impairment between she and spouse. CL reported increased impairment in sleep as well as increase of nightmares, increased irritability, low mood, low productivity, and challenges in interpersonal communication. CL reported being unable to accomplish daily tasks as she and spouse continue to adjust to new living environment.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CL Updated about Present Stressor: Financial Stress, Short Term Disabilities

3) IT utilized CPT theme of Power/Control and Safety

- IT and CL explored themes of power/control and safety related to CL's memories of trauma, alternate identities being stuck in traumatizing past, and processing memories while unpacking belongings for new house

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Safety, Power/Control

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**CPT Homework:**

**Client:** April Connolly (April Connolly)
**DOB:**

- CL will meet with IT in 6 days. Explore how client continues to experience guilt/shame for things done without knowledge
- CL will take steps within personal power/control to create opportunities in which she can support spouse in a way that is healthy for her

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Signed by Michael Bennett
LPCC
July 29, 2022 at 3:00 pm
IP address: 217.180.207.33

**Client**

Signed by April Connolly
Client
November 19, 2022 at 4:17 pm
IP address: 72.16.77.72

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett

Trauma Informed Counseling Center

Appointment: Individual Appointment on July 22, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

## CPT Standard Progress Note

**PCL Assessment Indicators:**

• PCL Score
19

• Score Update
no change

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

• None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported increased interpersonal impairment between she and spouse as well as others as a result of ongoing and growing financial stressor. CL reported having increased negative intrusive thoughts towards self, and cognitive distortions leading to blaming self for present financial stressor even while she isn't responsible.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CL Updated about Present Stressor: Financial Stress

3) IT utilized CPT theme of Power/Control and Esteem (Self-Esteem) as frameworks for continuing discussion with CL about present financial stressor and its psychological impact on CL. IT integrated EBP of IFS with discussion of CPT themes by exploring CL's parts of self which are indicating presence of wounds from historical experiences of feeling that she 'isn't doing enough or is not good enough'

• CL reflected upon present stressor and how it triggers intrusive negative beliefs which cause her to feel guilty and then feel that she needs to enact unhelpful actions that lead to greater personal harm (e.g., trying to take on burden alone of resolving stressor)

• IT and CL explored what steps of problem-solving she could do within her level of power and control that she can accomplished which would also positive impact beliefs about self-esteem

**CPT Intervention Phases Employed:**

• Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Esteem, Power/Control

**Treatment Plan Progress:**

**Client:** April Connolly (April Connolly)

**DOB:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

- Prospective Future Goal: CL wants to explore how to increase productivity, connect self to career/purpose in life. Provide CL with appropriate career focused questionnaire (O*NET, MAPP, Holland's RAISEC approach, etc.) to explore this when appropriate.

**CPT Homework:**

- CL will meet with IT in 7 days.
- CL will take steps within personal power/control to create opportunities in which she can support spouse in a way that is healthy for her

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Signed by Michael Bennett
LPCC
July 22, 2022 at 3:02 pm
IP address: 217.180.207.33

**Client**

Signed by April Connolly
Client
November 19, 2022 at 4:15 pm
IP address: 72.16.77.72

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett

Trauma Informed Counseling Center

Appointment: Individual Appointment on July 15, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
19
- Score Update
no change

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Euthymic

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported improved perspective about relationship following a conflict that she and spouse were able to practice effective communication skills and resolve. CL reported that she has been able to increase productivity with adjusting to house as a result of this and also practicing cognitive coping, selfcare, and relaxation skills. CL notes feeling more rested even while having some sleeping issues though sees improvement since medication management has been recently started.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CL Updated about Present Stressor: Housing Adjustment Stressor

- CL and CL's spouse are still adjusting as they unpack and organize home with adjustment distress increasing as they experience conflicts on communication and prioritization of housework.

3) IT utilized CPT themes of Intimacy (and Communication) and Power/Control as frameworks for continuing discussion with CL about present relational stressor and its psychological impact on CL. IT integrated EBP of IFS with discussion of CPT themes by exploring CL's parts of self which are indicating presence of wounds in relationship, their concerns, and their identified needs.

- CL reflected upon recent conflict which arose from the presence of problematic thinking patterns present in spouse's perspective about their situation. CL reflected upon cognitive coping skills she implemented to address this issue and was able to practice DBT interpersonal effectiveness skill to resolve the conflict.

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Intimacy (related to Communication in relationships), Power/Control

**Client:** April Connolly (April Connolly)
**DOB:**

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

- Prospective Future Goal: CL wants to explore how to increase productivity, connect self to career/purpose in life. Provide CL with appropriate career focused questionnaire (O*NET, MAPP, Holland's RAISEC approach, etc.) to explore this when appropriate.

**CPT Homework:**

- CL will meet with IT in 7 days.
- CL will explore with self and spouse concepts of marriage and its goal as well as the purpose of relational intimacy and sexual intimacy. CL will additionally explore the barrier which appears when mind preoccupies CL towards future during moments of intimacy preventing CL from being present in the moment.

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
July 15, 2022 at 3:00 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett

Trauma Informed Counseling Center

Appointment: Individual Appointment on July 11, 2022
1:00 pm - 1:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
19
- Score Update
no change

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Constricted

Mood: Anxious, Depressed

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported slowed but continued progress in unpacking and organizing the house and having increased adjustment distress focused towards new environment. CL reported ongoing relational distress with spouse due to barriers and impairments in communication skills resulting in conflict. CL reported continued impairment in relationship and significant distress still being present, particularly focused towards communication and intimacy impairments.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CL Updated about Present Stressor: Housing Adjustment Stressor

- CL and CL's spouse are still adjusting as they unpack and organize home with adjustment distress increasing as they experience conflicts on communication and prioritization of housework.

3) IT utilized CPT themes of Intimacy (and Communication) and Power/Control as frameworks for continuing discussion with CL about present relational stressor and its psychological impact on CL. IT integrated EBP of IFS with discussion of CPT themes by exploring CL's parts of self which are indicating presence of wounds in relationship, their concerns, and their identified needs.

- IT integrated EBP of IFS with discussion of CPT themes of intimacy and power/control to assist CL in exploring the barriers of intimacy that present from power/control related stuck points informed by former unhealthy and abusive relationships
- IT utilized cognitive coping strategies of challenging and refocusing to assist CL in navigating cognitive distortions based in overgeneralizing, oversimplifying, jumping to conclusions, and emotional reasoning. CL was able to identify the function and concerns of distortions via IFS strategy of connecting with these parts of Self as well as identifying new ways of thinking to assist self in better understanding present conflicts with spouse

**Client:** April Connolly (April Connolly)
**DOB:**

**CPT Intervention Phases Employed:**

• Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Intimacy (related to Communication in relationships), Power/Control

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

• Prospective Future Goal: CL wants to explore how to increase productivity, connect self to career/purpose in life. Provide CL with appropriate career focused questionnaire (O*NET, MAPP, Holland's RAISEC approach, etc.) to explore this when appropriate.

**CPT Homework:**

• CL will meet with IT in 4 days.

• CL will explore with self and spouse concepts of marriage and its goal as well as the purpose of relational intimacy and sexual intimacy. CL will additionally explore the barrier which appears when mind preoccupies CL towards future during moments of intimacy preventing CL from being present in the moment.

**Treatment Recommendations:**

• Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCA
July 15, 2022 at 12:02 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:17 pm
IP address: 72.16.77.72

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett

Appointment: Individual Appointment on July 15, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

• PCL Score
19

• Score Update
no change

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Euthymic

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

• None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported improved perspective about relationship following a conflict that she and spouse were able to practice effective communication skills and resolve. CL reported that she has been able to increase productivity with adjusting to house as a result of this and also practicing cognitive coping, selfcare, and relaxation skills. CL notes feeling more rested even while having some sleeping issues though sees improvement since medication management has been recently started.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CL Updated about Present Stressor: Housing Adjustment Stressor

• CL and CL's spouse are still adjusting as they unpack and organize home with adjustment distress increasing as they experience conflicts on communication and prioritization of housework.

3) IT utilized CPT themes of Intimacy (and Communication) and Power/Control as frameworks for continuing discussion with CL about present relational stressor and its psychological impact on CL. IT integrated EBP of IFS with discussion of CPT themes by exploring CL's parts of self which are indicating presence of wounds in relationship, their concerns, and their identified needs.

• CL reflected upon recent conflict which arose from the presence of problematic thinking patterns present in spouse's perspective about their situation. CL reflected upon cognitive coping skills she implemented to address this issue and was able to practice DBT interpersonal effectiveness skill to resolve the conflict.

**CPT Intervention Phases Employed:**

• Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Intimacy (related to Communication in relationships), Power/Control

**Client:** April Connolly (April Connolly)
**DOB:**

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

• Prospective Future Goal: CL wants to explore how to increase productivity, connect self to career/purpose in life. Provide CL with appropriate career focused questionnaire (O*NET, MAPP, Holland's RAISEC approach, etc.) to explore this when appropriate.

**CPT Homework:**

• CL will meet with IT in 7 days.

• CL will explore with self and spouse concepts of marriage and its goal as well as the purpose of relational intimacy and sexual intimacy. CL will additionally explore the barrier which appears when mind preoccupies CL towards future during moments of intimacy preventing CL from being present in the moment.

**Treatment Recommendations:**

• Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC
July 15, 2022 at 3:00 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett

**Appointment:** Individual Appointment on July 11, 2022
1:00 pm - 1:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
19
- Score Update
no change

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Constricted

Mood: Anxious, Depressed

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported slowed but continued progress in unpacking and organizing the house and having increased adjustment distress focused towards new environment. CL reported ongoing relational distress with spouse due to barriers and impairments in communication skills resulting in conflict. CL reported continued impairment in relationship and significant distress still being present, particularly focused towards communication and intimacy impairments.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CL Updated about Present Stressor: Housing Adjustment Stressor

- CL and CL's spouse are still adjusting as they unpack and organize home with adjustment distress increasing as they experience conflicts on communication and prioritization of housework.

3) IT utilized CPT themes of Intimacy (and Communication) and Power/Control as frameworks for continuing discussion with CL about present relational stressor and its psychological impact on CL. IT integrated EBP of IFS with discussion of CPT themes by exploring CL's parts of self which are indicating presence of wounds in relationship, their concerns, and their identified needs.

- IT integrated EBP of IFS with discussion of CPT themes of intimacy and power/control to assist CL in exploring the barriers of intimacy that present from power/control related stuck points informed by former unhealthy and abusive relationships
- IT utilized cognitive coping strategies of challenging and refocusing to assist CL in navigating cognitive distortions based in overgeneralizing, oversimplifying, jumping to conclusions, and emotional reasoning. CL was able to identify the function and concerns of distortions via IFS strategy of connecting with these parts of Self as well as identifying new ways of thinking to assist self in better understanding present conflicts with spouse

**Client:** April Connolly (April Connolly)

**DOB:**

**CPT Intervention Phases Employed:**

• Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Intimacy (related to Communication in relationships), Power/Control

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

• Prospective Future Goal: CL wants to explore how to increase productivity, connect self to career/purpose in life. Provide CL with appropriate career focused questionnaire (O*NET, MAPP, Holland's RAISEC approach, etc.) to explore this when appropriate.

**CPT Homework:**

• CL will meet with IT in 4 days.

• CL will explore with self and spouse concepts of marriage and its goal as well as the purpose of relational intimacy and sexual intimacy. CL will additionally explore the barrier which appears when mind preoccupies CL towards future during moments of intimacy preventing CL from being present in the moment.

**Treatment Recommendations:**

• Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCA
July 15, 2022 at 12:02 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:17 pm
IP address: 72.16.77.72

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett

Trauma Informed Counseling Center

Appointment: Individual Appointment on June 24, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
19
- Score Update
no change

**Observations:**

Cognitive Functioning: Circumstantial

Affect: Labile

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL reported making progress in unpacking and organizing the house decreasing adjustment distress reported one week ago. CL reported improved communication with spouse also decreasing interpersonal focused distress. CL reported continued impairment in relationship and significant distress still being present, particularly focused towards communication and intimacy impairments.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

2) CL Updated about Present Stressor: Housing Stressor

- CL and CL's spouse are still adjusting as they unpack and organize home with adjustment distress decreasing as the house becomes more organized.

3) IT utilized CPT themes of Intimacy (and Communication) and Power/Control as frameworks for discussing CL's present relational stressor and its psychological impact on CL. IT integrated EBP of IFS with discussion of CPT themes by exploring CL's parts of self which are indicating presence of wounds in relationship, their concerns, and their identified needs.

- IT integrated EBP of IFS with discussion of CPT themes of intimacy and power/control to assist CL in exploring the barriers of intimacy that present from power/control related stuck points informed by former unhealthy and abusive relationships

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Intimacy (related to Communication in relationships), Power/Control

**Treatment Plan Progress:**

**Client:** April Connolly (April Connolly)

**DOB:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

- Prospective Future Goal: CL wants to explore how to increase productivity, connect self to career/purpose in life. Provide CL with appropriate career focused questionnaire (O*NET, MAPP, Holland's RAISEC approach, etc.) to explore this when appropriate.

**CPT Homework:**

- CL will meet with IT in 7 days.
- CL will explore with self and spouse concepts of marriage and its goal as well as the purpose of relational intimacy and sexual intimacy. CL will additionally explore the barrier which appears when mind preoccupies CL towards future during moments of intimacy preventing CL from being present in the moment.

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCA
June 24, 2022 at 9:49 pm
IP address: 198.160.139.1

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:16 pm
IP address: 72.16.77.72

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett

Trauma Informed Counseling Center

Appointment: Individual Appointment on June 17, 2022
2:00 pm - 2:50 pm, 50 min
90837, 00002

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
19
- Score Update
no change

**Observations:**

Cognitive Functioning: Circumstantial

Affect: Labile

Mood: Dysphoric

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

CL as host self (no alters present) presented in session initially demonstrating labile affect focused towards dysphoric perception about relationship with spouse. CL reported incident having occurred earlier in day in which she and spouse experienced communication challenges leading to unmet needs of both. CL reported having to coping via isolation, meditation, and cognitive coping. CL expressed understanding present adjustment stressors intensifying situation as they have moved into new home this week.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

- IT utilized socratic questions to explore with CL presenting affect and beliefs focused towards recent upsetting experience

2) CL Updated about Present Stressor: Housing Stressor

- CL and CL's spouse have moved into new home, still adjusting as they unpack and organize home.
- CL reports continued distress coming from this adjustment

3) IT utilized CPT themes of Intimacy (and Communication) and Power/Control as frameworks for discussing CL's present relational stressor and its psychological impact on CL. IT integrated EBP of IFS with discussion of CPT themes by exploring CL's parts of self which are indicating presence of wounds in relationship, their concerns, and their identified needs.

- IT explored with CL her problem-solving skills and instructed CL in practicing IFS strategy of self-leadership to guide parts of self in identifying helpful ways of addressing concerns of wounded parts.
- IT explored with CL and CL's spouse the proposed resolution (marriage counseling) and processed with both CL and CL's spouse their needs and goals related to marriage counseling
- IT informed CL and CL's spouse will seek out and provide referral services

**Client:** April Connolly (April Connolly)
**DOB:**

**CPT Intervention Phases Employed:**

• Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Intimacy (related to Communication in relationships), Power/Control

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

• CL requested referral for marriage counseling.

• Prospective Future Goal: CL wants to explore how to increase productivity, connect self to career/purpose in life. Provide CL with appropriate career focused questionnaire (O*NET, MAPP, Holland's RAISEC approach, etc.) to explore this when appropriate.

**CPT Homework:**

• CL will meet with IT in 7 days.

• CL and CL spouse will follow up on marriage therapy referral

**Treatment Recommendations:**

• Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCA
June 17, 2022 at 4:06 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:15 pm
IP address: 72.16.77.72

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett

Appointment: Individual Appointment on June 13, 2022
3:00 pm - 3:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
19
- Score Update
no change

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious

Interpersonal: Interactive

Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

- CL reported improved mood and functioning since being able to begin medication again after script refill. CL reported continued adjustment distress due to living situation crisis as well as navigating increasing interpersonal stressor with spouse. CL attributes this to change in schedule with moving into home, that staying at hotel will be extended again until June 13th. **adjustment distress**
- CL reported that she and spouse will be living in the hotel until mid June.

**CPT Content or Topics Discussed:**

1) Sx Assessment: Socratic Questions

- IT utilized socratic questions based on DSM-5 dx criteria of PTSD and DID. IT explored these sx with CL who presented in session with new (re-emerged) alter

2) CL Updated about Present Stressor: Housing Stressor

- CL and CL's spouse reported increased distress focused towards moving into new home
- CL and CL' spouse explored problem-solving solutions to present stressor that addresses both of their communicated needs

3) IT utilized CPT themes of Intimacy and Power/Control as frameworks for discussing CL's present stressors and their psychological impact on CL. IT integrated EBP of IFS with discussion of CPT themes by exploring CL's D.I.D. System experience of present interpersonal and life adjustment stressors by increasing CL's connection to self-power and exploring skills to develop greater communication, understanding, and intimacy with spouse amidst present housing stressors

- CL reported that an alter has re-emerged after last presence was during middle school. Along with the re-emergence of this alter came resurfacing memories.

**Client:** April Connolly (April Connolly)

**DOB:**

- CL reported improved functionality with the presence of re-emerged alter as this alter has assisted in problem-solving and balancing assertiveness in communicating needs and expectations along with partner's communicated desire to not be confrontational.
- CL as alter reported role as being a scapegoat, understands that this is how they are perceived, but doesn't ascribe to this as impacting their view of self. CL as alter is only concerned with resolving present stressors and is not upset by others' perceptions of CL's alter being a scapegoat.

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Intimacy, Power/Control

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

Prospective Future Goal: CL wants to explore how to increase productivity, connect self to career/purpose in life. Provide CL with appropriate career focused questionnaire (O*NET, MAPP, Holland's RAISEC approach, etc.) to explore this when appropriate.

**CPT Homework:**

- CL will meet with IT in four days.
- CL and CL spouse will increase communication efforts utilizing skills practiced in session to ensure both needs are being acknowledged and addressed during time of housing adjustment.

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCA
June 13, 2022 at 5:49 pm
IP address: 217.180.207.33

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:19 pm
IP address: 72.16.77.72

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett

Trauma Informed Counseling Center

Appointment: Individual Appointment on June 3, 2022
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# CPT Standard Progress Note

**PCL Assessment Indicators:**

- PCL Score
19
- Score Update
no change

**Observations:**

Cognitive Functioning: Oriented / Alert
Affect: Appropriate
Mood: Anxious
Interpersonal: Interactive
Functional Status: Variably Impaired

**Client Risk Factors:**

- None

**Current Functioning, Current PTSD Symptoms, or Impairments significantly impacting clients life:**

- CL reported improved mood and functioning since being able to begin medication again after script refill. CL reported continued adjustment distress due to living situation crisis as well as navigating increasing interpersonal stressor with spouse. CL attributes this to change in schedule with moving into home, that staying at hotel will be extended again until June 13th. **adjustment distress**
- CL reported that she and spouse will be living in the hotel until mid June.

**CPT Content or Topics Discussed:**

1) Sx Assessment

2) CL Updated about Present Stressor: Housing Stressor

3) IT utilized CPT themes of Intimacy and Power/Control as frameworks for discussing CL's present stressors and their psychological impact on CL. IT integrated EBP of IFS with discussion of CPT themes by exploring CL's D.I.D. System experience of present interpersonal and life adjustment stressors by increasing CL's connection to self-power and exploring skills to develop greater intimacy with spouse

- CL reported that alter was required to come to front to assist CL in functioning with interpersonal distress with spouse because CL's window of tolerance was decreased; CL and IT reviewed relaxation practices and problem-solving techniques to improve functioning in future
- CL reported distress around experience of codependency patterns appearing in relationship and having challenges in navigating them with spouse

**CPT Intervention Phases Employed:**

- Phase 4 of CPT: (Session 8 through 11)
Exploring Trauma Themes: Intimacy, Power/Control

**Client:** April Connolly (April Connolly)

**DOB:**

**Treatment Plan Progress:**

CPT Objective 1 met: IT will utilize DBT supplemented with assorted grounding techniques specific for DID dx to assist CL's increase of stability and functioning

CPT Objective 2 met: IT will utilize CBT/CPT and IFS to facilitate CL's pursuit of integration and understanding of internal systems

**Additional Notes Regarding Treatment Goals and Objectives for the client:**

Next session: CL wants to explore how to increase productivity, connect self to career/purpose in life

**CPT Homework:**

- CL will meet with IT in one week.
- CL will continue practice relaxation and coping skills to assist her functioning and distress tolerance.
- CL will complete vocational questionnaires to help her explore vocational interests

**Treatment Recommendations:**

- Continue Current Therapeutic Focus

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCA
June 3, 2022 at 3:06 pm
IP address: 198.160.139.1

**Client**

April Connolly

Signed by April Connolly
Client
November 19, 2022 at 4:18 pm
IP address: 72.16.77.72

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | December 16, 2022 |
| To: | CODY ALLISON AND ASSOCIATES<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

December 16, 2022

Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly

To Whom It May Concern:

We are able to grant an extension to December 27, 2022, to allow for an additional full business week for the medical records to be received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

Attachments: 12027405-EMPLOYEE/CLAIMANT-ATTORNEY DOCUMENTS-12.15.2022

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

December 15, 2022

**VIA FACSIMILE ONLY: # (603) 334-0380**

The Lincoln National Life Insurance Co.
Attn.: Robert Boling
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |

Dear Robert:

As you are aware, this office represents Ms. April Connolly regarding her claim for long-term disability benefits.

We have been attempting to get updated medical records and to date, we have not received same. We have reached out to Michael Bennett and anticipate receiving updated information on Ms. Connolly's behalf, but to date, we have not received same.

At this time, we request an extension to get this information to Lincoln. Please advise if you will grant a 30 day extension, making this information due on or before January 18, 2022

Your cooperation in this matter is appreciated.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: K. Cody Allison

KCA/bk

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

December 15, 2022

**VIA FACSIMILE ONLY: # (603) 334-0380**

The Lincoln National Life Insurance Co.
Attn.: Robert Boling
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |

Dear Robert:

As you are aware, this office represents Ms. April Connolly regarding her claim for long-term disability benefits.

We have been attempting to get updated medical records and to date, we have not received same. We have reached out to Michael Bennett and anticipate receiving updated information on Ms. Connolly's behalf, but to date, we have not received same.

At this time, we request an extension to get this information to Lincoln. Please advise if you will grant a 30 day extension, making this information due on or before January 18, 2022

Your cooperation in this matter is appreciated.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: K. Cody Allison

KCA/bk

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | December 12, 2022 |
| To: | CODY ALLISON AND ASSOCIATES<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 15 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

December 12, 2022

Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly

To Whom It May Concern:

I am following up on the attached fax sent on December 1, 2022. We are still in need of updated medical records. This will be our final follow up and the deadline is December 19, 2022. Without updated medical records to review, Ms. Connolly's claim could be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

Attachments: 12027405-ACKNOWLEDGE-FREEFORM-12.01.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | December 1, 2022 |
| To: | CODY ALLISON AND ASSOCIATES<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 13 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

December 1, 2022

Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly

To Whom It May Concern:

We received confirmation from Dr. Michael Reiser's office, and attached below, that they have no new medical records dated June 1, 2022 to present. I have also included our requests to Michael Bennett's office. We are still in need of any updated medical records June 1, 2022 to present from any of Ms. Connolly's treating providers. This information is due by December 19, 2022. Without updated medical records to review, her claim will be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

Attachments: 12027405-REQUEST-PROVIDER-11.22.2022
12027405-MEDICAL-CORRESPONDENCE-11.23.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | November 22, 2022 |
| To: | MICHAEL BENNET<br>TRAUMA INFORMED COUNSELING CENTER |
| Attn: | |
| Fax: | (859) 368-0018 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

November 22, 2022

Michael Bennet
Trauma Informed Counseling Center

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly
Claimant D.O.B.:

Dear Michael Bennet:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2022 through the present

We ask that you provide this information by November 29, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Connolly allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Connolly's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

Attachments: 12027405-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.09.2022

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

November 9, 2022

**VIA FACSIMILE ONLY: # (603) 334-0380**

The Lincoln National Life Insurance Co.
Attn.: Robert Boling
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |

Dear Robert:

As you are aware, this office represents Ms. April Connolly regarding her claim for long-term disability benefits.

Enclosed you will find the signed Authorization for the Release of Information Including Protected Health Information from Ms. Connolly.

If you have any questions or need additional information, please do not hesitate to call me.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: K. Cody Allison

KCA/bk
Enclosure
cc: Ms. April Connolly

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Connolly

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative April Connolly Date: 11/9/2022

Date of Birth: ______ Claim Number: 12027405

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | November 22, 2022 |
| To: | DR. MICHAEL RIESER<br>3050 RIO DOSA DRIVE<br>LEXINGTON KY 40509 |
| Attn: | |
| Fax: | (859) 268-6437 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

DIS PPA Treatment Plan

NOV 23 2022

BY: ..................

November 22, 2022

Dr. Michael Rieser
3050 RIO DOSA DRIVE
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly
Claimant D.O.B.:

Dear Dr. Michael Rieser:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2022 through the present

We ask that you provide this information by November 29, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Connolly allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Connolly's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

Attachments: 12027405-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.09.2022

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com | P (615) 234-6050 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON & ASSOCIATES, PLLC

November 9, 2022

**VIA FACSIMILE ONLY: # (603) 334-0380**

The Lincoln National Life Insurance Co.
Attn.: Robert Boling
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |

Dear Robert:

As you are aware, this office represents Ms. April Connolly regarding her claim for long-term disability benefits.

Enclosed you will find the signed Authorization for the Release of Information Including Protected Health Information from Ms. Connolly.

If you have any questions or need additional information, please do not hesitate to call me.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: K. Cody Allison

KCA/bk
Enclosure
cc: Ms. April Connolly

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Connolly

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative April Connolly Date 11/9/2022

Date of Birth: ____ Claim Number: 12027405

**A copy of this authorization will be considered as valid as the original.**

The Ridge Behavioral Health
3050 Rio Dosa Drive
Lexington, KY 40509
(859) 269-2325

Dear Inquirer: Date: 11/23/2020

We have received your request for information. Please refer to the following items checked below and please consult with RBHS if you have any questions.

- Enclosed are the copies of the information you have requested. Please note that this information is STRICTLY CONFIDENTIAL and is meant for the information of the party to whom it is addressed. No responsibility can be accepted by Ridge Behavioral Health System if it is available for any other person including the patient.
- **PREPAYMENT IS REQUIRED.** Please remit the amount $.__________. Make check payable to THE RIDGE BEHAVIORAL HEALTH SYSTEM. 3050 RIO DOSA DRIVE, LEXINGTON, KY 40509.
- Medical information is confidential and may be released only upon written authorization of the patient, parent, or legal guardian (if the patient is under the age of 16) or the next of kin if the patient is deceased. Please submit a valid authorization and provide POA, Custodial, Guardianship paperwork as it applies.
- No more than sixty (60) days may elapse between the date the patient signed the authorization and the date the request for information was received by RBHS. Your authorization is invalid. Please submit a new valid authorization.
- The information you requested pertains to services rendered after the patient signed the authorization. Please submit a new authorization, which allows disclosure of the information.
- We cannot locate any medical records for a patient with the name you have submitted. Please provide additional information if you would like us to search further. This might include admission/discharge dates, previous names (maiden or married), Social Security number, date of birth, ect.
- The patient must specify RBHS as the party to release the information. Please submit a completed authorization.
- The patient has declined authorization for the release of information.
- The patient is 16 years of age or older and MUST sign the authorization.
- The records have been destroyed.
- If patient was only seen for Medication Management, please contact Outpatient at (859) 268-6410. Or fax release of information to Outpatient at (859) 268-6473.
- X Other: we have no records to send for the dates of Service requested.

Patient Name: April Connolly Medical Record: __________

Sincerely,

Medical Records Department

3050 Rio Dosa Drive Lexington, KY 40509 (859) 269-2325 FAX: (859) 268-6437

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | December 1, 2022 |
| To: | CODY ALLISON AND ASSOCIATES<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 13 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

December 1, 2022

Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly

To Whom It May Concern:

We received confirmation from Dr. Michael Reiser's office, and attached below, that they have no new medical records dated June 1, 2022 to present. I have also included our requests to Michael Bennett's office. We are still in need of any updated medical records June 1, 2022 to present from any of Ms. Connolly's treating providers. This information is due by December 19, 2022. Without updated medical records to review, her claim will be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

Attachments: 12027405-REQUEST-PROVIDER-11.22.2022
12027405-MEDICAL-CORRESPONDENCE-11.23.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | November 22, 2022 |
| To: | MICHAEL BENNET<br>TRAUMA INFORMED COUNSELING CENTER |
| Attn: | |
| Fax: | (859) 368-0018 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

November 22, 2022

Michael Bennet
Trauma Informed Counseling Center

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly
Claimant D.O.B.:

Dear Michael Bennet:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2022 through the present

We ask that you provide this information by November 29, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Connolly allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Connolly's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

Attachments: 12027405-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.09.2022

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

November 9, 2022

**VIA FACSIMILE ONLY: # (603) 334-0380**

The Lincoln National Life Insurance Co.
Attn.: Robert Boling
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |

Dear Robert:

As you are aware, this office represents Ms. April Connolly regarding her claim for long-term disability benefits.

Enclosed you will find the signed Authorization for the Release of Information Including Protected Health Information from Ms. Connolly.

If you have any questions or need additional information, please do not hesitate to call me.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: K. Cody Allison

KCA/bk
Enclosure
cc: Ms. April Connolly

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Connolly

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative April Connolly Date: 11/9/2022

Date of Birth: __ ______ Claim Number: 12027405

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | November 22, 2022 |
| To: | DR. MICHAEL RIESER<br>3050 RIO DOSA DRIVE<br>LEXINGTON KY 40509 |
| Attn: | |
| Fax: | (859) 268-6437 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

DIS PAA Treatment Plan

NOV 23 2022

BY:

November 22, 2022

Dr. Michael Rieser
3050 RIO DOSA DRIVE
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly
Claimant D.O.B.:

Dear Dr. Michael Rieser:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2022 through the present

We ask that you provide this information by November 29, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Connolly allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Connolly's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

Attachments: 12027405-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.09.2022

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

November 9, 2022

**VIA FACSIMILE ONLY: # (603) 334-0380**

The Lincoln National Life Insurance Co.
Attn.: Robert Boling
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| Re: | **Our Client:** | **April Connolly** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |

Dear Robert:

As you are aware, this office represents Ms. April Connolly regarding her claim for long-term disability benefits.

Enclosed you will find the signed Authorization for the Release of Information Including Protected Health Information from Ms. Connolly.

If you have any questions or need additional information, please do not hesitate to call me.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: K. Cody Allison

KCA/bk
Enclosure
cc: Ms. April Connolly

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Connolly

Name of legal representative, if applicable (print) ______ Relationship ______

Signature of claimant or legal representative April Connolly Date 11/9/2022

Date of Birth: ______ Claim Number: 12027405

**A copy of this authorization will be considered as valid as the original.**

**The Ridge Behavioral Health**
**3050 Rio Dosa Drive**
**Lexington, KY 40509**
**(859) 269-2325**

Dear Inquirer: Date: 11/23/2022

We have received your request for information. Please refer to the following items checked below and please consult with RBHS if you have any questions.

- o Enclosed are the copies of the information you have requested. Please note that this information is STRICTLY CONFIDENTIAL and is meant for the information of the party to whom it is addressed. No responsibility can be accepted by Ridge Behavioral Health System if it is available for any other person including the patient.
- o **PREPAYMENT IS REQUIRED.** Please remit the amount $.____________. Make check payable to THE RIDGE BEHAVIORAL HEALTH SYSTEM. 3050 RIO DOSA DRIVE, LEXINGTON, KY 40509.
- o Medical information is confidential and may be released only upon written authorization of the patient, parent, or legal guardian (if the patient is under the age of 16) or the next of kin if the patient is deceased. Please submit a valid authorization and provide POA, Custodial, Guardianship paperwork as it applies.
- o No more than sixty (60) days may elapse between the date the patient signed the authorization and the date the request for information was received by RBHS. Your authorization is invalid. Please submit a new valid authorization.
- o The information you requested pertains to services rendered after the patient signed the authorization. Please submit a new authorization, which allows disclosure of the information.
- o We cannot locate any medical records for a patient with the name you have submitted. Please provide additional information if you would like us to search further. This might include admission/discharge dates, previous names (maiden or married), Social Security number, date of birth, ect.
- o The patient must specify RBHS as the party to release the information. Please submit a completed authorization.
- o The patient has declined authorization for the release of information.
- o The patient is 16 years of age or older and MUST sign the authorization.
- o The records have been destroyed.
- o If patient was only seen for Medication Management, please contact Outpatient at (859) 268-6410. Or fax release of information to Outpatient at (859) 268-6473.
- X Other: we have no records to send for the dates of service requested.

Patient Name: April Connolly Medical Record: ____________

Sincerely,

Medical Records Department

3050 Rio Dosa Drive Lexington, KY 40509 (859) 269-2325 FAX: (859) 268-6437

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | November 22, 2022 |
| To: | DR. MICHAEL RIESER<br>3050 RIO DOSA DRIVE<br>LEXINGTON KY 40509 |
| Attn: | |
| Fax: | (859) 268-6437 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

DIS PRQ Treatment Plan

NOV 23 2022

November 22, 2022

Dr. Michael Rieser
3050 RIO DOSA DRIVE
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly
Claimant D.O.B.:

Dear Dr. Michael Rieser:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2022 through the present

We ask that you provide this information by November 29, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Connolly allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Connolly's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

Attachments: 12027405-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.09.2022

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

November 9, 2022

**VIA FACSIMILE ONLY: # (603) 334-0380**

The Lincoln National Life Insurance Co.
Attn.: Robert Boling
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |

Dear Robert:

As you are aware, this office represents Ms. April Connolly regarding her claim for long-term disability benefits.

Enclosed you will find the signed Authorization for the Release of Information Including Protected Health Information from Ms. Connolly.

If you have any questions or need additional information, please do not hesitate to call me.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: K. Cody Allison

KCA/bk
Enclosure
cc: Ms. April Connolly

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Connolly

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative April Connolly Date 11/9/2022

Date of Birth: __ , ______ Claim Number: 12027405

**A copy of this authorization will be considered as valid as the original.**

The Ridge Behavioral Health
3050 Rio Dosa Drive
Lexington, KY 40509
(859) 269-2325

Dear Inquirer: Date: 11/23/2020

We have received your request for information. Please refer to the following items checked below and please consult with RBHS if you have any questions.

- o Enclosed are the copies of the information you have requested. Please note that this information is STRICTLY CONFIDENTIAL and is meant for the information of the party to whom it is addressed. No responsibility can be accepted by Ridge Behavioral Health System if it is available for any other person including the patient.
- o **PREPAYMENT IS REQUIRED.** Please remit the amount $__________. Make check payable to THE RIDGE BEHAVIORAL HEALTH SYSTEM. 3050 RIO DOSA DRIVE, LEXINGTON, KY 40509.
- o Medical information is confidential and may be released only upon written authorization of the patient, parent, or legal guardian (if the patient is under the age of 16) or the next of kin if the patient is deceased. Please submit a valid authorization and provide POA, Custodial, Guardianship paperwork as it applies.
- o No more than sixty (60) days may elapse between the date the patient signed the authorization and the date the request for information was received by RBHS. Your authorization is invalid. Please submit a new valid authorization.
- o The information you requested pertains to services rendered after the patient signed the authorization. Please submit a new authorization, which allows disclosure of the information.
- o We cannot locate any medical records for a patient with the name you have submitted. Please provide additional information if you would like us to search further. This might include admission/discharge dates, previous names (maiden or married), Social Security number, date of birth, ect.
- o The patient must specify RBHS as the party to release the information. Please submit a completed authorization.
- o The patient has declined authorization for the release of information.
- o The patient is 16 years of age or older and MUST sign the authorization.
- o The records have been destroyed.
- o If patient was only seen for Medication Management, please contact Outpatient at (859) 268-6410. Or fax release of information to Outpatient at (859) 268-6473.
- X Other: We have no records to send for the dates of Service requested.

Patient Name: April Connolly Medical Record: __________

Sincerely,

Medical Records Department

3050 Rio Dosa Drive Lexington, KY 40509 (859) 269-2325 FAX: (859) 268-6437

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | November 22, 2022 |
| To: | DR. MICHAEL RIESER<br>3050 RIO DOSA DRIVE<br>LEXINGTON KY 40509 |
| Attn: | |
| Fax: | (859) 268-6437 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

November 22, 2022

Dr. Michael Rieser
3050 RIO DOSA DRIVE
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly
Claimant D.O.B.:

Dear Dr. Michael Rieser:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2022 through the present

We ask that you provide this information by November 29, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Connolly allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Connolly's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

Attachments: 12027405-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.09.2022

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

November 9, 2022

**VIA FACSIMILE ONLY: # (603) 334-0380**

The Lincoln National Life Insurance Co.
Attn.: Robert Boling
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |

Dear Robert:

As you are aware, this office represents Ms. April Connolly regarding her claim for long-term disability benefits.

Enclosed you will find the signed Authorization for the Release of Information Including Protected Health Information from Ms. Connolly.

If you have any questions or need additional information, please do not hesitate to call me.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: K. Cody Allison

KCA/bk
Enclosure
cc: Ms. April Connolly

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Connolly

Name of legal representative, if applicable (print) ________ Relationship ________

Signature of claimant or legal representative April Connolly Date: 11/9/2022

Date of Birth: ________ Claim Number: 12027405

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | November 22, 2022 |
| To: | MICHAEL BENNET<br>TRAUMA INFORMED COUNSELING CENTER |
| Attn: | |
| Fax: | (859) 368-0018 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

November 22, 2022

Michael Bennet
Trauma Informed Counseling Center

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly
Claimant D.O.B.:

Dear Michael Bennet:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2022 through the present

We ask that you provide this information by November 29, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Connolly allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Connolly's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

Attachments: 12027405-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.09.2022

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

November 9, 2022

**VIA FACSIMILE ONLY: # (603) 334-0380**

The Lincoln National Life Insurance Co.
Attn.: Robert Boling
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |

Dear Robert:

As you are aware, this office represents Ms. April Connolly regarding her claim for long-term disability benefits.

Enclosed you will find the signed Authorization for the Release of Information Including Protected Health Information from Ms. Connolly.

If you have any questions or need additional information, please do not hesitate to call me.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: K. Cody Allison

KCA/bk
Enclosure
cc: Ms. April Connolly

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Connolly

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative April Connolly Date: 11/9/2022

Date of Birth: ______ Claim Number: 12027405

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | November 22, 2022 |
| To: | CODY ALLISON AND ASSOCIATES<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

November 22, 2022

Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly

To Whom It May Concern:

We have received a signed authorization for Ms. Connolly from your office. We have forwarded this to her providers to obtain any medical records June 1, 2022. This information is due December 19, 2022.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

Attachments: 12027405-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-10.07.2022

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | October 7, 2022 |
| To: | CODY ALLISON AND ASSOCIATES<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

October 7, 2022

Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Csl Behring Llc.'s Group Disability Policy. We are writing in reference to April Connolly's claim for LTD benefits under the Policy.

We are currently reviewing Ms. Connolly's eligibility for continued disability benefits, and are in need of additional information.

To be eligible to receive benefits, the Policy requires that Ms. Connolly provide proof of disability in order to receive benefits. However, there are currently no medical providers on file, so we are unable to request her medical records which are needed to evaluate her claim eligibility.

To assist us with our investigation, please complete the enclosed Claimant Information Form and provide us the full names, addresses, and telephone numbers of all medical providers, you are currently treating with for this condition.

Additionally, please contact each of her medical providers and request that they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from June 1, 2022 through the present.

Csl Behring Llc.'s LTD Policy requires that Ms. Connolly provide proof of disability in order to receive benefits. This proof must be provided by December 19, 2022. Without the information specified above, we will be unable to evaluate her claim eligibility and your disability benefits may

be closed.

Csl Behring Llc.'s LTD Policy requires that, in order to receive ongoing benefits, Ms. Connolly provide proof of disability within a required timeframe. Her cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by November 19, 2022, 45 days from the date of this request, Ms. Connolly's benefits will be suspended. If we do not receive all of this requested information by December 19, 2022, 30 days from the date of suspension, her claim will be closed.

We ask that Ms. Connolly provide us with this information no later than December 19, 2022 as required under the terms of the Policy.

If Ms. Connolly has any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

Attachments: Claimant Information Form

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

**Return To:** Robert Boling

EMPLOYEE/CLAIMANT NAME: April Connolly
CLAIM NO: 12027405
EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2022 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

**PHARMACY(S):**

Name: ________ Name: ________
Specialty: ________ Specialty: ________
Address: ________ Address: ________

Telephone No. :( ) ________ Fax No. :( ) ________ Telephone No. :( ) ________ Fax No. :( ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ________ **DATE:** ________

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

November 9, 2022

**VIA FACSIMILE ONLY: # (603) 334-0380**

The Lincoln National Life Insurance Co.
Attn.: Robert Boling
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |

Dear Robert:

As you are aware, this office represents Ms. April Connolly regarding her claim for long-term disability benefits.

Enclosed you will find the signed Authorization for the Release of Information Including Protected Health Information from Ms. Connolly.

If you have any questions or need additional information, please do not hesitate to call me.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: K. Cody Allison

KCA/bk
Enclosure
cc: Ms. April Connolly

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Connolly

Name of legal representative, if applicable (print) ______________ Relationship ______________

Signature of claimant or legal representative April Connolly Date: 11/9/2022

Date of Birth: __ ______ Claim Number: 12027405

**A copy of this authorization will be considered as valid as the original.**

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

November 1, 2022

**VIA FACSIMILE ONLY: # (603) 334-0401**

The Lincoln National Life Insurance Co.
Attn.: Robert Boling
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **STD Claim No.:** | **11495594** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |

Dear Robert:

As you are aware, this office represents Ms. April Connolly regarding her claim for long-term disability benefits.

Enclosed you will find updated medical records from Dr. Michael J. Rieser at Ridge Behavioral Health. We have requested updated medical records from Dr. Michael Bennett, but to date, we have not received same. Once we receive these medical records, we will forward them to you.

We will forward the signed authorization from Ms. Connolly to you once we receive it back from her.

In the meantime, if you have any questions or need any additional information, please do not hesitate to call me.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

Barb Krautheim

By: Barb Krautheim
For Cody Allison & Associates, PLLC

KCA/bk
Enclosures
cc: Ms. April Connolly

The Ridge Behavioral Health System

**DISCHARGE SUMMARY**

**NAME:** TYLER, APRIL
**MRN:** 067528
**DATE OF ADMISSION:** 10/24/2019
**DATE OF DISCHARGE:** 10/26/2019
**UNIT:** 150 IPL

This is an AMA discharge.

**IDENTIFYING DATA:** Patient is a 37-year-old currently single white female from Richmond, Kentucky, who has been discharged from Unit 3.

**ADMISSION DIAGNOSES:**
**Psychiatric:** Major depression, severe, recurrent.
Rule out psychosis.
Posttraumatic stress disorder.
**Medical:** Breast cancer in 2015, BRCA1 gene.
Sleep apnea, continuous positive airway pressure (CPAP) is at home.
Asthma.
Hypothyroidism (Hashimoto's).
Class 3 obesity.
**Psychosocial and Contextual Factors:** She had her fallopian tubes removed a month ago.

**INITIAL ASSESSMENT/HISTORY:**
**CHIEF COMPLAINT/REASON FOR ADMISSION:** "Depression, voices."

**PRESENT ILLNESS:** The patient was a victim of very significant trauma and was diagnosed with posttraumatic stress disorder 20 years ago, occurring as a result of a date rape when she was age 16. She had her tubes removed 4 weeks ago because she said the BRCA gene causes ovarian cancer and that the majority of these arise from the fallopian tubes. She experienced depression after the surgery. Her family doctor started her on Cymbalta and may be 2 weeks ago increased the dose to 60 mg. The exact during she has been on the Cymbalta is uncertain. She continued to have trouble sleeping and the family doctor added Seroquel a week ago. Immediately coincidental with the addition of the Seroquel, she said she started having an alteration of her thought processes. She is hearing voices and having conversations in her head. She looked on page 9 of the intake assessment and agreed with what was reported. She reported the following: "John is a boss, he steps in when he has to. Gary is cool, he is with me at work and he goes by gadget. Darcy is hilarious and sharp witted, she said she was 39 and then she said she was 18, she is like mama bear. Helen is in the dark depression. She wants the traditional family. She is upset my ovarian tubes were removed. She was the cutter when I was 16. Tziporah is a little girl and she is the child that I will never have." The voices sound like they could be psychotic symptoms or could be dissociative symptoms. The patient describes having dissociative symptoms along with her PTSD over the last many years and these include missing pieces of time. She does not describe symptoms to suggest dissociative identity disorder. She thinks that may be the medications she took from her primary care

**DISCHARGE SUMMARY**
**PATIENT NAME:** TYLER, APRIL
**MRN:** 067528

physician could be causing some of the symptoms that she currently has. She has never thought that she was psychotic or manic and she does not describe delusional attributions to these symptoms.

She has never attempted suicide, but she had suicidal thoughts after her rape at age 16. On one occasion, she cut herself and on another occasion at age 31, she cut herself, but these are the only self-injurious behaviors ever.

**PAST PSYCHIATRIC:** Diagnosed with anorexia at age 14. She is not suffering anorexia now. She saw her first outpatient psychiatric provider at Beaumont Behavioral Health 2 days ago. She was hospitalized once in Toledo in 2009 for suicidal ideation.

**MEDICAL:** Current medications:
1. Synthroid 50 mg daily for 10 years.
2. Cymbalta increased to 60 mg 2 weeks ago.
3. Seroquel 25 mg at bedtime, started 1 week ago.
4. She uses albuterol as needed for her asthma.

She says she consumes way too much caffeine and she estimates 270 mg per day. Urine drug screen positive for THC. Pregnancy test is negative. She is gravida 0. Her menstrual periods have been very irregular since chemotherapy for her breast cancer. **She has multiple antibiotics, to which she is allergic. These include azithromycin, doxycyline, erythromycin. She is also allergic to morphine and penicillin.**

Blood pressure 132/85, respirations 16, pulse 98, temperature 98.8, height 66 inches, and weight 268.2 pounds. Breast cancer in 2015, BRCA1 gene; sleep apnea, CPAP is at home; asthma; hypothyroidism (Hashimoto's); and Class 3 obesity.

**CLINICAL FINDINGS:** Pertinent lab work: No labs in the chart yet.

**CONSULTS:** None.

**HOSPITAL COURSE:** Following admission, patient's medications were changed. She was seen by Dr. Rieser. Home medications that she was taking for psychiatric issues were discontinued and patient was started on trazodone for sleep. Patient reported sleeping well and wanted to leave the next day. Patient was encouraged to stay, but she did not meet criteria for involuntary hospitalization. There were no suicidal or homicidal ideations and patient's family was agreeable to taking her home. Patient plan to continue with outpatient treatment.

**MENTAL STATUS EXAMINATION (On discharge):**
**General appearance:** Casually dressed and groomed.
**Speech:** Normal rate, volume, articulation, coherence, and spontaneity.
**Psychomotor effects:** Normal.
**Mood:** Euthymic.

**DISCHARGE SUMMARY**
**PATIENT NAME:** TYLER, APRIL
**MRN:** 067528

**Affect:** Full range.
**Thought process and content:** Well-organized and goal-directed with no delusions or hallucinations. Thought content is free from delusions and hallucinations. Thought process and content were tested through patient interview and analysis of spoken ideas during the interview.
**Suicidal and homicidal potential:** Negative.

**COGNITIVE FUNCTIONS:**
**Orientation:** Orientation was tested through the interview and the patient was oriented to time, place, person and circumstance. This was tested through the interview.
**Memory:** Memory was tested through 3-object recall and recollection of autobiographical details. Immediate memory was 3/3 in 0 minutes. Recent memory was 3/3 in 5 minutes and these were tested through 3 object recall. Remote recall was also intact through autobiographical event recall.
**Associations:** Normal.
**Language:** Normal.
**Abstractions and similarities:** Good.
**Attention and concentration:** Fair.
**Insight and judgment:** Was tested by determining patient's involvement in everyday activities in social situations. This was felt to be good. Insight was also tested through patient's involvement in everyday activities in social situations and this was good.
**Learning impairments:** None.
**Fund of knowledge:** Good with good awareness of current events, past history and vocabulary.
**Estimated level of intelligence:** Fair which was tested by assessing patient's level of education and vocabulary.

**BRIEF SUMMARY OF PATIENT'S CONDITION ON DISCHARGE:** Please see above.

**PROGNOSIS:** Fair.

**FINAL DIAGNOSES:**
**Psychiatric:** Major depressive disorder, recurrent, severe, without psychotic features.
**Medical:** History of breast cancer.
No acute medical issues.
**Psychosocial and Contextual Factors:** Patient was not able to manage with anxiety symptoms before.

**DISCHARGE MEDICATIONS:**
1. Trazodone 100 mg at bedtime.
2. Synthroid at previous home dose.

**FOLLOW UP/AFTERCARE PLANS:** Patient will make these on her own.

**DIET RESTRICTIONS:** None.

**DISCHARGE SUMMARY**
**PATIENT NAME:** TYLER, APRIL
**MRN:** 067528

**ACTIVITY RESTRICTIONS:** None.

Cletus Carvalho, MD — Date/Time

CC/rm/

DD: 10/26/2019 10:05:20 AM
DT: 10/26/2019 12:12:00 PM
Job #: T513426

The Ridge Behavioral Health System

**PSYCHIATRIC ADMISSION ASSESSMENT**

**NAME:** TYLER, APRIL
**MRN:** 067528
**DATE OF ADMISSION:** 10/24/2019
**DATE OF ASSESSMENT:** 10/25/2019
**UNIT:** 150 IPL

**IDENTIFYING DATA:** The patient is a 37-year-old single white female who lives alone with her 2 dogs in Richmond, Kentucky. The information for this dictation is from the patient and the chart.

**ADMISSION DIAGNOSES:**
**Psychiatric:** Major depression, severe, recurrent.
Rule out psychosis.
Posttraumatic stress disorder.
**Medical:** Breast cancer in 2015, BRCA1 gene.
Sleep apnea, continuous positive airway pressure (CPAP) is at home.
Asthma.
Hypothyroidism (Hashimoto's).
Class 3 obesity.
**Psychosocial and Contextual Factors:** She had her fallopian tubes removed a month ago.

**INITIAL ASSESSMENT/HISTORY:**
**CHIEF COMPLAINT:** "Depression, voices."

**PRESENT ILLNESS:** The patient was a victim of very significant trauma and was diagnosed with posttraumatic stress disorder 20 years ago, occurring as a result of a date rape when she was age 16. She had her tubes removed 4 weeks ago because she said the BRCA gene causes ovarian cancer and that the majority of these arise from the fallopian tubes. She experienced depression after the surgery. Her family doctor started her on Cymbalta and may be 2 weeks ago increased the dose to 60 mg. The exact during she has been on the Cymbalta is uncertain. She continued to have trouble sleeping and the family doctor added Seroquel a week ago. Immediately coincidental with the addition of the Seroquel, she said she started having an alteration of her thought processes. She is hearing voices and having conversations in her head. She looked on page 9 of the intake assessment and agreed with what was reported. She reported the following: "John is a boss, he steps in when he has to. Gary is cool, he is with me at work and he goes by gadget. Darcy is hilarious and sharp witted, she said she was 39 and then she said she was 18, she is like mama bear. Helen is in the dark depression. She wants the traditional family. She is upset my ovarian tubes were removed. She was the cutter when I was 16. Tziporah is a little girl and she is the child that I will never have." The voices sound like they could be psychotic symptoms or could be dissociative symptoms. The patient describes having dissociative symptoms along with her PTSD over the last many years and these include missing pieces of time. She does not describe symptoms to suggest dissociative identity disorder. She thinks that may be the medications she took from her primary care physician could be causing some of the symptoms that she currently has. She has never thought that she was psychotic or manic and she does not describe delusional attributions to these symptoms.

**PSYCHIATRIC ADMISSION ASSESSMENT**
**PATIENT NAME:** TYLER, APRIL
**MRN:** 067528

She has never attempted suicide, but she had suicidal thoughts after her rape at age 16. On one occasion, she cut herself and on another occasion at age 31, she cut herself, but these are the only self-injurious behaviors ever.

**PAST PSYCHIATRIC:** Diagnosed with anorexia at age 14. She is not suffering anorexia now. She saw her first outpatient psychiatric provider at Beaumont Behavioral Health 2 days ago. She was hospitalized once in Toledo in 2009 for suicidal ideation.

**MEDICAL:** Current medications:

1. Synthroid 50 mg daily for 10 years.
2. Cymbalta increased to 60 mg 2 weeks ago.
3. Seroquel 25 mg at bedtime, started 1 week ago.
4. She uses albuterol as needed for her asthma.

She says she consumes way too much caffeine and she estimates 270 mg per day. Urine drug screen positive for THC. Pregnancy test is negative. She is gravida 0. Her menstrual periods have been very irregular since chemotherapy for her breast cancer. **She has multiple antibiotics, to which she is allergic. These include azithromycin, doxycyline, erythromycin. She is also allergic to morphine and penicillin.**

Blood pressure 132/85, respirations 16, pulse 98, temperature 98.8, height 66 inches, and weight 268.2 pounds. Breast cancer in 2015, BRCA1 gene; sleep apnea, CPAP is at home; asthma; hypothyroidism (Hashimoto's); and Class 3 obesity.

**ATTITUDES AND BEHAVIORS REQUIRED TO CHANGE:** I advised her to figure out a way to get rid of the guns.

**FAMILY:** She has a sister who has been hospitalized for depression before.

**PSYCHOSOCIAL:** Single, no children. Educational: She has got 2 years left on her master's degree in nursing. She currently works as an assistant manager of quality at CSL Plasma. Legal: None. Hobbies: Movies. Religion: Believes in God, but does not go to Church. Financial: "Okay." Substance use: She states that she uses marijuana a couple of hits 3 times a week. She uses up to 270 mg of caffeine a day. She smokes 1 pack of cigarettes per day, declines tobacco cessation assistance. The only illicit drug she has used was ecstasy on a single occasion.

**REVIEW OF SYSTEMS:** Caffeine-related headache, anxiety-related palpitations, and asthma-related shortness of breath at times. She has a sort of irritable bowel syndrome since getting chemotherapy that she calls "chemo gut." No urinary or skin symptoms. She has chronic back and neck tension.

**PSYCHIATRIC ADMISSION ASSESSMENT**
**PATIENT NAME:** TYLER, APRIL
**MRN:** 067528

**BIRTH AND DEVELOPMENTAL:** Born in Michigan, raised there by her parents. She has 1 brother and 1 sister. She was never a witness to domestic violence nor a victim of abuse. She did experience date rape at age 16 and intimate partner sexually assaulted her when she was 30.

**DIET: Allergic to milk, wheat and pork.**

**EDUCATION-LEARNING PROBLEMS:** No learning problems.

**MENTAL STATUS EXAMINATION:**
**General Appearance:** The patient is noticeably overweight. The patient is awake, alert, and normally responsive. There is nothing unusual in the patient's style of dress. The patient is normally developed and appears stated age. No dysmorphic features. No acute psychological distress.
**Attitude:** Cooperative, engaging and informative. Established eye contact easily.
**Speech:** Normal rate, rhythm, prosody, articulation, and volume.
**Psychomotor:** Normal activity level without abnormal involuntary movements, tics, or stereotypies.
**Mood:** She was frustrated coming into the hospital and describes herself as upset and angry today because she really does not want to be here, but is willing to stay after our discussion. She cried briefly when I talked about her PTSD symptoms.
**Affect:** Appropriate to thought content, non-labile, and unrestricted.
**Thought Process:** Shows goal-directed form.
**Thought content:** There is no presence of delusional or manic content.
**SI/HI Potential:** Suicide and homicide risk: The patient last had suicidal ideation 6 years ago, coincidental with her sexual assault. She has never had homicidal thoughts.
**Perceptions:** She said these are voices that she is hearing are somehow inside her head and she says she hears them, but somehow is doing so without her ears. She does not have any other hallucinations at this time.

**COGNITIVE:**
**Orientation:** Intact. On direct questioning, the patient is fully oriented to person, place, time and purpose in an age appropriate manner.
**Memory:** Immediate, recent and remote memory is intact on direct questioning based upon the patient's ability to accurately recall events from the history which I was able to compare with chart notes. The patient also provided accurate recall of events taking place on the unit before sitting down with me.
**Associations:** Tight.
**Language:** Normal naming and repetition on direct questioning.
**Abstract Reasoning:** Average based upon comparison of words and similarities.
**Attention/Concentration:** Good. Able to spell "world" backwards.
**Judgment:** Good on the basis of hypothetical question of purchasing a broken DVD.
**Insight:** The patient recognizes the mental health issues on direct questioning. The insight is good.
**Learning Impairments:** No identified on direct questioning.
**Fund of Knowledge:** Thought to be age appropriate when answering general knowledge questions.
**Intelligence:** Estimated level of intelligence is estimated to be average based on fund of knowledge, receptive/expressive vocabulary, educational attainment, and abstract reasoning.

**PSYCHIATRIC ADMISSION ASSESSMENT**
**PATIENT NAME:** TYLER, APRIL
**MRN:** 067528

**PLAN:**
**Patient Assets/Strengths:** Mother is her strongest source of emotional support. She has good verbal skill, ability to establish rapport, and establish treatment providers.
**ADL Capacity**: Activities of daily living are fully independent and age appropriate.
**Liabilities/Weaknesses:** Longstanding symptoms, recent surgery to remove fallopian tubes in a patient who was hoping to have children. She thinks this precipitated a depressive episode. The voices she is hearing could be either dissociative, they could be related to her medications, and they could be a psychotic symptom.
**Immediate Treatment Plan:** Stop Cymbalta and Seroquel just in case these medications are causing the symptoms somehow. She gave her consent to use trazodone for sleep. She has taken it before at an inadequate dose, but at least did not have any side effects from it. She gave both verbal and written informed consent. In the event that she gets worse over the weekend with either the depression or psychotic symptoms, she is open to the use of alternative medications if needed.
**Treatment Objectives:** Stabilize mood, monitor voices and potential for suicidal ideation.
**Tentative Disposition:** Home.

**DISCHARGE CRITERIA:** Safety. She has guns in her house, but they are all packed up in her garage because she just moved into her new house. She does not know where the guns are located.

**ESTIMATED LENGTH OF STAY:** 5 days.

**FOLLOWUP AND AFTERCARE PLANS:** Followup aftercare with her family doctor for medication management and possibly one of the Beaumont Behavioral Health APRNs. She is to follow up with Tamara, her therapist at Beaumont Behavioral Health for psychotherapy.

I certify the inpatient psychiatric facility admission was medically necessary for treatment which could reasonably be expected to improve the patient's condition.

[signature] 11-1-19 1125

Michael Rieser, MD — Date/Time

MR/am

DD: 10/25/2019 07:18:07 PM
DT: 10/25/2019 08:41:00 PM
Job #: T512952

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

November 1, 2022

**VIA FACSIMILE ONLY: # (603) 334-0401**

The Lincoln National Life Insurance Co.
Attn.: Robert Boling
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **STD Claim No.:** | **11495594** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |

Dear Robert:

As you are aware, this office represents Ms. April Connolly regarding her claim for long-term disability benefits.

Enclosed you will find updated medical records from Dr. Michael J. Rieser at Ridge Behavioral Health. We have requested updated medical records from Dr. Michael Bennett, but to date, we have not received same. Once we receive these medical records, we will forward them to you.

We will forward the signed authorization from Ms. Connolly to you once we receive it back from her.

In the meantime, if you have any questions or need any additional information, please do not hesitate to call me.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

Barb Krautheim

By: Barb Krautheim
For Cody Allison & Associates, PLLC

KCA/bk
Enclosures
cc: Ms. April Connolly

The Ridge Behavioral Health System

**DISCHARGE SUMMARY**

**NAME:** TYLER, APRIL
**MRN:** 067528
**DATE OF ADMISSION:** 10/24/2019
**DATE OF DISCHARGE:** 10/26/2019
**UNIT:** 150 IPL

This is an AMA discharge.

**IDENTIFYING DATA:** Patient is a 37-year-old currently single white female from Richmond, Kentucky, who has been discharged from Unit 3.

**ADMISSION DIAGNOSES:**
**Psychiatric:** Major depression, severe, recurrent.
Rule out psychosis.
Posttraumatic stress disorder.
**Medical:** Breast cancer in 2015, BRCA1 gene.
Sleep apnea, continuous positive airway pressure (CPAP) is at home.
Asthma.
Hypothyroidism (Hashimoto's).
Class 3 obesity.
**Psychosocial and Contextual Factors:** She had her fallopian tubes removed a month ago.

**INITIAL ASSESSMENT/HISTORY:**
**CHIEF COMPLAINT/REASON FOR ADMISSION:** "Depression, voices."

**PRESENT ILLNESS:** The patient was a victim of very significant trauma and was diagnosed with posttraumatic stress disorder 20 years ago, occurring as a result of a date rape when she was age 16. She had her tubes removed 4 weeks ago because she said the BRCA gene causes ovarian cancer and that the majority of these arise from the fallopian tubes. She experienced depression after the surgery. Her family doctor started her on Cymbalta and may be 2 weeks ago increased the dose to 60 mg. The exact during she has been on the Cymbalta is uncertain. She continued to have trouble sleeping and the family doctor added Seroquel a week ago. Immediately coincidental with the addition of the Seroquel, she said she started having an alteration of her thought processes. She is hearing voices and having conversations in her head. She looked on page 9 of the intake assessment and agreed with what was reported. She reported the following: "John is a boss, he steps in when he has to. Gary is cool, he is with me at work and he goes by gadget. Darcy is hilarious and sharp witted, she said she was 39 and then she said she was 18, she is like mama bear. Helen is in the dark depression. She wants the traditional family. She is upset my ovarian tubes were removed. She was the cutter when I was 16. Tziporah is a little girl and she is the child that I will never have." The voices sound like they could be psychotic symptoms or could be dissociative symptoms. The patient describes having dissociative symptoms along with her PTSD over the last many years and these include missing pieces of time. She does not describe symptoms to suggest dissociative identity disorder. She thinks that may be the medications she took from her primary care

physician could be causing some of the symptoms that she currently has. She has never thought that she was psychotic or manic and she does not describe delusional attributions to these symptoms.

She has never attempted suicide, but she had suicidal thoughts after her rape at age 16. On one occasion, she cut herself and on another occasion at age 31, she cut herself, but these are the only self-injurious behaviors ever.

**PAST PSYCHIATRIC:** Diagnosed with anorexia at age 14. She is not suffering anorexia now. She saw her first outpatient psychiatric provider at Beaumont Behavioral Health 2 days ago. She was hospitalized once in Toledo in 2009 for suicidal ideation.

**MEDICAL:** Current medications:
1. Synthroid 50 mg daily for 10 years.
2. Cymbalta increased to 60 mg 2 weeks ago.
3. Seroquel 25 mg at bedtime, started 1 week ago.
4. She uses albuterol as needed for her asthma.

She says she consumes way too much caffeine and she estimates 270 mg per day. Urine drug screen positive for THC. Pregnancy test is negative. She is gravida 0. Her menstrual periods have been very irregular since chemotherapy for her breast cancer. **She has multiple antibiotics, to which she is allergic. These include azithromycin, doxycyline, erythromycin. She is also allergic to morphine and penicillin.**

Blood pressure 132/85, respirations 16, pulse 98, temperature 98.8, height 66 inches, and weight 268.2 pounds. Breast cancer in 2015, BRCA1 gene; sleep apnea, CPAP is at home; asthma; hypothyroidism (Hashimoto's); and Class 3 obesity.

**CLINICAL FINDINGS:** Pertinent lab work: No labs in the chart yet.

**CONSULTS:** None.

**HOSPITAL COURSE:** Following admission, patient's medications were changed. She was seen by Dr. Rieser. Home medications that she was taking for psychiatric issues were discontinued and patient was started on trazodone for sleep. Patient reported sleeping well and wanted to leave the next day. Patient was encouraged to stay, but she did not meet criteria for involuntary hospitalization. There were no suicidal or homicidal ideations and patient's family was agreeable to taking her home. Patient plan to continue with outpatient treatment.

**MENTAL STATUS EXAMINATION (On discharge):**
**General appearance:** Casually dressed and groomed.
**Speech:** Normal rate, volume, articulation, coherence, and spontaneity.
**Psychomotor effects:** Normal.
**Mood:** Euthymic.

**DISCHARGE SUMMARY**
**PATIENT NAME:** TYLER, APRIL
**MRN:** 067528

**Affect:** Full range.
**Thought process and content:** Well-organized and goal-directed with no delusions or hallucinations. Thought content is free from delusions and hallucinations. Thought process and content were tested through patient interview and analysis of spoken ideas during the interview.
**Suicidal and homicidal potential:** Negative.

**COGNITIVE FUNCTIONS:**
**Orientation:** Orientation was tested through the interview and the patient was oriented to time, place, person and circumstance. This was tested through the interview.
**Memory:** Memory was tested through 3-object recall and recollection of autobiographical details. Immediate memory was 3/3 in 0 minutes. Recent memory was 3/3 in 5 minutes and these were tested through 3 object recall. Remote recall was also intact through autobiographical event recall.
**Associations:** Normal.
**Language:** Normal.
**Abstractions and similarities:** Good.
**Attention and concentration:** Fair.
**Insight and judgment:** Was tested by determining patient's involvement in everyday activities in social situations. This was felt to be good. Insight was also tested through patient's involvement in everyday activities in social situations and this was good.
**Learning impairments:** None.
**Fund of knowledge:** Good with good awareness of current events, past history and vocabulary.
**Estimated level of intelligence:** Fair which was tested by assessing patient's level of education and vocabulary.

**BRIEF SUMMARY OF PATIENT'S CONDITION ON DISCHARGE:** Please see above.

**PROGNOSIS:** Fair.

**FINAL DIAGNOSES:**
**Psychiatric:** Major depressive disorder, recurrent, severe, without psychotic features.
**Medical:** History of breast cancer.
No acute medical issues.
**Psychosocial and Contextual Factors:** Patient was not able to manage with anxiety symptoms before.

**DISCHARGE MEDICATIONS:**
1. Trazodone 100 mg at bedtime.
2. Synthroid at previous home dose.

**FOLLOW UP/AFTERCARE PLANS:** Patient will make these on her own.

**DIET RESTRICTIONS:** None.

**DISCHARGE SUMMARY**
**PATIENT NAME:** TYLER, APRIL
**MRN:** 067528

**ACTIVITY RESTRICTIONS:** None.

Cletus Carvalho, MD 11/9/19 5/82 Date/Time

CC/rm/

DD: 10/26/2019 10:05:20 AM
DT: 10/26/2019 12:12:00 PM
Job #: T513426

The Ridge Behavioral Health System

**PSYCHIATRIC ADMISSION ASSESSMENT**

**NAME:** TYLER, APRIL
**MRN:** 067528
**DATE OF ADMISSION:** 10/24/2019
**DATE OF ASSESSMENT:** 10/25/2019
**UNIT:** 150 IPL

**IDENTIFYING DATA:** The patient is a 37-year-old single white female who lives alone with her 2 dogs in Richmond, Kentucky. The information for this dictation is from the patient and the chart.

**ADMISSION DIAGNOSES:**
**Psychiatric:** Major depression, severe, recurrent.
Rule out psychosis.
Posttraumatic stress disorder.
**Medical:** Breast cancer in 2015, BRCA1 gene.
Sleep apnea, continuous positive airway pressure (CPAP) is at home.
Asthma.
Hypothyroidism (Hashimoto's).
Class 3 obesity.
**Psychosocial and Contextual Factors:** She had her fallopian tubes removed a month ago.

**INITIAL ASSESSMENT/HISTORY:**
**CHIEF COMPLAINT:** "Depression, voices."

**PRESENT ILLNESS:** The patient was a victim of very significant trauma and was diagnosed with posttraumatic stress disorder 20 years ago, occurring as a result of a date rape when she was age 16. She had her tubes removed 4 weeks ago because she said the BRCA gene causes ovarian cancer and that the majority of these arise from the fallopian tubes. She experienced depression after the surgery. Her family doctor started her on Cymbalta and may be 2 weeks ago increased the dose to 60 mg. The exact during she has been on the Cymbalta is uncertain. She continued to have trouble sleeping and the family doctor added Seroquel a week ago. Immediately coincidental with the addition of the Seroquel, she said she started having an alteration of her thought processes. She is hearing voices and having conversations in her head. She looked on page 9 of the intake assessment and agreed with what was reported. She reported the following: "John is a boss, he steps in when he has to. Gary is cool, he is with me at work and he goes by gadget. Darcy is hilarious and sharp witted, she said she was 39 and then she said she was 18, she is like mama bear. Helen is in the dark depression. She wants the traditional family. She is upset my ovarian tubes were removed. She was the cutter when I was 16. Tziporah is a little girl and she is the child that I will never have." The voices sound like they could be psychotic symptoms or could be dissociative symptoms. The patient describes having dissociative symptoms along with her PTSD over the last many years and these include missing pieces of time. She does not describe symptoms to suggest dissociative identity disorder. She thinks that may be the medications she took from her primary care physician could be causing some of the symptoms that she currently has. She has never thought that she was psychotic or manic and she does not describe delusional attributions to these symptoms.

**PSYCHIATRIC ADMISSION ASSESSMENT**
**PATIENT NAME:** TYLER, APRIL
**MRN:** 067528

She has never attempted suicide, but she had suicidal thoughts after her rape at age 16. On one occasion, she cut herself and on another occasion at age 31, she cut herself, but these are the only self-injurious behaviors ever.

**PAST PSYCHIATRIC:** Diagnosed with anorexia at age 14. She is not suffering anorexia now. She saw her first outpatient psychiatric provider at Beaumont Behavioral Health 2 days ago. She was hospitalized once in Toledo in 2009 for suicidal ideation.

**MEDICAL:** Current medications:
1. Synthroid 50 mg daily for 10 years.
2. Cymbalta increased to 60 mg 2 weeks ago.
3. Seroquel 25 mg at bedtime, started 1 week ago.
4. She uses albuterol as needed for her asthma.

She says she consumes way too much caffeine and she estimates 270 mg per day. Urine drug screen positive for THC. Pregnancy test is negative. She is gravida 0. Her menstrual periods have been very irregular since chemotherapy for her breast cancer. **She has multiple antibiotics, to which she is allergic. These include azithromycin, doxycyline, erythromycin. She is also allergic to morphine and penicillin.**

Blood pressure 132/85, respirations 16, pulse 98, temperature 98.8, height 66 inches, and weight 268.2 pounds. Breast cancer in 2015, BRCA1 gene; sleep apnea, CPAP is at home; asthma; hypothyroidism (Hashimoto's); and Class 3 obesity.

**ATTITUDES AND BEHAVIORS REQUIRED TO CHANGE:** I advised her to figure out a way to get rid of the guns.

**FAMILY:** She has a sister who has been hospitalized for depression before.

**PSYCHOSOCIAL:** Single, no children. Educational: She has got 2 years left on her master's degree in nursing. She currently works as an assistant manager of quality at CSL Plasma. Legal: None. Hobbies: Movies. Religion: Believes in God, but does not go to Church. Financial: "Okay." Substance use: She states that she uses marijuana a couple of hits 3 times a week. She uses up to 270 mg of caffeine a day. She smokes 1 pack of cigarettes per day, declines tobacco cessation assistance. The only illicit drug she has used was ecstasy on a single occasion.

**REVIEW OF SYSTEMS:** Caffeine-related headache, anxiety-related palpitations, and asthma-related shortness of breath at times. She has a sort of irritable bowel syndrome since getting chemotherapy that she calls "chemo gut." No urinary or skin symptoms. She has chronic back and neck tension.

**PSYCHIATRIC ADMISSION ASSESSMENT**
**PATIENT NAME:** TYLER, APRIL
**MRN:** 067528

**BIRTH AND DEVELOPMENTAL:** Born in Michigan, raised there by her parents. She has 1 brother and 1 sister. She was never a witness to domestic violence nor a victim of abuse. She did experience date rape at age 16 and intimate partner sexually assaulted her when she was 30.

**DIET: Allergic to milk, wheat and pork.**

**EDUCATION-LEARNING PROBLEMS:** No learning problems.

**MENTAL STATUS EXAMINATION:**
**General Appearance**: The patient is noticeably overweight. The patient is awake, alert, and normally responsive. There is nothing unusual in the patient's style of dress. The patient is normally developed and appears stated age. No dysmorphic features. No acute psychological distress.
**Attitude**: Cooperative, engaging and informative. Established eye contact easily.
**Speech**: Normal rate, rhythm, prosody, articulation, and volume.
**Psychomotor**: Normal activity level without abnormal involuntary movements, tics, or stereotypies.
**Mood**: She was frustrated coming into the hospital and describes herself as upset and angry today because she really does not want to be here, but is willing to stay after our discussion. She cried briefly when I talked about her PTSD symptoms.
**Affect**: Appropriate to thought content, non-labile, and unrestricted.
**Thought Process**: Shows goal-directed form.
**Thought content**: There is no presence of delusional or manic content.
**SI/HI Potential**: Suicide and homicide risk: The patient last had suicidal ideation 6 years ago, coincidental with her sexual assault. She has never had homicidal thoughts.
**Perceptions**: She said these are voices that she is hearing are somehow inside her head and she says she hears them, but somehow is doing so without her ears. She does not have any other hallucinations at this time.

**COGNITIVE**:
**Orientation**: Intact. On direct questioning, the patient is fully oriented to person, place, time and purpose in an age appropriate manner.
**Memory**: Immediate, recent and remote memory is intact on direct questioning based upon the patient's ability to accurately recall events from the history which I was able to compare with chart notes. The patient also provided accurate recall of events taking place on the unit before sitting down with me.
**Associations**: Tight.
**Language**: Normal naming and repetition on direct questioning.
**Abstract Reasoning**: Average based upon comparison of words and similarities.
**Attention/Concentration**: Good. Able to spell "world" backwards.
**Judgment**: Good on the basis of hypothetical question of purchasing a broken DVD.
**Insight**: The patient recognizes the mental health issues on direct questioning. The insight is good.
**Learning Impairments**: No identified on direct questioning.
**Fund of Knowledge**: Thought to be age appropriate when answering general knowledge questions.
**Intelligence**: Estimated level of intelligence is estimated to be average based on fund of knowledge, receptive/expressive vocabulary, educational attainment, and abstract reasoning.

**PSYCHIATRIC ADMISSION ASSESSMENT**
**PATIENT NAME:** TYLER, APRIL
**MRN:** 067528

**PLAN:**
**Patient Assets/Strengths:** Mother is her strongest source of emotional support. She has good verbal skill, ability to establish rapport, and establish treatment providers.
**ADL Capacity**: Activities of daily living are fully independent and age appropriate.
**Liabilities/Weaknesses:** Longstanding symptoms, recent surgery to remove fallopian tubes in a patient who was hoping to have children. She thinks this precipitated a depressive episode. The voices she is hearing could be either dissociative, they could be related to her medications, and they could be a psychotic symptom.
**Immediate Treatment Plan:** Stop Cymbalta and Seroquel just in case these medications are causing the symptoms somehow. She gave her consent to use trazodone for sleep. She has taken it before at an inadequate dose, but at least did not have any side effects from it. She gave both verbal and written informed consent. In the event that she gets worse over the weekend with either the depression or psychotic symptoms, she is open to the use of alternative medications if needed.
**Treatment Objectives:** Stabilize mood, monitor voices and potential for suicidal ideation.
**Tentative Disposition:** Home.

**DISCHARGE CRITERIA:** Safety. She has guns in her house, but they are all packed up in her garage because she just moved into her new house. She does not know where the guns are located.

**ESTIMATED LENGTH OF STAY:** 5 days.

**FOLLOWUP AND AFTERCARE PLANS:** Followup aftercare with her family doctor for medication management and possibly one of the Beaumont Behavioral Health APRNs. She is to follow up with Tamara, her therapist at Beaumont Behavioral Health for psychotherapy.

I certify the inpatient psychiatric facility admission was medically necessary for treatment which could reasonably be expected to improve the patient's condition.

11-1-19 1225

Michael Rieser, MD Date/Time

MR/am

DD: 10/25/2019 07:18:07 PM
DT: 10/25/2019 08:41:00 PM
Job #: T512952

Lincoln Financial Group®

OCT 21 2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | October 20, 2022 |
| To: | DR. MICHAEL RIESER<br>3050 RIO DOSA DRIVE<br>LEXINGTON KY 40509 |
| Attn: | |
| Fax: | (859) 268-6437 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

October 20, 2022

Dr. Michael Rieser
3050 RIO DOSA DRIVE
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly
Claimant D.O.B.:

Dear Dr. Michael Rieser:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2022 through the present

We ask that you provide this information by November 3, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II

Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

**The Ridge Behavioral Health**
**3050 Rio Dosa Drive**
**Lexington, KY 40509**
**(859) 269-2325**

Dear Inquirer: Date: 10/21/2022

We have received your request for information. Please refer to the following items checked below and please consult with RBHS if you have any questions.

- o Enclosed are the copies of the information you have requested. Please note that this information is STRICTLY CONFIDENTIAL and is meant for the information of the party to whom it is addressed. No responsibility can be accepted by Ridge Behavioral Health System if it is available for any other person including the patient.
- o **PREPAYMENT IS REQUIRED.** Please remit the amount $____________. Make check payable to THE RIDGE BEHAVIORAL HEALTH SYSTEM. 3050 RIO DOSA DRIVE, LEXINGTON, KY 40509.
- X Medical information is confidential and may be released only upon written authorization of the patient, parent, or legal guardian (if the patient is under the age of 16) or the next of kin if the patient is deceased. Please submit a valid authorization and provide POA, Custodial, Guardianship paperwork as it applies.
- o No more than sixty (60) days may elapse between the date the patient signed the authorization and the date the request for information was received by RBHS. Your authorization is invalid. Please submit a new valid authorization.
- o The information you requested pertains to services rendered after the patient signed the authorization. Please submit a new authorization, which allows disclosure of the information.
- o We cannot locate any medical records for a patient with the name you have submitted. Please provide additional information if you would like us to search further. This might include admission/discharge dates, previous names (maiden or married), Social Security number, date of birth, ect.
- o The patient must specify RBHS as the party to release the information. Please submit a completed authorization.
- o The patient has declined authorization for the release of information.
- o The patient is 16 years of age or older and MUST sign the authorization.
- o The records have been destroyed.
- o If patient was only seen for Medication Management, please contact Outpatient at (859) 268-6410. Or fax release of information to Outpatient at (859) 268-6473.
- X Other: We must have a request signed by the patient in order to release records.

Patient Name: April Connolly Medical Record: ____________________

Sincerely,

Medical Records Department

3050 Rio Dosa Drive Lexington, KY 40509 (859) 269-2325 FAX: (859) 268-6437

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | October 24, 2022 |
| To: | CODY ALLISON AND ASSOCIATES<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

October 24, 2022

Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly

To Whom It May Concern:

Please have April sign and date the attached authorization. Dr. Rieser's office rejected our request and they require an updated authorization to be signed within 60 days of the request.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

Attachments: Authorization - Medical
12027405-MEDICAL-CORRESPONDENCE-10.24.2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ____________________ Date: ____________

Date of Birth: ____________ Claim Number: 12027405

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

OCT 2 1 2022

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | October 20, 2022 |
| To: | DR. MICHAEL RIESER<br>3050 RIO DOSA DRIVE<br>LEXINGTON KY 40509 |
| Attn: | |
| Fax: | (859) 268-6437 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

October 20, 2022

Dr. Michael Rieser
3050 RIO DOSA DRIVE
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly
Claimant D.O.B.:

Dear Dr. Michael Rieser:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2022 through the present

We ask that you provide this information by November 3, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II

Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

**The Ridge Behavioral Health**
**3050 Rio Dosa Drive**
**Lexington, KY 40509**
**(859) 269-2325**

Dear Inquirer: Date: 10/21/2022

We have received your request for information. Please refer to the following items checked below and please consult with RBHS if you have any questions.

- o Enclosed are the copies of the information you have requested. Please note that this information is STRICTLY CONFIDENTIAL and is meant for the information of the party to whom it is addressed. No responsibility can be accepted by Ridge Behavioral Health System if it is available for any other person including the patient.
- o **PREPAYMENT IS REQUIRED.** Please remit the amount $____________. Make check payable to THE RIDGE BEHAVIORAL HEALTH SYSTEM. 3050 RIO DOSA DRIVE, LEXINGTON, KY 40509.
- X Medical information is confidential and may be released only upon written authorization of the patient, parent, or legal guardian (if the patient is under the age of 16) or the next of kin if the patient is deceased. Please submit a valid authorization and provide POA, Custodial, Guardianship paperwork as it applies.
- o No more than sixty (60) days may elapse between the date the patient signed the authorization and the date the request for information was received by RBHS. Your authorization is invalid. Please submit a new valid authorization.
- o The information you requested pertains to services rendered after the patient signed the authorization. Please submit a new authorization, which allows disclosure of the information.
- o We cannot locate any medical records for a patient with the name you have submitted. Please provide additional information if you would like us to search further. This might include admission/discharge dates, previous names (maiden or married), Social Security number, date of birth, ect.
- o The patient must specify RBHS as the party to release the information. Please submit a completed authorization.
- o The patient has declined authorization for the release of information.
- o The patient is 16 years of age or older and MUST sign the authorization.
- o The records have been destroyed.
- o If patient was only seen for Medication Management, please contact Outpatient at (859) 268-6410. Or fax release of information to Outpatient at (859) 268-6473.
- X Other: We must have a request signed by the patient in order to release records.

Patient Name: April Connolly Medical Record: ________________

Sincerely,

Medical Records Department

3050 Rio Dosa Drive Lexington, KY 40509 (859) 269-2325 FAX: (859) 268-6437

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | October 20, 2022 |
| To: | MICHAEL BENNET<br>TRAUMA INFORMED COUNSELING CENTER |
| Attn: | |
| Fax: | (859) 368-0018 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

October 20, 2022

Michael Bennet
Trauma Informed Counseling Center

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly
Claimant D.O.B.:

Dear Michael Bennet:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2022 through the present

We ask that you provide this information by November 3, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II

Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | October 20, 2022 |
| To: | DR. MICHAEL RIESER<br>3050 RIO DOSA DRIVE<br>LEXINGTON KY 40509 |
| Attn: | |
| Fax: | (859) 268-6437 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

October 20, 2022

Dr. Michael Rieser
3050 RIO DOSA DRIVE
LEXINGTON, KY 40509

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly
Claimant D.O.B.:

Dear Dr. Michael Rieser:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2022 through the present

We ask that you provide this information by November 3, 2022. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II

Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

**K. Cody Allison**
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

October 10, 2022

**VIA FACSIMILE ONLY: # (603) 334-0401**

The Lincoln National Life Insurance Co.
Attn.: Robert Boling
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **STD Claim No.:** | **11495594** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |

Dear Robert:

As you are aware, this office represents Ms. April Connolly regarding her claim for long-term disability benefits.

We are in receipt of your fax dated October 7, 2022, wherein Lincoln needs additional information regarding Ms. Connolly's eligibility for continued disability benefits.

Enclosed you will find the completed Claimant Information Form from Ms. Connolly.

My office will request the medical records beginning June 1, 2022, to present. Once we receive these medical records, we will submit them to Lincoln immediately.

If you have any questions, please do not hesitate to call me.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: K. Cody Allison

KCA/bk
cc: Ms. April Connolly

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

Return To: Robert Boling

EMPLOYEE/CLAIMANT NAME: April Connolly
CLAIM NO: 12027405
EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2022 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Michael Bennett
Specialty: LPCA (TICC)
Address: 713 Millpond Rd
Lexington Ky 40514
Telephone No.: (859) 213-2890 Fax No.: ( )

Name: Dr. Michael Rieser (psychiatrist)
Specialty: 3050 Rio Dosa Dr (Lifestance)
Address: Lexington Ky 40509
Telephone No.: (859) 269-2325 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Aetna
Specialty:
Address: PO Box 981106
EL Paso Tx 79998-1106
Telephone No.: (800) 433-2574 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: CVS Pharmacy
Specialty: N/A
Address: 409 E Main St
Richmond, Ky 40475
Telephone No.: (859) 623-7481 Fax No.: ( )

Name: Walgreens
Specialty: N/A
Address: 501 Caperton Dr
Richmond, Ky 40475
Telephone No.: (859) 353-3309 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: April L. Connolly DATE: 10/8/22

**K. Cody Allison**
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

October 10, 2022

**VIA FACSIMILE ONLY: # (603) 334-0401**

The Lincoln National Life Insurance Co.
Attn.: Robert Boling
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **STD Claim No.:** | **11495594** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |

Dear Robert:

As you are aware, this office represents Ms. April Connolly regarding her claim for long-term disability benefits.

We are in receipt of your fax dated October 7, 2022, wherein Lincoln needs additional information regarding Ms. Connolly's eligibility for continued disability benefits.

Enclosed you will find the completed Claimant Information Form from Ms. Connolly.

My office will request the medical records beginning June 1, 2022, to present. Once we receive these medical records, we will submit them to Lincoln immediately.

If you have any questions, please do not hesitate to call me.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: K. Cody Allison

KCA/bk
cc: Ms. April Connolly

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

**Return To:** Robert Boling

EMPLOYEE/CLAIMANT NAME: April Connolly
CLAIM NO: 12027405
EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ____

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2022 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Michael Bennett
Specialty: LPCA (TICC)
Address: 713 Millpond Rd
Lexington Ky 40514
Telephone No.: (859) 213-2890 Fax No.: ( )

Name: Dr. Michael Rieser (psychiatrist)
Specialty: 3050 Rio Dosa Dr (Lifestance)
Address: Lexington Ky 40509
Telephone No.: (859) 269-2325 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Aetna
Specialty:
Address: PO Box 981106
EL Paso Tx 79998-1106
Telephone No.: (800) 433-2574 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: CVS Pharmacy
Specialty: N/A
Address: 409 E Main St
Richmond, Ky 40475
Telephone No.: (859) 623-7481 Fax No.: ( )

Name: Walgreens
Specialty: N/A
Address: 501 Caperton Dr
Richmond, Ky 40475
Telephone No.: (859) 353-3309 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: April L. Connolly DATE: 10/8/22

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | October 7, 2022 |
| To: | CODY ALLISON AND ASSOCIATES<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

October 7, 2022

Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Csl Behring Llc.'s Group Disability Policy. We are writing in reference to April Connolly's claim for LTD benefits under the Policy.

We are currently reviewing Ms. Connolly's eligibility for continued disability benefits, and are in need of additional information.

To be eligible to receive benefits, the Policy requires that Ms. Connolly provide proof of disability in order to receive benefits. However, there are currently no medical providers on file, so we are unable to request her medical records which are needed to evaluate her claim eligibility.

To assist us with our investigation, please complete the enclosed Claimant Information Form and provide us the full names, addresses, and telephone numbers of all medical providers, you are currently treating with for this condition.

Additionally, please contact each of her medical providers and request that they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from June 1, 2022 through the present.

Csl Behring Llc.'s LTD Policy requires that Ms. Connolly provide proof of disability in order to receive benefits. This proof must be provided by December 19, 2022. Without the information specified above, we will be unable to evaluate her claim eligibility and your disability benefits may

be closed.

Csl Behring Llc.'s LTD Policy requires that, in order to receive ongoing benefits, Ms. Connolly provide proof of disability within a required timeframe. Her cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by November 19, 2022, 45 days from the date of this request, Ms. Connolly's benefits will be suspended. If we do not receive all of this requested information by December 19, 2022, 30 days from the date of suspension, her claim will be closed.

We ask that Ms. Connolly provide us with this information no later than December 19, 2022 as required under the terms of the Policy.

If Ms. Connolly has any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

Attachments: Claimant Information Form

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

**Return To:** Robert Boling

EMPLOYEE/CLAIMANT NAME: April Connolly
CLAIM NO: 12027405
EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2022 to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________
Specialty: ____________
Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | October 6, 2022 |
| To: | CODY ALLISON AND ASSOCIATES<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

October 6, 2022

Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Csl Behring Llc.'s Group Disability Policy. We are writing in reference to April Connolly's claim for LTD benefits under the Policy.

We are currently reviewing Ms. Connolly's eligibility for continued disability benefits, and are in need of additional information.

To be eligible to receive benefits, the Policy requires that Ms. Connolly provide proof of disability in order to receive benefits. However, there are currently no medical providers on file, so we are unable to request her medical records which are needed to evaluate her claim eligibility.

To assist us with our investigation, please complete the enclosed Claimant Information Form and provide us the full names, addresses, and telephone numbers of all medical providers, you are currently treating with for this condition.

Additionally, please contact each of her medical providers and request that they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from June 1, 2022 through the present.

Csl Behring Llc.'s LTD Policy requires that Ms. Connolly provide proof of disability in order to receive benefits. This proof must be provided by December 19, 2022. Without the information specified above, we will be unable to evaluate her claim eligibility and your disability benefits may

be closed.

Csl Behring Llc.'s LTD Policy requires that, in order to receive ongoing benefits, Ms. Connolly provide proof of disability within a required timeframe. Her cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by November 19, 2022, 45 days from the date of this request, Ms. Connolly's benefits will be suspended. If we do not receive all of this requested information by December 19, 2022, 30 days from the date of suspension, her claim will be closed.

We ask that Ms. Connolly provide us with this information no later than December 19, 2022 as required under the terms of the Policy.

If Ms. Connolly has any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

September 16, 2022

**VIA FACSIMILE ONLY: # (603) 334-0401**

The Lincoln National Life Insurance Co.
Attn.: Shannon Hunter
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **STD Claim No.:** | **11495594** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |

Dear Shannon:

As you are aware, this office represents Ms. April Connolly regarding her claim for long-term disability benefits.

We wanted to provide you with an update regarding Ms. Connolly's claim for Social Security Disability Benefits per your letter dated August 5, 2022, to our office. We have been advised by Ms. Connolly's Social Security Disability attorney, that Ms. Connolly has a hearing scheduled for October 14, 2022.

As soon as we receive an update from her SSD attorney after her hearing, we will advise Lincoln immediately.

If you have any questions, please do not hesitate to call me.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: K. Cody Allison

KCA/bk
cc: Ms. April Connolly

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | September 9, 2022 |
| To: | CODY ALLISON AND ASSOCIATES<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Shannon Hunter<br>Claims Examiner II, Social Security<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

September 9, 2022

Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly

To Whom It May Concern:

We are writing in reference to your claim for benefits under the Long-Term Disability (LTD) Policy issued to your employer.

At the time your LTD claim was approved we asked you to provide our office with proof of your application for Social Security Disability Income (SSDI) benefits. This should include an official proof of filing and/or complete copy of any award, denial, or appeal notification.

This information should be documentation you received directly from the Social Security Administration (SSA) office. Should you not have your most recent copy available, your local SSA office will be able to provide you with a copy to return to our office.

The LTD policy provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, LTD benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

If and when you are awarded retroactive benefits from Social Security, more than likely your LTD claim will have been overpaid, sometimes by thousands of dollars. Please do not spend the retroactive benefits as they are due back to Lincoln. Once we receive your award letter, we will determine the overpayment amount. You will be informed of this amount in writing and options to recover of the overpayment.

To date we have not received a response to our request. Please provide us proof of your application.

If you have not already done so, you can initiate your application by either calling the Social Security Administration (SSA) toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office and provide us with proof of application. If you would like assistance with filing your Social Security Disability benefits application, there are Social Security Claimant Representatives that specialize in this process. Please contact us to discuss.

If you have obtained your own legal representation, please provide us with your representative's contact information for future requests of information and/or updates.

You may forward this information to my attention at:

- The address in the above letterhead
- Fax Number: listed below or,
- Email: cltcsudocs@lfg.com

**If you do not complete the application and provide proof of the application within 30 days (October 9, 2022) from the date of this letter, your LTD payments maybe reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents maybe eligible for.**

If you have any questions regarding this matter, please contact me.

Sincerely,

Shannon Hunter
Claims Examiner II, Social Security
Phone No.: (844) 249-9678 Ext. 59527
Secure Fax No.: (603) 334-0380

## Initial Payment Set up Worksheet

**DOB** ____

**LTD Claim #** 12027405 **Work State** KY

**Associated Claims** 11495594 Type STD - Type -

**Benefit End date of associated claims** 12/8/2021 -

**LTD Benefit Begin date** 12/9/2021 **DOD** 6/10/2021 **AGE** 39

**Max Benefit date** 12/8/2023 Mental Nervous - 24 months

**Does policy include COLA provision** No **Eligibility intended** Yes

**Sources used to verify BME amount**

ER CONFIRMATION OF 80 HOURS/PERIOD -- HOURLY WAGE EFFECTIVE 09/01/2021: $29.73 x 80 HOURS x 26 PERIODS = $61,838.40 / 12 = $5,153.20 MONTHLY.

**BME amount** $5,153.20 **Benefit percentage** 70.00 %

UPDATE ON CLAIM SCREEN

**Gross modal benefit** $3,607.24

**Benefit Begin date** 12/9/2021

**Approved Thru date** 12/8/2023 24 months own occupation

**Offsets Entered**

| | Type | Amount |
|---|---|---|
| | NO SSET PER ATTORNEY EMAIL | |
| (PER SS LTR/P. NOTE #5) | SSDB DENIED - NO OFFSET INFO | |
| | NO OTHER INCOME PER CSS FORM | |

**Deductions Entered** **Effective:** N/A **Through** N/A

| Type | Amount | Type | Amount |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Tax Withholding** **Federal** $0.00 (PER W-4S) **State** N/A

**Completed by:** **MIKAYLA KIMBALL** **Approved by:** ____________

12027405-PAYMENTS-BENEFIT CALCULATION-08.11.2022.xlsx

**From:**barb@codyallison.com <barb@codyallison.com>
**Sent:**Wed, 10 Aug 2022 20:01:29 +0000
**To:**Boling, Robert
**Subject:**April Connolly

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Robert,

Thank you for taking the time to speak to me today regarding Ms. Connolly's short-term and long-term disability claim.

After speaking to Ms. Connolly, she does not want Lincoln Financial Group to withhold any estimated SSD benefit out of her long-term disability benefits at this time.

Ms. Connolly has been denied SSD and has appealed the denial. I will contact her SSD attorney to find out the status of that claim.

If you have any questions, please call me.

Once again, thank you for your time.

**Barb**

**Barb Krautheim, Long-Term Disability Paralegal**
Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Road, Ste. # 250
Nashville, TN 37205
T 615.234.6000
F 615.727.0175
barb@codyallison.com
www.LTDanswers.com
www.codyallison.com

______________NOTICE_______________

This e-mail message and any attachments are for use by the recipient only, and contain information that may be legally privileged and confidential. If you are not the intended recipient, YOU MUST NOT review, transmit, convert to hard copy, copy, use, disclose or disseminate this e-mail, its content or any attachments to it. If you received this email in error, please immediately notify us by return email or telephone at 615-234-6000 and then permanently

delete/destroy this message. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client privilege, work product immunity, joint prosecution privilege, or any other applicable privilege or immunity.

**From:** LincolnAbsenceNotification@lfg.com
**To:**
NABCTLincolnFinancial.Leave@CSLPLASMA.COM;JEREMY.CLEMONS@CSLPLASMA.COM
**Subject:** LINCOLN FINANCIAL NOTIFICATION: April Connolly Leave Status for 1307106 Claim 11495716

This is to notify you that there has been a closure or denial in the status of your employee's leave.

**Leave Information:**

Approved Leave Period: 6/10/2021 thru 8/4/2021

Leave Reason: Absence Plus Treatment

Leave Status: Closed - Lincoln Financial Group is unable to find an active record of employment for the employee to support the leave.

As a reminder, employee is required to report return to work date via Lincoln's Interactive Voice Response (IVR) telephone number and provide a Work Release Note to manager if the leave was related to employee's own health condition.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox.** If you have any questions regarding this employee's leave, please contact Lincoln Financial at 1-800-283-0823.

Social Security Online

# Benefit Calculators

Benefit Calculators

## Quick Calculator Benefit Estimates

August 9, 2022

### Retirement

At right is the information you provided. Below that are estimated benefit amounts for retirement at 3 different ages, including your normal (or full) retirement age (67). We assume you will work every year up to the year in which you begin receiving benefits.

As shown in the table, you can receive a monthly benefit starting at age 62 and 1 month that would be reduced for life due to early retirement. If you choose to delay the start of benefits to a higher age, you can then receive a larger monthly benefit for the rest of your life.

For example, if you start taking benefits at age 62 and 1 month, you will receive $1,484 per month for the rest of your life. But if you wait until age 67 to start receiving benefits, you will get $2,175 for the rest of your life. So by waiting until age 67, you can then receive $691 more per month than if you started lower monthly benefits at 62 and 1 month. Remember, these estimated figures are in today's dollars.

Social Security benefits are the foundation on which to build a financially secure retirement. Savings and pensions also are key components of your retirement plan.

**Information you submitted**

| |
|---|
| Date of birth: |
| Current earnings: **$61,838.00** |
| Benefit in **year-2022** dollars |

**Retirement Benefit Estimates**

| Retirement age | Monthly benefit amount [1] |
|---|---|
| 62 and 1 month in 2044 | $1,484.00 |
| 67 in 2049 | $2,175.00 |
| 70 in 2052 | $2,736.00 |

[1] Assumes no future increases in prices or earnings.

We have calculated your benefits by making certain assumptions about your past earnings. Please look at these earnings to see if they appear reasonable to you. You can change them and see the effect on your benefit estimates!

See the earnings we used

### Disability/Survivor

For disability and survivors estimates, we assumed that you became disabled or died **today**. We did not use future earnings in calculating those estimates.

| Disability | Monthly benefit amount |
|---|---|
| You | $1,855.00 |

Your spouse and children may also qualify for benefits.

| Survivors | Monthly benefit amount |
|---|---|
| Your child | $1,409.00 |
| Your spouse caring for your child | $1,409.00 |
| Your spouse at normal retirement age | $1,879.00 |
| Family maximum | $3,516.70 |

**From:**NABCTLincolnFinancial.Leave@CSLPLASMA.COM
**Sent:**Tue, 9 Aug 2022 19:25:34 +0000
**To:**Kimball, Mikayla;NABCTLincolnFinancial.Leave@CSLPLASMA.COM
**Subject:**RE: LTD salary verification - April Connolly - claim 12027405

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,

Please see below:




| Effective Date | Compensation Action | Reason | Total Base Pay | Primary Compensation Basis | Currency | Frequency |
|---|---|---|---|---|---|---|
| 09/01/2021 | Merit Compensation Change | Merit > Base Salary Change > Annual Merit Increase | 29.73 | 29.73 | USD USD | Hourly |
| 10/11/2020 | Ad-hoc Compensation Change | Request Compensation Change > HR USE ONLY > Conversion | 29.00 | 29.00 | USD USD | Hourly |

Please do not hesitate to contact Ask HR should you have any other questions.

Thank you,


HR Operations
**CSL Behring** Biotherapies for Life™
900 Broken Sound Parkway | Boca Raton | FL 33487 USA
Phone: 844-602-7547
Email Address: askHR-amer@cslbehring.com
www.cslbehring.com



***See how we're driven by our promise***


---

**From:** Kimball, Mikayla <Mikayla.Kimball@lfg.com>
**Sent:** Tuesday, August 9, 2022 2:22 PM
**To:** Leave, NABCT Lincoln Financial <NABCTLincolnFinancial.Leave@CSLPLASMA.COM>
**Subject:** [EXT] LTD salary verification - April Connolly - claim 12027405

EXTERNAL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

---

Good Afternoon,

I am a Payment Specialist in the Financial Services Department within Disability Claims, and am contacting you for salary verification regarding the LTD claim for April Connolly (employee ID 1307106 and DOB

Please provide the following:

- A copy of the employee's pay change history immediately prior to, but not including, the benefit begin date of 12/09/2021.

Please contact me with any questions.

Thank you,
Mikayla


**Mikayla Kimball**
Payment Specialist II
GP CLM Shared Services

**Lincoln Financial Group**
LincolnFinancial.com

P: (800) 210-0268 x69645
F: (603) 334-0401



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**This email, including any attachments, is confidential and contains proprietary content and may be legally privileged. This transmission is intended only for the designated recipient(s), and any duplication or distribution, in any form or part, without the written consent of the sender is strictly prohibited. Any confidentiality or privilege is not waived or lost if this email has been sent to you by mistake, in which case you should not read, copy, adapt, use or disclose this message. If you've received this email by mistake, please delete the message, disregard its contents and notify the sender of the mistake. Any personal information in this email must be handled in accordance with applicable privacy laws.**

August 9, 2022

**Employee Name:** Ms. APRIL CONNOLLY
**Employer Name:** CSL Behring
**Correspondence Type:** Continuous Leave Closure Due to Terminated Employment
**Leave ID No.:** 11495716

## Purpose of Letter

We are writing to inform you that your leave under the Family & Medical Leave Act (FMLA) for a leave of absence due to your own medical condition has been closed as of the date of this letter. Our records indicate you are no longer an active employee with CSL Behring.

Please contact Leave Services if you have any questions.

Sincerely,

ROBERT BOLING

Disability Claims Department
Office Phone: (844) 249-9678 Ext. 14258
Office Fax: (603) 559-0488

## 24/7 Updates

Visit My Lincoln Portal[SM] from your computer or mobile device at www.mylincolnportal.com to:

- Report an absence
- Track the status of a claim or leave
- View payment information
- View leave entitlements, time available, used, and remaining
- Access contact information
- Download forms and educational resources

**First-time users:** Register by creating a user login and password using company code: CSLBehring

## Receive Letters Sooner

Get letters, forms, and other important information by email! Send your paperless request to LincolnLeaveAdmin@lfg.com with your name and leave ID to sign up!

## Contact Us

**By Email:**
LincolnLeaveAdmin@lfg.com

**By Phone:** (844) 249-9678

**By Fax:** (603) 559-0488

**Write us:**
Group Benefits Disability Claims
The Lincoln National Life Insurance Company
P.O. Box 2578
Omaha, NE 68172-9688

**From:** LincolnAbsenceNotification@lfg.com
**To:**
NABCTLincolnFinancial.Leave@CSLPLASMA.COM;JEREMY.CLEMONS@CSLPLASMA.COM
**Subject:** LINCOLN FINANCIAL NOTIFICATION: April Connolly Change in Status of Short Term Disability/Leave Status for 1307106 Claim 11495594

This is to notify you that there has been a closure or denial in the status of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Benefit Payments Period: 6/17/2021 thru 12/8/2021
Disability Claim Status: Closed - The claim has closed and a new claim for long term disability is being reviewed.

**Family Medical Leave Information:**

Approved Leave Period: Not Applicable
Leave Status: Not Applicable

As a reminder, employee is required to report return to work date via Lincoln's Interactive Voice Response (IVR) telephone number and provide a Work Release Note to manager if the leave was related to employee's own health condition.

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 14258 or contact the assigned Case Manager at Robert.Boling@lfg.com. Please be sure to reference claim number 11495594.
**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | August 5, 2022 |
| To: | CODY ALLISON AND ASSOCIATES<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Shannon Hunter<br>Claims Examiner II, Social Security<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

August 5, 2022

Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly

To Whom It May Concern:

We are writing in reference to your claim for LTD benefits under the Long-Term Disability (LTD) Policy issued to your employer.

In addition to your Long-Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits. These advantages are outlined in the attachment, and include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to provide you with information about how you can apply for those benefits.

If you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family members (dependents) that may be eligible for benefits, please make sure the Social Security Administration is informed so application and payment for dependent

benefits is not delayed.

You are required to apply for Social Security benefits under the terms of United Natural Foods, In.'s, LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application within 30 days from the date of this letter **(September 5, 2022).**

If you do not complete the application and provide proof of the application your LTD payments maybe reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible for.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Lincoln will be reduced by the amount you receive from the Social Security Administration. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources (Lincoln and the Social Security Administration). If you are entitled to retroactive benefits, you may receive a large payment from the Social Security Administration. This money is essentially money that Lincoln advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shannon Hunter
Claims Examiner II, Social Security
Phone No.: (844) 249-9678 Ext. 59527
Secure Fax No.: (603) 334-0401

Attachments: Disability Payment Option Form

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380
www.LincolnFinancial.com

# DISABILITY PAYMENT OPTIONS

Insurer: Disability and Life Claims
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

(Herein Referred to as "we" and "us")

Policy Number: 03-510527 Claim No. 12027405

Disability Date: June 10, 2021

Issued To: Csl Behring Llc.

Address: ____________________

Claimant: April Connolly

Address: ____________________

The policy under which you are covered provides that Disability benefits will be offset by Social Security Disability Benefits for you and your family. Lincoln Financial Group offers assistance to apply for Social Security Benefits or you can apply on your own or with your own legal representative. Once a Social Security Application is made, Lincoln Financial Group will monitor the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) written request is submitted to remove the estimate with the understanding an overpayment may result if Social Security Benefits are awarded, or
(c) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #2. If you have any questions, please contact us.

The The Lincoln National Life Insurance Company reserves all rights under the contract.

| | |
|---|---|
| ____________________ (Insured) | ____________________ (Witness) |
| ____________________ (Address) | ____________________ (Address) |
| ____________________ (Date) | ____________________ (Date) |

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | August 5, 2022 |
| To: | CODY ALLISON AND ASSOCIATES<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Shannon Hunter<br>Claims Examiner II, Social Security<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

August 5, 2022

Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly

To Whom It May Concern:

We are writing in reference to your claim for LTD benefits under the Long-Term Disability (LTD) Policy issued to your employer.

In addition to your Long-Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits. These advantages are outlined in the attachment, and include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to provide you with information about how you can apply for those benefits.

If you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family members (dependents) that may be eligible for benefits, please make sure the Social Security Administration is informed so application and payment for dependent

benefits is not delayed.

You are required to apply for Social Security benefits under the terms of **CSL Behring, LLC's**, LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application within 30 days from the date of this letter **(September 5, 2022).**

If you do not complete the application and provide proof of the application your LTD payments maybe reduced as we may estimate the monthly Social Security Disability benefit for which you and your dependents may be eligible for.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Lincoln will be reduced by the amount you receive from the Social Security Administration. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources (Lincoln and the Social Security Administration). If you are entitled to retroactive benefits, you may receive a large payment from the Social Security Administration. This money is essentially money that Lincoln advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

**(Corrected Letter)**

If you have any questions regarding this matter, please contact me.

Sincerely,

Shannon Hunter
Claims Examiner II, Social Security
Phone No.: (844) 249-9678 Ext. 59527
Secure Fax No.: (603) 334-0401

**From:** LincolnAbsenceNotification@lfg.com
**To:** NABCTLincolnFinancial.Leave@CSLPLASMA.COM;JEREMY.CLEMONS@CSLPLASMA.COM
**Subject:** LINCOLN FINANCIAL NOTIFICATION: April Connolly Approval of Long Term Disability 1307106 Claim 12027405

This is to notify you that there has been an approval or extension of your employee's Long Term disability claim.

**Long Term Disability Information:**

Benefit Payments Period: 12/9/2021 thru 12/8/2023

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 14258 or contact the assigned Case Manager at Robert.Boling@lfg.com. Please be sure to reference claim number 12027405.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | August 3, 2022 |
| To: | CODY ALLISON AND ASSOCIATES<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Robert Boling<br>Ltd Specialist II<br>Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 5 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

August 3, 2022

Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Csl Behring Llc.'s Group Disability Policy. We are writing in reference to April Connolly's claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved Ms. Connolly's claim for benefits.

The Policy states that to be eligible for benefits Ms. Connolly must meet the definition of disability as defined in the LTD Policy:

> *"Disability" or "Disabled" means:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that Ms. Connolly is unable to perform the duties of her occupation.

We have determined that her date of disability is June 10, 2021 and her benefits begin on December 9, 2021. Benefit payment will be sent under separate cover.

The Policy provides benefits at 70% of her pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

She will continue to receive benefits provided all contractual provisions continue to be met or until Ms. Connolly returns to work or other income benefits are awarded as defined by the Policy.

Ms. Connolly may have her benefit checks automatically deposited into her checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While Ms. Connolly is eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to Ms. Connolly's Long Term Disability (LTD) benefit, she may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for Ms. Connolly if she is approved for Social Security Disability benefits. These advantages include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

Under the terms of Ms. Connolly's employer's LTD Policy she is required to apply for Social Security Disability benefits, and it is important that she begins this process at this time. Please initiate her application by either calling the Social Security Administration (SSA) toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting her local Social Security office and provide us with proof of application by September 3, 2022. One of our Social Security Specialists will reach out to you to discuss the Social Security application process.

If she does not complete that application and provide proof of the application, her LTD payments may be reduced as we may estimate the monthly Social Security Disability benefit for which she and her dependents may be eligible.

Federal and state tax withholding requirements are based upon the disability Policy established by Ms. Connolly's employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from her benefits, please return a completed Form W-4S. Ms. Connolly cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from her local federal building or online at www.irs.gov.

Please be aware that the condition for which Ms. Connolly is approved disability benefits is subject to the following limitation:

*published by the American Psychiatric Association.*

*Mental Illness and/or Substance Abuse Limitation*

*The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.*

*If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.*

*If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.*

*In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.*

*"Mental Illness" means a psychiatric or psychological condition, without demonstrable organic origin, classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental*
*Disorders (DSM). If the DSM is discontinued, Lincoln will use the replacement chosen or*

If Ms. Connolly's condition no longer meets the criteria of the above limitation but remains disabling as supported by medical documentation, her claim will be evaluated for continued benefits beyond this limitation.

We will continue to review Ms. Connolly's claim and request medical documentation to evaluate her continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that she assist with the management of her claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if her condition changes or her physicians alter her treatment plan.

If Ms. Connolly's benefit is overpaid The Lincoln National Life Insurance Company has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if Ms. Connolly begins receiving other income for this same time period as outlined in her LTD Policy.

If Ms. Connolly has any questions regarding this matter, please contact me.

Sincerely,

Robert Boling
Ltd Specialist II
Phone No.: (844) 249-9678 Ext. 14258
Secure Fax No.: (603) 334-0380

**From:** LincolnAbsenceNotification@lfg.com
**To:**
NABCTLincolnFinancial.Leave@CSLPLASMA.COM;JEREMY.CLEMONS@CSLPLASMA.COM
**Subject:** LINCOLN FINANCIAL NOTIFICATION: April Connolly Change in Status of Short Term Disability/Leave Status for 1307106 Claim 11495594

This is to notify you that there has been a closure or denial in the status of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Benefit Payments Period: 6/17/2021 thru 8/4/2021
Disability Claim Status: Closed - The claim has closed and a new claim for long term disability is being reviewed.

**Family Medical Leave Information:**

Approved Leave Period: Not Applicable
Leave Status: Not Applicable

As a reminder, employee is required to report return to work date via Lincoln's Interactive Voice Response (IVR) telephone number and provide a Work Release Note to manager if the leave was related to employee's own health condition.

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 14258 or contact the assigned Case Manager at Robert.Boling@lfg.com. Please be sure to reference claim number 11495594.
**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

August 1, 2022

**VIA FACSIMILE: # (603) 334-0380 and (603) 334-0401**
The Lincoln National Life Insurance Co.
Attn.: Laura O'Leary and Akelah Tanner
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **STD Claim No.:** | **11495594** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |

Dear Laura/Akelah:

As you are aware, this office represents Ms. April Connolly regarding a claim for both short-term and long-term disability benefits.

I have been trying to call you and speak to you regarding this matter, however, the phone number on the letterhead of your letter dated July 26, 2022 to our office is a non-working number. I also tried calling the number that is listed on the denial letter dated December 30, 2021, however, this is also a non-working number.

Upon receipt of this letter, please call my office and speak to my paralegal, Barb Krautheim, and confirm that Ms. Connolly's retro-active short-term disability check will be sent to our office, the amount of the retro-active check, and the time period that short-term disability benefits are being paid.

We look forward to hearing from you.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: K. Cody Allison

KCA/bk

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

August 1, 2022

**VIA FACSIMILE: # (603) 334-0380 and (603) 334-0401**
The Lincoln National Life Insurance Co.
Attn.: Laura O'Leary and Akelah Tanner
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **STD Claim No.:** | **11495594** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |

Dear Laura/Akelah:

As you are aware, this office represents Ms. April Connolly regarding a claim for both short-term and long-term disability benefits.

I have been trying to call you and speak to you regarding this matter, however, the phone number on the letterhead of your letter dated July 26, 2022 to our office is a non-working number. I also tried calling the number that is listed on the denial letter dated December 30, 2021, however, this is also a non-working number.

Upon receipt of this letter, please call my office and speak to my paralegal, Barb Krautheim, and confirm that Ms. Connolly's retro-active short-term disability check will be sent to our office, the amount of the retro-active check, and the time period that short-term disability benefits are being paid.

We look forward to hearing from you.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: K. Cody Allison

KCA/bk

PAGE 1/1 * RCVD AT 8/1/2022 3:04:24 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/4 * DNIS:6033340401 * CSID:NEXTIVA * ANI:16157270175 * DURATION (mm-ss):00-48

# FAX COVER SHEET

| | |
|---|---|
| TO | Laura Don, MD |
| COMPANY | |
| FAX NUMBER | 18668411415 |
| FROM | Lauren Downey |
| DATE | 2022-08-01 12:32:23 GMT |
| RE | ATTN: Laura Don, MD |

COVER MESSAGE

RE: Disability Benefits, Claimant April Connolly, Claim 11495594.

Lincoln Financial Group®

**To:** **Michael Bennett, MHC**
Company:
Fax: (859) 368-0018
Phone:

**From:**
~~Fax:~~
Phone:

**NOTES:**

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Tuesday, July 19, 2022 9:00:28 PM
**Number of pages including this cover sheet:** 03

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
Secure Fax 866-841-1415

7/19/22

Michael Bennett, MHC
Fax: (859) 368-0018

Re: Disability Benefits
Claimant Name: April Connolly
Claimant DOB:
Claim Number: 11495594

Dear Mr. Bennett,

Your patient's disability case manager requested a review the medical records that were submitted to support disability benefits through Lincoln Financial Group. An attempt was made to reach you by email on 7/18/22. Thank you for your response to my email with the suggestion that I relay these questions to you by fax. Please review this summary of the records submitted and the conclusions on medically necessary activity restrictions and limitations.

Review of the medical records indicates that the claimant has experienced severe anxiety since ceasing work on 6/10/21. The anxiety has manifested as dissociative identity disorder. She has experienced has caused severe difficulties with social interactions, coping with stress, and attending to daily responsibilities. It is reasonable to expect that the claimant will be impaired in her capacity to effectively perform her work-related duties during the period of extreme anxiety and dissociation. This level of impairment was expected to persist for a three-month period from the last office visit of 12/1/21.

Please provide updated clinical information including the date of the last office visit and her current clinical condition:

Please describe the claimant's capacity to perform her usual range of daily life activities:

Please describe the claimant's current treatment plan including frequency of therapy sessions, attendance at visits with a psychiatric provider, and/or participation in an IOP:

Please note the estimated return to work date and the basis for your recommendation:

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Laura Don, MD
Board Certified in Psychiatry

☐ No changes/comments, OR
☒ With changes/comments as noted ~~above~~ attached

Michael Bennett 07/29/2022
Michael Bennett, MHC Date



Secure Fax provided by Lincoln Financial Group to facilitate information privacy

TICC Trauma Informed Counseling Center

July 29, 2022

Michael Bennett, LPCC
The Trauma-Informed Counseling Center
1600 Harrodsburg Rd
Lexington, KY 40504

To Whom It May Concern:

Please find below the responses to questions posed by Laura Don, MD in letter faxed on July 19, 2022 for Disability Benefits Claim Number 11495594, Claimant April Connolly, DOB 05/17/1982.

**Please provide updated clinical information including the date of the last visit and her current clinical condition:**

The claimant, April Connolly, participated in psychological treatment as recent as July 29, 2022 and continues to do so weekly. April's present diagnoses being treated at The Trauma-Informed Counseling Center by myself, Michael Bennett, LPCC, are Dissociative Identity Disorder (F33.81) and Post-Traumatic Stress Disorder-Chronic (F43.12).

**Please describe the claimant's capacity to perform her usual range of daily life activities:**

As a component of the claimant's diagnosis of PTSD-Chronic, April consistently experiences overwhelming symptoms of anxiety, depressed mood, frequent dysphoric perceptions of herself, others, and the world around her as well as overwhelming intrusive symptoms of emotional flashbacks, resurfacing traumatic memories, and various levels of hypervigilance, social anxiety, hypertension and bodily complaints, and impaired quantity and quality of sleeping. These experiences create barriers to a person feeling capable and empowered to accomplish daily life activities, and this is observed in the case of April.

As a component of the claimant's diagnosis of DID, April frequently experiences various forms of dissociation including depersonalization, derealization, dissociative amnesia, dissociate fugue, identity confusion as well as the symptomatology associated with DID itself. April's "switching" between alternate identities within her dissociative identity system is understood clinically as dissociation experiences which occur when someone is overwhelmed by severe distress and does not have the skill capacity needed to navigate the experience being encountered. April will dissociate and "switch" between alternate identities within her dissociative identity system in order to navigate daily life activities. As a result, basic activities (hygiene, cleaning, etc.) to care for self can be overlooked due to being distressed, or they are actively avoided due to these activities increasing her distress by emotionally and psychologically activating her trauma

TICC Trauma Informed Counseling Center

response symptoms. These daily tasks may also be overlooked as a result of April experiencing dissociative amnesia and fugue after switching between identities and being unaware of the purpose of being in the particular circumstance or due to the length of time which passes in between moments of April dissociating and switching. Consequently, what may normally take a small portion of time to accomplish, it may take April several hours if not the duration of the day to accomplish various daily tasks.

**Please describe the claimant's current treatment plan including frequency of therapy sessions, attendance at visits with a psychiatric provider, and/or participation in an IOP:**

The claimant, April, is presently being treated weekly for outpatient therapy. On average, April has met for therapy up to three times per week since beginning treatment. During this time, Dialectical Behavioral Therapy was utilized to increase April's knowledge of skills and to provide opportunities to master the skills that will assist her in stabilization. When deemed appropriate by both April and me, Cognitive Processing Therapy is utilized to assist April in processing traumatic memories to decrease the distress that activates trauma response symptoms. Internal Family System is utilized to assist April in increasing awareness of herself and her dissociate identity system, how it functions, and how to increase connection which may later support fusion of identities in the dissociative identity system. When April's insurance supported it, her treatment also included Targeted Case Management through which April was assisted in stabilization. At the present, April is still within the stabilization phase of treatment. April is also presently receiving medication management treatment to support her overwhelming symptomatic experiences.

**Please note the estimated return to work date and the basis for your recommendation:**

The goal of my working with the claimant is to increase stabilization which then creates a safe experience for April to process trauma. This is a process which requires long-term therapeutic support. There is no estimation that I can provide for a return-to-work date as April has not experienced consistent stabilization which supports trauma processing in a way that may positively impact her. I cannot also determine how long this may be. My recommendations based on my experience with this client is that no additional external distress be placed upon her which may create further barriers to treatment. It is not my professional opinion that this client can return to work in the foreseeable future.

Sincerely,

Michael Bennett, LPCC
mbennett@theticcoflexington.com

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com | Cavalier Building
P (615) 234-6000 | F (615) 727-0175 | 95 White Bridge Road, Suite # 250
W LTDanswers.com | codyallison.com | Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

## AUTHORIZATION

I, **APRIL CONNOLLY**, hereby authorize **LINCOLN FINANCIAL GROUP** to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to Cody Allison & Associates, PLLC and **APRIL CONNOLLY** to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to **APRIL CONNOLLY.** I also authorize Cody Allison & Associates, PLLC to sign my name to any disability checks for the purposes of transfer into Cody Allison & Associates, PLLC trust account.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
**Cavalier Building**
**95 White Bridge Road**
**Suite # 250**
**Nashville, TN 37205**

6/15/22
**Date**

April L. Connolly
**APRIL CONNOLLY**

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

July 26, 2022

**VIA FACSIMILE: # (603) 334-0380 and (603) 334-0401**

The Lincoln National Life Insurance Co.
Attn.: Laura O'Leary and Akelah Tanner
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **STD Claim No.:** | **11495594** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |

Dear Laura/Akelah:

As you are aware, this office represents Ms. April Connolly regarding a claim for both short-term and long-term disability benefits.

We are in receipt of your letter dated today advising that Lincoln Financial Group has overturned the denial of short-term disability benefits on the appeal we filed on behalf of our client, April Connolly.

Per the appeal letter and our initial letter of representation, please call my office and confirm that all retro-active disability checks and future disability checks will be sent to our office on behalf of Ms. Connolly.

Lincoln Financial Group should have an authorization on file signed by Ms. Connolly to have all checks come to our office. However, I am enclosing another copy of the authorization for your convenience.

Upon receipt of this letter, please call and speak to my paralegal Barb Krautheim and confirm the above.

We look forward to hearing from you in this matter.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: K. Cody Allison

KCA/bk
Enclosures
cc: Ms. Connolly

**From:**O'Leary, Laura
**Sent:**Tue, 26 Jul 2022 12:32:17 +0000
**To:**NABCTLincolnFinancial.Leave@CSLPLASMA.COM
**Subject:**DISABILITY, APPEAL, APRIL CONNOLLY, EMP ID 1307106

Good morning,

We have reviewed April Connolly's file in response to her request for reconsideration for Short Term Disability (STD) benefits beyond August 4, 2021. Based on our review, we are recommending that benefits be reinstated and paid through the STD max benefit date of December 8, 2021. This determination is based on the medical and vocational information contained in Ms. Connolly's disability file.

Ms. Connolly's Long Term Disability (LTD) claim will be reopened to determine ongoing eligibility beyond December 8, 2021.

Ms. Connolly will be notified of this determination under a separate cover.

Please feel free to contact me if you have any questions regarding this correspondence.

**Thank you,**

**Laura O'Leary**
**Claims Resolution Specialist**

**Lincoln Financial Group**

(888) 437-7611
EXT. 16103
FAX: 603-334-0401

LincolnFinancial.com

**Follow us on:**

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

# AUTHORIZATION

I, **APRIL CONNOLLY**, hereby authorize **LINCOLN FINANCIAL GROUP** to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to Cody Allison & Associates, PLLC and **APRIL CONNOLLY** to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to **APRIL CONNOLLY.** I also authorize Cody Allison & Associates, PLLC to sign my name to any disability checks for the purposes of transfer into Cody Allison & Associates, PLLC trust account.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
**Cavalier Building**
**95 White Bridge Road**
**Suite # 250**
**Nashville, TN 37205**

6/15/22
**Date**

April L. Connolly
**APRIL CONNOLLY**

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

July 26, 2022

**VIA FACSIMILE: # (603) 334-0380 and (603) 334-0401**

The Lincoln National Life Insurance Co.
Attn.: Laura O'Leary and Akelah Tanner
P.O. Box 2578
Omaha, NE 68172-9688

| | | |
|---|---|---|
| **Re:** | **Our Client:** | **April Connolly** |
| | **STD Claim No.:** | **11495594** |
| | **LTD Claim No.:** | **12027405** |
| | **LTD Policy No.:** | **GF3-830-510527-01** |
| | **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |

Dear Laura/Akelah:

As you are aware, this office represents Ms. April Connolly regarding a claim for both short-term and long-term disability benefits.

We are in receipt of your letter dated today advising that Lincoln Financial Group has overturned the denial of short-term disability benefits on the appeal we filed on behalf of our client, April Connolly.

Per the appeal letter and our initial letter of representation, please call my office and confirm that all retro-active disability checks and future disability checks will be sent to our office on behalf of Ms. Connolly.

Lincoln Financial Group should have an authorization on file signed by Ms. Connolly to have all checks come to our office. However, I am enclosing another copy of the authorization for your convenience.

Upon receipt of this letter, please call and speak to my paralegal Barb Krautheim and confirm the above.

We look forward to hearing from you in this matter.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: K. Cody Allison

KCA/bk
Enclosures
cc: Ms. Connolly

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 26, 2022 |
| To: | CODY ALLISON AND ASSOCIATES<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | Laura O'Leary<br>Claims Resolution Specialist<br>On Behalf Of: Akelah Tanner<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 2 |
| RE:<br><br>Claim #: 11495594<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0380

July 26, 2022

Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Connolly

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Csl Behring Llc.'s Group Disability Plan. We are writing in reference to April Connolly's claim for STD benefits under the Plan.

We have completed our review of Ms. Connolly's request for reconsideration for Short Term Disability (STD) benefits and have determined that benefits are payable. Any benefits that may be payable will be sent under separate cover.

We will be requesting information periodically to evaluate Ms. Connolly's continued eligibility for benefits.

If Ms. Connolly has any questions regarding this matter, please contact me.

Sincerely,

Laura O'Leary
Claims Resolution Specialist
On Behalf Of: Akelah Tanner
Phone No.: (888) 437-7611 Ext. 59499
Secure Fax No.: (603) 334-0401

Samuel D. Payne
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

July 15, 2022

**VIA CERTIFIED MAIL # 7021 2720 0000 3441 7105**
**RETURN RECEIPT REQUESTED**
**& FACSIMILE: # (603) 430-1849**

The Lincoln National Life Insurance Co.
Attn.: Disability & Life Claims Appeal
P.O. Box 2578
Omaha, NE 68172-9688

**Re: Our Client: April Connolly**

| | |
|---|---|
| **STD Claim No.:** | **11495594** |
| **STD Plan No.:** | **PD3-830-510527-01 R (1)** |
| **LTD Claim No.:** | **12027405** |
| **LTD Policy No.:** | **GF3-830-510527-01** |
| **Employer/Plan Sponsor:** | **CSL Behring, LLC.** |
| **Date of Birth:** | |
| **Social Security No.:** | |

Dear April Six:

As you know, this law firm represents April Connolly on her short-term and long-term disability benefits ["STD" & "LTD"] under the Plan/Policy referenced above. These claims are currently pending on appeal, and this letter is intended to supplement our initial appeal letter dated 6/30/2022. Throughout this letter, **Lincoln** and employer/plan sponsor/policyholder **CSL Behring, LLC** may be collectively referred to as the "**Company**."

## ADDITIONAL MEDICAL EVIDENCE: [1]

In addition to the medical records/information already found in the Company's STD and LTD claims files; plus those tendered with our 6/30/2022 appeal letter; we now enclose certain additional medical records and related evidence, as follows:

- **Exhibit #1**: Supplemental letter from Michael Bennett, LPCA; Therapist at The Trauma–Informed Counseling Center; dated 7/5/2022; note that this letter simply supplements his earlier-provided letter of 6/27/2022; *see,* additional section on pp. 3, 4 entitled **"Observations of Treatment Barriers"**

- **Exhibit #2**: *Curriculum vitae* (CV) for Mr. Bennett

Also, reflected below is a summary of the medical records that were attached as Exhibits to our initial appeal letter of 6/30/2022:

**Exhibit C: Baptist Health Medical Group Family Medicine**

4071 Tates Creek Centre Dr. Ste. 100

Lexington, KY 40517

**Beverly Smith, M.D.**

Board Certified Psychiatrist

**Dates of Treatment Include: 11.19.21, 2.3.22, 2.21.22, 4.9.22, 4.19.22, 5.9.22**

**11/19/21**: Ms. Connolly presented to Dr. Smith with complaints of depression and insomnia. She has a history of breast cancer status post bilaterally mastectomy and chemotherapy from 5 years ago. On 11/7/21 she was diagnosed from hospital acute cholecystitis (inflammation in gallbladder). She has had gas and diarrhea after and is still on antibiotic. She is to call and follow up with surgery. She says she has dissociative identity disorder and her therapist told

[1] Please understand that all medical records and other sensitive documentation tendered with this appeal are intended to be strictly maintained as CONFIDENTIAL by the Company, used only on a need-to-know basis for purposes of handling our client's STD and LTD claims.

her she needs a regular doctor. She sees Mr. Michael at TICC (Trauma Informed Counseling Center). She says she currently has 10 personalities.

She has wounds from surgery on her abdomen that are clean and without signs of infection. I have encouraged her to follow up with her surgeon and to finish her antibiotics. No stomach pain, nausea, vomiting, or difficulty eating. No fevers. Encouraged her to make an appointment with Lexington obgyn clinic for follow up of her pap smear and she would like to further discuss with them having children after her bilateral salpingectomy.

She only has an occasional wheeze from asthma and the inhaler makes this better. She is complaint with the synthroid for her Hashimotos. She had bilateral salpingectomy due to being brca positive. She has been taking Pristiq and Buspar for anxiety and depression which she says controls her symptoms. She discussed with Mr. Michael starting adderall and something for sleep. Her last refill was done while she was in the hospital.

Dr. Smith's assessment: Morbid, severe obesity due to excess calories; mild intermittent asthma without complication; Hashimoto's disease; multiple personalities; and acute cholecystitis.

Treatment plan: Ambulatory referral to behavioral health. Return in about 3 months.

**2/3/22**: Ms. Connolly presented to Dr. Smith with complaints of depression (requesting medication adjustments) and anxiety. Her depression has been "bad" and she is concerned she needs to increase her medication. She had a visit from her parents and they "put her on edge all the time." Her therapist is out of the office at this time. She declines any suicidal or homicidal thoughts. She is having trouble sleeping her brain will not shut down. She adamantly declines any suicidal or homicidal thoughts after asking several times. She says she would not think of something like that. She has had some self-harm thoughts in the past but says she is not at this time. She is tearful. She says she is taking Buspar (10mg, daily). Dr. Smith advised her she can take Buspar 2-3 times daily.

Treatment plan: Start Vistaril to help with bursts of anxiety and sleep. Return in about 1 week.

2/21/22: Ms. Connolly called in to Dr. Smith due to an isolated asthma attack. She states that she would like Xopenex, but if she is not able to get it, she will take albuterol. She was advised that she would need to make an appointment because we have never prescribed this medicine.

4/9/22: Ms. Connolly called in for a refill of Desvenlafaxine (Pristiq) (100mg) refilled.

4/19/22: Ms. Connolly called in for a refill of Levothyroxine (Synthroid) (50mcg).

**Exhibit D: LifeStance Health**

1030 Monarch St. Suite 100

Lexington, KY 40513

**Tina Shelton-Coomer, PMHNP**

Adult Psychiatric and Mental Health Nurse Practitioner

**Bryan Manning, LPCC**

Licensed Professional Clinical Counselor

**Dates of Treatment Include: 5.10.21, 5.18.21, 5.27.21, 6.2.21, 6.16.21, 6.29.21, 7.6.21, 7.14.21, 8.17.21**

**5/10/21**: Ms. Connolly presented to Tina Shelton-Coomer, PMHNP for medication management, depression, anxiety, PTSD, dissociative episodes, and poor physical health. She has voices that will not stop talking. She has more dissociative disorder. Her youngest alter is 2 years old. She has several alters (currently 8). They are down to a manageable number. There has been as many as 20 in the past. They have integrated.

She has siblings – they are emotionally and psychologically damaged as well. She does see her parents and she felt fine with that. She now feels strange after reading the toxic parent book her sister recommended. She read the book in college and there was a separation with her and her parents. She has heard awful things about her sister and is now trying to find out reality. Her mother grew up in a physically abusive home. She doesn't think she sees this about herself.

Both siblings are in therapy. She feels it is more PTSD. She has some memories coming back. She has past trauma. She cannot recall abuse. She may have blocked it out.

She has periods of racing thoughts, mood swings, and different alters that comes out when her moods change. She feels like she is at a good point with cognitive therapy. She has issues with sleeping, anxiety, and mood changes sometimes.

She has adequate medication adherence. Her last suicidal ideation was 20 years ago. Her last self-harm (cutting) was 5 years ago. She has a strain in her relationship with family of origin. She had social difficulties during childhood. Delusions were not present at the time of interview.

She is anxious. Her recent memory is intact. Her remote memory is intact. Her attention span is moderately impaired.

Tina Shelton-Coomer's assessment: Anxiety, acute, moderate with exacerbation/side effects. She has chronic dissociative disorder that is moderate with exacerbation/side effects. She has chronic PTSD that is moderate with exacerbation/side effects. She has a chronic mood disorder that is moderate with exacerbation/side effects. She has chronic insomnia that is moderate. She failed Trazodone inpatient.

Treatment plan: Continue Pristiq, DC Propanolol, Clonidine, start Lamotrigine 25. Follow up in 1 month if stable.

**5/18/21**: Ms. Connolly presented to Bryan Manning, LPCC. She is moving into a new home and got a puppy. She started writing a book about her personalities. Her sister has been supportive and checking in with her. She has shared memories about their childhood but this confuses her about what she actually experienced. Her and her alters have "taken turns" to manage emotions and stress from recent changes. Primary alters are Mimic and Gentle right now. They usually appear when she is stressed. New medical provider put her on Lithium which has helped with sleep. She is trying to eat healthier. **She is getting injections for back pain.**

She is having trouble relating to the parents about her DID. Her mother shuts down and avoids discussing it. She is confused and frustrated over memories she recalls. Her sister recalls what her parents told her. She finds it difficult to know what the truth is and what to believe. She has come to the conclusion that parents have been toxic and mother has tried to control her life. She reflected and reframed to focus on current events such as focusing on building a future with husband and setting healthy boundaries now, instead of focusing on what may or may not have happened in her past.

As of 1/7/21, she is down to 6 alters: April, Mimic, Ally, Gentle, Ivonna, and Shadow.

She is tired and confused.

Bryan Manning's assessment: She has chronic dissociation identities. She has impaired relationship functioning, impaired occupational functioning, emotional dysregulation, and impaired ADLs.

Treatment plan: Cognitive behavioral therapy and behavioral modification.

**5/27/21**: Ms. Connolly presented to Bryan Manning, LPCC. She presents in childlike behaviors, voice, and vocabulary. She was swinging arms and swaying. She was talking about "April" in 3rd person. She stated "she has a lot going on." She is trying to sell her house. She has written 6 chapters of her book. She stated "April had to call an ambulance on friend at work," "I get to play games on her phone," and April had to "go inside for quiet time." She needed time away from the dogs barking. She also talked about "Mr. Scott." She stated "we still can't sleep very good," "April can't shut her brain off." She reports medication compliance and stated "it is right by our nightstand."

She has a new alter. "Mimic" wants to talk about the book they are writing. She shared about the book and different alters and DID in general. She used a different voice and vocabulary. She had an adult voice and mannerisms. She stated "Scott's a good guy." Mimic shared how she has been "out" more to get things done as "April" gets overwhelmed and tries to do too much.

She engaged in reality-based conversation. She was able for "April" to come out. She began talking in first person. She is eating healthier but is very stressed with work being busy and trying to fix up and sell the house. She had to drop out of school to cope. She hopes to go to part time soon.

She returned to "Mimic" but no notable changes in voice/behavior.

April plus 2 alters all shared similar stories of stress and being overwhelmed but from different perspectives. Both appear to have a role in protecting April from stress. All report having a good relationship with Scott (her husband) and are getting along well, albeit stressed from trying to sell the house. All are excited/enjoying the book they are writing. She feels her alters are integrating well.

**6/2/21**: Ms. Connolly presented to Tina Shelton-Coomer, PMHNP via telehealth. She went to the ER due to stress. She was treated with once admin of Xanax and helped per report. Now asthma was worse and stopped medication. Splitting and more personality issues.

Diagnosis: Dissociative identity disorder and generalized anxiety disorder.

**6/16/21**: Ms. Connolly presented to Bryan Manning, LPCC. She just woke up. She recently dyed her hair purple and pink. Recent distress led to desire to cut. She tried using coping skills but they were not effective and she went to the ER. She has been working on house to sell and working her job, among other things. Mimic and Gentle have been out the most. "April hasn't been out (in the body) in weeks." She is focused on self-care to get back to baseline and manage stress. She is showering every other day. She continues to consume 1200 calories and increased water. She will work toward FMLA.

She denies SI. She endorses self-harm to manage pain. She feels like not working and managing stress will remedy self-harm.

She is stressed, tired/constricted. Her recent memory is mildly impaired.

Bryan Manning's assessment: She has acute self-harm to a moderate severity. This impairs her relationship functioning, impaired occupational function, emotional dysregulation, and impaired ADLs.

Treatment plan: Abstain from all self-harm behaviors.

**6/29/21**: Ms. Connolly presented to Bryan Manning, LPCC. She is not sleeping well. She has a very hard time getting to sleep. She is having more trouble planning her day and getting things done. She has been getting out of bed. Her hygiene has improved to 2 showers a week but not wearing anything else but pajamas.

"Mimic" is present today. April has not been out in "days." She sold the house and feels relieved. She is trying to settle into the new house. She is talking more with her sister. She is having a hard time communicating with her mom still. Her mom has a hard time accepting her DID. She discussed desire to seek more intense DID therapy and explored options. She reports losing time and uncertain of days of the week.

"Gentle" came out during the discussion. She started talking childlike and referring to "Mr. Scott." Dogs began barking and Mimic returned.

Treatment plan: Crisis behavioral modification and cognitive behavioral therapy.

Her mood is labile. Her affect is congruent with her alter – Mimic is annoyed, Gentle has a childlike voice. She has limited hygiene. She was unsure of today's date. Her speech is congruent with her alter. Her recent memory is mildly impaired. Her abnormal/psychotic thoughts are reported by alters.

Bryan Manning's assessment: She has chronic dissociation identities to a high severity. Self-harm is acute. She has impaired academic functioning, impaired relationship functioning, impaired occupational functioning, emotional dysregulation and impaired ADLs.

Treatment plan: Cognitive behavioral therapy, behavioral modification, and dialectical behavioral therapy.



**Lincoln/Connolly 0531**

**7/6/21**: Ms. Connolly presented to Bryan Manning, LPCC. She saw a DID therapist yesterday and will continue. Mimic is present. "April" asked her mom about why she did not talk about DID. Her mom didn't feel it was important. Her dad said he would read a book to understand it. She has been utilizing Facebook support. She completed disability paperwork and has a phone call today about it. "Spirit" came out this weekend after talking to her parents. "She" self-harmed (showed superficial cut on arm). She states she is "not good" on the goals. She made some efforts of hygiene and house chores. Her sleep is still poor.

Treatment plan: Treatment suspended. Ms. Connolly will begin working on specific DID treatment. She will continue with med provider. May return any time.

**7/14/21**: Ms. Connolly presented to Tina Shelton-Coomer, PMHNP.

Tina Shelton-Coomer's assessment: If symptoms do not improve or recur, consider Pristiq -- consider a taper. Vistaril for sleep. She is not sleeping all day now and she is improved. She went to the Baptist Health ER due to cutting, and the new ego did the cutting. She appeared as a young child today. She has a difficult issue with time. In the am, the pills are by the door. She changes to different egos and identities.

Treatment plan: Follow up in 3 weeks. Start Lamotrigine (100), continue Pristiq (100).

**8/17/21**: Ms. Connolly presented to Tina Shelton-Coomer, PMHNP. She is depressed and anxious.

Tina Shelton-Coomer's assessment: If symptoms do not improve or recur, consider Pristiq -- consider a taper. Vistaril for sleep. She is not sleeping all day now and she is improved. She went to the Baptist Health ER due to cutting, and the new ego did the cutting. She appeared as a young child today. She has a difficult issue with time. In the am, the pills are by the door. She changes to different egos and identities.

Treatment plan: Follow up in 3 weeks. Start Lamotrigine (100), continue Pristiq (100).

## CONCLUSION:

Again, we assert that the Company erroneously concluded that our client failed to provide proof of serious medical issues that prevent a return to her employment at CSL Behring (or otherwise, for that matter). STD benefits should be reinstated and paid retroactively; and LTD benefits awarded retroactively and paid going forward. It should be clear that Ms. Connolly does, in fact, continue to satisfy the definition of Disability under both the STD Plan and the LTD Policy

This letter is sent without waiver of, or prejudice to, Ms. Connolly's rights and remedies under the STD and LTD Plan/Policy at issue and governing law. All rights and remedies on both claims are expressly reserved.

If you have questions or concerns regarding these matters, please call me. And, if the Company needs Ms. Connolly to do anything else (reasonable) to exhaust her remedies or perfect her claims, please let us know. This specifically includes completing any additional needed forms, questionnaires or the like for Lincoln.

We look forward to your response.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

By: Samuel D. Payne, Esq.

SDP/sdp
Enclosures (Exhibits #1, 2)

cc: Ms. Connolly (w/ encl.)

# Exhibit 1

July 5, 2022

Michael Bennett, LPCA
The Trauma-Informed Counseling Center
1600 Harrodsburg Rd
Lexington, KY 40504

To Whom It May Concern:

This letter serves as an attempt to advocate on behalf of client April Connolly with the goal of communicating the client's experience of comorbid (i.e., co-occurring) diagnoses which create great difficulty for the client to maintain employment. The client, April Connolly, has been attending trauma-informed psychological treatment since June 29, 2020 for the purpose of improving her psychological, emotional, and social/relational well-being through processing former traumas as well as by mastering skills needed in navigating life with Dissociative Identity Disorder, Post-Traumatic Stress Disorder, and Attention-Deficit/Hyperactivity Disorder, predominately Inattentive presentation. During the time of treatment at TICC, I have observed, assessed, and monitored symptoms supporting the diagnoses of PTSD and DID. While the client has also been diagnosed with other co-occurring disorders (ADHD), the treatment I have administered has focused on PTSD and DID while the client continued receiving psychiatric treatment via medication management from other mental health professionals. As such my professional opinion is offered at the end of this report following my assessments and clinical observations on the diagnoses of PTSD and DID while other diagnoses assessed for and diagnosed elsewhere are not included. Insight from the client's other psychiatric and therapeutic supports pertaining to other diagnoses received should be considered alongside this report for the full context of the client's symptomatic and functioning experiences.

I, the client's therapist, Michael Bennett, LPCA, have observed and assessed the following:

**Diagnosis: F43.12 - Post-traumatic stress disorder, chronic**
The present diagnosis of PTSD – Chronic is used when a client has experienced multiple distressing, life-threatening or altering experiences within their life resulting in being frequently triggered by stimuli (e.g. people, places, objects, conversations, memories that remind the client of the traumatic experiences) in the present and then manifest symptoms such as intrusive memories, avoidance of reminders of trauma, negative changes in thinking and mood, and changes in physical and emotional reactions. In the case of the client, April Connolly, her symptoms also promote the presence of derealization and depersonalization dissociation experiences. The client experiences great difficulty in due to her debilitating mental reenactment of traumas through reminders, proactive avoidance of stimuli reminding her of trauma, the constant sense of threat, affect dysregulation, negative self-concept, and dissociations.

In the case of the client, April Connolly, her experiences of symptoms and life experiences mirror a differential diagnosis of "Complex PTSD" (C-PTSD), perhaps better than PTSD-

Chronic, which is acknowledged and codified by the 11th revision of the *International Statistical Classification of Diseases and Related Health Problems* (ICD-11). This diagnosis paradigm considers other symptomatic experiences which the client has also experienced (i.e., dissociation, self-harm, negative self-concept, affect dysregulation) that the aforementioned PTSD-Chronic symptomatology does not emphasis as the debilitating symptoms. The present clinical decision has been to treat the client according to the diagnostic paradigm of C-PTSD, which better reflects the client's trauma profile. Inasmuch as this impacts her vocational functionality, the client experiences great difficulty in maintaining employment due to her debilitating mental reenactment of traumas through reminders, proactive avoidance of stimuli reminding her of trauma, the constant sense of threat, affect dysregulation, negative self-concept, and dissociations. Some examples of how this has been experienced is the frequent experience of being unable to complete tasks or fulfill the responsibilities if she encounters someone or a situation which triggers an intrusive memory with subsequent overwhelming emotions or sense of danger, or which triggers flashbacks inducing panic attacks or dissociation. Another example of how the client's symptoms impair her ability to function is the increased impulsivity that appears in her behaviors resulting from increased dissociative "switching" between alternate identities (alters), hypervigilance, hypertension, attention-deficiency, and heightened emotions. This would lead to the client being unable to consistently fulfill job expectations leading to her either ending her employment to improve her sense of safety and wellbeing or risk being terminated by her employer.

**F44.81 - Dissociative Identity Disorder**

Due to the presence of dissociation experiences, which pertain to April's trauma-related stress disorder of PTSD-chronic (better described by ICD-11's Complex-PTSD), I, the clinician Michael Bennett, administered the Dissociative Experiences Scale (DES) to screen the client for the presence, severity, and description of the client's dissociative experiences. April's responses reflected a score of 70 points, which indicates the strong possibility of the client having a dissociation disorder requiring further assessment and diagnosis. For scale, clients with a diagnosis of PTSD on average score 31 points and the General Adult Population score an average of 5.4 points on the DES. Clients with a diagnosis of DID, on average, score 48 points on DES. Based on the findings of the DES and its clinical suggestions regarding diagnosis, the Dissociative Disorders Interview Schedule (DDIS) based on DSM-5 was utilized to further assess April and determine conclusively that the presence, severity, and descriptions of her dissociation experiences reflect an accurate diagnosis of Dissociative Identity Disorder. The DDIS reflected that April experiences high somatic complaints, major depressive episodes and that these complaints as well as her dissociation experiences are not based on substance use. Additionally, it revealed through the Schneiderian First Rank Systems that April received a lower-than-average score (4 points versus 6.5 points) screening for a small range of hallucinations and delusions, and through further differential diagnostic interviewing, these were identified as not indicating a positive screening for schizophrenia due to the client not meeting the symptomatic requirements for this diagnosis. The DDIS also indicated that through a severe presence of childhood abuse and higher-than-average score (15 points compared to 10.2 points) for Features Associated with Dissociative Identity Disorder, that April's experiences are related to a developmental disorder (e.g., DID) as opposed to a psychotic disorder stemming from one's biological medical condition, medications, or drug use (e.g., schizophrenia). April's results from

the DDIS also demonstrates that her experiences are not a result of experiences relating to the supernatural, possession, extrasensory perception, or cult activities. Her results also indicate a positive screening for the experiences of dissociative fugue, depersonalization, derealization, and a negative screening for dissociative amnesia. April's DES and DDIS results support a formal diagnosis of Dissociative Identity Disorder. Furthermore, as the treating clinician, I can attest to the presence of more than two alternate identities which support April as I have engaged with them in treatment. It is common for an individual with DID to experience "switching" between alternate identities (alters) during the day when triggered by distress. As previously mentioned in the above section detailing the debilitating impact of PTSD and expressed in this section, April is dependent upon the alternate identities within her dissociative identity system in order to function in a survival state of being. This dependency is increased when the client is engaging with stimuli (objects, people, or environments) that are innately distressing, such as found in a high stress work environment, or stimuli which contain familiar characteristics to former distressing, threatening, or traumatizing experiences prompting the triggering of trauma responses (cognitive, affective, behavioral) to increase sense of safety and survival.

**Observations of Treatment Barriers:**
During my provision of treatment, I observed my client, April Connolly, encountering stigmatization within the healthcare system creating a barrier to accessing effective psychological treatment and medication management. This barrier of stigmatization, which I will describe both the context and April's experience, is common for those who have been diagnosed with D.I.D. among other severe psychiatric disorders, especially if they are co-occurring. This stigmatization is also one unfortunately fueled by myths held by uninformed mental health professionals who deny the existence of D.I.D. despite research and endorsement by the American Psychiatric Association since the publication of D.I.D. as a codified diagnosis (formerly known as Multiple Personality Disorder) in 1980. April has various medical needs comprising physical health and psychological health challenges. As a result of April's complex health challenges, she requires not only a mental health therapist but also a medication management provider other than a primary care physician (e.g., a psychiatrist or psychiatric mental health nurse practitioner) who can assess/monitor April's chronic symptoms and prescribe appropriate medication treatment to stabilize or treat April's psychological health needs. Additionally, it is "best practice" for therapists to encourage medication treatment alongside psychological treatment so that clients experience a stabilization of symptoms causing crises that would otherwise deter the success of psychological treatment.

To assist my client in this stabilization process, beginning September 16, 2021, I provided April with referrals for medication management providers and additionally encouraged April to confer with her insurance provider to see which providers were in their network. Through this process, both April and I encountered providers declining ability to support April due to she having complex psychiatric needs outside their competency. Some questioned the validity of April's complex diagnoses, particularly her diagnosis of dissociative identity disorder. On one occasion, a provider not only questioned April's diagnoses but also suggested to me that April may be "doctor-shopping" despite not having met with April or considering other case details shared in the consultation. This occasion especially demonstrates how even among mental health providers there is a pervasive stigmatization of certain severe psychiatric disorders which leads such

uninformed providers to, at best, deny treatment and, at worst, cause further harm by invalidating and denying treatment for patients' psychiatric experiences.

This experience of encountering service denial from medication management providers continued until April 8, 2021, when I was able to consult with April's present provider who agreed to collaborate in April's case and provide appropriate medication management for her complex needs. Stabilization of symptoms requires time for the medication to reach its level of therapeutic effect at which point the person can benefit from the medication treatment and begin building effective skills and insight necessary for therapeutic growth. During the eight months that it took for April to acquiree a willing medication management provider due to the stigmatization of D.I.D., April experienced numerous setbacks in treatment due to overwhelming symptomatic experiences beyond her control which slowed her psychological treatment and thereby slowed success in treatment. And while April has a provider for medication management almost a year from the date she began treatment with me, there is still much therapeutic work to be accomplished for April to experience post-traumatic growth that improves any functionality necessary for successful employment.

**Professional Opinion:**
This opinion is provided based upon two areas: 1) observing steps the client has taken to decrease stressors and improve functionality, and 2) my own assessments and clinical observations. In meeting with and providing treatment for April, I recognize that she has already taken steps and utilized healthy coping and problem-solving skills to decrease exposure to unnecessarily distressing environments and responsibilities which do not serve her purposes and weigh in less priority and value when compared to increasing her ability to healthily function. For example, April first decreased stressors by evaluating the value and priority of her attending graduate school while working and concluded that withdrawing from school could help mitigate her distress and increase her functioning at work. When not seeing success with this solution, April evaluated the management-level capacity in which she worked and determined that stepping down could decrease her distress and allow her to better function at work. When this did not produce the desired outcome, April then took a leave of absence to appropriately focus attention on receiving psychological treatment for the distress and symptoms which was impairing her ability to work and complete school. Based upon April's attempt to decrease distress and improve functionality within her own ability, my own clinical assessment and diagnosis as well as the client's historical psychiatric and medical diagnoses, it is my professional opinion that the psychological health of the client, April Connolly, does not support their meaningful functioning within a vocational/employed capacity.

Should you have any questions, please contact my office at the number listed below to make any inquiries.

Thank you,
Michael Bennett, LPCA
mbennett@theticcoflexington.com

# Exhibit 2

Cody Allison & Associates, PLLC
Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205
Phone (615) 234-6000, Fax: (615) 727-0175

**Michael Bennett**
*Mental Health Clinician*
80 Codell Dr., Ste 230
Lexington, KY 40504
mbennett@theticcoflexington.com
(859) 309-2877

## RESEARCH INTERESTS

Mental Health Counseling, Trauma Theory, Trauma-Informed Practices, Dissociation Disorders, Trauma & Mood Disorders, Cultural Concepts of Trauma, Multicultural Counseling, Psychological First Aid, Disaster Response, Child Abuse Prevention, Resilience and ACEs, Epigenetics, Neuroscience, Culture, Cognitive Anthropology, Psychological Anthropology, Cultural Anthropology

## EDUCATION

**Ph.D. in Intercultural Studies**, Present Student – *Asbury Theological Seminary.*
**Dissertation:** (Untitled, psychological anthropology's contributions to developing culturally-responsive trauma theories for therapy)
Steve Ybarrola, *Chair*

**Master of Divinity**, May 2017 – *Pentecostal Theological Seminary*
**Capstone:** "Forming a Culturally-Appropriate Approach in Counseling Muslim Clients"

**M.A. in Clinical Mental Health Counseling**, December 2015 – *Pentecostal Theological Seminary*
**Internship:** Behavioral Research Institute (State-Licensed Community-Based Child Abuse Prevention Agency); Cleveland, TN

**Practicum:** Youth Counseling Services; Cleveland, TN

**B.S. in Practical Theology**, May 2012 – *Southeastern University*

## LICENSURE/CERTIFICATION

- Certified Trauma-Focused Cognitive-Behavioral Therapy Therapist
- Kentucky Board of Licensed Professional Counselors – Licensed Professional Clinical Counselor, License #278538 *License Pending July 2022 Approval for Independent Status of Licensed Professional Clinical Counselor*
- National Counselor Certification *Certification Pending July 2022*

## APPOINTMENTS

**Mental Health Clinician:** Trauma-Informed Counseling Center, Lexington, KY; September 2019 to Present.

**Teaching Assistant:** Asbury Theological Seminary, Wilmore, KY; September – December 2021; February – May 2020.

**Adjunct Instructor:** Pentecostal Theological Seminary, Wesleyan Pentecostal Ministry Certificate Program, Cleveland, TN; October 2017 to Present.

**Agency Director:** Behavioral Research Institute, Inc. (State-Licensed Community-Based Child Abuse Prevention Agency), Cleveland, TN; June 2015 to July 2016.

**Clinical Intern:** Behavioral Research Institute, Inc. (State-Licensed Community-Based Child Abuse Prevention Agency), Cleveland, TN; February 2015 to June 2015.

**Clinical Intern:** Youth Counseling Services (Youth and Family Counseling Clinic), Cleveland, TN; January 2015.

## TEACHING EXPERIENCE

***Adjunct Instructor, Pentecostal Theological Seminary; Cleveland, TN***

- Behavioral Science, MR 300
- Pastoral Counseling, PMIN 310
- World Mission & Evangelism, PMIN 110
- Introduction to Christian Doctrine, TS100

***Invited Lecturer, Asbury Theological Seminary; Wilmore, KY***

- 2020. Lecture: "Surveys of Missional Hospitality: Applications of Hospitality within Holistic Mission." Invited by Dr. Sam Kim for course MS501.

***Teaching Assistant, Asbury Theological Seminary; Wilmore, KY***

- 2021: Anthropology for Mission Practice, MS671
- 2020. Missional Formation: The Church in a Global Era, MS501

***Workshop Instructor, Eastland Church; Lexington, KY***

- 2019. Bennett, Michael. "Jonah's Response," *LOGOS Inductive Bible Study Workshop.*

***Workshop Instructor, Trinity Life Church; Lakeland, FL***

- 2018. Bennett, Michael. *But I'm Not a Counselor! What Can I Do? – Mental Health Training for Youth Leaders.*
    - "What does hospitality have to do with youth mental health?"
    - "What does imago Dei have to do with youth mental health?"
    - "How does trauma shape a teen?"
    - "How is identity formed, and why does it matter?"

- "What challenges do teens face today?"
- "Issues of Sex and Sexuality"
- "Understanding & Responding to a Teen's Strong Emotions"
- "'Before I Help...': Understanding Ethical Limitations as a Youth Leader"
- "A Protocol and Toolbox for Helping Teens Facing Challenges"
- "Listening & Helping: A Lay Counseling 'How-To' for Youth Leaders"

***Program/Curriculum Development***

- 2019 to Present. B.S. in Psychology Degree Development. Mongolia International University (MIU). Invited by Jennifer Wolverton, Assistant Professor and MIU Counseling Center Director.
  - Current provision of assistance to Jennifer Wolverton in developing accredited undergraduate psychology degree program for MIU. My involvement has consisted of developing the program with traditional and unique psychology courses through scholar-practitioner model; developing a program map of required courses; identifying relevant required reading materials for each of the courses; writing course descriptions and course syllabi. Program has applied for accreditation through Mongolia Ministry of Education.

## HONORS / AWARDS / FELLOWSHIPS

- "Dr. Bill Braden Mentoring Leadership Academy," Kentucky Counseling Association, 2021-2022
- "Counseling the Whole Person" Fellowship, *Austin Institute for the Study of Family & Culture*, June 2021
- Gallaway, Ira & Sally Scholarship for Doctoral Studies, *Asbury Theological Seminary*, 2017 – 2021
- "Pentecostal Scholarship" Award, *Pentecostal Theological Seminary*, 2017

## PROFESSIONAL MEMBERSHIPS & ACTIVITIES

American Counseling Association (ACA)
Kentucky Counseling Association – Central Kentucky Chapter (KCA)
Association for Counselor Education and Supervision (ACES)
Southern Association for Counselor Education and Supervision (SACES)

Oct. 2020 - PRESENT — **Member**, Juvenile Treatment Court, Assessment and Treatment Subcommittee

The mission of the Juvenile Treatment Court is to protect public safety and reduce the recidivism rate of juvenile offenders by increasing their overall wellness. Using an integrated approach involving court supervision, mental health treatment and

services, education and personal accountability, the Juvenile Treatment Court seeks positive and long-lasting life changes.

| | |
|---|---|
| Apr. – Aug. 2020 | **Member**, Ministry Advisory Group (M.A. Capstone Advisory Group), Student: Mary (Maggie) Finch.<br>**Capstone:** *A Survey of Diversity on Asbury Theological Seminary's Wilmore, KY Campus Site*<br>**Status:** Defended, Approved. |
| Nov. 2019 – Nov. 2020 | **Member**, Context Based Covenant Group (D.Min. Dissertation Advisory Group), Student: Anthony Vernon.<br>**Dissertation:** Untitled; Focus: Training Church Leadership for Trauma-Informed Ministry to Children with ACEs<br>**Status:** Prospectus Phase, Student Withdrew from Program. |
| Feb. 2017 - Nov. 2014 | **Member**, Context Based Covenant Group (D.Min. Dissertation Advisory Group), Student: Florentin Ghita.<br>**Dissertation:** *Fostering Intentional Community Among On-Campus Seminary Students: A Community-Building Approach for Student Services*<br>**Status:** Defended, Approved. |

**CONFERENCE PRESENTATIONS**

2020. Bennett, Michael; Varghese, Allan. "To Seek & Know Our Biases: Autoethnography in Missiological Inquiry." Paper Presented at the 2020-2021 Advanced Research Programs' Interdisciplinary Webinar at Asbury Theological Seminary, Wilmore, KY.

2020. Bennett, Michael; Downey, Lauren; Franco, Maryann. "The Neglected Soul: Raising Awareness & Offering Clinical Considerations for Spiritual Trauma." Proposal for Paper Presentation at the Southern Association for Counselor Education and Supervision, Baltimore, MD. *Conference cancelled due to COVID-19 pandemic.*

2019. Bennett, Michael. "The Response & Role of Mental Health Professionals as Mission-Minded Healers & Gospel-Sharers in the Context of Global Refugee & Immigration Crises." Paper Presented at the Evangelical Missiological Society North Central Regional Conference, Chicago, IL.

2019. Bennett, Michael. "Responding to Brian Woolnough's 2010 Call: Integrating Mental Health Training into Christian Mission Training at Theological Training Institutions." Paper Presented at the Association of Professors of Mission Annual Conference, South Bend, IN.

2019. Bennett, Michael. “Hospitality (Mutuality) as Bridge-Building in Interfaith Partnerships for Accomplishing Christian Mission.” Paper Presented at the American Society of Missiology Annual Conference, South Bend, IN.

**PUBLISHED WORKS**

*Pending Publication in 2023*. Bennett, Michael and Allan Varghese. “Humanistic Therapy and Diversity” in *The SAGE Encyclopedia of Multicultural Counseling, Social Justice, and Advocacy* (SAGE Publishing: Thousand Oaks, CA).

2021. Bennett, Michael. “Going Deeper: Cognitive Anthropology’s Contributions to Moving Beyond Cultural Competency in Mental Health Practices.” Manuscript in Revision for Publication in *The Asbury Journal.*

2021. Bennett, Michael. “To Seek and Know our Biases: Autoethnography in Missiological Inquiry.” Manuscript in Revision for Publication in *The Asbury Journal.*

2021. Bennett, Michael S. “‘I was Suicidal and You Welcomed Me’: Framing Suicide Prevention in Mongolia through the Lens of Christian Hospitality” in *Complexity in Our World: Public Theologies for Everyday Life* (FirstFruits Press: Wilmore, KY).

2020. Downey, Lauren, Maryann Franco, and Michael Bennett. “Trauma-Informed Care: A Conceptualization of Evidence-Based Treatment Modalities and the Needs of Minoritized Groups in the Wake of National Unrest” in Kentucky Counseling Association Fall Newsletter. www.kyca.org.

**UNPUBLISHED WORKS**

2020. Bennett, Michael. “The Therapist as Evangelist.” Unpublished Manuscript, Intercultural Studies, Asbury Theological Seminary, Kentucky, USA.

2019. Bennett, Michael. “The Role of Perceivable Attributes in the Successful Diffusion of Cognitive Processing Therapy in Clinical Mental Health Settings.” Unpublished Manuscript, Intercultural Studies, Asbury Theological Seminary, Kentucky, USA.

2019. Bennett, Michael. “The Response and Role of Mental Health Professionals as Mission-Minded Healers and Gospel-Sharers in the Context of Global Crises.” Unpublished Manuscript, Intercultural Studies, Asbury Theological Seminary, Kentucky, USA.

2018. Bennett, Michael. “Understanding Suffering and Trauma Theologically from the Context of Syrian Muslim Refugees and a Christian Response.” Unpublished Manuscript, Intercultural Studies, Asbury Theological Seminary, Kentucky, USA.

2018. Bennett, Michael. "'I am Willing': A Theology of Hospitality as Mission in the Gospel of Luke." Unpublished Manuscript, Intercultural Studies, Asbury Theological Seminary, Kentucky, USA.

2018. Bennett, Michael. "Therapeutic Soteriology as a Response to Original Sin." Unpublished Manuscript, Intercultural Studies, Asbury Theological Seminary, Kentucky, USA.

2018. Bennett, Michael. "Understanding (Rural) Poverty in America and Its Implications for Multicultural Counseling and Christian Mission." Unpublished Manuscript, Intercultural Studies, Asbury Theological Seminary, Kentucky, USA.

2018. Bennett, Michael. "Using Orality Theory to Identify Missiological Implication and Guide Missionary-Counselors' Use of Narrative Counseling in Primary Oral Cultures." Unpublished Manuscript, Intercultural Studies, Asbury Theological Seminary, Kentucky, USA.

2017. Bennett, Michael. "Mission as Hospitality." Unpublished Manuscript, Intercultural Studies, Asbury Theological Seminary, Kentucky, USA.

2016. Bennett, Michael. "Hospitality and Counseling with Muslim Immigrants." Unpublished Manuscript, Master of Divinity, Pentecostal Theological Seminary, Tennessee, USA.

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| CSL BEHRING LLC. | APRIL CONNOLLY | 11495594 |

| | | | |
|---|---|---|---|
| **Report Date:** | 7/19/22 | | |
| **Referred By:** | April Six | **Claimant DOB:** | |
| **Referral Date:** | 07/13/2022 | **Job Title:** | ASSOC MEDICAL STAFF |
| **Due Date:** | 07/27/2022 | **Medical/ Surgical Condition:** | Dissociative identity disorder/PTSD |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | STD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 06/09/2021 |
| | | **DOD:** | 06/10/2021 |
| **Physical Demands:** | | **BBD:** | 06/17/2021 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Questions:**

**1. Contact treating provider, Michael Bennett, LPCA with Trauma Informed Counseling Center, 859-309-2877**
Contact with Mr. Bennett should address impairment/restrictions and limitations but also discuss what specifically is keeping the claimant from working and any treatment recommendations.

An attempt to reach Mr. Bennet on 7/18/22 at 7:55am MST. Shanuntavia advised that an email is sent to Mr. Bennet on mbennett@theticcoflexington.com

An email was sent to this provider at 7/18/22 at 5:15pm MST. Mr. Bennett responded on 7/19/22 with a request for a letter faxed to his office at (859) 368-0018. This letter was faxed on 7/19/22.

**2. Provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations as of 8/4/21. Please include the expected duration for any supported restrictions as of 8/4/21. When addressing restrictions, please comment on the claimant's ability to sustain full time work as of 8/4/21.**

The medical records indicate that the claimant has experienced severe anxiety since ceasing work on 6/10/21. The anxiety has manifested as dissociative identity disorder where the various aspects of the personality are fragmented and assigned different names and/or characteristics. This typically occurs in the context of severe trauma when the emotional response is too

overwhelming to face or accept. This experience has caused severe difficulties with social interactions, coping with stress, and attending to daily responsibilities. It is reasonable to expect that the claimant will be impaired in her capacity to effectively perform her work-related duties during the period of extreme anxiety and dissociation. This level of impairment was expected to persist for a three-month period from the last office visit of 12/1/21. Updated clinical information has been requested from her treating therapist. An addendum to this report will be prepared when this information is obtained.

**3. Comment on the restrictions and limitations provided by the attending physician. Are they consistent with the medical information provided?**

There is no documentation of her attending physician’s recommended restrictions or limitations. This will be requested from the provider.

**4. What diagnosis is supported by the medical evidence in the file and what diagnosis is causing impairment?**

The primary impairing diagnoses are F44.81 Dissociative Identity Disorder and F43.1 PTSD.

**5. Please clarify whether or not the claimant has a co-morbid diagnosis that is impacting the impairment.**

An additional psychiatric diagnosis of Generalized Anxiety Disorder F41.1 is noted and this contributes to the patient high anxiety level. It is also noted that the patient underwent gallbladder surgery. A recommendation of specific restrictions and limitations secondary to the surgery are outside the scope of this psychiatric assessment.

**6. Please review the treatment plan. Please indicate whether or not it is consistent with the current standard of care. If not, please provide evidence based documentation to support your opinion.**

The claimant has engaged in appropriate treatment through the last documented visit of 12/1/21. She was attending frequent therapy sessions and her psychotropic medications were being adjusted by a psychiatric provider. Her treatment plan since this date is unknown. This information has been requested from her treating provider.

**7. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

No.

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

The claimant is 39-year-old female who ceased work on 6/10/21 due to her psychiatric disorder. The medical records were reviewed in their entirety and the pertinent records are summarized in this report.

The appeal correspondence was reviewed including the documentation from her attorney dated 6/30/22.

Records are provided by psychiatric nurse practitioner, Tina Shelton-Coomer, with visits dated 7/14/21-8/17/21. The claimant is diagnosed with F41.1 Generalized Anxiety Disorder, F44.81 Dissociative Identity Disorder, F43.1 PTSD, 'rule out' mood disorder, and insomnia. On 7/14/21 she reported voices that will not stop talking. She reported 8 alters (alternative personalities) with the youngest being two years old. She reported periods of racing thoughts, mood swings and different alters coming out when her mood change. Her medications included Trazodone, Propranolol, and lamotrigine. She went to the emergency room for cutting. She stated that "the new ego did the cutting." She reported losing track of time. On 8/17/21 she was maintained on Pristiq 100mg daily and lamotrigine 100mg daily was started. She was no longer sleeping all day. A Functional Mental Status Evaluation form was dated 11/21/21. It is noted that the claimant appears bizarre and childlike at times.

A psychiatric memorandum dated 12/27/21. It was concluded that "The available medical information is insufficient to support psychiatric impairment that would require restrictions/limitations, or preclude full-time work capacity, from 06/10/2021 to present."

Records are provided by Bryan Manning, LPC With visit stated 12/5/19-7/6/21. On 6/16/21 the claimant reported that she was recently at the emergency room for cutting. On 7/6/21 the claimant reported that her alter came out and cut her arm. She reported making some effort on hygiene and household chores. She reported that her sleep was still poor. A Functional Mental Status Evaluation form is dated 6/28/21 and suggest that the claimant is unable to work for 4 to 6 weeks due to difficulty with task completion, focus, and emotional regulation.

Records from Michael Bennett, LPCC are dated 8/5/21-12/1/21. At twice weekly visits she appeared anxious and tangential or circumstantial (both suggesting disorganized thoughts). During frequent sessions the therapist 'communicated with' claimant's alters. On 10/7/21 it is reported that the claimant was not caring for herself physically or hygienically. During the session she had a "cataplexy experience" with the inability to speak and with partial paralysis. On 10/14/21 the claimant reported insomnia. She was not completing household tasks. On 11/10/21 the claimant reported having had recent gallbladder surgery. She reported being unable to perform daily tasks such as cleaning, personal hygiene, or other meaningful tasks. On 12/1/22 she was concerned about her sister's exposure to a school shooting. Her affect is anxious and her thought processes are circumstantial (disorganized).

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is: 12/1/22**

***Electronically Signed:***

Laura Don, MD
Board Certified in Psychiatry,
American Board of Psychiatry and Neurology

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
841-1415

7/19/22

Re: Disability Benefits
Claimant Name: April Connolly
Claimant DOB:
Claim Number: 11495594

Michael Bennett, MHC
Fax: (859) 368-0018

Dear Mr. Bennett,

Your patient's disability case manager requested a review the medical records that were submitted to support disability benefits through Lincoln Financial Group. An attempt was made to reach you by email on 7/18/22. Thank you for your response to my email with the suggestion that I relay these questions to you by fax. Please review this summary of the records submitted and the conclusions on medically necessary activity restrictions and limitations.

Review of the medical records indicates that the claimant has experienced severe anxiety since ceasing work on 6/10/21. The anxiety has manifested as dissociative identity disorder. She has experienced has caused severe difficulties with social interactions, coping with stress, and attending to daily responsibilities. It is reasonable to expect that the claimant will be impaired in her capacity to effectively perform her work-related duties during the period of extreme anxiety and dissociation. This level of impairment was expected to persist for a three-month period from the last office visit of 12/1/21.

Please provide updated clinical information including the date of the last office visit and her current clinical condition:

Please describe the claimant's capacity to perform her usual range of daily life activities:

Please describe the claimant's current treatment plan including frequency of therapy sessions, attendance at visits with a psychiatric provider, and/or participation in an IOP:

Please note the estimated return to work date and the basis for your recommendation:

Your patient's disability case manager is requesting that within 5 business days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided, and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Laura Don, MD
Board Certified in Psychiatry

__ No changes/comments, OR
__ With changes/comments as noted above

______________________ ______
Michael Bennett, MHC Date

**From:**RightFax E-mail Gateway Ashburn <rfax@smtp.lfg.com>
**Sent:**Tue, 19 Jul 2022 21:03:26 -0400
**To:**Don, Laura
**Subject:**Your fax has been successfully sent to Michael Bennett, MHC at (859) 368-0018.

Your fax has been successfully sent to Michael Bennett, MHC at (859) 368-0018.
-----------------------------------------------------------
9:00:49 PM 7/19/2022 Conversion Error Record
[Connolly letter 071922.docx]
Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document
G3 to TIFF #1: Success (35ms)
Aspose #1: Success (2966ms)
Field Replacement #1: Success (55ms)
Word Automation #1: Microsoft Word is not installedon this server. (44ms)

9:01:01 PM 7/19/2022 Conversion Error Record
Successfully created cover sheet.
Type: application/x-pcl
G3 to TIFF #1: Success (523ms)
Image Optimization #1: Success (114ms)
PCL6 #1: Success (482ms)

7/19/2022 9:01:01 PM Transmission Record
Sent to (859) 368-0018 with remote ID "8593680018"
Inbound user ID LASDO6, routing code 100
Result: (0) Success
Page record: 1 - 3
Elapsed time: 01:53 on channel 0

# Fax Transmission

**To:** Lincoln National/Disability and Life Claims Appea **From:** Samuel D. Payne, Esq.

**Fax:** 16034301849 **Date:** 7/15/2022 3:40:58 PM MST

**RE:** STD Claim 11495594;LTD Claim 12027405 (A. Con **Pages:** 22

---

**Comments:**

**ATTENTION: April Six**

=====================

July 15, 2022

VIA CERTIFIED MAIL # 7021 2720 0000 3441 7105
RETURN RECEIPT REQUESTED
FACSIMILE: # (603) 430-1849

The Lincoln National Life Insurance Co.
Attn.: Disability Life Claims Appeal
P.O. Box 2578
Omaha, NE 68172-9688

Re: Our Client: April Connolly
================================
STD Claim No.: 11495594
STD Plan No.: PD3-830-510527-01 R (1)

================================
LTD Claim No.: 12027405
LTD Policy No.: GF3-830-510527-01
=================================
Employer/Plan Sponsor: CSL Behring, LLC.
Date of Birth:
Social Security No.:

Dear April Six: .....

Samuel D. Payne
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

July 15, 2022

**VIA CERTIFIED MAIL # 7021 2720 0000 3441 7105**
**RETURN RECEIPT REQUESTED**
**& FACSIMILE: # (603) 430-1849**

The Lincoln National Life Insurance Co.
Attn.: Disability & Life Claims Appeal
P.O. Box 2578
Omaha, NE 68172-9688

**Re: Our Client: April Connolly**
**=================================**
**STD Claim No.: 11495594**
**STD Plan No.: PD3-830-510527-01 R (1)**
**=================================**
**LTD Claim No.: 12027405**
**LTD Policy No.: GF3-830-510527-01**
**=================================**
**Employer/Plan Sponsor: CSL Behring, LLC.**
**Date of Birth:**
**Social Security No.:**

Dear April Six:

As you know, this law firm represents April Connolly on her short-term and long-term disability benefits ["STD" & "LTD"] under the Plan/Policy referenced above. These claims are currently pending on appeal, and this letter is intended to supplement our initial appeal letter dated 6/30/2022. Throughout this letter, **Lincoln** and employer/plan sponsor/policyholder **CSL Behring, LLC** may be collectively referred to as the "**Company**."

## ADDITIONAL MEDICAL EVIDENCE: [1]

In addition to the medical records/information already found in the Company's STD and LTD claims files; plus those tendered with our 6/30/2022 appeal letter; we now enclose certain additional medical records and related evidence, as follows:

- **Exhibit #1**: Supplemental letter from Michael Bennett, LPCA; Therapist at The Trauma–Informed Counseling Center; dated 7/5/2022; note that this letter simply supplements his earlier-provided letter of 6/27/2022; *see,* additional section on pp. 3, 4 entitled **"Observations of Treatment Barriers"**

- **Exhibit #2**: *Curriculum vitae* (CV) for Mr. Bennett

Also, reflected below is a summary of the medical records that were attached as Exhibits to our initial appeal letter of 6/30/2022:

**Exhibit C: Baptist Health Medical Group Family Medicine**

4071 Tates Creek Centre Dr. Ste. 100

Lexington, KY 40517

**Beverly Smith, M.D.**

Board Certified Psychiatrist

**Dates of Treatment Include: 11.19.21, 2.3.22, 2.21.22, 4.9.22, 4.19.22, 5.9.22**

**11/19/21**: Ms. Connolly presented to Dr. Smith with complaints of depression and insomnia. She has a history of breast cancer status post bilaterally mastectomy and chemotherapy from 5 years ago. On 11/7/21 she was diagnosed from hospital acute cholecystitis (inflammation in gallbladder). She has had gas and diarrhea after and is still on antibiotic. She is to call and follow up with surgery. She says she has dissociative identity disorder and her therapist told

[1] Please understand that all medical records and other sensitive documentation tendered with this appeal are intended to be strictly maintained as CONFIDENTIAL by the Company, used only on a need-to-know basis for purposes of handling our client's STD and LTD claims.

her she needs a regular doctor. She sees Mr. Michael at TICC (Trauma Informed Counseling Center). She says she currently has 10 personalities.

She has wounds from surgery on her abdomen that are clean and without signs of infection. I have encouraged her to follow up with her surgeon and to finish her antibiotics. No stomach pain, nausea, vomiting, or difficulty eating. No fevers. Encouraged her to make an appointment with Lexington obgyn clinic for follow up of her pap smear and she would like to further discuss with them having children after her bilateral salpingectomy.

She only has an occasional wheeze from asthma and the inhaler makes this better. She is complaint with the synthroid for her Hashimotos. She had bilateral salpingectomy due to being brca positive. She has been taking Pristiq and Buspar for anxiety and depression which she says controls her symptoms. She discussed with Mr. Michael starting adderall and something for sleep. Her last refill was done while she was in the hospital.

Dr. Smith's assessment: Morbid, severe obesity due to excess calories; mild intermittent asthma without complication; Hashimoto's disease; multiple personalities; and acute cholecystitis.

Treatment plan: Ambulatory referral to behavioral health. Return in about 3 months.

**2/3/22**: Ms. Connolly presented to Dr. Smith with complaints of depression (requesting medication adjustments) and anxiety. Her depression has been "bad" and she is concerned she needs to increase her medication. She had a visit from her parents and they "put her on edge all the time." Her therapist is out of the office at this time. She declines any suicidal or homicidal thoughts. She is having trouble sleeping her brain will not shut down. She adamantly declines any suicidal or homicidal thoughts after asking several times. She says she would not think of something like that. She has had some self-harm thoughts in the past but says she is not at this time. She is tearful. She says she is taking Buspar (10mg, daily). Dr. Smith advised her she can take Buspar 2-3 times daily.

Treatment plan: Start Vistaril to help with bursts of anxiety and sleep. Return in about 1 week.

**2/21/22**: Ms. Connolly called in to Dr. Smith due to an isolated asthma attack. She states that she would like Xopenex, but if she is not able to get it, she will take albuterol. She was advised that she would need to make an appointment because we have never prescribed this medicine.

**4/9/22**: Ms. Connolly called in for a refill of Desvenlafaxine (Pristiq) (100mg) refilled.

**4/19/22**: Ms. Connolly called in for a refill of Levothyroxine (Synthroid) (50mcg).

**Exhibit D: LifeStance Health**

1030 Monarch St. Suite 100

Lexington, KY 40513

**Tina Shelton-Coomer, PMHNP**

Adult Psychiatric and Mental Health Nurse Practitioner

**Bryan Manning, LPCC**

Licensed Professional Clinical Counselor

**Dates of Treatment Include: 5.10.21, 5.18.21, 5.27.21, 6.2.21, 6.16.21, 6.29.21, 7.6.21, 7.14.21, 8.17.21**

**5/10/21**: Ms. Connolly presented to Tina Shelton-Coomer, PMHNP for medication management, depression, anxiety, PTSD, dissociative episodes, and poor physical health. She has voices that will not stop talking. She has more dissociative disorder. Her youngest alter is 2 years old. She has several alters (currently 8). They are down to a manageable number. There has been as many as 20 in the past. They have integrated.

She has siblings – they are emotionally and psychologically damaged as well. She does see her parents and she felt fine with that. She now feels strange after reading the toxic parent book her sister recommended. She read the book in college and there was a separation with her and her parents. She has heard awful things about her sister and is now trying to find out reality. Her mother grew up in a physically abusive home. She doesn't think she sees this about herself.

Both siblings are in therapy. She feels it is more PTSD. She has some memories coming back. She has past trauma. She cannot recall abuse. She may have blocked it out.

She has periods of racing thoughts, mood swings, and different alters that comes out when her moods change. She feels like she is at a good point with cognitive therapy. She has issues with sleeping, anxiety, and mood changes sometimes.

She has adequate medication adherence. Her last suicidal ideation was 20 years ago. Her last self-harm (cutting) was 5 years ago. She has a strain in her relationship with family of origin. She had social difficulties during childhood. Delusions were not present at the time of interview.

She is anxious. Her recent memory is intact. Her remote memory is intact. Her attention span is moderately impaired.

Tina Shelton-Coomer's assessment: Anxiety, acute, moderate with exacerbation/side effects. She has chronic dissociative disorder that is moderate with exacerbation/side effects. She has chronic PTSD that is moderate with exacerbation/side effects. She has a chronic mood disorder that is moderate with exacerbation/side effects. She has chronic insomnia that is moderate. She failed Trazodone inpatient.

Treatment plan: Continue Pristiq, DC Propanolol, Clonidine, start Lamotrigine 25. Follow up in 1 month if stable.

**5/18/21**: Ms. Connolly presented to Bryan Manning, LPCC. She is moving into a new home and got a puppy. She started writing a book about her personalities. Her sister has been supportive and checking in with her. She has shared memories about their childhood but this confuses her about what she actually experienced. Her and her alters have "taken turns" to manage emotions and stress from recent changes. Primary alters are Mimic and Gentle right now. They usually appear when she is stressed. New medical provider put her on Lithium which has helped with sleep. She is trying to eat healthier. **She is getting injections for back pain.**

She is having trouble relating to the parents about her DID. Her mother shuts down and avoids discussing it. She is confused and frustrated over memories she recalls. Her sister recalls what her parents told her. She finds it difficult to know what the truth is and what to believe. She has come to the conclusion that parents have been toxic and mother has tried to control her life. She reflected and reframed to focus on current events such as focusing on building a future with husband and setting healthy boundaries now, instead of focusing on what may or may not have happened in her past.

As of 1/7/21, she is down to 6 alters: April, Mimic, Ally, Gentle, Ivonna, and Shadow.

She is tired and confused.

Bryan Manning's assessment: She has chronic dissociation identities. She has impaired relationship functioning, impaired occupational functioning, emotional dysregulation, and impaired ADLs.

Treatment plan: Cognitive behavioral therapy and behavioral modification.

**5/27/21**: Ms. Connolly presented to Bryan Manning, LPCC. She presents in childlike behaviors, voice, and vocabulary. She was swinging arms and swaying. She was talking about "April" in 3rd person. She stated "she has a lot going on." She is trying to sell her house. She has written 6 chapters of her book. She stated "April had to call an ambulance on friend at work," "I get to play games on her phone," and April had to "go inside for quiet time." She needed time away from the dogs barking. She also talked about "Mr. Scott." She stated "we still can't sleep very good," "April can't shut her brain off." She reports medication compliance and stated "it is right by our nightstand."

She has a new alter. "Mimic" wants to talk about the book they are writing. She shared about the book and different alters and DID in general. She used a different voice and vocabulary. She had an adult voice and mannerisms. She stated "Scott's a good guy." Mimic shared how she has been "out" more to get things done as "April" gets overwhelmed and tries to do too much.

She engaged in reality-based conversation. She was able for "April" to come out. She began talking in first person. She is eating healthier but is very stressed with work being busy and trying to fix up and sell the house. She had to drop out of school to cope. She hopes to go to part time soon.

She returned to "Mimic" but no notable changes in voice/behavior.

April plus 2 alters all shared similar stories of stress and being overwhelmed but from different perspectives. Both appear to have a role in protecting April from stress. All report having a good relationship with Scott (her husband) and are getting along well, albeit stressed from trying to sell the house. All are excited/enjoying the book they are writing. She feels her alters are integrating well.

**6/2/21**: Ms. Connolly presented to Tina Shelton-Coomer, PMHNP via telehealth. She went to the ER due to stress. She was treated with once admin of Xanax and helped per report. Now asthma was worse and stopped medication. Splitting and more personality issues.

Diagnosis: Dissociative identity disorder and generalized anxiety disorder.

**6/16/21**: Ms. Connolly presented to Bryan Manning, LPCC. She just woke up. She recently dyed her hair purple and pink. Recent distress led to desire to cut. She tried using coping skills but they were not effective and she went to the ER. She has been working on house to sell and working her job, among other things. Mimic and Gentle have been out the most. "April hasn't been out (in the body) in weeks." She is focused on self-care to get back to baseline and manage stress. She is showering every other day. She continues to consume 1200 calories and increased water. She will work toward FMLA.

She denies SI. She endorses self-harm to manage pain. She feels like not working and managing stress will remedy self-harm.

She is stressed, tired/constricted. Her recent memory is mildly impaired.

Bryan Manning's assessment: She has acute self-harm to a moderate severity. This impairs her relationship functioning, impaired occupational function, emotional dysregulation, and impaired ADLs.

Treatment plan: Abstain from all self-harm behaviors.

**6/29/21**: Ms. Connolly presented to Bryan Manning, LPCC. She is not sleeping well. She has a very hard time getting to sleep. She is having more trouble planning her day and getting things done. She has been getting out of bed. Her hygiene has improved to 2 showers a week but not wearing anything else but pajamas.

"Mimic" is present today. April has not been out in "days." She sold the house and feels relieved. She is trying to settle into the new house. She is talking more with her sister. She is having a hard time communicating with her mom still. Her mom has a hard time accepting her DID. She discussed desire to seek more intense DID therapy and explored options. She reports losing time and uncertain of days of the week.

"Gentle" came out during the discussion. She started talking childlike and referring to "Mr. Scott." Dogs began barking and Mimic returned.

Treatment plan: Crisis behavioral modification and cognitive behavioral therapy.

Her mood is labile. Her affect is congruent with her alter – Mimic is annoyed, Gentle has a childlike voice. She has limited hygiene. She was unsure of today's date. Her speech is congruent with her alter. Her recent memory is mildly impaired. Her abnormal/psychotic thoughts are reported by alters.

Bryan Manning's assessment: She has chronic dissociation identities to a high severity. Self-harm is acute. She has impaired academic functioning, impaired relationship functioning, impaired occupational functioning, emotional dysregulation and impaired ADLs.

Treatment plan: Cognitive behavioral therapy, behavioral modification, and dialectical behavioral therapy.

**7/6/21**: Ms. Connolly presented to Bryan Manning, LPCC. She saw a DID therapist yesterday and will continue. Mimic is present. "April" asked her mom about why she did not talk about DID. Her mom didn't feel it was important. Her dad said he would read a book to understand it. She has been utilizing Facebook support. She completed disability paperwork and has a phone call today about it. "Spirit" came out this weekend after talking to her parents. "She" self-harmed (showed superficial cut on arm). She states she is "not good" on the goals. She made some efforts of hygiene and house chores. Her sleep is still poor.

Treatment plan: Treatment suspended. Ms. Connolly will begin working on specific DID treatment. She will continue with med provider. May return any time.

**7/14/21**: Ms. Connolly presented to Tina Shelton-Coomer, PMHNP.

Tina Shelton-Coomer's assessment: If symptoms do not improve or recur, consider Pristiq -- consider a taper. Vistaril for sleep. She is not sleeping all day now and she is improved. She went to the Baptist Health ER due to cutting, and the new ego did the cutting. She appeared as a young child today. She has a difficult issue with time. In the am, the pills are by the door. She changes to different egos and identities.

Treatment plan: Follow up in 3 weeks. Start Lamotrigine (100), continue Pristiq (100).

**8/17/21**: Ms. Connolly presented to Tina Shelton-Coomer, PMHNP. She is depressed and anxious.

Tina Shelton-Coomer's assessment: If symptoms do not improve or recur, consider Pristiq -- consider a taper. Vistaril for sleep. She is not sleeping all day now and she is improved. She went to the Baptist Health ER due to cutting, and the new ego did the cutting. She appeared as a young child today. She has a difficult issue with time. In the am, the pills are by the door. She changes to different egos and identities.

Treatment plan: Follow up in 3 weeks. Start Lamotrigine (100), continue Pristiq (100).

## CONCLUSION:

Again, we assert that the Company erroneously concluded that our client failed to provide proof of serious medical issues that prevent a return to her employment at CSL Behring (or otherwise, for that matter). STD benefits should be reinstated and paid retroactively; and LTD benefits awarded retroactively and paid going forward. It should be clear that Ms. Connolly does, in fact, continue to satisfy the definition of Disability under both the STD Plan and the LTD Policy

This letter is sent without waiver of, or prejudice to, Ms. Connolly's rights and remedies under the STD and LTD Plan/Policy at issue and governing law. All rights and remedies on both claims are expressly reserved.

If you have questions or concerns regarding these matters, please call me. And, if the Company needs Ms. Connolly to do anything else (reasonable) to exhaust her remedies or perfect her claims, please let us know. This specifically includes completing any additional needed forms, questionnaires or the like for Lincoln.

We look forward to your response.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

*/s/ Samuel D. Payne*
By: Samuel D. Payne, Esq.

SDP/sdp
Enclosures (Exhibits #1, 2)

cc: Ms. Connolly (w/ encl.)

TICC Trauma Informed Counseling Center

July 5, 2022

Michael Bennett, LPCA
The Trauma-Informed Counseling Center
1600 Harrodsburg Rd
Lexington, KY 40504

To Whom It May Concern:

This letter serves as an attempt to advocate on behalf of client April Connolly with the goal of communicating the client's experience of comorbid (i.e., co-occurring) diagnoses which create great difficulty for the client to maintain employment. The client, April Connolly, has been attending trauma-informed psychological treatment since June 29, 2020 for the purpose of improving her psychological, emotional, and social/relational well-being through processing former traumas as well as by mastering skills needed in navigating life with Dissociative Identity Disorder, Post-Traumatic Stress Disorder, and Attention-Deficit/Hyperactivity Disorder, predominately Inattentive presentation. During the time of treatment at TICC, I have observed, assessed, and monitored symptoms supporting the diagnoses of PTSD and DID. While the client has also been diagnosed with other co-occurring disorders (ADHD), the treatment I have administered has focused on PTSD and DID while the client continued receiving psychiatric treatment via medication management from other mental health professionals. As such my professional opinion is offered at the end of this report following my assessments and clinical observations on the diagnoses of PTSD and DID while other diagnoses assessed for and diagnosed elsewhere are not included. Insight from the client's other psychiatric and therapeutic supports pertaining to other diagnoses received should be considered alongside this report for the full context of the client's symptomatic and functioning experiences.

I, the client's therapist, Michael Bennett, LPCA, have observed and assessed the following:

**Diagnosis: F43.12 - Post-traumatic stress disorder, chronic**
The present diagnosis of PTSD – Chronic is used when a client has experienced multiple distressing, life-threatening or altering experiences within their life resulting in being frequently triggered by stimuli (e.g. people, places, objects, conversations, memories that remind the client of the traumatic experiences) in the present and then manifest symptoms such as intrusive memories, avoidance of reminders of trauma, negative changes in thinking and mood, and changes in physical and emotional reactions. In the case of the client, April Connolly, her symptoms also promote the presence of derealization and depersonalization dissociation experiences. The client experiences great difficulty in due to her debilitating mental reenactment of traumas through reminders, proactive avoidance of stimuli reminding her of trauma, the constant sense of threat, affect dysregulation, negative self-concept, and dissociations.

In the case of the client, April Connolly, her experiences of symptoms and life experiences mirror a differential diagnosis of "Complex PTSD" (C-PTSD), perhaps better than PTSD-

Chronic, which is acknowledged and codified by the 11th revision of the *International Statistical Classification of Diseases and Related Health Problems* (ICD-11). This diagnosis paradigm considers other symptomatic experiences which the client has also experienced (i.e., dissociation, self-harm, negative self-concept, affect dysregulation) that the aforementioned PTSD-Chronic symptomatology does not emphasis as the debilitating symptoms. The present clinical decision has been to treat the client according to the diagnostic paradigm of C-PTSD, which better reflects the client's trauma profile. Inasmuch as this impacts her vocational functionality, the client experiences great difficulty in maintaining employment due to her debilitating mental reenactment of traumas through reminders, proactive avoidance of stimuli reminding her of trauma, the constant sense of threat, affect dysregulation, negative self-concept, and dissociations. Some examples of how this has been experienced is the frequent experience of being unable to complete tasks or fulfill the responsibilities if she encounters someone or a situation which triggers an intrusive memory with subsequent overwhelming emotions or sense of danger, or which triggers flashbacks inducing panic attacks or dissociation. Another example of how the client's symptoms impair her ability to function is the increased impulsivity that appears in her behaviors resulting from increased dissociative "switching" between alternate identities (alters), hypervigilance, hypertension, attention-deficiency, and heightened emotions. This would lead to the client being unable to consistently fulfill job expectations leading to her either ending her employment to improve her sense of safety and wellbeing or risk being terminated by her employer.

**F44.81 - Dissociative Identity Disorder**

Due to the presence of dissociation experiences, which pertain to April's trauma-related stress disorder of PTSD-chronic (better described by ICD-11's Complex-PTSD), I, the clinician Michael Bennett, administered the Dissociative Experiences Scale (DES) to screen the client for the presence, severity, and description of the client's dissociative experiences. April's responses reflected a score of 70 points, which indicates the strong possibility of the client having a dissociation disorder requiring further assessment and diagnosis. For scale, clients with a diagnosis of PTSD on average score 31 points and the General Adult Population score an average of 5.4 points on the DES. Clients with a diagnosis of DID, on average, score 48 points on DES. Based on the findings of the DES and its clinical suggestions regarding diagnosis, the Dissociative Disorders Interview Schedule (DDIS) based on DSM-5 was utilized to further assess April and determine conclusively that the presence, severity, and descriptions of her dissociation experiences reflect an accurate diagnosis of Dissociative Identity Disorder. The DDIS reflected that April experiences high somatic complaints, major depressive episodes and that these complaints as well as her dissociation experiences are not based on substance use. Additionally, it revealed through the Schneiderian First Rank Systems that April received a lower-than-average score (4 points versus 6.5 points) screening for a small range of hallucinations and delusions, and through further differential diagnostic interviewing, these were identified as not indicating a positive screening for schizophrenia due to the client not meeting the symptomatic requirements for this diagnosis. The DDIS also indicated that through a severe presence of childhood abuse and higher-than-average score (15 points compared to 10.2 points) for Features Associated with Dissociative Identity Disorder, that April's experiences are related to a developmental disorder (e.g., DID) as opposed to a psychotic disorder stemming from one's biological medical condition, medications, or drug use (e.g., schizophrenia). April's results from

the DDIS also demonstrates that her experiences are not a result of experiences relating to the supernatural, possession, extrasensory perception, or cult activities. Her results also indicate a positive screening for the experiences of dissociative fugue, depersonalization, derealization, and a negative screening for dissociative amnesia. April's DES and DDIS results support a formal diagnosis of Dissociative Identity Disorder. Furthermore, as the treating clinician, I can attest to the presence of more than two alternate identities which support April as I have engaged with them in treatment. It is common for an individual with DID to experience "switching" between alternate identities (alters) during the day when triggered by distress. As previously mentioned in the above section detailing the debilitating impact of PTSD and expressed in this section, April is dependent upon the alternate identities within her dissociative identity system in order to function in a survival state of being. This dependency is increased when the client is engaging with stimuli (objects, people, or environments) that are innately distressing, such as found in a high stress work environment, or stimuli which contain familiar characteristics to former distressing, threatening, or traumatizing experiences prompting the triggering of trauma responses (cognitive, affective, behavioral) to increase sense of safety and survival.

**Observations of Treatment Barriers:**
During my provision of treatment, I observed my client, April Connolly, encountering stigmatization within the healthcare system creating a barrier to accessing effective psychological treatment and medication management. This barrier of stigmatization, which I will describe both the context and April's experience, is common for those who have been diagnosed with D.I.D. among other severe psychiatric disorders, especially if they are co-occurring. This stigmatization is also one unfortunately fueled by myths held by uninformed mental health professionals who deny the existence of D.I.D. despite research and endorsement by the American Psychiatric Association since the publication of D.I.D. as a codified diagnosis (formerly known as Multiple Personality Disorder) in 1980. April has various medical needs comprising physical health and psychological health challenges. As a result of April's complex health challenges, she requires not only a mental health therapist but also a medication management provider other than a primary care physician (e.g., a psychiatrist or psychiatric mental health nurse practitioner) who can assess/monitor April's chronic symptoms and prescribe appropriate medication treatment to stabilize or treat April's psychological health needs. Additionally, it is "best practice" for therapists to encourage medication treatment alongside psychological treatment so that clients experience a stabilization of symptoms causing crises that would otherwise deter the success of psychological treatment.

To assist my client in this stabilization process, beginning September 16, 2021, I provided April with referrals for medication management providers and additionally encouraged April to confer with her insurance provider to see which providers were in their network. Through this process, both April and I encountered providers declining ability to support April due to she having complex psychiatric needs outside their competency. Some questioned the validity of April's complex diagnoses, particularly her diagnosis of dissociative identity disorder. On one occasion, a provider not only questioned April's diagnoses but also suggested to me that April may be "doctor-shopping" despite not having met with April or considering other case details shared in the consultation. This occasion especially demonstrates how even among mental health providers there is a pervasive stigmatization of certain severe psychiatric disorders which leads such

TICC Trauma Informed Counseling Center

uninformed providers to, at best, deny treatment and, at worst, cause further harm by invalidating and denying treatment for patients' psychiatric experiences.

This experience of encountering service denial from medication management providers continued until April 8, 2021, when I was able to consult with April's present provider who agreed to collaborate in April's case and provide appropriate medication management for her complex needs. Stabilization of symptoms requires time for the medication to reach its level of therapeutic effect at which point the person can benefit from the medication treatment and begin building effective skills and insight necessary for therapeutic growth. During the eight months that it took for April to acquiree a willing medication management provider due to the stigmatization of D.I.D., April experienced numerous setbacks in treatment due to overwhelming symptomatic experiences beyond her control which slowed her psychological treatment and thereby slowed success in treatment. And while April has a provider for medication management almost a year from the date she began treatment with me, there is still much therapeutic work to be accomplished for April to experience post-traumatic growth that improves any functionality necessary for successful employment.

**Professional Opinion:**
This opinion is provided based upon two areas: 1) observing steps the client has taken to decrease stressors and improve functionality, and 2) my own assessments and clinical observations. In meeting with and providing treatment for April, I recognize that she has already taken steps and utilized healthy coping and problem-solving skills to decrease exposure to unnecessarily distressing environments and responsibilities which do not serve her purposes and weigh in less priority and value when compared to increasing her ability to healthily function. For example, April first decreased stressors by evaluating the value and priority of her attending graduate school while working and concluded that withdrawing from school could help mitigate her distress and increase her functioning at work. When not seeing success with this solution, April evaluated the management-level capacity in which she worked and determined that stepping down could decrease her distress and allow her to better function at work. When this did not produce the desired outcome, April then took a leave of absence to appropriately focus attention on receiving psychological treatment for the distress and symptoms which was impairing her ability to work and complete school. Based upon April's attempt to decrease distress and improve functionality within her own ability, my own clinical assessment and diagnosis as well as the client's historical psychiatric and medical diagnoses, it is my professional opinion that the psychological health of the client, April Connolly, does not support their meaningful functioning within a vocational/employed capacity.

Should you have any questions, please contact my office at the number listed below to make any inquiries.

Thank you,
Michael Bennett, LPCA
mbennett@theticcoflexington.com

**Michael Bennett**
*Mental Health Clinician*
80 Codell Dr., Ste 230
Lexington, KY 40504
mbennett@theticcoflexington.com
(859) 309-2877

## RESEARCH INTERESTS

Mental Health Counseling, Trauma Theory, Trauma-Informed Practices, Dissociation Disorders, Trauma & Mood Disorders, Cultural Concepts of Trauma, Multicultural Counseling, Psychological First Aid, Disaster Response, Child Abuse Prevention, Resilience and ACEs, Epigenetics, Neuroscience, Culture, Cognitive Anthropology, Psychological Anthropology, Cultural Anthropology

## EDUCATION

**Ph.D. in Intercultural Studies**, Present Student – *Asbury Theological Seminary*.
**Dissertation:** (Untitled, psychological anthropology's contributions to developing culturally-responsive trauma theories for therapy)
Steve Ybarrola, *Chair*

**Master of Divinity**, May 2017 – *Pentecostal Theological Seminary*
**Capstone:** "Forming a Culturally-Appropriate Approach in Counseling Muslim Clients"

**M.A. in Clinical Mental Health Counseling**, December 2015 – *Pentecostal Theological Seminary*
**Internship:** Behavioral Research Institute (State-Licensed Community-Based Child Abuse Prevention Agency); Cleveland, TN

**Practicum:** Youth Counseling Services; Cleveland, TN

**B.S. in Practical Theology**, May 2012 – *Southeastern University*

## LICENSURE/CERTIFICATION

- Certified Trauma-Focused Cognitive-Behavioral Therapy Therapist
- Kentucky Board of Licensed Professional Counselors – Licensed Professional Counselor Associate, License #243376 *License Pending July 2022 Approval for Independent Status of Licensed Professional Clinical Counselor*
- National Counselor Certification *Certification Pending July 2022*

## APPOINTMENTS

**Mental Health Clinician:** Trauma-Informed Counseling Center, Lexington, KY; September 2019 to Present.

**Teaching Assistant:** Asbury Theological Seminary, Wilmore, KY; September – December 2021; February – May 2020.

**Adjunct Instructor:** Pentecostal Theological Seminary, Wesleyan Pentecostal Ministry Certificate Program, Cleveland, TN; October 2017 to Present.

**Agency Director:** Behavioral Research Institute, Inc. (State-Licensed Community-Based Child Abuse Prevention Agency), Cleveland, TN; June 2015 to July 2016.

**Clinical Intern:** Behavioral Research Institute, Inc. (State-Licensed Community-Based Child Abuse Prevention Agency), Cleveland, TN; February 2015 to June 2015.

**Clinical Intern:** Youth Counseling Services (Youth and Family Counseling Clinic), Cleveland, TN; January 2015.

**TEACHING EXPERIENCE**

***Adjunct Instructor, Pentecostal Theological Seminary; Cleveland, TN***

- Behavioral Science, MR 300
- Pastoral Counseling, PMIN 310
- World Mission & Evangelism, PMIN 110
- Introduction to Christian Doctrine, TS100

***Invited Lecturer, Asbury Theological Seminary; Wilmore, KY***

- 2020. Lecture: “Surveys of Missional Hospitality: Applications of Hospitality within Holistic Mission.” Invited by Dr. Sam Kim for course MS501.

***Teaching Assistant, Asbury Theological Seminary; Wilmore, KY***

- 2021: Anthropology for Mission Practice, MS671
- 2020. Missional Formation: The Church in a Global Era, MS501

***Workshop Instructor, Eastland Church; Lexington, KY***

- 2019. Bennett, Michael. “Jonah’s Response,” *LOGOS Inductive Bible Study Workshop.*

***Workshop Instructor, Trinity Life Church; Lakeland, FL***

- 2018. Bennett, Michael. *But I’m Not a Counselor! What Can I Do? – Mental Health Training for Youth Leaders.*
    - “What does hospitality have to do with youth mental health?”
    - “What does imago Dei have to do with youth mental health?”
    - “How does trauma shape a teen?”
    - “How is identity formed, and why does it matter?”
    - “What challenges do teens face today?”
    - “Issues of Sex and Sexuality”

  - "Understanding & Responding to a Teen's Strong Emotions"
  - "'Before I Help...': Understanding Ethical Limitations as a Youth Leader"
  - "A Protocol and Toolbox for Helping Teens Facing Challenges"
  - "Listening & Helping: A Lay Counseling 'How-To' for Youth Leaders"

***Program/Curriculum Development***

- 2019 to Present. B.S. in Psychology Degree Development. Mongolia International University (MIU). Invited by Jennifer Wolverton, Assistant Professor and MIU Counseling Center Director.
  - Current provision of assistance to Jennifer Wolverton in developing accredited undergraduate psychology degree program for MIU. My involvement has consisted of developing the program with traditional and unique psychology courses through scholar-practitioner model; developing a program map of required courses; identifying relevant required reading materials for each of the courses; writing course descriptions and course syllabi. Program has applied for accreditation through Mongolia Ministry of Education.

## HONORS / AWARDS / FELLOWSHIPS

- "Dr. Bill Braden Mentoring Leadership Academy," Kentucky Counseling Association, 2021-2022
- "Counseling the Whole Person" Fellowship, *Austin Institute for the Study of Family & Culture*, June 2021
- Gallaway, Ira & Sally Scholarship for Doctoral Studies, *Asbury Theological Seminary*, 2017 – 2021
- "Pentecostal Scholarship" Award, *Pentecostal Theological Seminary*, 2017

## PROFESSIONAL MEMBERSHIPS & ACTIVITIES

American Counseling Association (ACA)
Kentucky Counseling Association – Central Kentucky Chapter (KCA)
Association for Counselor Education and Supervision (ACES)
Southern Association for Counselor Education and Supervision (SACES)

Oct. 2020 - PRESENT — **Member**, Juvenile Treatment Court, Assessment and Treatment Subcommittee

The mission of the Juvenile Treatment Court is to protect public safety and reduce the recidivism rate of juvenile offenders by increasing their overall wellness. Using an integrated approach involving court supervision, mental health treatment and services, education and personal accountability, the Juvenile Treatment Court seeks positive and long-lasting life changes.

| | |
|---|---|
| Apr. – Aug. 2020 | **Member**, Ministry Advisory Group (M.A. Capstone Advisory Group), Student: Mary (Maggie) Finch.<br>**Capstone:** *A Survey of Diversity on Asbury Theological Seminary's Wilmore, KY Campus Site*<br>**Status:** Defended, Approved. |
| Nov. 2019 – Nov. 2020 | **Member**, Context Based Covenant Group (D.Min. Dissertation Advisory Group), Student: Anthony Vernon.<br>**Dissertation:** Untitled; Focus: Training Church Leadership for Trauma-Informed Ministry to Children with ACEs<br>**Status:** Prospectus Phase, Student Withdrew from Program. |
| Feb. 2017 - Nov. 2014 | **Member**, Context Based Covenant Group (D.Min. Dissertation Advisory Group), Student: Florentin Ghita.<br>**Dissertation:** *Fostering Intentional Community Among On-Campus Seminary Students: A Community-Building Approach for Student Services*<br>**Status:** Defended, Approved. |

## CONFERENCE PRESENTATIONS

2020. Bennett, Michael; Varghese, Allan. "To Seek & Know Our Biases: Autoethnography in Missiological Inquiry." Paper Presented at the 2020-2021 Advanced Research Programs' Interdisciplinary Webinar at Asbury Theological Seminary, Wilmore, KY.

2020. Bennett, Michael; Downey, Lauren; Franco, Maryann. "The Neglected Soul: Raising Awareness & Offering Clinical Considerations for Spiritual Trauma." Proposal for Paper Presentation at the Southern Association for Counselor Education and Supervision, Baltimore, MD. *Conference cancelled due to COVID-19 pandemic.*

2019. Bennett, Michael. "The Response & Role of Mental Health Professionals as Mission-Minded Healers & Gospel-Sharers in the Context of Global Refugee & Immigration Crises." Paper Presented at the Evangelical Missiological Society North Central Regional Conference, Chicago, IL.

2019. Bennett, Michael. "Responding to Brian Woolnough's 2010 Call: Integrating Mental Health Training into Christian Mission Training at Theological Training Institutions." Paper Presented at the Association of Professors of Mission Annual Conference, South Bend, IN.

2019. Bennett, Michael. "Hospitality (Mutuality) as Bridge-Building in Interfaith Partnerships for Accomplishing Christian Mission." Paper Presented at the American Society of Missiology Annual Conference, South Bend, IN.

**PUBLISHED WORKS**

*Pending Publication in 2023.* Bennett, Michael and Allan Varghese. "Humanistic Therapy and Diversity" in *The SAGE Encyclopedia of Multicultural Counseling, Social Justice, and Advocacy* (SAGE Publishing: Thousand Oaks, CA).

2021. Bennett, Michael. "Going Deeper: Cognitive Anthropology's Contributions to Moving Beyond Cultural Competency in Mental Health Practices." Manuscript in Revision for Publication in *The Asbury Journal.*

2021. Bennett, Michael. "To Seek and Know our Biases: Autoethnography in Missiological Inquiry." Manuscript in Revision for Publication in *The Asbury Journal.*

2021. Bennett, Michael S. "'I was Suicidal and You Welcomed Me': Framing Suicide Prevention in Mongolia through the Lens of Christian Hospitality" in *Complexity in Our World: Public Theologies for Everyday Life* (FirstFruits Press: Wilmore, KY).

2020. Downey, Lauren, Maryann Franco, and Michael Bennett. "Trauma-Informed Care: A Conceptualization of Evidence-Based Treatment Modalities and the Needs of Minoritized Groups in the Wake of National Unrest" in Kentucky Counseling Association Fall Newsletter. www.kyca.org.

**UNPUBLISHED WORKS**

2020. Bennett, Michael. "The Therapist as Evangelist." Unpublished Manuscript, Intercultural Studies, Asbury Theological Seminary, Kentucky, USA.

2019. Bennett, Michael. "The Role of Perceivable Attributes in the Successful Diffusion of Cognitive Processing Therapy in Clinical Mental Health Settings." Unpublished Manuscript, Intercultural Studies, Asbury Theological Seminary, Kentucky, USA.

2019. Bennett, Michael. "The Response and Role of Mental Health Professionals as Mission-Minded Healers and Gospel-Sharers in the Context of Global Crises." Unpublished Manuscript, Intercultural Studies, Asbury Theological Seminary, Kentucky, USA.

2018. Bennett, Michael. "Understanding Suffering and Trauma Theologically from the Context of Syrian Muslim Refugees and a Christian Response." Unpublished Manuscript, Intercultural Studies, Asbury Theological Seminary, Kentucky, USA.

2018. Bennett, Michael. "'I am Willing': A Theology of Hospitality as Mission in the Gospel of Luke." Unpublished Manuscript, Intercultural Studies, Asbury Theological Seminary, Kentucky, USA.

2018. Bennett, Michael. "Therapeutic Soteriology as a Response to Original Sin." Unpublished Manuscript, Intercultural Studies, Asbury Theological Seminary, Kentucky, USA.

2018. Bennett, Michael. "Understanding (Rural) Poverty in America and Its Implications for Multicultural Counseling and Christian Mission." Unpublished Manuscript, Intercultural Studies, Asbury Theological Seminary, Kentucky, USA.

2018. Bennett, Michael. "Using Orality Theory to Identify Missiological Implication and Guide Missionary-Counselors' Use of Narrative Counseling in Primary Oral Cultures." Unpublished Manuscript, Intercultural Studies, Asbury Theological Seminary, Kentucky, USA.

2017. Bennett, Michael. "Mission as Hospitality." Unpublished Manuscript, Intercultural Studies, Asbury Theological Seminary, Kentucky, USA.

2016. Bennett, Michael. "Hospitality and Counseling with Muslim Immigrants." Unpublished Manuscript, Master of Divinity, Pentecostal Theological Seminary, Tennessee, USA.

Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| CSL BEHRING LLC. | APRIL CONNOLLY | 11495594 |

| | | | |
|---|---|---|---|
| Report Date: | | | |
| Referred By: | April Six | Claimant DOB: | |
| Referral Date: | 07/13/2022 | Job Title: | ASSOC MEDICAL STAFF |
| Due Date: | 07/27/2022 | Medical/ Surgical Condition: | Dissociative identity disorder/PTSD |
| Referral Type: | Appeal Referral | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | STD |
| Other Considerations | TCMS Special Circumstance | LDW: | 06/09/2021 |
| | | DOD: | 06/10/2021 |
| Physical Demands: | | BBD: | 06/17/2021 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Referral Questions
There are no core questions.

Additional Questions

Other ***CLAIM DISCUSSED W/ DR. STERN, REVIEW SHOULD BE COMPLETED BY ICP ONLY***DO NOT REFER TO EXTERNAL VENDOR. PLEASE ASSIGN TO AN ICP EXCLUDING DR. JOHN YOUNG TO ENSURE AN INDEPENDENT REVIEW***

Other ********CONTACT TREATING PROVIDER, Michael Bennett, LPCA with Trauma Informed Counseling Center, 859-309-2877. Contact with Mr. Bennett should address impairment/restrictions and limitations but also discuss what specifically is keeping the claimant from working and any treatment recommendations.

Other 1.Provide a description of the claimant’s impairments, if any, and outline how any impairment translates to restrictions and limitations as of 8/4/21. Please include the expected duration for any supported restrictions as of 8/4/21. When addressing restrictions, please comment on the claimant's ability to sustain full time work as of 8/4/21. 2. Comment on the restrictions and limitations provided by the attending physician. Are they consistent with the medical information provided? 3. What diagnosis is supported by the medical evidence in the file and what diagnosis is causing impairment? 4. Please clarify whether or not the claimant has a co-morbid diagnosis that is impacting the impairment. 5. Please review the treatment plan. Please indicate whether or not it is consistent with the current standard of care. If not, please provide evidence based documentation to support your opinion. 6. Does the medical evidence support any side effects from the prescribed

medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.

Other Comments
Other Comments - None

Analysis of Medical Documentation and Support for Responses to Referral Questions:

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:

Electronically Signed:

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1849

| | |
|---|---|
| Date: | July 13, 2022 |
| To: | CODY ALLISON AND ASSOCIATES<br>CAVALIER BUILDING<br>95 WHITE BRIDGE ROAD<br>STE 250<br>NASHVILLE TN 37502 |
| Attn: | |
| Fax: | (615) 727-0175 |
| From: | April Six<br>Appeal Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 430-1849 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 11495594<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1849

July 13, 2022

Cody Allison and Associates
CAVALIER BUILDING
95 WHITE BRIDGE ROAD
STE 250
NASHVILLE, TN 37502

RE: Short Term Disability (STD) and Long Term Disability (LTD) Benefits
CSL Behring LLC
Claim #: 11495594 and 12027405
Claimant: April Connolly

To Whom It May Concern:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Short Term Disability (STD) benefits under CSL Behring, LLC's Short Term Disability Plan.

We received your request for review of the recent claim determination on Ms. Connolly's STD and LTD claims on June 30, 2022.

We understand you have submitted all of the information you intend to submit for our consideration of the appeal. Consequently, the file has been forwarded to Lincoln's Appeal Review Unit for a full, and fair review.

I will be the dedicated Appeal Specialist. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 14656.

To assist us in evaluating Ms. Connolly's eligibility for benefits we have referred the file for a medical review and assessment by a Board Certified Physician.

The Board Certified Physician will contact her treating provider, Michael Bennett, to discuss the case as part of the medical review. Please make the provider aware of this as to prevent delays with the completion of the review.

We anticipate a response from the reviewing Physician no later than August 11, 2022. If there is an unexpected delay in receiving a response to our clinical referral, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received.

We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of Ms. Connolly's eligibility for benefits under the terms of the Plan.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

April Six
Appeal Consultant
Phone No.: (888) 437-7611 Ext. 14656
Secure Fax No.: (603) 430-1849

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 587 Manager: INGRAM, KEAHTI Case Mgr: TANNER, AKELAH

Claimant Name: APRIL CONNOLLY Claim #: 12027405

Occupation (Job Title): ASSOC MEDICAL STAFF Date Sent: 7/6/2022

Diagnosis: F44.81 Dissociative identity disorder,

Date of Disability: 6/10/2021 Date Benefits Began: 12/9/2021

Maximum Duration: 5/16/2049 Paid Through: 1/1/1900

Date of Denial or (DB451): 12/29/2021 Date Appeal Received: 7/1/2022

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: CSL BEHRING LLC.

Product: LTD Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

NA

ER Contact Addresses (including email address):

NA

Phone No. 1111111111 FAX No. 1111111111

Account Specific or Unique Contract Issues / Additional Info:

ARU

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

Office: 587 | Manager: INGRAM, KEAHTI | Case Mgr: TANNER, AKELAH

Claimant Name: APRIL CONNOLLY | Claim #: 11495594

Occupation (Job Title): ASSOC MEDICAL STAFF | Date Sent: 7/6/2022

Diagnosis: F44.81 Dissociative identity disorder,

Date of Disability: 6/10/2021 | Date Benefits Began: 6/17/2021

Maximum Duration: 12/8/2021 | Paid Through: 8/4/2021

Date of Denial or (DB451): 12/29/2021 | Date Appeal Received: 6/24/2022

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: CSL BEHRING LLC.

Product: STD | Funding: ASO

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. | FAX No.

Account Specific or Unique Contract Issues / Additional Info:

# CSL Plasma

# Position Description

| | |
|---|---|
| **Position Title:** Medical Staff Associate | **Position Location:** Collection Centers |
| **Business/Functional Unit:** Plasma Operations | |
| **Approved By:** Vice President, US Plasma Operations<br>Craig Shelanskey 9/9/13<br>**Date:** September 2013 | **Approved By:** Human Resources<br>Andrea S. Letter 9/9/13<br>**FLSA Status:** Non-exempt |

| | |
|---|---|
| **Position Purpose:** Provide a brief overview purpose of this position. | |
| Responsible for the evaluation of donor suitability for automated pheresis procedures. Administration and supervision of approved immunizations other than red blood cell immunizations. Provides limited emergency medical care to donors and staff, including the administration of medication or treatments in accordance with licensure or certification. | |
| **Reporting Relationships:** List other positions in the company that are reporting into this position or that this position reports into. | |
| **Position Reports To:** Center Management Team<br>**Direct Reports:** None | |

| **Main Responsibilities and Accountabilities** | |
|---|---|
| 1 | Promotes positive customer relations with all donors. |
| 2 | Conducts confidential and effective interviews with donors to obtain necessary information regarding suitability to donate plasma. |
| 3 | In conjunction with the Center Medical Director and/or Center Physician responds to medically-related questions from staff including donor suitability and provides information to staff on medically related issues. |
| 4 | Performs medical history reviews and health assessments on donors. Assesses results of donor screening and laboratory tests to determine initial and continuing donor suitability. |
| 5 | Notifies and counsels donors regarding reactive test results. Refers donors to community facilities for follow-up and counseling. |
| 6 | Explains informed consent to applicant donors. This includes explanation of procedures, hazards and potential adverse events; explanation of immunization schedules, dose and antibody response; providing clear opportunity for donor to refuse participation; obtaining signature and date certifying informed consent. |
| 7 | Handles medical emergencies at the Center by providing routine care as outlined in Standard Operating Procedures (SOPs); elevates situations to Center Physician or local medical service providers as required. Periodically checks emergency kits to assure supplies are present and in-date. |
| 8 | Reviews test results and determines continued donor suitability. Follows SOPs regarding acceptable ranges of four-month required test (PE/STS) reports. Maintains knowledge of and apply all rules regarding four month approvals and grace periods. |
| 9 | Assess signs and symptoms a donor may exhibit that may result in the inability to continue donating. |
| 10 | Manages employee hepatitis B and influenza immunization program, including administration of immunizations. |
| 11 | Understands the policies and procedures associated with hyperimmune programs at the center where applicable, and oversees donor immunization programs. Reviews antibody titer results as required. Maintains awareness of appropriate immunization schedule for each antigen. |
| 12 | Ensures the accurate recording of donor data in the electronic donor information management system as outlined in the SOPs. |
| 13 | Maintains clean efficient work environment, and ensures sufficient operating supplies and forms are available as needed. Follows all Health Safety & Environmental (HSE) and Occupational Safety and Health Administration (OSHA) policies and procedures. Promotes safety in all actions. May conduct routine audits of these internal procedures and documentation. |
| 14 | Maintains confidentiality of all personnel, donor and center information. |

| | |
|---|---|
| 15 | May be cross trained in other areas to meet the needs of the business. |
| 16 | Bilingual skills may be required, at the discretion of the organization, to meet the needs of the business. |
| 17 | Performs other related center duties, as assigned. |

| | |
|---|---|
| **Position Qualifications and Experience Requirements:** Provide minimum and preferred qualifications for the specified position, including educational, experiential, and competency requirements necessary for the position. | |
| **Education** | Graduation from a paramedic, nursing, physician assistant, chiropractic, medical school or naturopathic medical training program. If graduation is from a foreign allopathic or osteopathic medical school, must also currently be licensed as a physician or state certification as an emergency medical technician. |
| **Experience** | Minimum of one (1) year experience in a health care environment. Experience in a plasma or whole blood collection center or other regulated environment preferred. Ability to make and analyze a physical assessment of heart, lung sounds, signs of drug use, etc. Ability to instruct donors, staff and community regarding the benefit of plasma donation programs. |
| **Core Competencies** | **Quality Performance and Work Standards** - Acts in accordance with all Company policies, procedures and practices relevant to the requirements of their jobs and their workplace to achieve goals.<br>**Customer Focus** - Makes customers and their needs a primary focus of ones actions; develops and sustains productive relationships.<br>**Teamwork and Collaboration** - Actively participates as a member of a team to move the team toward the achievement of goals; develops and sustains productive relationships.<br>**Communication** - Communicates professionally and effectively, both verbally and in writing, to ensure clarity and understanding.<br>**Adaptability** - Maintains effectiveness and adjusts appropriately when experiencing changes in work tasks or the work environment.<br><br>**Other Specialized Knowledge**<br>• Required to maintain company Technical Training certification.<br>• Maintain current professional licensure or certification, including CPR.<br>• Proficient in English language. |

**Work Environment:**

__Decision-making__ – **Define the level and impact of decision making authority.**
Responsible for making decisions within established guidelines which impact resources, costs, product quality and operating efficiencies. All decisions regarding employee relations and employment will be approved by the Center Manager and Human Resources. All decisions are made based on policies and procedures and/or regulatory guidelines. No deviation will be made from these sources.

__Working conditions__ – **Describe the physical, mental and emotional demands of the position.**
Must meet attendance standards.
Occasionally required to work with the public when they are dissatisfied.
Could perform tasks while standing and walking up to 100% of time.
Must be able to reach, bend, kneel and have high level of manual dexterity.
Must be able to see and speak with customers and observe equipment operation.
Overtime and working extended hours may be required to support the operational needs of the center.
Will occasionally be required to lift and carry 25 pounds.
Attention to detail and ability to follow written and verbal directions in exact detail required.
Fast paced environment with frequent interruptions.
Frequently required to make and accept modifications to working processes and procedures as directed by SOP.

__Hazards__ – **What potential hazards is this position exposed to and what personal protective equipment may be required?**



Disclaimer: The above statements are intended to describe the general nature and level of work being performed by those assigned and are not an exhaustive list of all responsibilities, duties, and skills required. *Format Effective Date: June, 2009*

| |
|---|
| Exposure to various odors.<br>Exposure to human source products and various chemicals.<br>Required to wear Personal Protective Equipment while performing specific tasks or in certain areas.<br><br><u>Contacts</u> **– Who (internal/external) does the position regularly interact with and for what purpose?**<br>Plasma Donors – Performs venipuncture, monitors performance, reacts to donor reactions.<br>Center Management – Scheduling, process issues, problem resolution.<br>All center operations staff – Provides direction, instruction, feedback and training. |

| | |
|---|---|
| **Position Holder's Name:**<br><br>**Position Holder's Signature:** | **Date:** |



Disclaimer: The above statements are intended to describe the general nature and level of work being performed by those assigned and are not an exhaustive list of all responsibilities, duties, and skills required. *Format Effective Date: June, 2009*

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

PROVIDER NAME: Bryan Manning LPCC

PROVIDER ADDRESS: LifeStance Health

PROVIDER PHONE:

PROVIDER FAX: (859)296-3144

**Section A: This section must be completed for all Authorizations for Release of PHI or Right to Access.**

| Patient's Name: April Connolly | Requester's/Record Recipient's Name & Address: |
|---|---|
| Patient's Address: | Cody Allison & Associates, PLLC<br>Cavalier Building<br>95 White Bridge Road, Suite # 250<br>Nashville, TN 37205 |
| Patient's SSN:<br>Patient's Date of Birth: | Attorney for Plaintiff(s)<br>Phone: (615) 234-6000 |

This Authorization will expire: ONE YEAR FROM THE DATE NEXT TO THE SIGNATURE BELOW.

Purpose of Disclosure: Civil litigation purposes.

Section B: Description of information to be used or disclosed: All items checked below from 5-1-2021 to present.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [ ] | All PHI & Medical Records | [ ] | Laboratory | [ ] | List of Allergies | [ ] | Abstract |
| [ ] | History & Physical | [ ] | Imaging/Radiology/X-Rays | [ ] | Immunization Records | [X] | Records Only |
| [ ] | Consultation Reports | [ ] | Nursing Notes | [ ] | Discharge Summaries | | |
| [ ] | Operative Reports | [ ] | Medication Records/Orders | [ ] | Evaluation Reports | | |
| [ ] | Progress Notes | [ ] | Demographics | [ ] | Itemized Bills | | |
| [ ] | Physician Orders | [ ] | Rehabilitation Services | [ ] | Any & All Records in Provider's Possession | | |
| [ ] | Social History Information | [ ] | Special Tests & Therapy | [ ] | Any & All Records from Other Providers | | |

Section C: I understand that:

1. I may refuse to sign this authorization and that it is strictly voluntary. If I refuse to sign, my records cannot be released.
2. I may revoke this authorization at any time. I must revoke this authorization in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Further details may be found in the Notice of Privacy Act.
3. I may see and obtain a copy of the information described on this form, for a reasonable copy fee, if I ask for it.
5. The information used or disclosed pursuant to the authorization, may be subject to redisclosure by the recipient and may no longer be protected by 45 CFR § 164.508.
6. **I acknowledge, and hereby consent to such, that the released information may contain alcohol abuse/treatment, drug abuse/treatment, psychiatric/behavioral/mental health treatment/services, sexually transmitted disease, HIV testing, HIV results and/or AIDS information.** AMC **(Initial)**
7. I will receive a copy of this form after I sign it.
8. A photocopy of this authorization is to be considered as valid as the original.
9. My treatment, payment, enrollment, or eligibility for benefits may not be conditioned on signing this authorization.

**THIS AUTHORIZATION PERMITS PROVIDER TO DISCUSS ALL MATTERS PERTAINING TO PATIENT WITH PATIENT'S ATTORNEYS AND ATTORNEYS' STAFF AFFILIATED WITH LAW OFFICE ABOVE.**

I have read the above and authorize the use or disclosure of the protected health information as stated herein. The undersigned represents that he or she is legally authorized and entitled to execute this document.

April Connolly (signature) — 5/25/22

Signature of Patient – April Connolly — Date

If Signed by Personal Representative, Description of Representative's Authority to Act — Signature of Witness

*Legal Authority: If this authorization relates to nursing home care, then the request is authorized pursuant to 42 CFR § 483.10(b)(2), as well as state resident rights laws. If this authorization has been signed by a personal representative and if required, then a power of attorney, letters testamentary or letters of administration are attached and incorporated into this release by reference. This authorization complies with the Health Insurance Portability and Accountability Act (HIPAA) 45 CFR § 164.508.*

# Exhibit A

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

December 30, 2021

Ms. April Connolly

APPEAL
RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594

Dear Ms. April Connolly:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Csl Behring Llc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond August 4, 2021. Csl Behring Llc.'s STD Plan requires that to receive benefits you must meet the following definition of disability:

> *"**Disability**" or "**Disabled**" means the Employee, as a results of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Job.*
>
> *"**Own Job**" means the Employee's job that he was performing when his Disability or Partial Disability began.*

You have been receiving STD benefits for your disability since June 17, 2021.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for Dissociative Identity Disorder and your claim file contains the following medical documentation:

- Medical records from Baptist Health Lexington from June 21, 2021 through November 17, 2021.
- Medical records from Dr. Manning from June 28, 2021 through July 6, 2021.
- Medical records from Dr. Coomer on July 14, 2021.
- Medical records from Dr. Bennett from October 20, 2021 through December 1, 2021.
- Medical records from Dr. Nunez De-Vazquez from August 5, 2021 through October 14, 2021.

In order to determine your current level of functionality, your file was referred for a medical review by a Board Certified Chiropractic Physician. As part of this review the consulting physician also attempted to contact Dr. Bennet. Based on all the information on file, the reviewing physician opined the following:

With regards to contact attempts with Dr. Bennet the consulting physician documented the following:

*Date of call 12/20/2021, Time 3:16 PM ET*
*Date of call 12/23/2021, Time 10:36 AM ET*
*On both dates no person was available to speak with so I left detailed voice messages on administrator line (extension 2) requesting messages be passed along to Mr. Bennett.*
*Date letter sent to AP: 12/27/2021*

After contact attempts to your provider and review of the submitted medical information the consulting physician concluded the following:

*The available medical information does not support an impairing psychiatric diagnosis. The available medical information documents DSM-51 diagnoses of Generalized Anxiety Disorder (F41). There is insufficient medical information to support diagnosis of Dissociative Identity Disorder.*

*The claimant has a clinically significant co-morbid diagnosis of asthma and recent gallbladder surgery.*

*The insured is a 39-year-old woman employed as Associate Medical Staff at CSL Behring LLC where she worked from 11/03/2016 until 06/09/2021, her last day of work. She has been out of work reporting symptoms of Dissociative Identity Disorder. Records reflect recent treatment being provided by Michael Bennett LPCC and Tina Shelton-Cooper PMHNP. This file was discussed in claim consult and I have reviewed the entire available medical record contained in the insured' incoln Financial Group'SystemOne DOC list including all claim notes as of today'date. The focus of this report is on the salient aspects of the insured'mental health symptomatology, diagnoses, treatment, and functioning. Assessment of non-psychiatric medical illness is outside the scope of my expertise and is respectfully deferred to the appropriate specialists for review and consideration. The conclusions in this report are based on the information available to me at the time the report was written.*

*The available medical information does not support an impairing psychiatric diagnosis. The available medical information documents DSM-5 diagnoses of Generalized Anxiety Disorder (GAD) and Dissociative Identity Disorder (DID).*

- *Generalized Anxiety Disorder (GAD) is a chronic anxiety condition - usually presentfor years - characterized by symptoms such as excessive anxiety/worry, being keyed up/on edge, being easily fatigued, irritability, difficulty concentrating, sleep disturbance, & muscle tension. The insured would likely have experienced GAD symptoms while maintaining his baseline functionality well prior to going out of work. While persons with GAD may be more vulnerable to acute emotional dysregulation in the context of life stressors, GAD is not associated with*

*new onset of lengthy periods of functional impairment in a person who previously functioned adequately with the condition.*

- *There is insufficient medical information to support diagnosis of Dissociative Identity Disorder which is known informally as "ltiple personality disorder. "ID is a complex condition and while DID is a bona fide psychiatric diagnosis, it is a challenging diagnosis to make accurately. DID diagnoses are usually associated with history of trauma, but there are other more common diagnoses associated with trauma. The insured'presentation suggests alternate diagnoses, including PTSD given her trauma history and Borderline Personality Disorder given history of selfinjurious behavior (cutting), the inclusion of DBT2 treatment by her counselor, and the dramatic presentation of symptoms. The available record does not include a comprehensive psychiatric/psychological assessment including psychological testing and/or neuropsychological testing to clarify psychiatric diagnoses, define cognitive/executive deficits (if any), or assess symptom validity to rule out magnification of symptoms.*

*The available medical information is insufficient to support psychiatric impairment that would require restrictions/limitations, or preclude full-time work capacity, from 06/10/2021 to present. Available records reflect that the insured reported DID-like symptoms previously (late 2019) but there is no documentation that these symptoms were precluding occupational functioning from early 2020 until June 2021. Available records do not reflect that the insured being precluded from performing independent activities of daily living because of her psychiatric symptoms. The nature and frequency of psychiatric treatment would not necessitate separation from the workplace and is of lower intensity than expected for treating severe/incapacitating psychiatric symptoms.3 The available record suggests insured'medication regimen has been unchanged since shortly after going out of work –ompare medication lists on FMSE dated 06/28/2021 and FMSE dated 11/21/2021 on file –nd there is no documented of follow up with her psychiatric nurse practitioner since 08/17/2021. Treatment has not been escalated to more intensive modalities, e.g., IOP,PHP, or psychiatric consultation. As discussed above, thorough psychological/psychiatric assessment is usually needed to accurately diagnose DID, particularly how the reported symptoms impact daily functioning, as well as inclusion of validity measures to rule out magnification of symptoms.*

*The treatment documented the available medical record is consistent with the standard of care for the apparent level of severity of the insured'condition. The recent treatment has focused on addressing reported symptoms of DID but has not included treatment usually associated with severe/incapacitating symptoms, such as more frequent contact with a psychiatric provider, more aggressive adjustment of psychiatric medication regimen, and/or escalation of treatment to IOP, PHP, or inpatient hospitalization.*

*The available medical information is insufficient to support psychiatric impairment that would require restrictions/limitations, or preclude full-time work capacity, from 06/10/2021 to present.*

Based on the medical documentation received in relation to the requirements of your job, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Plan continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount

of any other benefit you would have received during the time period that you received disability per the language of the disability Plan. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Plan provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

- Medical evidence of a disabling condition to support ongoing disability; to include office visit notes, test results, treatment plans, physical therapy notes, operative reports, a valid functional capacity evaluation, as well as specific restrictions and limitations, and any other medical information from your physician(s) to support that you are unable to perform the duties of Own Job.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́į́ł nínízingo doo bą́ą́h ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Akelah Tanner
LTD Claims Specialist
Phone No.: (844) 249-9678 Ext. 59499
Secure Fax No.: (402) 361-1361

# Exhibit B

**Cody Allison & Associates, PLLC**
**Cavalier Building, 95 White Bridge Road, Ste. # 250, Nashville, Tennessee 37205**
**Phone (615) 234-6000, Fax: (615) 727-0175**

SDP Working Copy

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

December 30, 2021

Ms. April Connolly

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405

Dear Ms. April Connolly:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Csl Behring Llc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Based on the information received, your claim has been denied and no benefits are payable.

To be eligible for benefits, the Policy requires that you meet the following definition of disability:

> *"**Disability**" or "**Disabled**" means:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***Notice and Proof of Claim***

***1. Notice***

*a. Notice of claim must be given to Lincoln within 30 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting*

*for the forms.*

***2. Proof***

*a. Satisfactory Proof of loss must be given to Lincoln no later than 30 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof. Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

Our role in reviewing your file is to determine whether your medical condition and the medical documentation contained in your file supports that you are unable to perform the material and substantial duties of your own occupation. We are not required to ensure the availability of your occupation or that you return to Active Employment with your former employer in the same or alternative position. The review of your file is conducted to determine whether you are capable to performing the duties of your own occupation within the National Labor Market.

In order to determine your current level of functionality, your file was referred for a medical review by a Board Certified Chiropractic Physician. As part of this review the consulting physician also attempted to contact Dr. Bennet. Based on all the information on file, the reviewing physician opined the following:
With regards to contact attempts with Dr. Bennet the consulting physician documented the following:

*Date of call 12/20/2021, Time 3:16 PM ET*
*Date of call 12/23/2021, Time 10:36 AM ET*
*On both dates no person was available to speak with so I left detailed voice messages on administrator line (extension 2) requesting messages be passed along to Mr. Bennett.*
*Date letter sent to AP: 12/27/2021*

After contact attempts to your provider and review of the submitted medical information the consulting physician concluded the following:

*The available medical information does not support an impairing psychiatric diagnosis. The available medical information documents DSM-51 diagnoses of Generalized Anxiety Disorder (F41). There is insufficient medical information to support diagnosis of Dissociative Identity Disorder.*

*The claimant has a clinically significant co-morbid diagnosis of asthma and recent gallbladder surgery.*

*The insured is a 39-year-old woman employed as Associate Medical Staff at CSL Behring LLC where she worked from 11/03/2016 until 06/09/2021, her last day of work. She has been out of work reporting symptoms of Dissociative Identity Disorder. Records reflect recent treatment being provided by Michael Bennett LPCC and Tina Shelton-Cooper PMHNP. This file was discussed in claim consult and I have reviewed the entire available medical record contained in the insured' Lincoln Financial Group' SystemOne DOC list including all claim notes as of today' date. The focus of this report is on the salient aspects of the insured' mental health symptomatology, diagnoses, treatment, and functioning. Assessment of non-psychiatric medical illness is outside the scope of my expertise and is respectfully deferred to the appropriate specialists for review and consideration. The conclusions in this report are based on the information available to me at the time the report was written.*

*The available medical information does not support an impairing psychiatric diagnosis. The available medical information documents DSM-5 diagnoses of Generalized Anxiety Disorder (GAD) and Dissociative Identity Disorder (DID).*

- *Generalized Anxiety Disorder (GAD) is a chronic anxiety condition - usually presentfor years - characterized by symptoms such as excessive anxiety/worry, being keyed up/on edge, being easily fatigued, irritability, difficulty concentrating, sleep disturbance, & muscle tension. The insured would likely have experienced GAD symptoms while maintaining his baseline functionality well prior to going out of work. While persons with GAD may be more vulnerable to acute emotional dysregulation in the context of life stressors, GAD is not associated with new onset of lengthy periods of functional impairment in a person who previously functioned adequately with the condition.*
- *There is insufficient medical information to support diagnosis of Dissociative Identity Disorder which is known informally as "ultiple personality disorder. "DID is a complex condition and while DID is a bona fide psychiatric diagnosis, it is a challenging diagnosis to make accurately. DID diagnoses are usually associated with history of trauma, but there are other more common diagnoses associated with trauma. The insured' presentation suggests alternate diagnoses, including PTSD given her trauma history and Borderline Personality Disorder given history of selfinjurious behavior (cutting), the inclusion of DBT2 treatment by her counselor, and the dramatic presentation of symptoms. The available record does not include a comprehensive psychiatric/psychological assessment including psychological testing and/or neuropsychological testing to clarify psychiatric diagnoses, define cognitive/executive deficits (if any), or assess symptom validity to rule out magnification of symptoms.*

*The available medical information is insufficient to support psychiatric impairment that would require restrictions/limitations, or preclude full-time work capacity, from 06/10/2021 to present. Available records reflect that the insured reported DID-like symptoms previously (late 2019) but there is no documentation that these symptoms were precluding occupational functioning from early 2020 until June 2021. Available records do not reflect that the insured being precluded from performing independent activities of daily living because of her psychiatric symptoms. The nature and frequency of psychiatric treatment would not necessitate separation from the workplace and is of lower intensity than expected for treating severe/incapacitating psychiatric symptoms.3 The available record suggests insured' medication regimen has been unchanged since shortly after going out of work –compare medication lists on FMSE dated 06/28/2021 and FMSE dated 11/21/2021 on file –and there is no documented of follow up with*

*her psychiatric nurse practitioner since 08/17/2021. Treatment has not been escalated to more intensive modalities, e.g., IOP,PHP, or psychiatric consultation. As discussed above, thorough psychological/psychiatric assessment is usually needed to accurately diagnose DID, particularly how the reported symptoms impact daily functioning, as well as inclusion of validity measures to rule out magnification of symptoms.*

*The treatment documented the available medical record is consistent with the standard of care for the apparent level of severity of the insured' condition. The recent treatment has focused on addressing reported symptoms of DID but has not included treatment usually associated with severe/incapacitating symptoms, such as more frequent contact with a psychiatric provider, more aggressive adjustment of psychiatric medication regimen, and/or escalation of treatment to IOP, PHP, or inpatient hospitalization.*

*The available medical information is insufficient to support psychiatric impairment that would require restrictions/limitations, or preclude full-time work capacity, from 06/10/2021 to present.*

Based on the overall claim facts including the records received and the completed clinical review, the medical evidence does not support restrictions and limitations that would appear to be preventing you from performing the material and substantial duties of Own Occupation.

Therefore, you do not meet CSL Behring's definition of disability and we must deny your claim for further benefit consideration.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

- Medical evidence of a disabling condition to support ongoing disability; to include office visit notes, test results, treatment plans, physical therapy notes, operative reports, a valid functional capacity evaluation, as well as specific restrictions and limitations, and any other medical information from your physician(s) to support that you are unable to perform the duties of Own occupation.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Akelah Tanner
LTD Claims Specialist
Phone No.: (844) 249-9678 Ext. 59499
Secure Fax No.: (402) 361-1361

# Exhibit C

## Patient

### Release Authorization

| | | | |
|---|---|---|---|
| Type: | Signed Authorization | | |
| Effective Date: | | Expiration Date: | |
| Received By: | Interface, Scans Incoming | Received Date: | 6/3/2022 10:48 AM |

Scan on 6/3/2022 1048 by New Onbase, Eastern: Igl 6 3.2022 (below)

06/3/2022 07:40 AM TO:15022534829 FROM:6157270175 Page: 1

K. Cody Allison
*Member/Managing Attorney*

[illegible]
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

June 2, 2022

(502)
**VIA FACSIMILE ONLY: ~~(859)~~ 253-4829**

Baptist Health Medical Group Family Medicine
Dr. Beverly Smith, MD
ATTN: Medical Records
4071 Tates Creek Centre Dr. Ste.100
Lexington, KY 40517

**RE: Our Client:** **April Connolly**
**Date of Birth:**
**Social Security No.:**
**Medical Records From: 05/01/2021 to Present**

Dear Medical Records Custodian,

Our office has been retained to represent **Ms. April Connolly** regarding the denial of her long-term disability benefits through her employer's group long-term disability plan.

Please mail or fax the undersigned with photo static copies of **MEDICAL RECORDS** for services rendered by your office from **May 1, 2021 to present**. We do not need x-rays or films. Enclosed you will find an executed medical authorization allowing us to receive the requested records.

**If the cost of this request exceeds $100.00, please contact our office.**

Thank you in advance for your cooperation and assistance with this matter. Please contact me with any questions.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

K. Cody Allison, Esq.

KCA/bk
Enclosures
cc: Ms. April Connolly

## Patient (continued)

06/3/2022 07:40 AM TO:15022534829 FROM:6157270175 Page: 2

### AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

PROVIDER NAME: Dr. Beverly Smith

PROVIDER ADDRESS: Baptist Health Medical Group

PROVIDER PHONE:

PROVIDER FAX: (859) 253-4829

**Section A: This section must be completed for all Authorizations for Release of PHI or Right to Access.**

| | |
|---|---|
| **Patient's Name:** April Connolly | **Requester's/Record Recipient's Name & Address:** |
| **Patient's Address:** | **Cody Allison & Associates, PLLC**<br>Cavalier Building<br>95 White Bridge Road, Suite # 250<br>Nashville, TN 37205 |
| **Patient's SSN:**<br>**Patient's Date of Birth:** | **Attorney for Plaintiff(s)**<br>**Phone: (615) 234-6000** |

**This Authorization will expire:** ONE YEAR FROM THE DATE NEXT TO THE SIGNATURE BELOW.

**Purpose of Disclosure:** Civil litigation purposes.

**Section B: Description of information to be used or disclosed:** All items checked below from 5-1-2021 to present.

| | | | |
|---|---|---|---|
| ☐ All PHI & Medical Records | ☐ Laboratory | ☐ List of Allergies | ☐ Abstract |
| ☐ History & Physical | ☐ Imaging/Radiology/X-Rays | ☐ Immunization Records | ☒ Records Only |
| ☐ Consultation Reports | ☐ Nursing Notes | ☐ Discharge Summaries | |
| ☐ Operative Reports | ☐ Medication Records/Orders | ☐ Evaluation Reports | |
| ☐ Progress Notes | ☐ Demographics | ☐ Itemized Bills | |
| ☐ Physician Orders | ☐ Rehabilitation Services | ☐ Any & All Records in Provider's Possession | |
| ☐ Social History Information | ☐ Special Tests & Therapy | ☐ Any & All Records from Other Providers | |

**Section C: I understand that:**

1. I may refuse to sign this authorization and that it is strictly voluntary. If I refuse to sign, my records cannot be released.
2. I may revoke this authorization at any time. I must revoke this authorization in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Further details may be found in the Notice of Privacy Act.
3. I may see and obtain a copy of the information described on this form, for a reasonable copy fee, if I ask for it.
5. The information used or disclosed pursuant to the authorization, may be subject to redisclosure by the recipient and may no longer be protected by 45 CFR § 164.508.
6. **I acknowledge, and hereby consent to such, that the released information may contain alcohol abuse/treatment, drug abuse/treatment, psychiatric/behavioral/mental health treatment/services, sexually transmitted disease, HIV testing, HIV results and/or AIDS information.** ALC **(Initial)**
7. I will receive a copy of this form after I sign it.
8. A photocopy of this authorization is to be considered as valid as the original.
9. My treatment, payment, enrollment, or eligibility for benefits may not be conditioned on signing this authorization.

**THIS AUTHORIZATION PERMITS PROVIDER TO DISCUSS ALL MATTERS PERTAINING TO PATIENT WITH PATIENT'S ATTORNEYS AND ATTORNEYS' STAFF AFFILIATED WITH LAW OFFICE ABOVE.**

I have read the above and authorize the use or disclosure of the protected health information as stated herein. The undersigned represents that he or she is legally authorized and entitled to execute this document.

April Connolly — Signature of Patient – April Connolly

5/25/22 — Date

**If Signed by Personal Representative, Description of Representative's Authority to Act**

**Signature of Witness**

*Legal Authority: If this authorization relates to nursing home care, then the request is authorized pursuant to 42 CFR § 483.10(b)(2), as well as state resident rights laws. If this authorization has been signed by a personal representative and if required, then a power of attorney, letters testamentary or letters of administration are attached and incorporated into this release by reference. This authorization complies with the Health Insurance Portability and Accountability Act (HIPAA) 45 CFR § 164.508.*

## Patient (continued)

### Demographics

Name: April Lee Connolly
Address:
Date of birth: Sex: Female SSN:
Email: Home phone: Mobile:

**Relationships**

| Name | Relation to Patient | Phone Number |
|---|---|---|
| connelly,scott | Spouse | Home: |
| TYLER, KAREN | Mother | Mobile: |

## 05/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE

**Visit Information**

**Contacts**

| | Type | Contact | Phone/Fax | User |
|---|---|---|---|---|
| 05/09/2022 06:40 AM EDT | Interface (Incoming) | WALGREENS DRUG STORE #19672 - LEXINGTON, KY - 4101 TATES CREEK CENTRE DR STE 156 AT NWC OF TATES CREEK CENTRE DRIVE & M - 859-273-0222 PH - 859-971-3452 FX | 859-273-0222 | Interface, Surescripts In |

**Nursing Assessment**

No Nursing Assessment available for this encounter.

**Clinical Impression/Visit Diagnoses**

Chief complaint: Med Refill

**April Lee Connolly**
**5/9/2022 Refill**
**MRN: 8913075488**

Description: **39 year old female**
Provider: **Smith, Beverly, DO**
Department: **MGE PC TATES CREEK**

## 05/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
## OASIS Summary

**Demographics/General Information**

| Patient Name (M0040) | Patient ID (M0020) | Gender (M0069) | Birth Date (M0066) |
|---|---|---|---|
| Connolly, April Lee | 8913075488 | Female | |
| **Attending Physician** | | **Attending Physician NPI (M0018)** | |
| Unknown or Not Available | | — | |
| **Patient Street Address** | **Patient Telephone Number** | | |
| | — | | |

**Additional Demographics**

| | | |
|---|---|---|
| Medicare Number (M0063): NA - No Medicare | SSN (M0064): | Medicaid Number (M0065): NA - No Medicaid |

## 05/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2)**

**Active Coverages** as of 5/9/2022

**AETNA COMMERCIAL**

| | | |
|---|---|---|
| Plan: AETNA MC SUPP | Group: 081892505200001 | Member: W211560573 |
| Effective from: 1/1/2022 | Subscriber: CONNOLLY,SCOTT R | Subscriber ID: W211560573 |
| Guarantor: CONNOLLY,APRIL LEE | | |

## 05/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**History** as of 5/9/2022

**Medical History** as of 5/9/2022

**Medical last reviewed by Smith, Beverly, DO on 2/3/2022**

**Past Medical History**

## 05/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety | — | — | Provider |
| Asthma | — | — | Provider |
| Breast cancer (HCC) | — | — | Provider |
| Depression | — | — | Provider |
| Hashimoto's thyroiditis | — | — | Provider |

**Surgical History** as of 5/9/2022

**Surgical last reviewed by Smith, Beverly, DO on 2/3/2022**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| TONSILLECTOMY | — | — | — | Provider |
| APPENDECTOMY | — | — | — | Provider |
| MASTECTOMY | — | — | — | Provider |
| CHOLECYSTECTOMY | N/A | 11/6/2021 | Procedure: CHOLECYSTECTOMY LAPAROSCOPIC; Surgeon: Abou-Jaoude, Walid A, MD; Location: BH LEX OR; Service: General; Laterality: N/A; | Provider |

**Family History** as of 5/9/2022

**Family History as of 5/9/2022**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Heart disease | | |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

## 05/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

| Condition | Age of Onset | Comment |
|---|---|---|
| Cancer | | |

**E-cigarette/Vaping**

| Questions | Responses |
|---|---|
| E-cigarette/Vaping Use | |
| Start Date | |
| Passive Exposure | |
| Quit Date | |
| Counseling Given | |
| Comments | |

**E-cigarette/Vaping Substances**

| Questions | Responses |
|---|---|
| Nicotine | |
| THC | |
| CBD | |
| Flavoring | |
| Other | |

**E-cigarette/Vaping Devices**

| Questions | Responses |
|---|---|
| Disposable | |
| Pre-filled or Refillable Cartridge | |
| Refillable Tank | |
| Pre-filled Pod | |
| Other | |

**Substance & Sexuality History** as of 5/9/2022

**Tobacco Use as of 5/9/2022**

**Tobacco Use last reviewed by Smith, Beverly, DO on 2/3/2022**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 1.00 | 15.00 |
| **Types** | **Comments** | **Smokeless Tobacco Status** | **Smokeless Tobacco Quit Date** | **Source** |
| Cigarettes | — | Never Used | — | Provider |

**Alcohol Use as of 5/9/2022**

**Alcohol Use last reviewed by Baird, Alec, MA on 2/3/2022**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | rarely | Provider |

**Drug Use as of 5/9/2022**

**Drug Use last reviewed by Baird, Alec, MA on 2/3/2022**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Yes | Marijuana | — | rare | Provider |

## 05/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

**Sexual Activity as of 5/9/2022**

**Sexual Activity last reviewed by Baird, Alec, MA on 2/3/2022**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Defer | — | — | — | Provider |

**Socioeconomic History** as of 5/9/2022

**Socioeconomic as of 5/9/2022**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Social Documentation History** as of 5/9/2022

**Social Documentation last reviewed by Baird, Alec, MA on 2/3/2022**
None

**Allergies** as of 5/9/2022

Allergies last reviewed by Smith, Beverly, DO on 2/3/2022 0949

**ADHESIVE TAPE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash, Other (See Comments)
Noted on: 10/29/2015
Comments: Other reaction(s): Other (See Comments)
Skin blistering
blisters

Severity: Low

**AZITHROMYCIN** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Nausea And Vomiting
Reaction type: Intolerance
Comments: unk
Other reaction(s): GI Distress
RxNorm: 18631

Severity: Low
Noted on: 06/19/2012

**DOXYCYCLINE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash
Reaction type: Allergy
Comments: unk
RxNorm: 3640

Severity: Low
Noted on: 12/26/2018

**ERYTHROMYCIN** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: GI Intolerance, Nausea And Vomiting
Reaction type: Intolerance
RxNorm: 4053

Severity: Medium
Noted on: 08/16/2011

**MORPHINE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: GI Intolerance, Nausea Only, Nausea And Vomiting
Noted on: 03/31/2016

Severity: High
RxNorm: 7052

## 05/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

**PENICILLINS** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

| | |
|---|---|
| Reactions: Rash | Severity: Low |
| Noted on: 08/16/2011 | NDF-RT: N0000005840 |

**Immunizations** as of 5/9/2022

Immunizations last reviewed by Baird, Alec, MA on 11/19/2021 1600

**Hepatitis A** *[last edited by Baird, Alec, MA on 11/19/2021 1600]*

| | | |
|---|---|---|
| Administered on: 6/12/2019 | Dose: 1 mL | Site: Right deltoid |
| Route: Intramuscular | CVX code: 52 | |
| Manufacturer: GLAXO SMITH KLINE | Lot number: N39BM | Location: 11575 |

**Tdap** *[last edited by Baird, Alec, MA on 11/19/2021 1600]*

| | | |
|---|---|---|
| Administered on: 5/24/2018 | Dose: 0.5 mL | CVX code: 115 |
| Lot number: 54B74 | Location: Mercy Health- OH, KY | |

**Immunization Review History**

| User | Reviewed On |
|---|---|
| Baird, Alec, MA | 11/19/2021 1600 |
| Graves, Laila L, RN | 11/05/2021 1641 |

## 05/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 2 of 2)**

**Problem List** as of 5/9/2022

Problems last reviewed by Smith, Beverly, DO on 2/3/2022 0949

**Acute cholecystitis** *[last edited by Wirth, Joshua A, APRN on 11/7/2021 1107]*

This problem has been resolved.

Diagnosis: Acute cholecystitis | Noted on: 11/05/2021 | Resolved on: 11/7/2021
Chronic: No

**Previous Revisions**

**Acute cholecystitis** *[last edited by Mini, Jocelyn, MD on 11/5/2021 1541]*

Diagnosis: Acute cholecystitis | Noted on: 11/05/2021 | Chronic: No

**Acute cholecystitis** *[last edited by Smith, Beverly, DO on 11/19/2021 1651]*

Diagnosis: Acute cholecystitis | Noted on: 11/19/2021 | Chronic: No

**Annual physical exam** *[last edited by Smith, Beverly, DO on 11/19/2021 1649]*

Diagnosis: Annual physical exam | Noted on: 11/19/2021 | Chronic: No

**Anxiety** *[last edited by Smith, Beverly, DO on 2/3/2022 1054]*

Diagnosis: Anxiety | Noted on: 02/03/2022 | Chronic: No

**Asthma** *[last edited by Childers, Abby L, APRN on 11/5/2021 1652]*

Diagnosis: Asthma | Noted on: 11/05/2021 | Chronic: No

**Depression** *[last edited by Smith, Beverly, DO on 2/3/2022 1054]*

Diagnosis: Depression | Noted on: 02/03/2022 | Chronic: No

**Hashimoto's disease** *[last edited by Childers, Abby L, APRN on 11/5/2021 1652]*

Diagnosis: Hashimoto's disease | Noted on: 11/05/2021 | Chronic: No

**Leukocytosis** *[last edited by Childers, Abby L, APRN on 11/5/2021 1651]*

Diagnosis: Leukocytosis | Noted on: 11/05/2021 | Chronic: No

**Morbid (severe) obesity due to excess calories (HCC)** *[last edited by Smith, Beverly, DO on 11/19/2021 1649]*

Diagnosis: Morbid (severe) obesity due to excess calories (HCC) | Noted on: 11/19/2021 | Chronic: No

**Multiple personalities (HCC)** *[last edited by Smith, Beverly, DO on 11/19/2021 1650]*

Diagnosis: Multiple personalities (HCC) | Noted on: 11/19/2021 | Chronic: No

**Problem List Review History**

| User | Reviewed On |
|---|---|
| Smith, Beverly, DO | 02/03/2022 0949 |
| Smith, Beverly, DO | 11/19/2021 1611 |
| Wirth, Joshua A, APRN | 11/07/2021 1107 |
| Wirth, Joshua A, APRN | 11/07/2021 1107 |

**Current & Discharge Medications as of Visit**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**

## 05/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Current & Discharge Medications as of Visit (continued)**

**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**albuterol sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs Every 4 (Four) Hours As Needed for Wheezing.
Authorized by: Gayheart, Rebecca Lynn, PA-C — Ordered on: 7/24/2021
Start date: 7/24/2021 — Quantity: 18 g
Refill: No refills remaining

**busPIRone (BUSPAR) 10 MG tablet**

Instructions: Take 1 tablet by mouth Daily.
Authorized by: Smith, Beverly, DO — Ordered on: 11/19/2021
Start date: 11/19/2021 — Quantity: 30 tablet
Refill: 1 refill by 11/19/2022

**hydrOXYzine (ATARAX) 25 MG tablet**

Instructions: Take 1 tablet by mouth 3 (Three) Times a Day As Needed for Anxiety.
Authorized by: Smith, Beverly, DO — Ordered on: 2/3/2022
Start date: 2/3/2022 — Quantity: 30 tablet
Refill: No refills remaining

**desvenlafaxine (PRISTIQ) 100 MG 24 hr tablet**

Instructions: TAKE 1 TABLET BY MOUTH DAILY
Authorized by: Smith, Beverly, DO — Ordered on: 4/9/2022
Start date: 4/9/2022 — Quantity: 30 tablet
Refill: 1 refill by 4/9/2023

**levothyroxine (SYNTHROID, LEVOTHROID) 50 MCG tablet**

Discontinued by: Henson, Ashley, MA — Discontinued on: 6/13/2022
Instructions: Take 1 tablet by mouth Daily.
Authorized by: Smith, Beverly, DO — Ordered on: 4/19/2022
Start date: 4/19/2022 — Quantity: 30 tablet
Refill: 2 refills by 4/19/2023

**Stopped in Visit**

None

## 05/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
## Specialty MTP Audit Snapshot

**Medication Therapy Problems** Showing updates made on or before 5/9/2022

There are no MTPs to display.

**05/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

**ED Events**

None

**05/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

**Other Orders**

**Medications**

**levothyroxine (SYNTHROID, LEVOTHROID) 50 MCG tablet [Pharmacy Med Name: LEVOTHYROXINE 0.05MG (50MCG) TAB] [427879891] (Pending)**

Electronically signed by: **Baird, Alec, MA on 05/09/22 0911** Status: **Pending**
Ordering user: Baird, Alec, MA 05/09/22 0911 Ordering provider: Smith, Beverly, DO
Authorized by: Smith, Beverly, DO
Frequency: Daily 05/09/22 - Until Discontinued Class: Normal
Pended by: Baird, Alec, MA 05/09/22 0911
Reordered from: levothyroxine (SYNTHROID, LEVOTHROID) 50 MCG tablet

# Instructions for After Discharge

**Patient Instructions**

None

- Call **911** or have someone take you to the Emergency Department if you have any of the following:
- Sudden numbness or weakness of your face, arm or leg especially on one side of the body
- Sudden confusion, difficulty speaking or trouble understanding
- Changes in your vision or loss of sight in one eye
- Sudden severe headache with no known cause
- Sudden dizziness, trouble walking, loss of balance or coordination

It is important to seek emergency care right away if you have further stroke symptoms. If you get emergency help quickly, the powerful clot-dissolving medicines can reduce the disabilities caused by a stroke.

For more information:
**American Stroke Association**
**1-888-4-STROKE**
**www.strokeassociation.org**

**IF YOU SMOKE OR USE TOBACCO PLEASE READ THE FOLLOWING:**
**Why is smoking bad for me?**
Smoking increases the risk of heart disease, lung disease, vascular disease, stroke, and cancer. If you smoke, **STOP!**

For more information:
**Quit Now Kentucky**
1-800-QUIT-NOW

https://kentucky.quitlogix.org/en-US/

If you feel like life is too tough and are thinking of suicide or injuring yourself, get help right away!

- Call 911
- Call a suicide hotline to speak to a counselor. 1-800-273-TALK or 1-800-SUICIDE

**Patient Pass**

No notes of this type exist for this encounter.

## 04/19/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE

**Visit Information**

**Contacts**

| | Type | Contact | Phone/Fax | User |
|---|---|---|---|---|
| 04/19/2022 01:18 PM EDT | Phone (Incoming) | Connolly, April Lee (Self) | (H) | Abner, Stephanie, RegSched Rep |

**Nursing Assessment**

No Nursing Assessment available for this encounter.

**Clinical Impression/Visit Diagnoses**

Chief complaint: Med Refill

**April Lee Connolly**
**4/19/2022 Refill**
**MRN: 8913075488**

Description: **39 year old female**
Provider: **Smith, Beverly, DO**
Department: **MGE PC TATES CREEK**

## 04/19/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
## OASIS Summary

**Demographics/General Information**

| Patient Name (M0040) | Patient ID (M0020) | Gender (M0069) | Birth Date (M0066) |
|---|---|---|---|
| Connolly, April Lee | 8913075488 | Female | |
| **Attending Physician** | | **Attending Physician NPI (M0018)** | |
| Unknown or Not Available | | — | |
| **Patient Street Address** | **Patient Telephone Number** | | |
| | — | | |

**Additional Demographics**

Medicare Number (M0063): NA - No Medicare
SSN (M0064):
Medicaid Number (M0065): NA - No Medicaid

## 04/19/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2)**

**Active Coverages** as of 4/19/2022

**AETNA COMMERCIAL**

Plan: AETNA MC SUPP
Effective from: 1/1/2022
Guarantor: CONNOLLY,APRIL LEE
Group: 081892505200001
Subscriber: CONNOLLY,SCOTT R
Member: W211560573
Subscriber ID: W211560573

## 04/19/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**History** as of 4/19/2022

**Medical History** as of 4/19/2022

**Medical last reviewed by Smith, Beverly, DO on 2/3/2022**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety | — | — | Provider |
| Asthma | — | — | Provider |
| Breast cancer (HCC) | — | — | Provider |

**Patient as-of Visit (group 1 of 2) (continued)**

| | | | | |
|---|---|---|---|---|
| Depression | — | — | | Provider |
| Hashimoto's thyroiditis | — | — | | Provider |

**Surgical History** as of 4/19/2022

**Surgical last reviewed by Smith, Beverly, DO on 2/3/2022**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| TONSILLECTOMY | — | — | — | Provider |
| APPENDECTOMY | — | — | — | Provider |
| MASTECTOMY | — | — | — | Provider |
| CHOLECYSTECTOMY | N/A | 11/6/2021 | Procedure: CHOLECYSTECTOMY LAPAROSCOPIC; Surgeon: Abou-Jaoude, Walid A, MD; Location: BH LEX OR; Service: General; Laterality: N/A; | Provider |

**Family History** as of 4/19/2022

**Family History as of 4/19/2022**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Heart disease | | |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Cancer | | |

## 04/19/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

**E-cigarette/Vaping**

| Questions | Responses |
|---|---|
| E-cigarette/Vaping Use | |
| Start Date | |
| Passive Exposure | |
| Quit Date | |
| Counseling Given | |
| Comments | |

**E-cigarette/Vaping Substances**

| Questions | Responses |
|---|---|
| Nicotine | |
| THC | |
| CBD | |
| Flavoring | |
| Other | |

**E-cigarette/Vaping Devices**

| Questions | Responses |
|---|---|
| Disposable | |
| Pre-filled or Refillable Cartridge | |
| Refillable Tank | |
| Pre-filled Pod | |
| Other | |

**Substance & Sexuality History** as of 4/19/2022

**Tobacco Use as of 4/19/2022**

**Tobacco Use last reviewed by Smith, Beverly, DO on 2/3/2022**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 1.00 | 15.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | — | Never Used | — | Provider |

**Alcohol Use as of 4/19/2022**

**Alcohol Use last reviewed by Baird, Alec, MA on 2/3/2022**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | rarely | Provider |

**Drug Use as of 4/19/2022**

**Drug Use last reviewed by Baird, Alec, MA on 2/3/2022**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Yes | Marijuana | — | rare | Provider |

**Sexual Activity as of 4/19/2022**

**Sexual Activity last reviewed by Baird, Alec, MA on 2/3/2022**

## 04/19/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Defer | — | — | — | Provider |

**Socioeconomic History** as of 4/19/2022

**Socioeconomic as of 4/19/2022**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Social Documentation History** as of 4/19/2022

**Social Documentation last reviewed by Baird, Alec, MA on 2/3/2022**
None

**Allergies** as of 4/19/2022

Allergies last reviewed by Smith, Beverly, DO on 2/3/2022 0949

**ADHESIVE TAPE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash, Other (See Comments)
Noted on: 10/29/2015
Comments: Other reaction(s): Other (See Comments)
Skin blistering
blisters
Severity: Low

**AZITHROMYCIN** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Nausea And Vomiting
Reaction type: Intolerance
Comments: unk
Other reaction(s): GI Distress
RxNorm: 18631
Severity: Low
Noted on: 06/19/2012

**DOXYCYCLINE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash
Reaction type: Allergy
Comments: unk
RxNorm: 3640
Severity: Low
Noted on: 12/26/2018

**ERYTHROMYCIN** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: GI Intolerance, Nausea And Vomiting
Reaction type: Intolerance
RxNorm: 4053
Severity: Medium
Noted on: 08/16/2011

**MORPHINE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: GI Intolerance, Nausea Only, Nausea And Vomiting
Noted on: 03/31/2016
Severity: High
RxNorm: 7052

**PENICILLINS** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash
Noted on: 08/16/2011
Severity: Low
NDF-RT: N0000005840

## 04/19/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

**Immunizations** as of 4/19/2022

Immunizations last reviewed by Baird, Alec, MA on 11/19/2021 1600

**Hepatitis A** *[last edited by Baird, Alec, MA on 11/19/2021 1600]*

| | | |
|---|---|---|
| Administered on: 6/12/2019 | Dose: 1 mL | Site: Right deltoid |
| Route: Intramuscular | CVX code: 52 | |
| Manufacturer: GLAXO SMITH KLINE | Lot number: N39BM | Location: 11575 |

**Tdap** *[last edited by Baird, Alec, MA on 11/19/2021 1600]*

| | | |
|---|---|---|
| Administered on: 5/24/2018 | Dose: 0.5 mL | CVX code: 115 |
| Lot number: 54B74 | Location: Mercy Health- OH, KY | |

**Immunization Review History**

| User | Reviewed On |
|---|---|
| Baird, Alec, MA | 11/19/2021 1600 |
| Graves, Laila L, RN | 11/05/2021 1641 |

## 04/19/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 2 of 2)**

**Problem List** as of 4/19/2022

Problems last reviewed by Smith, Beverly, DO on 2/3/2022 0949

**Acute cholecystitis** *[last edited by Wirth, Joshua A, APRN on 11/7/2021 1107]*

This problem has been resolved.

Diagnosis: Acute cholecystitis Noted on: 11/05/2021 Resolved on: 11/7/2021
Chronic: No

**Previous Revisions**

**Acute cholecystitis** *[last edited by Mini, Jocelyn, MD on 11/5/2021 1541]*

Diagnosis: Acute cholecystitis Noted on: 11/05/2021 Chronic: No

**Acute cholecystitis** *[last edited by Smith, Beverly, DO on 11/19/2021 1651]*

Diagnosis: Acute cholecystitis Noted on: 11/19/2021 Chronic: No

**Annual physical exam** *[last edited by Smith, Beverly, DO on 11/19/2021 1649]*

Diagnosis: Annual physical exam Noted on: 11/19/2021 Chronic: No

**Anxiety** *[last edited by Smith, Beverly, DO on 2/3/2022 1054]*

Diagnosis: Anxiety Noted on: 02/03/2022 Chronic: No

**Asthma** *[last edited by Childers, Abby L, APRN on 11/5/2021 1652]*

Diagnosis: Asthma Noted on: 11/05/2021 Chronic: No

**Depression** *[last edited by Smith, Beverly, DO on 2/3/2022 1054]*

Diagnosis: Depression Noted on: 02/03/2022 Chronic: No

**Hashimoto's disease** *[last edited by Childers, Abby L, APRN on 11/5/2021 1652]*

Diagnosis: Hashimoto's disease Noted on: 11/05/2021 Chronic: No

**Leukocytosis** *[last edited by Childers, Abby L, APRN on 11/5/2021 1651]*

Diagnosis: Leukocytosis Noted on: 11/05/2021 Chronic: No

**Morbid (severe) obesity due to excess calories (HCC)** *[last edited by Smith, Beverly, DO on 11/19/2021 1649]*

Diagnosis: Morbid (severe) obesity due to excess calories (HCC) Noted on: 11/19/2021 Chronic: No

**Multiple personalities (HCC)** *[last edited by Smith, Beverly, DO on 11/19/2021 1650]*

Diagnosis: Multiple personalities (HCC) Noted on: 11/19/2021 Chronic: No

**Problem List Review History**

| User | Reviewed On |
|---|---|
| Smith, Beverly, DO | 02/03/2022 0949 |
| Smith, Beverly, DO | 11/19/2021 1611 |
| Wirth, Joshua A, APRN | 11/07/2021 1107 |
| Wirth, Joshua A, APRN | 11/07/2021 1107 |

**Current & Discharge Medications as of Visit**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**

## 04/19/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Current & Discharge Medications as of Visit (continued)**

**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**albuterol sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs Every 4 (Four) Hours As Needed for Wheezing.
Authorized by: Gayheart, Rebecca Lynn, PA-C — Ordered on: 7/24/2021
Start date: 7/24/2021 — Quantity: 18 g
Refill: No refills remaining

**busPIRone (BUSPAR) 10 MG tablet**

Instructions: Take 1 tablet by mouth Daily.
Authorized by: Smith, Beverly, DO — Ordered on: 11/19/2021
Start date: 11/19/2021 — Quantity: 30 tablet
Refill: 1 refill by 11/19/2022

**hydrOXYzine (ATARAX) 25 MG tablet**

Instructions: Take 1 tablet by mouth 3 (Three) Times a Day As Needed for Anxiety.
Authorized by: Smith, Beverly, DO — Ordered on: 2/3/2022
Start date: 2/3/2022 — Quantity: 30 tablet
Refill: No refills remaining

**desvenlafaxine (PRISTIQ) 100 MG 24 hr tablet**

Instructions: TAKE 1 TABLET BY MOUTH DAILY
Authorized by: Smith, Beverly, DO — Ordered on: 4/9/2022
Start date: 4/9/2022 — Quantity: 30 tablet
Refill: 1 refill by 4/9/2023

**levothyroxine (SYNTHROID, LEVOTHROID) 50 MCG tablet**

Discontinued by: Henson, Ashley, MA — Discontinued on: 6/13/2022
Instructions: Take 1 tablet by mouth Daily.
Authorized by: Smith, Beverly, DO — Ordered on: 4/19/2022
Start date: 4/19/2022 — Quantity: 30 tablet
Refill: 2 refills by 4/19/2023

**Stopped in Visit**

None

## 04/19/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
## Specialty MTP Audit Snapshot

**Medication Therapy Problems** Showing updates made on or before 4/19/2022

There are no MTPs to display.

## 04/19/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**ED Events**

None

**04/19/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

**Clinical Notes**

**Telephone Encounter**

**Abner, Stephanie, RegSched Rep at 4/19/2022 1319**

Author: Abner, Stephanie, RegSched Rep
Filed: 04/19/22 1324
Status: Signed

Service: —
Encounter Date: 4/19/2022
Editor: Abner, Stephanie, RegSched Rep (Staff)

Author Type: Staff
Creation Time: 04/19/22 1319

Caller: Connolly, April Lee

Relationship: Self

Best call back number:

Requested Prescriptions:
**Requested Prescriptions**

| Pending Prescriptions | Disp | Refills |
|---|---|---|
| • levothyroxine (SYNTHROID, LEVOTHROID) 50 MCG tablet<br>Sig: Take 1 tablet by mouth Daily. | 30 tablet | 2 |
| ~~Desvenlafaxine (KHEDEZLA PO)~~ | | |

Pharmacy where request should be sent: CVS/PHARMACY #6940 - LEXINGTON, KY - 2000 HARRODSBURG ROAD - 859-276-5493 PH - 859-260-1713 FX

Additional details provided by patient:
PATIENT WOULD LIKE FOR A REFILL ON MEDICATION
~~Desvenlafaxine (KHEDEZLA PO)~~
PATIENT STATED THAT SHE WAS INFORMED BY THE INSURANCE THAT HER MEDICATION'S HAVE TO BE CALLED IN FOR A 90 DAY SUPPLY FOR COVERAGE

Does the patient have less than a 3 day supply: ☒ Yes ☐ No

Stephanie Abner, RegSched Rep
04/19/22 13:21 EDT

Electronically signed by Abner, Stephanie, RegSched Rep at 04/19/22 1324

**04/19/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

**Other Orders**

**Medications**

**Other Orders (continued)**

**levothyroxine (SYNTHROID, LEVOTHROID) 50 MCG tablet [427879890] (Discontinued)**

Electronically signed by: **Cheek, Sarah, LPN on 04/19/22 1358** Status: **Discontinued**
Ordering user: Cheek, Sarah, LPN 04/19/22 1358
Ordering provider: Smith, Beverly, DO
Authorized by: Smith, Beverly, DO
Ordering mode: Per protocol: no cosign required
Frequency: Routine Daily 04/19/22 - 06/13/22
Class: Normal
Released by: Cheek, Sarah, LPN 04/19/22 1358
Discontinued by: Henson, Ashley, MA 06/13/22 1013
Reordered from: levothyroxine (SYNTHROID, LEVOTHROID) 50 MCG tablet

**Messages**

**Your Approved Medications**

| From | To | Sent and Delivered |
|---|---|---|
| Mychart, Generic<br>Last Read in MyChart<br>Not Read | April Lee Connolly | 4/19/2022 2:08 PM |

- levothyroxine (SYNTHROID, LEVOTHROID) 50 MCG tablet

Your prescription(s) have been approved but may not be ready for pick-up. If the prescription is to be written, please call or wait for confirmation from your physician's/provider's office.

If you have any questions about your prescription, please epichttps://medadvice[send a message] to your physician/provider.

# Instructions for After Discharge

**Patient Instructions**

None

- Call **911** or have someone take you to the Emergency Department if you have any of the following:
- Sudden numbness or weakness of your face, arm or leg especially on one side of the body
- Sudden confusion, difficulty speaking or trouble understanding
- Changes in your vision or loss of sight in one eye
- Sudden severe headache with no known cause
- Sudden dizziness, trouble walking, loss of balance or coordination

It is important to seek emergency care right away if you have further stroke symptoms. If you get emergency help quickly, the powerful clot-dissolving medicines can reduce the disabilities caused by a stroke.

For more information:

**American Stroke Association**
**1-888-4-STROKE**
**www.strokeassociation.org**

**IF YOU SMOKE OR USE TOBACCO PLEASE READ THE FOLLOWING:**
**Why is smoking bad for me?**
Smoking increases the risk of heart disease, lung disease, vascular disease, stroke, and cancer. If you smoke, **STOP!**

For more information:
**Quit Now Kentucky**
1-800-QUIT-NOW
https://kentucky.quitlogix.org/en-US/

If you feel like life is too tough and are thinking of suicide or injuring yourself, get help right away!

- Call 911
- Call a suicide hotline to speak to a counselor. 1-800-273-TALK or 1-800-SUICIDE

**Patient Pass**

No notes of this type exist for this encounter.

## 04/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE

**Visit Information**

**Contacts**

| | Type | Contact | Phone/Fax | User |
|---|---|---|---|---|
| 04/09/2022 06:46 AM EDT | Interface (Incoming) | WALGREENS DRUG STORE #19672 - LEXINGTON, KY - 4101 TATES CREEK CENTRE DR STE 156 AT NWC OF TATES CREEK CENTRE DRIVE & M - 859-273-0222 PH - 859-971-3452 FX | 859-273-0222 | Interface, Surescripts In |

**Nursing Assessment**

No Nursing Assessment available for this encounter.

**Clinical Impression/Visit Diagnoses**

Chief complaint: Med Refill

**April Lee Connolly**
**4/9/2022 Refill**
**MRN: 8913075488**

Description: **39 year old female**
Provider: **Smith, Beverly, DO**
Department: **MGE PC TATES CREEK**

## 04/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
## OASIS Summary

**Demographics/General Information**

| Patient Name (M0040) | Patient ID (M0020) | Gender (M0069) | Birth Date (M0066) |
|---|---|---|---|
| Connolly, April Lee | 8913075488 | Female | |
| **Attending Physician** | | **Attending Physician NPI (M0018)** | |
| Unknown or Not Available | | — | |
| **Patient Street Address** | **Patient Telephone Number** | | |
| | — | | |

**Additional Demographics**

Medicare Number (M0063): NA - No Medicare

SSN (M0064):

Medicaid Number (M0065): NA - No Medicaid

## 04/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2)**

**Active Coverages** as of 4/9/2022

**AETNA COMMERCIAL**

Plan: AETNA MC SUPP
Effective from: 1/1/2022
Guarantor: CONNOLLY,APRIL LEE

Group: 081892505200001
Subscriber: CONNOLLY,SCOTT R

Member: W211560573
Subscriber ID: W211560573

## 04/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**History** as of 4/9/2022

**Medical History** as of 4/9/2022

**Medical last reviewed by Smith, Beverly, DO on 2/3/2022**

**Past Medical History**

## 04/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety | — | — | Provider |
| Asthma | — | — | Provider |
| Breast cancer (HCC) | — | — | Provider |
| Depression | — | — | Provider |
| Hashimoto's thyroiditis | — | — | Provider |

**Surgical History** as of 4/9/2022

**Surgical last reviewed by Smith, Beverly, DO on 2/3/2022**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| TONSILLECTOMY | — | — | — | Provider |
| APPENDECTOMY | — | — | — | Provider |
| MASTECTOMY | — | — | — | Provider |
| CHOLECYSTECTOMY | N/A | 11/6/2021 | Procedure: CHOLECYSTECTOMY LAPAROSCOPIC; Surgeon: Abou-Jaoude, Walid A, MD; Location: BH LEX OR; Service: General; Laterality: N/A; | Provider |

**Family History** as of 4/9/2022

**Family History as of 4/9/2022**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Heart disease | | |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

## 04/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

| Condition | Age of Onset | Comment |
|---|---|---|
| Cancer | | |

**E-cigarette/Vaping**

| Questions | Responses |
|---|---|
| E-cigarette/Vaping Use | |
| Start Date | |
| Passive Exposure | |
| Quit Date | |
| Counseling Given | |
| Comments | |

**E-cigarette/Vaping Substances**

| Questions | Responses |
|---|---|
| Nicotine | |
| THC | |
| CBD | |
| Flavoring | |
| Other | |

**E-cigarette/Vaping Devices**

| Questions | Responses |
|---|---|
| Disposable | |
| Pre-filled or Refillable Cartridge | |
| Refillable Tank | |
| Pre-filled Pod | |
| Other | |

**Substance & Sexuality History** as of 4/9/2022

**Tobacco Use as of 4/9/2022**

**Tobacco Use last reviewed by Smith, Beverly, DO on 2/3/2022**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 1.00 | 15.00 |
| **Types** | **Comments** | **Smokeless Tobacco Status** | **Smokeless Tobacco Quit Date** | **Source** |
| Cigarettes | — | Never Used | — | Provider |

**Alcohol Use as of 4/9/2022**

**Alcohol Use last reviewed by Baird, Alec, MA on 2/3/2022**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | rarely | Provider |

**Drug Use as of 4/9/2022**

**Drug Use last reviewed by Baird, Alec, MA on 2/3/2022**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Yes | Marijuana | — | rare | Provider |

**Sexual Activity as of 4/9/2022**

**Sexual Activity last reviewed by Baird, Alec, MA on 2/3/2022**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Defer | — | — | — | Provider |

**Socioeconomic History** as of 4/9/2022

**Socioeconomic as of 4/9/2022**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Social Documentation History** as of 4/9/2022

**Social Documentation last reviewed by Baird, Alec, MA on 2/3/2022**
None

**Allergies** as of 4/9/2022

Allergies last reviewed by Smith, Beverly, DO on 2/3/2022 0949

**ADHESIVE TAPE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash, Other (See Comments)
Severity: Low
Noted on: 10/29/2015
Comments: Other reaction(s): Other (See Comments)
Skin blistering
blisters

**AZITHROMYCIN** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Nausea And Vomiting
Severity: Low
Reaction type: Intolerance
Noted on: 06/19/2012
Comments: unk
Other reaction(s): GI Distress
RxNorm: 18631

**DOXYCYCLINE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash
Severity: Low
Reaction type: Allergy
Noted on: 12/26/2018
Comments: unk
RxNorm: 3640

**ERYTHROMYCIN** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: GI Intolerance, Nausea And Vomiting
Severity: Medium
Reaction type: Intolerance
Noted on: 08/16/2011
RxNorm: 4053

**MORPHINE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: GI Intolerance, Nausea Only, Nausea And Vomiting
Severity: High
Noted on: 03/31/2016
RxNorm: 7052

## 04/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

**PENICILLINS** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

| | |
|---|---|
| Reactions: Rash | Severity: Low |
| Noted on: 08/16/2011 | NDF-RT: N0000005840 |

**Immunizations** as of 4/9/2022

Immunizations last reviewed by Baird, Alec, MA on 11/19/2021 1600

**Hepatitis A** *[last edited by Baird, Alec, MA on 11/19/2021 1600]*

| | | |
|---|---|---|
| Administered on: 6/12/2019 | Dose: 1 mL | Site: Right deltoid |
| Route: Intramuscular | CVX code: 52 | |
| Manufacturer: GLAXO SMITH KLINE | Lot number: N39BM | Location: 11575 |

**Tdap** *[last edited by Baird, Alec, MA on 11/19/2021 1600]*

| | | |
|---|---|---|
| Administered on: 5/24/2018 | Dose: 0.5 mL | CVX code: 115 |
| Lot number: 54B74 | Location: Mercy Health- OH, KY | |

**Immunization Review History**

| User | Reviewed On |
|---|---|
| Baird, Alec, MA | 11/19/2021 1600 |
| Graves, Laila L, RN | 11/05/2021 1641 |

## 04/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 2 of 2)**

**Problem List** as of 4/9/2022

Problems last reviewed by Smith, Beverly, DO on 2/3/2022 0949

**Acute cholecystitis** *[last edited by Wirth, Joshua A, APRN on 11/7/2021 1107]*

This problem has been resolved.

Diagnosis: Acute cholecystitis
Chronic: No
Noted on: **11/05/2021**
Resolved on: **11/7/2021**

**Previous Revisions**

**Acute cholecystitis** *[last edited by Mini, Jocelyn, MD on 11/5/2021 1541]*

| | | |
|---|---|---|
| Diagnosis: Acute cholecystitis | Noted on: 11/05/2021 | Chronic: No |

**Acute cholecystitis** *[last edited by Smith, Beverly, DO on 11/19/2021 1651]*

| | | |
|---|---|---|
| Diagnosis: Acute cholecystitis | Noted on: 11/19/2021 | Chronic: No |

**Annual physical exam** *[last edited by Smith, Beverly, DO on 11/19/2021 1649]*

| | | |
|---|---|---|
| Diagnosis: Annual physical exam | Noted on: 11/19/2021 | Chronic: No |

**Anxiety** *[last edited by Smith, Beverly, DO on 2/3/2022 1054]*

| | | |
|---|---|---|
| Diagnosis: Anxiety | Noted on: 02/03/2022 | Chronic: No |

**Asthma** *[last edited by Childers, Abby L, APRN on 11/5/2021 1652]*

| | | |
|---|---|---|
| Diagnosis: Asthma | Noted on: 11/05/2021 | Chronic: No |

**Depression** *[last edited by Smith, Beverly, DO on 2/3/2022 1054]*

| | | |
|---|---|---|
| Diagnosis: Depression | Noted on: 02/03/2022 | Chronic: No |

**Hashimoto's disease** *[last edited by Childers, Abby L, APRN on 11/5/2021 1652]*

| | | |
|---|---|---|
| Diagnosis: Hashimoto's disease | Noted on: 11/05/2021 | Chronic: No |

**Leukocytosis** *[last edited by Childers, Abby L, APRN on 11/5/2021 1651]*

| | | |
|---|---|---|
| Diagnosis: Leukocytosis | Noted on: 11/05/2021 | Chronic: No |

**Morbid (severe) obesity due to excess calories (HCC)** *[last edited by Smith, Beverly, DO on 11/19/2021 1649]*

| | | |
|---|---|---|
| Diagnosis: Morbid (severe) obesity due to excess calories (HCC) | Noted on: 11/19/2021 | Chronic: No |

**Multiple personalities (HCC)** *[last edited by Smith, Beverly, DO on 11/19/2021 1650]*

| | | |
|---|---|---|
| Diagnosis: Multiple personalities (HCC) | Noted on: 11/19/2021 | Chronic: No |

**Problem List Review History**

| User | Reviewed On |
|---|---|
| Smith, Beverly, DO | 02/03/2022 0949 |
| Smith, Beverly, DO | 11/19/2021 1611 |
| Wirth, Joshua A, APRN | 11/07/2021 1107 |
| Wirth, Joshua A, APRN | 11/07/2021 1107 |

**Current & Discharge Medications as of Visit**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**

## 04/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Current & Discharge Medications as of Visit (continued)**

**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**albuterol sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs Every 4 (Four) Hours As Needed for Wheezing.
Authorized by: Gayheart, Rebecca Lynn, PA-C — Ordered on: 7/24/2021
Start date: 7/24/2021 — Quantity: 18 g
Refill: No refills remaining

**busPIRone (BUSPAR) 10 MG tablet**

Instructions: Take 1 tablet by mouth Daily.
Authorized by: Smith, Beverly, DO — Ordered on: 11/19/2021
Start date: 11/19/2021 — Quantity: 30 tablet
Refill: 1 refill by 11/19/2022

**levothyroxine (SYNTHROID, LEVOTHROID) 50 MCG tablet**

Discontinued by: Cheek, Sarah, LPN — Discontinued on: 4/19/2022
Reason for discontinuation: Reorder
Instructions: Take 1 tablet by mouth Daily.
Authorized by: Smith, Beverly, DO — Ordered on: 11/19/2021
Start date: 11/19/2021 — Quantity: 30 tablet
Refill: 2 refills by 11/19/2022

**hydrOXYzine (ATARAX) 25 MG tablet**

Instructions: Take 1 tablet by mouth 3 (Three) Times a Day As Needed for Anxiety.
Authorized by: Smith, Beverly, DO — Ordered on: 2/3/2022
Start date: 2/3/2022 — Quantity: 30 tablet
Refill: No refills remaining

**desvenlafaxine (PRISTIQ) 100 MG 24 hr tablet**

Instructions: TAKE 1 TABLET BY MOUTH DAILY
Authorized by: Smith, Beverly, DO — Ordered on: 4/9/2022
Start date: 4/9/2022 — Quantity: 30 tablet
Refill: 1 refill by 4/9/2023

**Stopped in Visit**

None

## 04/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
## Specialty MTP Audit Snapshot

**Medication Therapy Problems** Showing updates made on or before 4/9/2022

There are no MTPs to display.

### 04/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**ED Events**

None

### 04/09/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Other Orders**

**Medications**

**desvenlafaxine (PRISTIQ) 100 MG 24 hr tablet [427879889] (Active)**

Electronically signed by: **Lewis, Katrina, MA on 04/09/22 0926** Status: **Active**
Ordering user: Lewis, Katrina, MA 04/09/22 0926
Authorized by: Smith, Beverly, DO
Frequency: Daily 04/09/22 - Until Discontinued
Released by: Lewis, Katrina, MA 04/09/22 0926
Reordered from: desvenlafaxine (PRISTIQ) 100 MG 24 hr tablet
Ordering provider: Smith, Beverly, DO
Ordering mode: Per protocol: no cosign required
Class: Normal

**Messages**

**Your Approved Medications**

| From | To | Sent and Delivered |
|---|---|---|
| Mychart, Generic<br>Last Read in MyChart<br>Not Read | April Lee Connolly | 4/9/2022 9:36 AM |

- desvenlafaxine (PRISTIQ) 100 MG 24 hr tablet

Your prescription(s) have been approved but may not be ready for pick-up. If the prescription is to be written, please call or wait for confirmation from your physician's/provider's office.

If you have any questions about your prescription, please epichttps://medadvice[send a message] to your physician/provider.

# Instructions for After Discharge

**Patient Instructions**

None

- Call **911** or have someone take you to the Emergency Department if you have any of the following:
- Sudden numbness or weakness of your face, arm or leg especially on one side of the body
- Sudden confusion, difficulty speaking or trouble understanding
- Changes in your vision or loss of sight in one eye
- Sudden severe headache with no known cause

- Sudden dizziness, trouble walking, loss of balance or coordination

It is important to seek emergency care right away if you have further stroke symptoms. If you get emergency help quickly, the powerful clot-dissolving medicines can reduce the disabilities caused by a stroke.

For more information:
**American Stroke Association**
**1-888-4-STROKE**
**www.strokeassociation.org**

**IF YOU SMOKE OR USE TOBACCO PLEASE READ THE FOLLOWING:**
**Why is smoking bad for me?**
Smoking increases the risk of heart disease, lung disease, vascular disease, stroke, and cancer. If you smoke, **STOP!**

For more information:
**Quit Now Kentucky**
1-800-QUIT-NOW
https://kentucky.quitlogix.org/en-US/

If you feel like life is too tough and are thinking of suicide or injuring yourself, get help right away!
- Call 911
- Call a suicide hotline to speak to a counselor. 1-800-273-TALK or 1-800-SUICIDE

**Patient Pass**

No notes of this type exist for this encounter.

## 02/21/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE

**Visit Information**

**Contacts**

| | Type | Contact | Phone/Fax | User |
|---|---|---|---|---|
| 02/21/2022 02:15 PM EST | Phone (Incoming) | Connolly, April Lee (Self) | (H) | Sleet, Rosaline, RegSched Rep |

**Nursing Assessment**

No Nursing Assessment available for this encounter.

**Clinical Impression/Visit Diagnoses**

Chief complaint: MED REQUEST

**April Lee Connolly**
**2/21/2022 Telephone**
**MRN: 8913075488**

Description: **39 year old female**
Provider: **Smith, Beverly, DO**
Department: **MGE PC TATES CREEK**

## 02/21/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
## OASIS Summary

**Demographics/General Information**

| Patient Name (M0040) | Patient ID (M0020) | Gender (M0069) | Birth Date (M0066) |
|---|---|---|---|
| Connolly, April Lee | 8913075488 | Female | |
| **Attending Physician** | | **Attending Physician NPI (M0018)** | |
| Unknown or Not Available | | — | |
| **Patient Street Address** | **Patient Telephone Number** | | |
| | — | | |

**Additional Demographics**

Medicare Number (M0063): NA - No Medicare
SSN (M0064):
Medicaid Number (M0065): NA - No Medicaid

## 02/21/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2)**

**Active Coverages** as of 2/21/2022

**AETNA COMMERCIAL**

Plan: AETNA MC SUPP
Effective from: 1/1/2022
Guarantor: CONNOLLY,APRIL LEE

Group: 081892505200001
Subscriber: CONNOLLY,SCOTT R

Member: W211560573
Subscriber ID: W211560573

## 02/21/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**History** as of 2/21/2022

**Medical History** as of 2/21/2022

**Medical last reviewed by Smith, Beverly, DO on 2/3/2022**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety | — | — | Provider |
| Asthma | — | — | Provider |
| Breast cancer (HCC) | — | — | Provider |

| | | | | |
|---|---|---|---|---|
| Depression | — | — | | Provider |
| Hashimoto's thyroiditis | — | — | | Provider |

**Surgical History** as of 2/21/2022

**Surgical last reviewed by Smith, Beverly, DO on 2/3/2022**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| TONSILLECTOMY | — | — | — | Provider |
| APPENDECTOMY | — | — | — | Provider |
| MASTECTOMY | — | — | — | Provider |
| CHOLECYSTECTOMY | N/A | 11/6/2021 | Procedure: CHOLECYSTECTOMY LAPAROSCOPIC; Surgeon: Abou-Jaoude, Walid A, MD; Location: BH LEX OR; Service: General; Laterality: N/A; | Provider |

**Family History** as of 2/21/2022

**Family History as of 2/21/2022**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Heart disease | | |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Cancer | | |

## 02/21/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

**E-cigarette/Vaping**

| Questions | Responses |
|---|---|
| E-cigarette/Vaping Use | |
| Start Date | |
| Passive Exposure | |
| Quit Date | |
| Counseling Given | |
| Comments | |

**E-cigarette/Vaping Substances**

| Questions | Responses |
|---|---|
| Nicotine | |
| THC | |
| CBD | |
| Flavoring | |
| Other | |

**E-cigarette/Vaping Devices**

| Questions | Responses |
|---|---|
| Disposable | |
| Pre-filled or Refillable Cartridge | |
| Refillable Tank | |
| Pre-filled Pod | |
| Other | |

**Substance & Sexuality History** as of 2/21/2022

**Tobacco Use as of 2/21/2022**

**Tobacco Use last reviewed by Smith, Beverly, DO on 2/3/2022**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 1.00 | 15.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | — | Never Used | — | Provider |

**Alcohol Use as of 2/21/2022**

**Alcohol Use last reviewed by Baird, Alec, MA on 2/3/2022**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | rarely | Provider |

**Drug Use as of 2/21/2022**

**Drug Use last reviewed by Baird, Alec, MA on 2/3/2022**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Yes | Marijuana | — | rare | Provider |

**Sexual Activity as of 2/21/2022**

**Sexual Activity last reviewed by Baird, Alec, MA on 2/3/2022**

## 02/21/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Defer | — | — | — | Provider |

**Socioeconomic History** as of 2/21/2022

**Socioeconomic as of 2/21/2022**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Social Documentation History** as of 2/21/2022

**Social Documentation last reviewed by Baird, Alec, MA on 2/3/2022**
None

**Allergies** as of 2/21/2022

Allergies last reviewed by Smith, Beverly, DO on 2/3/2022 0949

**ADHESIVE TAPE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash, Other (See Comments)
Severity: Low
Noted on: 10/29/2015
Comments: Other reaction(s): Other (See Comments)
Skin blistering
blisters

**AZITHROMYCIN** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Nausea And Vomiting
Severity: Low
Noted on: 06/19/2012
Reaction type: Intolerance
Comments: unk
Other reaction(s): GI Distress
RxNorm: 18631

**DOXYCYCLINE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash
Severity: Low
Noted on: 12/26/2018
Reaction type: Allergy
Comments: unk
RxNorm: 3640

**ERYTHROMYCIN** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: GI Intolerance, Nausea And Vomiting
Severity: Medium
Noted on: 08/16/2011
Reaction type: Intolerance
RxNorm: 4053

**MORPHINE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: GI Intolerance, Nausea Only, Nausea And Vomiting
Severity: High
Noted on: 03/31/2016
RxNorm: 7052

**PENICILLINS** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash
Severity: Low
Noted on: 08/16/2011
NDF-RT: N0000005840

**Immunizations** as of 2/21/2022

Immunizations last reviewed by Baird, Alec, MA on 11/19/2021 1600

**Hepatitis A** *[last edited by Baird, Alec, MA on 11/19/2021 1600]*

| | | |
|---|---|---|
| Administered on: 6/12/2019 | Dose: 1 mL | Site: Right deltoid |
| Route: Intramuscular | CVX code: 52 | |
| Manufacturer: GLAXO SMITH KLINE | Lot number: N39BM | Location: 11575 |

**Tdap** *[last edited by Baird, Alec, MA on 11/19/2021 1600]*

| | | |
|---|---|---|
| Administered on: 5/24/2018 | Dose: 0.5 mL | CVX code: 115 |
| Lot number: 54B74 | Location: Mercy Health- OH, KY | |

**Immunization Review History**

| User | Reviewed On |
|---|---|
| Baird, Alec, MA | 11/19/2021 1600 |
| Graves, Laila L, RN | 11/05/2021 1641 |

## 02/21/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 2 of 2)**

**Problem List** as of 2/21/2022

Problems last reviewed by Smith, Beverly, DO on 2/3/2022 0949

**Acute cholecystitis** *[last edited by Wirth, Joshua A, APRN on 11/7/2021 1107]*

This problem has been resolved.

Diagnosis: Acute cholecystitis | Noted on: 11/05/2021 | Resolved on: 11/7/2021
Chronic: No

**Previous Revisions**

**Acute cholecystitis** *[last edited by Mini, Jocelyn, MD on 11/5/2021 1541]*

Diagnosis: Acute cholecystitis | Noted on: 11/05/2021 | Chronic: No

**Acute cholecystitis** *[last edited by Smith, Beverly, DO on 11/19/2021 1651]*

Diagnosis: Acute cholecystitis | Noted on: 11/19/2021 | Chronic: No

**Annual physical exam** *[last edited by Smith, Beverly, DO on 11/19/2021 1649]*

Diagnosis: Annual physical exam | Noted on: 11/19/2021 | Chronic: No

**Anxiety** *[last edited by Smith, Beverly, DO on 2/3/2022 1054]*

Diagnosis: Anxiety | Noted on: 02/03/2022 | Chronic: No

**Asthma** *[last edited by Childers, Abby L, APRN on 11/5/2021 1652]*

Diagnosis: Asthma | Noted on: 11/05/2021 | Chronic: No

**Depression** *[last edited by Smith, Beverly, DO on 2/3/2022 1054]*

Diagnosis: Depression | Noted on: 02/03/2022 | Chronic: No

**Hashimoto's disease** *[last edited by Childers, Abby L, APRN on 11/5/2021 1652]*

Diagnosis: Hashimoto's disease | Noted on: 11/05/2021 | Chronic: No

**Leukocytosis** *[last edited by Childers, Abby L, APRN on 11/5/2021 1651]*

Diagnosis: Leukocytosis | Noted on: 11/05/2021 | Chronic: No

**Morbid (severe) obesity due to excess calories (HCC)** *[last edited by Smith, Beverly, DO on 11/19/2021 1649]*

Diagnosis: Morbid (severe) obesity due to excess calories (HCC) | Noted on: 11/19/2021 | Chronic: No

**Multiple personalities (HCC)** *[last edited by Smith, Beverly, DO on 11/19/2021 1650]*

Diagnosis: Multiple personalities (HCC) | Noted on: 11/19/2021 | Chronic: No

**Problem List Review History**

| User | Reviewed On |
|---|---|
| Smith, Beverly, DO | 02/03/2022 0949 |
| Smith, Beverly, DO | 11/19/2021 1611 |
| Wirth, Joshua A, APRN | 11/07/2021 1107 |
| Wirth, Joshua A, APRN | 11/07/2021 1107 |

**Current & Discharge Medications as of Visit**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**

## 02/21/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Current & Discharge Medications as of Visit (continued)**

**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**albuterol sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs Every 4 (Four) Hours As Needed for Wheezing.
Authorized by: Gayheart, Rebecca Lynn, PA-C — Ordered on: 7/24/2021
Start date: 7/24/2021 — Quantity: 18 g
Refill: No refills remaining

**busPIRone (BUSPAR) 10 MG tablet**

Instructions: Take 1 tablet by mouth Daily.
Authorized by: Smith, Beverly, DO — Ordered on: 11/19/2021
Start date: 11/19/2021 — Quantity: 30 tablet
Refill: 1 refill by 11/19/2022

**levothyroxine (SYNTHROID, LEVOTHROID) 50 MCG tablet**

Discontinued by: Cheek, Sarah, LPN — Discontinued on: 4/19/2022
Reason for discontinuation: Reorder
Instructions: Take 1 tablet by mouth Daily.
Authorized by: Smith, Beverly, DO — Ordered on: 11/19/2021
Start date: 11/19/2021 — Quantity: 30 tablet
Refill: 2 refills by 11/19/2022

**hydrOXYzine (ATARAX) 25 MG tablet**

Instructions: Take 1 tablet by mouth 3 (Three) Times a Day As Needed for Anxiety.
Authorized by: Smith, Beverly, DO — Ordered on: 2/3/2022
Start date: 2/3/2022 — Quantity: 30 tablet
Refill: No refills remaining

**desvenlafaxine (PRISTIQ) 100 MG 24 hr tablet**

Discontinued by: Lewis, Katrina, MA — Discontinued on: 4/9/2022
Instructions: TAKE 1 TABLET BY MOUTH DAILY
Authorized by: Smith, Beverly, DO — Ordered on: 2/3/2022
Start date: 2/3/2022 — Quantity: 30 tablet
Refill: 1 refill by 2/3/2023

**Stopped in Visit**

None

## 02/21/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
## Specialty MTP Audit Snapshot

**Medication Therapy Problems** Showing updates made on or before 2/21/2022

There are no MTPs to display.

**02/21/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

**ED Events**

None

**02/21/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

**Clinical Notes**

**Telephone Encounter**

**Sleet, Rosaline, RegSched Rep at 2/21/2022 1415**

| | | |
|---|---|---|
| Author: Sleet, Rosaline, RegSched Rep | Service: — | Author Type: Staff |
| Filed: 02/21/22 1419 | Encounter Date: 2/21/2022 | Creation Time: 02/21/22 1415 |
| Status: Signed | Editor: Sleet, Rosaline, RegSched Rep (Staff) | |

Caller: Connolly, April Lee

Relationship: Self

Best call back number:

What medication are you requesting: XOPENEX

What are your current symptoms: ISOLATED ASTHMA ATTACK

Have you had these symptoms before: ☒ Yes ☐ No

Have you been treated for these symptoms before: ☒ Yes ☐ No

If a prescription is needed, what is your preferred pharmacy and phone number: WALGREENS DRUG STORE #19672 - LEXINGTON, KY - 4101 TATES CREEK CENTRE DR STE 156 AT NWC OF TATES CREEK CENTRE DRIVE & M - 859-273-0222 PH - 859-971-3452 FX

Additional notes: **PATIENT STATES THAT SHE WOULD LIKE XOPENEX BUT IF SHE IS NOT ABLE TO GET IT. SHE WILL ALBUTEROL**

Electronically signed by Sleet, Rosaline, RegSched Rep at 02/21/22 1419

**Lewis, Katrina, MA at 2/21/2022 1510**

| | | |
|---|---|---|
| Author: Lewis, Katrina, MA | Service: — | Author Type: Medical Assistant |
| Filed: 02/21/22 1512 | Encounter Date: 2/21/2022 | Creation Time: 02/21/22 1510 |
| Status: Signed | Editor: Lewis, Katrina, MA (Medical Assistant) | |

Advised pt she would need to make an appt because we have never prescribed this medicine.
Next visit she needs to ask for Xopenex

Electronically signed by Lewis, Katrina, MA at 02/21/22 1512

**02/21/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

# Instructions for After Discharge

**Patient Instructions**

None

- Call **911** or have someone take you to the Emergency Department if you have any of the following:
- Sudden numbness or weakness of your face, arm or leg especially on one side of the body
- Sudden confusion, difficulty speaking or trouble understanding
- Changes in your vision or loss of sight in one eye
- Sudden severe headache with no known cause
- Sudden dizziness, trouble walking, loss of balance or coordination

It is important to seek emergency care right away if you have further stroke symptoms. If you get emergency help quickly, the powerful clot-dissolving medicines can reduce the disabilities caused by a stroke.

For more information:
**American Stroke Association**
**1-888-4-STROKE**
**www.strokeassociation.org**

**IF YOU SMOKE OR USE TOBACCO PLEASE READ THE FOLLOWING:**
**Why is smoking bad for me?**
Smoking increases the risk of heart disease, lung disease, vascular disease, stroke, and cancer. If you smoke, **STOP!**

For more information:
**Quit Now Kentucky**
1-800-QUIT-NOW
https://kentucky.quitlogix.org/en-US/

If you feel like life is too tough and are thinking of suicide or injuring yourself, get help right away!
- Call 911
- Call a suicide hotline to speak to a counselor. 1-800-273-TALK or 1-800-SUICIDE

**Patient Pass**

No notes of this type exist for this encounter.

## 02/08/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE

**Visit Information**

**Contacts**

| | Type | Contact | Phone/Fax | User |
|---|---|---|---|---|
| 02/08/2022 04:30 PM EST | Phone (Incoming) | Connolly, April Lee (Self) | (H) | Caudill, Jennifer, RegSched Rep |

**Nursing Assessment**

No Nursing Assessment available for this encounter.

**Clinical Impression/Visit Diagnoses**

Chief complaint: REFERRAL

**April Lee Connolly**
**2/8/2022 Telephone**
**MRN: 8913075488**

Description: **39 year old female**
Provider: **Smith, Beverly, DO**
Department: **MGE PC TATES CREEK**

## 02/08/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
## OASIS Summary

**Demographics/General Information**

| Patient Name (M0040) | Patient ID (M0020) | Gender (M0069) | Birth Date (M0066) |
|---|---|---|---|
| Connolly, April Lee | 8913075488 | Female | |
| **Attending Physician** | | **Attending Physician NPI (M0018)** | |
| Unknown or Not Available | | — | |
| **Patient Street Address** | **Patient Telephone Number** | | |
| | — | | |

**Additional Demographics**

Medicare Number (M0063): NA - No Medicare
SSN (M0064):
Medicaid Number (M0065): NA - No Medicaid

## 02/08/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2)**

**Active Coverages** as of 2/8/2022

**AETNA COMMERCIAL**

Plan: AETNA MC SUPP
Effective from: 1/1/2022
Guarantor: CONNOLLY,APRIL LEE

Group: 081892505200001
Subscriber: CONNOLLY,SCOTT R

Member: W211560573
Subscriber ID: W211560573

## 02/08/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**History** as of 2/8/2022

**Medical History** as of 2/8/2022

**Medical last reviewed by Smith, Beverly, DO on 2/3/2022**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety | — | — | Provider |
| Asthma | — | — | Provider |
| Breast cancer (HCC) | — | — | Provider |

## 02/08/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

| | | | | |
|---|---|---|---|---|
| Depression | — | — | | Provider |
| Hashimoto's thyroiditis | — | — | | Provider |

**Surgical History** as of 2/8/2022

**Surgical last reviewed by Smith, Beverly, DO on 2/3/2022**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| TONSILLECTOMY | — | — | — | Provider |
| APPENDECTOMY | — | — | — | Provider |
| MASTECTOMY | — | — | — | Provider |
| CHOLECYSTECTOMY | N/A | 11/6/2021 | Procedure: CHOLECYSTECTOMY LAPAROSCOPIC; Surgeon: Abou-Jaoude, Walid A, MD; Location: BH LEX OR; Service: General; Laterality: N/A; | Provider |

**Family History** as of 2/8/2022

**Family History as of 2/8/2022**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Heart disease | | |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Cancer | | |

**E-cigarette/Vaping**

| Questions | Responses |
|---|---|
| E-cigarette/Vaping Use | |
| Start Date | |
| Passive Exposure | |
| Quit Date | |
| Counseling Given | |
| Comments | |

**E-cigarette/Vaping Substances**

| Questions | Responses |
|---|---|
| Nicotine | |
| THC | |
| CBD | |
| Flavoring | |
| Other | |

**E-cigarette/Vaping Devices**

| Questions | Responses |
|---|---|
| Disposable | |
| Pre-filled or Refillable Cartridge | |
| Refillable Tank | |
| Pre-filled Pod | |
| Other | |

**Substance & Sexuality History** as of 2/8/2022

**Tobacco Use as of 2/8/2022**

**Tobacco Use last reviewed by Smith, Beverly, DO on 2/3/2022**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 1.00 | 15.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | — | Never Used | — | Provider |

**Alcohol Use as of 2/8/2022**

**Alcohol Use last reviewed by Baird, Alec, MA on 2/3/2022**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | rarely | Provider |

**Drug Use as of 2/8/2022**

**Drug Use last reviewed by Baird, Alec, MA on 2/3/2022**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Yes | Marijuana | — | rare | Provider |

**Sexual Activity as of 2/8/2022**

**Sexual Activity last reviewed by Baird, Alec, MA on 2/3/2022**

## 02/08/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Defer | — | — | — | Provider |

**Socioeconomic History** as of 2/8/2022

**Socioeconomic as of 2/8/2022**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Social Documentation History** as of 2/8/2022

**Social Documentation last reviewed by Baird, Alec, MA on 2/3/2022**
None

**Allergies** as of 2/8/2022

Allergies last reviewed by Smith, Beverly, DO on 2/3/2022 0949

**ADHESIVE TAPE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash, Other (See Comments)
Severity: Low
Noted on: 10/29/2015
Comments: Other reaction(s): Other (See Comments)
Skin blistering
blisters

**AZITHROMYCIN** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Nausea And Vomiting
Severity: Low
Noted on: 06/19/2012
Reaction type: Intolerance
Comments: unk
Other reaction(s): GI Distress
RxNorm: 18631

**DOXYCYCLINE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash
Severity: Low
Noted on: 12/26/2018
Reaction type: Allergy
Comments: unk
RxNorm: 3640

**ERYTHROMYCIN** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: GI Intolerance, Nausea And Vomiting
Severity: Medium
Noted on: 08/16/2011
Reaction type: Intolerance
RxNorm: 4053

**MORPHINE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: GI Intolerance, Nausea Only, Nausea And Vomiting
Severity: High
Noted on: 03/31/2016
RxNorm: 7052

**PENICILLINS** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash
Severity: Low
Noted on: 08/16/2011
NDF-RT: N0000005840

**Immunizations** as of 2/8/2022

Immunizations last reviewed by Baird, Alec, MA on 11/19/2021 1600

**Hepatitis A** *[last edited by Baird, Alec, MA on 11/19/2021 1600]*

| | | |
|---|---|---|
| Administered on: 6/12/2019 | Dose: 1 mL | Site: Right deltoid |
| Route: Intramuscular | CVX code: 52 | |
| Manufacturer: GLAXO SMITH KLINE | Lot number: N39BM | Location: 11575 |

**Tdap** *[last edited by Baird, Alec, MA on 11/19/2021 1600]*

| | | |
|---|---|---|
| Administered on: 5/24/2018 | Dose: 0.5 mL | CVX code: 115 |
| Lot number: 54B74 | Location: Mercy Health- OH, KY | |

**Immunization Review History**

| User | Reviewed On |
|---|---|
| Baird, Alec, MA | 11/19/2021 1600 |
| Graves, Laila L, RN | 11/05/2021 1641 |

## 02/08/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 2 of 2)**

**Problem List** as of 2/8/2022

Problems last reviewed by Smith, Beverly, DO on 2/3/2022 0949

**Acute cholecystitis** *[last edited by Wirth, Joshua A, APRN on 11/7/2021 1107]*

This problem has been resolved.

| | | |
|---|---|---|
| Diagnosis: Acute cholecystitis<br>Chronic: No | Noted on: 11/05/2021 | Resolved on: 11/7/2021 |

**Previous Revisions**

**Acute cholecystitis** *[last edited by Mini, Jocelyn, MD on 11/5/2021 1541]*

| | | |
|---|---|---|
| Diagnosis: Acute cholecystitis | Noted on: 11/05/2021 | Chronic: No |

**Acute cholecystitis** *[last edited by Smith, Beverly, DO on 11/19/2021 1651]*

| | | |
|---|---|---|
| Diagnosis: Acute cholecystitis | Noted on: 11/19/2021 | Chronic: No |

**Annual physical exam** *[last edited by Smith, Beverly, DO on 11/19/2021 1649]*

| | | |
|---|---|---|
| Diagnosis: Annual physical exam | Noted on: 11/19/2021 | Chronic: No |

**Anxiety** *[last edited by Smith, Beverly, DO on 2/3/2022 1054]*

| | | |
|---|---|---|
| Diagnosis: Anxiety | Noted on: 02/03/2022 | Chronic: No |

**Asthma** *[last edited by Childers, Abby L, APRN on 11/5/2021 1652]*

| | | |
|---|---|---|
| Diagnosis: Asthma | Noted on: 11/05/2021 | Chronic: No |

**Depression** *[last edited by Smith, Beverly, DO on 2/3/2022 1054]*

| | | |
|---|---|---|
| Diagnosis: Depression | Noted on: 02/03/2022 | Chronic: No |

**Hashimoto's disease** *[last edited by Childers, Abby L, APRN on 11/5/2021 1652]*

| | | |
|---|---|---|
| Diagnosis: Hashimoto's disease | Noted on: 11/05/2021 | Chronic: No |

**Leukocytosis** *[last edited by Childers, Abby L, APRN on 11/5/2021 1651]*

| | | |
|---|---|---|
| Diagnosis: Leukocytosis | Noted on: 11/05/2021 | Chronic: No |

**Morbid (severe) obesity due to excess calories (HCC)** *[last edited by Smith, Beverly, DO on 11/19/2021 1649]*

| | | |
|---|---|---|
| Diagnosis: Morbid (severe) obesity due to excess calories (HCC) | Noted on: 11/19/2021 | Chronic: No |

**Multiple personalities (HCC)** *[last edited by Smith, Beverly, DO on 11/19/2021 1650]*

| | | |
|---|---|---|
| Diagnosis: Multiple personalities (HCC) | Noted on: 11/19/2021 | Chronic: No |

**Problem List Review History**

| User | Reviewed On |
|---|---|
| Smith, Beverly, DO | 02/03/2022 0949 |
| Smith, Beverly, DO | 11/19/2021 1611 |
| Wirth, Joshua A, APRN | 11/07/2021 1107 |
| Wirth, Joshua A, APRN | 11/07/2021 1107 |

**Current & Discharge Medications as of Visit**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**

## 02/08/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Current & Discharge Medications as of Visit (continued)**

**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**albuterol sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs Every 4 (Four) Hours As Needed for Wheezing.
Authorized by: Gayheart, Rebecca Lynn, PA-C — Ordered on: 7/24/2021
Start date: 7/24/2021 — Quantity: 18 g
Refill: No refills remaining

**busPIRone (BUSPAR) 10 MG tablet**

Instructions: Take 1 tablet by mouth Daily.
Authorized by: Smith, Beverly, DO — Ordered on: 11/19/2021
Start date: 11/19/2021 — Quantity: 30 tablet
Refill: 1 refill by 11/19/2022

**hydrOXYzine (ATARAX) 25 MG tablet**

Instructions: Take 1 tablet by mouth 3 (Three) Times a Day As Needed for Anxiety.
Authorized by: Smith, Beverly, DO — Ordered on: 2/3/2022
Start date: 2/3/2022 — Quantity: 30 tablet
Refill: No refills remaining

**desvenlafaxine (PRISTIQ) 100 MG 24 hr tablet**

Instructions: TAKE 1 TABLET BY MOUTH DAILY
Authorized by: Smith, Beverly, DO — Ordered on: 4/9/2022
Start date: 4/9/2022 — Quantity: 30 tablet
Refill: 1 refill by 4/9/2023

**levothyroxine (SYNTHROID, LEVOTHROID) 50 MCG tablet**

Instructions: TAKE 1 TABLET BY MOUTH EVERY DAY
Authorized by: Smith, Beverly, DO — Ordered on: 6/13/2022
Start date: 6/13/2022 — Quantity: 30 tablet
Refill: 2 refills by 6/13/2023

**Stopped in Visit**

None

## 02/08/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE Specialty MTP Audit Snapshot

**Medication Therapy Problems** Showing updates made on or before 2/8/2022

There are no MTPs to display.

## 02/08/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**ED Events**

None

**02/08/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

**Clinical Notes**

**Telephone Encounter**

**Caudill, Jennifer, RegSched Rep at 2/8/2022 1634**

| | | |
|---|---|---|
| Author: Caudill, Jennifer, RegSched Rep | Service: — | Author Type: Staff |
| Filed: 02/08/22 1636 | Encounter Date: 2/8/2022 | Creation Time: 02/08/22 1634 |
| Status: Signed | Editor: Caudill, Jennifer, RegSched Rep (Staff) | |

Caller: Connolly, April Lee

Relationship: Self

Best call back number:

What is the best time to reach you: AFTERNOONS

Who are you requesting to speak with (clinical staff, provider, specific staff member): REFERRAL COORDINATOR

Do you know the name of the person who called: April CONNOLLY

What was the call regarding: PSYCHIATRY REFERRAL

Do you require a callback: YES

Electronically signed by Caudill, Jennifer, RegSched Rep at 02/08/22 1636

**Mullins, Amber M at 2/9/2022 0757**

| | | |
|---|---|---|
| Author: Mullins, Amber M | Service: — | Author Type: Staff |
| Filed: 02/09/22 0757 | Encounter Date: 2/8/2022 | Creation Time: 02/09/22 0757 |
| Status: Signed | Editor: Mullins, Amber M (Staff) | |

CAN YOU HELP WITH THIS

Electronically signed by Mullins, Amber M at 02/09/22 0757

**02/08/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

# Instructions for After Discharge

**Patient Instructions**

None

- Call **911** or have someone take you to the Emergency Department if you have any of the following:
- Sudden numbness or weakness of your face, arm or leg especially on one side of the body
- Sudden confusion, difficulty speaking or trouble understanding

**02/08/2022 - Telephone in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

- Changes in your vision or loss of sight in one eye
- Sudden severe headache with no known cause
- Sudden dizziness, trouble walking, loss of balance or coordination

It is important to seek emergency care right away if you have further stroke symptoms. If you get emergency help quickly, the powerful clot-dissolving medicines can reduce the disabilities caused by a stroke.

For more information:
**American Stroke Association**
**1-888-4-STROKE**
**www.strokeassociation.org**

**IF YOU SMOKE OR USE TOBACCO PLEASE READ THE FOLLOWING:**
**Why is smoking bad for me?**
Smoking increases the risk of heart disease, lung disease, vascular disease, stroke, and cancer. If you smoke, **STOP!**

For more information:
**Quit Now Kentucky**
1-800-QUIT-NOW
https://kentucky.quitlogix.org/en-US/

If you feel like life is too tough and are thinking of suicide or injuring yourself, get help right away!
- Call 911
- Call a suicide hotline to speak to a counselor. 1-800-273-TALK or 1-800-SUICIDE

**Patient Pass**

No notes of this type exist for this encounter.

## 02/03/2022 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Smith, Beverly, DO | Smith, Beverly, DO |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE | 1099 DUVAL ST<br>STE 100<br>Lexington KY 40515-6490 | 859-273-3888 | 859-272-3256 |

**Follow-up and Dispositions**

- Return in about 1 week (around 2/10/2022).

**Level of Service**

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN** |

### Clinical Impression/Visit Diagnoses

Chief complaints: Depression and Anxiety
Visit diagnoses:

- **Anxiety (primary)**
- Depression, unspecified depression type

**April Lee Connolly**
**2/3/2022 9:15 AM Office Visit**
**MRN: 8913075488**

Description: **39 year old female**
Provider: **Smith, Beverly, DO**
Department: **MGE PC TATES CREEK**

## 02/03/2022 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
## OASIS Summary

### Demographics/General Information

| Patient Name (M0040) | Patient ID (M0020) | Gender (M0069) | Birth Date (M0066) |
|---|---|---|---|
| Connolly, April Lee | 8913075488 | Female | |
| **Attending Physician** | | **Attending Physician NPI (M0018)** | |
| Unknown or Not Available | | — | |
| **Patient Street Address** | **Patient Telephone Number** | | |
| | — | | |

### Additional Demographics

| Medicare Number (M0063): NA - No Medicare | SSN (M0064): | Medicaid Number (M0065): NA - No Medicaid |
|---|---|---|

### Physical Assessment - Vitals

**Chief Complaint**

**Blood Pressure**

| BP (Location) | Blood Pressure (Lying) | Blood Pressure (Sitting) | Blood Pressure (Standing) |
|---|---|---|---|
| | | 126/88 | |

**Pulse**

| Pulse (Rhythm) | Pulse (Apical) | Pulse (Radial) |
|---|---|---|

## 02/03/2022 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
## OASIS Summary (continued)

**Physical Assessment - Vitals (continued)**

74

**Pulse Oximetry**

| Pulse Oximetry (at rest) | Pulse Oximetry (after exercise) | Respirations | Temperature |
|---|---|---|---|
| | | 18 | 98 °F (36.7 °C) |

**Weight/Height**

| Weight | Height | BMI | BSA |
|---|---|---|---|
| 124 kg (273 lb) (actual) | 167.6 cm (66") | 44.06 kg/m² | 2.28 m² |

## 02/03/2022 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Appointment Information**

**OFFICE VISIT**
2/3/2022 9:15 AM

**Completed**
Copay Due: $0.00

| Time | Provider | Department | Length |
|---|---|---|---|
| 9:15 AM | Smith, Beverly, DO | MGE PC TATES CREEK | 15 min |

Arrival Time: 9:21 AM

Enc Form Number: 25405687

Notes:
Depression

History

| | | | | |
|---|---|---|---|---|
| Made On: | 2/3/2022 8:15 AM | By: | Bailey, Bonnie L, MA | ES |
| Change Notes: | 2/3/2022 8:15 AM | By: | Bailey, Bonnie L, MA | ES |
| Checked In: | 2/3/2022 9:21 AM | By: | Rollins, Ben, RegSched Rep | ES |
| Remove Arr.: | 2/3/2022 9:23 AM | By: | Baird, Alec, MA | MR |
| Checked Out: | 2/3/2022 10:03 AM | By: | Rollins, Ben, RegSched Rep | ES |

**Patient as-of Visit (group 1 of 2)**

**Active Coverages** as of 2/3/2022

**AETNA COMMERCIAL**

Plan: AETNA MC SUPP
Effective from: 1/1/2022
Guarantor: CONNOLLY,APRIL LEE

Group: 081892505200001
Subscriber: CONNOLLY,SCOTT R

Member: W211560573
Subscriber ID: W211560573

## 02/03/2022 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**History** as of 2/3/2022

**Medical History** as of 2/3/2022

**Medical last reviewed by Smith, Beverly, DO on 2/3/2022**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety | — | — | Provider |
| Asthma | — | — | Provider |

## 02/03/2022 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

| | | | | |
|---|---|---|---|---|
| Breast cancer (HCC) | — | — | | Provider |
| Depression | — | — | | Provider |
| Hashimoto's thyroiditis | — | — | | Provider |

**Surgical History** as of 2/3/2022

**Surgical last reviewed by Smith, Beverly, DO on 2/3/2022**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| TONSILLECTOMY | — | — | — | Provider |
| APPENDECTOMY | — | — | — | Provider |
| MASTECTOMY | — | — | — | Provider |
| CHOLECYSTECTOMY | N/A | 11/6/2021 | Procedure: CHOLECYSTECTOMY LAPAROSCOPIC; Surgeon: Abou-Jaoude, Walid A, MD; Location: BH LEX OR; Service: General; Laterality: N/A; | Provider |

**Family History** as of 2/3/2022

**Family History as of 2/3/2022**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Heart disease | | |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Cancer | | |

**E-cigarette/Vaping**

| Questions | Responses |
|---|---|
| E-cigarette/Vaping Use | |
| Start Date | |
| Passive Exposure | |
| Quit Date | |
| Counseling Given | |
| Comments | |

**E-cigarette/Vaping Substances**

| Questions | Responses |
|---|---|
| Nicotine | |
| THC | |
| CBD | |
| Flavoring | |
| Other | |

**E-cigarette/Vaping Devices**

| Questions | Responses |
|---|---|
| Disposable | |
| Pre-filled or Refillable Cartridge | |
| Refillable Tank | |
| Pre-filled Pod | |
| Other | |

**Substance & Sexuality History** as of 2/3/2022

**Tobacco Use as of 2/3/2022**

**Tobacco Use last reviewed by Smith, Beverly, DO on 2/3/2022**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 1.00 | 15.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | — | Never Used | — | Provider |

**Alcohol Use as of 2/3/2022**

**Alcohol Use last reviewed by Baird, Alec, MA on 2/3/2022**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | rarely | Provider |

**Drug Use as of 2/3/2022**

**Drug Use last reviewed by Baird, Alec, MA on 2/3/2022**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Yes | Marijuana | — | rare | Provider |

**Sexual Activity as of 2/3/2022**

**Sexual Activity last reviewed by Baird, Alec, MA on 2/3/2022**

## 02/03/2022 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Defer | — | — | — | Provider |

**Socioeconomic History** as of 2/3/2022

**Socioeconomic as of 2/3/2022**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Social Documentation History** as of 2/3/2022

**Social Documentation last reviewed by Baird, Alec, MA on 2/3/2022**
None

**Allergies** as of 2/3/2022

Allergies last reviewed by Smith, Beverly, DO on 2/3/2022 0949

**ADHESIVE TAPE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash, Other (See Comments)
Severity: Low
Noted on: 10/29/2015
Comments: Other reaction(s): Other (See Comments)
Skin blistering
blisters

**AZITHROMYCIN** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Nausea And Vomiting
Severity: Low
Reaction type: Intolerance
Noted on: 06/19/2012
Comments: unk
Other reaction(s): GI Distress
RxNorm: 18631

**DOXYCYCLINE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash
Severity: Low
Reaction type: Allergy
Noted on: 12/26/2018
Comments: unk
RxNorm: 3640

**ERYTHROMYCIN** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: GI Intolerance, Nausea And Vomiting
Severity: Medium
Reaction type: Intolerance
Noted on: 08/16/2011
RxNorm: 4053

**MORPHINE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: GI Intolerance, Nausea Only, Nausea And Vomiting
Severity: High
Noted on: 03/31/2016
RxNorm: 7052

**PENICILLINS** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash
Severity: Low
Noted on: 08/16/2011
NDF-RT: N0000005840

**Immunizations** as of 2/3/2022

Immunizations last reviewed by Baird, Alec, MA on 11/19/2021 1600

**Hepatitis A** *[last edited by Baird, Alec, MA on 11/19/2021 1600]*

| | | |
|---|---|---|
| Administered on: 6/12/2019 | Dose: 1 mL | Site: Right deltoid |
| Route: Intramuscular | CVX code: 52 | |
| Manufacturer: GLAXO SMITH KLINE | Lot number: N39BM | Location: 11575 |

**Tdap** *[last edited by Baird, Alec, MA on 11/19/2021 1600]*

| | | |
|---|---|---|
| Administered on: 5/24/2018 | Dose: 0.5 mL | CVX code: 115 |
| Lot number: 54B74 | Location: Mercy Health- OH, KY | |

**Immunization Review History**

| User | Reviewed On |
|---|---|
| Baird, Alec, MA | 11/19/2021 1600 |
| Graves, Laila L, RN | 11/05/2021 1641 |

## 02/03/2022 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 2 of 2)**

**Problem List** as of 2/3/2022

Problems last reviewed by Smith, Beverly, DO on 2/3/2022 0949

**Acute cholecystitis** *[last edited by Wirth, Joshua A, APRN on 11/7/2021 1107]*

This problem has been resolved.

| | | |
|---|---|---|
| Diagnosis: Acute cholecystitis<br>Chronic: No | Noted on: 11/05/2021 | Resolved on: 11/7/2021 |

**Previous Revisions**

**Acute cholecystitis** *[last edited by Mini, Jocelyn, MD on 11/5/2021 1541]*

| | | |
|---|---|---|
| Diagnosis: Acute cholecystitis | Noted on: 11/05/2021 | Chronic: No |

**Acute cholecystitis** *[last edited by Smith, Beverly, DO on 11/19/2021 1651]*

| | | |
|---|---|---|
| Diagnosis: Acute cholecystitis | Noted on: 11/19/2021 | Chronic: No |

**Annual physical exam** *[last edited by Smith, Beverly, DO on 11/19/2021 1649]*

| | | |
|---|---|---|
| Diagnosis: Annual physical exam | Noted on: 11/19/2021 | Chronic: No |

**Anxiety** *[last edited by Smith, Beverly, DO on 2/3/2022 1054]*

| | | |
|---|---|---|
| Diagnosis: Anxiety | Noted on: 02/03/2022 | Chronic: No |

**Asthma** *[last edited by Childers, Abby L, APRN on 11/5/2021 1652]*

| | | |
|---|---|---|
| Diagnosis: Asthma | Noted on: 11/05/2021 | Chronic: No |

**Depression** *[last edited by Smith, Beverly, DO on 2/3/2022 1054]*

| | | |
|---|---|---|
| Diagnosis: Depression | Noted on: 02/03/2022 | Chronic: No |

**Hashimoto's disease** *[last edited by Childers, Abby L, APRN on 11/5/2021 1652]*

| | | |
|---|---|---|
| Diagnosis: Hashimoto's disease | Noted on: 11/05/2021 | Chronic: No |

**Leukocytosis** *[last edited by Childers, Abby L, APRN on 11/5/2021 1651]*

| | | |
|---|---|---|
| Diagnosis: Leukocytosis | Noted on: 11/05/2021 | Chronic: No |

**Morbid (severe) obesity due to excess calories (HCC)** *[last edited by Smith, Beverly, DO on 11/19/2021 1649]*

| | | |
|---|---|---|
| Diagnosis: Morbid (severe) obesity due to excess calories (HCC) | Noted on: 11/19/2021 | Chronic: No |

**Multiple personalities (HCC)** *[last edited by Smith, Beverly, DO on 11/19/2021 1650]*

| | | |
|---|---|---|
| Diagnosis: Multiple personalities (HCC) | Noted on: 11/19/2021 | Chronic: No |

**Problem List Review History**

| User | Reviewed On |
|---|---|
| Smith, Beverly, DO | 02/03/2022 0949 |
| Smith, Beverly, DO | 11/19/2021 1611 |
| Wirth, Joshua A, APRN | 11/07/2021 1107 |
| Wirth, Joshua A, APRN | 11/07/2021 1107 |

**Current & Discharge Medications as of Visit**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**

**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

### Active at the End of Visit

**albuterol sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs Every 4 (Four) Hours As Needed for Wheezing.
Authorized by: Gayheart, Rebecca Lynn, PA-C — Ordered on: 7/24/2021
Start date: 7/24/2021 — Quantity: 18 g
Refill: No refills remaining

**busPIRone (BUSPAR) 10 MG tablet**

Instructions: Take 1 tablet by mouth Daily.
Authorized by: Smith, Beverly, DO — Ordered on: 11/19/2021
Start date: 11/19/2021 — Quantity: 30 tablet
Refill: 1 refill by 11/19/2022

**levothyroxine (SYNTHROID, LEVOTHROID) 50 MCG tablet**

Discontinued by: Cheek, Sarah, LPN — Discontinued on: 4/19/2022
Reason for discontinuation: Reorder
Instructions: Take 1 tablet by mouth Daily.
Authorized by: Smith, Beverly, DO — Ordered on: 11/19/2021
Start date: 11/19/2021 — Quantity: 30 tablet
Refill: 2 refills by 11/19/2022

**desvenlafaxine (PRISTIQ) 100 MG 24 hr tablet**

Discontinued by: Baird, Alec, MA — Discontinued on: 2/3/2022
Instructions: Take 1 tablet by mouth Daily.
Authorized by: Smith, Beverly, DO — Ordered on: 11/19/2021
Start date: 11/19/2021 — Quantity: 30 tablet
Refill: 1 refill by 11/19/2022

**hydrOXYzine (ATARAX) 25 MG tablet**

Instructions: Take 1 tablet by mouth 3 (Three) Times a Day As Needed for Anxiety.
Authorized by: Smith, Beverly, DO — Ordered on: 2/3/2022
Start date: 2/3/2022 — Quantity: 30 tablet
Refill: No refills remaining

### Stopped in Visit

None

## 02/03/2022 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
## Specialty MTP Audit Snapshot

**Medication Therapy Problems** Showing updates made on or before 2/3/2022

There are no MTPs to display.

**02/03/2022 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

**ED Events**

None

**02/03/2022 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

**Clinical Notes**

**Assessment & Plan Note**

**Smith, Beverly, DO at 2/3/2022 1054**

| | | |
|---|---|---|
| Author: Smith, Beverly, DO | Service: — | Author Type: Physician |
| Filed: 02/03/22 1055 | Encounter Date: 2/3/2022 | Creation Time: 02/03/22 1055 |
| Status: Written | Editor: Smith, Beverly, DO (Physician) | |

Gave her the suicide hotline number in case of any suicidal homicidal thoughts, although she repeatedly denies any. Says she is taking buspar 10 mg daily advised she can take this 2-3 times daily.

Electronically signed by Smith, Beverly, DO at 02/03/22 1055

**Smith, Beverly, DO at 2/3/2022 1055**

| | | |
|---|---|---|
| Author: Smith, Beverly, DO | Service: — | Author Type: Physician |
| Filed: 02/03/22 1055 | Encounter Date: 2/3/2022 | Creation Time: 02/03/22 1055 |
| Status: Written | Editor: Smith, Beverly, DO (Physician) | |

Have added vistaril to help with bursts of anxiety and sleep.

Electronically signed by Smith, Beverly, DO at 02/03/22 1055

**Progress Notes**

**Smith, Beverly, DO at 2/3/2022 0915**

Author: Smith, Beverly, DO
Filed: 02/03/22 1057
Status: Signed
Service: —
Encounter Date: 2/3/2022
Editor: Smith, Beverly, DO (Physician)
Author Type: Physician
Creation Time: 02/03/22 0949

**Chief Complaint**

Depression (requesting med adjustments) and Anxiety

**History of Present Illness**

Depression:
Says her depression has been "bad" and she is concerned she needs to increase her medication. Says she had a visit from her parents and they "put her on edge all the time". Her therapist is out of the office at this time. She declines any suicidal or homicidal thoughts. Says she is having trouble sleeping her brain will not shut down. She adamantly declines any suicidal or homicidal thoughts after asking her several times. Says she would not think of something like that. Has had some self harm thoughts in the past but says she is not at this time.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history, and problem list.

**OBJECTIVE:**

BP 126/88 | Pulse 74 | Temp 98 °F (36.7 °C) | Resp 18 | Ht 167.6 cm (66") | Wt 124 kg (273 lb) | SpO2 99% | BMI 44.06 kg/m²

**Physical Exam**

Constitutional:
  General: She is not in acute distress.
  Appearance: Normal appearance.
HENT:
  Head: Normocephalic and atraumatic.
Eyes:
  Extraocular Movements: Extraocular movements intact.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Heart sounds: No murmur heard.

Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
  Breath sounds: Normal breath sounds.
Abdominal:
  General: Abdomen is flat.
Musculoskeletal:
  General: No swelling.
  Cervical back: Normal range of motion.
Skin:
  Findings: No rash.
Neurological:
  General: No focal deficit present.

**Clinical Notes (continued)**

Mental Status: She is alert.
Psychiatric:
Comments: **tearful**

**Assessment and Plan**
Diagnoses and all orders for this visit:

**1. Anxiety (Primary)**
Assessment & Plan:
Have added vistaril to help with bursts of anxiety and sleep.

**2. Depression, unspecified depression type**
Assessment & Plan:
Gave her the suicide hotline number in case of any suicidal homicidal thoughts, although she repeatedly denies any. Says she is taking buspar 10 mg daily advised she can take this 2-3 times daily.

**Other orders**
- hydrOXYzine (ATARAX) 25 MG tablet; Take 1 tablet by mouth 3 (Three) Times a Day As Needed for Anxiety. Dispense: 30 tablet; Refill: 0

Says she was declined by psychiatry After our referral for having multiple personalities however I spoke with our referral coordinator and she was approved but they were not able to reach her by phone x3. Referral coordinator called her today with psychiatry number to make sure she schedules apt.

**Return in about 1 week (around 2/10/2022).**

**Beverly Tara Smith, D.O.**
**BHMG Primary Care Tates Creek**

Electronically signed by Smith, Beverly, DO at 02/03/22 1057

**02/03/2022 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

**Other Orders**

**Medications**

**hydrOXYzine (ATARAX) 25 MG tablet [427879887] (Active)**

Electronically signed by: **Smith, Beverly, DO on 02/03/22 1021** Status: **Active**
Ordering user: Smith, Beverly, DO 02/03/22 1021 Ordering provider: Smith, Beverly, DO

**Other Orders (continued)**

| | |
|---|---|
| Authorized by: Smith, Beverly, DO | Ordering mode: Standard |
| PRN reasons: Anxiety | |
| Frequency: Routine TID PRN 02/03/22 - Until Discontinued | Class: Normal |

## 02/03/2022 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

### Flowsheets

#### Encounter Vitals

| Row Name | 02/03/22 0929 |
|---|---|
| **Enc Vitals** | |
| BP | 126/88 -AB at 02/03/22 0933 |
| Pulse | 74 -AB at 02/03/22 0933 |
| Resp | 18 -AB at 02/03/22 0933 |
| Temp | 98 °F (36.7 °C) -AB at 02/03/22 0933 |
| SpO2 | 99 % -AB at 02/03/22 0933 |
| Weight | 124 kg (273 lb) -AB at 02/03/22 0933 |
| Height | 167.6 cm (66") -AB at 02/03/22 0933 |

#### Outbreak Screen

| Row Name | 02/03/22 0911 |
|---|---|
| **COVID-19 Outbreak Screening** | |
| Do you currently have a new onset of the following symptoms? | No -BR at 02/03/22 0911 |
| In the last 10 days, have you had contact with anyone who is ill, has shown any of the symptoms listed above and/or has been diagnosed with Covid-19? This includes any immediate household member but excludes any patients with whom you have | No -BR at 02/03/22 0911 |

#### Vitals Reassessment

| Row Name | 02/03/22 0929 |
|---|---|
| **Vitals Timer** | |
| Restart Vitals Timer | Yes -AB at 02/03/22 0933 |

#### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| AB | Baird, Alec, MA | 08/28/21 - | Medical Assistant | Nurse |
| BR | Rollins, Ben, RegSched Rep | 12/23/21 - 04/28/22 | Staff | — |

### Messages

**Your Recent Visit**

| From | To | Sent and Delivered |
|---|---|---|
| Beverly Smith, DO<br>Last Read in MyChart<br>Not Read | April Lee Connolly | 2/3/2022 10:57 AM |

Hi Ms. Connolly,

Thank you for letting us care for you during your recent visit on 2/3/2022. Please review your After Visit Summary for any pertinent instructions that may have been included by your medical provider. You can review your After Visit Summary by clicking the Visits button and then the 'View After Visit Summary' link under the applicable past visit.

Sincerely,
Baptist Health Medical Group

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Mychart, Generic<br>Last Read in MyChart<br>Not Read | April Lee Connolly | 2/3/2022 8:15 AM |

Appointment information:

MGE PC TATES CREEK
BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
1099 DUVAL ST, STE 100
LEXINGTON KY 40517-3062
Dept: 859-273-3888
Dept Fax: 859-272-3256

Visit Type: Office Visit
Date: 2/3/2022
Dept: BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
Provider: Smith, Beverly, DO
Time: 9:15 AM EST
Length: 15

Appt Status: Scheduled

Appt Instructions:
Arrive 15 minutes prior to appointment. If you are in need of a language or hearing interpreter please call the Department.

Thank you for trusting Baptist Health with your healthcare needs.

As part of our continued efforts to provide a safe environment for our patients and staff, we are offering eCheck-in via MyChart mobile app or desktop. You can review and update information and documents online up to 7 days prior to your appointment.
We have also added an auto-arrival process through our MyChart mobile app that will notify us of your arrival to a Baptist Clinic. More information on how to use auto-arrival, called Hello Patient can be found on our Baptist Health MyChart home page under Patient Instructions. https://mychart.baptisthealth.com,

Your safety is our first priority. If you are experiencing COVID symptoms, please call the office to discuss next steps. You may also access COVID related care using an evisit or an Urgent Care video visit option available through Baptist Health MyChart. More information regarding virtual care options can be found on our website at:
https://www.baptisthealth.com/services/baptist-health-virtual-care

# Instructions for After Discharge

**Patient Instructions**

None

- Call **911** or have someone take you to the Emergency Department if you have any of the following:
- Sudden numbness or weakness of your face, arm or leg especially on one side of the body
- Sudden confusion, difficulty speaking or trouble understanding
- Changes in your vision or loss of sight in one eye
- Sudden severe headache with no known cause
- Sudden dizziness, trouble walking, loss of balance or coordination

It is important to seek emergency care right away if you have further stroke symptoms. If you get emergency help quickly, the powerful clot-dissolving medicines can reduce the disabilities caused by a stroke.

For more information:
**American Stroke Association**
**1-888-4-STROKE**
**www.strokeassociation.org**

**IF YOU SMOKE OR USE TOBACCO PLEASE READ THE FOLLOWING:**
**Why is smoking bad for me?**
Smoking increases the risk of heart disease, lung disease, vascular disease, stroke, and cancer. If you smoke, **STOP!**

For more information:
**Quit Now Kentucky**
1-800-QUIT-NOW
https://kentucky.quitlogix.org/en-US/

If you feel like life is too tough and are thinking of suicide or injuring yourself, get help right away!

- Call 911
- Call a suicide hotline to speak to a counselor. 1-800-273-TALK or 1-800-SUICIDE

**Patient Pass**

No notes of this type exist for this encounter.

## 02/03/2022 - Letter (Out) in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider |
|---|
| Smith, Beverly, DO |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE | 1099 DUVAL ST<br>STE 100<br>Lexington KY 40515-6490 | 859-273-3888 | 859-272-3256 |

**April Lee Connolly**
**2/3/2022 Letter (Out)**
**MRN: 8913075488**

Description: **39 year old female**
Provider: **Smith, Beverly, DO**
Department: **MGE PC TATES CREEK**

## 02/03/2022 - Letter (Out) in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
## OASIS Summary

**Demographics/General Information**

| Patient Name (M0040) | Patient ID (M0020) | Gender (M0069) | Birth Date (M0066) |
|---|---|---|---|
| Connolly, April Lee | 8913075488 | Female | |
| **Attending Physician** | | **Attending Physician NPI (M0018)** | |
| Unknown or Not Available | | — | |
| **Patient Street Address** | **Patient Telephone Number** | | |
| | — | | |

**Additional Demographics**

| | | |
|---|---|---|
| Medicare Number (M0063): NA - No Medicare | SSN (M0064): | Medicaid Number (M0065): NA - No Medicaid |

## 02/03/2022 - Letter (Out) in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2)**

**Active Coverages** as of 2/3/2022

**AETNA COMMERCIAL**

| | | |
|---|---|---|
| Plan: AETNA MC SUPP | Group: 081892505200001 | Member: W211560573 |
| Effective from: 1/1/2022 | Subscriber: CONNOLLY,SCOTT R | Subscriber ID: W211560573 |
| Guarantor: CONNOLLY,APRIL LEE | | |

## 02/03/2022 - Letter (Out) in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**History** as of 2/3/2022

**Medical History** as of 2/3/2022

**Medical last reviewed by Smith, Beverly, DO on 2/3/2022**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety | — | — | Provider |
| Asthma | — | — | Provider |
| Breast cancer (HCC) | — | — | Provider |
| Depression | — | — | Provider |

| | | | | |
|---|---|---|---|---|
| Hashimoto's thyroiditis | — | — | | Provider |

**Surgical History** as of 2/3/2022

**Surgical last reviewed by Smith, Beverly, DO on 2/3/2022**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| TONSILLECTOMY | — | — | — | Provider |
| APPENDECTOMY | — | — | — | Provider |
| MASTECTOMY | — | — | — | Provider |
| CHOLECYSTECTOMY | N/A | 11/6/2021 | Procedure: CHOLECYSTECTOMY LAPAROSCOPIC; Surgeon: Abou-Jaoude, Walid A, MD; Location: BH LEX OR; Service: General; Laterality: N/A; | Provider |

**Family History** as of 2/3/2022

**Family History as of 2/3/2022**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Heart disease | | |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Cancer | | |

## 02/03/2022 - Letter (Out) in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

**E-cigarette/Vaping**

| Questions | Responses |
|---|---|
| E-cigarette/Vaping Use | |
| Start Date | |
| Passive Exposure | |
| Quit Date | |
| Counseling Given | |
| Comments | |

**E-cigarette/Vaping Substances**

| Questions | Responses |
|---|---|
| Nicotine | |
| THC | |
| CBD | |
| Flavoring | |
| Other | |

**E-cigarette/Vaping Devices**

| Questions | Responses |
|---|---|
| Disposable | |
| Pre-filled or Refillable Cartridge | |
| Refillable Tank | |
| Pre-filled Pod | |
| Other | |

**Substance & Sexuality History** as of 2/3/2022

**Tobacco Use as of 2/3/2022**

**Tobacco Use last reviewed by Smith, Beverly, DO on 2/3/2022**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 1.00 | 15.00 |
| **Types** | **Comments** | **Smokeless Tobacco Status** | **Smokeless Tobacco Quit Date** | **Source** |
| Cigarettes | — | Never Used | — | Provider |

**Alcohol Use as of 2/3/2022**

**Alcohol Use last reviewed by Baird, Alec, MA on 2/3/2022**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | rarely | Provider |

**Drug Use as of 2/3/2022**

**Drug Use last reviewed by Baird, Alec, MA on 2/3/2022**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Yes | Marijuana | — | rare | Provider |

**Sexual Activity as of 2/3/2022**

**Sexual Activity last reviewed by Baird, Alec, MA on 2/3/2022**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Defer | — | — | — | Provider |

**Socioeconomic History** as of 2/3/2022

**Socioeconomic as of 2/3/2022**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Social Documentation History** as of 2/3/2022

**Social Documentation last reviewed by Baird, Alec, MA on 2/3/2022**
None

**Allergies** as of 2/3/2022

Allergies last reviewed by Smith, Beverly, DO on 2/3/2022 0949

**ADHESIVE TAPE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash, Other (See Comments)
Severity: Low
Noted on: 10/29/2015
Comments: Other reaction(s): Other (See Comments)
Skin blistering
blisters

**AZITHROMYCIN** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Nausea And Vomiting
Severity: Low
Reaction type: Intolerance
Noted on: 06/19/2012
Comments: unk
Other reaction(s): GI Distress
RxNorm: 18631

**DOXYCYCLINE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash
Severity: Low
Reaction type: Allergy
Noted on: 12/26/2018
Comments: unk
RxNorm: 3640

**ERYTHROMYCIN** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: GI Intolerance, Nausea And Vomiting
Severity: Medium
Reaction type: Intolerance
Noted on: 08/16/2011
RxNorm: 4053

**MORPHINE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: GI Intolerance, Nausea Only, Nausea And Vomiting
Severity: High
Noted on: 03/31/2016
RxNorm: 7052

**PENICILLINS** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash
Severity: Low
Noted on: 08/16/2011
NDF-RT: N0000005840

## 02/03/2022 - Letter (Out) in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

**Immunizations** as of 2/3/2022

Immunizations last reviewed by Baird, Alec, MA on 11/19/2021 1600

**Hepatitis A** *[last edited by Baird, Alec, MA on 11/19/2021 1600]*

| | | |
|---|---|---|
| Administered on: 6/12/2019 | Dose: 1 mL | Site: Right deltoid |
| Route: Intramuscular | CVX code: 52 | |
| Manufacturer: GLAXO SMITH KLINE | Lot number: N39BM | Location: 11575 |

**Tdap** *[last edited by Baird, Alec, MA on 11/19/2021 1600]*

| | | |
|---|---|---|
| Administered on: 5/24/2018 | Dose: 0.5 mL | CVX code: 115 |
| Lot number: 54B74 | Location: Mercy Health- OH, KY | |

**Immunization Review History**

| User | Reviewed On |
|---|---|
| Baird, Alec, MA | 11/19/2021 1600 |
| Graves, Laila L, RN | 11/05/2021 1641 |

## 02/03/2022 - Letter (Out) in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 2 of 2)**

**Problem List** as of 2/3/2022

Problems last reviewed by Smith, Beverly, DO on 2/3/2022 0949

**Acute cholecystitis** *[last edited by Wirth, Joshua A, APRN on 11/7/2021 1107]*

This problem has been resolved.

Diagnosis: Acute cholecystitis
Chronic: No
Noted on: 11/05/2021
Resolved on: 11/7/2021

**Previous Revisions**

**Acute cholecystitis** *[last edited by Mini, Jocelyn, MD on 11/5/2021 1541]*

Diagnosis: Acute cholecystitis | Noted on: 11/05/2021 | Chronic: No

**Acute cholecystitis** *[last edited by Smith, Beverly, DO on 11/19/2021 1651]*

Diagnosis: Acute cholecystitis | Noted on: 11/19/2021 | Chronic: No

**Annual physical exam** *[last edited by Smith, Beverly, DO on 11/19/2021 1649]*

Diagnosis: Annual physical exam | Noted on: 11/19/2021 | Chronic: No

**Anxiety** *[last edited by Smith, Beverly, DO on 2/3/2022 1054]*

Diagnosis: Anxiety | Noted on: 02/03/2022 | Chronic: No

**Asthma** *[last edited by Childers, Abby L, APRN on 11/5/2021 1652]*

Diagnosis: Asthma | Noted on: 11/05/2021 | Chronic: No

**Depression** *[last edited by Smith, Beverly, DO on 2/3/2022 1054]*

Diagnosis: Depression | Noted on: 02/03/2022 | Chronic: No

**Hashimoto's disease** *[last edited by Childers, Abby L, APRN on 11/5/2021 1652]*

Diagnosis: Hashimoto's disease | Noted on: 11/05/2021 | Chronic: No

**Leukocytosis** *[last edited by Childers, Abby L, APRN on 11/5/2021 1651]*

Diagnosis: Leukocytosis | Noted on: 11/05/2021 | Chronic: No

**Morbid (severe) obesity due to excess calories (HCC)** *[last edited by Smith, Beverly, DO on 11/19/2021 1649]*

Diagnosis: Morbid (severe) obesity due to excess calories (HCC) | Noted on: 11/19/2021 | Chronic: No

**Multiple personalities (HCC)** *[last edited by Smith, Beverly, DO on 11/19/2021 1650]*

Diagnosis: Multiple personalities (HCC) | Noted on: 11/19/2021 | Chronic: No

**Problem List Review History**

| User | Reviewed On |
|---|---|
| Smith, Beverly, DO | 02/03/2022 0949 |
| Smith, Beverly, DO | 11/19/2021 1611 |
| Wirth, Joshua A, APRN | 11/07/2021 1107 |
| Wirth, Joshua A, APRN | 11/07/2021 1107 |

## 02/03/2022 - Letter (Out) in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
## Specialty MTP Audit Snapshot

**Medication Therapy Problems** Showing updates made on or before 2/3/2022

There are no MTPs to display.

**02/03/2022 - Letter (Out) in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

**ED Events**

None

**02/03/2022 - Letter (Out) in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

**Letters**

**Letter by Smith, Beverly, DO on 2/3/2022**

Status: Sent
Letter body:

February 3, 2022

April Lee Connolly

Dear Ms. Connolly:

We received a referral from your primary care physician, Smith, Beverly, for you to see a behavioral health specialist.

Our behavioral health virtual clinic has been trying to reach you to schedule an appointment.

If you are interested in this service, please contact them 606-526-4429.

**Thank you!**

# Instructions for After Discharge

**Patient Instructions**

None

- Call **911** or have someone take you to the Emergency Department if you have any of the following:
- Sudden numbness or weakness of your face, arm or leg especially on one side of the body
- Sudden confusion, difficulty speaking or trouble understanding
- Changes in your vision or loss of sight in one eye
- Sudden severe headache with no known cause
- Sudden dizziness, trouble walking, loss of balance or coordination

It is important to seek emergency care right away if you have further stroke symptoms. If you get emergency help quickly, the powerful clot-dissolving medicines can reduce the disabilities caused by a stroke.

For more information:
**American Stroke Association**

**1-888-4-STROKE**
**www.strokeassociation.org**

**IF YOU SMOKE OR USE TOBACCO PLEASE READ THE FOLLOWING:**
**Why is smoking bad for me?**
Smoking increases the risk of heart disease, lung disease, vascular disease, stroke, and cancer. If you smoke, **STOP!**

For more information:
**Quit Now Kentucky**
1-800-QUIT-NOW
https://kentucky.quitlogix.org/en-US/

If you feel like life is too tough and are thinking of suicide or injuring yourself, get help right away!
- Call 911
- Call a suicide hotline to speak to a counselor. 1-800-273-TALK or 1-800-SUICIDE

**Patient Pass**

No notes of this type exist for this encounter.

## 02/03/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE

**Visit Information**

**Contacts**

| | Type | Contact | Phone/Fax | User |
|---|---|---|---|---|
| 02/03/2022 11:21 AM EST | Interface (Incoming) | WALGREENS DRUG STORE #19672 - LEXINGTON, KY - 4101 TATES CREEK CENTRE DR STE 156 AT NWC OF TATES CREEK CENTRE DRIVE & M - 859-273-0222 PH - 859-971-3452 FX | 859-273-0222 | Interface, Surescripts In |

**Nursing Assessment**

No Nursing Assessment available for this encounter.

**Clinical Impression/Visit Diagnoses**

Chief complaint: Med Refill

**April Lee Connolly**
**2/3/2022 Refill**
**MRN: 8913075488**

Description: **39 year old female**
Provider: **Smith, Beverly, DO**
Department: **MGE PC TATES CREEK**

## 02/03/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
## OASIS Summary

**Demographics/General Information**

| Patient Name (M0040) | Patient ID (M0020) | Gender (M0069) | Birth Date (M0066) |
|---|---|---|---|
| Connolly, April Lee | 8913075488 | Female | |
| **Attending Physician** | | **Attending Physician NPI (M0018)** | |
| Unknown or Not Available | | — | |
| **Patient Street Address** | **Patient Telephone Number** | | |
| | — | | |

**Additional Demographics**

| | | |
|---|---|---|
| Medicare Number (M0063): NA - No Medicare | SSN (M0064): | Medicaid Number (M0065): NA - No Medicaid |

## 02/03/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2)**

**Active Coverages** as of 2/3/2022

**AETNA COMMERCIAL**

| | | |
|---|---|---|
| Plan: AETNA MC SUPP | Group: 081892505200001 | Member: W211560573 |
| Effective from: 1/1/2022 | Subscriber: CONNOLLY,SCOTT R | Subscriber ID: W211560573 |
| Guarantor: CONNOLLY,APRIL LEE | | |

## 02/03/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**History** as of 2/3/2022

**Medical History** as of 2/3/2022

**Medical last reviewed by Smith, Beverly, DO on 2/3/2022**

**Past Medical History**

## 02/03/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety | — | — | Provider |
| Asthma | — | — | Provider |
| Breast cancer (HCC) | — | — | Provider |
| Depression | — | — | Provider |
| Hashimoto's thyroiditis | — | — | Provider |

**Surgical History** as of 2/3/2022

**Surgical last reviewed by Smith, Beverly, DO on 2/3/2022**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| TONSILLECTOMY | — | — | — | Provider |
| APPENDECTOMY | — | — | — | Provider |
| MASTECTOMY | — | — | — | Provider |
| CHOLECYSTECTOMY | N/A | 11/6/2021 | Procedure: CHOLECYSTECTOMY LAPAROSCOPIC; Surgeon: Abou-Jaoude, Walid A, MD; Location: BH LEX OR; Service: General; Laterality: N/A; | Provider |

**Family History** as of 2/3/2022

**Family History as of 2/3/2022**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Heart disease | | |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

## 02/03/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

| Condition | Age of Onset | Comment |
|---|---|---|
| Cancer | | |

**E-cigarette/Vaping**

| Questions | Responses |
|---|---|
| E-cigarette/Vaping Use | |
| Start Date | |
| Passive Exposure | |
| Quit Date | |
| Counseling Given | |
| Comments | |

**E-cigarette/Vaping Substances**

| Questions | Responses |
|---|---|
| Nicotine | |
| THC | |
| CBD | |
| Flavoring | |
| Other | |

**E-cigarette/Vaping Devices**

| Questions | Responses |
|---|---|
| Disposable | |
| Pre-filled or Refillable Cartridge | |
| Refillable Tank | |
| Pre-filled Pod | |
| Other | |

**Substance & Sexuality History** as of 2/3/2022

**Tobacco Use as of 2/3/2022**

**Tobacco Use last reviewed by Smith, Beverly, DO on 2/3/2022**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 1.00 | 15.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | — | Never Used | — | Provider |

**Alcohol Use as of 2/3/2022**

**Alcohol Use last reviewed by Baird, Alec, MA on 2/3/2022**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | rarely | Provider |

**Drug Use as of 2/3/2022**

**Drug Use last reviewed by Baird, Alec, MA on 2/3/2022**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Yes | Marijuana | — | rare | Provider |

**Sexual Activity as of 2/3/2022**

**Sexual Activity last reviewed by Baird, Alec, MA on 2/3/2022**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Defer | — | — | — | Provider |

**Socioeconomic History** as of 2/3/2022

**Socioeconomic as of 2/3/2022**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Social Documentation History** as of 2/3/2022

**Social Documentation last reviewed by Baird, Alec, MA on 2/3/2022**
None

**Allergies** as of 2/3/2022

Allergies last reviewed by Smith, Beverly, DO on 2/3/2022 0949

**ADHESIVE TAPE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash, Other (See Comments)
Severity: Low
Noted on: 10/29/2015
Comments: Other reaction(s): Other (See Comments)
Skin blistering
blisters

**AZITHROMYCIN** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Nausea And Vomiting
Severity: Low
Reaction type: Intolerance
Noted on: 06/19/2012
Comments: unk
Other reaction(s): GI Distress
RxNorm: 18631

**DOXYCYCLINE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash
Severity: Low
Reaction type: Allergy
Noted on: 12/26/2018
Comments: unk
RxNorm: 3640

**ERYTHROMYCIN** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: GI Intolerance, Nausea And Vomiting
Severity: Medium
Reaction type: Intolerance
Noted on: 08/16/2011
RxNorm: 4053

**MORPHINE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: GI Intolerance, Nausea Only, Nausea And Vomiting
Severity: High
Noted on: 03/31/2016
RxNorm: 7052

## 02/03/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

**PENICILLINS** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

| | |
|---|---|
| Reactions: Rash | Severity: Low |
| Noted on: 08/16/2011 | NDF-RT: N0000005840 |

**Immunizations** as of 2/3/2022

Immunizations last reviewed by Baird, Alec, MA on 11/19/2021 1600

**Hepatitis A** *[last edited by Baird, Alec, MA on 11/19/2021 1600]*

| | | |
|---|---|---|
| Administered on: 6/12/2019 | Dose: 1 mL | Site: Right deltoid |
| Route: Intramuscular | CVX code: 52 | |
| Manufacturer: GLAXO SMITH KLINE | Lot number: N39BM | Location: 11575 |

**Tdap** *[last edited by Baird, Alec, MA on 11/19/2021 1600]*

| | | |
|---|---|---|
| Administered on: 5/24/2018 | Dose: 0.5 mL | CVX code: 115 |
| Lot number: 54B74 | Location: Mercy Health- OH, KY | |

**Immunization Review History**

| User | Reviewed On |
|---|---|
| Baird, Alec, MA | 11/19/2021 1600 |
| Graves, Laila L, RN | 11/05/2021 1641 |

## 02/03/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 2 of 2)**

**Problem List** as of 2/3/2022

Problems last reviewed by Smith, Beverly, DO on 2/3/2022 0949

**Acute cholecystitis** *[last edited by Wirth, Joshua A, APRN on 11/7/2021 1107]*

This problem has been resolved.

Diagnosis: Acute cholecystitis | Noted on: 11/05/2021 | Resolved on: 11/7/2021
Chronic: No

**Previous Revisions**

**Acute cholecystitis** *[last edited by Mini, Jocelyn, MD on 11/5/2021 1541]*

Diagnosis: Acute cholecystitis | Noted on: 11/05/2021 | Chronic: No

**Acute cholecystitis** *[last edited by Smith, Beverly, DO on 11/19/2021 1651]*

Diagnosis: Acute cholecystitis | Noted on: 11/19/2021 | Chronic: No

**Annual physical exam** *[last edited by Smith, Beverly, DO on 11/19/2021 1649]*

Diagnosis: Annual physical exam | Noted on: 11/19/2021 | Chronic: No

**Anxiety** *[last edited by Smith, Beverly, DO on 2/3/2022 1054]*

Diagnosis: Anxiety | Noted on: 02/03/2022 | Chronic: No

**Asthma** *[last edited by Childers, Abby L, APRN on 11/5/2021 1652]*

Diagnosis: Asthma | Noted on: 11/05/2021 | Chronic: No

**Depression** *[last edited by Smith, Beverly, DO on 2/3/2022 1054]*

Diagnosis: Depression | Noted on: 02/03/2022 | Chronic: No

**Hashimoto's disease** *[last edited by Childers, Abby L, APRN on 11/5/2021 1652]*

Diagnosis: Hashimoto's disease | Noted on: 11/05/2021 | Chronic: No

**Leukocytosis** *[last edited by Childers, Abby L, APRN on 11/5/2021 1651]*

Diagnosis: Leukocytosis | Noted on: 11/05/2021 | Chronic: No

**Morbid (severe) obesity due to excess calories (HCC)** *[last edited by Smith, Beverly, DO on 11/19/2021 1649]*

Diagnosis: Morbid (severe) obesity due to excess calories (HCC) | Noted on: 11/19/2021 | Chronic: No

**Multiple personalities (HCC)** *[last edited by Smith, Beverly, DO on 11/19/2021 1650]*

Diagnosis: Multiple personalities (HCC) | Noted on: 11/19/2021 | Chronic: No

**Problem List Review History**

| User | Reviewed On |
|---|---|
| Smith, Beverly, DO | 02/03/2022 0949 |
| Smith, Beverly, DO | 11/19/2021 1611 |
| Wirth, Joshua A, APRN | 11/07/2021 1107 |
| Wirth, Joshua A, APRN | 11/07/2021 1107 |

**Current & Discharge Medications as of Visit**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**

## 02/03/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Current & Discharge Medications as of Visit (continued)**

**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**albuterol sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs Every 4 (Four) Hours As Needed for Wheezing.
Authorized by: Gayheart, Rebecca Lynn, PA-C — Ordered on: 7/24/2021
Start date: 7/24/2021 — Quantity: 18 g
Refill: No refills remaining

**busPIRone (BUSPAR) 10 MG tablet**

Instructions: Take 1 tablet by mouth Daily.
Authorized by: Smith, Beverly, DO — Ordered on: 11/19/2021
Start date: 11/19/2021 — Quantity: 30 tablet
Refill: 1 refill by 11/19/2022

**levothyroxine (SYNTHROID, LEVOTHROID) 50 MCG tablet**

Discontinued by: Cheek, Sarah, LPN — Discontinued on: 4/19/2022
Reason for discontinuation: Reorder
Instructions: Take 1 tablet by mouth Daily.
Authorized by: Smith, Beverly, DO — Ordered on: 11/19/2021
Start date: 11/19/2021 — Quantity: 30 tablet
Refill: 2 refills by 11/19/2022

**hydrOXYzine (ATARAX) 25 MG tablet**

Instructions: Take 1 tablet by mouth 3 (Three) Times a Day As Needed for Anxiety.
Authorized by: Smith, Beverly, DO — Ordered on: 2/3/2022
Start date: 2/3/2022 — Quantity: 30 tablet
Refill: No refills remaining

**desvenlafaxine (PRISTIQ) 100 MG 24 hr tablet**

Discontinued by: Lewis, Katrina, MA — Discontinued on: 4/9/2022
Instructions: TAKE 1 TABLET BY MOUTH DAILY
Authorized by: Smith, Beverly, DO — Ordered on: 2/3/2022
Start date: 2/3/2022 — Quantity: 30 tablet
Refill: 1 refill by 2/3/2023

**Stopped in Visit**

None

## 02/03/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
## Specialty MTP Audit Snapshot

**Medication Therapy Problems** Showing updates made on or before 2/3/2022

There are no MTPs to display.

**02/03/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

**ED Events**

None

**02/03/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

**Other Orders**

**Medications**

**desvenlafaxine (PRISTIQ) 100 MG 24 hr tablet [427879888] (Discontinued)**

Electronically signed by: **Baird, Alec, MA on 02/03/22 1123**
Status: **Discontinued**
Ordering user: Baird, Alec, MA 02/03/22 1123
Ordering provider: Smith, Beverly, DO
Authorized by: Smith, Beverly, DO
Ordering mode: Per protocol: no cosign required
Frequency: Daily 02/03/22 - 04/09/22
Class: Normal
Released by: Baird, Alec, MA 02/03/22 1123
Discontinued by: Lewis, Katrina, MA 04/09/22 0926
Reordered from: desvenlafaxine (PRISTIQ) 100 MG 24 hr tablet

**Messages**

**Your Approved Medications**

| From | To | Sent and Delivered |
|---|---|---|
| Mychart, Generic<br>Last Read in MyChart<br>2/3/2022 4:25 PM by April Lee Connolly | April Lee Connolly | 2/3/2022 11:33 AM |

- desvenlafaxine (PRISTIQ) 100 MG 24 hr tablet

Your prescription(s) have been approved but may not be ready for pick-up. If the prescription is to be written, please call or wait for confirmation from your physician's/provider's office.

If you have any questions about your prescription, please epichttps://medadvice[send a message] to your physician/provider.

# Instructions for After Discharge

**Patient Instructions**

None

- Call **911** or have someone take you to the Emergency Department if you have any of the following:
- Sudden numbness or weakness of your face, arm or leg especially on one side of the body
- Sudden confusion, difficulty speaking or trouble understanding
- Changes in your vision or loss of sight in one eye
- Sudden severe headache with no known cause

**02/03/2022 - Refill in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

- Sudden dizziness, trouble walking, loss of balance or coordination

It is important to seek emergency care right away if you have further stroke symptoms. If you get emergency help quickly, the powerful clot-dissolving medicines can reduce the disabilities caused by a stroke.

For more information:
**American Stroke Association**
**1-888-4-STROKE**
**www.strokeassociation.org**

**IF YOU SMOKE OR USE TOBACCO PLEASE READ THE FOLLOWING:**
**Why is smoking bad for me?**
Smoking increases the risk of heart disease, lung disease, vascular disease, stroke, and cancer. If you smoke, **STOP!**

For more information:
**Quit Now Kentucky**
1-800-QUIT-NOW
https://kentucky.quitlogix.org/en-US/

If you feel like life is too tough and are thinking of suicide or injuring yourself, get help right away!
- Call 911
- Call a suicide hotline to speak to a counselor. 1-800-273-TALK or 1-800-SUICIDE

**Patient Pass**

No notes of this type exist for this encounter.

## 11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Smith, Beverly, DO | Smith, Beverly, DO |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE | 1099 DUVAL ST<br>STE 100<br>Lexington KY 40515-6490 | 859-273-3888 | 859-272-3256 |

**Follow-up and Dispositions**

- Return in about 3 months (around 2/19/2022).

**Level of Service**

| Level of Service |
|---|
| **PR PREVENTIVE VISIT,NEW,18-39** |

| Log History |
|---|
| Additional EM Code History |

**Clinical Impression/Visit Diagnoses**

Chief complaints: Depression and Insomnia
Visit diagnoses:

- **Annual physical exam (primary)**
- Morbid (severe) obesity due to excess calories (HCC)
- Mild intermittent asthma without complication
- Hashimoto's disease
- Multiple personalities (HCC)
- Acute cholecystitis

**April Lee Connolly**
**11/19/2021 4:00 PM Office Visit**
**MRN: 8913075488**

Description: **39 year old female**
Provider: **Smith, Beverly, DO**
Department: **MGE PC TATES CREEK**

## 11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
## OASIS Summary

**Demographics/General Information**

| Patient Name (M0040) | Patient ID (M0020) | Gender (M0069) | Birth Date (M0066) |
|---|---|---|---|
| Connolly, April Lee | 8913075488 | Female | |

| Attending Physician | Attending Physician NPI (M0018) |
|---|---|
| Unknown or Not Available | — |

| Patient Street Address | Patient Telephone Number |
|---|---|
| | — |

**Additional Demographics**

| | | |
|---|---|---|
| Medicare Number (M0063): NA - No Medicare | SSN (M0064): | Medicaid Number (M0065): NA - No Medicaid |

**Physical Assessment - Vitals**

**Chief Complaint**

**Blood Pressure**

## 11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
## OASIS Summary (continued)

**Physical Assessment - Vitals (continued)**

| BP (Location) | Blood Pressure (Lying) | Blood Pressure (Sitting) | Blood Pressure (Standing) |
|---|---|---|---|
| | | 118/80 | |

**Pulse**

| Pulse (Rhythm) | Pulse (Apical) | Pulse (Radial) |
|---|---|---|
| | | 81 |

**Pulse Oximetry**

| Pulse Oximetry (at rest) | Pulse Oximetry (after exercise) | Respirations | Temperature |
|---|---|---|---|
| | | 16 | 97 °F (36.1 °C) |

**Weight/Height**

| Weight | Height | BMI | BSA |
|---|---|---|---|
| 123 kg (272 lb) (actual) | 167.6 cm (66") | 43.90 kg/m² | 2.28 m² |

## 11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Appointment Information**

**NEW PATIENT**
11/19/2021 4:00 PM

**Completed**
Copay Due: $0.00

| Time | Provider | Department | Length |
|---|---|---|---|
| 4:00 PM | Smith, Beverly, DO | MGE PC TATES CREEK | 30 min |

Arrival Time: 3:50 PM

Enc Form Number: 24023376

Notes:
ADD, MEDICATION REVIEW

History

| | | | | |
|---|---|---|---|---|
| Made On: | 11/18/2021 3:06 PM | By: | Turpin, Lauralee, RegSched Rep | ES |
| Confirmed: | 11/18/2021 4:14 PM | By: | Interface, Well | EDI |
| Sign In: | 11/19/2021 3:49 PM | By: | Allen, Brittany M, PCT | ES |
| Checked In: | 11/19/2021 3:50 PM | By: | Allen, Brittany M, PCT | ES |
| Remove Arr.: | 11/19/2021 3:54 PM | By: | Baird, Alec, MA | MR |
| Checked Out: | 11/19/2021 4:45 PM | By: | Allen, Brittany M, PCT | ES |

**Patient as-of Visit (group 1 of 2)**

**Active Coverages** as of 11/19/2021

**UMR**

| | | |
|---|---|---|
| Plan: UMR | Group: 76414109 | Member: 21324453 |
| Effective from: 1/1/2020 | Effective to: 2/2/2022 | Subscriber: CONNOLLY,APRIL LEE |
| Subscriber ID: 21324453 | Guarantor: CONNOLLY,APRIL LEE | |

## 11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**History** as of 11/19/2021

**Medical History** as of 11/19/2021

**Medical last reviewed by Smith, Beverly, DO on 11/19/2021**

**Past Medical History**

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Anxiety | — | — | Provider |
| Asthma | — | — | Provider |
| Breast cancer (HCC) | — | — | Provider |
| Depression | — | — | Provider |
| Hashimoto's thyroiditis | — | — | Provider |

**Surgical History** as of 11/19/2021

**Surgical last reviewed by Smith, Beverly, DO on 11/19/2021**

**Past Surgical History**

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| TONSILLECTOMY | — | — | — | Provider |
| APPENDECTOMY | — | — | — | Provider |
| MASTECTOMY | — | — | — | Provider |
| CHOLECYSTECTOMY | N/A | 11/6/2021 | Procedure: CHOLECYSTECTOMY LAPAROSCOPIC; Surgeon: Abou-Jaoude, Walid A, MD; Location: BH LEX OR; Service: General; Laterality: N/A; | Provider |

**Family History** as of 11/19/2021

**Family History as of 11/19/2021**

**Father**

Relationship: Father
Name: —
Status: —
Age: —
Genetic Sex: Male
Gender Identity: Male
Father: —
Mother: —
Linked with: —
Comment: —
Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Heart disease | | |

**Mother**

Relationship: Mother
Name: —
Status: —
Age: —
Genetic Sex: Female
Gender Identity: Female
Father: —
Mother: —
Linked with: —
Comment: —

## 11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

Fertility Status: —
Fertility Comment: —

| Condition | Age of Onset | Comment |
|---|---|---|
| Cancer | | |

**E-cigarette/Vaping**

| Questions | Responses |
|---|---|
| E-cigarette/Vaping Use | |
| Start Date | |
| Passive Exposure | |
| Quit Date | |
| Counseling Given | |
| Comments | |

**E-cigarette/Vaping Substances**

| Questions | Responses |
|---|---|
| Nicotine | |
| THC | |
| CBD | |
| Flavoring | |
| Other | |

**E-cigarette/Vaping Devices**

| Questions | Responses |
|---|---|
| Disposable | |
| Pre-filled or Refillable Cartridge | |
| Refillable Tank | |
| Pre-filled Pod | |
| Other | |

**Substance & Sexuality History** as of 11/19/2021

**Tobacco Use as of 11/19/2021**

**Tobacco Use last reviewed by Smith, Beverly, DO on 11/19/2021**

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Current Every Day Smoker | — | — | 1.00 | 15.00 |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| Cigarettes | — | Never Used | — | Provider |

**Alcohol Use as of 11/19/2021**

**Alcohol Use last reviewed by Baird, Alec, MA on 11/19/2021**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Not Currently | | — | rarely | Provider |

**Drug Use as of 11/19/2021**

**Drug Use last reviewed by Baird, Alec, MA on 11/19/2021**

## 11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Yes | Marijuana | — | rare | Provider |

**Sexual Activity as of 11/19/2021**

**Sexual Activity last reviewed by Baird, Alec, MA on 11/19/2021**

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Defer | — | — | — | Provider |

**Socioeconomic History** as of 11/19/2021

**Socioeconomic as of 11/19/2021**

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | White or Caucasian | Provider |

**Social Documentation History** as of 11/19/2021

**Social Documentation last reviewed by Baird, Alec, MA on 11/19/2021**
None

**Allergies** as of 11/19/2021

Allergies last reviewed by Smith, Beverly, DO on 11/19/2021 1611

**ADHESIVE TAPE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash, Other (See Comments) Severity: Low
Noted on: 10/29/2015
Comments: Other reaction(s): Other (See Comments)
Skin blistering
blisters

**AZITHROMYCIN** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Nausea And Vomiting Severity: Low
Reaction type: Intolerance Noted on: 06/19/2012
Comments: unk
Other reaction(s): GI Distress
RxNorm: 18631

**DOXYCYCLINE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: Rash Severity: Low
Reaction type: Allergy Noted on: 12/26/2018
Comments: unk
RxNorm: 3640

**ERYTHROMYCIN** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

Reactions: GI Intolerance, Nausea And Vomiting Severity: Medium
Reaction type: Intolerance Noted on: 08/16/2011
RxNorm: 4053

**MORPHINE** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

## 11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

| | |
|---|---|
| Reactions: GI Intolerance, Nausea Only, Nausea And Vomiting | Severity: High |
| Noted on: 03/31/2016 | RxNorm: 7052 |

**PENICILLINS** *[last edited by Gay, Teresa, RN on 12/6/2019 1435]*

| | |
|---|---|
| Reactions: Rash | Severity: Low |
| Noted on: 08/16/2011 | NDF-RT: N0000005840 |

**Immunizations** as of 11/19/2021

Immunizations last reviewed by Baird, Alec, MA on 11/19/2021 1600

**Hepatitis A** *[last edited by Baird, Alec, MA on 11/19/2021 1600]*

| | | |
|---|---|---|
| Administered on: 6/12/2019 | Dose: 1 mL | Site: Right deltoid |
| Route: Intramuscular | CVX code: 52 | |
| Manufacturer: GLAXO SMITH KLINE | Lot number: N39BM | Location: 11575 |

**Tdap** *[last edited by Baird, Alec, MA on 11/19/2021 1600]*

| | | |
|---|---|---|
| Administered on: 5/24/2018 | Dose: 0.5 mL | CVX code: 115 |
| Lot number: 54B74 | Location: Mercy Health- OH, KY | |

**Immunization Review History**

| User | Reviewed On |
|---|---|
| Baird, Alec, MA | 11/19/2021 1600 |
| Graves, Laila L, RN | 11/05/2021 1641 |

**Patient as-of Visit (group 2 of 2)**

**Problem List** as of 11/19/2021

Problems last reviewed by Smith, Beverly, DO on 11/19/2021 1611

**Acute cholecystitis** *[last edited by Wirth, Joshua A, APRN on 11/7/2021 1107]*

This problem has been resolved.

Diagnosis: Acute cholecystitis — Noted on: 11/05/2021 — Resolved on: 11/7/2021
Chronic: No

**Previous Revisions**

**Acute cholecystitis** *[last edited by Mini, Jocelyn, MD on 11/5/2021 1541]*

Diagnosis: Acute cholecystitis — Noted on: 11/05/2021 — Chronic: No

**Acute cholecystitis** *[last edited by Smith, Beverly, DO on 11/19/2021 1651]*

Diagnosis: Acute cholecystitis — Noted on: 11/19/2021 — Chronic: No

**Annual physical exam** *[last edited by Smith, Beverly, DO on 11/19/2021 1649]*

Diagnosis: Annual physical exam — Noted on: 11/19/2021 — Chronic: No

**Asthma** *[last edited by Childers, Abby L, APRN on 11/5/2021 1652]*

Diagnosis: Asthma — Noted on: 11/05/2021 — Chronic: No

**Hashimoto's disease** *[last edited by Childers, Abby L, APRN on 11/5/2021 1652]*

Diagnosis: Hashimoto's disease — Noted on: 11/05/2021 — Chronic: No

**Leukocytosis** *[last edited by Childers, Abby L, APRN on 11/5/2021 1651]*

Diagnosis: Leukocytosis — Noted on: 11/05/2021 — Chronic: No

**Morbid (severe) obesity due to excess calories (HCC)** *[last edited by Smith, Beverly, DO on 11/19/2021 1649]*

Diagnosis: Morbid (severe) obesity due to excess calories (HCC) — Noted on: 11/19/2021 — Chronic: No

**Multiple personalities (HCC)** *[last edited by Smith, Beverly, DO on 11/19/2021 1650]*

Diagnosis: Multiple personalities (HCC) — Noted on: 11/19/2021 — Chronic: No

**Problem List Review History**

| User | Reviewed On |
|---|---|
| Smith, Beverly, DO | 11/19/2021 1611 |
| Wirth, Joshua A, APRN | 11/07/2021 1107 |
| Wirth, Joshua A, APRN | 11/07/2021 1107 |

**Current & Discharge Medications as of Visit**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.
For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

**albuterol sulfate HFA 108 (90 Base) MCG/ACT inhaler**

Instructions: Inhale 2 puffs Every 4 (Four) Hours As Needed for Wheezing.
Authorized by: Gayheart, Rebecca Lynn, PA-C — Ordered on: 7/24/2021

## 11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Current & Discharge Medications as of Visit (continued)**

Start date: 7/24/2021 Quantity: 18 g
Refill: No refills remaining

**busPIRone (BUSPAR) 10 MG tablet**

Instructions: Take 1 tablet by mouth Daily.
Authorized by: Smith, Beverly, DO — Ordered on: 11/19/2021
Start date: 11/19/2021 — Quantity: 30 tablet
Refill: 1 refill by 11/19/2022

**levothyroxine (SYNTHROID, LEVOTHROID) 50 MCG tablet**

Discontinued by: Cheek, Sarah, LPN — Discontinued on: 4/19/2022
Reason for discontinuation: Reorder
Instructions: Take 1 tablet by mouth Daily.
Authorized by: Smith, Beverly, DO — Ordered on: 11/19/2021
Start date: 11/19/2021 — Quantity: 30 tablet
Refill: 2 refills by 11/19/2022

**desvenlafaxine (PRISTIQ) 100 MG 24 hr tablet**

Discontinued by: Baird, Alec, MA — Discontinued on: 2/3/2022
Instructions: Take 1 tablet by mouth Daily.
Authorized by: Smith, Beverly, DO — Ordered on: 11/19/2021
Start date: 11/19/2021 — Quantity: 30 tablet
Refill: 1 refill by 11/19/2022

**Stopped in Visit**

None

## 11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
## Specialty MTP Audit Snapshot

**Medication Therapy Problems** Showing updates made on or before 11/19/2021

There are no MTPs to display.

**11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

**ED Events**

None

**11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

**11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

**Clinical Notes**

**Assessment & Plan Note**

**Smith, Beverly, DO at 11/19/2021 1650**

| | | |
|---|---|---|
| Author: Smith, Beverly, DO | Service: — | Author Type: Physician |
| Filed: 11/19/21 1650 | Encounter Date: 11/19/2021 | Creation Time: 11/19/21 1650 |
| Status: Written | Editor: Smith, Beverly, DO (Physician) | |

Will refer to behavioral health.

Electronically signed by Smith, Beverly, DO at 11/19/21 1650

**Smith, Beverly, DO at 11/19/2021 1650**

| | | |
|---|---|---|
| Author: Smith, Beverly, DO | Service: — | Author Type: Physician |
| Filed: 11/19/21 1650 | Encounter Date: 11/19/2021 | Creation Time: 11/19/21 1650 |
| Status: Written | Editor: Smith, Beverly, DO (Physician) | |

Check vitamin D

Electronically signed by Smith, Beverly, DO at 11/19/21 1650

**Smith, Beverly, DO at 11/19/2021 1650**

| | | |
|---|---|---|
| Author: Smith, Beverly, DO | Service: — | Author Type: Physician |
| Filed: 11/19/21 1650 | Encounter Date: 11/19/2021 | Creation Time: 11/19/21 1650 |
| Status: Written | Editor: Smith, Beverly, DO (Physician) | |

Recheck thyroid

Electronically signed by Smith, Beverly, DO at 11/19/21 1650

**Smith, Beverly, DO at 11/19/2021 1651**

| | | |
|---|---|---|
| Author: Smith, Beverly, DO | Service: — | Author Type: Physician |
| Filed: 11/19/21 1651 | Encounter Date: 11/19/2021 | Creation Time: 11/19/21 1651 |
| Status: Written | Editor: Smith, Beverly, DO (Physician) | |

Has wounds from surgery on her abdomen that are clean and without signs of infection. I have encouraged her to follow up with her surgeon and to finish her antibiotics. No stomach pain nausea vomiting or difficulty eating. No fevers.

Electronically signed by Smith, Beverly, DO at 11/19/21 1651

**Smith, Beverly, DO at 11/19/2021 1651**

| | | |
|---|---|---|
| Author: Smith, Beverly, DO | Service: — | Author Type: Physician |
| Filed: 11/19/21 1652 | Encounter Date: 11/19/2021 | Creation Time: 11/19/21 1652 |
| Status: Written | Editor: Smith, Beverly, DO (Physician) | |

Controlled.

Electronically signed by Smith, Beverly, DO at 11/19/21 1652

**Smith, Beverly, DO at 11/19/2021 1652**

**11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Author: Smith, Beverly, DO | Service: — | Author Type: Physician |
| Filed: 11/19/21 1653 | Encounter Date: 11/19/2021 | Creation Time: 11/19/21 1653 |
| Status: Written | Editor: Smith, Beverly, DO (Physician) | |

Counseling:
Diet and exercise green leafy vegetables, moderte intensity exercise 3 times per week 50 min each.
Had covid vaccine. Declines flu vaccine. Have encouraged her to make an apt with lexington obgyn clinic for follow up of her pap smear and she would like to further discuss with them having children after her bilateral salpingectomy.

Electronically signed by Smith, Beverly, DO at 11/19/21 1653

**Progress Notes**

**Smith, Beverly, DO at 11/19/2021 1600**

| | | |
|---|---|---|
| Author: Smith, Beverly, DO | Service: — | Author Type: Physician |
| Filed: 11/19/21 1655 | Encounter Date: 11/19/2021 | Creation Time: 11/19/21 1611 |
| Status: Signed | Editor: Smith, Beverly, DO (Physician) | |

BAPTIST HEALTH

## New Patient Office Visit

**Patient Name:** April Lee Connolly
**DOB:**
**MRN:** 8913075488

**Chief Complaint:** Depression (med review) and Insomnia

**History of Present Illness:**

Had a history of breast cancer status post bilateral mastectomy and chemotherapy this was 5 years ago.

11/7/21 dc from hospital acute cholecystitis. No stomach pain or fevers. Has had gas and diarrhea after and is still on antibiotic. She is to call and follow up with surgery.
She says she has dissociative identity disorder and her therapist told her she needs a regular doctor. She sees Mr. Michael at TICC trauma informed counseling center. Ms. April. Says she currently as 10 personalities.

Asthma
Says she only has occasional wheeze and the inhaler makes this better.

Hypothyroidism
Has hashimotos and is compliant with her synthroid.

Had covid vaccine. Declines flu shot. Declines pap smear.

had bilateral salpingectomy due to being brca positive

Anxiety and depression:
No suicidal homicidal thoughts. Has been taking pristiq and buspar which she says controls her symptoms. She discussed with Mr michael starting adderall and something for sleep. Her last refill was done while she was in the hospital.

## Subjective

**Past Medical History:**

| Diagnosis | Date |
|---|---|

- Anxiety
- Asthma
- Breast cancer (HCC)
- Depression
- Hashimoto's thyroiditis

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • APPENDECTOMY | | |
| • CHOLECYSTECTOMY | N/A | 11/6/2021 |
| *Procedure: CHOLECYSTECTOMY LAPAROSCOPIC; Surgeon: Abou-Jaoude, Walid A, MD; Location: BH LEX OR; Service: General; Laterality: N/A;* | | |
| • MASTECTOMY | | |
| • TONSILLECTOMY | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Mother | |
| • Heart disease | Father | |

**Social History**

| | |
|---|---|
| Socioeconomic History | |
| • Marital status: | Married |
| Tobacco Use | |
| • Smoking status: | Current Every Day Smoker |
| Packs/day: | 1.00 |
| Years: | 15.00 |
| Pack years: | 15.00 |
| Types: | Cigarettes |
| • Smokeless tobacco: | Never Used |
| Substance and Sexual Activity | |
| • Alcohol use: | Not Currently |
| *Comment: rarely* | |
| • Drug use: | Yes |
| Types: | Marijuana |
| *Comment: rare* | |
| • Sexual activity: | Defer |

Current Outpatient Medications:
- albuterol sulfate HFA 108 (90 Base) MCG/ACT inhaler, Inhale 2 puffs Every 4 (Four) Hours As Needed for Wheezing., Disp: 18 g, Rfl: 0
- busPIRone (BUSPAR) 10 MG tablet, Take 1 tablet by mouth Daily., Disp: 30 tablet, Rfl: 1
- desvenlafaxine (PRISTIQ) 100 MG 24 hr tablet, Take 1 tablet by mouth Daily., Disp: 30 tablet, Rfl: 1
- levothyroxine (SYNTHROID, LEVOTHROID) 50 MCG tablet, Take 1 tablet by mouth Daily., Disp: 30 tablet, Rfl: 2

**Allergies**

| Allergen | Reactions |
|---|---|
| • Morphine | GI Intolerance, Nausea Only and Nausea And Vomiting |
| • Erythromycin | GI Intolerance and Nausea And Vomiting |
| • Adhesive Tape<br>*Other reaction(s): Other (See Comments)*<br>*Skin blistering*<br>*blisters* | Rash and Other (See Comments) |
| • Azithromycin<br>*unk*<br>*Other reaction(s): GI Distress* | Nausea And Vomiting |
| • Doxycycline<br>*unk* | Rash |
| • Penicillins | Rash |

## Objective

**Physical Exam:**
**Vitals:**

| | 11/19/21 1600 |
|---|---|
| BP: | 118/80 |
| Pulse: | 81 |
| Resp: | 16 |
| Temp: | 97 °F (36.1 °C) |
| SpO2: | 99% |
| Weight: | 123 kg (272 lb) |
| Height: | 167.6 cm (66") |

Body mass index is 43.9 kg/m².

Physical Exam

## Assessment / Plan

**Assessment/Plan:**
Diagnoses and all orders for this visit:

**1. Annual physical exam (Primary)**

Assessment & Plan:

Counseling:
Diet and exercise green leafy vegetables, moderte intensity exercise 3 times per week 50 min each.
Had covid vaccine. Declines flu vaccine. Have encouraged her to make an apt with lexington obgyn clinic for follow up of her pap smear and she would like to further discuss with them having children after her bilateral salpingectomy.

Orders:

- Hemoglobin A1c
- Lipid Panel

**2. Morbid (severe) obesity due to excess calories (HCC)**

Assessment & Plan:

Check vitamin D

Orders:

- CBC & Differential
- Comprehensive Metabolic Panel
- TSH Rfx On Abnormal To Free T4
- Vitamin D 25 Hydroxy
- Cancel: Vitamin B12

**3. Mild intermittent asthma without complication**

Assessment & Plan:

Controlled.

**4. Hashimoto's disease**

Assessment & Plan:

Recheck thyroid

**5. Multiple personalities (HCC)**

Assessment & Plan:

Will refer to behavioral health.

Orders:

- Ambulatory Referral to Behavioral Health

**6. Acute cholecystitis**

Assessment & Plan:

Has wounds from surgery on her abdomen that are clean and without signs of infection. I have encouraged her to follow up with her surgeon and to finish her antibiotics. No stomach pain nausea vomiting or difficulty eating. No fevers.

**Other orders**

- busPIRone (BUSPAR) 10 MG tablet; Take 1 tablet by mouth Daily. Dispense: 30 tablet; Refill: 1
- levothyroxine (SYNTHROID, LEVOTHROID) 50 MCG tablet; Take 1 tablet by mouth Daily. Dispense: 30 tablet; Refill: 2
- desvenlafaxine (PRISTIQ) 100 MG 24 hr tablet; Take 1 tablet by mouth Daily. Dispense: 30 tablet; Refill: 1

**No follow-ups on file.**

**Beverly Tara Smith, D.O.**
**BHMG Primary Care Tates Creek**

Electronically signed by Smith, Beverly, DO at 11/19/21 1655

**Labs**

**Vitamin B12 [427879881] (Discontinued)**

Electronically signed by: **Smith, Beverly, DO on 11/19/21 1619** Status: **Discontinued**
Ordering user: Smith, Beverly, DO 11/19/21 1619
Authorized by: Smith, Beverly, DO
Frequency: Routine 11/19/21 -
Quantity: 1
Ordering provider: Smith, Beverly, DO
Ordering mode: Standard
Class: Clinic Collect
Discontinued by: Smith, Beverly, DO 11/19/21 1619 [Entered in Error]

Diagnoses
Morbid (severe) obesity due to excess calories (HCC) [E66.01]

**Questionnaire**

| Question | Answer |
|---|---|
| Release to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | Blood | — | — |

**Indications**

Morbid (severe) obesity due to excess calories (HCC) [E66.01 (ICD-10-CM)]

**CBC & Differential [427879875] (Final result)**

Electronically signed by: **Smith, Beverly, DO on 11/19/21 1619** Status: **Completed**
Ordering user: Smith, Beverly, DO 11/19/21 1619
Authorized by: Smith, Beverly, DO
Frequency: Routine 11/19/21 -
Quantity: 1
Diagnoses
Morbid (severe) obesity due to excess calories (HCC) [E66.01]
Ordering provider: Smith, Beverly, DO
Ordering mode: Standard
Class: Clinic Collect
Lab status: Final result

**Questionnaire**

| Question | Answer |
|---|---|
| Manual Differential | No |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21V-323H1522 | Blood | Arm, Right | 11/19/21 1644 |

**CBC & Differential [427879875]**

**CBC Auto Differential [427879882] (Abnormal)** Resulted: 11/20/21 0206, Result status: Final result

Ordering provider: Smith, Beverly, DO 11/19/21 1639
Filed by: Lab, Background User 11/20/21 0206
Resulting lab: BAPTIST HEALTH LOUISVILLE LABORATORY
Acknowledged by
Smith, Beverly, DO on 11/22/21 0851
Bailey, Bonnie L, MA on 11/22/21 1227
Order status: Completed
Collected by: Jones, Alexis, MA 11/19/21 1644
CLIA number: 18D0321345

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

## 11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| WBC | 9.84 | 3.40 - 10.80 10*3/mm3 | — | BH LOU LAB |
| RBC | 5.33 | 3.77 - 5.28 10*6/mm3 | H ^ | BH LOU LAB |
| Hemoglobin | 15.3 | 12.0 - 15.9 g/dL | — | BH LOU LAB |
| Hematocrit | 44.9 | 34.0 - 46.6 % | — | BH LOU LAB |
| MCV | 84.2 | 79.0 - 97.0 fL | — | BH LOU LAB |
| MCH | 28.7 | 26.6 - 33.0 pg | — | BH LOU LAB |
| MCHC | 34.1 | 31.5 - 35.7 g/dL | — | BH LOU LAB |
| RDW | 13.0 | 12.3 - 15.4 % | — | BH LOU LAB |
| RDW-SD | 39.7 | 37.0 - 54.0 fl | — | BH LOU LAB |
| MPV | 10.6 | 6.0 - 12.0 fL | — | BH LOU LAB |
| Platelets | 330 | 140 - 450 10*3/mm3 | — | BH LOU LAB |
| Neutrophil % | 63.0 | 42.7 - 76.0 % | — | BH LOU LAB |
| Lymphocyte % | 25.2 | 19.6 - 45.3 % | — | BH LOU LAB |
| Monocyte % | 6.3 | 5.0 - 12.0 % | — | BH LOU LAB |
| Eosinophil % | 4.0 | 0.3 - 6.2 % | — | BH LOU LAB |
| Basophil % | 1.0 | 0.0 - 1.5 % | — | BH LOU LAB |
| Immature Grans % | 0.5 | 0.0 - 0.5 % | — | BH LOU LAB |
| Neutrophils, Absolute | 6.20 | 1.70 - 7.00 10*3/mm3 | — | BH LOU LAB |
| Lymphocytes, Absolute | 2.48 | 0.70 - 3.10 10*3/mm3 | — | BH LOU LAB |
| Monocytes, Absolute | 0.62 | 0.10 - 0.90 10*3/mm3 | — | BH LOU LAB |
| Eosinophils, Absolute | 0.39 | 0.00 - 0.40 10*3/mm3 | — | BH LOU LAB |
| Basophils, Absolute | 0.10 | 0.00 - 0.20 10*3/mm3 | — | BH LOU LAB |
| Immature Grans, Absolute | 0.05 | 0.00 - 0.05 10*3/mm3 | — | BH LOU LAB |
| nRBC | 0.0 | 0.0 - 0.2 /100 WBC | — | BH LOU LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1230000020 - BH LOU LAB | BAPTIST HEALTH LOUISVILLE LABORATORY | Zaring, Robert A, MD | <br>4000 Kresge Way Louisville KY 40207 | 10/15/18 1405 - Present |

**CBC & Differential [427879875]**

**CBC Auto Differential [427879882] (Abnormal)** Resulted: 11/20/21 0206, Result status: Final result

Ordering provider: Smith, Beverly, DO 11/19/21 1639
Filed by: Lab, Background User 11/20/21 0206
Resulting lab: BAPTIST HEALTH LOUISVILLE LABORATORY
Acknowledged by
Smith, Beverly, DO on 11/22/21 0851
Bailey, Bonnie L, MA on 11/22/21 1227

Order status: Completed
Collected by: Jones, Alexis, MA 11/19/21 1644
CLIA number: 18D0321345

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 9.84 | 3.40 - 10.80 10*3/mm3 | — | BH LOU LAB |

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| RBC | 5.33 | 3.77 - 5.28 10*6/mm3 | H ^ | BH LOU LAB |
| Hemoglobin | 15.3 | 12.0 - 15.9 g/dL | — | BH LOU LAB |
| Hematocrit | 44.9 | 34.0 - 46.6 % | — | BH LOU LAB |
| MCV | 84.2 | 79.0 - 97.0 fL | — | BH LOU LAB |
| MCH | 28.7 | 26.6 - 33.0 pg | — | BH LOU LAB |
| MCHC | 34.1 | 31.5 - 35.7 g/dL | — | BH LOU LAB |
| RDW | 13.0 | 12.3 - 15.4 % | — | BH LOU LAB |
| RDW-SD | 39.7 | 37.0 - 54.0 fl | — | BH LOU LAB |
| MPV | 10.6 | 6.0 - 12.0 fL | — | BH LOU LAB |
| Platelets | 330 | 140 - 450 10*3/mm3 | — | BH LOU LAB |
| Neutrophil % | 63.0 | 42.7 - 76.0 % | — | BH LOU LAB |
| Lymphocyte % | 25.2 | 19.6 - 45.3 % | — | BH LOU LAB |
| Monocyte % | 6.3 | 5.0 - 12.0 % | — | BH LOU LAB |
| Eosinophil % | 4.0 | 0.3 - 6.2 % | — | BH LOU LAB |
| Basophil % | 1.0 | 0.0 - 1.5 % | — | BH LOU LAB |
| Immature Grans % | 0.5 | 0.0 - 0.5 % | — | BH LOU LAB |
| Neutrophils, Absolute | 6.20 | 1.70 - 7.00 10*3/mm3 | — | BH LOU LAB |
| Lymphocytes, Absolute | 2.48 | 0.70 - 3.10 10*3/mm3 | — | BH LOU LAB |
| Monocytes, Absolute | 0.62 | 0.10 - 0.90 10*3/mm3 | — | BH LOU LAB |
| Eosinophils, Absolute | 0.39 | 0.00 - 0.40 10*3/mm3 | — | BH LOU LAB |
| Basophils, Absolute | 0.10 | 0.00 - 0.20 10*3/mm3 | — | BH LOU LAB |
| Immature Grans, Absolute | 0.05 | 0.00 - 0.05 10*3/mm3 | — | BH LOU LAB |
| nRBC | 0.0 | 0.0 - 0.2 /100 WBC | — | BH LOU LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230000020 - BH LOU LAB** | BAPTIST HEALTH LOUISVILLE LABORATORY | Zaring, Robert A, MD | <br>4000 Kresge Way Louisville KY 40207 | 10/15/18 1405 - Present |

**Indications**

Morbid (severe) obesity due to excess calories (HCC) [E66.01 (ICD-10-CM)]

**Comprehensive Metabolic Panel [427879876] (Final result)**

Electronically signed by: **Smith, Beverly, DO on 11/19/21 1619**
Status: **Completed**
Ordering user: Smith, Beverly, DO 11/19/21 1619
Ordering provider: Smith, Beverly, DO
Authorized by: Smith, Beverly, DO
Ordering mode: Standard
Frequency: Routine 11/19/21 -
Class: Clinic Collect
Quantity: 1
Lab status: Final result
Diagnoses
Morbid (severe) obesity due to excess calories (HCC) [E66.01]

**Questionnaire**

| Question | Answer |
|---|---|
| Release to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21V-323C3575 | Blood | Arm, Right | Jones, Alexis, MA 11/19/21 1644 |

**Comprehensive Metabolic Panel [427879876]**

Resulted: 11/20/21 0227, Result status: Final result

Ordering provider: Smith, Beverly, DO 11/19/21 1619
Filed by: Lab, Background User 11/20/21 0227
Resulting lab: BAPTIST HEALTH LOUISVILLE LABORATORY
Narrative:
GFR Normal >60
Chronic Kidney Disease <60
Kidney Failure <15

Order status: Completed
Collected by: Jones, Alexis, MA 11/19/21 1644
CLIA number: 18D0321345

Acknowledged by
Smith, Beverly, DO on 11/22/21 0851
Bailey, Bonnie L, MA on 11/22/21 1227

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose | 81 | 65 - 99 mg/dL | — | BH LOU LAB |
| BUN | 7 | 6 - 20 mg/dL | — | BH LOU LAB |
| Creatinine | 0.70 | 0.57 - 1.00 mg/dL | — | BH LOU LAB |
| Sodium | 141 | 136 - 145 mmol/L | — | BH LOU LAB |
| Potassium | 4.6 | 3.5 - 5.2 mmol/L | — | BH LOU LAB |
| Chloride | 105 | 98 - 107 mmol/L | — | BH LOU LAB |
| CO2 | 22.5 | 22.0 - 29.0 mmol/L | — | BH LOU LAB |
| Calcium | 9.1 | 8.6 - 10.5 mg/dL | — | BH LOU LAB |
| Total Protein | 7.4 | 6.0 - 8.5 g/dL | — | BH LOU LAB |
| Albumin | 4.50 | 3.50 - 5.20 g/dL | — | BH LOU LAB |
| ALT (SGPT) | 29 | 1 - 33 U/L | — | BH LOU LAB |
| AST (SGOT) | 22 | 1 - 32 U/L | — | BH LOU LAB |
| Alkaline Phosphatase | 92 | 39 - 117 U/L | — | BH LOU LAB |
| Total Bilirubin | <0.2 | 0.0 - 1.2 mg/dL | — | BH LOU LAB |
| eGFR Non African Amer | 93 | >60 mL/min/1.73 | — | BH LOU LAB |
| Globulin | 2.9 | gm/dL | — | BH LOU LAB |
| A/G Ratio | 1.6 | g/dL | — | BH LOU LAB |
| BUN/Creatinine Ratio | 10.0 | 7.0 - 25.0 | — | BH LOU LAB |
| Anion Gap | 13.5 | 5.0 - 15.0 mmol/L | — | BH LOU LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230000020 - BH LOU LAB** | BAPTIST HEALTH LOUISVILLE LABORATORY | Zaring, Robert A, MD | <br>4000 Kresge Way Louisville KY 40207 | 10/15/18 1405 - Present |

**Indications**

Morbid (severe) obesity due to excess calories (HCC) [E66.01 (ICD-10-CM)]

**All Reviewers List**

Bailey, Bonnie L, MA on 11/22/2021 12:27
Smith, Beverly, DO on 11/22/2021 08:51

**Hemoglobin A1c [427879877] (Final result)**

Electronically signed by: **Smith, Beverly, DO on 11/19/21 1619**
Status: **Completed**

Ordering user: Smith, Beverly, DO 11/19/21 1619
Authorized by: Smith, Beverly, DO
Frequency: Routine 11/19/21 -
Quantity: 1
Diagnoses
Annual physical exam [Z00.00]

Ordering provider: Smith, Beverly, DO
Ordering mode: Standard
Class: Clinic Collect
Lab status: Final result

**Questionnaire**

| Question | Answer |
|---|---|
| Release to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21V-323C3576 | Blood | Arm, Right | Jones, Alexis, MA 11/19/21 1644 |

**Hemoglobin A1c [427879877] (Normal)**
Resulted: 11/20/21 0209, Result status: Final result

Ordering provider: Smith, Beverly, DO 11/19/21 1619
Filed by: Lab, Background User 11/20/21 0209
Resulting lab: BAPTIST HEALTH LOUISVILLE LABORATORY
Narrative:
Hemoglobin A1C Ranges:

Order status: Completed
Collected by: Jones, Alexis, MA 11/19/21 1644
CLIA number: 18D0321345

Increased Risk for Diabetes 5.7% to 6.4%
Diabetes >= 6.5%
Diabetic Goal < 7.0%
Acknowledged by
Smith, Beverly, DO on 11/22/21 0851
Bailey, Bonnie L, MA on 11/22/21 1227

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin A1C | 5.31 | 4.80 - 5.60 % | — | BH LOU LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230000020 - BH LOU LAB** | BAPTIST HEALTH LOUISVILLE LABORATORY | Zaring, Robert A, MD | <br>4000 Kresge Way Louisville KY 40207 | 10/15/18 1405 - Present |

**Indications**

Annual physical exam [Z00.00 (ICD-10-CM)]

**All Reviewers List**

Bailey, Bonnie L, MA on 11/22/2021 12:27
Smith, Beverly, DO on 11/22/2021 08:51

**Lipid Panel [427879878] (Final result)**

Electronically signed by: **Smith, Beverly, DO on 11/19/21 1619**
Status: **Completed**

Ordering user: Smith, Beverly, DO 11/19/21 1619
Authorized by: Smith, Beverly, DO
Frequency: Routine 11/19/21 -
Quantity: 1
Diagnoses
Annual physical exam [Z00.00]

Ordering provider: Smith, Beverly, DO
Ordering mode: Standard
Class: Clinic Collect
Lab status: Final result

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21V-323C3575 | Blood | Arm, Right | Jones, Alexis, MA 11/19/21 1644 |

**Lipid Panel [427879878] (Abnormal)** Resulted: 11/20/21 0227, Result status: Final result

Ordering provider: Smith, Beverly, DO 11/19/21 1619
Filed by: Lab, Background User 11/20/21 0227
Resulting lab: BAPTIST HEALTH LOUISVILLE LABORATORY
Order status: Completed
Collected by: Jones, Alexis, MA 11/19/21 1644
CLIA number: 18D0321345

Narrative:
Cholesterol Reference Ranges
(U.S. Department of Health and Human Services ATP III Classifications)

Desirable <200 mg/dL
Borderline High 200-239 mg/dL
High Risk >240 mg/dL

Triglyceride Reference Ranges
(U.S. Department of Health and Human Services ATP III Classifications)

Normal <150 mg/dL
Borderline High 150-199 mg/dL
High 200-499 mg/dL
Very High >500 mg/dL

HDL Reference Ranges
(U.S. Department of Health and Human Services ATP III Classifcations)

Low <40 mg/dl (major risk factor for CHD)
High >60 mg/dl ('negative' risk factor for CHD)

LDL Reference Ranges
(U.S. Department of Health and Human Services ATP III Classifcations)

Optimal <100 mg/dL
Near Optimal 100-129 mg/dL
Borderline High 130-159 mg/dL
High 160-189 mg/dL
Very High >189 mg/dL
Acknowledged by
Smith, Beverly, DO on 11/22/21 0851
Bailey, Bonnie L, MA on 11/22/21 1227

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Total Cholesterol | 185 | 0 - 200 mg/dL | — | BH LOU LAB |
| Triglycerides | 159 | 0 - 150 mg/dL | H ^ | BH LOU LAB |
| HDL Cholesterol | 36 | 40 - 60 mg/dL | L ˅ | BH LOU LAB |
| LDL Cholesterol | 121 | 0 - 100 mg/dL | H ^ | BH LOU LAB |
| VLDL Cholesterol | 28 | 5 - 40 mg/dL | — | BH LOU LAB |
| LDL/HDL Ratio | 3.26 | — | — | BH LOU LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230000020 - BH LOU LAB** | BAPTIST HEALTH LOUISVILLE | Zaring, Robert A, MD | <br>4000 Kresge Way Louisville KY 40207 | 10/15/18 1405 - Present |

LABORATORY

**Indications**

Annual physical exam [Z00.00 (ICD-10-CM)]

**All Reviewers List**

Bailey, Bonnie L, MA on 11/22/2021 12:27
Smith, Beverly, DO on 11/22/2021 08:51

**TSH Rfx On Abnormal To Free T4 [427879879] (Final result)**

Electronically signed by: **Smith, Beverly, DO on 11/19/21 1619** Status: **Completed**
Ordering user: Smith, Beverly, DO 11/19/21 1619
Authorized by: Smith, Beverly, DO
Frequency: Routine 11/19/21 -
Quantity: 1
Diagnoses
Morbid (severe) obesity due to excess calories (HCC) [E66.01]

Ordering provider: Smith, Beverly, DO
Ordering mode: Standard
Class: Clinic Collect
Lab status: Final result

**Questionnaire**

| Question | Answer |
|---|---|
| Release to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21V-323C3575 | Blood | Arm, Right | Jones, Alexis, MA 11/19/21 1644 |

**TSH Rfx On Abnormal To Free T4 [427879879] (Normal)** Resulted: 11/20/21 0237, Result status: Final result

Ordering provider: Smith, Beverly, DO 11/19/21 1619
Filed by: Lab, Background User 11/20/21 0237
Resulting lab: BAPTIST HEALTH LOUISVILLE LABORATORY
Acknowledged by
Smith, Beverly, DO on 11/22/21 0851
Bailey, Bonnie L, MA on 11/22/21 1227

Order status: Completed
Collected by: Jones, Alexis, MA 11/19/21 1644
CLIA number: 18D0321345

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH | 1.780 | 0.270 - 4.200 uIU/mL | — | BH LOU LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230000020 - BH LOU LAB** | BAPTIST HEALTH LOUISVILLE LABORATORY | Zaring, Robert A, MD | <br>4000 Kresge Way Louisville KY 40207 | 10/15/18 1405 - Present |

**Indications**

Morbid (severe) obesity due to excess calories (HCC) [E66.01 (ICD-10-CM)]

**All Reviewers List**

Bailey, Bonnie L, MA on 11/22/2021 12:27
Smith, Beverly, DO on 11/22/2021 08:51

**Vitamin D 25 Hydroxy [427879880] (Final result)**

## 11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Labs (continued)**

Electronically signed by: **Smith, Beverly, DO on 11/19/21 1619**
Status: **Completed**
Ordering user: Smith, Beverly, DO 11/19/21 1619
Authorized by: Smith, Beverly, DO
Frequency: Routine 11/19/21 -
Quantity: 1
Diagnoses
Morbid (severe) obesity due to excess calories (HCC) [E66.01]

Ordering provider: Smith, Beverly, DO
Ordering mode: Standard
Class: Clinic Collect
Lab status: Final result

**Questionnaire**

| Question | Answer |
|---|---|
| Release to patient | Immediate |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21V-323C3574 | Blood | Arm, Right | Jones, Alexis, MA 11/19/21 1644 |

**Vitamin D 25 Hydroxy [427879880] (Abnormal)**
Resulted: 11/20/21 0235, Result status: Final result

Ordering provider: Smith, Beverly, DO 11/19/21 1619
Filed by: Lab, Background User 11/20/21 0235
Resulting lab: BAPTIST HEALTH LOUISVILLE LABORATORY
Narrative:
Reference Range for Total Vitamin D 25(OH)

Order status: Completed
Collected by: Jones, Alexis, MA 11/19/21 1644
CLIA number: 18D0321345

Deficiency <20.0 ng/mL
Insufficiency 21-29 ng/mL
Sufficiency 30-100 ng/mL
Toxicity >100 ng/ml

Results may be falsely increased if patient taking Biotin.

Acknowledged by
Smith, Beverly, DO on 11/22/21 0851
Bailey, Bonnie L, MA on 11/22/21 1227

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| 25 Hydroxy, Vitamin D | 25.8 | 30.0 - 100.0 ng/ml | L ˅ | BH LOU LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230000020 - BH LOU LAB** | BAPTIST HEALTH LOUISVILLE LABORATORY | Zaring, Robert A, MD | <br>4000 Kresge Way Louisville KY 40207 | 10/15/18 1405 - Present |

**Indications**

Morbid (severe) obesity due to excess calories (HCC) [E66.01 (ICD-10-CM)]

**All Reviewers List**

Bailey, Bonnie L, MA on 11/22/2021 12:27
Smith, Beverly, DO on 11/22/2021 08:51

**CBC Auto Differential [427879882] (Final result)**

Status: **Completed**
Order placed as a reflex to CBC & Differential ordered on 11/19/21 at 1619
Ordering user: Smith, Beverly, DO 11/19/21 1619
Authorized by: Smith, Beverly, DO

Ordering provider: Smith, Beverly, DO
Ordering mode: Standard

**11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)**

**Labs (continued)**

Frequency: Routine 11/19/21 -
Quantity: 1
Diagnoses
Morbid (severe) obesity due to excess calories (HCC) [E66.01]

Class: Clinic Collect
Lab status: Final result

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 21V-323H1522 | Blood | Arm, Right | Jones, Alexis, MA 11/19/21 1644 |

**CBC Auto Differential [427879882] (Abnormal)** Resulted: 11/20/21 0206, Result status: Final result

Ordering provider: Smith, Beverly, DO 11/19/21 1639
Filed by: Lab, Background User 11/20/21 0206
Resulting lab: BAPTIST HEALTH LOUISVILLE LABORATORY
Acknowledged by
Smith, Beverly, DO on 11/22/21 0851
Bailey, Bonnie L, MA on 11/22/21 1227

Order status: Completed
Collected by: Jones, Alexis, MA 11/19/21 1644
CLIA number: 18D0321345

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 9.84 | 3.40 - 10.80 10*3/mm3 | — | BH LOU LAB |
| RBC | 5.33 | 3.77 - 5.28 10*6/mm3 | H ^ | BH LOU LAB |
| Hemoglobin | 15.3 | 12.0 - 15.9 g/dL | — | BH LOU LAB |
| Hematocrit | 44.9 | 34.0 - 46.6 % | — | BH LOU LAB |
| MCV | 84.2 | 79.0 - 97.0 fL | — | BH LOU LAB |
| MCH | 28.7 | 26.6 - 33.0 pg | — | BH LOU LAB |
| MCHC | 34.1 | 31.5 - 35.7 g/dL | — | BH LOU LAB |
| RDW | 13.0 | 12.3 - 15.4 % | — | BH LOU LAB |
| RDW-SD | 39.7 | 37.0 - 54.0 fl | — | BH LOU LAB |
| MPV | 10.6 | 6.0 - 12.0 fL | — | BH LOU LAB |
| Platelets | 330 | 140 - 450 10*3/mm3 | — | BH LOU LAB |
| Neutrophil % | 63.0 | 42.7 - 76.0 % | — | BH LOU LAB |
| Lymphocyte % | 25.2 | 19.6 - 45.3 % | — | BH LOU LAB |
| Monocyte % | 6.3 | 5.0 - 12.0 % | — | BH LOU LAB |
| Eosinophil % | 4.0 | 0.3 - 6.2 % | — | BH LOU LAB |
| Basophil % | 1.0 | 0.0 - 1.5 % | — | BH LOU LAB |
| Immature Grans % | 0.5 | 0.0 - 0.5 % | — | BH LOU LAB |
| Neutrophils, Absolute | 6.20 | 1.70 - 7.00 10*3/mm3 | — | BH LOU LAB |
| Lymphocytes, Absolute | 2.48 | 0.70 - 3.10 10*3/mm3 | — | BH LOU LAB |
| Monocytes, Absolute | 0.62 | 0.10 - 0.90 10*3/mm3 | — | BH LOU LAB |
| Eosinophils, Absolute | 0.39 | 0.00 - 0.40 10*3/mm3 | — | BH LOU LAB |
| Basophils, Absolute | 0.10 | 0.00 - 0.20 10*3/mm3 | — | BH LOU LAB |
| Immature Grans, Absolute | 0.05 | 0.00 - 0.05 10*3/mm3 | — | BH LOU LAB |
| nRBC | 0.0 | 0.0 - 0.2 /100 WBC | — | BH LOU LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

## 11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| **1230000020 - BH LOU LAB** | BAPTIST HEALTH LOUISVILLE LABORATORY | Zaring, Robert A, MD | <br>4000 Kresge Way Louisville KY 40207 | 10/15/18 1405 - Present |

**Indications**

Morbid (severe) obesity due to excess calories (HCC) [E66.01 (ICD-10-CM)]

**All Reviewers List**

Bailey, Bonnie L, MA on 11/22/2021 12:27
Smith, Beverly, DO on 11/22/2021 08:51

## 11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Immunizations Given**

| Immunization | Administered On |
|---|---|
| Hepatitis A | 06/12/2019 |
| Tdap | 05/24/2018 |

**Other Orders**

**Medications**

**busPIRone (BUSPAR) 10 MG tablet [427879883] (Active)**

Electronically signed by: **Smith, Beverly, DO on 11/19/21 1649** Status: **Active**
Ordering user: Smith, Beverly, DO 11/19/21 1649 Ordering provider: Smith, Beverly, DO
Authorized by: Smith, Beverly, DO Ordering mode: Standard
Frequency: Routine Daily 11/19/21 - Until Discontinued Class: Normal
Reordered from: busPIRone (BUSPAR) 10 MG tablet

**levothyroxine (SYNTHROID, LEVOTHROID) 50 MCG tablet [427879884] (Discontinued)**

Electronically signed by: **Smith, Beverly, DO on 11/19/21 1649** Status: **Discontinued**
Ordering user: Smith, Beverly, DO 11/19/21 1649 Ordering provider: Smith, Beverly, DO
Authorized by: Smith, Beverly, DO Ordering mode: Standard
Frequency: Routine Daily 11/19/21 - 04/19/22 Class: Normal
Discontinued by: Cheek, Sarah, LPN 04/19/22 1358 [Reorder]
Reordered from: levothyroxine (SYNTHROID, LEVOTHROID) 50 MCG tablet

**desvenlafaxine (PRISTIQ) 100 MG 24 hr tablet [427879885] (Discontinued)**

Electronically signed by: **Smith, Beverly, DO on 11/19/21 1649** Status: **Discontinued**
Ordering user: Smith, Beverly, DO 11/19/21 1649 Ordering provider: Smith, Beverly, DO
Authorized by: Smith, Beverly, DO Ordering mode: Standard
Frequency: Routine Daily 11/19/21 - 02/03/22 Class: Normal
Discontinued by: Baird, Alec, MA 02/03/22 1123
Reordered from: desvenlafaxine (PRISTIQ) 100 MG 24 hr tablet

**Referral**

**Outpatient Referral**

**Ambulatory Referral to Behavioral Health [427879886] (Active)**

Electronically signed by: **Smith, Beverly, DO on 11/19/21 1654** Status: **Active**
Ordering user: Smith, Beverly, DO 11/19/21 1654 Ordering provider: Smith, Beverly, DO
Authorized by: Smith, Beverly, DO Ordering mode: Standard
Frequency: Routine 11/19/21 - Class: Internal Referral
Quantity: 1
Diagnoses

Multiple personalities (HCC) [F44.81]

**Referral Details**

| Referred By | | Referred To | Type | Priority |
|---|---|---|---|---|
| Smith, Beverly, DO<br>1099 Duval Street<br>Ste 100<br>LEXINGTON KY 40517<br>Phone: 859-273-3888<br>Fax: 859-273-3256 | Diagnoses: Multiple personalities (HCC)<br>Order: Ambulatory Referral To Behavioral Health<br>Reason: Specialty Services Required | **Lebron, Allison, APRN**<br>1840 CUMBERLAND FALLS<br>CORBIN KY 40701<br>Phone: 606-526-4429<br>Fax: 606-526-8255<br>Specialty: Behavioral Health | Behavorial Health/Psych | Routine |

**Indications**

Multiple personalities (HCC) [F44.81 (ICD-10-CM)]

**Referral - Behavorial Health/Psych #8896691**

Reason: Specialty Services Required
Class: Internal
Status updated on: 2/3/2022

Priority: Routine
Status: Closed
Valid dates: From 11/19/2021 to 11/19/2022

**Referred From**

Location: MGE PC TATES CREEK
Department: MGE PC TATES CREEK
Provider: Smith, Beverly, DO
Provider phone: 859-273-3888
Provider address: 1099 Duval Street Ste 100 LEXINGTON KY 40517

**Referred To**

Department: MGE BEHAV HLTH COR 2
Specialty: Behavioral Health
Provider: Lebron, Allison, APRN
Provider phone: 606-526-4429
Provider address: 1840 CUMBERLAND FALLS CORBIN KY 40701

**Visits**

| Requested: 1 | Authorized: 1 | Completed: 0 | Scheduled: 0 |
|---|---|---|---|

**Diagnoses**

- F44.81 (ICD-10-CM) - Multiple personalities (HCC)

**Order**

**Ambulatory Referral to Behavioral Health [427879886]**

Electronically signed by: **Smith, Beverly, DO on 11/19/21 1654**
Status: **Active**
Ordering user: Smith, Beverly, DO 11/19/21 1654
Ordering provider: Smith, Beverly, DO
Authorized by: Smith, Beverly, DO
Diagnoses
Multiple personalities (HCC) [F44.81]

**Referral Details**

| Referred By | | Referred To |
|---|---|---|
| Smith, Beverly, DO<br>1099 Duval Street<br>Ste 100<br>LEXINGTON KY 40517<br>Phone: 859-273-3888<br>Fax: 859-273-3256 | Diagnoses: Multiple personalities (HCC)<br>Order: Ambulatory Referral To Behavioral Health<br>Reason: Specialty Services Required | **Lebron, Allison, APRN**<br>1840 CUMBERLAND FALLS<br>CORBIN KY 40701<br>Phone: 606-526-4429<br>Fax: 606-526-8255 |

**Insurance Payors as of 6/14/2022**

**Referral (continued)**

**AETNA COMMERCIAL**

| | | |
|---|---|---|
| Plan: AETNA MC SUPP | Group: 081892505200001 | Member: W211560573 |
| Effective from: 1/1/2022 | Subscriber: CONNOLLY,SCOTT R | Subscriber ID: W211560573 |
| Guarantor: CONNOLLY,APRIL LEE | | |

## 11/19/2021 - Office Visit in BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE (continued)

**Flowsheets**

**Encounter Vitals**

| Row Name | 11/19/21 1600 |
|---|---|
| **Enc Vitals** | |
| BP | 118/80 -AB at 11/19/21 1603 |
| Pulse | 81 -AB at 11/19/21 1603 |
| Resp | 16 -AB at 11/19/21 1603 |
| Temp | 97 °F (36.1 °C) -AB at 11/19/21 1603 |
| SpO2 | 99 % -AB at 11/19/21 1603 |
| Weight | 123 kg (272 lb) -AB at 11/19/21 1603 |
| Height | 167.6 cm (66") -AB at 11/19/21 1603 |

**Outbreak Screen**

| Row Name | 11/19/21 1550 |
|---|---|
| **COVID-19 Outbreak Screening** | |
| Do you currently have a new onset of the following symptoms? | No -BA at 11/19/21 1550 |
| In the last 10 days, have you had contact with anyone who is ill, has shown any of the symptoms listed above and/or has been diagnosed with Covid-19? This includes any immediate household member but excludes any patients with whom you have | No -BA at 11/19/21 1550 |

**PHQ-9 Depression Scale**

| Row Name | 11/19/21 1600 |
|---|---|
| **Retired Over the last 2 weeks, how often have you been bothered by any of the following problems?** | |
| Retired Little interest or pleasure in doing things | Not at all -AB at 11/19/21 1600 |
| Retired Feeling down, depressed, or hopeless | Not at all -AB at 11/19/21 1600 |
| Retired Total Score | 0 -AB at 11/19/21 1600 |

**Vitals Reassessment**

**Flowsheets (continued)**

| Row Name | 11/19/21 1600 |
|---|---|
| Vitals Timer | |
| Restart Vitals Timer | Yes -AB at 11/19/21 1603 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| BA | Allen, Brittany M, RegSched Rep | 08/23/21 - 01/25/22 | Staff | — |
| AB | Baird, Alec, MA | 08/28/21 - | Medical Assistant | Nurse |

**Messages**

**Your Recent Visit**

| From | To | Sent and Delivered |
|---|---|---|
| Beverly Smith, DO<br>Last Read in MyChart<br>12/13/2021 11:34 PM by April Lee Connolly | April Lee Connolly | 11/19/2021 4:55 PM |

Hi Ms. Connolly,

Thank you for letting us care for you during your recent visit on 11/19/2021. Please review your After Visit Summary for any pertinent instructions that may have been included by your medical provider. You can review your After Visit Summary by clicking the Visits button and then the 'View After Visit Summary' link under the applicable past visit.

Sincerely,
Baptist Health Medical Group

**Appointment Reminder**

| From | To | Sent and Delivered |
|---|---|---|
| Mychart, Generic<br>Last Read in MyChart<br>Not Read | April Lee Connolly | 11/19/2021 7:05 AM |

Appointment Information

MGE PC TATES CREEK
BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
4071 TATES CREEK CTR STE 100
LEXINGTON KY 40517-3062
Dept: 859-273-3888
Dept Fax: 859-272-3256
**Provider:** Beverly Smith, DO
**Date:** 11/19/21
**Time:** 4:00 PM
**Visit Type:** New Patient

There is 1 questionnaire available for your appointment.

epichttp://questionnairelist[View your available questionnaires]

Please click epichttp://appointments[here] to view more details about your appointment.

As part of our continued efforts to provide a safe environment for our patients and staff we are offering eCheck-in via MyChart mobile app or on a desktop. You can review and update your information, make co-payments and sign documents up to 7 days prior to your appointment.

We ask that you arrive at least 15 minutes before your scheduled appointment. We have added an auto-arrival process through our Baptist MyChart mobile app that will notify us of your arrival to the clinic. For more information on how to use auto-arrival, called Hello Patient, click here.

Your safety is our first priority. If you are experiencing COVID symptoms, please call the office to discuss next steps. You may also access COVID related care using an E-Visit **epichttp://evisit[here]** or an Urgent Care video visit option **epichttp://ondemandtelehealth[here]** through Baptist Health MyChart.

All patients and visitors will be asked to arrive wearing a mask. Baptist Health currently has visitor restrictions in place. Please visit our website at www.BaptistHealth.com for the most up to date guidelines.

Thank you for choosing Baptist Health for your healthcare needs.

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Mychart, Generic<br>Last Read in MyChart<br>Not Read | April Lee Connolly | 11/18/2021 3:06 PM |

Appointment information:

MGE PC TATES CREEK
BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
4071 TATES CREEK CTR STE 100
LEXINGTON KY 40517-3062
Dept: 859-273-3888
Dept Fax: 859-272-3256

Visit Type: New Patient
Date: 11/19/2021
Dept: BAPTIST HEALTH MEDICAL GROUP FAMILY MEDICINE
Provider: Smith, Beverly, DO
Time: 4:00 PM EST

Length: 30

Appt Status: Scheduled

Appt Instructions:
Appointment reminder information that should be read for all patients:
Please arrive 30 mins prior to your scheduled appointment time. Additionally, bring any of the following:
Photo ID
Insurance cards
Medications and supplements (in the original bottles)
Any payment you may have (co-pay, co-insurance, pre-pay)
Medical records from your previous primary care provider

Thank you for trusting Baptist Health with your healthcare needs.

As part of our continued efforts to provide a safe environment for our patients and staff, we are offering eCheck-in via MyChart mobile app or desktop. You can review and update information and documents online up to 7 days prior to your appointment.
We have also added an auto-arrival process through our MyChart mobile app that will notify us of your arrival to a Baptist Clinic. More information on how to use auto-arrival, called Hello Patient can be found on our Baptist Health MyChart home page under Patient Instructions. https://mychart.baptisthealth.com,

Your safety is our first priority. If you are experiencing COVID symptoms, please call the office to discuss next steps. You may also access COVID related care using an evisit or an Urgent Care video visit option available through Baptist Health MyChart. More information regarding virtual care options can be found on our website at:
https://www.baptisthealth.com/services/baptist-health-virtual-care

# Instructions for After Discharge

**Patient Instructions**

None

- Call **911** or have someone take you to the Emergency Department if you have any of the following:
- Sudden numbness or weakness of your face, arm or leg especially on one side of the body

- Sudden confusion, difficulty speaking or trouble understanding
- Changes in your vision or loss of sight in one eye
- Sudden severe headache with no known cause
- Sudden dizziness, trouble walking, loss of balance or coordination

It is important to seek emergency care right away if you have further stroke symptoms. If you get emergency help quickly, the powerful clot-dissolving medicines can reduce the disabilities caused by a stroke.

For more information:
**American Stroke Association**
**1-888-4-STROKE**
**www.strokeassociation.org**

**IF YOU SMOKE OR USE TOBACCO PLEASE READ THE FOLLOWING:**
**Why is smoking bad for me?**
Smoking increases the risk of heart disease, lung disease, vascular disease, stroke, and cancer. If you smoke, **STOP!**

For more information:
**Quit Now Kentucky**
1-800-QUIT-NOW
https://kentucky.quitlogix.org/en-US/

If you feel like life is too tough and are thinking of suicide or injuring yourself, get help right away!
- Call 911
- Call a suicide hotline to speak to a counselor. 1-800-273-TALK or 1-800-SUICIDE

**Patient Pass**

No notes of this type exist for this encounter.

# *** END OF REPORT ***

# Exhibit D

**PATIENT CHART -**
**CONNOLY, APRIL LEE**

**DOB: AGE: 40 yrs. Acct#: 225738**

## DEMOGRAPHICS

NAME: CONNOLY, APRIL LEE
PATIENT ID/#: 225738
MRN:
BIRTH DATE:
AGE: 40 yrs.
GENDER: F
ADDRESS:

Home:
Work:
Cell:
EMAIL:
PROVIDER: RIESER,MICHAEL J,MD
REFERRING PROVIDER: TIMOTHY MATTHEW WEDDINGTON LPCC
SUITE 5
105 WINDSOR PATH
GEORGETOWN KY 40324-9819
(502) 313-6877

## MEDICAL PROBLEM LIST

F33.2 (MAJ DEPRESS RECURR SEV W/O PSYCH) Current 5/25/2022

F40.11 (SOCIAL PHOBIA GENERALIZED) Current 5/25/2022

F41.1 (GENERALIZED ANXIETY DISORDER) Current 5/10/2021

F44.81 (DISSOCIATIVE IDENTITY DISORDER) Current 12/13/2019

F43.12 (POST-TRAUMATIC STRESS D/O CHRONIC) Current 10/31/2019

F33.3 (MAJ DEPRESS RECURR SEV W/PSYCH SX) Current 10/31/2019

G47.00 (INSOMNIA UNSPECIFIED) Current 10/31/2019

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 05/10/2021**

**April Lee Connoly** Date of Birth:

## Psychiatric Diagnostic Evaluation

**Present at Session:** Patient.

Informed consent for treatment obtained and patient's questions answered.

Telehealth visit, informed consent obtained and patient location verified.

**Chief Complaint:** Medication management, depression, anxiety, PTSD, dissociative episodes, poor physical health

**History of Present Illness:** This is a 38 year old who has anxiety and depression, dissociative episodes and poor physical health. She is used to Jared Lemon. She has issues with insomnia.
She has voices that will not stop talking. She has more dissociative disorder. Her youngest alter is 2 years old. She has several alters ( current 8). There are down to a manageable number. There has been as many as 20 in the past. They have integrated. She has siblings- they are emotionally and psychologically damaged as well. She does see her parents and she felt fine with seeing parents. She now feels strange after reading the toxic parent book. Her sister has recommended the toxic parents.
She read the book in college and there was a separation with she and her parents.
She has heard awful things about her sister and now she is trying to find out reality.
Her mother grew up in a physically abusive home. She doesn't think she sees this about herself. Both siblings are in therapy.
She feels it is more PTSD. She has some memories coming back.
She has past trauma and she just read a book about toxic parents and she cannot recall abuse. She may have blocked it out.
She has periods of racing thoughts, mood swings, and different alter that comes out when her moods change.
She feels like she is at a good point with cognitive therapy.
She has issues with sleeping and anxiety and mood changes sometimes.

PHQ-9, GAD-7 and additional mental health assessments reviewed.

**Medications**
Current Medications: trazodone, 150 mg, Freq: QD
propranolol, 20 mg, Freq: QD
clonidine HCl, 0.1 mg, Freq: BID
Pristiq, 100 mg, Freq: QD
Pristiq, 100 mg, Freq: Take 1 PO QD.
Past Psychiatric Medications:
Medication Adherence: Adequate medication adherence.
Allergies/Adverse Reactions: Arythromycin, azythromycin, doxycycline, morphine, pork, beef, wheat& more

**Review of Systems:**
Except for the systems documented in the HPI or detailed below, all other systems were reviewed and negative.

**Past Medical, Psychiatric, Family and Social History**
History Provided: April Tyler

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 05/10/2021**

**April Lee Connoly** Date of Birth:

Relationship to Patient: Self.

**Behavioral Health History**
Medication Management. Jared Lemon
Prior Suicidal or Homicidal Ideation or Attempt: Yes. C. indicated that she is not currently having SI; last suicidal ideations were 20 years ago.
Prior History of Cutting or Self-Harm: Yes. Self-harm--cutting last time 5 years ago;

History or Prior Diagnosis:
Patient: ADD/ADHD. Anxiety. Depression. Panic attacks. PTSD/Trauma.
Family:

**Medical History**
Primary Care Physician: Yes.
Date of Last Physical Exam: 3 weeks ago

History or Prior Diagnosis:
Patient: Asthma. Cancer. Thyroid problems. Hashimotos - breast cancer
Family:

Psychosocial History: Strain in relationship with family of origin. Social difficulties during childhood.
Cultural/Ethnic/Spiritual Considerations/Identities: Messianic Judaism
Relationship Status: Single.
Current Living Situation/Psychosocial Stressors: Live alone with 2 dogs
Trauma History: Rape, cancer, surgeries, abusive boyfriends, car accident, etc
Personal Strengths: Loves animals
Current or Past Legal Issues: No.
Gender Identity: Female
Sex Assigned at Birth: Female
Sexual Orientation: Heterosexual or Straight

Substance Use History:
Alcohol Use: No.

Substance Use: No current or past substance use.
Cannabis/Marijuana: Used in the last 30 days.
Prescription Stimulants: Used in the last 30 days.
Prescription Opioids: Used in the last 30 days.

Smoking Status: Current Every Day Smoker.
Usage per Day: 1 ppd. Number of Years: 14.

Number of Drinks Containing Caffeine on a Typical Day: 5-6 drinks.

Food/Exercise History:
Exercise Frequency: 1-2x/week.
Concerns about eating or exercise habits: No.

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 05/10/2021**

**April Lee Connoly** Date of Birth:

Educational History:
Highest Education Completed: Graduate degree.
Current Student: Yes. Working on my masters

Occupational History:
Occupation: Assistant Manager of Quality
Employer: Cal plasma
Occupational Stressors: Everyone wants/needs all the time

Military Experience: None.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Negative Life Events
Protective Factors: At least one loving relationship, Family support

**Pain Assessment**
Current Pain: Yes.
Emotional or Physical Pain: Emotional and physical.

**Mental Status Exam**
Vitals: Height: 65 inches. Respiration: 18.
Mood: Anxious.
Affect: Full and Appropriate.
General Appearance/Behavior: Appears stated age. Appropriate grooming and hygiene.
Gait: Normal gait and upright station. No notable abnormal movements or coordination issues. Gait intact, normal and upright station. No notable abnormal movements or coordination issues. Gait intact, normal and upright station. No notable abnormal movements or coordination issues. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation. Articulate. Fluent.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted. Intact.
Thought Process: Logical. Goal directed. Organized.
Memory: Good. Intact. Recent memory is intact. Remote memory is intact.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions. Patient denies suicidal ideation or thoughts of harm to others. Delusions were not present at the time of interview. Delusions were not present at the time of interview.
Fund of Knowledge: Intact. No abnormalities noted. Knowledge of current events is intact. Knowledge of past history is intact.
Attention: Attention span moderately impaired.
Judgment and Insight: Good insight. Good insight regarding reason for visit. Good insight regarding reason for visit.

Patient has the capacity to benefit from the treatment plan.

Treatment plan collaboratively established and clearly communicated with the patient/guardian who understood and agreed to it.

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 05/10/2021**

**April Lee Connoly** Date of Birth:

**Problems**
Problem #1: Anxiety. Acute. Severity: Moderate with exacerbation/side effects.
Problem #2: Dissociative disorder . Chronic. Severity: Moderate with exacerbation/side effects.
Problem #3: PTSD. Chronic. Severity: Moderate with exacerbation/side effects.
Problem #4: Rule out mood disorder . Chronic. Severity: Moderate with exacerbation/side effects.
Problem #5: Insomnia. Chronic. Severity: Moderate.

**Medical Decision-Making**

Assessments:
GAD-7 =
PHQ-9 =

**Assessment and Plan**
Assessment/Functional Status: Depression, anxiety, insomnia, PTSD
Prior DC'd from Ridge, (failed trazodone inpatient)

*Author will not do benzo due to risks with patient and DID*
Continue Pristiq 100mg daily.
DC Propranolol 20mg daily, worsened asthma once.
-Clonidine 0.1mg twice daily as needed anxiety,
Genetic testing last (2D6 intermediate)
(Plan on failure abilify 2mg V lamictal... Adderall not in treatment plan)

Patient agrees to go to ER for any SI/HI/AVH and consents to safety plan.
Will call office for any SE, updates
Risks of medication including long term.
Medication education reviewed.
Followup in 1 months if stable,

Goals and Plan:
Medication:
 Start: lamotrigine 25
 Continue: Pristiq 100
 Discontinue:
 PRN Medication: Clonidine 0.1mg
Adjunct Treatment:
Collaborate with: client

Lifestyle/Behavior Modification:
If symptoms do not improve or recur, consider: Pristiq - consider a taper
Follow up in: 3 weeks

Patient Instruction/Education Provided: She would like to write a book about Dissocative disorder - for as long as she can recall.

Patient was provided with instructions regarding diagnosis and recommendations. Questions were welcomed and answered.

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 05/10/2021**

**April Lee Connoly** Date of Birth:

Patient Instructions: Visit Summary
Prescriptions:
SIG: lamotrigine 25 mg tablet, 30 days, Dispense #42 Tablet, 0 Refills
Directions: Take 1 PO QD for 10 days,, then 2 take PO QD.

**Diagnoses**
F43.12 Post-traumatic stress disorder, chronic
F39.0 rule out mood disorder
G47.00 INSOMNIA UNSPECIFIED
F44.81 DISSOCIATIVE IDENTITY DISORDER

Present at Session: Patient.

Telehealth visit, informed consent obtained and patient location verified.

Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 5/10/2021 2:02:03 PM
Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 5/10/2021 2:02:38 PM

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 06/02/2021**

**April Lee Connoly** Date of Birth:

## Psychiatric Progress Note

**Chief Complaint:** Medication management, depression, anxiety, PTSD, dissociative episodes, poor physical health

**History of Present Illness:** This is a 38 year old who has anxiety and depression, dissociative episodes and poor physical health. She is used to Jared Lemon. She has issues with insomnia.
She has voices that will not stop talking. She has more dissociative disorder. Her youngest alter is 2 years old. She has several alters ( current 8). There are down to a manageable number. There has been as many as 20 in the past. They have integrated. She has siblings- they are emotionally and psychologically damaged as well. She does see her parents and she felt fine with seeing parents. She now feels strange after reading the toxic parent book. Her sister has recommended the toxic parents.
She read the book in college and there was a separation with she and her parents.
She has heard awful things about her sister and now she is trying to find out reality.
Her mother grew up in a physically abusive home. She doesn't think she sees this about herself. Both siblings are in therapy.
She feels it is more PTSD. She has some memories coming back.
She has past trauma and she just read a book about toxic parents and she cannot recall abuse. She may have blocked it out.
She has periods of racing thoughts, mood swings, and different alter that comes out when her moods change.
She feels like she is at a good point with cognitive therapy.
She has issues with sleeping and anxiety and mood changes sometimes.

PHQ-9, GAD-7 and additional mental health assessments reviewed.

**Medications**
Current Medications: trazodone, 150 mg, QD, Directions: Take 1 oral tablet once a day PRN insomnia, tablet, oral, Quantity: 30, Duration: 30, Refills: 2, Date: 12/13/2019
propranolol, 20 mg, QD, Directions: Take 1 oral tablet once a day PRN anxiety,, tablet, oral, Quantity: 30, Duration: 30, Refills: 1, Date: 01/13/2020
Pristiq, 50 mg, QD, Directions: Take 1 oral tablet once a day, tablet extended release 24 hr, oral, Quantity: 30, Duration: 30, Refills: 1, Date: 02/17/2020
Pristiq, 25 mg, QD, Directions: Take 1 oral tablet once a day with the 50mg tab, tablet extended release 24 hr, oral, Quantity: 30, Duration: 30, Refills: 2, Date: 02/17/2020
clonidine HCl, 0.1 mg, BID, Directions: Take 1 oral tablet 2 times a day PRN anxiety, tablet, oral, Quantity: 60, Duration: 30, Refills: 1, Date: 11/10/2020
Pristiq, 100 mg, QD, Directions: Take 1 oral tablet once a day, tablet extended release 24 hr, oral, Quantity: 30, Duration: 30, Refills: 3, Date: 11/10/2020
Pristiq, 100 mg, Directions: Take 1 PO QD., tablet extended release 24 hr, oral, Quantity: 30, Duration: 30, Refills: 4, Date: 04/19/2021
lamotrigine, 25 mg, Directions: Take 1 PO QD for 10 days,, then 2 take PO QD., tablet, oral, Quantity: 42, Duration: 30, Refills: 0, Date: 05/10/2021
Past Psychiatric Medications:
Medication Adherence: Adequate medication adherence.
Allergies/Adverse Reactions: No allergies on file

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 06/02/2021**

**April Lee Connoly** Date of Birth:

**Review of Systems**
Except for the systems documented in the HPI or detailed below, all other systems were reviewed and negative.

**Past Medical, Family and Social History**
No interim changes.
PFSH Summary: Went to ER due to stress. Was treated with once admin of xanax and helped per report. Now asthma was worse and stopped medication. Splitting and more personality issues.
Substance Use: Denies,
Smoking Status: Current Every Day Smoker
Usage per Day: 1 ppd. Number of Years: 14.
Medical History: Asthma. Cancer. Thyroid Problems.
Additional Past Medical History: Hashimotos - breast cancer

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Negative Life Events
Protective Factors: At least one loving relationship, Family support

**Exam / Mental Status**
Vitals: Height: 65 inches.

Mood: Anxious.
Affect: Full and Appropriate.
General Appearance/Behavior: Appears stated age. Appropriate grooming and hygiene.
Gait: Normal gait and upright station. No notable abnormal movements or coordination issues. Gait intact, normal and upright station. No notable abnormal movements or coordination issues. Gait intact, normal and upright station. No notable abnormal movements or coordination issues. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation. Articulate. Fluent.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted. Intact.
Thought Process: Logical. Goal directed. Organized.
Memory: Good. Intact. Recent memory is intact. Remote memory is intact.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions. Patient denies suicidal ideation or thoughts of harm to others. Delusions were not present at the time of interview. Delusions were not present at the time of interview.
Fund of Knowledge: Intact. No abnormalities noted. Knowledge of current events is intact. Knowledge of past history is intact.
Attention and Concentration: Attention span moderately impaired.
Judgment and Insight: Good insight. Good insight regarding reason for visit. Good insight regarding reason for visit.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

**Problems**
Problem #1: Anxiety. Acute. Severity: Moderate with exacerbation/side effects.

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 06/02/2021**

**April Lee Connoly** Date of Birth:

Problem #2: Dissociative disorder , Chronic. Severity: Moderate with exacerbation/side effects,
Problem #3: PTSD, Chronic. Severity: Moderate with exacerbation/side effects.
Problem #4: Rule out mood disorder . Chronic. Severity: Moderate with exacerbation/side effects.
Problem #5: Insomnia. Chronic. Severity: Moderate with exacerbation/side effects. Moderate

**Medical Decision-Making**
Documentation to Support Medical Decision Making: Data collected outside of interview.

Historian and Past Medical Records:

Independent Test Interpretation:

Assessments:
GAD-7 =
PHQ-9 =

**Assessment and Plan**
Goals and Plan:
Medication:
Start: lamotrigine 100
Continue: Pristiq 100
Discontinue:
PRN Medication: Clonidine 0.1mg
Adjunct Treatment:
Collaborate with: client

Lifestyle/Behavior Modification:
If symptoms do not improve or recur, consider: Pristiq - consider a taper
Follow up In: 3 weeks

Patient Instruction/Education Provided: She would like to write a book about Dissocative disorder - for as long as she can recall.

Patient was provided with instructions regarding diagnosis and recommendations. Questions were welcomed and answered.

Patient Instructions: Visit Summary
Prescriptions:
SIG: lamotrigine 100 mg tablet, 30 days, Dispense #30 Tablet, 5 Refills
Directions: Take 1 PO QD.

**Diagnoses**
F44.81 DISSOCIATIVE IDENTITY DISORDER
F41.1 GENERALIZED ANXIETY DISORDER

Present at Session: Patient.

Telehealth visit, informed consent obtained and patient location verified.

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 06/02/2021**

**April Lee Connoly** Date of Birth:

Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 6/2/2021 1:13:49 PM
Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 6/2/2021 1:14:43 PM
Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 6/2/2021 1:16:05 PM

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(859) 296-3141 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 07/14/2021**

**April Lee Connoly** Date of Birth:

## Psychiatric Progress Note

**Chief Complaint:** Medication management, depression, anxiety, PTSD, dissociative episodes, poor physical health

**History of Present Illness:** This is a 38 year old who has anxiety and depression, dissociative episodes and poor physical health. She is used to Jared Lemon. She has issues with insomnia.
She has voices that will not stop talking. She has more dissociative disorder. Her youngest alter is 2 years old. She has several alters ( current 8). There are down to a manageable number. There has been as many as 20 in the past. They have integrated. She has siblings- they are emotionally and psychologically damaged as well. She does see her parents and she felt fine with seeing parents. She now feels strange after reading the toxic parent book. Her sister has recommended the toxic parents.
She read the book in college and there was a separation with she and her parents.
She has heard awful things about her sister and now she is trying to find out reality.
Her mother grew up in a physically abusive home. She doesn't think she sees this about herself. Both siblings are in therapy.
She feels it is more PTSD. She has some memories coming back.
She has past trauma and she just read a book about toxic parents and she cannot recall abuse. She may have blocked it out.
She has periods of racing thoughts, mood swings, and different alter that comes out when her moods change.
She feels like she is at a good point with cognitive therapy.
She has issues with sleeping and anxiety and mood changes sometimes.

PHQ-9, GAD-7 and additional mental health assessments reviewed.

**Medications**
Current Medications: trazodone, 150 mg, QD, Directions: Take 1 oral tablet once a day PRN insomnia, tablet, oral, Quantity: 30, Duration: 30, Refills: 2, Date: 12/13/2019
propranolol, 20 mg, QD, Directions: Take 1 oral tablet once a day PRN anxiety,, tablet, oral, Quantity: 30, Duration: 30, Refills: 1, Date: 01/13/2020
lamotrigine, 100 mg, Directions: Take 1 PO QD., tablet, oral, Quantity: 30, Duration: 30, Refills: 5, Date: 06/02/2021
Medication Side Effects: Patient denies medication side effects.
Past Psychiatric Medications:
Medication Adherence: Adequate medication adherence.
Allergies/Adverse Reactions: No allergies on file

**Review of Systems**
Except for the systems documented in the HPI or detailed below, all other systems were reviewed and negative.

**Past Medical, Family and Social History**
No interim changes.
PFSH Summary: Went to ER due to stress. Was treated with once admin of xanax and helped per report. Now asthma was worse and stopped medication. Splitting and more personality issues.
Substance Use: Denies,
Smoking Status: Current Every Day Smoker



Lincoln/Connolly 0729

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(859) 296-3141 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 07/14/2021**

**April Lee Connoly** Date of Birth:

Usage per Day: 1 ppd. Number of Years: 14.
Medical History: Asthma. Cancer. Thyroid Problems.
Additional Past Medical History: Hashimotos - breast cancer

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Negative Life Events
Protective Factors: At least one loving relationship, Family support

**Exam / Mental Status**
Vitals: Height: 65 inches.
Respiration: 18.
Mood: Anxious.
Affect: Full and Appropriate.
General Appearance/Behavior: Appears stated age. Appropriate grooming and hygiene.
Gait: Normal gait and upright station. No notable abnormal movements or coordination issues. Gait intact, normal and upright station. No notable abnormal movements or coordination issues. Gait intact, normal and upright station. No notable abnormal movements or coordination issues. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation. Articulate. Fluent.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted. Intact.
Thought Process: Logical. Goal directed. Organized.
Memory: Good. Intact. Recent memory is intact. Remote memory is intact.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions. Patient denies suicidal ideation or thoughts of harm to others. Delusions were not present at the time of interview. Delusions were not present at the time of interview.
Fund of Knowledge: Intact. No abnormalities noted. Knowledge of current events is intact. Knowledge of past history is intact.
Attention and Concentration: Attention span moderately impaired.
Judgment and Insight: Good insight. Good insight regarding reason for visit. Good insight regarding reason for visit.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

**Problems**
Problem #1: Anxiety. Acute. Severity: Moderate with exacerbation/side effects.
Problem #2: Dissociative disorder , Chronic. Severity: Moderate with exacerbation/side effects,
Problem #3: PTSD, Chronic. Severity: Moderate with exacerbation/side effects.
Problem #4: Rule out mood disorder . Chronic. Severity: Moderate with exacerbation/side effects.
Problem #5: Insomnia. Chronic. Severity: Moderate with exacerbation/side effects. Moderate with exacerbation/side effects

**Medical Decision-Making**
Documentation to Support Medical Decision Making: Data collected outside of interview.

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(859) 296-3141 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 07/14/2021**

**April Lee Connoly** Date of Birth:

Historian and Past Medical Records:

Independent Test Interpretation:

Assessments:
GAD-7 = 19.0
PHQ-9 =

**Assessment and Plan**
Goals and Plan:
Medication:
Start: lamotrigine 100
Continue: Pristiq 100
Discontinue:
PRN Medication: Clonidine 0.1mg
Adjunct Treatment:
Collaborate with: client

Lifestyle/Behavior Modification:
If symptoms do not improve or recur, consider: Pristiq - consider a taper ; vistaril for sleep and client is not sleeping all day now and she is improved. She went to the ER and this was due to cutting and the new ego did the cutting - appearance as a young child today- Baptist health for a visit. She has a difficult issue with time. In the am, the pills are by the door. She changes to different egos and identities.
Follow up In: 3 weeks

Patient Instruction/Education Provided: She would like to write a book about Dissocative disorder - for as long as she can recall.

Patient was provided with instructions regarding diagnosis and recommendations. Questions were welcomed and answered.

Patient Instructions: Visit Summary
Prescriptions:
SIG: hydroxyzine pamoate 25 mg capsule, 30 days, Dispense #30 Capsule, 3 Refills
Directions: Take 1 PO QD.

**Diagnoses**
F44.81 DISSOCIATIVE IDENTITY DISORDER
F41.1 GENERALIZED ANXIETY DISORDER

Present at Session: Patient.

Telehealth visit, informed consent obtained and patient location verified.

Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:43:11 PM
Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:44:18 PM

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(859) 296-3141 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 07/14/2021**

**April Lee Connoly** Date of Birth:

Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:44:36 PM
Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:45:14 PM
Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:45:47 PM

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(859) 296-3141 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 08/17/2021**

**April Lee Connoly** Date of Birth:

## Psychiatric Progress Note

**Chief Complaint:** Medication management, depression, anxiety, PTSD, dissociative episodes, poor physical health

**History of Present Illness:** This is a 38 year old who has anxiety and depression, dissociative episodes and poor physical health. She is used to Jared Lemon. She has issues with insomnia.
She has voices that will not stop talking. She has more dissociative disorder. Her youngest alter is 2 years old. She has several alters ( current 8). There are down to a manageable number. There has been as many as 20 in the past. They have integrated. She has siblings- they are emotionally and psychologically damaged as well. She does see her parents and she felt fine with seeing parents. She now feels strange after reading the toxic parent book. Her sister has recommended the toxic parents.
She read the book in college and there was a separation with she and her parents.
She has heard awful things about her sister and now she is trying to find out reality.
Her mother grew up in a physically abusive home. She doesn't think she sees this about herself. Both siblings are in therapy.
She feels it is more PTSD. She has some memories coming back.
She has past trauma and she just read a book about toxic parents and she cannot recall abuse. She may have blocked it out.
She has periods of racing thoughts, mood swings, and different alter that comes out when her moods change.
She feels like she is at a good point with cognitive therapy.
She has issues with sleeping and anxiety and mood changes sometimes.

PHQ-9, GAD-7 and additional mental health assessments reviewed.

**Medications**
Current Medications: trazodone, 150 mg, QD, Directions: Take 1 oral tablet once a day PRN insomnia, tablet, oral, Quantity: 30, Duration: 30, Refills: 2, Date: 12/13/2019
propranolol, 20 mg, QD, Directions: Take 1 oral tablet once a day PRN anxiety,, tablet, oral, Quantity: 30, Duration: 30, Refills: 1, Date: 01/13/2020
lamotrigine, 100 mg, Directions: Take 1 PO QD., tablet, oral, Quantity: 30, Duration: 30, Refills: 5, Date: 06/02/2021
hydroxyzine pamoate, 25 mg, Directions: Take 1 PO QD., capsule, oral, Quantity: 30, Duration: 30, Refills: 3, Date: 07/14/2021
Medication Side Effects: Patient denies medication side effects.
Past Psychiatric Medications:
Medication Adherence: Adequate medication adherence.
Allergies/Adverse Reactions: No allergies on file

**Review of Systems**
Except for the systems documented in the HPI or detailed below, all other systems were reviewed and negative.

**Past Medical, Family and Social History**
No interim changes.
PFSH Summary: Went to ER due to stress. Was treated with once admin of xanax and helped per report. Now asthma was worse and stopped medication. Splitting and more personality issues.

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(859) 296-3141 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 08/17/2021**

**April Lee Connoly** Date of Birth:

Substance Use: Denies,
Smoking Status: Current Every Day Smoker
Usage per Day: 1 ppd. Number of Years: 14.
Vaping: No.
Others Smoking in the Home: No.
Medical History: Asthma. Cancer. Thyroid Problems.
Additional Past Medical History: Hashimotos - breast cancer

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Negative Life Events
Protective Factors: At least one loving relationship, Family support

**Exam / Mental Status**
Vitals: Height: 65 inches.
Respiration: 18.
Mood: Depressed. Anxious.
Affect: Full and Appropriate.
General Appearance/Behavior: Appears stated age. Appropriate grooming and hygiene.
Gait: Normal gait and upright station. No notable abnormal movements or coordination issues. Gait intact, normal and upright station. No notable abnormal movements or coordination issues. Gait intact, normal and upright station. No notable abnormal movements or coordination issues. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation. Articulate. Fluent.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted. Intact.
Thought Process: Logical. Goal directed. Organized.
Memory: Good. Intact. Recent memory is intact. Remote memory is intact.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions. Patient denies suicidal ideation or thoughts of harm to others. Delusions were not present at the time of interview. Delusions were not present at the time of interview.
Fund of Knowledge: Intact. No abnormalities noted. Knowledge of current events is intact. Knowledge of past history is intact.
Attention and Concentration: Attention span moderately impaired.
Judgment and Insight: Good insight. Good insight regarding reason for visit. Good insight regarding reason for visit.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

**Problems**
Problem #1: Anxiety. Acute. Severity: Moderate with exacerbation/side effects.
Problem #2: Dissociative disorder , Chronic. Severity: Moderate with exacerbation/side effects,
Problem #3: PTSD, Chronic. Severity: Moderate with exacerbation/side effects.
Problem #4: Rule out mood disorder . Chronic. Severity: Moderate with exacerbation/side effects.
Problem #5: Insomnia. Chronic. Severity: Moderate with exacerbation/side effects. Moderate with exacerbation/side effects

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(859) 296-3141 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 08/17/2021**

**April Lee Connoly** Date of Birth:

**Medical Decision-Making**
Documentation to Support Medical Decision Making: Data collected outside of interview.

Historian and Past Medical Records:

Independent Test Interpretation:

Assessments:
GAD-7 = 19.0
PHQ-9 =

**Assessment and Plan**
Assessment and Functional Status: Dissociative identity disorder -
Generalized Anxiety Disorder

Mood disorder /
Goals and Plan:
Medication:
Start: lamotrigine 100
Continue: Pristiq 100
Discontinue:
PRN Medication: Clonidine 0.1mg
Adjunct Treatment:
Collaborate with: client

Lifestyle/Behavior Modification:
If symptoms do not improve or recur, consider: Pristiq - consider a taper ; vistaril for sleep and client is not sleeping all day now and she is improved. She went to the ER and this was due to cutting and the new ego did the cutting - appearance as a young child today- Baptist health for a visit. She has a difficult issue with time. In the am, the pills are by the door. She changes to different egos and identities.
Follow up In: 3 weeks

Patient Instruction/Education Provided: She would like to write a book about Dissocative disorder - for as long as she can recall.

Patient was provided with instructions regarding diagnosis and recommendations. Questions were welcomed and answered.

Patient Instructions: Visit Summary
Prescriptions:
SIG: buspirone 10 mg tablet, 30 days, Dispense #60 Tablet, 3 Refills
Directions: Take 1 PO BID.

**Diagnoses**
F44.81 DISSOCIATIVE IDENTITY DISORDER
F41.1 GENERALIZED ANXIETY DISORDER

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(859) 296-3141 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 08/17/2021**

**April Lee Connoly** Date of Birth:

Present at Session: Patient.

Telehealth visit, informed consent obtained and patient location verified.

Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 8/17/2021 3:45:29 PM
Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 8/17/2021 3:45:58 PM

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

June 2, 2022

**VIA FACSIMILE ONLY: (859) 296-3144**
LifeStance Health
Bryan Manning, LPCC
ATTN: Medical Records
1030 Monarch St. Suite 100
Lexington, KY 40513

**RE: Our Client: April Connolly**
**Date of Birth:**
**Social Security No.:**
**Medical Records From: 05/01/2021 to Present**

Dear Medical Records Custodian,

Our office has been retained to represent **Ms. April Connolly** regarding the denial of her long-term disability benefits through her employer's group long-term disability plan.

Please mail or fax the undersigned with photo static copies of **MEDICAL RECORDS** for services rendered by your office from **May 1, 2021 to present**. We do not need x-rays or films. Enclosed you will find an executed medical authorization allowing us to receive the requested records.

**If the cost of this request exceeds $100.00, please contact our office.**

Thank you in advance for your cooperation and assistance with this matter. Please contact me with any questions.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

K. Cody Allison, Esq.

KCA/bk
Enclosures
cc: Ms. April Connolly

**PATIENT CHART -**
**CONNOLY, APRIL LEE**

**DOB: AGE: 40 yrs. Acct#: 225738**

## DEMOGRAPHICS

NAME: CONNOLY, APRIL LEE
PATIENT ID/#: 225738
MRN:
BIRTH DATE:
AGE: 40 yrs.
GENDER: F
ADDRESS:

Home:
Work:
Cell:
EMAIL:
PROVIDER: RIESER,MICHAEL J,MD
REFERRING PROVIDER: TIMOTHY MATTHEW WEDDINGTON LPCC
SUITE 5
105 WINDSOR PATH
GEORGETOWN KY 40324-9819
(502) 313-6877

## MEDICAL PROBLEM LIST

F33.2 (MAJ DEPRESS RECURR SEV W/O PSYCH) Current 5/25/2022

F40.11 (SOCIAL PHOBIA GENERALIZED) Current 5/25/2022

F41.1 (GENERALIZED ANXIETY DISORDER) Current 5/10/2021

F44.81 (DISSOCIATIVE IDENTITY DISORDER) Current 12/13/2019

F43.12 (POST-TRAUMATIC STRESS D/O CHRONIC) Current 10/31/2019

F33.3 (MAJ DEPRESS RECURR SEV W/PSYCH SX) Current 10/31/2019

G47.00 (INSOMNIA UNSPECIFIED) Current 10/31/2019

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 05/18/2021**

**April Lee Connoly** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

Telehealth visit, informed consent obtained and patient location verified.

**Modality:** Individual.

**HPI/Session Summary**
Presents via telehealth due to COVID19 and medical necessity

Moving into new home
Got a puppy
Has started writing book about her personalities
Sister has been supportive and checking in with her - she has shared memories about their childhood. Makes her confused about what she actually experienced.
Read book about "toxic parents" - found it helpful.
April and alters have "taken turns" to manage emotions and stress from recent changes
Primary alters are Mimic and Gentle right now - usually when stressed
New med provider put on Lithium which has helped with sleep
trying to eat healthier
Getting injections for back pain

Having trouble relating to the parents about her DID - mother shuts down and avoids discussing it. Cl confused and frustrated over memories she recalls, her sister recalls and what her parents told her. Finds it difficult to know what the truth is and what to believe. Has come to conclusion that parents have been toxic and mother has tried to control her life. Reflected and reframed to focus on current events such as focusing on building a future with husband and setting healthy boundaries now, instead of focusing on what may or may not have happened in her past.

Therapeutic Interventions in Session: supportive therapy - maintenance
cognitive behavioral therapy

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary: 2/18/21
Spirit: arrived with recent capitol riot and focused on politics

1/7/21
down to 6 alters
April, Mimic, Ally, Gentle, Ivonna, and Shadow

11/11/20
Current alters:
April - co-host
Caleb Conrad - co host
Ivonne(?) Tate-
Stephanie -

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 05/18/2021**

**April Lee Connoly** Date of Birth:

Liberty - mad she had to grow up 2 years quickly
Gentle - formed from integration of Moon and Grace

3/4/20
Cl created chart of how alters are organized.
2/26/20
"Mimic" has been wanting to come out more, April is afraid of her because she "yells".

2/13/20
Stephanie - 'gatekeeper"
Mimic - "angry and sarcastic"

1/8/20
Liberty - 16 year old who is a "free" spirit. First arrived for client at age 9, the same time has "Helen." They arrived during mothers cancer diagnosis Helen is a maternal, caring figure.

12/23/19
Learned baby's name: Eliza
Kittens real name is Cassandra and brother is Kevin

12/5/19:
Information on alters;
Reports that she has only recently come into awareness of alters. States April was being more self-reflective and began to hear other voices that she later came to know as alters. This is when she went to the ER out of concern. Reports things got worse after cancer and tubes were tired and then after going to the Ridge.

April - 'the host" is "in front about 50-60% of the time). She is very negative and needs a lot of confidence and worrys about pleasing others, needs to learn to take care of her self.

Darcy - was the first one and who "gets her (April) out of the house" and is the emotional protector and soother

John - mental protector of memories and can be physically protective if needed

Gadget - (male) intellectual and also a protector who gets things done

Kitten "Kit" - "takes care of the sex" as "April freaks out with intimacy". Reports no sex since last relationship.

Helen - "born in the 1800s and rule oriented" "became depressed when tubes were tied" a "spiritual advisor/protector" . Is better now as a baby alter was born and Helen is taking care of the baby

Liberty -

Kevin

Trevor - aged 7

Girl - aged 4

Unamed/genderless baby -

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 05/18/2021**

**April Lee Connoly** Date of Birth:

Smoking Status: Current Every Day Smoker
Usage per Day: 1 ppd. Number of Years: 14.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Hopelessness, Lack of social support, Negative Life Events, Psychotic disorder. work performance
Protective Factors: At least one loving relationship, Dogs

**Mental Status Exam**
Mood: tired, confused
Affect: constricted
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age. No acute distress.
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation.
Language: Demonstrates understanding.
Associations: Circumstantial.
Thought Process: Logical.
Memory: Recent memory mildly impaired.
Abnormal/Psychotic Thoughts: reports alters
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Attention span mildly impaired.
Judgment and Insight: Good insight.

**Diagnoses**

F44.81 DISSOCIATIVE IDENTITY DISORDER

Start time: 11:01 AM
End time: 11:42 AM
Total time: 41

**Treatment Plan**

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Dissociation Identities . Chronic.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Reduce interference of alters
Objectives:
1a. Identify alters
1b. Maintain regular routines to stay grounded
1c. Journal and log thoughts feelings of alters
1d. Complete daily self care - showering, eating, sleep etc.

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 05/18/2021**

**April Lee Connoly** Date of Birth:

Treatment Model/Interventions: cognitive behavioral therapy /behavioral mod
Anticipated Time Frame to Goal Completion: 1 year

Electronically Signed: BRYAN MANNING LPCC on/at 5/19/2021 9:58:53 AM

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 05/27/2021**

**April Lee Connoly** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

Telehealth visit, informed consent obtained and patient location verified.

**Modality:** Individual.

**HPI/Session Summary**
Presents via telehealth due to COVID19

Presents in childlike voice and vocabulary. Presented in child like behaviors and voice. Swinging arms, swaying. Talking about "April" in 3rd person.
"She has a lot going on"
Trying to sell house
Has written 6 chapters of her book
"April had to call an ambulance on friend at work"
"I get to play games on her phone"
April had to "go inside" for "quiet time" and needed time away from the dogs barking
Talked about "mister scott"

"We still cant sleep very good" - "April cant shut her brain off"
Reports med compliance "Its right by our nightstand"

New Alter

"Mimic" wants to talk about the book they are writing
Shared about book and different alters and DID in general - different voice and vocabulary. Adult voice and mannerisms.
"Scott's a good guy"
Mimic - shared how she has been "out" more to get things done as "April" gets overwhelmed and tries to do too much.

Engaged in reality based conversation. Able for "April" to come out. Talking in first person.
Eating healthier. very stressed with work being busy and trying to fix up and sell the house. had to drop out of school to cope. hopes to go to part time soon.

Patient returned to "Mimic" but no notable changes in voice/behavior.

Discussed plan to manage stress and sleep/rest and minimize stress as much as possible.

April plus two alters all shared similar stories of stress and being overwhelmed but from different perspectives. Both appear to have a role in protecting April from stress. All report having a good relationship with Scott (her husband) and are getting along well, albeit stressed from trying to sell the house. All are exciting/enjoying the book they are writing.

Therapeutic Interventions in Session:
behavioral mod

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 05/27/2021**

**April Lee Connoly** Date of Birth:

cognitive behavioral therapy

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary:
5/28/21
Feels alters are "integrating" well

2/18/21
Spirit: arrived with recent capitol riot and focused on politics

1/7/21
down to 6 alters
April, Mimic, Ally, Gentle, Ivonna, and Shadow

11/11/20
Current alters:
April - co-host
Caleb Conrad - co host
Ivonne(?) Tate-
Stephanie -
Liberty - mad she had to grow up 2 years quickly
Gentle - formed from integration of Moon and Grace

3/4/20
Cl created chart of how alters are organized.
2/26/20
"Mimic" has been wanting to come out more, April is afraid of her because she "yells".

2/13/20
Stephanie - 'gatekeeper"
Mimic - "angry and sarcastic"

1/8/20
Liberty - 16 year old who is a "free" spirit. First arrived for client at age 9, the same time has "Helen." They arrived during mothers cancer diagnosis Helen is a maternal, caring figure.

12/23/19
Learned baby's name: Eliza
Kittens real name is Cassandra and brother is Kevin

12/5/19:
Information on alters:
Reports that she has only recently come into awareness of alters. States April was being more self-reflective and began to hear other voices that she later came to know as alters. This is when she went to the ER out of concern. Reports things got worse after cancer and tubes were tired and then after going to the Ridge.

April - 'the host" is "in front about 50-60% of the time). She is very negative and needs a lot of confidence and worrys about pleasing others, needs to learn to take care of her self.

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 05/27/2021**

**April Lee Connoly** Date of Birth:

Darcy - was the first one and who "gets her (April) out of the house" and is the emotional protector and soother

John - mental protector of memories and can be physically protective if needed

Gadget - (male) intellectual and also a protector who gets things done

Kitten "Kit" - "takes care of the sex" as "April freaks out with intimacy". Reports no sex since last relationship.

Helen - "born in the 1800s and rule oriented" "became depressed when tubes were tied" a "spiritual advisor/protector" . Is better now as a baby alter was born and Helen is taking care of the baby

Liberty -

Kevin

Trevor - aged 7

Girl - aged 4

Unamed/genderless baby -
Smoking Status: Current Every Day Smoker
Usage per Day: 1 ppd. Number of Years: 14.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Hopelessness, Lack of social support, Negative Life Events, Psychotic disorder. work performance
Protective Factors: At least one loving relationship, Dogs

**Mental Status Exam**
Mood: stressed
Affect: variable but congruent with alter
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age. No acute distress.
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation.
Language: Demonstrates understanding.
Associations: Circumstantial.
Thought Process: Logical.
Memory: Recent memory mildly impaired.
Abnormal/Psychotic Thoughts: reports alters
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Attention span mildly impaired.
Judgment and Insight: Good insight.

**Diagnoses**

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 05/27/2021**

**April Lee Connoly** Date of Birth:

F44.81 DISSOCIATIVE IDENTITY DISORDER

Start time: 04:01 PM
End time: 04:54 PM
Total time: 53

**Treatment Plan**

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Dissociation Identities . Chronic.
Severity: Moderate
Functional Impact: Impaired academic functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Reduce interference of alters
Objectives:
1a. Identify alters
1b. Maintain regular routines to stay grounded
1c. Journal and log thoughts feelings of alters
1d. Complete daily self care - showering, eating, sleep etc.
1e. Stress reduction activities
Treatment Model/Interventions: cognitive behavioral therapy /behavioral mod
Anticipated Time Frame to Goal Completion: 1 year

Electronically Signed: BRYAN MANNING LPCC on/at 5/28/2021 9:33:50 AM

**LifeStance Health**

**(859) 296-3141 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 06/16/2021**

**April Lee Connoly** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

Telehealth visit, informed consent obtained and patient location verified.

**Modality:** Individual.

**HPI/Session Summary**
Presents via telehealth due to COVID19

Just woke up. Recently dyed hair purple and pink
Recent distress led to desire to cut - tried to use coping skills but they were not effective and went to the ER.
Has been working on house to sell, working job, among other things
Mimic and Gentle have been out the most - "April hasn't been out [in the body] in weeks"

Focused on self care to get back to baseline and manage stress
Goal:
Showering - every other day
Eating - continue to consume 1200 calories
Increase water

Will work toward FMLA

Denies si
Endorses self harm to manage pain
Discussed coping skills such as grabbing ice, hot/cold shower, and using marker to simulate cutting. 5,4,3,2,1 and using ideas from book she likes.
Feels like not working and managing stress will remedy self harm.

Therapeutic Interventions in Session: crisis
behavioral mod
cognitive behavioral therapy

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary:
5/28/21
Feels alters are "integrating" well

2/18/21
Spirit: arrived with recent capitol riot and focused on politics

1/7/21
down to 6 alters
April, Mimic, Ally, Gentle, Ivonna, and Shadow

11/11/20

**LifeStance Health**

**(859) 296-3141 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 06/16/2021**

**April Lee Connoly** Date of Birth:

Current alters:
April - co-host
Caleb Conrad - co host
Ivonne(?) Tate-
Stephanie -
Liberty - mad she had to grow up 2 years quickly
Gentle - formed from integration of Moon and Grace

3/4/20
Cl created chart of how alters are organized.
2/26/20
"Mimic" has been wanting to come out more, April is afraid of her because she "yells".

2/13/20
Stephanie - 'gatekeeper"
Mimic - "angry and sarcastic"

1/8/20
Liberty - 16 year old who is a "free" spirit. First arrived for client at age 9, the same time has "Helen." They arrived during mothers cancer diagnosis Helen is a maternal, caring figure.

12/23/19
Learned baby's name: Eliza
Kittens real name is Cassandra and brother is Kevin

12/5/19:
Information on alters:
Reports that she has only recently come into awareness of alters. States April was being more self-reflective and began to hear other voices that she later came to know as alters. This is when she went to the ER out of concern. Reports things got worse after cancer and tubes were tired and then after going to the Ridge.

April - 'the host" is "in front about 50-60% of the time). She is very negative and needs a lot of confidence and worrys about pleasing others, needs to learn to take care of her self.

Darcy - was the first one and who "gets her (April) out of the house" and is the emotional protector and soother

John - mental protector of memories and can be physically protective if needed

Gadget - (male) intellectual and also a protector who gets things done

Kitten "Kit" - "takes care of the sex" as "April freaks out with intimacy". Reports no sex since last relationship.

Helen - "born in the 1800s and rule oriented" "became depressed when tubes were tied" a "spiritual advisor/protector" . Is better now as a baby alter was born and Helen is taking care of the baby

Liberty -

Kevin

**LifeStance Health**

**(859) 296-3141 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 06/16/2021**

**April Lee Connoly** Date of Birth:

Trevor - aged 7

Girl - aged 4

Unamed/genderless baby -
Smoking Status: Current Every Day Smoker
Usage per Day: 1 ppd. Number of Years: 14.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Hopelessness, Lack of social support, Negative Life Events, Psychotic disorder. work performance
Protective Factors: At least one loving relationship, Dogs

**Mental Status Exam**
Mood: stressed
Affect: tired/constricted
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age. No acute distress.
- just woke up - lines on face from cpap machine.
pink hair
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation.
Language: Demonstrates understanding.
Associations: Circumstantial.
Thought Process: Logical.
Memory: Recent memory mildly impaired.
Abnormal/Psychotic Thoughts: reports alters
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Attention span mildly impaired.
Judgment and Insight: Good insight.

**Diagnoses**
F44.81 DISSOCIATIVE IDENTITY DISORDER
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 12:04 PM
End time: 12:53 PM
Total time: 49

**Treatment Plan**

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Dissociation Identities . Chronic.

**LifeStance Health**

,
**(859) 296-3141 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 06/16/2021**

**April Lee Connoly** Date of Birth:

Severity: Moderate
Functional Impact: Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Reduce interference of alters
Objectives:
1a. Identify alters
1b. Maintain regular routines to stay grounded
1c. Journal and log thoughts feelings of alters
1d. Complete daily self care - showering, eating, sleep etc.
1e. Stress reduction activities
Treatment Model/Interventions: cognitive behavioral therapy /behavioral mod
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: self harm . Acute.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Abstain from all self harm behaviors
Objectives:
2a. Use distraction and grounding skills (5,4,3,2,1)
2b. Use alternaites (grab ice, hot/cold shower)
Treatment Model/Interventions: dialectical behavioral therapy
Anticipated Time Frame to Goal Completion: 1 month

Electronically Signed: BRYAN MANNING LPCC on/at 6/16/2021 9:25:38 PM

**LifeStance Health**

,
**(859) 296-3141 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 06/29/2021**

**April Lee Connoly** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

Telehealth visit, informed consent obtained and patient location verified.

**Modality:** Individual.

**HPI/Session Summary**
Presents via telehealth

Not sleeping well - very hard time getting too sleep
Having more trouble planning her day and getting things done
has been getting out of bed, hygiene has improved to 2 showers a week but not wearing anything else but pajamas
"Mimic" is present today. April has not been out in "days"
has not had any more self harm desires since taking off work
Sold the house - relieved
Still trying to settle into the new house
talking more with sister
having a hard time communicating with mom still - hard time accepting her DID
Discussed desire to seek more intense DID therapy and explored options
Reports losing time and uncertain of days of the week

Focus on self care
3/7 days a week showering/hygiene
Do 1 productive task each week day
Be active for at least 2 hours each day
Develop a chore chart with husband

"Gentle" came out during discussion. Starting talking child like and referring to "Mr. Scott"
Dogs began barking and Mimic returned

Therapeutic Interventions in Session: crisis
behavioral mod
cognitive behavioral therapy

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary:
5/28/21
Feels alters are "integrating" well

2/18/21
Spirit: arrived with recent capitol riot and focused on politics

1/7/21
down to 6 alters

**LifeStance Health**

(859) 296-3141 Fax:
**Bryan Manning, LPCC**
**Visit Date: 06/29/2021**

**April Lee Connoly** Date of Birth:

April, Mimic, Ally, Gentle, Ivonna, and Shadow

11/11/20
Current alters:
April - co-host
Caleb Conrad - co host
Ivonne(?) Tate-
Stephanie -
Liberty - mad she had to grow up 2 years quickly
Gentle - formed from integration of Moon and Grace

3/4/20
Cl created chart of how alters are organized.
2/26/20
"Mimic" has been wanting to come out more, April is afraid of her because she "yells".

2/13/20
Stephanie - 'gatekeeper"
Mimic - "angry and sarcastic"

1/8/20
Liberty - 16 year old who is a "free" spirit. First arrived for client at age 9, the same time has "Helen." They arrived during mothers cancer diagnosis Helen is a maternal, caring figure.

12/23/19
Learned baby's name: Eliza
Kittens real name is Cassandra and brother is Kevin

12/5/19:
Information on alters:
Reports that she has only recently come into awareness of alters. States April was being more self-reflective and began to hear other voices that she later came to know as alters. This is when she went to the ER out of concern. Reports things got worse after cancer and tubes were tired and then after going to the Ridge.

April - 'the host" is "in front about 50-60% of the time). She is very negative and needs a lot of confidence and worrys about pleasing others, needs to learn to take care of her self.

Darcy - was the first one and who "gets her (April) out of the house" and is the emotional protector and soother

John - mental protector of memories and can be physically protective if needed

Gadget - (male) intellectual and also a protector who gets things done

Kitten "Kit" - "takes care of the sex" as "April freaks out with intimacy". Reports no sex since last relationship.

Helen - "born in the 1800s and rule oriented" "became depressed when tubes were tied" a "spiritual advisor/protector" . Is better now as a baby alter was born and Helen is taking care of the baby

**LifeStance Health**

**(859) 296-3141 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 06/29/2021**

**April Lee Connoly** Date of Birth:

Liberty -

Kevin

Trevor - aged 7

Girl - aged 4

Unamed/genderless baby -
Smoking Status: Current Every Day Smoker
Usage per Day: 1 ppd. Number of Years: 14.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Hopelessness, Lack of social support, Negative Life Events, Psychotic disorder. work performance
Protective Factors: At least one loving relationship, Dogs

**Mental Status Exam**
Mood: labile
Affect: congruent with alter:
Mimic - annoyed
Gentle - childlike voice
General Appearance/Behavior: Purple and blue hair
limited hygiene
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert to place
Unsure of todays date

Speech: Coherent and normal rate, volume and articulation. - changed but congruent with alter
Language: Demonstrates understanding.
Associations: Circumstantial.
Thought Process: Logical.
Memory: Recent memory mildly impaired.
Abnormal/Psychotic Thoughts: reports alters
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Attention span mildly impaired.
Judgment and Insight: Good insight.

**Diagnoses**
F44.81 DISSOCIATIVE IDENTITY DISORDER
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 10:04 AM
End time: 11:02 AM
Total time: 58

**Treatment Plan**

**LifeStance Health**

**(859) 296-3141 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 06/29/2021**

**April Lee Connoly** Date of Birth:

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Dissociation Identities . Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs. Impaired academic functioning.
Treatment Goals for Problem #1: Reduce interference of alters
Objectives:
1a. Identify alters
1b. Maintain regular routines to stay grounded
1c. Journal and log thoughts feelings of alters
1d. Complete daily self care - showering, eating, sleep etc.
1e. Stress reduction activities
Treatment Model/Interventions: cognitive behavioral therapy /behavioral mod
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: self harm . Acute.
Treatment Goals for Problem #2: Abstain from all self harm behaviors
Objectives:
2a. Use distraction and grounding skills (5,4,3,2,1)
2b. Use alternaltes (grab ice, hot/cold shower)
Treatment Model/Interventions: dialectical behavioral therapy
Anticipated Time Frame to Goal Completion: 1 month

Presenting Problem #3: Improved daily functioning . Acute.
Severity: High severity.
Treatment Goals for Problem #3: Improve activities of daily living
Functional Impact: Impaired academic functioning. Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs.
Objectives:
3a. Complete 1 task a day
3b. Be active for at least 2 hours a day
3c. 3/7 days of hygiene
3d. Develop a chore chart
Treatment Model/Interventions: behavioral mod
Anticipated Time Frame to Goal Completion: 2 months

Electronically Signed: BRYAN MANNING LPCC on/at 6/29/2021 3:44:25 PM

**LifeStance Health**

**(859) 296-3141 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 07/06/2021**

**April Lee Connoly** Date of Birth:

**Psychotherapy Visit**

**Present at Session:** Patient.

Telehealth visit, informed consent obtained and patient location verified.

**Modality:** Individual.

**HPI/Session Summary**
Presents via telehealth due to COVID19

Saw a DID therapist yesterday and will continue

Mimic is present.

"April" asked mom about why she did not talk about DID. Mom didn't feel it was important. Dad said he would read a book to understand.
Has been utilizing a Facebook support.
Completed disability paperwork - has phone call today about it

"Spirit" came out this weekend after talking to her parents. "She" self harmed (showed superficial cut on arm.

"Not good" on the goals.
Made some efforts of hygiene and house chores

Self care:
Sleep is still poor

Therapeutic Interventions in Session: behavioral mod
cognitive behavioral therapy

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary:
5/28/21
Feels alters are "integrating" well

2/18/21
Spirit: arrived with recent capitol riot and focused on politics

1/7/21
down to 6 alters
April, Mimic, Ally, Gentle, Ivonna, and Shadow

11/11/20
Current alters:
April - co-host

**LifeStance Health**

**(859) 296-3141 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 07/06/2021**

**April Lee Connoly** Date of Birth:

Caleb Conrad - co host
Ivonne(?) Tate-
Stephanie -
Liberty - mad she had to grow up 2 years quickly
Gentle - formed from integration of Moon and Grace

3/4/20
Cl created chart of how alters are organized.
2/26/20
"Mimic" has been wanting to come out more, April is afraid of her because she "yells".

2/13/20
Stephanie - 'gatekeeper"
Mimic - "angry and sarcastic"

1/8/20
Liberty - 16 year old who is a "free" spirit. First arrived for client at age 9, the same time has "Helen." They arrived during mothers cancer diagnosis Helen is a maternal, caring figure.

12/23/19
Learned baby's name: Eliza
Kittens real name is Cassandra and brother is Kevin

12/5/19:
Information on alters:
Reports that she has only recently come into awareness of alters. States April was being more self-reflective and began to hear other voices that she later came to know as alters. This is when she went to the ER out of concern. Reports things got worse after cancer and tubes were tired and then after going to the Ridge.

April - 'the host" is "in front about 50-60% of the time). She is very negative and needs a lot of confidence and worrys about pleasing others, needs to learn to take care of her self.

Darcy - was the first one and who "gets her (April) out of the house" and is the emotional protector and soother

John - mental protector of memories and can be physically protective if needed

Gadget - (male) intellectual and also a protector who gets things done

Kitten "Kit" - "takes care of the sex" as "April freaks out with intimacy". Reports no sex since last relationship.

Helen - "born in the 1800s and rule oriented" "became depressed when tubes were tied" a "spiritual advisor/protector" . Is better now as a baby alter was born and Helen is taking care of the baby

Liberty -

Kevin

Trevor - aged 7

**LifeStance Health**

**(859) 296-3141 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 07/06/2021**

**April Lee Connoly** Date of Birth:

Girl - aged 4

Unamed/genderless baby -
Smoking Status: Current Every Day Smoker
Usage per Day: 1 ppd. Number of Years: 14.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Hopelessness, Lack of social support, Negative Life Events, Psychotic disorder. work performance
Protective Factors: At least one loving relationship, Dogs

**Mental Status Exam**
Mood: tired
Affect: constricted
General Appearance/Behavior: Purple and blue hair
limited hygiene
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert to place
Unsure of todays date

Speech: Coherent and normal rate, volume and articulation. - changed but congruent with alter
Language: Demonstrates understanding.
Associations: Circumstantial.
Thought Process: Logical.
Memory: Recent memory mildly impaired.
Abnormal/Psychotic Thoughts: reports alters
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Attention span mildly impaired.
Judgment and Insight: Good insight.

**Diagnoses**
F44.81 DISSOCIATIVE IDENTITY DISORDER
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 12:00 PM
End time: 12:28 PM
Total time: 28

**Treatment Plan**
Patient Instructions: Cl will suspend treatment with this therapist and begin working on specific DID treatment.
Will continue with med provider

May return to therapist at any time.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

**LifeStance Health**

**(859) 296-3141 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 07/06/2021**

**April Lee Connoly** Date of Birth:

Presenting Problem #1: Dissociation Identities . Chronic.
Severity: High severity
Functional Impact: Impaired academic functioning. Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Reduce interference of alters
Objectives:
1a. Identify alters
1b. Maintain regular routines to stay grounded
1c. Journal and log thoughts feelings of alters
1d. Complete daily self care - showering, eating, sleep etc.
1e. Stress reduction activities
Treatment Model/Interventions: cognitive behavioral therapy /behavioral mod
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: self harm . Acute.
Severity: High severity
Functional Impact: Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Abstain from all self harm behaviors
Objectives:
2a. Use distraction and grounding skills (5,4,3,2,1)
2b. Use alternaites (grab ice, hot/cold shower)
Treatment Model/Interventions: dialectical behavioral therapy
Anticipated Time Frame to Goal Completion: 1 month

Presenting Problem #3: Improved daily functioning . Acute.
Treatment Goals for Problem #3: improve activities of daily living
Objectives:
3a. Complete 1 task a day
3b. Be active for at least 2 hours a day
3c. 3/7 days of hygiene
3d. Develop a chore chart
Treatment Model/Interventions: behavioral mod
Anticipated Time Frame to Goal Completion: 2 months

Electronically Signed: BRYAN MANNING LPCC on/at 7/7/2021 8:46:24 AM

# Exhibit E

June 27, 2022

Michael Bennett, LPCA
The Trauma-Informed Counseling Center
1600 Harrodsburg Rd
Lexington, KY 40504

To Whom It May Concern:

This letter serves as an attempt to advocate on behalf of client April Connolly with the goal of communicating the client's experience of comorbid (i.e., co-occurring) diagnoses which create great difficulty for the client to maintain employment. The client, April Connolly, has been attending trauma-informed psychological treatment since June 29, 2020 for the purpose of improving her psychological, emotional, and social/relational well-being through processing former traumas as well as by mastering skills needed in navigating life with Dissociative Identity Disorder, Post-Traumatic Stress Disorder, and Attention-Deficit/Hyperactivity Disorder, predominately Inattentive presentation. During the time of treatment at TICC, I have observed, assessed, and monitored symptoms supporting the diagnoses of PTSD and DID. While the client has also been diagnosed with other co-occurring disorders (ADHD), the treatment I have administered has focused on PTSD and DID while the client continued receiving psychiatric treatment via medication management from other mental health professionals. As such my professional opinion is offered at the end of this report following my assessments and clinical observations on the diagnoses of PTSD and DID while other diagnoses assessed for and diagnosed elsewhere are not included. Insight from the client's other psychiatric and therapeutic supports pertaining to other diagnoses received should be considered alongside this report for the full context of the client's symptomatic and functioning experiences.

I, the client's therapist, Michael Bennett, LPCA, have observed and assessed the following:

**Diagnosis: F43.12 - Post-traumatic stress disorder, chronic**
The present diagnosis of PTSD – Chronic is used when a client has experienced multiple distressing, life-threatening or altering experiences within their life resulting in being frequently triggered by stimuli (e.g. people, places, objects, conversations, memories that remind the client of the traumatic experiences) in the present and then manifest symptoms such as intrusive memories, avoidance of reminders of trauma, negative changes in thinking and mood, and changes in physical and emotional reactions. In the case of the client, April Connolly, her symptoms also promote the presence of derealization and depersonalization dissociation experiences. The client experiences great difficulty in due to her debilitating mental reenactment of traumas through reminders, proactive avoidance of stimuli reminding her of trauma, the constant sense of threat, affect dysregulation, negative self-concept, and dissociations.

In the case of the client, April Connolly, her experiences of symptoms and life experiences mirror a differential diagnosis of "Complex PTSD" (C-PTSD), perhaps better than PTSD-Chronic, which is acknowledged and codified by the 11th revision of the *International Statistical Classification of Diseases and Related Health Problems* (ICD-11). This diagnosis paradigm considers other symptomatic experiences which the client has also experienced (i.e., dissociation, self-harm, negative self-concept, affect dysregulation) that the aforementioned PTSD-Chronic symptomatology does not emphasis as the debilitating symptoms. The present clinical decision has been to treat the client according to the diagnostic paradigm of C-PTSD, which better reflects the client's trauma profile. Inasmuch as this impacts her vocational functionality, the client experiences great difficulty in maintaining employment due to her debilitating mental reenactment of traumas through reminders, proactive avoidance of stimuli reminding her of trauma, the constant sense of threat, affect dysregulation, negative self-concept, and dissociations. Some examples of how this has been experienced is the frequent experience of being unable to complete tasks or fulfill the responsibilities if she encounters someone or a situation which triggers an intrusive memory with subsequent overwhelming emotions or sense of danger, or which triggers flashbacks inducing panic attacks or dissociation. Another example of how the client's symptoms impair her ability to function is the increased impulsivity that appears in her behaviors resulting from increased dissociative "switching" between alternate identities (alters), hypervigilance, hypertension, attention-deficiency, and heightened emotions. This would lead to the client being unable to consistently fulfill job expectations leading to her either ending her employment to improve her sense of safety and wellbeing or risk being terminated by her employer.

**F44.81 - Dissociative Identity Disorder**
Due to the presence of dissociation experiences, which pertain to April's trauma-related stress disorder of PTSD-chronic (better described by ICD-11's Complex-PTSD), I, the clinician Michael Bennett, administered the Dissociative Experiences Scale (DES) to screen the client for the presence, severity, and description of the client's dissociative experiences. April's responses reflected a score of 70 points, which indicates the strong possibility of the client having a dissociation disorder requiring further assessment and diagnosis. For scale, clients with a diagnosis of PTSD on average score 31 points and the General Adult Population score an average of 5.4 points on the DES. Clients with a diagnosis of DID, on average, score 48 points on DES. Based on the findings of the DES and its clinical suggestions regarding diagnosis, the Dissociative Disorders Interview Schedule (DDIS) based on DSM-5 was utilized to further assess April and determine conclusively that the presence, severity, and descriptions of her dissociation experiences reflect an accurate diagnosis of Dissociative Identity Disorder. The DDIS reflected that April experiences high somatic complaints, major depressive episodes and that these complaints as well as her dissociation experiences are not based on substance use. Additionally, it revealed through the Schneiderian First Rank Systems that April received a lower-than-average score (4 points versus 6.5 points) screening for a small range of hallucinations and delusions, and through further differential diagnostic interviewing, these were identified as not indicating a positive screening for schizophrenia due to the client not meeting the symptomatic requirements for this diagnosis. The DDIS also indicated that through a severe presence of childhood abuse and higher-than-average score (15 points compared to 10.2 points) for Features Associated with Dissociative Identity Disorder, that April's experiences are related

to a developmental disorder (e.g., DID) as opposed to a psychotic disorder stemming from one's biological medical condition, medications, or drug use (e.g., schizophrenia). April's results from the DDIS also demonstrates that her experiences are not a result of experiences relating to the supernatural, possession, extrasensory perception, or cult activities. Her results also indicate a positive screening for the experiences of dissociative fugue, depersonalization, derealization, and a negative screening for dissociative amnesia. April's DES and DDIS results support a formal diagnosis of Dissociative Identity Disorder. Furthermore, as the treating clinician, I can attest to the presence of more than two alternate identities which support April as I have engaged with them in treatment. It is common for an individual with DID to experience "switching" between alternate identities (alters) during the day when triggered by distress. As previously mentioned in the above section detailing the debilitating impact of PTSD and expressed in this section, April is dependent upon the alternate identities within her dissociative identity system in order to function in a survival state of being. This dependency is increased when the client is engaging with stimuli (objects, people, or environments) that are innately distressing, such as found in a high stress work environment, or stimuli which contain familiar characteristics to former distressing, threatening, or traumatizing experiences prompting the triggering of trauma responses (cognitive, affective, behavioral) to increase sense of safety and survival.

**Professional Opinion:**
This opinion is provided based upon two areas: 1) observing steps the client has taken to decrease stressors and improve functionality, and 2) my own assessments and clinical observations. In meeting with and providing treatment for April, I recognize that she has already taken steps and utilized healthy coping and problem-solving skills to decrease exposure to unnecessarily distressing environments and responsibilities which do not serve her purposes and weigh in less priority and value when compared to increasing her ability to healthily function. For example, April first decreased stressors by evaluating the value and priority of her attending graduate school while working and concluded that withdrawing from school could help mitigate her distress and increase her functioning at work. When not seeing success with this solution, April evaluated the management-level capacity in which she worked and determined that stepping down could decrease her distress and allow her to better function at work. When this did not produce the desired outcome, April then took a leave of absence to appropriately focus attention on receiving psychological treatment for the distress and symptoms which was impairing her ability to work and complete school. Based upon April's attempt to decrease distress and improve functionality within her own ability, my own clinical assessment and diagnosis as well as the client's historical psychiatric and medical diagnoses, it is my professional opinion that the psychological health of the client, April Connolly, does not support their meaningfully functioning within a vocational/employed capacity.

Should you have any questions, please contact my office at the number listed below to make any inquiries.

Thank you,
Michael Bennett, LPCA
mbennett@theticcoflexington.com

# Exhibit F

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

# AUTHORIZATION

I, **APRIL CONNOLLY**, hereby authorize **LINCOLN FINANCIAL GROUP** to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to Cody Allison & Associates, PLLC and **APRIL CONNOLLY** to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to **APRIL CONNOLLY**. I also authorize Cody Allison & Associates, PLLC to sign my name to any disability checks for the purposes of transfer into Cody Allison & Associates, PLLC trust account.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
**Cavalier Building**
**95 White Bridge Road**
**Suite # 250**
**Nashville, TN 37205**

6/15/22
**Date**

April L. Connolly
**APRIL CONNOLLY**

# Fax Transmission

**To:** Lincoln Natl. Life--Appeal Review Unit

**From:** Samuel D. Payne, Esq.

**Fax:** 14023611361

**Date:** 6/30/2022 3:08:15 PM MST

**RE:** Appeals for A. Connolly (STD: 11495594) (LTD:12

**Pages:** 10

---

**Comments:**

June 30, 2022

VIA CERTIFIED MAIL # 7021 2720 0000 3441 7082
RETURN RECEIPT REQUESTED
FACSIMILE: # (402) 361-1361

The Lincoln National Life Insurance Co.
Attn.: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

Re: Our Client: April Connolly
================================
STD Claim No.: 11495594
STD Plan No.: PD3-830-510527-01 R (1)
================================
LTD Claim No.: 12027405
LTD Policy No.: GF3-830-510527-01
================================
Employer/Plan Sponsor: CSL Behring, LLC.
Date of Birth:
Social Security No.:

**ALL EXHIBITS TO FOLLOW WITH US MAIL COPY OF LETTER**

Samuel D. Payne
*Senior Attorney*

sam@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

June 30, 2022

**VIA CERTIFIED MAIL <u># 7021 2720 0000 3441 7082</u>**
**RETURN RECEIPT REQUESTED**
**& FACSIMILE: <u># (402) 361-1361</u>**

The Lincoln National Life Insurance Co.
<u>Attn.: Appeal Review Unit</u>
Disability & Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Re: Our Client: April Connolly**
**===================================**
**STD Claim No.: 11495594**
**STD Plan No.: PD3-830-510527-01 R (1)**
**===================================**
**LTD Claim No.: 12027405**
**LTD Policy No.: GF3-830-510527-01**
**===================================**
**Employer/Plan Sponsor: CSL Behring, LLC.**
**Date of Birth:**
**Social Security No.:**

Dear Akelah Tanner; or To Whom It May Concern:

This law firm represents April Connolly on her short-term and long-term disability benefits ["STD" & "LTD"] under the Plan/Policy referenced above. Throughout this letter, **Lincoln** and employer/plan sponsor/policyholder **CSL Behring, LLC** may be collectively referred to as the "**Company**."

To the extent that the Company has denied Ms. Connolly's STD <u>and</u> LTD claims on any basis, please accept this letter as our official request on her behalf for review/appeal and her effort to exhaust completely all contractual/administrative remedies under the applicable Plan documents; further, her appeal/exhaustion of remedies as per federal ERISA law/regulations, including without limitation 29 U.S.C. § 1133. Specifically, we are appealing from Lincoln's companion denial letters, both dated 12/30/2021. Copies are attached as **<u>Exhibit A</u>** and **<u>Exhibit B</u>.**

If, at any time, the Company needs Ms. Connolly to do anything else (reasonable) to exhaust her remedies or perfect her claims, please let us know. This specifically includes completing any additional needed forms, questionnaires, or the like for the Company.

## INTRODUCTION:

Pertinent background information for these claims is as follows:

- Claimant: April Connolly; now age 40
- Residence: Lexington, KY
- Date of Disability: 6/9/2021
- Own Job Occupation: Manager, then step down to medical staff associate (CSL Behring)
- Annual wages/salary/compensation: $50,000.00
- STD benefits received: 6/17/2021 through 8/4/2021
- LTD benefits received: none

Considered properly on a multi-factorial basis, Ms. Connolly is disabled from working due to the following, without limitation:

- **Dissociative Identity Disorder (DID)**
- **Complex PTSD and/or PTSD–Chronic**
- **Attention–Deficit/Hyperactivity Disorder (ADHD)**
- **Hashimoto's disease (a/k/a chronic lymphocytic thyroiditis)**

## PLAN/POLICY DEFINITION OF DISABILITY:

According to the denial letters, the essence of the current test for disability depends on whether, as a result of Injury or Sickness, our client is "unable to perform the Material and Substantial Duties of… [her] **Own Job** [or **Own Occupation**]…."

## MEDICAL EVIDENCE THAT MS. CONNOLLY CANNOT WORK: [1]

In addition to the medical information/records already contained in the Company's STD and LTD claims files for Ms. Connolly, we are enclosing with this letter presently-available medical records and related evidence. These documents are as follows:

- **Exhibit C**: Medical records from Baptist Health/Dr. Beverly Smith
- **Exhibit D**: Medical records from Tina Shelton–Coomer, APRN/LifeStance Health
- **Exhibit E**: Letter from Michael Bennett, LPCA; Therapist at The Trauma–Informed Counseling Center; dated 6/27/2022

The very recent letter from treating therapist Michael Bennett is very clear regarding our client's inability to work. Among other things, that letter states that Ms. Connolly's "**diagnoses… create great difficulty… to maintain employment.**" Mr. Bennett concludes: **"[I]t is my professional opinion that the psychological health of the client… does not support… meaningfully functioning within a vocational/employed capacity."**

## MEDICATIONS:

As a related but distinct matter, Ms. Connolly's medications should be considered. The medications include:

- **Levothyroxine .05 mg daily -- Hashimoto's disease (*a/k/a* chronic lymphocytic thyroiditis)**
- **Desvenlafaxine 100 mg daily -- depression**
- **Buspirone 10 mg daily x2 -- anxiety**

***Note that there is no medication, per se, for DID.**

With all this in mind, ERISA case law provides that the Company must take into proper consideration side effects of Ms. Connolly's medications; the medical impact on her functioning,

[1] Please understand that all medical records and other sensitive documentation tendered with this appeal are intended to be strictly maintained as CONFIDENTIAL by the Company, used only on a need-to-know basis for purposes of handling our client's STD and LTD claims.

alertness and concentration levels; and the resulting overall combination of or with physical impairments. *See, Godfrey vs. Bellsouth Telecommunications, Inc.*, 89 F.3d 755, 758-759 (11th Cir. 1996); *Adams v. Unum Insurance Company of America*, 280 F. Supp. 2d 731, 740–741 (N.D. Ohio 2003); *Dirnberger v. Unum Life*, 246 F. Supp. 2d 927, 934 (W.D. Tenn. 2002).

*See also, Stvartak v. Eastman Kodak Co.*, 945 F. Supp. 1532, 1536, 1545-46 (M.D. Fla. 1996) (plan administrator abused his discretion by "**discounting the effects of potent anti-depressant and anti-psychotic medications that [the plaintiff] took on a daily basis to . . . work**").

## SUMMARY OF MEDICAL PROOF:

In sum, considering all the medical evidence in the record, it should be clear that Ms. Connolly's claims were, and are, fully supported by her medical providers, who are attempting to help with her serious cancer and persistent complications. And, so long as a medical condition is diagnosed and documented by appropriate physicians, a patient's symptoms should be credited by the insured as being consistent with the disabling impairment. *See, Godfrey, supra*, 89 F.3d 755.

*See, Curtis v. Hartford Life & Accident Ins. Co.*, 64 F. Supp. 3d 1198, 1224 (N.D. Ill. 2014) (case precedent teaches that an ERISA determination must make a reasoned assessment of whether *total combination of claimant's impairments* justify disability finding, even if no single impairment standing alone would warrant such conclusion; decision-maker must consider combined effect of claimant's physical impairments, cognitive impairments, and ability to perform "any occupation" as defined by the plan in making its determination).

*See also, Laser v. Provident Life and Accident Insurance Company*, 211 F. Supp. 2d 645, 655-657 (D. Md. 2002), wherein an insurer was significantly criticized for failing to consider all of the employee's medical evidence and all aspects of his illness, taking what amounted to an adversarial approach. It is our belief that the Company has acted in the same way on this claim.

*And see, Burke v. Pitney Bowes Inc. Long Term Disability Plan*, 640 F. Supp. 2d 1160, 1176 (N.D. Cal. 2009) ("One must bear in mind . . . that a participant and her ERISA plan administrator are not *adversaries*. . . . A plan administrator is a fiduciary of the plan participants. *See Glenn*, 128 S. Ct. at 2347. *This means that the plan administrator's interest, if it is following the Connolly, is not to deny benefits as often as possible but to come to the right decision in each case*. . . . As a fiduciary with duties of care and loyalty to all participants, the administrator's role is to grant meritorious claims but

to deny non-meritorious claims in order to protect the plan's assets for the benefit of other participants") (emphasis supplied).

## CONCLUSION:

Under any legal standard of review,[2] the Company erroneously concluded that Ms. Connolly failed to provide proof of serious medical issues that prevent a return to her employment at CSL Behring (or otherwise, for that matter). STD benefits should be reinstated and paid retroactively; *and* LTD benefits awarded retroactively and paid going forward.

Stated otherwise, Ms. Connolly's claims continue to have full support from her treating medical providers, *i.e.*, trained professionals who have seen, evaluated and treated her in person ***(e.g.*, Michael Bennett, LPCA)**. As stated in *Godfrey, supra*, 89 F.3d 755, so long as the conditions at issue are diagnosed and documented by appropriate physician(s), a patient's symptoms should be credited by the insured as being consistent with the disabling impairment. The treating providers have, by definition, been able to observe and treat Ms. Connolly over the course of time; and thus have a full, accurate and historical read on her multi-factorial conditions and deficits. **In fact, those providers are the only professionals who have actually seen, evaluated and treated her – as opposed to staff personnel with Lincoln; or any professionals that may be hired by Lincoln to review this claim on the paper records.**

*See, Kalish v. Liberty Mutual/Liberty Life Assur. Co.*, 419 F.3d 501 (6th Cir. 2005) (when plan administrator's explanation for denial of benefits is based on work of a doctor [or other expert] in its employ, court must view the explanation with some skepticism. . . . Physicians [or other experts] repeatedly retained by benefits plans may have incentive to make a finding of "not disabled" in order

---

[2] It should be noted that in *Firestone Tire & Rubber Company v. Bruch*, 489 U.S. 101, 109 S. Ct. 948, 103 L. Ed. 2d 80 (1989), the United States Supreme Court held that ERISA does not create standards under which District Courts review an administrator's decision to deny benefits. Thus, the Supreme Court established two general but distinct standards for reviewing an administrator's decision to deny benefits: (1) where an administrator acts without discretion to determine eligibility or construe the terms of an ERISA governed plan, the court will review the decision to deny the claim *de novo*. *Id.*, 489 U.S. at 115, 109 S. Ct. at 965; and (2) if the administrator does possess such discretion, the court then reviews the benefit decision under a deferential, *i.e.*, arbitrary and capricious standard. *Id.*, 489 U.S. at 111, 109 S. Ct. at 954. If the administrator (*e.g.*, Lincoln) operates under a financial conflict of interest, the court must consider whether the circumstance was a "factor" in determining whether there was an abuse of discretion. *Id.*, 489 U.S. at 115, 109 S. Ct. at 957. Here, it seems apparent (at least with respect to the LTD policy) that Lincoln operates as both payer of benefits and decision-maker/claims administrator on benefits.

to save their employers' money and preserve their own consulting arrangements. . . . *Whether a doctor has physically examined claimant is one factor that court may consider in determining whether plan administrator acted arbitrarily and capriciously in giving greater weight to opinion of its consulting physician.* The failure to conduct a physical examination may, in some cases, raise questions about the thoroughness and accuracy of the benefits determination. . . . Although there is nothing inherently improper with relying on a file review in denying claim, if the conclusions from that review include critical credibility determinations, reliance on such a review may be inadequate) (emphasis supplied).

*See also, Morgan v. Prudential Ins. Co. of Am.*, 755 F. Supp. 2d 639, 647 (E.D. Pa. Nov. 18, 2010) ("[W]here the insured's treating physician's disability opinion is unequivocal and based on a long term physician-patient relationship, *reliance on a non-examining physician's opinion premised on a records review alone is suspect and suggests that the insurer is looking for a reason to deny benefits*") (citing *Kaufmann v. Metro. Life Ins. Co.*, 658 F. Supp. 2d 643, 650 (E.D. Pa. Sept. 24, 2009)) (emphasis supplied); *Connelly v. Reliance Std. Life Ins. Co.*, 2014 U.S. Dist. LEXIS 74632 at *22 (E.D. Pa. June 2, 2014).

*See also, Granville v. Aetna Life Ins. Co.*, 2015 U.S. Dist. LEXIS 167631 (M.D. Pa. Dec. 15, 2015), in which the Court stated as follows:

> To determine if a defendant [carrier]'s conclusion to deny benefits was arbitrary and capricious, courts consider (1) "various procedural factors underlying the administrator's decision-making process," and (2) "structural concerns regarding how the particular . . . plan was funded." *Miller v. Am. Airlines, Inc.*, 632 F.3d 837, 845 (3d Cir. 2011). "[T]he procedural inquiry focuses on how the administrator treated the particular claimant." *Id.* (citing *Post v. Hartford Ins. Co.*, 501 F.3d 154, 162 (3d Cir. 2007)).
>
> Examples of procedural anomalies that suggest arbitrariness include: (1) reversing a decision to award benefits without new medical evidence to support the change in position, (2) relying on the opinions of non-treating over treating physicians without reason, (3) conducting self-serving paper reviews of medical files, (4) failing to address all relevant diagnoses before terminating benefits, (5) relying on favorable parts while discarding unfavorable parts in a medical report, and (6) denying benefits based on inadequate information and lax investigatory procedures. *Connelly v. Reliance*

*Standard Life Ins. Co.*, No. CIV.A. 13-5934, 2014 U.S. Dist. LEXIS 74632, 2014 WL 2452217, at *4 (E.D. Pa. June 2, 2014).

*Id.,* 2015 U.S. Dist. LEXIS 167631 at * 21 (emphasis supplied).

*And see, Niswonger v. PNC Bank Corp. & Affiliates Long Term Disability Plan*, 612 Fed. Appx. 317, 323 (6th Cir. 2015) (White, J.) (holding that Liberty's denial of benefits was arbitrary and capricious because of its disregard of reliable evidence, such as ignoring objective medical tests and opinions of treating physicians for no reason, failing to rebut medical evidence, and not requesting an independent examination).

The United States Supreme Court's ERISA ruling in *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 123 S. Ct. 1965, 155 L. Ed. 2d 1034 (2003), does nothing to diminish our argument that the Company is improperly failing to credit the opinions of the treating medical providers here. Although the Court in *Nord* found it was not mandatory for an insured to defer to the opinion of the treating physician, it nonetheless affirmed that a treating physician would have a "greater opportunity to know and observe the patient as an individual." The Court went on to state that "plan administrators, of course, *may not arbitrarily refuse to credit the employee's reliable evidence, including the opinions of treating physicians*." *Id.* at 834 (emphasis supplied).

In sum, based on the information already in Lincoln's claims files, plus the information submitted with this letter, it should be clear that Ms. Connolly does, in fact, continue to satisfy the definition of Disability under both the STD Plan and the LTD Policy.

At this point, I will add several housekeeping notes. First, if this office receives additional medical records, other documents supporting Ms. Connolly's claims, or other items needed to complete the record here, we respectfully reserve the right to supplement this letter.

Also, as we understand it, Ms. Connolly has applied for Social Security disability (SSDI) benefits; however, no award has been made to-date. If this changes, or supporting documentation in this regard becomes available – even after the administrative record(s) here have otherwise "closed" – then undersigned counsel may supplement this appeal. This would include not only pertinent dollar figures, but also facts and substantive medical and vocational proof and findings, as applicable. At the same time, to the extent that medical records or information generated in the course of the SSDI

matter are properly considered in the context of the STD and LTD claims, we are assuming that the Company has access to those records and information.[3]

Second, as provided in the denial letters, Ms. Connolly should receive, free of charge, copies of all documents, records and other information relevant to her claims for benefits. So, to the extent that the Company has NOT already provided my office with copies of all such documents, etc., please forward same as soon as possible.

This specifically includes *updated* claims file materials plus any internal rules, guidelines, protocols or other similar criterion relied upon in making the claims determinations to date. This also includes all written reports generated by any medical, vocational or other personnel or parties who have reviewed these claims (internal or external to Lincoln); with all amendments or supplements thereto.

To conclude, I ask that you bring Ms. Connolly current in a lump-sum payment for all past-due STD and LTD benefits – plus interest[4] – then continue her LTD benefits to the fullest thereafter, pursuant to the contractual terms of the Plan/Policy. That is, the Company should pay to Ms. Connolly all STD and LTD benefits to which she was entitled and still is owed; as well as those benefits to which she still is entitled, now or in the future; plus acknowledge and preserve her right (if needed) to make application in the future for LTD benefits that have not yet come due.[5]

With this in mind, please note that – to the extent that Lincoln may reinstate or issue any benefits going forward – any checks, remittances or other (electronic) fund transfers should be directed to my Connolly office, not directly to Ms. Connolly; this in accordance with the attached authorization that Ms. Connolly has executed. *See*, **Exhibit F.**

[3] Note: so far as we are aware, the Company has a signed medical release/authorization from our client that would permit it to request any SSDI records deemed necessary to review these claims. If this is not the case, please advise immediately.

[4] *See, Curtis v. Hartford Life & Accident Ins. Co.*, 64 F. Supp. 3d 1198, 1224 (N.D. Ill. 2014) (presumption in favor of prejudgment interest applicable in ERISA cases; prejudgment interest typically accrues from the date of loss or the date on which the claim accrued in order to put party in the position he would have been in had benefits been paid immediately; and, absent special circumstances, compound interest is the norm in federal matters).

[5] Please note that all amounts claimed above should necessarily include any applicable or accrued cost–of -living adjustments ("COLA's") that may be provided under the Plan/Policy at issue.

This letter is sent without waiver of, or prejudice to, Ms. Connolly's rights and remedies under the STD and LTD Plan/Policy at issue and governing law. All rights and remedies on both claims are expressly reserved.

If you have questions or concerns regarding these matters, please call me. And, if the Company needs Ms. Connolly to do anything else (reasonable) to exhaust her remedies or perfect her claims, please let us know. This specifically includes completing any additional needed forms, questionnaires or the like for Lincoln.

We look forward to your response.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

*/s/ Samuel D. Payne*
By: Samuel D. Payne, Esq.

SDP/sdp
Enclosures (Exhibits A-F) **(*on CD w/ hard copy of letter)**

cc: Ms. Connolly (w/o encl.)



PAGE 10/10 * RCVD AT 6/30/2022 6:08:28 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:4023611361 * CSID:NEXTIVA * ANI:16157270175 * DURATION (mm-ss):05-45

**K. Cody Allison**
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

June 24, 2022

**REGULAR MAIL and**
**VIA FACSIMILE: (402) 361-1361**

Lincoln National Life Ins. Co.
Disability and Life Claims
Attn.: Akelah Tanner
PO Box 2578
Omaha, NE 68172-9688

**Re: Our Client: April Connolly**
**Claim No.: 11495594**
**Short-Term Disability Benefits / CSL Behring, LLC**

Dear Ms.Tanner:

As you are aware, this firm represents Ms. April Connolly regarding the denial of her short-term disability benefits and long-term disability benefits through Lincoln Financial Group / Lincoln Life Assurance Company of Boston.

At this time we are requesting a 30-day extension on Ms. Connolly's appeal. Our office has requested medical records on behalf of Ms. Connolly, and, to date, we have not received the requested medical records.

Please advise if Lincoln Financial Group / Lincoln Life Assurance Company of Boston will grant this 30-day extension, now making Ms. Connolly's appeal due on or before July 28, 2022.

Your cooperation in this matter is appreciated.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

K. Cody Allison, Esq.

KCA/bk
cc: Ms. April Connolly

**From:**Sam Payne <sam@codyallison.com>
**Sent:**Tue, 28 Jun 2022 16:07:38 +0000
**To:**Tanner, Akelah
**Cc:**barb@codyallison.com
**Subject:**RE: LTD Claim 12027405 - April Connolly

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Akelah, good morning, I just wanted to let you know so that you can note in the file that our formal appeal for Ms. Connolly – for both STD & LTD -- with medical documentation and other exhibits, will be sent out no later than Thursday, June 30, 2022. We will fax the appeal letter, then follow via US mail (Certified/RRR) with all of the exhibits.

Please let me know if there are any questions at this time.

Thank you.

Sam.

**Samuel D. Payne, Esq**.
Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
T 615.234.6000
F 615.727.0175
sam@codyallison.com
www.codyallison.com
www.ltdanswers.com

_____________NOTICE______________

This e-mail message and any attachments are for use by the recipient only, and contain information that may be legally privileged and confidential. If you are not the intended recipient, YOU MUST NOT review, transmit, convert to hard copy, copy, use, disclose or disseminate this e-mail, its content or any attachments to it. If you received this email in error, please immediately notify us by return email or telephone at 615-234-6000 and then permanently delete/destroy this message. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client privilege, work product immunity, joint prosecution privilege, or any other applicable privilege or immunity.

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Cavalier Building
95 White Bridge Road, Suite # 250
Nashville, TN 37205

CODY ALLISON
& ASSOCIATES, PLLC

June 24, 2022

**REGULAR MAIL and**
**VIA FACSIMILE: (402) 361-1361**

Lincoln National Life Ins. Co.
Disability and Life Claims
Attn.: Akelah Tanner
PO Box 2578
Omaha, NE 68172-9688

**Re: Our Client: April Connolly**
**Claim No.: 11495594**
**Short-Term Disability Benefits / CSL Behring, LLC**

Dear Ms.Tanner:

As you are aware, this firm represents Ms. April Connolly regarding the denial of her short-term disability benefits and long-term disability benefits through Lincoln Financial Group / Lincoln Life Assurance Company of Boston.

At this time we are requesting a 30-day extension on Ms. Connolly's appeal. Our office has requested medical records on behalf of Ms. Connolly, and, to date, we have not received the requested medical records.

Please advise if Lincoln Financial Group / Lincoln Life Assurance Company of Boston will grant this 30-day extension, now making Ms. Connolly's appeal due on or before July 28, 2022.

Your cooperation in this matter is appreciated.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

K. Cody Allison, Esq.

KCA/bk
cc: Ms. April Connolly

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Parkway Towers
404 James Robertson Pkwy., Ste. #1623
Nashville, TN 37219

CODY ALLISON
& ASSOCIATES, PLLC

April 19, 2022

**REGULAR MAIL and**
**VIA FACSIMILE: (402) 361-1361**

Lincoln National Life Ins. Co.
Disability and Life Claims
Attn.: Akelah Tanner
PO Box 2578
Omaha, NE 68172-9688

**Re: Our Client: April Connolly**
**Claim No.: 11495594**
**Short-Term Disability Benefits / CSL Behring, LLC**

Dear Ms.Tanner:

As you are aware, this firm represents Ms. April Connolly regarding the denial of her short-term disability benefits and also a claim for long-term disability benefits through Lincoln Financial Group / Lincoln Life Assurance Company of Boston.

Please be advised that effective May 1, 2022, our office address will be as follows:

**Cody Allison & Associates, PLLC**
**Cavalier Building**
**95 White Bridge Road**
**Suite # 250**
**Nashville, TN 37205**

Our phone number and fax number will be the same. Please note your file and send any future correspondence to the above, highlighted address.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

K. Cody Allison, Esq.

KCA/bk

## Billing Statement:

**Invoice Date: 04/05/2022** **Invoice #: 716319-1814**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Mar 1 2022 and Mar 31 2022**

**L-CLTLTD** **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 8673330<br>12027405 | CONNOLLY, APRIL<br>LIFESTANCE HEALTH | Complete | 11/30/21<br>A Tanner | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>42 | **$ 9.00** |
| 8673329<br>12027405 | CONNOLLY, APRIL<br>THE TRAUMA-INFORMED COUNSELIN... | Complete | 11/30/21<br>A Tanner | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>20 | **$ 9.00** |
| 8673328<br>12027405 | CONNOLLY, APRIL<br>LIFESTANCE HEALTH | Complete | 11/30/21<br>A Tanner | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>12 | **$ 9.00** |
| 8673327<br>12027405 | CONNOLLY, APRIL<br>THE TRAUMA-INFORMED COUNSELIN... | Complete | 11/30/21<br>A Tanner | $ 9.00 | $ 0.00 | $ 0.00 | $ 0.00<br>40 | **$ 9.00** |
| 8673331<br>12027405 | CONNOLLY, APRIL<br>BAPTIST HEALTH | Canceled | 11/30/21<br>A Tanner | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 5.00** |

**ReleasePoint**

**Total Amount Due:** **$ 41.00**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Parkway Towers
404 James Robertson Pkwy., Ste. #1623
Nashville, TN 37219

CODY ALLISON
& ASSOCIATES, PLLC

April 19, 2022

**REGULAR MAIL and**
**VIA FACSIMILE: (402) 361-1361**

Lincoln National Life Ins. Co.
Disability and Life Claims
Attn.: Akelah Tanner
PO Box 2578
Omaha, NE 68172-9688

**Re: Our Client: April Connolly**
**Claim No.: 11495594**
**Short-Term Disability Benefits / CSL Behring, LLC**

Dear Ms.Tanner:

As you are aware, this firm represents Ms. April Connolly regarding the denial of her short-term disability benefits and also a claim for long-term disability benefits through Lincoln Financial Group / Lincoln Life Assurance Company of Boston.

Please be advised that effective May 1, 2022, our office address will be as follows:

**Cody Allison & Associates, PLLC**
**Cavalier Building**
**95 White Bridge Road**
**Suite # 250**
**Nashville, TN 37205**

Our phone number and fax number will be the same. Please note your file and send any future correspondence to the above, highlighted address.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

K. Cody Allison, Esq.

KCA/bk

ReleasePoint

**Medical Record Overview**

**Date:** **March 8, 2022**

**Patient Name:** CONNOLLY, APRIL

**Records From:** Dr. Tina Shelton-Coomer
,
(859) 214-7440

**Request Scope:** From June 15, 2021 to Present

**Chart Range:** 06/16/2021 - 10/14/2021

**RP ID:** 8673330

**Client ID:** 12027405

**Source:** L-CLTLTD

**Req By:** A Tanner
03-510527

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jun 16 2021 | Oct 14 2021 | 33 | 2 |
| Other Records | | | 2 | 35 |
| Request Corr. | | | 7 | 37 |
| | | **Total Page Count:** | 42 | |

**Notes From QC:**

(FAX)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

| | |
|---|---|
| Date: | October 14, 2021 |
| To: | BRYAN MANNING |
| Attn: | |
| Fax: | (859) 296-3144 |
| From: | Morgan Criddle<br>Integrate Specialist<br>On Behalf Of: William Yetman<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (260) 455-9946 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11495594<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

# Send Result Report

KYOCERA

MFP
TASKalfa 4002i
Firmware Version 2NK_2000.002.151 2017.03.07

W376Z02728
11/30/2021 16:05
[2NK_1000.002.008] [2ND_1100.001.007] [2ND_7000.002.115]

Job No.: 112276 Total Time: 0°06'19" Page: 025

## Complete

Document: doc11227620211130155806

LifeStance
HEALTH

FAX COVER SHEET
*Monarch*

Date 11/30/21
To Lincoln Financial Location
Fax 800 456 7946 Phone
From LifeStance Fax: 859.288.3144

| No. | Date/Time | Destination | Times | Type | Result | Resolution/ECN |
|---|---|---|---|---|---|---|
| 001 | 11/30/21 15:58 | 12604559946 | 0°06'19" | FAX | OK | 200x100 Normal/On |

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phono No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

Lincoln Financial Group®

| | |
|---|---|
| Date: | October 14, 2021 |
| To: | BRYAN MANNING |
| Attn: | |
| Fax: | (859) 296-3144 |
| From: | Morgan Criddle<br>Integrate Specialist<br>On Behalf Of: William Yetman<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (260) 455-9946 |
| Total Pages (Including Cover): | 7 |
| RE: | ~~Claim #: 11495594~~<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

**PATIENT CHART -**
**TYLER, APRIL LEE**

**DOB: AGE: 39 yrs. Acct#: 225738**

## DEMOGRAPHICS

NAME: TYLER, APRIL LEE
PATIENT ID/#: 225738
MRN:
BIRTH DATE:
AGE: 39 yrs.
GENDER: F
ADDRESS:

Home:
Work:
Cell:
EMAIL:
PROVIDER: SHELTON-COOMER,TINA,PMHNP
REFERRING PROVIDER: TIMOTHY MATTHEW WEDDINGTON LPCC
SUITE 5
105 WINDSOR PATH
GEORGETOWN KY 40324-9819
(502) 313-6877

## MEDICAL PROBLEM LIST

F41.1 (GENERALIZED ANXIETY DISORDER) Current 5/10/2021

F44.81 (DISSOCIATIVE IDENTITY DISORDER) Current 12/13/2019

F43.12 (POST-TRAUMATIC STRESS D/O CHRONIC) Current 10/31/2019

F33.3 (MAJ DEPRESS RECURR SEV W/PSYCH SX) Current 10/31/2019

G47.00 (INSOMNIA UNSPECIFIED) Current 10/31/2019

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(844) 468-5050 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 08/17/2021**

**April Lee Tyler** Date of Birth:

Substance Use: Denies,
Smoking Status: Current Every Day Smoker
Usage per Day: 1 ppd. Number of Years: 14.
Vaping: No.
Others Smoking in the Home: No.
Medical History: Asthma. Cancer. Thyroid Problems.
Additional Past Medical History: Hashimotos - breast cancer

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Negative Life Events
Protective Factors: At least one loving relationship, Family support

**Exam / Mental Status**
Vitals: Height: 65 inches.
Respiration: 18.
Mood: Depressed. Anxious.
Affect: Full and Appropriate.
General Appearance/Behavior: Appears stated age. Appropriate grooming and hygiene.
Gait: Normal gait and upright station. No notable abnormal movements or coordination issues. Gait intact, normal and upright station. No notable abnormal movements or coordination issues. Gait intact, normal and upright station. No notable abnormal movements or coordination issues. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation. Articulate. Fluent.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted. Intact.
Thought Process: Logical. Goal directed. Organized.
Memory: Good. Intact. Recent memory is intact. Remote memory is intact.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions. Patient denies suicidal ideation or thoughts of harm to others. Delusions were not present at the time of interview. Delusions were not present at the time of interview.
Fund of Knowledge: Intact. No abnormalities noted. Knowledge of current events is intact. Knowledge of past history is intact.
Attention and Concentration: Attention span moderately impaired.
Judgment and Insight: Good insight. Good insight regarding reason for visit. Good insight regarding reason for visit.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

**Problems**
Problem #1: Anxiety. Acute. Severity: Moderate with exacerbation/side effects.
Problem #2: Dissociative disorder , Chronic. Severity: Moderate with exacerbation/side effects,
Problem #3: PTSD, Chronic. Severity: Moderate with exacerbation/side effects.
Problem #4: Rule out mood disorder . Chronic. Severity: Moderate with exacerbation/side effects.
Problem #5: Insomnia. Chronic. Severity: Moderate with exacerbation/side effects. Moderate with exacerbation/side effects

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(844) 468-5050 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 08/17/2021**

**April Lee Tyler** Date of Birth:

**Medical Decision-Making**
Documentation to Support Medical Decision Making: Data collected outside of interview.

Historian and Past Medical Records:

Independent Test Interpretation:

Assessments:
GAD-7 = 19.0
PHQ-9 =

**Assessment and Plan**
Assessment and Functional Status: Dissociative identity disorder -
Generalized Anxiety Disorder

Mood disorder /
Goals and Plan:
Medication:
Start: lamotrigine 100
Continue: Pristiq 100
Discontinue:
PRN Medication: Clonidine 0.1mg
Adjunct Treatment:
Collaborate with: client

Lifestyle/Behavior Modification:
If symptoms do not improve or recur, consider: Pristiq - consider a taper ; vistaril for sleep and client is not sleeping all day now and she is improved. She went to the ER and this was due to cutting and the new ego did the cutting - appearance as a young child today- Baptist health for a visit. She has a difficult issue with time. In the am, the pills are by the door. She changes to different egos and identities.
Follow up In: 3 weeks

Patient Instruction/Education Provided: She would like to write a book about Dissocative disorder - for as long as she can recall.

Patient was provided with instructions regarding diagnosis and recommendations. Questions were welcomed and answered.

Patient Instructions: Visit Summary
Prescriptions:
SIG: buspirone 10 mg tablet, 30 days, Dispense #60 Tablet, 3 Refills
Directions: Take 1 PO BID.

**Diagnoses**
F44.81 DISSOCIATIVE IDENTITY DISORDER
F41.1 GENERALIZED ANXIETY DISORDER

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(844) 468-5050 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 08/17/2021**

**April Lee Tyler** Date of Birth:

Present at Session: Patient.

Telehealth visit, informed consent obtained and patient location verified.

Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 8/17/2021 3:45:29 PM
Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 8/17/2021 3:45:58 PM

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(844) 468-5050 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 07/14/2021**

**April Lee Tyler** Date of Birth:

## Psychiatric Progress Note

**Chief Complaint:** Medication management, depression, anxiety, PTSD, dissociative episodes, poor physical health

**History of Present Illness:** This is a 38 year old who has anxiety and depression, dissociative episodes and poor physical health. She is used to Jared Lemon. She has issues with insomnia.
She has voices that will not stop talking. She has more dissociative disorder. Her youngest alter is 2 years old. She has several alters ( current 8). There are down to a manageable number. There has been as many as 20 in the past. They have integrated. She has siblings- they are emotionally and psychologically damaged as well. She does see her parents and she felt fine with seeing parents. She now feels strange after reading the toxic parent book. Her sister has recommended the toxic parents.
She read the book in college and there was a separation with she and her parents.
She has heard awful things about her sister and now she is trying to find out reality.
Her mother grew up in a physically abusive home. She doesn't think she sees this about herself. Both siblings are in therapy.
She feels it is more PTSD. She has some memories coming back.
She has past trauma and she just read a book about toxic parents and she cannot recall abuse. She may have blocked it out.
She has periods of racing thoughts, mood swings, and different alter that comes out when her moods change. She feels like she is at a good point with cognitive therapy.
She has issues with sleeping and anxiety and mood changes sometimes.

PHQ-9, GAD-7 and additional mental health assessments reviewed.

**Medications**
Current Medications: trazodone, 150 mg, QD, Directions: Take 1 oral tablet once a day PRN insomnia, tablet, oral, Quantity: 30, Duration: 30, Refills: 2, Date: 12/13/2019
propranolol, 20 mg, QD, Directions: Take 1 oral tablet once a day PRN anxiety,, tablet, oral, Quantity: 30, Duration: 30, Refills: 1, Date: 01/13/2020
lamotrigine, 100 mg, Directions: Take 1 PO QD., tablet, oral, Quantity: 30, Duration: 30, Refills: 5, Date: 06/02/2021
Medication Side Effects: Patient denies medication side effects.
Past Psychiatric Medications:
Medication Adherence: Adequate medication adherence.
Allergies/Adverse Reactions: No allergies on file

**Review of Systems**
Except for the systems documented in the HPI or detailed below, all other systems were reviewed and negative.

**Past Medical, Family and Social History**
No interim changes.
PFSH Summary: Went to ER due to stress. Was treated with once admin of xanax and helped per report. Now asthma was worse and stopped medication. Splitting and more personality issues.
Substance Use: Denies,
Smoking Status: Current Every Day Smoker

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(844) 468-5050 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 07/14/2021**

**April Lee Tyler** Date of Birth:

Usage per Day: 1 ppd. Number of Years: 14.
Medical History: Asthma. Cancer. Thyroid Problems.
Additional Past Medical History: Hashimotos - breast cancer

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Negative Life Events
Protective Factors: At least one loving relationship, Family support

**Exam / Mental Status**
Vitals: Height: 65 inches.
Respiration: 18.
Mood: Anxious.
Affect: Full and Appropriate.
General Appearance/Behavior: Appears stated age. Appropriate grooming and hygiene.
Gait: Normal gait and upright station. No notable abnormal movements or coordination issues. Gait intact, normal and upright station. No notable abnormal movements or coordination issues. Gait intact, normal and upright station. No notable abnormal movements or coordination issues. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation. Articulate. Fluent.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted. Intact.
Thought Process: Logical. Goal directed. Organized.
Memory: Good. Intact. Recent memory is intact. Remote memory is intact.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions. Patient denies suicidal ideation or thoughts of harm to others. Delusions were not present at the time of interview. Delusions were not present at the time of interview.
Fund of Knowledge: Intact. No abnormalities noted. Knowledge of current events is intact. Knowledge of past history is intact.
Attention and Concentration: Attention span moderately impaired.
Judgment and Insight: Good insight. Good insight regarding reason for visit. Good insight regarding reason for visit.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

**Problems**
Problem #1: Anxiety. Acute. Severity: Moderate with exacerbation/side effects.
Problem #2: Dissociative disorder , Chronic. Severity: Moderate with exacerbation/side effects,
Problem #3: PTSD, Chronic. Severity: Moderate with exacerbation/side effects.
Problem #4: Rule out mood disorder . Chronic. Severity: Moderate with exacerbation/side effects.
Problem #5: Insomnia. Chronic. Severity: Moderate with exacerbation/side effects. Moderate with exacerbation/side effects

**Medical Decision-Making**
Documentation to Support Medical Decision Making: Data collected outside of interview.

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(844) 468-5050 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 07/14/2021**

**April Lee Tyler** Date of Birth:

Historian and Past Medical Records:

Independent Test Interpretation:

Assessments:
GAD-7 = 19.0
PHQ-9 =

**Assessment and Plan**
Goals and Plan:
Medication:
Start: lamotrigine 100
Continue: Pristiq 100
Discontinue:
PRN Medication: Clonidine 0.1mg
Adjunct Treatment:
Collaborate with: client

Lifestyle/Behavior Modification:
If symptoms do not improve or recur, consider: Pristiq - consider a taper ; vistaril for sleep and client is not sleeping all day now and she is improved. She went to the ER and this was due to cutting and the new ego did the cutting - appearance as a young child today- Baptist health for a visit. She has a difficult issue with time. In the am, the pills are by the door. She changes to different egos and identities.
Follow up In: 3 weeks

Patient Instruction/Education Provided: She would like to write a book about Dissocative disorder - for as long as she can recall.

Patient was provided with instructions regarding diagnosis and recommendations. Questions were welcomed and answered.

Patient Instructions: Visit Summary
Prescriptions:
SIG: hydroxyzine pamoate 25 mg capsule, 30 days, Dispense #30 Capsule, 3 Refills
Directions: Take 1 PO QD.

**Diagnoses**
F44.81 DISSOCIATIVE IDENTITY DISORDER
F41.1 GENERALIZED ANXIETY DISORDER

Present at Session: Patient.

Telehealth visit, informed consent obtained and patient location verified.

Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:43:11 PM
Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:44:18 PM

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(844) 468-5050 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 07/14/2021**

**April Lee Tyler** Date of Birth:

Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:44:36 PM
Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:45:14 PM
Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:45:47 PM



Lincoln/Connolly 0792

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(844) 468-5050 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 08/17/2021**

**April Lee Tyler** Date of Birth:

## Psychiatric Progress Note

**Chief Complaint:** Medication management, depression, anxiety, PTSD, dissociative episodes, poor physical health

**History of Present Illness:** This is a 38 year old who has anxiety and depression, dissociative episodes and poor physical health. She is used to Jared Lemon. She has issues with insomnia.
She has voices that will not stop talking. She has more dissociative disorder. Her youngest alter is 2 years old. She has several alters ( current 8). There are down to a manageable number. There has been as many as 20 in the past. They have integrated. She has siblings- they are emotionally and psychologically damaged as well. She does see her parents and she felt fine with seeing parents. She now feels strange after reading the toxic parent book. Her sister has recommended the toxic parents.
She read the book in college and there was a separation with she and her parents.
She has heard awful things about her sister and now she is trying to find out reality.
Her mother grew up in a physically abusive home. She doesn't think she sees this about herself. Both siblings are in therapy.
She feels it is more PTSD. She has some memories coming back.
She has past trauma and she just read a book about toxic parents and she cannot recall abuse. She may have blocked it out.
She has periods of racing thoughts, mood swings, and different alter that comes out when her moods change.
She feels like she is at a good point with cognitive therapy.
She has issues with sleeping and anxiety and mood changes sometimes.

PHQ-9, GAD-7 and additional mental health assessments reviewed.

**Medications**
Current Medications: trazodone, 150 mg, QD, Directions: Take 1 oral tablet once a day PRN insomnia, tablet, oral, Quantity: 30, Duration: 30, Refills: 2, Date: 12/13/2019
propranolol, 20 mg, QD, Directions: Take 1 oral tablet once a day PRN anxiety,, tablet, oral, Quantity: 30, Duration: 30, Refills: 1, Date: 01/13/2020
lamotrigine, 100 mg, Directions: Take 1 PO QD., tablet, oral, Quantity: 30, Duration: 30, Refills: 5, Date: 06/02/2021
hydroxyzine pamoate, 25 mg, Directions: Take 1 PO QD., capsule, oral, Quantity: 30, Duration: 30, Refills: 3, Date: 07/14/2021
Medication Side Effects: Patient denies medication side effects.
Past Psychiatric Medications:
Medication Adherence: Adequate medication adherence.
Allergies/Adverse Reactions: No allergies on file

**Review of Systems**
Except for the systems documented in the HPI or detailed below, all other systems were reviewed and negative.

**Past Medical, Family and Social History**
No interim changes.
PFSH Summary: Went to ER due to stress. Was treated with once admin of xanax and helped per report. Now asthma was worse and stopped medication. Splitting and more personality issues.



Lincoln/Connolly 0793

**LifeStance Health**

**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 07/06/2021**

**April Lee Tyler** Date of Birth:

**Psychotherapy Visit**

**Present at Session:** Patient.

Telehealth visit, informed consent obtained and patient location verified.

**Modality:** Individual.

**HPI/Session Summary**
Presents via telehealth due to COVID19

Saw a DID therapist yesterday and will continue

Mimic is present.

"April" asked mom about why she did not talk about DID. Mom didn't feel it was important. Dad said he would read a book to understand.
Has been utilizing a Facebook support.
Completed disability paperwork - has phone call today about it

"Spirit" came out this weekend after talking to her parents. "She" self harmed (showed superficial cut on arm.

"Not good" on the goals.
Made some efforts of hygiene and house chores

Self care:
Sleep is still poor

Therapeutic Interventions in Session: behavioral mod
cognitive behavioral therapy

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary:
5/28/21
Feels alters are "integrating" well

2/18/21
Spirit: arrived with recent capitol riot and focused on politics

1/7/21
down to 6 alters
April, Mimic, Ally, Gentle, Ivonna, and Shadow

11/11/20
Current alters:
April - co-host

**LifeStance Health**

,
**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 07/06/2021**

**April Lee Tyler** Date of Birth:

Caleb Conrad - co host
Ivonne(?) Tate-
Stephanie -
Liberty - mad she had to grow up 2 years quickly
Gentle - formed from integration of Moon and Grace

3/4/20
Cl created chart of how alters are organized.
2/26/20
"Mimic" has been wanting to come out more, April is afraid of her because she "yells".

2/13/20
Stephanie - 'gatekeeper"
Mimic - "angry and sarcastic"

1/8/20
Liberty - 16 year old who is a "free" spirit. First arrived for client at age 9, the same time has "Helen." They arrived during mothers cancer diagnosis Helen is a maternal, caring figure.

12/23/19
Learned baby's name: Eliza
Kittens real name is Cassandra and brother is Kevin

12/5/19:
Information on alters:
Reports that she has only recently come into awareness of alters. States April was being more self-reflective and began to hear other voices that she later came to know as alters. This is when she went to the ER out of concern. Reports things got worse after cancer and tubes were tired and then after going to the Ridge.

April - 'the host" is "in front about 50-60% of the time). She is very negative and needs a lot of confidence and worrys about pleasing others, needs to learn to take care of her self.

Darcy - was the first one and who "gets her (April) out of the house" and is the emotional protector and soother

John - mental protector of memories and can be physically protective if needed

Gadget - (male) intellectual and also a protector who gets things done

Kitten "Kit" - "takes care of the sex" as "April freaks out with intimacy". Reports no sex since last relationship.

Helen - "born in the 1800s and rule oriented" "became depressed when tubes were tied" a "spiritual advisor/protector" . Is better now as a baby alter was born and Helen is taking care of the baby

Liberty -

Kevin

Trevor - aged 7

**LifeStance Health**

**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 07/06/2021**

**April Lee Tyler** Date of Birth:

Girl - aged 4

Unamed/genderless baby -
Smoking Status: Current Every Day Smoker
Usage per Day: 1 ppd. Number of Years: 14.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Hopelessness, Lack of social support, Negative Life Events, Psychotic disorder. work performance
Protective Factors: At least one loving relationship, Dogs

**Mental Status Exam**
Mood: tired
Affect: constricted
General Appearance/Behavior: Purple and blue hair
limited hygiene
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert to place
Unsure of todays date

Speech: Coherent and normal rate, volume and articulation. - changed but congruent with alter
Language: Demonstrates understanding.
Associations: Circumstantial.
Thought Process: Logical.
Memory: Recent memory mildly impaired.
Abnormal/Psychotic Thoughts: reports alters
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Attention span mildly impaired.
Judgment and Insight: Good insight.

**Diagnoses**
F44.81 DISSOCIATIVE IDENTITY DISORDER
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 12:00 PM
End time: 12:28 PM
Total time: 28

**Treatment Plan**
Patient Instructions: Cl will suspend treatment with this therapist and begin working on specific DID treatment.
Will continue with med provider

May return to therapist at any time.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.



Lincoln/Connolly 0796

**LifeStance Health**

**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 07/06/2021**

**April Lee Tyler** Date of Birth:

Presenting Problem #1: Dissociation Identities . Chronic.
Severity: High severity
Functional Impact: Impaired academic functioning. Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Reduce interference of alters
Objectives:
1a. Identify alters
1b. Maintain regular routines to stay grounded
1c. Journal and log thoughts feelings of alters
1d. Complete daily self care - showering, eating, sleep etc.
1e. Stress reduction activities
Treatment Model/Interventions: cognitive behavioral therapy /behavioral mod
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: self harm . Acute.
Severity: High severity
Functional Impact: Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Abstain from all self harm behaviors
Objectives:
2a. Use distraction and grounding skills (5,4,3,2,1)
2b. Use alternaltes (grab ice, hot/cold shower)
Treatment Model/Interventions: dialectical behavioral therapy
Anticipated Time Frame to Goal Completion: 1 month

Presenting Problem #3: Improved daily functioning . Acute.
Treatment Goals for Problem #3: improve activities of daily living
Objectives:
3a. Complete 1 task a day
3b. Be active for at least 2 hours a day
3c. 3/7 days of hygiene
3d. Develop a chore chart
Treatment Model/Interventions: behavioral mod
Anticipated Time Frame to Goal Completion: 2 months

Electronically Signed: BRYAN MANNING LPCC on/at 7/7/2021 8:46:24 AM

**LifeStance Health**

,
**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 06/16/2021**

**April Lee Tyler** Date of Birth:

**Psychotherapy Visit**

**Present at Session:** Patient.

Telehealth visit, informed consent obtained and patient location verified.

**Modality:** Individual.

**HPI/Session Summary**
Presents via telehealth due to COVID19

Just woke up. Recently dyed hair purple and pink
Recent distress led to desire to cut - tried to use coping skills but they were not effective and went to the ER.
Has been working on house to sell, working job, among other things
Mimic and Gentle have been out the most - "April hasn't been out [in the body] in weeks"

Focused on self care to get back to baseline and manage stress
Goal:
Showering - every other day
Eating - continue to consume 1200 calories
Increase water

Will work toward FMLA

Denies si
Endorses self harm to manage pain
Discussed coping skills such as grabbing ice, hot/cold shower, and using marker to simulate cutting. 5,4,3,2,1 and using ideas from book she likes.
Feels like not working and managing stress will remedy self harm.

Therapeutic Interventions in Session: crisis
behavioral mod
cognitive behavioral therapy

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary:
5/28/21
Feels alters are "integrating" well

2/18/21
Spirit: arrived with recent capitol riot and focused on politics

1/7/21
down to 6 alters
April, Mimic, Ally, Gentle, Ivonna, and Shadow

11/11/20

**LifeStance Health**

**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 06/16/2021**

**April Lee Tyler** Date of Birth:

Current alters:
April - co-host
Caleb Conrad - co host
Ivonne(?) Tate-
Stephanie -
Liberty - mad she had to grow up 2 years quickly
Gentle - formed from integration of Moon and Grace

3/4/20
Cl created chart of how alters are organized.
2/26/20
"Mimic" has been wanting to come out more, April is afraid of her because she "yells".

2/13/20
Stephanie - 'gatekeeper"
Mimic - "angry and sarcastic"

1/8/20
Liberty - 16 year old who is a "free" spirit. First arrived for client at age 9, the same time has "Helen." They arrived during mothers cancer diagnosis Helen is a maternal, caring figure.

12/23/19
Learned baby's name: Eliza
Kittens real name is Cassandra and brother is Kevin

12/5/19:
Information on alters:
Reports that she has only recently come into awareness of alters. States April was being more self-reflective and began to hear other voices that she later came to know as alters. This is when she went to the ER out of concern. Reports things got worse after cancer and tubes were tired and then after going to the Ridge.

April - 'the host" is "in front about 50-60% of the time). She is very negative and needs a lot of confidence and worrys about pleasing others, needs to learn to take care of her self.

Darcy - was the first one and who "gets her (April) out of the house" and is the emotional protector and soother

John - mental protector of memories and can be physically protective if needed

Gadget - (male) intellectual and also a protector who gets things done

Kitten "Kit" - "takes care of the sex" as "April freaks out with intimacy". Reports no sex since last relationship.

Helen - "born in the 1800s and rule oriented" "became depressed when tubes were tied" a "spiritual advisor/protector" . Is better now as a baby alter was born and Helen is taking care of the baby

Liberty -

Kevin

**LifeStance Health**

**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 06/16/2021**

**April Lee Tyler** Date of Birth:

Trevor - aged 7

Girl - aged 4

Unamed/genderless baby -
Smoking Status: Current Every Day Smoker
Usage per Day: 1 ppd. Number of Years: 14.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Hopelessness, Lack of social support, Negative Life Events, Psychotic disorder. work performance
Protective Factors: At least one loving relationship, Dogs

**Mental Status Exam**
Mood: stressed
Affect: tired/constricted
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age. No acute distress.
- just woke up - lines on face from cpap machine.
pink hair
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation.
Language: Demonstrates understanding.
Associations: Circumstantial.
Thought Process: Logical.
Memory: Recent memory mildly impaired.
Abnormal/Psychotic Thoughts: reports alters
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Attention span mildly impaired.
Judgment and Insight: Good insight.

**Diagnoses**
F44.81 DISSOCIATIVE IDENTITY DISORDER
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 12:04 PM
End time: 12:53 PM
Total time: 49

**Treatment Plan**

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Dissociation Identities . Chronic.

**LifeStance Health**

,
**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 06/16/2021**

**April Lee Tyler** Date of Birth:

Severity: Moderate
Functional Impact: Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Reduce interference of alters
Objectives:
1a. Identify alters
1b. Maintain regular routines to stay grounded
1c. Journal and log thoughts feelings of alters
1d. Complete daily self care - showering, eating, sleep etc.
1e. Stress reduction activities
Treatment Model/Interventions: cognitive behavioral therapy /behavioral mod
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: self harm . Acute.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Abstain from all self harm behaviors
Objectives:
2a. Use distraction and grounding skills (5,4,3,2,1)
2b. Use alternaites (grab ice, hot/cold shower)
Treatment Model/Interventions: dialectical behavioral therapy
Anticipated Time Frame to Goal Completion: 1 month

Electronically Signed: BRYAN MANNING LPCC on/at 6/16/2021 9:25:38 PM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

November 5, 2021

Tina Shelton-Coomer, Pmhnp-Bc
LEXINGTON - MONARCH OFFICE
1030 MONARCH STREET
STE 100 & 200
LEXINGTON, KY 40513

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Connolly
Claimant D.O.B.:

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Csl Behring Llc.'s Group Disability Plan. We are writing in reference to April Connolly's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to all treating providers. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by November 11, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

William Yetman
Claims Examiner II, Claims
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

(FAX)

11/05/21 11:11:38 Lincoln Financial -> 18592963144 Lincoln Financial Gr Page 003

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

**Return To:** Akelah Tanner



EMPLOYEE/CLAIMANT NAME: April Connolly

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ____

**TO BE COMPLETED BY CLINICIAN:**

**Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.**

**Patient's description of Job Title and duties:** ____

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)
Alternates - adult at times
childlike others; twisting hair.

**EMOTIONAL STATE:** (mood and affect)
mood seems unique - bizarre
Child-like one 1 visit.

**EXPERIENCES:** (describe hallucinations/delusions)
Dissociates into different identities

**SENSORIUM:** (level of alertness, patient's orientation)
oriented X 3 today

**MEMORY:** (Define status and what testing determines impairment)

Immediate: yes
Short Term: client recalls recent
Long Term: cannot recall remote events

DP 532 Rev. 06/01

Lincoln Financial Group®

*Functional Mental Status Evaluation page 2 of 3*

**COGNITION:** (Define status and what testing determines impairment)
multiple identities on interview

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)
minimal insight - poor judgement

**RISK BEHAVIORS:**
Suicidal thoughts, plans, actions: denies
Homicidal thoughts, plans, actions:

**SUBSTANCE ABUSE:** (abuse, dependency)
? NA now

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**
She changes her identities - and thinking, personality.

**What functional abilities are still retained?**
ability to do physical abilities.

**What job tasks can this person perform?**
uncertain - ask client -

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**
limited job tasks depending.

Lincoln Financial Group®

*Functional Mental Status Evaluation*
*page 3 of 3*

How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan? SHORT-TERM tests for direct at work.

Goal: ______ Success Indicator: ______ Timeline: ______

Diagnosis (DSM-5)
F44.81
F41.1

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number? Brighton Manning - 296-3141

List all current medications:

| Medication | Dosage | Frequency | Begin Date | End Date |
|---|---|---|---|---|
| Lamotrigine | 100 | 1X DAY | 6/2/21 | – |
| 100 | | | | |
| Propranolol | 20 | 1X day | 1/2020 | – |
| Buspirone | 10 | 2X | 12/19 | – |

Next scheduled office visit: ______

Comments:

| | | | | |
|---|---|---|---|---|
| Toni Coonm | PMHNP | | 296-3141 | |
| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |

Signature required: [signature] Date: 11/01/21

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Morgan Criddle
Integrate Specialist
On Behalf Of: William Yetman
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

(FAX)

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

Return To: William Yetman



EMPLOYEE/CLAIMANT NAME: April Connolly

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ______

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ______

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

______

**EMOTIONAL STATE:** (mood and affect)

______

**EXPERIENCES:** (describe hallucinations/delusions)

______

**SENSORIUM:** (level of alertness, patient's orientation)

______

**MEMORY:** (Define status and what testing determines impairment)

Immediate: ______
Short Term: ______
Long Term: ______

DP 532 Rev. 06/01

Lincoln Financial Group®

*Functional Mental Status Evaluation*
*page 2 of 3*

**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

Suicidal thoughts, plans, actions

Homicidal thoughts, plans, actions

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

(FAX)

Lincoln Financial Group®

*Functional Mental Status Evaluation*
*page 3 of 3*

**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

Goal: ______ Success Indicator: ______ Timeline: ______

Diagnosis (DSM-5)

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

List all current medications:

| | Dosage: | Frequency: | Begin Date: | End Date: |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Next scheduled office visit: ______

Comments:
I have not seen this client since July 6th 2021

| Bryon Manning | LPCC | | 859-296-3144 | 859-296-3144 |
|---|---|---|---|---|
| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |

Signature required: [signature] Date: 10/19/21

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 349-9678
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policyholder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [signature] Date: 6/17/2021

Date of Birth: ______ Claim Number: 11495594

A copy of this authorization will be considered as valid as the original.



PAGE 7/7 * RCVD AT 6/28/2021 3:12:04 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/4 * DNIS:6033340380 * CSID:18592963144 * ANI:13055038239 * DURATION (mm-ss):00-02

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Morgan Criddle
Integrate Specialist
On Behalf Of: William Yetman
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

(FAX)

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

Return To: William Yetman



EMPLOYEE/CLAIMANT NAME: April Connolly
CLAIM NO: 11495594
EMPLOYER/SPONSOR: Csl Behring Llc.  DATE OF BIRTH:

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:**

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

**EMOTIONAL STATE:** (mood and affect)

**EXPERIENCES:** (describe hallucinations/delusions)

~~**SENSORIUM:** (level of alertness, patient's orientation)~~

**MEMORY:** (Define status and what testing determines impairment)

Immediate:
Short Term:
Long Term:

Lincoln Financial Group®

*Functional Mental Status Evaluation page 2 of 3*

**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

Suicidal thoughts, plans, actions

Homicidal thoughts, plans, actions

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®

*Functional Mental Status Evaluation*
*page 3 of 3*

**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

Goal: ______ Success Indicator: ______ Timeline: ______

**Diagnosis (DSM-5)**

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

List all current medications:

| | | | | |
|---|---|---|---|---|
| ______ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |
| ______ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |
| ______ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |
| ______ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |

Next scheduled office visit: ______

Comments:
I have not seen this client since July 6th 2021

| | | | | |
|---|---|---|---|---|
| Bryan Manning | LPCC | 859-296-3144 | | 859-296-3144 |
| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |

Signature required: Bryan Manning Date: 10/19/21

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

October 14, 2021

Bryan Manning

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Connolly
Claimant D.O.B.:

Dear Bryan Manning:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 25, 2021 through present

- Completion of the Enclosed Forms:

  X Functional Status Evaluation
  __ Other

We ask that you provide this information by October 20, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (260) 455-9946 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Connolly allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Connolly's signature.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9676
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [signature] Date: 6/17/2021

Date of Birth: ____ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO
63376

LIFESTANCE HEALTH
1030 MONARCH ST STE 200
ATTN: MEDICAL RECORDS
LEXINGTON, KY 40513

Feb 16, 2022
Re: Disability Benefits
Claim# 8673330 12027405
Claimant: CONNOLLY, APRIL
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: BBHEAL

**REQUEST FOR STATUS**

Lincoln Financial Group is the Disability Claim Administrator for your patient, listed above.

On **11/30/2021** we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request. **We request that all fee limits noted on the original request still be adhered to.**

Please review and check the appropriate box below, and fax to us at: (213) 884-4921

- ☐ I am **EMAILING** records to charts@releasepoint.com *PLEASE PUT RP ID IN SUBJECT LINE*
- ☒ I am **FAXING** records to: (213) 884-4921
- ☐ I am **MAILING** records on or before (date): ____________ (See mailing address above)
- ☐ Records are being review, and will be released no later than (DATE): ____________
- ☐ Records cannot be released because:

________________________________________

- ☐ Other status information we should know:

________________________________________

If you have any questions regarding this matter, please contact me.

Sincerely,
Jan Gabriel Bernardo
Disability Information Specialist
Phone No.: (213) 266-7867
Fax No.: (213) 884-4921

# Send Result Report

MFP

TASKalfa 4002i

Firmware Version 2NK_2000.002.151 2017.03.07

KYOCERA

W376Z02728
11/30/2021 16:05
[2NK_1000.002.008] [2ND_1100.001.007] [2ND_7000.002.115]

Job No.: 112276 Total Time: 0°06'19" Page: 025

# Complete

Document: doc11227620211130155806

LifeStance HEALTH

FAX COVER SHEET
Monarch

Date 11/30/21

To Lincoln Financial Location

Fax 260 455 7746 Phone

From LifeStance Fax: 859.298.3144

| No. | Date/Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 11/30/21 15:58 | 12604559846 | 0°06'19" | FAX | OK | 200x100 Normal/On |

uest Corr.

LifeStance
HEALTH

# FAX COVER SHEET

*Monarch*

Date 11/30/21

To Lincoln Financial Location

Fax 200 456 7746 Phone

From Lifestance Fax: 859.296.3144

Number of pages (including cover sheet) 25

Please deliver this fax immediately. If any of the pages are missing or illegible, please call 859.296.3141.

*Thank you.*

Additional message:

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) NA Relationship NA

Signature of claimant or legal representative [signature] Date: 6/17/2021

Date of Birth: ____ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

October 14, 2021

Bryan Manning

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Connolly
Claimant D.O.B.:

Dear Bryan Manning:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 25, 2021 through present

- Completion of the Enclosed Forms:

  X Functional Status Evaluation
  __ Other

We ask that you provide this information by October 20, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (260) 455-9946 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Connolly allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Connolly's signature.

Request Corr.

(FAX) P.017/040

Lincoln Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

BEAUMONT BEHAVIORAL HEALTH
1030 MONARCH ST STE 200
ATTN: MEDICAL RECORDS
LEXINGTON, KY 40513

Date: Nov 30, 2021

**Re: Long Term Disability Benefits**
Claim# 8673330 12027405
Claimant: CONNOLLY, APRIL
Claimant DOB:
Provider Portal: https://portal.releasepoint.com
Access Key: BBHEAL

Dear MARYBETH/ MR opt 5,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From June 15, 2021 to Present**
**-seen by: Tina Shelton-Coomer APRN**

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (213) 884-4921 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Jan Gabriel Bernardo
Disability Information Specialist
Phone No.: (213) 266-7867
Fax No: (213) 884-4921

RPID: 8673330

equest Corr.

00001503 LFFD9VD1 00003297 E

Lincoln
Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9698
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, ~~insurance coverage or claim payments may be denied or delayed.~~

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Lee Tyler

Name of legal representative, if applicable (print) April Lee Tyler Relationship Self

Signature of claimant or legal representative April Lee Tyler Date: 6/26/21

Date of Birth: ______ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**



RPID: 8673330

PAGE 2/2 * RCVD AT 6/28/2021 1:23:40 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6033340380 * CSID:+18623439530 * ANI:18623439530 * DURATION (mm-ss):00-51

# Quality Assurance Report

## Request Information

Report Date: March 8, 2022

**RP ID:** 8673330

Patient Name: CONNOLLY, APRIL

Provider Name: LIFESTANCE HEALTH

## Quality Assurance Information

Scope Requested: **From June 15, 2021 to Present**

Special Request:
-seen by: Tina Shelton-Coomer APRN

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**From:**ClaimsHOAdmin
**Sent:**Tue, 1 Feb 2022 16:54:56 +0000
**To:**Tanner, Akelah
**Subject:**{FLH}*********************24 HOUR LINK***************APRIL CONNOLLY 12027405 11495594
**Importance:**High

Good morning Akelah,
I received this below when I submitted the April Connolly request. I sent it to Cody@codyallison.com, as requested.
Thank you
Faye

---

**From:** barb@codyallison.com <barb@codyallison.com>
**Sent:** Tuesday, February 1, 2022 11:44 AM
**To:** ClaimsHOAdmin <ClaimsHOAdmin@lfg.com>
**Subject:** RE: {FLH}*********************24 HOUR LINK***************APRIL CONNOLLY 12027405 11495594

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Who is our client?

Thank you.

**Barb**

**Barb Krautheim, Long-Term Disability Paralegal**
Cody Allison & Associates, PLLC
Parkway Towers
404 James Robertson Parkway
Ste # 1623
Nashville, TN 37219
T 615.234.6000
F 615.727.0175
barb@codyallison.com
www.LTDanswers.com
www.codyallison.com

______________NOTICE_______________

This e-mail message and any attachments are for use by the recipient only, and contain information that may be legally privileged and confidential. If you are not the intended recipient, YOU MUST NOT review, transmit, convert to hard copy, copy, use, disclose or disseminate this e-mail, its content or any attachments to it. If you received this email in error, please immediately notify us by return email or telephone at 615-234-6000 and then permanently delete/destroy this message. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client privilege, work product immunity, joint prosecution privilege, or any other applicable privilege or immunity.

---

**From:** ClaimsHOAdmin <ClaimsHOAdmin@lfg.com>
**Sent:** Tuesday, February 01, 2022 9:33 AM
**To:** cody@codyallison.com
**Subject:** {FLH}********************24 HOUR LINK**************APRIL CONNOLLY 12027405 11495594

https://lfg-my.sharepoint.com/:b:/p/james_best/EWEG-VjWhJtLrjT7zXNaSV4BtAhLpQHaYBwbLhh0Q7VRbg?e=BRa5nJ

Hello,

This link will expire in 24 hours.

As requested, please find attached a copy of your claim file. To access and download the document via the link below, please enter the claimant's first two initials of the first name (upper/lower case) DOB-Example: No11132019.

Please contact your claims examiner with any questions.

Faye Hoffner
Adminr II Financial Claims Support
GM CLM Shared Services

Lincoln Financial Group
LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the

sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Parkway Towers
404 James Robertson Pkwy., Ste. #1623
Nashville, TN 37219

CODY ALLISON
& ASSOCIATES, PLLC

## AUTHORIZATION FOR RELEASE OF INFORMATION RELATING TO ERISA PLANS AND APPOINTMENT OF REPRESENTATIVE

**TO: LINCOLN FINANCIAL GROUP**

**YOU ARE NOTIFIED THAT** I hereby appoint **CODY ALLISON & ASSOCIATES**, as my attorney to represent me in connection with any and all claims on my behalf relating to my benefit claim, i.e., claim for short-term and/or long-term disability benefits.

**YOU ARE AUTHORIZED AND REQUESTED** to release to my attorney, **CODY ALLISON & ASSOCIATES**, Parkway Towers, 404 James Robertson Parkway, Ste. # 1623, Nashville, TN 37219, any coping service acting pursuant to this authorization, any and all documents and other items relevant this claim including, but not limited to, plan modifications, any and all documents contained in my personnel file and/or my benefit claim file including, but not limited to, any and all medical records, including admission notes, medical history sheets, test results, x-rays, and any and all other records in your possession relating to my claim, inclusive of salary information and other documents relating to offset of benefits/coordination of benefits with social security (if this is a disability claim), as well as notes and comments made by claim reviewers.

The undersigned releases you or anyone working on your behalf from any privilege, right, or liability which you may have in said records.

This authorization shall remain in effect from the date below until revoked: and the request made herein shall be deemed continuing.

**Date:** 1/12/22

April H. Connolly
**CLIENT – APRIL CONNOLLY**

**SOCIAL SECURITY NUMBER**

**DATE OF BIRTH**

29 U.S.C. § 11321(C) provides:

Any administrator who fails or refuses to comply with a request for any information which such administrator is required by this sub chapter to furnish to a participant or beneficiary (unless such failure or refusal results from matters reasonably beyond the control of the administrator) by mailing the material requested to the last known address of the requesting participant or beneficiary in the amount of up to $110 a day from the date of such failure or refusal, and the court may in its discretion order such other relief as it deems proper.

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Parkway Towers
404 James Robertson Pkwy., Ste. #1623
Nashville, TN 37219

CODY ALLISON
& ASSOCIATES, PLLC

# AUTHORIZATION

I, **APRIL CONNOLLY**, hereby authorize **LINCOLN FINANCIAL GROUP** to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to Cody Allison & Associates, PLLC and **APRIL CONNOLLY** to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to **APRIL CONNOLLY.** I also authorize Cody Allison & Associates, PLLC to sign my name to any disability checks for the purposes of transfer into Cody Allison & Associates, PLLC trust account.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
**Parkway Towers**
**404 James Robertson Parkway**
**Ste. # 1623**
**Nashville, Tennessee 37219**

1/12/22
**Date**

April L. Connolly
**APRIL CONNOLLY**

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Parkway Towers
404 James Robertson Pkwy., Ste. #1623
Nashville, TN 37219

CODY ALLISON
& ASSOCIATES, PLLC

## AUTHORIZATION TO COMMUNICATE WITH CODY ALLISON & ASSOCIATES, PLLC

I, **APRIL CONNOLLY**, hereby authorize any administrator, fiduciary, governmental entity, insurance company, or other individual or company to communicate with my attorney and representatives of my attorney.

**CODY ALLISON & ASSOCIATES, PLLC**
Parkway Towers
404 James Robertson Parkway
Ste. # 1623
Nashville, TN 37219
Phone: (615) 234-6000
Fax: (615) 727-0175

April Y. Connolly
**SIGNATURE -- APRIL CONNOLLY**

1/12/22
**DATE**

**APRIL CONNOLLY**
**CLIENT'S PRINTED/TYPED NAME**

**SOCIAL SECURITY NUMBER**

**K. Cody Allison**
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Parkway Towers
404 James Robertson Pkwy., Ste. #1623
Nashville, TN 37219

CODY ALLISON
& ASSOCIATES, PLLC

January 26, 2022

**CERTIFIED MAIL # 7017 3040 0000 0539 7325**
**RETURN RECEIPT REQUESTED**
**VIA FACSIMILE: (402) 361-1361**

Lincoln National Life Ins. Co.
Disability and Life Claims
Attn.: Akelah Tanner
PO Box 2578
Omaha, NE 68172-9688

**Re: Our Client: April Connolly**
**Claim No.: 11495594**
**Short-Term Disability Benefits / CSL Behring, LLC**

Dear Ms.Tanner:

This firm has been retained to represent Ms. April Connolly regarding the denial of her short-term disability benefits and also a claim for long-term disability benefits through Lincoln Financial Group / Lincoln Life Assurance Company of Boston.

Please cease all written and verbal communications with my client and direct all future communications to my office.

I am hereby requesting the following documents on behalf of my client in order to assist in my continuing evaluation of this claim:

1. All plan documents including insurance contracts.

2. A copy of the applicable long term disability insurance policy.

3. Copies of all documents reflecting any and all agreements between the employer and any and all insurance companies, claims administrators and fiduciaries regarding disability insurance policies or plans.

4. Copies of all correspondence to, from and regarding my client, including all claim forms, cover letters, physicians' statements, and other documents.

5. Copies of all medical records, vocational records, rehabilitation records and other documents

regarding my client's physical and mental condition, including, but not limited to, all physicians' statements, all reports, testing data and handwritten notes.

6. If this claim has been, or will be reviewed by any medical professional at the carrier or administrator's request, all correspondence to and from the medical professional and all documents reviewed by the medical professional.

7. If this claim has been, or will be reviewed by any vocational professional at the carrier or administrator's request, all correspondence to and from the vocational professional and all documents reviewed by the vocational professional.

8. My client's job description at the time my client stopped working.

9. Surveillance reports, video and audio tapes, correspondence to and from investigators, and investigative billing information, as well as the un-edited surveillance CDs.

**If there is any charge for copying the documents we have requested, please notify me immediately in writing. If there are any other reasons why you cannot produce the documents we have requested, or if there are any special procedures which must be followed to secure copies of the documents we have requested herein, please advise my office in writing immediately.** A signed authorization form is enclosed for your records.

If you have any questions please let me know.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

K. Cody Allison, Esq.

KCA/bk
Enclosures
cc: Ms. April Connolly

**K. Cody Allison**
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Parkway Towers
404 James Robertson Pkwy., Ste. #1623
Nashville, TN 37219

CODY ALLISON
& ASSOCIATES, PLLC

January 26, 2022

**CERTIFIED MAIL # 7017 3040 0000 0539 7325**
**RETURN RECEIPT REQUESTED**
**VIA FACSIMILE: (402) 361-1361**

Lincoln National Life Ins. Co.
Disability and Life Claims
Attn.: Akelah Tanner
PO Box 2578
Omaha, NE 68172-9688

**Re: Our Client: April Connolly**
**Claim No.: 11495594**
**Short-Term Disability Benefits / CSL Behring, LLC**

Dear Ms.Tanner:

This firm has been retained to represent Ms. April Connolly regarding the denial of her short-term disability benefits and also a claim for long-term disability benefits through Lincoln Financial Group / Lincoln Life Assurance Company of Boston.

Please cease all written and verbal communications with my client and direct all future communications to my office.

I am hereby requesting the following documents on behalf of my client in order to assist in my continuing evaluation of this claim:

1. All plan documents including insurance contracts.

2. A copy of the applicable long term disability insurance policy.

3. Copies of all documents reflecting any and all agreements between the employer and any and all insurance companies, claims administrators and fiduciaries regarding disability insurance policies or plans.

4. Copies of all correspondence to, from and regarding my client, including all claim forms, cover letters, physicians' statements, and other documents.

5. Copies of all medical records, vocational records, rehabilitation records and other documents

regarding my client's physical and mental condition, including, but not limited to, all physicians' statements, all reports, testing data and handwritten notes.

6. If this claim has been, or will be reviewed by any medical professional at the carrier or administrator's request, all correspondence to and from the medical professional and all documents reviewed by the medical professional.

7. If this claim has been, or will be reviewed by any vocational professional at the carrier or administrator's request, all correspondence to and from the vocational professional and all documents reviewed by the vocational professional.

8. My client's job description at the time my client stopped working.

9. Surveillance reports, video and audio tapes, correspondence to and from investigators, and investigative billing information, as well as the un-edited surveillance CDs.

**If there is any charge for copying the documents we have requested, please notify me immediately in writing. If there are any other reasons why you cannot produce the documents we have requested, or if there are any special procedures which must be followed to secure copies of the documents we have requested herein, please advise my office in writing immediately.** A signed authorization form is enclosed for your records.

If you have any questions please let me know.

With kind regards,

CODY ALLISON & ASSOCIATES, PLLC

K. Cody Allison, Esq.

KCA/bk
Enclosures
cc: Ms. April Connolly

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Parkway Towers
404 James Robertson Pkwy., Ste. #1623
Nashville, TN 37219

CODY ALLISON
& ASSOCIATES, PLLC

## AUTHORIZATION FOR RELEASE OF INFORMATION RELATING TO ERISA PLANS AND APPOINTMENT OF REPRESENTATIVE

**TO: LINCOLN FINANCIAL GROUP**

**YOU ARE NOTIFIED THAT** I hereby appoint **CODY ALLISON & ASSOCIATES**, as my attorney to represent me in connection with any and all claims on my behalf relating to my benefit claim, i.e., claim for short-term and/or long-term disability benefits.

**YOU ARE AUTHORIZED AND REQUESTED** to release to my attorney, **CODY ALLISON & ASSOCIATES**, Parkway Towers, 404 James Robertson Parkway, Ste. # 1623, Nashville, TN 37219, any coping service acting pursuant to this authorization, any and all documents and other items relevant this claim including, but not limited to, plan modifications, any and all documents contained in my personnel file and/or my benefit claim file including, but not limited to, any and all medical records, including admission notes, medical history sheets, test results, x-rays, and any and all other records in your possession relating to my claim, inclusive of salary information and other documents relating to offset of benefits/coordination of benefits with social security (if this is a disability claim), as well as notes and comments made by claim reviewers.

The undersigned releases you or anyone working on your behalf from any privilege, right, or liability which you may have in said records.

This authorization shall remain in effect from the date below until revoked: and the request made herein shall be deemed continuing.

**Date:** 1/12/22

April H. Connolly
**CLIENT – APRIL CONNOLLY**

**SOCIAL SECURITY NUMBER**

**DATE OF BIRTH**

29 U.S.C. § 11321(C) provides:

Any administrator who fails or refuses to comply with a request for any information which such administrator is required by this sub chapter to furnish to a participant or beneficiary (unless such failure or refusal results from matters reasonably beyond the control of the administrator) by mailing the material requested to the last known address of the requesting participant or beneficiary in the amount of up to $110 a day from the date of such failure or refusal, and the court may in its discretion order such other relief as it deems proper.

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Parkway Towers
404 James Robertson Pkwy., Ste. #1623
Nashville, TN 37219

CODY ALLISON
& ASSOCIATES, PLLC

# AUTHORIZATION

I, **APRIL CONNOLLY**, hereby authorize **LINCOLN FINANCIAL GROUP** to send all of my disability checks and/or settlement checks to my attorney, Cody Allison, and to make the checks payable to Cody Allison & Associates, PLLC and **APRIL CONNOLLY** to be put into Cody Allison & Associates, PLLC Trust Account to be distributed to **APRIL CONNOLLY.** I also authorize Cody Allison & Associates, PLLC to sign my name to any disability checks for the purposes of transfer into Cody Allison & Associates, PLLC trust account.

Please mail the checks to the below address:

**CODY ALLISON & ASSOCIATES, PLLC**
**Parkway Towers**
**404 James Robertson Parkway**
**Ste. # 1623**
**Nashville, Tennessee 37219**

1/12/22
**Date**

April L. Connolly
**APRIL CONNOLLY**

K. Cody Allison
*Member/Managing Attorney*

cody@codyallison.com
P (615) 234-6000 | F (615) 727-0175
W LTDanswers.com | codyallison.com

Parkway Towers
404 James Robertson Pkwy., Ste. #1623
Nashville, TN 37219

CODY ALLISON
& ASSOCIATES, PLLC

**AUTHORIZATION TO COMMUNICATE WITH**
**CODY ALLISON & ASSOCIATES, PLLC**

I, **APRIL CONNOLLY**, hereby authorize any administrator, fiduciary, governmental entity, insurance company, or other individual or company to communicate with my attorney and representatives of my attorney.

**CODY ALLISON & ASSOCIATES, PLLC**
Parkway Towers
404 James Robertson Parkway
Ste. # 1623
Nashville, TN 37219
Phone: (615) 234-6000
Fax: (615) 727-0175

April H. Connolly
**SIGNATURE -- APRIL CONNOLLY**

1/12/22
**DATE**

**APRIL CONNOLLY**
**CLIENT'S PRINTED/TYPED NAME**

**SOCIAL SECURITY NUMBER**

**From:** LincolnAbsenceNotification@lfg.com
**To:**
NABCTLincolnFinancial.Leave@CSLPLASMA.COM;LATISHA.FARRIS@CSLPLASMA.COM
**Subject:** LINCOLN FINANCIAL NOTIFICATION: April Connolly Change in Long Term Disability Status for 1307106 Claim 12027405

This is to notify you that there has been a change in the status of your employee's long term disability claim.

**Long Term Disability Information:**

Benefit Payments Period: Not Applicable

Disability Claim Status: Denied - The claim has closed because the claimant is not totally disabled from their own occupation (or own job), as specified by the policy's definition of disability.

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 59499 or contact the assigned Case Manager at Akelah.Tanner@lfg.com. Please be sure to reference claim number 12027405.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**From:** LincolnAbsenceNotification@lfg.com
**To:**
NABCTLincolnFinancial.Leave@CSLPLASMA.COM;LATISHA.FARRIS@CSLPLASMA.COM
**Subject:** LINCOLN FINANCIAL NOTIFICATION: April Connolly Change in Status of Short Term Disability/Leave Status for 1307106 Claim 11495594

This is to notify you that there has been a closure or denial in the status of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Benefit Payments Period: 6/17/2021 thru 8/4/2021
Disability Claim Status: Closed - The claim has closed because the claimant is not totally disabled from their own occupation (or own job), as specified by the policy's definition of disability.

**Family Medical Leave Information:**

Approved Leave Period: Not Applicable
Leave Status: Not Applicable

As a reminder, employee is required to report return to work date via Lincoln's Interactive Voice Response (IVR) telephone number and provide a Work Release Note to manager if the leave was related to employee's own health condition.

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 59499 or contact the assigned Case Manager at Akelah.Tanner@lfg.com. Please be sure to reference claim number 11495594.
**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. APRIL CONNOLLY

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

December 30, 2021

Ms. April Connolly

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594

Dear Ms. April Connolly:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Csl Behring Llc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond August 4, 2021. Csl Behring Llc.'s STD Plan requires that to receive benefits you must meet the following definition of disability:

> ***"Disability"*** *or* ***"Disabled"*** *means the Employee, as a results of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Job.*
>
> ***"Own Job"*** *means the Employee's job that he was performing when his Disability or Partial Disability began.*

You have been receiving STD benefits for your disability since June 17, 2021.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for Dissociative Identity Disorder and your claim file contains the following medical documentation:

- Medical records from Baptist Health Lexington from June 21, 2021 through November 17, 2021.
- Medical records from Dr. Manning from June 28, 2021 through July 6, 2021.
- Medical records from Dr. Coomer on July 14, 2021.
- Medical records from Dr. Bennett from October 20, 2021 through December 1, 2021.
- Medical records from Dr. Nunez De-Vazquez from August 5, 2021 through October 14, 2021.

In order to determine your current level of functionality, your file was referred for a medical review by a Board Certified Chiropractic Physician. As part of this review the consulting physician also attempted to contact Dr. Bennet. Based on all the information on file, the reviewing physician opined the following:

With regards to contact attempts with Dr. Bennet the consulting physician documented the following:

*Date of call 12/20/2021, Time 3:16 PM ET*
*Date of call 12/23/2021, Time 10:36 AM ET*
*On both dates no person was available to speak with so I left detailed voice messages on administrator line (extension 2) requesting messages be passed along to Mr. Bennett.*
*Date letter sent to AP: 12/27/2021*

After contact attempts to your provider and review of the submitted medical information the consulting physician concluded the following:

*The available medical information does not support an impairing psychiatric diagnosis. The available medical information documents DSM-51 diagnoses of Generalized Anxiety Disorder (F41). There is insufficient medical information to support diagnosis of Dissociative Identity Disorder.*

*The claimant has a clinically significant co-morbid diagnosis of asthma and recent gallbladder surgery.*

*The insured is a 39-year-old woman employed as Associate Medical Staff at CSL Behring LLC where she worked from 11/03/2016 until 06/09/2021, her last day of work. She has been out of work reporting symptoms of Dissociative Identity Disorder. Records reflect recent treatment being provided by Michael Bennett LPCC and Tina Shelton-Cooper PMHNP. This file was discussed in claim consult and I have reviewed the entire available medical record contained in the insured' incoln Financial Group'SystemOne DOC list including all claim notes as of today'date. The focus of this report is on the salient aspects of the insured'mental health symptomatology, diagnoses, treatment, and functioning. Assessment of non-psychiatric medical illness is outside the scope of my expertise and is respectfully deferred to the appropriate specialists for review and consideration. The conclusions in this report are based on the information available to me at the time the report was written.*

*The available medical information does not support an impairing psychiatric diagnosis. The available medical information documents DSM-5 diagnoses of Generalized Anxiety Disorder (GAD) and Dissociative Identity Disorder (DID).*

- *Generalized Anxiety Disorder (GAD) is a chronic anxiety condition - usually presentfor years - characterized by symptoms such as excessive anxiety/worry, being keyed up/on edge, being easily fatigued, irritability, difficulty concentrating, sleep disturbance, & muscle tension. The insured would likely have experienced GAD symptoms while maintaining his baseline functionality well prior to going out of work. While persons with GAD may be more vulnerable to acute emotional dysregulation in the context of life stressors, GAD is not associated with*

*new onset of lengthy periods of functional impairment in a person who previously functioned adequately with the condition.*

- *There is insufficient medical information to support diagnosis of Dissociative Identity Disorder which is known informally as "ltiple personality disorder."ID is a complex condition and while DID is a bona fide psychiatric diagnosis, it is a challenging diagnosis to make accurately. DID diagnoses are usually associated with history of trauma, but there are other more common diagnoses associated with trauma. The insured'presentation suggests alternate diagnoses, including PTSD given her trauma history and Borderline Personality Disorder given history of selfinjurious behavior (cutting), the inclusion of DBT2 treatment by her counselor, and the dramatic presentation of symptoms. The available record does not include a comprehensive psychiatric/psychological assessment including psychological testing and/or neuropsychological testing to clarify psychiatric diagnoses, define cognitive/executive deficits (if any), or assess symptom validity to rule out magnification of symptoms.*

*The available medical information is insufficient to support psychiatric impairment that would require restrictions/limitations, or preclude full-time work capacity, from 06/10/2021 to present. Available records reflect that the insured reported DID-like symptoms previously (late 2019) but there is no documentation that these symptoms were precluding occupational functioning from early 2020 until June 2021. Available records do not reflect that the insured being precluded from performing independent activities of daily living because of her psychiatric symptoms. The nature and frequency of psychiatric treatment would not necessitate separation from the workplace and is of lower intensity than expected for treating severe/incapacitating psychiatric symptoms.3 The available record suggests insured'medication regimen has been unchanged since shortly after going out of work –ompare medication lists on FMSE dated 06/28/2021 and FMSE dated 11/21/2021 on file –nd there is no documented of follow up with her psychiatric nurse practitioner since 08/17/2021. Treatment has not been escalated to more intensive modalities, e.g., IOP,PHP, or psychiatric consultation. As discussed above, thorough psychological/psychiatric assessment is usually needed to accurately diagnose DID, particularly how the reported symptoms impact daily functioning, as well as inclusion of validity measures to rule out magnification of symptoms.*

*The treatment documented the available medical record is consistent with the standard of care for the apparent level of severity of the insured'condition. The recent treatment has focused on addressing reported symptoms of DID but has not included treatment usually associated with severe/incapacitating symptoms, such as more frequent contact with a psychiatric provider, more aggressive adjustment of psychiatric medication regimen, and/or escalation of treatment to IOP, PHP, or inpatient hospitalization.*

*The available medical information is insufficient to support psychiatric impairment that would require restrictions/limitations, or preclude full-time work capacity, from 06/10/2021 to present.*

Based on the medical documentation received in relation to the requirements of your job, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Plan continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with The Lincoln National Life Insurance Company, you are expected to repay the amount

of any other benefit you would have received during the time period that you received disability per the language of the disability Plan. Should The Lincoln National Life Insurance Company receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Plan provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

- Medical evidence of a disabling condition to support ongoing disability; to include office visit notes, test results, treatment plans, physical therapy notes, operative reports, a valid functional capacity evaluation, as well as specific restrictions and limitations, and any other medical information from your physician(s) to support that you are unable to perform the duties of Own Job.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata’ hane’go shíká a’doowoł nínízingo saad hosíníłįį’ dóó ná’ookąąh nííní’ąągo naaltsoos nííníłtsoozígíí hazho’ó bik’idi’deeshtįįł nínízingo doo bąąh ílínígóó níká a’doowoł éí biniiyé shił hodíílnih áko ákwe’égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Akelah Tanner
LTD Claims Specialist
Phone No.: (844) 249-9678 Ext. 59499
Secure Fax No.: (402) 361-1361

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. APRIL CONNOLLY

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

December 30, 2021

Ms. April Connolly

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405

Dear Ms. April Connolly:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Csl Behring Llc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Based on the information received, your claim has been denied and no benefits are payable.

To be eligible for benefits, the Policy requires that you meet the following definition of disability:

> *"**Disability**" or "**Disabled**" means:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

***Notice and Proof of Claim***

***1. Notice***

*a. Notice of claim must be given to Lincoln within 30 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting*

*for the forms.*

***2. Proof***

*a. Satisfactory Proof of loss must be given to Lincoln no later than 30 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof. Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

Our role in reviewing your file is to determine whether your medical condition and the medical documentation contained in your file supports that you are unable to perform the material and substantial duties of your own occupation. We are not required to ensure the availability of your occupation or that you return to Active Employment with your former employer in the same or alternative position. The review of your file is conducted to determine whether you are capable to performing the duties of your own occupation within the National Labor Market.

In order to determine your current level of functionality, your file was referred for a medical review by a Board Certified Chiropractic Physician. As part of this review the consulting physician also attempted to contact Dr. Bennet. Based on all the information on file, the reviewing physician opined the following:
With regards to contact attempts with Dr. Bennet the consulting physician documented the following:

*Date of call 12/20/2021, Time 3:16 PM ET*
*Date of call 12/23/2021, Time 10:36 AM ET*
*On both dates no person was available to speak with so I left detailed voice messages on administrator line (extension 2) requesting messages be passed along to Mr. Bennett.*
*Date letter sent to AP: 12/27/2021*

After contact attempts to your provider and review of the submitted medical information the consulting physician concluded the following:

*The available medical information does not support an impairing psychiatric diagnosis. The available medical information documents DSM-51 diagnoses of Generalized Anxiety Disorder (F41). There is insufficient medical information to support diagnosis of Dissociative Identity Disorder.*

*The claimant has a clinically significant co-morbid diagnosis of asthma and recent gallbladder surgery.*

*The insured is a 39-year-old woman employed as Associate Medical Staff at CSL Behring LLC where she worked from 11/03/2016 until 06/09/2021, her last day of work. She has been out of work reporting symptoms of Dissociative Identity Disorder. Records reflect recent treatment being provided by Michael Bennett LPCC and Tina Shelton-Cooper PMHNP. This file was discussed in claim consult and I have reviewed the entire available medical record contained in the insured' Lincoln Financial Group' SystemOne DOC list including all claim notes as of today' date. The focus of this report is on the salient aspects of the insured' mental health symptomatology, diagnoses, treatment, and functioning. Assessment of non-psychiatric medical illness is outside the scope of my expertise and is respectfully deferred to the appropriate specialists for review and consideration. The conclusions in this report are based on the information available to me at the time the report was written.*

*The available medical information does not support an impairing psychiatric diagnosis. The available medical information documents DSM-5 diagnoses of Generalized Anxiety Disorder (GAD) and Dissociative Identity Disorder (DID).*

- *Generalized Anxiety Disorder (GAD) is a chronic anxiety condition - usually presentfor years - characterized by symptoms such as excessive anxiety/worry, being keyed up/on edge, being easily fatigued, irritability, difficulty concentrating, sleep disturbance, & muscle tension. The insured would likely have experienced GAD symptoms while maintaining his baseline functionality well prior to going out of work. While persons with GAD may be more vulnerable to acute emotional dysregulation in the context of life stressors, GAD is not associated with new onset of lengthy periods of functional impairment in a person who previously functioned adequately with the condition.*
- *There is insufficient medical information to support diagnosis of Dissociative Identity Disorder which is known informally as "ultiple personality disorder."DID is a complex condition and while DID is a bona fide psychiatric diagnosis, it is a challenging diagnosis to make accurately. DID diagnoses are usually associated with history of trauma, but there are other more common diagnoses associated with trauma. The insured' presentation suggests alternate diagnoses, including PTSD given her trauma history and Borderline Personality Disorder given history of selfinjurious behavior (cutting), the inclusion of DBT2 treatment by her counselor, and the dramatic presentation of symptoms. The available record does not include a comprehensive psychiatric/psychological assessment including psychological testing and/or neuropsychological testing to clarify psychiatric diagnoses, define cognitive/executive deficits (if any), or assess symptom validity to rule out magnification of symptoms.*

*The available medical information is insufficient to support psychiatric impairment that would require restrictions/limitations, or preclude full-time work capacity, from 06/10/2021 to present. Available records reflect that the insured reported DID-like symptoms previously (late 2019) but there is no documentation that these symptoms were precluding occupational functioning from early 2020 until June 2021. Available records do not reflect that the insured being precluded from performing independent activities of daily living because of her psychiatric symptoms. The nature and frequency of psychiatric treatment would not necessitate separation from the workplace and is of lower intensity than expected for treating severe/incapacitating psychiatric symptoms.3 The available record suggests insured' medication regimen has been unchanged since shortly after going out of work –compare medication lists on FMSE dated 06/28/2021 and FMSE dated 11/21/2021 on file –and there is no documented of follow up with*

*her psychiatric nurse practitioner since 08/17/2021. Treatment has not been escalated to more intensive modalities, e.g., IOP,PHP, or psychiatric consultation. As discussed above, thorough psychological/psychiatric assessment is usually needed to accurately diagnose DID, particularly how the reported symptoms impact daily functioning, as well as inclusion of validity measures to rule out magnification of symptoms.*

*The treatment documented the available medical record is consistent with the standard of care for the apparent level of severity of the insured' condition. The recent treatment has focused on addressing reported symptoms of DID but has not included treatment usually associated with severe/incapacitating symptoms, such as more frequent contact with a psychiatric provider, more aggressive adjustment of psychiatric medication regimen, and/or escalation of treatment to IOP, PHP, or inpatient hospitalization.*

*The available medical information is insufficient to support psychiatric impairment that would require restrictions/limitations, or preclude full-time work capacity, from 06/10/2021 to present.*

Based on the overall claim facts including the records received and the completed clinical review, the medical evidence does not support restrictions and limitations that would appear to be preventing you from performing the material and substantial duties of Own Occupation.

Therefore, you do not meet CSL Behring's definition of disability and we must deny your claim for further benefit consideration.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Lincoln National Life Insurance Company
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

- Medical evidence of a disabling condition to support ongoing disability; to include office visit notes, test results, treatment plans, physical therapy notes, operative reports, a valid functional capacity evaluation, as well as specific restrictions and limitations, and any other medical information from your physician(s) to support that you are unable to perform the duties of Own occupation.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata’ hane’go shíká a’doowoł nínízingo saad hosíníłį́į’ dóó ná’ookąąh nííní’ąągo naaltsoos nííníłtsoozígíí hazho’ó bik’idi’deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a’doowoł éí biniiyé shił hodíílnih áko ákwe’égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Akelah Tanner
LTD Claims Specialist
Phone No.: (844) 249-9678 Ext. 59499
Secure Fax No.: (402) 361-1361

Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| CSL BEHRING LLC. | APRIL CONNOLLY | 12027405 |

| | | | |
|---|---|---|---|
| Report Date: | 12/27/2021 | | |
| Referred By: | Akelah Tanner | Claimant DOB: | |
| Referral Date: | 12/15/2021 | Job Title: | ASSOC MEDICAL STAFF |
| Due Date: | 12/23/2021 | Medical/ Surgical Condition: | DID, Anxiety, etc |
| Referral Type: | Claim Consult - With ICP Report | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 06/09/2021 |
| | | DOD: | 06/10/2021 |
| Physical Demands: | | BBD: | 12/09/2021 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Referral Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

    - The available medical information does not support an impairing psychiatric diagnosis. The available medical information documents DSM-5[1] diagnoses of Generalized Anxiety Disorder (F41). There is insufficient medical information to support diagnosis of Dissociative Identity Disorder.

2. If applicable please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

    - Comorbid medical history listed in the record includes asthma and recent gallbladder surgery.

3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 06/10/2021 to present, and comment on the expected duration.

    - The available medical information is insufficient to support psychiatric impairment that would require restrictions/limitations, or preclude full-time work capacity, from 06/10/2021 to present.

[1] American Psychiatric Association: Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition. Arlington, VA, American Psychiatric Association, 2013.

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

   - No – See #3 above.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

   - The treatment documented the available medical record is consistent with the standard of care for the apparent level of severity of the insured's condition.

6. Are there any non-medical circumstances identified in the medical records (e.g., workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

   - I have not identified nonmedical circumstances as barriers to returning to work.

7. If AP contact may clarify any significant area such as diagnosis, restrictions and limitations, treatment opportunities, prognosis, or reason for work absence, currently available information for AP contact is as follows:

   Name: Michael Bennet   Phone Number: - (859) 309 2877 ex -----   Fax Number: (859) 368-0018

   Date of call 12/20/2021, Time 3:16 PM ET
   Date of call 12/23/2021, Time 10:36 AM ET
      On both dates no person was available to speak with so I left detailed voice messages on administrator line (extension 2) requesting messages be passed along to Mr. Bennett.
   Date letter sent to AP: 12/27/2021

Analysis of Medical Documentation and Support for Responses to Referral Questions:

The insured is a 39-year-old woman employed as Associate Medical Staff at CSL Behring LLC where she worked from 11/03/2016 until 06/09/2021, her last day of work. She has been out of work reporting symptoms of Dissociative Identity Disorder. Records reflect recent treatment being provided by Michael Bennett LPCC and Tina Shelton-Cooper PMHNP.

This file was discussed in claim consult and I have reviewed the entire available medical record contained in the insured's Lincoln Financial Group's SystemOne DOC list including all claim notes as of today's date. The focus of this report is on the salient aspects of the insured's mental health symptomatology, diagnoses, treatment, and functioning. Assessment of non-psychiatric medical illness is outside the scope of my expertise and is respectfully deferred to the appropriate specialists for review and consideration. The

conclusions in this report are based on the information available to me at the time the report was written.

The available medical information does not support an impairing psychiatric diagnosis. The available medical information documents DSM-5 diagnoses of Generalized Anxiety Disorder (GAD) and Dissociative Identity Disorder (DID).

- Generalized Anxiety Disorder (GAD) is a chronic anxiety condition - usually present for years - characterized by symptoms such as excessive anxiety/worry, being keyed up/on edge, being easily fatigued, irritability, difficulty concentrating, sleep disturbance, & muscle tension. The insured would likely have experienced GAD symptoms while maintaining his baseline functionality well prior to going out of work. While persons with GAD may be more vulnerable to acute emotional dysregulation in the context of life stressors, GAD is not associated with new onset of lengthy periods of functional impairment in a person who previously functioned adequately with the condition.
- There is insufficient medical information to support diagnosis of Dissociative Identity Disorder, which is known informally as "multiple personality disorder." DID is a complex condition and while DID is a *bona fide* psychiatric diagnosis, it is a challenging diagnosis to make accurately. DID diagnoses are usually associated with history of trauma, but there are other more common diagnoses associated with trauma. The insured's presentation suggests alternate diagnoses, including PTSD given her trauma history and Borderline Personality Disorder given history of self-injurious behavior (cutting), the inclusion of DBT[2] treatment by her counselor, and the dramatic presentation of symptoms. The available record does not include a comprehensive psychiatric/psychological assessment including psychological testing and/or neuropsychological testing to clarify psychiatric diagnoses, define cognitive/executive deficits (if any), or assess symptom validity to rule out magnification of symptoms.

The available medical information is insufficient to support psychiatric impairment that would require restrictions/limitations, or preclude full-time work capacity, from 06/10/2021 to present. Available records reflect that the insured reported DID-like symptoms previously (late 2019) but there is no documentation that these symptoms were precluding occupational functioning from early 2020 until June 2021. Available records do not reflect that the insured being precluded from performing independent activities of daily living because of her psychiatric symptoms. The nature and frequency of psychiatric treatment would not necessitate separation from the workplace and is of lower intensity than expected for treating severe/incapacitating psychiatric symptoms.[3] The available record suggests insured's medication regimen has been unchanged since shortly after going out of work – compare medication lists on FMSE dated 06/28/2021 and FMSE dated 11/21/2021 on file – and there is no documented of follow up with her psychiatric nurse practitioner since 08/17/2021. Treatment has not been escalated to more intensive modalities, e.g., IOP,

[2] Dialectical Behavioral Therapy (DBT) is a type of cognitive behavioral therapy usually employed with patients with chronic suicidal behavior and/or Borderline Personality Disorder.

[3] While psychiatric medications are not the primary treatment for DID, DID is often accompanied by anxiety and depressive symptoms that can cause much or most of any functional impairment and would benefit from medication treatment.

PHP, or psychiatric consultation. As discussed above, thorough psychological/psychiatric assessment is usually needed to accurately diagnose DID, particularly how the reported symptoms impact daily functioning, as well as inclusion of validity measures to rule out magnification of symptoms.

The treatment documented the available medical record is consistent with the standard of care for the apparent level of severity of the insured's condition. The recent treatment has focused on addressing reported symptoms of DID but has not included treatment usually associated with severe/incapacitating symptoms, such as more frequent contact with a psychiatric provider, more aggressive adjustment of psychiatric medication regimen, and/or escalation of treatment to IOP, PHP, or inpatient hospitalization.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:

Medical records from Dr. Manning with document date of 12/16/2021

Electronically Signed:

John Young, M.D.
ABPN Board Certified in General & Forensic Psychiatry

*This report was written with the use of voice recognition software. It may contain inadvertent spelling or grammatical errors which were not detected during the editing process. Please do not hesitate to contact the author directly if there any questions or concerns.*

# John Young, M.D.

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206
-841-1415

12/27/2021

Michael Bennett LPCC
Fax: 859-368-0018

Re: Disability Benefits
Claimant Name: April Connolly
Claimant DOB:
Claim Number: 12027405

Dear Mr. Bennett,

Your patient's Lincoln Financial disability case manager requested a review the medical records that were submitted to support disability benefits. I attempted to reach you by phone on the following dates/times:

1. Date of call 12/20/2021, Time 3:16 PM ET
2. Date of call 12/23/2021, Time 10:36 AM ET

I'm sorry we been unable to connect. On both dates above no person was available to speak with, and I was unable to access your extension or leave you a personal voice message, so I left detailed voice messages on the administrator line (extension 2) requesting messages be passed along to you.

When I am unable to speak directly with a provider I will often send questions that can be responded to in writing. If you could kindly provide written responses to the questions below it would greatly assist in my evaluation (please use additional pages or append relevant documents if needed):

1. Available records reflect diagnoses of Generalized Anxiety Disorder and Dissociative Identity Disorder. Could you please confirm that these are your diagnoses for Ms. Connelly and/or describe any other DSM-5 diagnoses.

2. Regarding the diagnoses of Dissociative Identity Disorder, please describe your assessment process. Given the complexity of this diagnosis, please append any additional testing (e.g. psychological testing) that has been used to make this diagnosis or assess cognitive/executive functioning.

***Continued on next page:***

3. Could you please describe your treatment plan for Ms. Connelly, including all modalities being currently considered:

4. If you believe Ms. Connelly still has impairment due to her psychiatric symptoms, could you please specifically describe any medically supported occupational **restrictions** (activities she should not do) and/or **limitations** (activities she is unable to do):

5. If applicable, what time frame would you estimate that the above restrictions and/or limitations would persist?

6. Disability benefits are purchased by employers as a benefit for their employees primarily to support their returning to work with the expectation that returning to work be a primary treatment goal. What is the return to work plan for the insured currently?

7. Could you please outline all other barriers to returning to work, if any, at this time – examples may include taking care of a family members, desire to change careers, etc. – please be specific as possible:

Your expertise is critical to resolution of this claim. After you've completed the above questions, I would appreciate it if you would sign below in the space provided return this letter to me by return fax within **five business days** - the secure fax number is (866)841-1415. Please append any diagnostic testing as discussed in question #2. It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

John Young, M.D.
ABPN board certified - Psychiatry & Forensic Psychiatry

______________ Michael Bennett LPCC

______ Date

**From:**RightFax E-mail Gateway Ashburn <rfax@smtp.lfg.com>
**Sent:**Mon, 27 Dec 2021 13:22:30 -0500
**To:**Young M.D., John (GP Vermont)
**Subject:**Your fax has been successfully sent to Michael Bennett LPCC at 859-368-0018.

Your fax has been successfully sent to Michael Bennett LPCC at 859-368-0018.
----------------------------------------------------------
From: John Young MD
----------------------------------------------------------
1:18:38 PM 12/27/2021 Conversion Error Record
[00c4a905]
Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document
G3 to TIFF #1: Success (51ms)
Aspose #1: Success (21873ms)
Field Replacement #1: Success (48ms)
Word Automation #1: Microsoft Word is not installed on this server. (41ms)

1:18:44 PM 12/27/2021 Conversion Error Record
Successfully created cover sheet.
Type: application/x-pcl
G3 to TIFF #1: Success (698ms)
Image Optimization #1: Success (157ms)
PCL6 #1: Success (778ms)

1:19:06 PM 12/27/2021
Viewed by: JOOYO8

12/27/2021 1:19:20 PM Transmission Record
Sent to 859-368-0018 with remote ID "8593680018"
Inbound user ID JOOYO8, routing code 100
Result: (0) Success
Page record: 1 - 3
Elapsed time: 02:05 on channel 0

1:19:21 PM 12/27/2021
Released by: JOOYO8

ReleasePoint

## Medical Record Overview

**Date:** **December 15, 2021**

**Patient Name:** CONNOLLY, APRIL

**Records From:** Dr. Bryan Manning

,
(859) 214-7440

**Request Scope:** From June 15, 2021 to Present

**Chart Range:** 06/16/2021 - 07/06/2021

**RP ID:** 8673328

**Client ID:** 12027405

**Source:** L-CLTLTD

**Req By:** A Tanner
03-510527

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jun 16 2021 | Jul 6 2021 | 12 | 2 |

**Total Page Count:** 12

**Notes From QC:**

Female patient, different surname but same DOB.

**LifeStance Health**

,
**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 07/06/2021**

**April Lee Tyler** Date of Birth:

**Psychotherapy Visit**

**Present at Session:** Patient.

Telehealth visit, informed consent obtained and patient location verified.

**Modality:** Individual.

**HPI/Session Summary**
Presents via telehealth due to COVID19

Saw a DID therapist yesterday and will continue

Mimic is present.

"April" asked mom about why she did not talk about DID. Mom didn't feel it was important. Dad said he would read a book to understand.
Has been utilizing a Facebook support.
Completed disability paperwork - has phone call today about it

"Spirit" came out this weekend after talking to her parents. "She" self harmed (showed superficial cut on arm.

"Not good" on the goals.
Made some efforts of hygiene and house chores

Self care:
Sleep is still poor

Therapeutic Interventions in Session: behavioral mod
cognitive behavioral therapy

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary:
5/28/21
Feels alters are "integrating" well

2/18/21
Spirit: arrived with recent capitol riot and focused on politics

1/7/21
down to 6 alters
April, Mimic, Ally, Gentle, Ivonna, and Shadow

11/11/20
Current alters:
April - co-host

**LifeStance Health**

,
**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 07/06/2021**

**April Lee Tyler** Date of Birth:

Caleb Conrad - co host
Ivonne(?) Tate-
Stephanie -
Liberty - mad she had to grow up 2 years quickly
Gentle - formed from integration of Moon and Grace

3/4/20
CI created chart of how alters are organized.
2/26/20
"Mimic" has been wanting to come out more, April is afraid of her because she "yells".

2/13/20
Stephanie - 'gatekeeper"
Mimic - "angry and sarcastic"

1/8/20
Liberty - 16 year old who is a "free" spirit. First arrived for client at age 9, the same time has "Helen." They arrived during mothers cancer diagnosis Helen is a maternal, caring figure.

12/23/19
Learned baby's name: Eliza
Kittens real name is Cassandra and brother is Kevin

12/5/19:
Information on alters:
Reports that she has only recently come into awareness of alters. States April was being more self-reflective and began to hear other voices that she later came to know as alters. This is when she went to the ER out of concern. Reports things got worse after cancer and tubes were tired and then after going to the Ridge.

April - 'the host" is "in front about 50-60% of the time). She is very negative and needs a lot of confidence and worrys about pleasing others, needs to learn to take care of her self.

Darcy - was the first one and who "gets her (April) out of the house" and is the emotional protector and soother

John - mental protector of memories and can be physically protective if needed

Gadget - (male) intellectual and also a protector who gets things done

Kitten "Kit" - "takes care of the sex" as "April freaks out with intimacy". Reports no sex since last relationship.

Helen - "born in the 1800s and rule oriented" "became depressed when tubes were tied" a "spiritual advisor/protector" . Is better now as a baby alter was born and Helen is taking care of the baby

Liberty -

Kevin

Trevor - aged 7

**LifeStance Health**

**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 07/06/2021**

**April Lee Tyler** Date of Birth:

Girl - aged 4

Unamed/genderless baby -
Smoking Status: Current Every Day Smoker
Usage per Day: 1 ppd. Number of Years: 14.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Hopelessness, Lack of social support, Negative Life Events, Psychotic disorder. work performance
Protective Factors: At least one loving relationship, Dogs

**Mental Status Exam**
Mood: tired
Affect: constricted
General Appearance/Behavior: Purple and blue hair
limited hygiene
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert to place
Unsure of todays date

Speech: Coherent and normal rate, volume and articulation. - changed but congruent with alter
Language: Demonstrates understanding.
Associations: Circumstantial.
Thought Process: Logical.
Memory: Recent memory mildly impaired.
Abnormal/Psychotic Thoughts: reports alters
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Attention span mildly impaired.
Judgment and Insight: Good insight.

**Diagnoses**
F44.81 DISSOCIATIVE IDENTITY DISORDER
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 12:00 PM
End time: 12:28 PM
Total time: 28

**Treatment Plan**
Patient Instructions: Cl will suspend treatment with this therapist and begin working on specific DID treatment. Will continue with med provider

May return to therapist at any time.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

**LifeStance Health**

**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 07/06/2021**

**April Lee Tyler** Date of Birth:

Presenting Problem #1: Dissociation Identities . Chronic.
Severity: High severity
Functional Impact: Impaired academic functioning. Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Reduce interference of alters
Objectives:
1a. Identify alters
1b. Maintain regular routines to stay grounded
1c. Journal and log thoughts feelings of alters
1d. Complete daily self care - showering, eating, sleep etc.
1e. Stress reduction activities
Treatment Model/Interventions: cognitive behavioral therapy /behavioral mod
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: self harm . Acute.
Severity: High severity
Functional Impact: Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Abstain from all self harm behaviors
Objectives:
2a. Use distraction and grounding skills (5,4,3,2,1)
2b. Use alternaites (grab ice, hot/cold shower)
Treatment Model/Interventions: dialectical behavioral therapy
Anticipated Time Frame to Goal Completion: 1 month

Presenting Problem #3: Improved daily functioning . Acute.
Treatment Goals for Problem #3: Improve activities of daily living
Objectives:
3a. Complete 1 task a day
3b. Be active for at least 2 hours a day
3c. 3/7 days of hygiene
3d. Develop a chore chart
Treatment Model/Interventions: behavioral mod
Anticipated Time Frame to Goal Completion: 2 months

Electronically Signed: BRYAN MANNING LPCC on/at 7/7/2021 8:46:24 AM

**LifeStance Health**

(844) 468-5050 Fax:
Bryan Manning, LPCC
Visit Date: 06/29/2021

**April Lee Tyler** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

Telehealth visit, informed consent obtained and patient location verified.

**Modality:** Individual.

**HPI/Session Summary**
Presents via telehealth

Not sleeping well - very hard time getting too sleep
Having more trouble planning her day and getting things done
has been getting out of bed, hygiene has improved to 2 showers a week but not wearing anything else but pajamas
"Mimic" is present today. April has not been out in "days"
has not had any more self harm desires since taking off work
Sold the house - relieved
Still trying to settle into the new house
talking more with sister
having a hard time communicating with mom still - hard time accepting her DID
Discussed desire to seek more intense DID therapy and explored options
Reports losing time and uncertain of days of the week

Focus on self care
3/7 days a week showering/hygiene
Do 1 productive task each week day
Be active for at least 2 hours each day
Develop a chore chart with husband

"Gentle" came out during discussion. Starting talking child like and referring to "Mr. Scott"
Dogs began barking and Mimic returned

Therapeutic Interventions in Session: crisis
behavioral mod
cognitive behavioral therapy

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary:
5/28/21
Feels alters are "integrating" well

2/18/21
Spirit: arrived with recent capitol riot and focused on politics

1/7/21
down to 6 alters

**LifeStance Health**

**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 06/29/2021**

**April Lee Tyler** Date of Birth:

April, Mimic, Ally, Gentle, Ivonna, and Shadow

11/11/20
Current alters:
April - co-host
Caleb Conrad - co host
Ivonne(?) Tate-
Stephanie -
Liberty - mad she had to grow up 2 years quickly
Gentle - formed from integration of Moon and Grace

3/4/20
Cl created chart of how alters are organized.
2/26/20
"Mimic" has been wanting to come out more, April is afraid of her because she "yells".

2/13/20
Stephanie - 'gatekeeper"
Mimic - "angry and sarcastic"

1/8/20
Liberty - 16 year old who is a "free" spirit. First arrived for client at age 9, the same time has "Helen." They arrived during mothers cancer diagnosis Helen is a maternal, caring figure.

12/23/19
Learned baby's name: Eliza
Kittens real name is Cassandra and brother is Kevin

12/5/19:
Information on alters:
Reports that she has only recently come into awareness of alters. States April was being more self-reflective and began to hear other voices that she later came to know as alters. This is when she went to the ER out of concern. Reports things got worse after cancer and tubes were tired and then after going to the Ridge.

April - 'the host" is "in front about 50-60% of the time). She is very negative and needs a lot of confidence and worrys about pleasing others, needs to learn to take care of her self.

Darcy - was the first one and who "gets her (April) out of the house" and is the emotional protector and soother

John - mental protector of memories and can be physically protective if needed

Gadget - (male) intellectual and also a protector who gets things done

Kitten "Kit" - "takes care of the sex" as "April freaks out with intimacy". Reports no sex since last relationship.

Helen - "born in the 1800s and rule oriented" "became depressed when tubes were tied" a "spiritual advisor/protector" . Is better now as a baby alter was born and Helen is taking care of the baby

**LifeStance Health**

,
**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 06/29/2021**

**April Lee Tyler** Date of Birth:

Liberty -

Kevin

Trevor - aged 7

Girl - aged 4

Unamed/genderless baby -
Smoking Status: Current Every Day Smoker
Usage per Day: 1 ppd. Number of Years: 14.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Hopelessness, Lack of social support, Negative Life Events, Psychotic disorder, work performance
Protective Factors: At least one loving relationship, Dogs

**Mental Status Exam**
Mood: labile
Affect: congruent with alter:
Mimic - annoyed
Gentle - childlike voice
General Appearance/Behavior: Purple and blue hair
limited hygiene
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert to place
Unsure of todays date

Speech: Coherent and normal rate, volume and articulation. - changed but congruent with alter
Language: Demonstrates understanding.
Associations: Circumstantial.
Thought Process: Logical.
Memory: Recent memory mildly impaired.
Abnormal/Psychotic Thoughts: reports alters
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Attention span mildly impaired.
Judgment and Insight: Good insight.

**Diagnoses**
F44.81 DISSOCIATIVE IDENTITY DISORDER
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 10:04 AM
End time: 11:02 AM
Total time: 58

**Treatment Plan**

**LifeStance Health**

,
**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 06/29/2021**

**April Lee Tyler** Date of Birth:

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Dissociation Identities . Chronic.
Severity: High severity
Functional Impact: Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs. Impaired academic functioning.
Treatment Goals for Problem #1: Reduce interference of alters
Objectives:
1a. Identify alters
1b. Maintain regular routines to stay grounded
1c. Journal and log thoughts feelings of alters
1d. Complete daily self care - showering, eating, sleep etc.
1e. Stress reduction activities
Treatment Model/Interventions: cognitive behavioral therapy /behavioral mod
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: self harm . Acute.
Treatment Goals for Problem #2: Abstain from all self harm behaviors
Objectives:
2a. Use distraction and grounding skills (5,4,3,2,1)
2b. Use alternaites (grab ice, hot/cold shower)
Treatment Model/Interventions: dialectical behavioral therapy
Anticipated Time Frame to Goal Completion: 1 month

Presenting Problem #3: Improved daily functioning . Acute.
Severity: High severity.
Treatment Goals for Problem #3: improve activities of daily living
Functional Impact: Impaired academic functioning. Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs.
Objectives:
3a. Complete 1 task a day
3b. Be active for at least 2 hours a day
3c. 3/7 days of hygiene
3d. Develop a chore chart
Treatment Model/Interventions: behavioral mod
Anticipated Time Frame to Goal Completion: 2 months

Electronically Signed: BRYAN MANNING LPCC on/at 6/29/2021 3:44:25 PM

**LifeStance Health**

,
**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 06/16/2021**

**April Lee Tyler** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

Telehealth visit, informed consent obtained and patient location verified.

**Modality:** Individual.

**HPI/Session Summary**
Presents via telehealth due to COVID19

Just woke up. Recently dyed hair purple and pink
Recent distress led to desire to cut - tried to use coping skills but they were not effective and went to the ER.
Has been working on house to sell, working job, among other things
Mimic and Gentle have been out the most - "April hasn't been out [in the body] in weeks"

Focused on self care to get back to baseline and manage stress
Goal:
Showering - every other day
Eating - continue to consume 1200 calories
Increase water

Will work toward FMLA

Denies si
Endorses self harm to manage pain
Discussed coping skills such as grabbing ice, hot/cold shower, and using marker to simulate cutting. 5,4,3,2,1 and using ideas from book she likes.
Feels like not working and managing stress will remedy self harm.

Therapeutic Interventions in Session: crisis
behavioral mod
cognitive behavioral therapy

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary:
5/28/21
Feels alters are "integrating" well

2/18/21
Spirit: arrived with recent capitol riot and focused on politics

1/7/21
down to 6 alters
April, Mimic, Ally, Gentle, Ivonna, and Shadow

11/11/20

**LifeStance Health**

,
**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 06/16/2021**

**April Lee Tyler** Date of Birth:

Current alters:
April - co-host
Caleb Conrad - co host
Ivonne(?) Tate-
Stephanie -
Liberty - mad she had to grow up 2 years quickly
Gentle - formed from integration of Moon and Grace

3/4/20
Cl created chart of how alters are organized.
2/26/20
"Mimic" has been wanting to come out more, April is afraid of her because she "yells".

2/13/20
Stephanie - 'gatekeeper"
Mimic - "angry and sarcastic"

1/8/20
Liberty - 16 year old who is a "free" spirit. First arrived for client at age 9, the same time has "Helen." They arrived during mothers cancer diagnosis Helen is a maternal, caring figure.

12/23/19
Learned baby's name: Eliza
Kittens real name is Cassandra and brother is Kevin

12/5/19:
Information on alters:
Reports that she has only recently come into awareness of alters. States April was being more self-reflective and began to hear other voices that she later came to know as alters. This is when she went to the ER out of concern. Reports things got worse after cancer and tubes were tired and then after going to the Ridge.

April - 'the host" is "in front about 50-60% of the time). She is very negative and needs a lot of confidence and worrys about pleasing others, needs to learn to take care of her self.

Darcy - was the first one and who "gets her (April) out of the house" and is the emotional protector and soother

John - mental protector of memories and can be physically protective if needed

Gadget - (male) intellectual and also a protector who gets things done

Kitten "Kit" - "takes care of the sex" as "April freaks out with intimacy". Reports no sex since last relationship.

Helen - "born in the 1800s and rule oriented" "became depressed when tubes were tied" a "spiritual advisor/protector" . Is better now as a baby alter was born and Helen is taking care of the baby

Liberty -

Kevin

**LifeStance Health**

, 
**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 06/16/2021**

**April Lee Tyler** Date of Birth:

Trevor - aged 7

Girl - aged 4

Unamed/genderless baby -
Smoking Status: Current Every Day Smoker
Usage per Day: 1 ppd. Number of Years: 14.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Hopelessness, Lack of social support, Negative Life Events, Psychotic disorder. work performance
Protective Factors: At least one loving relationship, Dogs

**Mental Status Exam**
Mood: stressed
Affect: tired/constricted
General Appearance/Behavior: Appropriate dress, appropriate grooming and hygiene, appears stated age. No acute distress.
- just woke up - lines on face from cpap machine.
pink hair
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation.
Language: Demonstrates understanding.
Associations: Circumstantial.
Thought Process: Logical.
Memory: Recent memory mildly impaired.
Abnormal/Psychotic Thoughts: reports alters
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Attention span mildly impaired.
Judgment and Insight: Good insight.

**Diagnoses**
F44.81 DISSOCIATIVE IDENTITY DISORDER
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 12:04 PM
End time: 12:53 PM
Total time: 49

**Treatment Plan**

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

Presenting Problem #1: Dissociation Identities . Chronic.

**LifeStance Health**

**,**
**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 06/16/2021**

**April Lee Tyler** Date of Birth:

Severity: Moderate
Functional Impact: Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Reduce interference of alters
Objectives:
1a. Identify alters
1b. Maintain regular routines to stay grounded
1c. Journal and log thoughts feelings of alters
1d. Complete daily self care - showering, eating, sleep etc.
1e. Stress reduction activities
Treatment Model/Interventions: cognitive behavioral therapy /behavioral mod
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: self harm . Acute.
Severity: Moderate
Functional Impact: Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Abstain from all self harm behaviors
Objectives:
2a. Use distraction and grounding skills (5,4,3,2,1)
2b. Use alternaites (grab ice, hot/cold shower)
Treatment Model/Interventions: dialectical behavioral therapy
Anticipated Time Frame to Goal Completion: 1 month

Electronically Signed: BRYAN MANNING LPCC on/at 6/16/2021 9:25:38 PM

# Quality Assurance Report

## Request Information

Report Date: December 15, 2021

**RP ID:** 8673328

Patient Name: CONNOLLY, APRIL

Provider Name: BEAUMONT BEHAVIORAL HEALTH

## Quality Assurance Information

Scope Requested: **From June 15, 2021 to Present**

Special Request:
-seen by: Dr. Bryan Manning

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
Female patient, different surname but same DOB.

Chart Reviewed By: ISLEO

**Medical Record Overview**

**Date:** **December 13, 2021**

**Patient Name:** CONNOLLY, APRIL

**Records From:** Dr. Kathy NUNEZ-DE VAZQUEZ

,
(859) 309-2877

**Request Scope:** From June 15, 2021 to Present

**Chart Range:** 08/05/2021 - 10/14/2021

**RP ID:** 8673327

**Client ID:** 12027405

**Source:** L-CLTLTD

**Req By:** A Tanner
03-510527

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Aug 5 2021 | Oct 14 2021 | 40 | 2 |
| | | **Total Page Count:** | 40 | |

**Notes From QC:**

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett
Provider License: LPCC-S #164142

Appointment: Individual Appointment on October 14, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Circumstantial
Affect: Appropriate
Mood: Anxious
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: Other

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL reported continued impairment and experiences with insomnia this week. CL expressed experiencing decreased anxiety after learning new mortgage was approved which decreases the financial stressor, though disclosed that household tasks are still not being achieved, and there are still uncertainties related to discontinued disability benefits.

**DBT Content and Topics Explored:**

Met with CL Gentle and then Blended Alters co-present with April: Mimic, Spirit

1) Sx Assessment with CL

2) DBT Interpersonal Effectiveness:

- Continued exploration of interacting with family while navigating emotional abuse and establishing/practicing of boundaries
- Explored CL's emotion experiences when experiencing. emotional manipulation and being used by mother or father to resolve conflict between them or between them and cl's siblings
- Explored the importance of boundaries and respect for self and others
- Explored the role of values and their guiding cl in interpersonal experiences with parents

**DBT Modules Employed:**

- Interpersonal Effectiveness Skill Building
Explored/Processed CL's relationship with family and practice of boundaries when experiencing emotional blackmail
- Identified rules of engagement and when/how to practice boundaries to promote personal health and safety

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Client:** April Connolly (April Connolly)

**DOB:**

**DBT Skill Building Plan for Next Session:**

Follow up with cl on any developing thoughts/feelings relating to earlier discussed memory of father; continue roleplaying with cl for cl to practice communicating and enforcing boundaries with emotional abuse tactics are being used

**Current DBT Recommendations/Homework:**

• Continue Current Therapeutic Focus

• Continue exploration of CL's interpersonal effectiveness with family and related resurfaced memories; use DBT emotion regulation skills to identity, explore, and process the underlying emotions and beliefs relating to these memories
***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

## Provider

Michael Bennett

Signed by Michael Bennett
LPCC-S
October 14, 2021 at 3:53 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on October 13, 2021
1:00 pm - 1:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Tangential
Affect: Appropriate
Mood: Anxious
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: Other

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL reported continued impairment and experiences with insomnia this week. CL expressed experiencing increased anxiety due to household tasks not being achieved, the mortgage falling behind due to financial instability and uncertainties related to discontinued disability benefits.

**DBT Content and Topics Explored:**

Met with CL (Blended Alters co-present with April: Gentle, Spirit, Callie)

1) Sx Assessment with CL

2) DBT Interpersonal Effectiveness:

- Continued exploration of interacting with family while navigating emotional abuse and establishing/practicing of boundaries
- Provided role-play scenarios for CL to practice DEARMAN and assertiveness in communicating. boundaries with cl's mother

**DBT Modules Employed:**

- Interpersonal Effectiveness Skill Building
Explored/Processed CL's relationship with family and practice of boundaries when experiencing emotional blackmail
- Identified rules of engagement and when/how to practice boundaries to promote personal health and safety

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**DBT Skill Building Plan for Next Session:**

Follow up with cl on catalepsy experiences as well as any developing thoughts/feelings relating to earlier discussed memory of father; continue roleplaying with cl for cl to practice communicating and enforcing boundaries with emotional

**Client:** April Connolly (April Connolly)

**DOB:**

abuse tactics are being used

**Current DBT Recommendations/Homework:**

• Continue Current Therapeutic Focus

• Continue exploration of CL's interpersonal effectiveness with family and related resurfaced memories; use DBT emotion regulation skills to identity, explore, and process the underlying emotions and beliefs relating to these memories
***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
October 13, 2021 at 2:22 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on October 7, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious (April, Spirit)

Interpersonal: Interactive

Functional Status: Impaired

PTSD Assessment: Other

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL (Gentle, Spirit & April) reported continued impairment and experiences with insomnia. Callie reported that the System was not following the schedule and that CL has not been caring for themselves physically and hygienically. In session, CL presented with a cataplexy experience of inability to speak and partial paralysis. CL shared that this is also something that was experienced over the weekend recently and that there was occurrences of this during childhood. IT informed CL to keep track and report occurrences as there may be need for neurological evaluation, though today's occurrence and the other recent occurrence manifest at times of intense emotion engagement and trauma memory processing.

**DBT Content and Topics Explored:**

Met with Gentle + Spirit + April

1) Sx Assessment with Gentle

2) DBT Interpersonal Effectiveness: Explored/Processed CL's relationship with family and practice of boundaries when experiencing emotional blackmail

3) Explored/Processed CL's values and resurfaced memory relating to father

**DBT Modules Employed:**

- Emotional Regulation Skill Building
Exploration of CL's values, beliefs and feelings surrounding the events experienced within CL's resurfaced memory of a sexual assault experienced with father when CL was an adolescent.
- explored beliefs around how event influenced personal identity & view of father
- explored feelings of grief, disappointment, fear
- explored experience of feeling invasiveness of event
- Interpersonal Effectiveness Skill Building
Explored/Processed CL's relationship with family and practice of boundaries when experiencing emotional blackmail
- Identified rules of engagement and when/how to practice boundaries to promote personal health and safety

**Client:** April Connolly (April Connolly)

**DOB:**

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Current DBT Recommendations/Homework:**

• Continue Current Therapeutic Focus

• Continue exploration of CL's interpersonal effectiveness with family and related resurfaced memories; use DBT emotion regulation skills to identity, explore, and process the underlying emotions and beliefs relating to these memories
***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
October 7, 2021 at 3:41 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on October 4, 2021
5:00 pm - 5:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

### DBT Approach Utilized In Session:

- Orientation to Self
- Thinking and Behaving as it relates to the Self

### Observations:

Cognitive Functioning: Oriented / Alert
Affect: Appropriate
Mood: Anxious (April)
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: Other

### Current or Presenting Risk Factors:

- None

### Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:

CL (Mimic & April) reported continued impairment and experiences with insomnia. CL reported ongoing challenges in functioning daily with basic personal and house-related tasks.

### DBT Content and Topics Explored:

Met with Gentle + Mimic + April

1) Sx Assessment with April & Mimic

2) Explored/Processed CL's hx with mother, learning behavioral patterns from mother particularly emotional manipulation strategies which she had utilized against others in the past in harmful ways which she now feels remorse for

3) Explored/Processed CL's skills that can be utilized presented to assist herself in navigating challenging interpersonal experiences so not to have to fall back on former dysfunctional patterns of relating with people

### DBT Progress Toward Treatment Goals:

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

### Current DBT Recommendations/Homework:

- Continue Current Therapeutic Focus
- Continue exploration of CL's resurfaced memories that Mimic is recollecting and used DBT emotion regulation skills to identity, explore, and process the underlying emotions and beliefs relating to these memories

***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

**Client:** April Connolly (April Connolly)
**DOB:**

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
November 5, 2021 at 3:49 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on September 30, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert
Affect: Appropriate
Mood: Anxious (April)
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: Other

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL (Mimic & April) reported continued impairment and experiences with insomnia. CL reported having appointment with psychiatric mental health nurse provider for medication management.

**DBT Content and Topics Explored:**

Met with Gentle + Mimic + April

1) Sx Assessment with April &. Mimic

2) Explored/Processed CL's present needs relating to disability reconsideration, medication management

3) Explored/Processed CL's needs surrounding present goal of developing online presence that educates others on DID; this as a way to help self explore/process their own experiences and grow

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Current DBT Recommendations/Homework:**

- Continue Current Therapeutic Focus
- Continue exploration of CL's resurfaced memories that Mimic is recollecting and used DBT emotion regulation skills to identity, explore, and process the underlying emotions and beliefs relating to these memories

***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

**Client:** April Connolly (April Connolly)

**DOB:**

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
September 30, 2021 at 3:54 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on September 27, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Labile

Mood: Anxious (Gentle and Mimic)

Interpersonal: Interactive

Functional Status: Impaired

PTSD Assessment: Other

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL (Gentle & Mimic) reported improved experiences with insomnia and being able to sleep better. Sx have remained the same, though still at level of impairment. CL (Mimic) reports that April was able to experience moments of intimacy with husband while being at the front, and that April was able to manage with some challenges the situational anxiety in that moment. Also reported continued sense of shame relating to fears of being a failure, focused on relationship with husband.

**DBT Content and Topics Explored:**

Met with Gentle + Mimic

1) Sx Assessment with Gentle & Mimic

2) Explored/Processed CL's relationship with spouse & triggers preventing intimacy

- explored the presence of emotional and psychic wounds present surrounding intimate relationships and the barrier it presents causing CL to be unable to connect with spouse despite desire to
- explored how CL perceives relationship, particularly when spouse formerly related with a now integrated alter (Cassandra) who would initiate the romance compared to now when April and alters do not initiate romance and feel triggered by it.

3) Bibliotherapy on emotional blackmail

- Preparation for holiday family gatherings and knowing how to navigate emotional manipulation from parents

**DBT Modules Employed:**

- Emotional Regulation Skill Building

Exploration of CL's emotions relating to resurfacing memories

**DBT Progress Toward Treatment Goals:**

**Client:** April Connolly (April Connolly)

**DOB:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Additional Notes Regarding DBT Goals and Objectives:**

HW: CL will write down and email to IT the resurfaced memories relating to mother. and what feelings they identify relating to them

**DBT Skill Building Plan for Next Session:**

- CL IS SEEKING TOOLBOX OF SKILLS FOR RESPONDING TO EMOTIONAL/PSYCHOLOGICAL ABUSE for use in holidays when CL visits family

**Current DBT Recommendations/Homework:**

- Continue Current Therapeutic Focus
- Continue exploration of CL's resurfaced memories that Mimic is recollecting and used DBT emotion regulation skills to identity, explore, and process the underlying emotions and beliefs relating to these memories

***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
November 5, 2021 at 3:54 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on September 24, 2021
1:00 pm - 1:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Labile

Mood: Anxious (Gentle and Mimic)

Interpersonal: Interactive

Functional Status: Impaired

PTSD Assessment: Other

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL (Mimic) reported experiencing resurfacing memories related to relationship an experiences with mother. CL notes having a spike in sx, particularly intrusive thoughts and feelings impacting how she perceives self and others.

**DBT Content and Topics Explored:**

Met with Mimic

1) Sx Assessment with Gentle & Mimic

2) Explored/Processed CL's resurfaced memories

- continued exploring resurfacing memories of mother's verbal & emotional abuse of CL
- continued exploring cl's fear of failure relating to feelings of inadequacy, when not meeting mother's expectation
- cl inquired about conjoint sessions including mother; IT discouraged this because of the mother's negative impact on cl and expressed that due to the emotional manipulation practices of mother, such a therapy session may not prove beneficial for cl. IT instructed cl to continue exploring the underlying desire for this and to consider other ways to achieve the underlying desire

**DBT Modules Employed:**

- Emotional Regulation Skill Building

Exploration of CL's emotions relating to resurfacing memories

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**DBT Skill Building Plan for Next Session:**

- CL IS SEEKING TOOLBOX OF SKILLS FOR RESPONDING TO EMOTIONAL/PSYCHOLOGICAL ABUSE for use in holidays when CL visits family

**Client:** April Connolly (April Connolly)

**DOB:**

**Current DBT Recommendations/Homework:**

• Continue Current Therapeutic Focus

• Continue exploration of CL's resurfaced memories that Mimic is recollecting and used DBT emotion regulation skills to identity, explore, and process the underlying emotions and beliefs relating to these memories
***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

## Provider

Michael Bennett

Signed by Michael Bennett
LPCC-S
November 5, 2021 at 3:59 pm

| | |
|---|---|
| **Client:** | April Connolly (April Connolly) |
| **DOB:** | |
| **Provider:** | Michael Bennett |
| **Provider License:** | LPCC-S #164142 |

**Appointment:** Individual Appointment on September 22, 2021
1:00 pm - 1:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**
- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**
Cognitive Functioning: Oriented / Alert
Affect: Appropriate
Mood: Anxious (Gentle and Mimic)
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: Other

**Current or Presenting Risk Factors:**
- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**
CL (Gentle & Mimic) reported improved experiences with insomnia and being able to sleep better. Sx have remained the same, though still at level of impairment. CL (Mimic) reports experiencing a lot of confusion lately leading to increased switching. Also reported increased sense of shame relating to fears of being a failure.

**DBT Content and Topics Explored:**
Met with Gentle + Mimic
1) Sx Assessment with Gentle & Mimic
2) Explored/Processed CL's resurfaced memories
- memories of mother's verbal & emotional abuse of CL
- fear of failure relating to feelings of inadequacy, when not meeting mother's expectations
- explored CL's fear of failure relating to perfectionism and consequential procrastination on tasks/projects

**DBT Modules Employed:**
- Emotional Regulation Skill Building
Exploration of CL's emotions relating to resurfacing memories

**DBT Progress Toward Treatment Goals:**
CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Additional Notes Regarding DBT Goals and Objectives:**
HW: CL will write down and email to IT the resurfaced memories relating to mother. and what feelings they identify relating to them

**DBT Skill Building Plan for Next Session:**

**Client:** April Connolly (April Connolly)

**DOB:**

• CL IS SEEKING TOOLBOX OF SKILLS FOR RESPONDING TO EMOTIONAL/PSYCHOLOGICAL ABUSE for use in holidays when CL visits family

### Current DBT Recommendations/Homework:

• Continue Current Therapeutic Focus

• Continue exploration of CL's resurfaced memories that Mimic is recollecting and used DBT emotion regulation skills to identity, explore, and process the underlying emotions and beliefs relating to these memories
***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

### Provider

Michael Bennett

Signed by Michael Bennett
LPCC-S
September 22, 2021 at 2:57 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on September 16, 2021
4:00 pm - 4:50 pm, 50 min
90837, 99354

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert
Affect: Appropriate
Mood: Anxious (Gentle and Mimic), Angry (Spirit)
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: Other

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL (Gentle & Mimic) reported being triggered by videos on YouTube and continued insomnia. CL (Gentle, Mimic and Callie) reported that new memories have resurfaced pertaining to relationship with mother and her manipulation/narcissism tendencies, which prompted a major depressive episode.

**DBT Content and Topics Explored:**

Met with Gentle + Mimic + Spirit
1) Sx Assessment with Gentle
2) Explored/Processed CL's resurfaced memories

- memories of mother's micro aggressions towards cl
- feelings of inadequacy, when not meeting mother's expectations even as an adult
- Introduced REPARENTING & Inner Child Work
- Discussed how System can reparent self through nurturing statements that replace the internalized beliefs of CL's mother

3) Debrief Medication Management plan & obtained new ROIs to acquire needed medication management

**DBT Modules Employed:**

- Mindfulness Skill Building
Practice in session of Observe, Describe, Participate

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Additional Notes Regarding DBT Goals and Objectives:**

**Client:** April Connolly (April Connolly)
**DOB:**

CL needs referrals for medication management for thyroid medication refill, sleep medication prescription.

**DBT Skill Building Plan for Next Session:**

• Review CL's needs to attain PCP as well as to acquire any remaining documentation to assist CL's disability benefits case.

• CL IS SEEKING TOOLBOX OF SKILLS FOR RESPONDING TO EMOTIONAL/PSYCHOLOGICAL ABUSE for use in holidays when CL visits family

• CL NEEDS SCHEDULING DONE WITH KENT PSYCHIATRY OR LEXINGTON CLINIC

**Current DBT Recommendations/Homework:**

• Continue Current Therapeutic Focus
ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
September 16, 2021 at 6:40 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on September 13, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**
- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**
Cognitive Functioning: Oriented / Alert
Affect: Appropriate
Mood: Anxious (Gentle and Mimic)
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: PCL-5 Monthly
Score of PTSD Assessment: 35 (reported by Gentle), decrease from 63 (formerly reported by Mimic)

**Current or Presenting Risk Factors:**
- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**
CL (Gentle & Mimic) reported insomnia. CL's System has been struggling with following the schedule created to help stabilize CL during they day as well as in the evening. Discussed the practice of urge surfing within context of System working together to allow healthier sleep habits.

**DBT Content and Topics Explored:**
Met with Gentle + Mimic
1) Sx Assessment with Gentle
2) Introduced Urge Surfing to improve sleeping hygiene and patterns
3) Administered DDIS DSM-5 for continued office DID dx

**DBT Modules Employed:**
- Mindfulness Skill Building

Continued discussion of Window of Tolerance as it related to urge surfing, practicing mindfulness of the urge but not being driven by it

**DBT Progress Toward Treatment Goals:**
CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Additional Notes Regarding DBT Goals and Objectives:**
CL needs referrals for medication management for thyroid medication refill, sleep medication prescription.

**DBT Skill Building Plan for Next Session:**
Review CL's needs to attain PCP as well as to acquire any remaining documentation to assist CL's disability benefits case.

**Client:** April Connolly (April Connolly)
**DOB:**

**Current DBT Recommendations/Homework:**

• Continue Current Therapeutic Focus
CL will complete continue practicing awareness of self and areas relating to Window of Tolerance and practice of urge surfing.

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
September 13, 2021 at 9:08 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on September 9, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious (Gentle)

Interpersonal: Interactive

Functional Status: Impaired

PTSD Assessment: PCL-5 Monthly

Score of PTSD Assessment: 35 (reported by Gentle), decrease from 63 (formerly reported by Mimic)

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL reported no changes in present functioning level. Continued experiences of switching between alters. Due to CL having to provide care for partner during their recovery from a surgery, CL has experienced increased distress and deeper depressed moods.

**DBT Content and Topics Explored:**

Met with Gentle

1) Sx Assessment with Gentle

2) Continued Exploration with Gentle concept of Window of Tolerance and its application to Systems work

3) Debriefed CL's medication needs following medication provider cancelling service with CL

4) Explored/Processed with CL needs relating to disability and finances

5) Introduced DES and DDIS to CL as part of process to support official diagnosis of DID to assist CL's social security disability claim

**DBT Modules Employed:**

- Emotional Regulation Skill Building

Continued discussion of Window of Tolerance as it related to emotion regulation and how DBT skills assist in increasing the window of tolerance one has

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Additional Notes Regarding DBT Goals and Objectives:**

CL needs referrals for medication management for thyroid medication refill, sleep medication prescription.

**Client:** April Connolly (April Connolly)

**DOB:**

**DBT Skill Building Plan for Next Session:**

DDIS Assessment next session to support DID dx

**Current DBT Recommendations/Homework:**

• Continue Current Therapeutic Focus
CL will complete continue practicing awareness of self and areas relating to Window of Tolerance

## Provider



Signed by Michael Bennett
LPCC-S
September 9, 2021 at 3:02 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on September 3, 2021
1:00 pm - 1:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious (as reported by Mimic)

Interpersonal: Interactive

Functional Status: Impaired

PTSD Assessment: PCL-5 Monthly

Score of PTSD Assessment: 35 (formerly reported by Gentle), decrease from 63 (formerly reported by Mimic)

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

IT met with Mimic after meeting Gentle. Mimic reported continued experiences of insomnia due to alters being preoccupied during the night and no alter being able to direct them towards rest/sleep. CL's partner joined session at Mimic's request to address a communication-related goal within their relationship due to their being interpersonal effectiveness in communication present.

**DBT Content and Topics Explored:**

Met with Gentle and Mimic

1) Assessment with Mimic present symptoms

2) Explored concept of Window of Tolerance within Systems work and its application to finances, and communicating about finances in marriage

3) Interpersonal Effectiveness activity of sentence writing to assist CL and partner in clear/direct communication

**DBT Modules Employed:**

- Emotional Regulation Skill Building

Discussed. Window of Tolerance as it related to emotion regulation and how DBT skills assist in increasing the window of tolerance one has

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Current DBT Recommendations/Homework:**

- Continue Current Therapeutic Focus

CL and Partner will continue interpersonal effectiveness practices and relate to their Windows of Tolerance

**Client:** April Connolly (April Connolly)

**DOB:**

**Provider**

Signed by Michael Bennett
LPCC-S
September 20, 2021 at 9:25 am

| | |
|---|---|
| **Client:** | April Connolly (April Connolly) |
| **DOB:** | |
| **Provider:** | Michael Bennett |
| **Provider License:** | LPCC-S #164142 |

**Appointment:** Individual Appointment on August 31, 2021
1:00 pm - 1:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Labile

Mood: Anxious, Depressed (as reported by Spirit)

Interpersonal: Interactive

Functional Status: Impaired

PTSD Assessment: PCL-5 Monthly

Score of PTSD Assessment: 35 (reported by Gentle), decrease from 63 (formerly reported by Mimic)

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL (Gentle) reported optimistically about present experiences and score of 35 points on EBP of PCL-5. IT and Cl discussed the significant drop in sx and identified it relating to Gentle having only partial access in knowledge to the System experiencing some sx. IT met with Mimic after meeting Gentle and explored with Mimic the System's debilitating experiences with low window of tolerance.

**DBT Content and Topics Explored:**

Met with Gentle and Mimic

1) PCL-5 Assessment with Gentle

2) Explored with Mimic concept of Window of Tolerance and its application to Systems work, i.e. each alter having a particular function to assist in the System's overall Window of Tolerance while also each alter having their own individual "window of tolerance" based on their function, skills, and goals.

3) Introduced CPT activity of ABC Worksheet as a tool in exploring CL's severe thinking that impacts Window of Tolerance

**DBT Modules Employed:**

- Emotional Regulation Skill Building

Discussed. Window of Tolerance as it related to emotion regulation and how DBT skills assist in increasing the window of tolerance one has

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Additional Notes Regarding DBT Goals and Objectives:**

No answer given.

**Client:** April Connolly (April Connolly)

**DOB:**

**DBT Skill Building Plan for Next Session:**

Friday appt to be conjoint, with April at front, and with Scott present to explore the fears of rejection and how to navigate healthy expectations within marriage as it relates to the goal of client experiencing overall stability and practicing

**Current DBT Recommendations/Homework:**

• Continue Current Therapeutic Focus

CL will complete ABC worksheets relating to areas that impact Window of Tolerance

## Provider

Michael Bennett

Signed by Michael Bennett
LPCC-S
September 1, 2021 at 3:51 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on August 27, 2021
4:00 pm - 4:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Not Assessed
Affect: Not Assessed
Mood: Not Assessed
Interpersonal: Not Assessed
Functional Status: Not Assessed
PTSD Assessment: Other
Score of PTSD Assessment: Not Assessed

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

IT met with CL's partner to discuss his perception of CL's present health, functioning, and goals. CL's partner reported that CL has been experiencing challenges in regulating self, following alter scheduling, and has become withdrawn in their relationship except for the alter Gentle.

**DBT Content and Topics Explored:**

1) Met with Cl's Partner
2) Debriefed with CL's partner regarding CL's health, functioning
3) Explored concept of Window of Tolerance
4) Referred CL's partner to receive individual therapy based on his stated needs for support

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Current DBT Recommendations/Homework:**

- Continue Current Therapeutic Focus

Introduce to Cl concept of Window of Tolerance and begin exploring what triggers CL's tolerance to decrease; relate this to CL's need to withdrawn into the system and rely upon alters for interacting in the world

**Client:** April Connolly (April Connolly)
**DOB:**

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
September 20, 2021 at 9:36 am

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett
Provider License: LPCC-S #164142

Appointment: Individual Appointment on August 24, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert
Affect: Labile
Mood: Anxious, Depressed (as reported by Mimic)
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: PCL-5 Monthly
Score of PTSD Assessment: 63, not updated

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

IT met with Gentle and Mimic. Both expressed that functioning has been challenging in past days due to increased switching and April experienced increased depression, which is also impacting the alters. April was co-present with Mimic and requested being able to see medication provider, which IT responded to in-session by contacting TICC office to get CL scheduled with in-office medication provider.

**DBT Content and Topics Explored:**

1) Met with Gentle and Mimic-with-April-Copresent
2) Debriefed with Mimic functioning of the System during Mimic's withdraw into the Inner World and upon Mimic's return
3) Explored with Mimic the stressors that are presently impacting Mimic and April both
4) Reviewed use of DBT Distress Tolerance skill of Managing Extreme Emotions

**DBT Modules Employed:**

- Emotional Regulation Skill Building
Reviewed use of DBT Distress Tolerance skill of Managing Extreme Emotions

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Current DBT Recommendations/Homework:**

- Continue Current Therapeutic Focus
- ***Next Session:*** See below, review practice of What Skills, Distress Tolerance skills, and explore with Bryce the memory desired to be processed.

**Client:** April Connolly (April Connolly)

**DOB:**

## Provider

Signed by Michael Bennett
LPCC-S
September 20, 2021 at 9:47 am

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on August 20, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert
Affect: Appropriate
Mood: Anxious, Depressed (as reported by Callie)
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: PCL-5 Monthly
Score of PTSD Assessment: 63, not updated

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

- Medication update: new medication is helping, feeling less tightness in chest
- IT met with Gentle and Callie who both disclosed to IT that the CL's body has been experiencing the side effects of recent COVID-19 vaccine and also that Mimic had withdrawn from the others deeper into the Inner World/System and was preventing them from connecting with each other. Callie described to IT that the Inner World was presently tense and that the section that Mimic has withdrawn to is dark and depressing. Callie expressed that she and others are aware that Mimic needs to process her feelings alone and that it is not a dangerous situation because otherwise Stephanie would have intervened.
- IT reached out to discuss with Bryce the resurfacing memory, however Callie reported that he was not close to the front and that she didn't have the skill to call him to the front.
- Callie reported progress in her creative goals as well as following goals of personal care of self and body. Callie reported increased presence of anxiety related to perfectionism and expressed that all alter is in the System and April herself struggle with this anxiety of perfectionism

**DBT Content and Topics Explored:**

1) Met with Gentle and Callie
2) Debriefed with Gentle and Callie concerning Mimic's withdrawal and its present impact on System
3) Explored with Callie her progress of goals related to the System
4) Introduced DBT Mindfulness skill of Balancing Dialectics

**DBT Modules Employed:**

- Mindfulness Skill Building

Introduced Balancing Dialectics relating to concept of perfectionism

**Client:** April Connolly (April Connolly)

**DOB:**

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**DBT Skill Building Plan for Next Session:**

Continued exploration of balancing dialectics

**Current DBT Recommendations/Homework:**

- Continue Current Therapeutic Focus
- ***Next Session:*** See below, review practice of What Skills, Distress Tolerance skills, and explore with Bryce the memory desired to be processed. Use IFS and Cognitive Processing to assist Bryce in processing memory.
- ***Follow up on Mimic's status*** & practice of drawing strength from gazebo: Debrief with Mimic about her overwhelming emotions, practice of going to the gazebo for strength and the other alters agreeing to not take control of the front
- ***Follow up on this:*** Utilize DBT "WHAT Skills" to discuss with IFS the two parts of CL's self that are not alters: CEO at back of mind not allowing to celebrate accomplishments bc feeling of not being good enough & the "I love you" trigger (how it was used to manipulate cl by parents, this triggers Mimic)

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
September 20, 2021 at 10:02 am

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on August 17, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert
Affect: Labile
Mood: Anxious, Depressed (as reported by Spirit)
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: PCL-5 Monthly
Score of PTSD Assessment: 63, not updated

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

- CL (as ***Gentle***) reported increased overwhelming feelings relating to depression and anxiety but otherwise reported that the System was functioning without Mimic present as Mimic "went AWOL." Gentle expressed that Mimic had withdrawn from the others and communicated the need to be alone/away and has since not come to the front or interacted with the other alters in the inner world. since last therapy session. Gentle explained that along with herself and Callie that Spirit and Bryce have been coming to the front more frequently. Gentle also reported that April has been appearing more as well. Gentle identified that Bryce was a 10 year old boy, was shy, and would not interact with her much. Gentle expressed wanting to better connect with and play with Bryce.
- CL (as ***Spirit***) came to front to assist Gentle in sharing pertinent information in session when Gentle no longer knew how to explain CL's system's present experiences. Spirit expressed that she and Bryce have been present more because they both are carrying memories related to April's childhood. and relationship with parents (Bryce for childhood, and Spirit for both past and present experiences with parents). Spirit explained that April received a phone call from her mother, which triggered April's cycling into rumination. Spirit and Bryce began coming to the front to help April so that she could stop rumination, though Spirit identifies April is still feeling negatively impacted by the phone call interaction. Spirit expressed that her goals are for integration with April following the disclosure of trauma memories, and that Bryce's goals are similar. Spirit agreed to plan outlined by ***Stephanie*** and IT in previous session that present sessions would focus on preparing the entire System through distress tolerance and emotion regulation skill-building and then would proceed to trauma processing. Spirit's agreement was conditional based on the occasional exploration/processing of trauma memories that the System can presently handle and also need to be relieved from Spirit and Bryce. Spirit disclosed a memory from Bryce that Bryce is requesting attention to in next session.
- IT briefly reviewed with Spirit DBT handout for Managing Extreme Emotions.
- During last 15 minutes of session, IT, TCM, and CL met to review present TCM goals and collaborate on strategies to increase CL's success in these goals. IT suggested to CL practice of connecting with core Self (presently being hypothesized by Mimic and Callie as being the gazebo located in the Inner World that all alters go to) and then to practice acceptance of the "running thoughts/creative ideas" part that prevents body from sleeping and then to guide and negotiate with that part to be present during the day; also, to negotiate with other alters to not be as active in the Inner World during times

**Client:** April Connolly (April Connolly)
**DOB:**

the body needs to rest. TCM will include this in the CL's schedule.

**DBT Content and Topics Explored:**

1) Met with Gentle and Spirit
2) Debriefed with Gentle and Spirit the impact of the System's overwhelming feelings leading to Mimic's withdrawal
3) Explored with Spirit her goals related to the System
4) Introduced DBT Distress Tolerance skill of Managing Extreme Emotions
5) Met with TCM and CL to debrief CL's TCM goals and strategize steps towards increased success

**DBT Modules Employed:**

- Emotional Regulation Skill Building
- Introduced Managing Extreme Emotions
- IT discussed with CL experience of overwhelming emotions and that IT would send appropriate handouts related to understanding emotions and how to respond to them

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Additional Notes Regarding DBT Goals and Objectives:**

No answer given.

**DBT Skill Building Plan for Next Session:**

No answer given.

**Current DBT Recommendations/Homework:**

- Continue Current Therapeutic Focus
- ***Next Session:*** See below, review practice of What Skills, Distress Tolerance skills, and explore with Bryce the memory desired to be processed. Use IFS and Cognitive Processing to assist Bryce in processing memory.
- ***Follow up on Mimic's status*** & practice of drawing strength from gazebo: Debrief with Mimic about her overwhelming emotions, practice of going to the gazebo for strength and the other alters agreeing to not take control of the front
- ***Follow up on this:*** Utilize DBT "WHAT Skills" to discuss with IFS the two parts of CL's self that are not alters: CEO at back of mind not allowing to celebrate accomplishments bc feeling of not being good enough & the "I love you" trigger (how it was used to manipulate cl by parents, this triggers Mimic)

## Provider

Michael Bennett

Signed by Michael Bennett
LPCC-S
August 19, 2021 at 4:45 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Kathy Nunez-De Vazquez

**Appointment:** Individual Appointment on August 13, 2021
1:00 pm - 1:50 pm, 50 min
Targeted Case Management , T2023

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC TCM STRENGTHS Assessment

**What is the current diagnosis for the client... (please provide ICD-10 code).**

F43.12 - Post-traumatic stress disorder, chronic

F44.81 - Dissociative identity disorder

**CURRENT STATUS: What is going on in the clients life? (PLEASE PROVIDE A BRIEF OVERVIEW OF CLIENTS CURRENT SITUATION AND/OR LIFE STRESSORS.)**

Client is a 39 year old Caucasian woman. Client currently lives with her pets and her new husband of a few months in their home. Client just sold her home and used that money to help pay bills. Client is struggling to find a balance between all alters which is making the body feel exhausted. Client is attending therapy twice weekly with her clinician.

**Targeted case management**

**Goal 1:**

Client's main goal is to get on a scheduled to help balance alters to not feel exhausted and to not feel the power struggle between the alters.

**Goal 1 Objectives**

Objective 1: CM will continue to learn more about each alter and their function.

Objective 2: CM and clinician will meet to discuss the schedule and collaborate.

Objective 3: CM and client will discuss schedule and put one in place and adjust as needed.

**Targeted case management**

**Goal 2:**

Client also needs assistance with getting disability running again. Client gave CM caseworkers contact information.

**Goal 2 Objectives**

Objective 1: Client will continue to communicate with disability caseworker.

Objective 2: CM will reach out to caseworker to see if anything needs to be done.

Objective 3: No answer given.

**Targeted Case Management Goal 3:**

Client struggles with executive functioning such as showering and brushing teeth.

**Goal 3 Objectives**

Objective 1: CM and client will work together to form a schedule with an alter to practice hygiene.

Objective 2: CM will research different ways to help client brush her teeth since she has a hard time with her gag reflex when brushing.

Objective 3: No answer given.

**Are there any additional steps the TCM will utilize to help client achieve the desired goals?**

No answer given.

**READ THIS STATEMENT ALOUD TO CLIENT:**

**It is the responsibility of the Case manager to monitor progress and provide support and assistance as needed during**

**Client:** April Connolly (April Connolly)

**DOB:**

**WEEKLY OR BI-WEEKLY visits/phone contacts. The case manager AND the client agree to carry out the responsibilities in this action plan to the best of their ability.**

Yes

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on August 5, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**
- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**
Cognitive Functioning: Oriented / Alert
Affect: Labile
Mood: Depressed (Mimic), Anxious (Stephanie)
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: PCL-5 Monthly
Score of PTSD Assessment: 63, not updated

**Current or Presenting Risk Factors:**
- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

- CL (as ***Mimic***) reported increased overwhelming feelings relating to depression but otherwise unable to determine exactly the type of emotion, only that it is overwhelming. Mimic expressed experiencing physiological sensation along with it (knot in throat) that won't go away, increasing discomfort. IT and Mimic practiced entering the inner world to be at the gazebo (the special place where all alters feel peace, strength, goodness, etc. and enjoy gather at) and draw strength from this place (being used as the Core of the Self where alters can access strength, wisdom, skills, etc. from the core of the System as well as share with others). Mimic was able to draw some strength but still felt the knot in throat/discomfort present. Mimic expressed experiencing challenge in managing this emotion, particularly fear surrounding being too weak to protect System; that if she is too weak, then she'll return to the dungeon or become the dark out of shame in being too weak even when System (Stephanie specifically) has assured her that she isn't harming the System. Mimic also expressed that she thinks that memories are resurfacing, perhaps the doing of Blake (another alter recently re-emerged at same time as Spirit though whose function is presently unknown), which causing her fear because when memories resurface some alters have a tendency to merge with others to democratize the strengths/skills. Mimic is afraid she will be the next to merge, which she is not read for. IT discussed with Mimic her role in being present, and not just to protect system but for her to also experience healing and also fulfilling life experiences.

- CL (as ***Stephanie***) came to front to assist Mimic in sharing pertinent information in session when Mimic was too overwhelmed by feelings. Stephanie expressed that is has been more challenging to keep memories suppressed from the alters, because while she thinks they are strong, she isn't sure they are strong enough. IT discussed with Stephanie the process of DBT and emotion regulation and distress tolerance, that these skills need to be built before the memories are shared unless both Stephanie and IT identify alters are ready. IT and Stephanie agreed upon 3 months as a time frame to check in and begin memory consolidation, at which time trauma work would begin.

- Stephanie also shared that April and the alters who have been present with IT have not disclosed details around CL experiencing anal pain. Stephanie couldn't disclose if this was a memory, a present sx, or a fear because the barrier between her keeping the memories from the alters was decreasing.

- Stephanie also discussed that April (not alters) was able to successfully be intimate with husband but experienced great distress immediately following.

**Client:** April Connolly (April Connolly)

**DOB:**

- At end of session, Stephanie disclosed that the emotions were so overwhelming that they were becoming nauseous. Earlier in the week, Mimic emailed IT and expressed that the overwhelming emotions were inducing vomiting.

**DBT Content and Topics Explored:**

1) Met with Mimic and Stephanie

2) Debriefed with Mimic and explored overwhelming feelings of depression

- fear of having to merge as result of resurfacing memories

- fear of not being strong enough to protect system and, in shame, self-exile to dungeon or become the dark (former experiences of Mimic's that she is trying to prevent and also Stephanie doesn't want to occur either)

3) Debriefed with Stephanie System-related updates and plan related to sharing memories after checking-in in 3months time after DBT emotion regulation and distress tolerance components are complete

**DBT Modules Employed:**

• Mindfulness Skill Building

• Emotional Regulation Skill Building
IT discussed with CL experience of overwhelming emotions and that IT would send appropriate handouts related to understanding emotions and how to respond to them

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Additional Notes Regarding DBT Goals and Objectives:**

review with TCM schedule of alters and energy monetization

**DBT Skill Building Plan for Next Session:**

No answer given.

**Current DBT Recommendations/Homework:**

• Continue Current Therapeutic Focus

• Debrief with Mimic about her overwhelming emotions, practice of going to the gazebo for strength and the other alters agreeing to not take control of the front

• ***Follow up on this:*** Utilize DBT "WHAT Skills" to discuss with IFS the two parts of CL's self that are not alters: CEO at back of mind not allowing to celebrate accomplishments bc feeling of not being good enough & the "I love you" trigger (how it was used to manipulate cl by parents, this triggers Mimic)

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
September 20, 2021 at 9:37 am

Client: April Connolly (April Connolly)
DOB:
Provider: Kathy Nunez-De Vazquez

Appointment: Individual Appointment on August 5, 2021
1:00 pm - 1:50 pm, 50 min
TCM Treatment , 00000

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TCM Treatment Note

**Type of sessions client is taking part in:**
- Individual

**Frequency of clients TCM Services:**
- Weekly

**Mood / Affect — significant changes reported?**
- None

**Thought process / Orientation — significant changes reported?**
- None

**Behavior / Functioning — significant changes reported?**
- None

**Medical condition — significant changes reported?**
- None

**Substance use — significant changes reported?**
- N/A

**Risk assessment**
- None

**New concerns presented today by client?**

Client (Mimic) presented in session today tired but eager to get alter schedule accomplished. Client also stated that the sale of the house was finalized and client (April) and Scott used the money to pay a good chunk of bills. However, client was troubled over the large credit card bill that is remaining.

**Self report of progress towards goals/objectives for TCM since last meeting:**

Client reported playing the new Zelda game and not getting much sleep.

*** Progress toward goals ***

No progress thus far, client needs to get back on sleep/wake schedule.

**1. What actions has client taken to meet their current TCM goals?**

Client has been continuing to go to therapy and all appointments by keeping track of them on the white board.

**2. Which plans were carried out by client to meet their TCM goals?**

CM and client used the session to plan out alter schedule beginning 08/06. Spreadsheet is shared with client and clinician.

**3. Which interventions/resources were used?**

**Client:** April Connolly (April Connolly)

**DOB:**

No answer given.

**4. If client has not made progress, what is keeping client from meeting their TCM goals?**

Client made progress with sleep/wake schedule but was distracted with new video game. CM and client will continue to make a structured routined.

**When is the next scheduled follow-up/check-in with client?**

Next session is scheduled for 08/13.

**Was this appointment conducted by phone, telehealth, or at the office?**

Session was conducted via Telehealth.

# Quality Assurance Report

## Request Information

Report Date: December 13, 2021

**RP ID:** 8673327

Patient Name: CONNOLLY, APRIL

Provider Name: THE TRAUMA-INFORMED COUNSELING CTR

## Quality Assurance Information

Scope Requested: **From June 15, 2021 to Present**

Special Request:
-seen by: DR. KATHY NUNEZ-DE VAZQUEZ

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: ISLEO

ReleasePoint

**Medical Record Overview**

**Date:** **December 3, 2021**

**Patient Name:** CONNOLLY, APRIL

**Records From:** Dr. Michael Bennet
,
(859) 309-2877

**Request Scope:** From June 15, 2021 to Present

**Chart Range:** 10/20/2021 - 12/01/2021

**RP ID:** 8673329

**Client ID:** 12027405

**Source:** L-CLTLTD

**Req By:** A Tanner
03-510527

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 20 2021 | Dec 1 2021 | 20 | 2 |
| | | **Total Page Count:** | 20 | |

**Notes From QC:**

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on December 1, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Preoccupied, Circumstantial

Affect: Constricted

Mood: Anxious

Interpersonal: Interactive

Functional Status: Impaired

PTSD Assessment: PCL-5

Score of PTSD Assessment: 31 - no measured

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL presented as preoccupied with most recent distressing event in which CL's sister was present in a school shooting and while sister is safe/unharmed CL is still recovering from the terror. CL was able to refocus in session though circumstantially interacting with IT. CL reported navigating financial barriers but encountering challenges by being denied benefits/resources she and spouse applied for.

**DBT Content and Topics Explored:**

Met with CL (Mimic & April)

1) Sx Assessment with CL

2) Debriefed with CL about holiday experiences and distress experienced during that time

3) CL (April) reflected upon personal goals relating to family planning

**DBT Modules Employed:**

- Distress Tolerance Skill Building
  Reviewed CL's skills practiced during the holidays and the outcomes of these being practiced
- Interpersonal Effectiveness Skill Building
  Reviewed CL's skills practiced during the holidays and the outcomes of these being practiced

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Additional Notes Regarding DBT Goals and Objectives:**

Compile worksheets and other homework that spouse can read and work on from conjoint session until his individual session

**Client:** April Connolly (April Connolly)

**DOB:**

**DBT Skill Building Plan for Next Session:**

Follow up with CL about unprocessed feelings towards spouse making financial decisions without her knowledge

**Current DBT Recommendations/Homework:**

• Continue Current Therapeutic Focus
1) Prepare based on agenda for conjoint session with spouse based on goal and pain points
2) Check in with Spirit to identify area distress needing exploring/processing
***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
December 2, 2021 at 10:03 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on November 19, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Circumstantial, Tangential
Affect: Appropriate
Mood: Anxious
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: PCL-5
Score of PTSD Assessment: 31 - no change

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL's distress continues to be focused upon interpersonal stress between the cl and cl's spouse. Cl's spouse reported being able to be scheduled with individual therapist for December 3. CL reported having physician appointment after session at 4pm for followup and to receive continued medication management. CL reported via Gentle social anxiety and distress related to going outside the house.

**DBT Content and Topics Explored:**

Met with CL (Gentle & Mimic)

1) Sx Assessment with CL

- IT and CL explored methods of self-soothing and cognitive coping to assist CL in going to doctor while having social anxiety

2) Debriefed with CL their homework of identifying needs to be discussed in upcoming conjoint session with CL and CL's spouse

3) Reviewed & Explored main needs to be discussed and created agenda for upcoming conjoint session based on a specific goal and pain points.

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Additional Notes Regarding DBT Goals and Objectives:**

Compile worksheets and other homework that spouse can read and work on from conjoint session until his individual session

**DBT Skill Building Plan for Next Session:**

**Client:** April Connolly (April Connolly)

**DOB:**

Follow agenda for conjoint session with spouse based on goal and pain points

**Current DBT Recommendations/Homework:**

• Continue Current Therapeutic Focus
1) Prepare based on agenda for conjoint session with spouse based on goal and pain points
2) Check in with Spirit to identify area distress needing exploring/processing
***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
November 19, 2021 at 3:43 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on November 18, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Circumstantial, Tangential
Affect: Appropriate
Mood: Anxious
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: PCL-5
Score of PTSD Assessment: 31 - no change

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

***System Update***

- April and the alters in the System learned that an alter (Jon) is still present in the System who they believed had integrated when Jon's alter-wife Darcy had integrated. He had never been an alter to front in the System, so when Darcy had integrated and he disappeared, the System believed he had integrated as well. No distress related to this as he has been occupying Gentle in the Inner World (in Gentle's space) which has allowed the adult alters to be more productive.

***Interpersonal Distress:***

- CL reported continued and increased anxiety and frustrations around barriers in communication with spouse; CL's spouse has been referred to and scheduled for individual counseling to assist in this

**DBT Content and Topics Explored:**

Met with CL (Gentle & Mimic)
1) Sx Assessment with CL
2) Debriefed CL their needs
3) CBT/DBT: Explored/Processed CL's anxiety as well as interpersonal distresses with spouse

- Reviewed earlier introduced techniques and explored scheduling a conjoint session prior to spouse's individual session to explore boundaries

**DBT Modules Employed:**

- Distress Tolerance Skill Building
- ABC Please, Breathing, Progressive Muscle Relaxation

**Client:** April Connolly (April Connolly)
**DOB:**

- Emotional Regulation Skill Building
- Responding to Overwhelming Emotions
- Interpersonal Effectiveness Skill Building
- Validation/Invalidation
- DEARMAN, GIVE, FAST

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Additional Notes Regarding DBT Goals and Objectives:**

Compile worksheets and other homework that spouse can read and work on from conjoint session until his individual session

**DBT Skill Building Plan for Next Session:**

Continue exploring interpersonal effectiveness skills and the unhealthy interpersonal-related beliefs that prevent Cl from experiencing healthy interactions with people, especially spouse

**Current DBT Recommendations/Homework:**

- Continue Current Therapeutic Focus

1) Create agenda for conjoint session with spouse
2) Check in with Spirit to identify area distress needing exploring/processing

***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
November 18, 2021 at 4:00 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on November 12, 2021
3:00 pm - 3:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Tangential
Affect: Appropriate
Mood: Euthymic
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: PCL-5
Score of PTSD Assessment: 31 - no change

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL reported still recovering from recent medical procedure which has consistently impacted functioning ability. CL has attempted to rest but finds sleep challenging. CL is attempted to remain productive with personal goals but is encountering challenges.

**DBT Content and Topics Explored:**

Met with CL (Mimic)
1) Sx Assessment with CL
2) Debriefed CL's coping strategies following medical procedure and present needs
3) CBT/DBT: Explored/Processed CL's anxiety
4) IFS: explored with Mimic her view of self, self-maturation and personal goals; explored with Mimic physiological triggers

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**DBT Skill Building Plan for Next Session:**

Continue exploring interpersonal effectiveness skills and the unhealthy interpersonal-related beliefs that prevent Cl from experiencing healthy interactions with people, especially spouse and family.

**Current DBT Recommendations/Homework:**

- Continue Current Therapeutic Focus

1) Debrief and evaluate with CL steps taken to accomplish meaningful tasks
2) Check in with Spirit to identify area distress needing exploring/processing

**Client:** April Connolly (April Connolly)
**DOB:**

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
December 2, 2021 at 10:08 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on November 10, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Tangential
Affect: Appropriate
Mood: Euthymic
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: PCL-5
Score of PTSD Assessment: 31 - no change

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

***Physical Health Crisis:***

- CL (Mimic) disclosed to IT that recent medical procedure was an emergency gallbladder surgery and that they are presently experiencing heightened physical pain from the procedure, great discomfort due to decreased mobility from pain, and increased anxiety.

***Interpersonal Distress:***

- CL additionally reported experiencing distress stemming from their parents spontaneously visiting upon hearing about the procedure, which led to CL being triggered by presenting dysfunctional family patterns.
- CL reported anxiety and frustrations around barriers in communication with spouse which has challenged spouse to share with CL important information

***Miscellaneous Functioning:***

- CL reported learning that they are two months behind on mortgage. CL is presently exploring resources with IT and TCM to resolve this.
- CL reported still being unable to function, especially following the medical procedure, in other daily tasks such as cleaning, personal hygiene, etc. as well as other meaningful tasks.

**DBT Content and Topics Explored:**

Met with CL (Mimic)
1) Sx Assessment with CL
2) Debriefed CL's coping strategies following medical procedure and present needs
3) CBT/DBT: Explored/Processed CL's anxiety as well as interpersonal distresses with family and spouse via CBT and

**Client:** April Connolly (April Connolly)
**DOB:**

reviewed use of appropriate DBT skills to assist in navigating interpersonal challenges

- Distress Tolerance: ABC Please, Breathing, Progressive Muscle Relaxation
- Responding to Overwhelming Emotions
- Validation/Invalidation
- DEARMAN, GIVE, FAST

4) IFS: connected with, explored needs of, and communicated direction to part of self that presents as physical anxiety (upset stomach)

**DBT Modules Employed:**

- Distress Tolerance Skill Building
- ABC Please, Breathing, Progressive Muscle Relaxation
- Emotional Regulation Skill Building
- Responding to Overwhelming Emotions
- Interpersonal Effectiveness Skill Building
- Validation/Invalidation
- DEARMAN, GIVE, FAST

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**DBT Skill Building Plan for Next Session:**

Continue exploring interpersonal effectiveness skills and the unhealthy interpersonal-related beliefs that prevent Cl from experiencing healthy interactions with people, especially spouse and family.

**Current DBT Recommendations/Homework:**

- Continue Current Therapeutic Focus

1) Debrief and evaluate with CL steps taken to accomplish meaningful tasks
2) Check in with Spirit to identify area distress needing exploring/processing
***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
November 11, 2021 at 10:51 am

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on November 3, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert
Affect: Appropriate
Mood: Euthymic
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: PCL-5
Score of PTSD Assessment: 31 - no change

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL (Gentle and Mimic & Callie blended) reported continued presence of positive beliefs relating to present experiences with siblings. CL reported still being unable to function in other daily tasks such as cleaning, personal hygiene, etc. as well as other meaningful tasks.

**DBT Content and Topics Explored:**

Met with CL Gentle and then Blended Alters co-present with Mimic and Callie

1) Sx Assessment with CL

2) Debriefed CL's progress with homework

- CL reported improved sense of wellbeing and self-esteem related to being able to accomplish meaningful goals this past week due to following SMART goal plan and introducing methods to decrease distraction while working on project

3) Continued use of SMART goals to increase CL's capacity in accomplishing steps/goals

- Utilization of SMART goals to assist CL in determining action plan for accomplishing meaningful task

**DBT Modules Employed:**

- Mindfulness Skill Building

Reviewed DBT General skills Missing Link analysis to be able to reflect on how CL was successful in accomplishing tasks

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**DBT Skill Building Plan for Next Session:**

CL will practice SMART goals identified as well as develop SMART goal steps to accomplish other related tasks

**Client:** April Connolly (April Connolly)

**DOB:**

**Current DBT Recommendations/Homework:**

• Continue Current Therapeutic Focus
1) Debrief and evaluate with CL steps taken to accomplish meaningful tasks
2) Check in with April to explore beliefs about safety/power/control/intimacy/esteem/trust with recent intimacy experience from previous weekend. If cl feels unnecessary, check in with Spirit to identify area distress needing exploring/processing
***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
November 4, 2021 at 10:39 am

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on October 29, 2021
3:00 pm - 3:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert
Affect: Appropriate
Mood: Anxious
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: PCL-5
Score of PTSD Assessment: 31 - no change since less than 7 days since last questionnaire

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL reported continued presence of positive beliefs relating to present experiences with siblings. CL reported still being unable to function in other daily tasks such as cleaning, personal hygiene, etc. as well as other meaningful tasks.

**DBT Content and Topics Explored:**

Met with CL Gentle and then Blended Alters co-present with April and Spirit
1) Sx Assessment with CL
2) Side Goal Introduced:

- CL reported distress related to being unable to accomplish meaningful goal which led to CL utilizing procrastination and distraction methods to avoid feeling disappointed.
- Utilization of SMART goals to assist CL in determining action plan for accomplishing meaningful task

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**DBT Skill Building Plan for Next Session:**

CL will practice SMART goals identified as well as develop SMART goal steps to accomplish other related tasks

**Current DBT Recommendations/Homework:**

- Continue Current Therapeutic Focus

1) Debrief and evaluate with CL steps taken to accomplish meaningful tasks
2) Check in with April to explore beliefs about safety/power/control/intimacy/esteem/trust with recent intimacy experience. If cl feels unnecessary, check in with Spirit to identify area distress needing exploring/processing
***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting***

**Client:** April Connolly (April Connolly)
**DOB:**

***process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

## Provider

Michael Bennett

Signed by Michael Bennett
LPCC-S
October 29, 2021 at 4:41 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on October 27, 2021
1:00 pm - 1:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert
Affect: Appropriate
Mood: Anxious
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: PCL-5
Score of PTSD Assessment: 31

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL reported increased presence of positive beliefs relating to areas formerly distressed by, namely her relationship with family and upcoming holiday family gathering, due to CL being able to achieve unified allegiances with siblings and shared understandings of dysfunctional family patterns involving parental narcissism. CL additionally reported improved relationship with husband increasing mutual satisfaction in marriage. CL reported still being unable to function in other daily tasks such as cleaning, personal hygiene, etc. CL has met with targeted case manager to begin case management again.

**DBT Content and Topics Explored:**

Met with CL Gentle and then Blended Alters co-present with April and Spirit

1) Sx Assessment with CL

2) DBT Interpersonal Effectiveness:

- Continued exploration of CL's relationships with siblings and parents while navigating hx of emotional and psychological manipulation

3) CBT Exploration/Processing of CL's experience of improved intimacy with spouse

**DBT Modules Employed:**

- Interpersonal Effectiveness Skill Building
Explored/Processed CL's relationship with family and practice of boundaries when experiencing emotional blackmail

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Current DBT Recommendations/Homework:**

**Client:** April Connolly (April Connolly)
**DOB:**

• Continue Current Therapeutic Focus

• Check in with April to explore beliefs about safety/power/control/intimacy/esteem/trust with recent intimacy experience. If cl feels unnecessary, check in with Spirit to identify area distress needing exploring/processing
***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
October 28, 2021 at 5:44 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on October 22, 2021
1:00 pm - 1:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert
Affect: Appropriate
Mood: Anxious
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: Other

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL reports continued depressed mood and heightened anxiety focused on their diagnosis and they not being accepted by her parents. CL reports that they have had to utilize distracting methods to prevent continued depressed mood.

**DBT Content and Topics Explored:**

Met with CL Gentle and then Blended Alters co-present with April: Mimic, Spirit

1) Sx Assessment with CL

2) DBT Interpersonal Effectiveness:

- DEARMAN: continued exploration on the use of DEARMAN in context of upcoming family holiday; modeled use of DEARMAN with CL
- Explored the role of consent in interpersonal interactions and conversations, that CL can maintain boundaries on what they wish or do not wish to discuss with parents relating to dx

**DBT Modules Employed:**

- Interpersonal Effectiveness Skill Building
Explored/Processed CL's relationship with family and practice of boundaries when experiencing emotional blackmail
- Identified rules of engagement and when/how to practice boundaries to promote personal health and safety
- DEARMAN

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**DBT Skill Building Plan for Next Session:**

CL will continue practice the use of DEARMAN strategy by practicing and modeling it with sister

**Client:** April Connolly (April Connolly)

**DOB:**

**Current DBT Recommendations/Homework:**

• Continue Current Therapeutic Focus

• Continue exploration of CL's interpersonal effectiveness with family and related resurfaced memories; use DBT emotion regulation skills to identity, explore, and process the underlying emotions and beliefs relating to these memories
***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
October 22, 2021 at 3:17 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on October 20, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Tangential
Affect: Appropriate
Mood: Anxious
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: Other

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL reported continued impairment this week. Increased experiences of depressed mood, agitation, and internal withdrawal with only Gentle, Callie, or Mimic at front pursuing distracting projects to decrease attention to distress being felt. CL reported that she feels less supported by parents after learning that they do not believe her or support her DID dx, which led to CL experienced significant increase of depression.

**DBT Content and Topics Explored:**

Met with CL Gentle and then Blended Alters co-present with April: Mimic, Spirit

1) Sx Assessment with CL

2) DBT Interpersonal Effectiveness:

- DEARMAN: explored the use of DEARMAN in context of upcoming family holiday; modeled use of DEARMAN with CL
- ENDING RELATIONSHIPS: explored the context and needs surrounding when it is necessary to end unhealthy relationships and the role of boundaries until then

**DBT Modules Employed:**

- Interpersonal Effectiveness Skill Building
Explored/Processed CL's relationship with family and practice of boundaries when experiencing emotional blackmail
- Identified rules of engagement and when/how to practice boundaries to promote personal health and safety
- DEARMAN
- ENDING RELATIONSHIPS

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Client:** April Connolly (April Connolly)

**DOB:**

**DBT Skill Building Plan for Next Session:**

CL will practice the use of DEARMAN strategy in thinking ahead of time the different topics that they may have to engage while at the family holiday.

**Current DBT Recommendations/Homework:**

• Continue Current Therapeutic Focus

• Continue exploration of CL's interpersonal effectiveness with family and related resurfaced memories; use DBT emotion regulation skills to identity, explore, and process the underlying emotions and beliefs relating to these memories
***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

## Provider

Michael Bennett

Signed by Michael Bennett
LPCC-S
October 22, 2021 at 3:14 pm

# Quality Assurance Report

## Request Information

Report Date: December 3, 2021

**RP ID:** 8673329

Patient Name: CONNOLLY, APRIL

Provider Name: THE TRAUMA-INFORMED COUNSELING CTR

## Quality Assurance Information

Scope Requested: **From June 15, 2021 to Present**

Special Request:
medical records-seen by: Dr. Michael Bennet

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: VAANG

ReleasePoint

## Medical Record Overview

**Date:** **December 3, 2021**

**Patient Name:** CONNOLLY, APRIL

**Records From:** Dr. Kathy NUNEZ-DE VAZQUEZ

,
(859) 309-2877

**Request Scope:** From June 15, 2021 to Present

**Chart Range:** 09/13/2021 - 10/14/2021

**RP ID:** 8673327

**Client ID:** 12027405

**Source:** L-CLTLTD

**Req By:** A Tanner
03-510527

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Sep 13 2021 | Oct 14 2021 | 20 | 2 |
| | | **Total Page Count:** | 20 | |

**Notes From QC:**

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett
Provider License: LPCC-S #164142

Appointment: Individual Appointment on October 14, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

## TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Circumstantial
Affect: Appropriate
Mood: Anxious
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: Other

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL reported continued impairment and experiences with insomnia this week. CL expressed experiencing decreased anxiety after learning new mortgage was approved which decreases the financial stressor, though disclosed that household tasks are still not being achieved, and there are still uncertainties related to discontinued disability benefits.

**DBT Content and Topics Explored:**

Met with CL Gentle and then Blended Alters co-present with April: Mimic, Spirit

1) Sx Assessment with CL

2) DBT Interpersonal Effectiveness:

- Continued exploration of interacting with family while navigating emotional abuse and establishing/practicing of boundaries
- Explored CL's emotion experiences when experiencing. emotional manipulation and being used by mother or father to resolve conflict between them or between them and cl's siblings
- Explored the importance of boundaries and respect for self and others
- Explored the role of values and their guiding cl in interpersonal experiences with parents

**DBT Modules Employed:**

- Interpersonal Effectiveness Skill Building
Explored/Processed CL's relationship with family and practice of boundaries when experiencing emotional blackmail
- Identified rules of engagement and when/how to practice boundaries to promote personal health and safety

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Client:** April Connolly (April Connolly)

**DOB:**

**DBT Skill Building Plan for Next Session:**

Follow up with cl on any developing thoughts/feelings relating to earlier discussed memory of father; continue roleplaying with cl for cl to practice communicating and enforcing boundaries with emotional abuse tactics are being used

**Current DBT Recommendations/Homework:**

- Continue Current Therapeutic Focus
- Continue exploration of CL's interpersonal effectiveness with family and related resurfaced memories; use DBT emotion regulation skills to identity, explore, and process the underlying emotions and beliefs relating to these memories

***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

## Provider

Michael Bennett

Signed by Michael Bennett
LPCC-S
October 14, 2021 at 3:53 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on October 13, 2021
1:00 pm - 1:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Tangential
Affect: Appropriate
Mood: Anxious
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: Other

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL reported continued impairment and experiences with insomnia this week. CL expressed experiencing increased anxiety due to household tasks not being achieved, the mortgage falling behind due to financial instability and uncertainties related to discontinued disability benefits.

**DBT Content and Topics Explored:**

Met with CL (Blended Alters co-present with April: Gentle, Spirit, Callie)

1) Sx Assessment with CL

2) DBT Interpersonal Effectiveness:

- Continued exploration of interacting with family while navigating emotional abuse and establishing/practicing of boundaries
- Provided role-play scenarios for CL to practice DEARMAN and assertiveness in communicating. boundaries with cl's mother

**DBT Modules Employed:**

- Interpersonal Effectiveness Skill Building
Explored/Processed CL's relationship with family and practice of boundaries when experiencing emotional blackmail
- Identified rules of engagement and when/how to practice boundaries to promote personal health and safety

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**DBT Skill Building Plan for Next Session:**

Follow up with cl on catalepsy experiences as well as any developing thoughts/feelings relating to earlier discussed memory of father; continue roleplaying with cl for cl to practice communicating and enforcing boundaries with emotional

**Client:** April Connolly (April Connolly)

**DOB:**

abuse tactics are being used

**Current DBT Recommendations/Homework:**

• Continue Current Therapeutic Focus

• Continue exploration of CL's interpersonal effectiveness with family and related resurfaced memories; use DBT emotion regulation skills to identity, explore, and process the underlying emotions and beliefs relating to these memories
***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
October 13, 2021 at 2:22 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on October 7, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious (April, Spirit)

Interpersonal: Interactive

Functional Status: Impaired

PTSD Assessment: Other

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL (Gentle, Spirit & April) reported continued impairment and experiences with insomnia. Callie reported that the System was not following the schedule and that CL has not been caring for themselves physically and hygienically. In session, CL presented with a cataplexy experience of inability to speak and partial paralysis. CL shared that this is also something that was experienced over the weekend recently and that there was occurrences of this during childhood. IT informed CL to keep track and report occurrences as there may be need for neurological evaluation, though today's occurrence and the other recent occurrence manifest at times of intense emotion engagement and trauma memory processing.

**DBT Content and Topics Explored:**

Met with Gentle + Spirit + April

1) Sx Assessment with Gentle

2) DBT Interpersonal Effectiveness: Explored/Processed CL's relationship with family and practice of boundaries when experiencing emotional blackmail

3) Explored/Processed CL's values and resurfaced memory relating to father

**DBT Modules Employed:**

- Emotional Regulation Skill Building

Exploration of CL's values, beliefs and feelings surrounding the events experienced within CL's resurfaced memory of a sexual assault experienced with father when CL was an adolescent.

- explored beliefs around how event influenced personal identity & view of father
- explored feelings of grief, disappointment, fear
- explored experience of feeling invasiveness of event
- Interpersonal Effectiveness Skill Building

Explored/Processed CL's relationship with family and practice of boundaries when experiencing emotional blackmail

- Identified rules of engagement and when/how to practice boundaries to promote personal health and safety

**Client:** April Connolly (April Connolly)

**DOB:**

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Current DBT Recommendations/Homework:**

- Continue Current Therapeutic Focus
- Continue exploration of CL's interpersonal effectiveness with family and related resurfaced memories; use DBT emotion regulation skills to identity, explore, and process the underlying emotions and beliefs relating to these memories

***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

**Provider**



Signed by Michael Bennett
LPCC-S
October 7, 2021 at 3:41 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on October 4, 2021
5:00 pm - 5:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert
Affect: Appropriate
Mood: Anxious (April)
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: Other

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL (Mimic & April) reported continued impairment and experiences with insomnia. CL reported ongoing challenges in functioning daily with basic personal and house-related tasks.

**DBT Content and Topics Explored:**

Met with Gentle + Mimic + April

1) Sx Assessment with April & Mimic

2) Explored/Processed CL's hx with mother, learning behavioral patterns from mother particularly emotional manipulation strategies which she had utilized against others in the past in harmful ways which she now feels remorse for

3) Explored/Processed CL's skills that can be utilized presented to assist herself in navigating challenging interpersonal experiences so not to have to fall back on former dysfunctional patterns of relating with people

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Current DBT Recommendations/Homework:**

- Continue Current Therapeutic Focus
- Continue exploration of CL's resurfaced memories that Mimic is recollecting and used DBT emotion regulation skills to identity, explore, and process the underlying emotions and beliefs relating to these memories

***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

**Client:** April Connolly (April Connolly)

**DOB:**

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
November 5, 2021 at 3:49 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on September 30, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert
Affect: Appropriate
Mood: Anxious (April)
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: Other

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL (Mimic & April) reported continued impairment and experiences with insomnia. CL reported having appointment with psychiatric mental health nurse provider for medication management.

**DBT Content and Topics Explored:**

Met with Gentle + Mimic + April

1) Sx Assessment with April &. Mimic

2) Explored/Processed CL's present needs relating to disability reconsideration, medication management

3) Explored/Processed CL's needs surrounding present goal of developing online presence that educates others on DID; this as a way to help self explore/process their own experiences and grow

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Current DBT Recommendations/Homework:**

- Continue Current Therapeutic Focus
- Continue exploration of CL's resurfaced memories that Mimic is recollecting and used DBT emotion regulation skills to identity, explore, and process the underlying emotions and beliefs relating to these memories

***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

**Client:** April Connolly (April Connolly)
**DOB:**

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
September 30, 2021 at 3:54 pm

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett
Provider License: LPCC-S #164142

Appointment: Individual Appointment on September 27, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert
Affect: Labile
Mood: Anxious (Gentle and Mimic)
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: Other

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL (Gentle & Mimic) reported improved experiences with insomnia and being able to sleep better. Sx have remained the same, though still at level of impairment. CL (Mimic) reports that April was able to experience moments of intimacy with husband while being at the front, and that April was able to manage with some challenges the situational anxiety in that moment. Also reported continued sense of shame relating to fears of being a failure, focused on relationship with husband.

**DBT Content and Topics Explored:**

Met with Gentle + Mimic

1) Sx Assessment with Gentle & Mimic

2) Explored/Processed CL's relationship with spouse & triggers preventing intimacy

- explored the presence of emotional and psychic wounds present surrounding intimate relationships and the barrier it presents causing CL to be unable to connect with spouse despite desire to
- explored how CL perceives relationship, particularly when spouse formerly related with a now integrated alter (Cassandra) who would initiate the romance compared to now when April and alters do not initiate romance and feel triggered by it.

3) Bibliotherapy on emotional blackmail

- Preparation for holiday family gatherings and knowing how to navigate emotional manipulation from parents

**DBT Modules Employed:**

- Emotional Regulation Skill Building
Exploration of CL's emotions relating to resurfacing memories

**DBT Progress Toward Treatment Goals:**

**Client:** April Connolly (April Connolly)
**DOB:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Additional Notes Regarding DBT Goals and Objectives:**

HW: CL will write down and email to IT the resurfaced memories relating to mother. and what feelings they identify relating to them

**DBT Skill Building Plan for Next Session:**

• CL IS SEEKING TOOLBOX OF SKILLS FOR RESPONDING TO EMOTIONAL/PSYCHOLOGICAL ABUSE for use in holidays when CL visits family

**Current DBT Recommendations/Homework:**

• Continue Current Therapeutic Focus

• Continue exploration of CL's resurfaced memories that Mimic is recollecting and used DBT emotion regulation skills to identity, explore, and process the underlying emotions and beliefs relating to these memories
***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
November 5, 2021 at 3:54 pm

**Client:** April Connolly (April Connolly)
**DOB:**
**Provider:** Michael Bennett
**Provider License:** LPCC-S #164142

**Appointment:** Individual Appointment on September 24, 2021
1:00 pm - 1:50 pm, 50 min
Psychotherapy, 60 min, 90837

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Labile

Mood: Anxious (Gentle and Mimic)

Interpersonal: Interactive

Functional Status: Impaired

PTSD Assessment: Other

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL (Mimic) reported experiencing resurfacing memories related to relationship an experiences with mother. CL notes having a spike in sx, particularly intrusive thoughts and feelings impacting how she perceives self and others.

**DBT Content and Topics Explored:**

Met with Mimic

1) Sx Assessment with Gentle & Mimic

2) Explored/Processed CL's resurfaced memories

- continued exploring resurfacing memories of mother's verbal & emotional abuse of CL
- continued exploring cl's fear of failure relating to feelings of inadequacy, when not meeting mother's expectation
- cl inquired about conjoint sessions including mother; IT discouraged this because of the mother's negative impact on cl and expressed that due to the emotional manipulation practices of mother, such a therapy session may not prove beneficial for cl. IT instructed cl to continue exploring the underlying desire for this and to consider other ways to achieve the underlying desire

**DBT Modules Employed:**

- Emotional Regulation Skill Building

Exploration of CL's emotions relating to resurfacing memories

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**DBT Skill Building Plan for Next Session:**

- CL IS SEEKING TOOLBOX OF SKILLS FOR RESPONDING TO EMOTIONAL/PSYCHOLOGICAL ABUSE for use in holidays when CL visits family

**Client:** April Connolly (April Connolly)

**DOB:**

**Current DBT Recommendations/Homework:**

• Continue Current Therapeutic Focus

• Continue exploration of CL's resurfaced memories that Mimic is recollecting and used DBT emotion regulation skills to identity, explore, and process the underlying emotions and beliefs relating to these memories

***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

**Provider**

Michael Bennett

Signed by Michael Bennett
LPCC-S
November 5, 2021 at 3:59 pm

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett
Provider License: LPCC-S #164142

Appointment: Individual Appointment on September 22, 2021
1:00 pm - 1:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert
Affect: Appropriate
Mood: Anxious (Gentle and Mimic)
Interpersonal: Interactive
Functional Status: Impaired
PTSD Assessment: Other

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL (Gentle & Mimic) reported improved experiences with insomnia and being able to sleep better. Sx have remained the same, though still at level of impairment. CL (Mimic) reports experiencing a lot of confusion lately leading to increased switching. Also reported increased sense of shame relating to fears of being a failure.

**DBT Content and Topics Explored:**

Met with Gentle + Mimic
1) Sx Assessment with Gentle & Mimic
2) Explored/Processed CL's resurfaced memories

- memories of mother's verbal & emotional abuse of CL
- fear of failure relating to feelings of inadequacy, when not meeting mother's expectations
- explored CL's fear of failure relating to perfectionism and consequential procrastination on tasks/projects

**DBT Modules Employed:**

- Emotional Regulation Skill Building

Exploration of CL's emotions relating to resurfacing memories

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Additional Notes Regarding DBT Goals and Objectives:**

HW: CL will write down and email to IT the resurfaced memories relating to mother. and what feelings they identify relating to them

**DBT Skill Building Plan for Next Session:**

**Client:** April Connolly (April Connolly)

**DOB:**

• CL IS SEEKING TOOLBOX OF SKILLS FOR RESPONDING TO EMOTIONAL/PSYCHOLOGICAL ABUSE for use in holidays when CL visits family

### Current DBT Recommendations/Homework:

• Continue Current Therapeutic Focus

• Continue exploration of CL's resurfaced memories that Mimic is recollecting and used DBT emotion regulation skills to identity, explore, and process the underlying emotions and beliefs relating to these memories
***ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking***

### Provider

Michael Bennett

Signed by Michael Bennett
LPCC-S
September 22, 2021 at 2:57 pm

| | |
|---|---|
| **Client:** | April Connolly (April Connolly) |
| **DOB:** | |
| **Provider:** | Michael Bennett |
| **Provider License:** | LPCC-S #164142 |

**Appointment:** Individual Appointment on September 16, 2021
4:00 pm - 4:50 pm, 50 min
90837, 99354

**Diagnosis:** F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

# TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious (Gentle and Mimic), Angry (Spirit)

Interpersonal: Interactive

Functional Status: Impaired

PTSD Assessment: Other

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL (Gentle & Mimic) reported being triggered by videos on YouTube and continued insomnia. CL (Gentle, Mimic and Callie) reported that new memories have resurfaced pertaining to relationship with mother and her manipulation/narcissism tendencies, which prompted a major depressive episode.

**DBT Content and Topics Explored:**

Met with Gentle + Mimic + Spirit

1) Sx Assessment with Gentle

2) Explored/Processed CL's resurfaced memories

- memories of mother's micro aggressions towards cl
- feelings of inadequacy, when not meeting mother's expectations even as an adult
- Introduced REPARENTING & Inner Child Work
- Discussed how System can reparent self through nurturing statements that replace the internalized beliefs of CL's mother

3) Debrief Medication Management plan & obtained new ROIs to acquire needed medication management

**DBT Modules Employed:**

- Mindfulness Skill Building

Practice in session of Observe, Describe, Participate

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Additional Notes Regarding DBT Goals and Objectives:**

**Client:** April Connolly (April Connolly)
**DOB:**

CL needs referrals for medication management for thyroid medication refill, sleep medication prescription.

**DBT Skill Building Plan for Next Session:**

- Review CL's needs to attain PCP as well as to acquire any remaining documentation to assist CL's disability benefits case.
- CL IS SEEKING TOOLBOX OF SKILLS FOR RESPONDING TO EMOTIONAL/PSYCHOLOGICAL ABUSE for use in holidays when CL visits family
- CL NEEDS SCHEDULING DONE WITH KENT PSYCHIATRY OR LEXINGTON CLINIC

**Current DBT Recommendations/Homework:**

- Continue Current Therapeutic Focus

ALL SESSIONS MOVING FORWARD: check in with Spirit to ensure significant issues are discussed; continue reparenting process, particularly relating to stuck point on "respecting parents" that leads to having no boundaries with CL's mother; explore with CL and CL's partner in conjoint session idea of masking

## Provider

Michael Bennett

Signed by Michael Bennett
LPCC-S
September 16, 2021 at 6:40 pm

Client: April Connolly (April Connolly)
DOB:
Provider: Michael Bennett
Provider License: LPCC-S #164142

Appointment: Individual Appointment on September 13, 2021
2:00 pm - 2:50 pm, 50 min
Psychotherapy, 60 min, 90837

Diagnosis: F43.12 - Post-traumatic stress disorder, chronic
F44.81 - Dissociative identity disorder

## TICC Standard Progress Note

**DBT Approach Utilized In Session:**

- Orientation to Self
- Thinking and Behaving as it relates to the Self

**Observations:**

Cognitive Functioning: Oriented / Alert

Affect: Appropriate

Mood: Anxious (Gentle and Mimic)

Interpersonal: Interactive

Functional Status: Impaired

PTSD Assessment: PCL-5 Monthly

Score of PTSD Assessment: 35 (reported by Gentle), decrease from 63 (formerly reported by Mimic)

**Current or Presenting Risk Factors:**

- None

**Current Functioning, Symptoms, or Impairments as it relates to clients Diagnosis:**

CL (Gentle & Mimic) reported insomnia. CL's System has been struggling with following the schedule created to help stabilize CL during they day as well as in the evening. Discussed the practice of urge surfing within context of System working together to allow healthier sleep habits.

**DBT Content and Topics Explored:**

Met with Gentle + Mimic

1) Sx Assessment with Gentle

2) Introduced Urge Surfing to improve sleeping hygiene and patterns

3) Administered DDIS DSM-5 for continued office DID dx

**DBT Modules Employed:**

- Mindfulness Skill Building

Continued discussion of Window of Tolerance as it related to urge surfing, practicing mindfulness of the urge but not being driven by it

**DBT Progress Toward Treatment Goals:**

CL is motivated towards building skills in distress tolerance to promote the ability of CL's system to explore/process trauma

**Additional Notes Regarding DBT Goals and Objectives:**

CL needs referrals for medication management for thyroid medication refill, sleep medication prescription.

**DBT Skill Building Plan for Next Session:**

Review CL's needs to attain PCP as well as to acquire any remaining documentation to assist CL's disability benefits case.

**Client:** April Connolly (April Connolly)

**DOB:**

**Current DBT Recommendations/Homework:**

• Continue Current Therapeutic Focus

CL will complete continue practicing awareness of self and areas relating to Window of Tolerance and practice of urge surfing.

**Provider**

Signed by Michael Bennett
LPCC-S
September 13, 2021 at 9:08 pm

# Quality Assurance Report

## Request Information

Report Date: December 3, 2021

**RP ID:** 8673327

Patient Name: CONNOLLY, APRIL

Provider Name: THE TRAUMA-INFORMED COUNSELING CTR

## Quality Assurance Information

Scope Requested: **From June 15, 2021 to Present**

Special Request:
-seen by: DR. KATHY NUNEZ-DE VAZQUEZ

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By: JGSAN

**From:** LincolnAbsenceNotification@lfg.com
**To:**
NABCTLincolnFinancial.Leave@CSLPLASMA.COM;LATISHA.FARRIS@CSLPLASMA.COM
**Subject:** LINCOLN FINANCIAL NOTIFICATION: April Connolly Acknowledgement of Long Term Disability claim for 1307106 Claim 12027405

This e-mail is to inform you April Connolly has a PENDED Long Term disability claim. We are in the process of reviewing the details of this claim and you will be notified via email once a determination is made.
If approved the employee's effective date for long term disability benefits is 12/7/2021 thru .
If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 59499 or contact the assigned Case Manager at Akelah.Tanner@lfg.com. Please be sure to reference claim number 12027405.
**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. APRIL CONNOLLY

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

December 1, 2021

Ms. April Connolly

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405

Dear Ms. April Connolly:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Csl Behring Llc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On November 9, 2021, we requested medical records from Baptist Health Lexington, Dr. Bennet, Dr. Manning, Dr. Nunez-De Vasquez and Dr. Shelton Coomer. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 15, 2021 through present from treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Csl Behring Llc.'s LTD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than November 9, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Akelah Tanner
LTD Claims Specialist
Phone No.: (844) 249-9678 Ext. 59499
Secure Fax No.: (402) 361-1361

LifeStance HEALTH

# FAX COVER SHEET

***Monarch***

Date 11/30/21

To Lincoln Financial Location

Fax 260 455 9946 Phone

From LifeStance Fax: 859.296.3144

Number of pages (including cover sheet) 25

Please deliver this fax immediately. If any of the pages are missing or illegible, please call 859.296.3141.

Thank you.

Additional message:

Standard Time] * SVR:VA1PWFAX201/1 * DNIS:2604559946 * CSID: * ANI:18595545200 * DURATION (mm-ss):06-25

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

November 5, 2021

Tina Shelton-Coomer, Pmhnp-Bc
LEXINGTON - MONARCH OFFICE
1030 MONARCH STREET
STE 100 & 200
LEXINGTON, KY 40513

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Connolly
Claimant D.O.B.:

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Csl Behring Llc.'s Group Disability Plan. We are writing in reference to April Connolly's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to all treating providers. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by November 11, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

William Yetman
Claims Examiner II, Claims
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

**Return To:** Akelah Tanner



EMPLOYEE/CLAIMANT NAME: April Connolly

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ____

**TO BE COMPLETED BY CLINICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ____

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)
Alternating - adult at times childlike others, twirling hair.

**EMOTIONAL STATE:** (mood and affect)
mood seems unique - bizarre child-like one 1 visit.

**EXPERIENCES:** (describe hallucinations/delusions)
Dissociates into different identities

**SENSORIUM:** (level of alertness, patient's orientation)
oriented x3 today

**MEMORY:** (Define status and what testing determines impairment)

Immediate: yes
Short Term: client recalls recent
Long Term: cannot recall remote events

DP 532 Rev. 06/01

Lincoln Financial Group®

*Functional Mental Status Evaluation*
*page 2 of 3*

**COGNITION:** (Define status and what testing determines impairment) multiple identities on interview)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?) minimal insight - poor judgement

**RISK BEHAVIORS:**
Suicidal thoughts, plans, actions denies
Homicidal thoughts, plans, actions

**SUBSTANCE ABUSE:** (abuse, dependency) ? NA now)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?** She changes her identities - and thinking, personality.

**What functional abilities are still retained?** ability to do physical abilities).

**What job tasks can this person perform?** uncertain - ask client -

**What kind of work settings can the patient perform in, at this time, despite the limitations above?** limited job tasks depending.

Lincoln Financial Group®

*Functional Mental Status Evaluation page 3 of 3*

**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?** SHORT-TERM tests for client at work.

Goal: ______ Success Indicator: ______ Timeline: ______

**Diagnosis (DSM-5)**
F44.81
F41.1

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number? Brytton Manning - 296-3141

List all current medications:

| Medication | Dosage | Frequency | Begin Date | End Date |
|---|---|---|---|---|
| Lamotrigine | 100 | 1XDAY | 6/2/21 | – |
| 100 | | | / | |
| Propranolol | 20 | 1Xday | 1/2020 | – |
| Buspirone | 10 | 2X | 12/19 | – |

Next scheduled office visit: ______

Comments:

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|
| Tina Cooper | PMHNP | | 296-3141 | |

Signature required: [signature] Date: 11/21/21

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

October 14, 2021

Bryan Manning

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Connolly
Claimant D.O.B.:

Dear Bryan Manning:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 25, 2021 through present

- Completion of the Enclosed Forms:

  X Functional Status Evaluation
  __ Other

We ask that you provide this information by October 20, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (260) 455-9946 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Connolly allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Connolly's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Morgan Criddle
Integrate Specialist
On Behalf Of: William Yetman
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021



PAGE 8/25 * RCVD AT 11/30/2021 3:08:24 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:2604559946 * CSID: * ANI:18595545200 * DURATION (mm-ss):06-25

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

**Return To:** William Yetman



EMPLOYEE/CLAIMANT NAME: April Connolly

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH:

**TO BE COMPLETED BY PHYSICIAN:**

Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:**

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

**EMOTIONAL STATE:** (mood and affect)

**EXPERIENCES:** (describe hallucinations/delusions)

**SENSORIUM:** (level of alertness, patient's orientation)

**MEMORY:** (Define status and what testing determines impairment)

Immediate:

Short Term:

Long Term:

DP 532 Rev. 06/01

PAGE 9/25 * RCVD AT 11/30/2021 3:08:24 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:2604559946 * CSID: * ANI:18595545200 * DURATION (mm-ss):06-25

Lincoln Financial Group®

*Functional Mental Status Evaluation*
*page 2 of 3*

**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

Suicidal thoughts, plans, actions

Homicidal thoughts, plans, actions

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®

*Functional Mental Status Evaluation*
*page 3 of 3*

**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

Goal: ______ Success Indicator: ______ Timeline: ______

**Diagnosis (DSM-5)**

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

List all current medications:

______ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
______ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
______ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
______ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______

Next scheduled office visit: ______

Comments:
I have not seen this client since July 6th 2021

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|
| Bryan Manning | LPCC | | 859-296-3144 | 859-296-3144 |

Signature required: [signature] Date: 10/19/21

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- Job duties, earnings, personnel records and other work related information and federal and state tax returns.
- Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [signature] Date: 6/17/2021

Date of Birth: ___ / ___ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**



PAGE 7/7 * RCVD AT 6/28/2021 3:12:04 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/4 * DNIS:6033340380 * CSID:18592963144 * ANI:13056038239 * DURATION (mm-ss):08-02

PAGE 12/25 * RCVD AT 11/30/2021 3:08:24 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:2604559946 * CSID: * ANI:18595545200 * DURATION (mm-ss):06-25

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

| | |
|---|---|
| Date: | October 14, 2021 |
| To: | BRYAN MANNING |
| Attn: | |
| Fax: | (859) 296-3144 |
| From: | Morgan Criddle<br>Integrate Specialist<br>On Behalf Of: William Yetman<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (260) 455-9946 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11495594<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

**LifeStance Health**

**,**
**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 07/06/2021**

**April Lee Tyler** Date of Birth:

## Psychotherapy Visit

**Present at Session:** Patient.

Telehealth visit, informed consent obtained and patient location verified.

**Modality:** Individual.

**HPI/Session Summary**
Presents via telehealth due to COVID19

Saw a DID therapist yesterday and will continue

Mimic is present.

"April" asked mom about why she did not talk about DID. Mom didn't feel it was important. Dad said he would read a book to understand.
Has been utilizing a Facebook support.
Completed disability paperwork - has phone call today about it

"Spirit" came out this weekend after talking to her parents. "She" self harmed (showed superficial cut on arm.

"Not good" on the goals.
Made some efforts of hygiene and house chores

Self care:
Sleep is still poor

Therapeutic Interventions in Session: behavioral mod
cognitive behavioral therapy

**Past Medical, Psychiatric, Family and Social History**
No interim changes.
PFSH Summary:
5/28/21
Feels alters are "integrating" well

2/18/21
Spirit: arrived with recent capitol riot and focused on politics

1/7/21
down to 6 alters
April, Mimic, Ally, Gentle, Ivonna, and Shadow

11/11/20
Current alters:
April - co-host



PAGE 14/25 * RCVD AT 11/30/2021 3:08:24 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:2604559946 * CSID: * ANI:18595545200 * DURATION (mm-ss):06-25

**LifeStance Health**

,
**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 07/06/2021**

**April Lee Tyler** Date of Birth:

Caleb Conrad - co host
Ivonne(?) Tate-
Stephanie -
Liberty - mad she had to grow up 2 years quickly
Gentle - formed from integration of Moon and Grace

3/4/20
Cl created chart of how alters are organized.
2/26/20
"Mimic" has been wanting to come out more, April is afraid of her because she "yells".

2/13/20
Stephanie - 'gatekeeper"
Mimic - "angry and sarcastic"

1/8/20
Liberty - 16 year old who is a "free" spirit. First arrived for client at age 9, the same time has "Helen." They arrived during mothers cancer diagnosis Helen is a maternal, caring figure.

12/23/19
Learned baby's name: Eliza
Kittens real name is Cassandra and brother is Kevin

12/5/19:
Information on alters:
Reports that she has only recently come into awareness of alters. States April was being more self-reflective and began to hear other voices that she later came to know as alters. This is when she went to the ER out of concern. Reports things got worse after cancer and tubes were tired and then after going to the Ridge.

April - 'the host" is "in front about 50-60% of the time). She is very negative and needs a lot of confidence and worrys about pleasing others, needs to learn to take care of her self.

Darcy - was the first one and who "gets her (April) out of the house" and is the emotional protector and soother

John - mental protector of memories and can be physically protective if needed

Gadget - (male) intellectual and also a protector who gets things done

Kitten "Kit" - "takes care of the sex" as "April freaks out with intimacy". Reports no sex since last relationship.

Helen - "born in the 1800s and rule oriented" "became depressed when tubes were tied" a "spiritual advisor/protector" . Is better now as a baby alter was born and Helen is taking care of the baby

Liberty -

Kevin

Trevor - aged 7

**LifeStance Health**

,
**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 07/06/2021**

**April Lee Tyler** Date of Birth:

Girl - aged 4

Unamed/genderless baby -
Smoking Status: Current Every Day Smoker
Usage per Day: 1 ppd. Number of Years: 14.

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Hopelessness, Lack of social support, Negative Life Events, Psychotic disorder, work performance
Protective Factors: At least one loving relationship, Dogs

**Mental Status Exam**
Mood: tired
Affect: constricted
General Appearance/Behavior: Purple and blue hair
limited hygiene
Gait/Motor Activity: Normal gait and upright station. No notable abnormal movements or coordination issues.
Orientation: Alert to place
Unsure of todays date

Speech: Coherent and normal rate, volume and articulation. - changed but congruent with alter
Language: Demonstrates understanding.
Associations: Circumstantial.
Thought Process: Logical.
Memory: Recent memory mildly impaired.
Abnormal/Psychotic Thoughts: reports alters
Fund of Knowledge: Intact. No abnormalities noted.
Attention and Concentration: Attention span mildly impaired.
Judgment and Insight: Good insight.

**Diagnoses**
F44.81 DISSOCIATIVE IDENTITY DISORDER
F41.1 GENERALIZED ANXIETY DISORDER

Start time: 12:00 PM
End time: 12:28 PM
Total time: 28

**Treatment Plan**
Patient Instructions: Cl will suspend treatment with this therapist and begin working on specific DID treatment. Will continue with med provider

May return to therapist at any time.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

**LifeStance Health**

,
**(844) 468-5050 Fax:**
**Bryan Manning, LPCC**
**Visit Date: 07/06/2021**

**April Lee Tyler** Date of Birth:

Presenting Problem #1: Dissociation Identities . Chronic.
Severity: High severity
Functional Impact: Impaired academic functioning. Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #1: Reduce interference of alters
Objectives:
1a. Identify alters
1b. Maintain regular routines to stay grounded
1c. Journal and log thoughts feelings of alters
1d. Complete daily self care - showering, eating, sleep etc.
1e. Stress reduction activities
Treatment Model/Interventions: cognitive behavioral therapy /behavioral mod
Anticipated Time Frame to Goal Completion: 1 year

Presenting Problem #2: self harm . Acute.
Severity: High severity
Functional Impact: Impaired relationship functioning. Impaired occupational functioning. Emotional dysregulation. Impaired ADLs.
Treatment Goals for Problem #2: Abstain from all self harm behaviors
Objectives:
2a. Use distraction and grounding skills (5,4,3,2,1)
2b. Use alternaites (grab ice, hot/cold shower)
Treatment Model/Interventions: dialectical behavioral therapy
Anticipated Time Frame to Goal Completion: 1 month

Presenting Problem #3: Improved daily functioning . Acute.
Treatment Goals for Problem #3: improve activities of daily living
Objectives:
3a. Complete 1 task a day
3b. Be active for at least 2 hours a day
3c. 3/7 days of hygiene
3d. Develop a chore chart
Treatment Model/Interventions: behavioral mod
Anticipated Time Frame to Goal Completion: 2 months

Electronically Signed: BRYAN MANNING LPCC on/at 7/7/2021 8:46:24 AM



PAGE 17/25 * RCVD AT 11/30/2021 3:08:24 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:2604559946 * CSID: * ANI:18595545200 * DURATION (mm-ss):06-25

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(844) 468-5050 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 07/14/2021**

**April Lee Tyler** Date of Birth:

## Psychiatric Progress Note

**Chief Complaint:** Medication management, depression, anxiety, PTSD, dissociative episodes, poor physical health

**History of Present Illness:** This is a 38 year old who has anxiety and depression, dissociative episodes and poor physical health. She is used to Jared Lemon. She has issues with insomnia.
She has voices that will not stop talking. She has more dissociative disorder. Her youngest alter is 2 years old. She has several alters ( current 8). There are down to a manageable number. There has been as many as 20 in the past. They have integrated. She has siblings- they are emotionally and psychologically damaged as well. She does see her parents and she felt fine with seeing parents. She now feels strange after reading the toxic parent book. Her sister has recommended the toxic parents.
She read the book in college and there was a separation with she and her parents.
She has heard awful things about her sister and now she is trying to find out reality.
Her mother grew up in a physically abusive home. She doesn't think she sees this about herself. Both siblings are in therapy.
She feels it is more PTSD. She has some memories coming back.
She has past trauma and she just read a book about toxic parents and she cannot recall abuse. She may have blocked it out.
She has periods of racing thoughts, mood swings, and different alter that comes out when her moods change.
She feels like she is at a good point with cognitive therapy.
She has issues with sleeping and anxiety and mood changes sometimes.

PHQ-9, GAD-7 and additional mental health assessments reviewed.

**Medications**
Current Medications: trazodone, 150 mg, QD, Directions: Take 1 oral tablet once a day PRN insomnia, tablet, oral, Quantity: 30, Duration: 30, Refills: 2, Date: 12/13/2019
propranolol, 20 mg, QD, Directions: Take 1 oral tablet once a day PRN anxiety,, tablet, oral, Quantity: 30, Duration: 30, Refills: 1, Date: 01/13/2020
lamotrigine, 100 mg, Directions: Take 1 PO QD., tablet, oral, Quantity: 30, Duration: 30, Refills: 5, Date: 06/02/2021
Medication Side Effects: Patient denies medication side effects.
Past Psychiatric Medications:
Medication Adherence: Adequate medication adherence.
Allergies/Adverse Reactions: No allergies on file

**Review of Systems**
Except for the systems documented in the HPI or detailed below, all other systems were reviewed and negative.

**Past Medical, Family and Social History**
No interim changes.
PFSH Summary: Went to ER due to stress. Was treated with once admin of xanax and helped per report. Now asthma was worse and stopped medication. Splitting and more personality issues.
Substance Use: Denies,
Smoking Status: Current Every Day Smoker



PAGE 18/25 * RCVD AT 11/30/2021 3:08:24 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:2604559946 * CSID: * ANI:18595545200 * DURATION (mm-ss):06-25
Lincoln/Connolly 0979

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(844) 468-5050 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 07/14/2021**

**April Lee Tyler** Date of Birth:

Usage per Day: 1 ppd. Number of Years: 14.
Medical History: Asthma. Cancer. Thyroid Problems.
Additional Past Medical History: Hashimotos - breast cancer

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Negative Life Events
Protective Factors: At least one loving relationship, Family support

**Exam / Mental Status**
Vitals: Height: 65 inches.
Respiration: 18.
Mood: Anxious.
Affect: Full and Appropriate.
General Appearance/Behavior: Appears stated age. Appropriate grooming and hygiene.
Gait: Normal gait and upright station. No notable abnormal movements or coordination issues. Gait intact, normal and upright station. No notable abnormal movements or coordination issues. Gait intact, normal and upright station. No notable abnormal movements or coordination issues. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation. Articulate. Fluent.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted. Intact.
Thought Process: Logical. Goal directed. Organized.
Memory: Good. Intact. Recent memory is intact. Remote memory is intact.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions. Patient denies suicidal ideation or thoughts of harm to others. Delusions were not present at the time of interview. Delusions were not present at the time of interview.
Fund of Knowledge: Intact. No abnormalities noted. Knowledge of current events is intact. Knowledge of past history is intact.
Attention and Concentration: Attention span moderately impaired.
Judgment and Insight: Good insight. Good insight regarding reason for visit. Good insight regarding reason for visit.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

**Problems**
Problem #1: Anxiety. Acute. Severity: Moderate with exacerbation/side effects.
Problem #2: Dissociative disorder , Chronic. Severity: Moderate with exacerbation/side effects.
Problem #3: PTSD, Chronic. Severity: Moderate with exacerbation/side effects.
Problem #4: Rule out mood disorder . Chronic. Severity: Moderate with exacerbation/side effects.
Problem #5: Insomnia. Chronic. Severity: Moderate with exacerbation/side effects. Moderate with exacerbation/side effects

**Medical Decision-Making**
Documentation to Support Medical Decision Making: Data collected outside of interview.



PAGE 19/25 * RCVD AT 11/30/2021 3:08:24 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:2604559946 * CSID: * ANI:18595545200 * DURATION (mm-ss):06-25

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(844) 468-5050 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 07/14/2021**

**April Lee Tyler** Date of Birth:

Historian and Past Medical Records:

Independent Test Interpretation:

Assessments:
GAD-7 = 19.0
PHQ-9 =

**Assessment and Plan**
Goals and Plan:
Medication:
Start: lamotrigine 100
Continue: Pristiq 100
Discontinue:
PRN Medication: Clonidine 0.1mg
Adjunct Treatment:
Collaborate with: client

Lifestyle/Behavior Modification:
If symptoms do not improve or recur, consider: Pristiq - consider a taper ; vistaril for sleep and client is not sleeping all day now and she is improved. She went to the ER and this was due to cutting and the new ego did the cutting - appearance as a young child today- Baptist health for a visit. She has a difficult issue with time. In the am, the pills are by the door. She changes to different egos and identities.
Follow up In: 3 weeks

Patient Instruction/Education Provided: She would like to write a book about Dissocative disorder - for as long as she can recall.

Patient was provided with instructions regarding diagnosis and recommendations. Questions were welcomed and answered.

Patient Instructions: Visit Summary
Prescriptions:
SIG: hydroxyzine pamoate 25 mg capsule, 30 days, Dispense #30 Capsule, 3 Refills
Directions: Take 1 PO QD.

**Diagnoses**
F44.81 DISSOCIATIVE IDENTITY DISORDER
F41.1 GENERALIZED ANXIETY DISORDER

Present at Session: Patient.

Telehealth visit, informed consent obtained and patient location verified.

Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:43:11 PM
Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:44:18 PM



PAGE 20/25 * RCVD AT 11/30/2021 3:08:24 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:2604559946 * CSID: * ANI:18595545200 * DURATION (mm-ss):06-25

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(844) 468-5050 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 07/14/2021**

**April Lee Tyler** Date of Birth:

Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:44:36 PM
Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:45:14 PM
Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:45:47 PM

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(844) 468-5050 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 08/17/2021**

**April Lee Tyler** Date of Birth:

## Psychiatric Progress Note

**Chief Complaint:** Medication management, depression, anxiety, PTSD, dissociative episodes, poor physical health

**History of Present Illness:** This is a 38 year old who has anxiety and depression, dissociative episodes and poor physical health. She is used to Jared Lemon. She has issues with insomnia.
She has voices that will not stop talking. She has more dissociative disorder. Her youngest alter is 2 years old. She has several alters ( current 8). There are down to a manageable number. There has been as many as 20 in the past. They have integrated. She has siblings- they are emotionally and psychologically damaged as well. She does see her parents and she felt fine with seeing parents. She now feels strange after reading the toxic parent book. Her sister has recommended the toxic parents.
She read the book in college and there was a separation with she and her parents.
She has heard awful things about her sister and now she is trying to find out reality.
Her mother grew up in a physically abusive home. She doesn't think she sees this about herself. Both siblings are in therapy.
She feels it is more PTSD. She has some memories coming back.
She has past trauma and she just read a book about toxic parents and she cannot recall abuse. She may have blocked it out.
She has periods of racing thoughts, mood swings, and different alter that comes out when her moods change.
She feels like she is at a good point with cognitive therapy.
She has issues with sleeping and anxiety and mood changes sometimes.

PHQ-9, GAD-7 and additional mental health assessments reviewed.

**Medications**
Current Medications: trazodone, 150 mg, QD, Directions: Take 1 oral tablet once a day PRN insomnia, tablet, oral, Quantity: 30, Duration: 30, Refills: 2, Date: 12/13/2019
propranolol, 20 mg, QD, Directions: Take 1 oral tablet once a day PRN anxiety,, tablet, oral, Quantity: 30, Duration: 30, Refills: 1, Date: 01/13/2020
lamotrigine, 100 mg, Directions: Take 1 PO QD., tablet, oral, Quantity: 30, Duration: 30, Refills: 5, Date: 06/02/2021
hydroxyzine pamoate, 25 mg, Directions: Take 1 PO QD., capsule, oral, Quantity: 30, Duration: 30, Refills: 3, Date: 07/14/2021
Medication Side Effects: Patient denies medication side effects.
Past Psychiatric Medications:
Medication Adherence: Adequate medication adherence.
Allergies/Adverse Reactions: No allergies on file

**Review of Systems**
Except for the systems documented in the HPI or detailed below, all other systems were reviewed and negative.

**Past Medical, Family and Social History**
No interim changes.
PFSH Summary: Went to ER due to stress. Was treated with once admin of xanax and helped per report. Now asthma was worse and stopped medication. Splitting and more personality issues.



PAGE 22/25 * RCVD AT 11/30/2021 3:08:24 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:2604559946 * CSID: * ANI:18595545200 * DURATION (mm-ss):06-25

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(844) 468-5050 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 08/17/2021**

**April Lee Tyler** Date of Birth:

Substance Use: Denies,
Smoking Status: Current Every Day Smoker
Usage per Day: 1 ppd. Number of Years: 14.
Vaping: No.
Others Smoking in the Home: No.
Medical History: Asthma. Cancer. Thyroid Problems.
Additional Past Medical History: Hashimotos - breast cancer

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Negative Life Events
Protective Factors: At least one loving relationship, Family support

**Exam / Mental Status**
Vitals: Height: 65 inches.
Respiration: 18.
Mood: Depressed. Anxious.
Affect: Full and Appropriate.
General Appearance/Behavior: Appears stated age. Appropriate grooming and hygiene.
Gait: Normal gait and upright station. No notable abnormal movements or coordination issues. Gait intact, normal and upright station. No notable abnormal movements or coordination issues. Gait intact, normal and upright station. No notable abnormal movements or coordination issues. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation. Articulate. Fluent.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted. Intact.
Thought Process: Logical. Goal directed. Organized.
Memory: Good. Intact. Recent memory is intact. Remote memory is intact.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions. Patient denies suicidal ideation or thoughts of harm to others. Delusions were not present at the time of interview. Delusions were not present at the time of interview.
Fund of Knowledge: Intact. No abnormalities noted. Knowledge of current events is intact. Knowledge of past history is intact.
Attention and Concentration: Attention span moderately impaired.
Judgment and Insight: Good insight. Good insight regarding reason for visit. Good insight regarding reason for visit.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

**Problems**
Problem #1: Anxiety. Acute. Severity: Moderate with exacerbation/side effects.
Problem #2: Dissociative disorder , Chronic. Severity: Moderate with exacerbation/side effects,
Problem #3: PTSD, Chronic. Severity: Moderate with exacerbation/side effects.
Problem #4: Rule out mood disorder . Chronic. Severity: Moderate with exacerbation/side effects.
Problem #5: Insomnia. Chronic. Severity: Moderate with exacerbation/side effects. Moderate with exacerbation/side effects

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(844) 468-5050 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 08/17/2021**

**April Lee Tyler** Date of Birth:

**Medical Decision-Making**
Documentation to Support Medical Decision Making: Data collected outside of interview.

Historian and Past Medical Records:

Independent Test Interpretation:

Assessments:
GAD-7 = 19.0
PHQ-9 =

**Assessment and Plan**
Assessment and Functional Status: Dissociative Identity disorder -
Generalized Anxiety Disorder

Mood disorder /
Goals and Plan:
Medication:
Start: lamotrigine 100
Continue: Pristiq 100
Discontinue:
PRN Medication: Clonidine 0.1mg
Adjunct Treatment:
Collaborate with: client

Lifestyle/Behavior Modification:
If symptoms do not improve or recur, consider: Pristiq - consider a taper ; vistaril for sleep and client is not sleeping all day now and she is improved. She went to the ER and this was due to cutting and the new ego did the cutting - appearance as a young child today- Baptist health for a visit. She has a difficult issue with time. In the am, the pills are by the door. She changes to different egos and identities.
Follow up in: 3 weeks

Patient Instruction/Education Provided: She would like to write a book about Dissocative disorder - for as long as she can recall.

Patient was provided with instructions regarding diagnosis and recommendations. Questions were welcomed and answered.

Patient Instructions: Visit Summary
Prescriptions:
SIG: buspirone 10 mg tablet, 30 days, Dispense #60 Tablet, 3 Refills
Directions: Take 1 PO BID.

**Diagnoses**
F44.81 DISSOCIATIVE IDENTITY DISORDER
F41.1 GENERALIZED ANXIETY DISORDER



PAGE 24/25 * RCVD AT 11/30/2021 3:08:24 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:2604559946 * CSID: * ANI:18595545200 * DURATION (mm-ss):06-25

**LifeStance Health**
**1030 MONARCH STREET SUITE 100**
**LEXINGTON, KY 40513-1820**
**(844) 468-5050 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 08/17/2021**

**April Lee Tyler** Date of Birth:

Present at Session: Patient.

Telehealth visit, informed consent obtained and patient location verified.

Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 8/17/2021 3:45:29 PM
Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 8/17/2021 3:45:58 PM



PAGE 25/25 * RCVD AT 11/30/2021 3:08:24 PM [Eastern Standard Time] * SVR:VA1PWFAX201/1 * DNIS:2604559946 * CSID: * ANI:18595545200 * DURATION (mm-ss):06-25

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [signature] Date: 6/17/2021

Date of Birth: ____ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

BAPTIST HEALTH

**TO:** LINCOLN
FAX: 4023611361
PHONE:

## FROM:

FAX:
PHONE:
E-MAIL:

## NOTES:

All of your requests are being denied because it is missing the condition, treatment and payment from the authorization and is not HIPAA COMPLAINT.

I have also attached ours in case you want to use it or you can add that statement to yours.

This process will be able to get the records faster to you.

Any questions, feel free to reach out to Coretta.Mccurley@bhsi.com

**STATEMENT OF CONFIDENTIALITY: The information contained in this FAX is confidential for the use of the individual or entity named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that and dissemination, distribution, or copy of this communication is prohibited. If you have received this communication in error, please notify us by collect telephone, (Louisville/La Grange/ New Albany (Floyd) 502-259-4545, Lexington 859-260-4544, Richmond/Corbin 606-523-8699, Paducah 270-415-7105, Madisonville 270-825-5629) and return the original message to us at the above address at our expense. Please do not shred or discard the documents prior to report this matter to Baptist Health**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

| | |
|---|---|
| Date: | November 9, 2021 |
| To: | BAPTIST HEALTH LEXINGTON |
| Attn: | |
| Fax: | (502) 253-4829 |
| From: | Akelah Tanner<br>LTD Claims Specialist<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (402) 361-1361 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

November 9, 2021

Baptist Health Lexington

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 15, 2021 through present

We ask that you provide this information by November 16, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (402) 361-1361 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Akelah Tanner
LTD Claims Specialist
Phone No.: (844) 249-9678 Ext. 59499
Secure Fax No.: (402) 361-1361

Attachments: 11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [signature] Date: 6/17/2021

Date of Birth: ______ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

BAPTIST HEALTH

August 9, 2019

To whom it may concern,

Due to the large volume of requests that are being denied, it is now Baptist Health policy that all third party and/or insurance requests must be submitted with our Baptist Health release form. This form is to be signed by the patient and returned to **Baptist Health Release of Information 2600 Stanley Gault Parkway Suite 101 Louisville, KY 40223** or faxed to **502-253-4829**.

Please be sure to have the patient fill the form out ***completely***. The Baptist Health facility name and address must be provided and must match the facility name and address on your request. If you have any questions, we are available Monday – Friday from 7:30 AM until 4:00 PM Eastern Time 502-253-4820 option 3.

Thank you,

Baptist Health Release of Information

BAPTIST HEALTH
RELEASE OF INFORMATION

**AUTHORIZATION FOR THE USE AND DISCLOSURE OF HEALTH INFORMATION**

PLACE STICKER WITH BARCODE AT BOTTOM

**Authorization to Release Protected Health Information**

**Patient Information: (Please Print)**

Name:________________ Med Rec # or Last Four of Social________________

Street Address or PO Box________________

City, State, Zip________________

Phone#________ Date of Birth________ E-Mail________

I, the undersigned hereby authorize and direct:
( ) Baptist Health Corbin ( ) Baptist Health LaGrange ( ) Baptist Health Lexington ( ) Baptist Health Louisville
( ) Baptist Health Madisonville ( ) Baptist Health Paducah ( ) Baptist Health Richmond ( ) Baptist Health Floyd
( ) BHMG Office Practice name and address: ________________
and its entities, authorized agents and employees to disclose and deliver a copy of the protected health information described below in accordance with this authorization.

This information may be disclosed to and used by the following individual, organization or agency:
________________

The purpose of this release is: ( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes ( ) Personal Interest
( )Other (Specify)________________

Dates to be released: From________________ To ________________

The information to be disclosed will include: (check all that apply)

______ Entire Medical Record ______ Pathology ______ Cardiac Cath Report
______ Basic Medical Record ______ Radiology ______ Discharge Summary
______ Emergency Room Record ______ History and Physical ______ Lab
______ Face Sheet ______ Operative Report ______ Electronic Format
______ Other (Specify)________________

I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services and treatment for drug and alcohol abuse.

Federal and state laws protect the information disclosed pursuant to this Authorization. I understand that if the authorized recipient of the information is not a health care provider or health plan covered by federal privacy regulations, the information may be re-disclosed and no longer protected. However, the recipient may be prohibited from disclosing any substance abuse information under the federal confidentiality requirements for alcohol and drug abuse patient records and the Public Health Service Act. Such information may not be used to criminally investigate or prosecute any alcohol or drug patient. Further, state law prohibits a recipient from making any further disclosure of test results relating to HIV or AIDS without the specific written consent of the person to whom such information pertains. A general authorization for the release of medical or other information is NOT sufficient for such purpose.

This authorization will expire upon the occurrence of the following event or condition: ________________. If no event or condition is listed, it will expire in **60 days**. I understand that I have the right to revoke this Authorization at any time, and in order to do so, I must present a written revocation to the Hospital's Health Information Management Department. I understand that the revocation will not apply to information that already has been released in response to or in reliance upon this Authorization. I understand that I need not sign this Authorization in order to ensure health care treatment, payment, enrollment in my health plan, or eligibility for benefits. I understand that I will be given a copy of this Authorization form, after signing it.

________ By initialing here, I acknowledge this to be my one and only free copy of my medical record, duplicate pages will be charged $1.00 per page.

________ By initialing here, if email address above is provided, records will be sent via secure email, if no email is provided records will be placed on encrypted CD and mailed to address disclosed above.

________________ ________________
Signature of Patient/Authorized Representative (include relationship or nature of authority) Date

( ) Faxed to:________________ ( ) Given to:________________ ( ) Mailed to:________________

Mail completed request or fax to:

2600 Stanley Gault Parkway Suite 101 Louisville, Ky 40223 (f) 502-253-4829

BAPTIST HEALTH

BAPTIST HEALTH
RELEASE OF INFORMATION

**AUTHORIZATION FOR THE USE AND DISCLOSURE OF HEALTH INFORMATION**

PLACE STICKER WITH BARCODE AT BOTTOM

**Authorization to Release Protected Health Information**

**Patient Information: (Please Print)**

Name:______________________________Med Rec # or Last Four of Social____________________

Street Address or PO Box______________________________________________

City, State, Zip______________________________________________

Phone# ________________ Date of Birth__________________E-Mail______________________

I, the undersigned hereby authorize and direct:
( ) Baptist Health Corbin ( ) Baptist Health LaGrange ( ) Baptist Health Lexington ( ) Baptist Health Louisville
( ) Baptist Health Madisonville ( ) Baptist Health Paducah ( ) Baptist Health Richmond ( ) Baptist Health Floyd
( ) BHMG Office Practice name and address: ______________________________
and its entities, authorized agents and employees to disclose and deliver a copy of the protected health information described below in accordance with this authorization.

This information may be disclosed to and used by the following individual, organization or agency:
______________________________________________

The purpose of this release is: ( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes ( ) Personal Interest
( )Other (Specify)______________________________

Dates to be released: From______________________________ To ______________________________

The information to be disclosed will include: (check all that apply)

| | | |
|---|---|---|
| ____ Entire Medical Record | ____ Pathology | ____ Cardiac Cath Report |
| ____ Basic Medical Record | ____ Radiology | ____ Discharge Summary |
| ____ Emergency Room Record | ____ History and Physical | ____ Lab |
| ____ Face Sheet | ____ Operative Report | ____ Electronic Format |

____ Other (Specify):______________________________________________

I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services and treatment for drug and alcohol abuse.

Federal and state laws protect the information disclosed pursuant to this Authorization. I understand that if the authorized recipient of the information is not a health care provider or health plan covered by federal privacy regulations, the information may be re-disclosed and no longer protected. However, the recipient may be prohibited from disclosing any substance abuse information under the federal confidentiality requirements for alcohol and drug abuse patient records and the Public Health Service Act. Such information may not be used to criminally investigate or prosecute any alcohol or drug patient. Further, state law prohibits a recipient from making any further disclosure of test results relating to HIV or AIDS without the specific written consent of the person to whom such information pertains. A general authorization for the release of medical or other information is NOT sufficient for such purpose.

This authorization will expire upon the occurrence of the following event or condition: ____________________. If no event or condition is listed, it will expire in **60 days**. I understand that I have the right to revoke this Authorization at any time, and in order to do so, I must present a written revocation to the Hospital's Health Information Management Department. I understand that the revocation will not apply to information that already has been released in response to or in reliance upon this Authorization. I understand that I need not sign this Authorization in order to ensure health care treatment, payment, enrollment in my health plan, or eligibility for benefits. I understand that I will be given a copy of this Authorization form, after signing it.

________ By initialing here, I acknowledge this to be my one and only free copy of my medical record, duplicate pages will be charged $1.00 per page.

________ By initialing here, if email address above is provided, records will be sent via secure email, if no email is provided records will be placed on encrypted CD and mailed to address disclosed above.

______________________________ ________________
Signature of Patient/Authorized Representative (include relationship or nature of authority) Date

[ ] Faxed to:__________________ [ ] Given to:__________________ [ ] Mailed to:__________________

Mail completed request or fax to:

2600 Stanley Gault Parkway Suite 101 Louisville, Ky. 40223 (f) 502-253-4829

BAPTIST HEALTH

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

| | |
|---|---|
| Date: | November 9, 2021 |
| To: | BAPTIST HEALTH LEXINGTON |
| Attn: | |
| Fax: | (502) 253-4829 |
| From: | Akelah Tanner<br>LTD Claims Specialist<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (402) 361-1361 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

November 9, 2021

Baptist Health Lexington

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 15, 2021 through present

We ask that you provide this information by November 16, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (402) 361-1361 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Akelah Tanner
LTD Claims Specialist
Phone No.: (844) 249-9678 Ext. 59499
Secure Fax No.: (402) 361-1361

Attachments: 11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [signature] Date: 6/17/2021

Date of Birth: ___ ___ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

# FAX

11/20/2021 4:25 PM (EST)

SENDER

**From:** April Connolly

Contacts:

MESSAGE

Short Term Disability Documents (No payments received yet, please backdate and process high priority).

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361
www.LincolnFinancial.com

Lincoln Financial Group•

# DISABILITY PAYMENT OPTIONS

Insurer: Disability and Life Claims
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

(Herein Referred to as "we" and "us")

Policy Number: 03-510527 Claim No. 12027405

Issued To: Csl Behring Llc.

Claimant: April Connolly

Disability Date: June 10, 2021

Address: ______

Address: ______

The policy under which you are covered provides that Disability benefits will be offset by Social Security Disability Benefits for you and your family. Lincoln Financial Group offers assistance to apply for Social Security Benefits or you can apply on your own or with your own legal representative. Once a Social Security Application is made, Lincoln Financial Group will monitor the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☒ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) written request is submitted to remove the estimate with the understanding an overpayment may result if Social Security Benefits are awarded, or
(c) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #2. If you have any questions, please contact us.

The The Lincoln National Life Insurance Company reserves all rights under the contract.

April H. Connolly
(Insured)

Scotty Connolly
(Witness)

______
(Address)

11/23/21
(Date)

11-23-2021
(Date)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

How often do you get outdoors? to let doggies outside

Are you left or right hand dominant? Left ____ Right ✓

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
____ None X 0-1 hours X 1-2 hours X 2-3 hours X 3+ hours depends which alter is out

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ✓ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
____ Pay bills ✓ Read news/articles ✓ Use search engines ✓ Send emails
____ Visit chat rooms ____ Photos Other: therapy with Michael

What computer software applications do you utilize. Please check all that apply:
✓ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: Rush + Procreate

Do you have a working home (copy machine)/fax machine? ✓ Yes ____ No

If yes, please explain purpose and usage: husband's

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | Scott |
| Carrying groceries into the house | | Scott |
| Cooking meals | microwave meals | |
| Cleaning after meals | | Scott |
| Cleaning bathrooms | gets forgotten | |
| Vacuuming | I can do it | |
| Doing the laundry | if Scott takes it downstairs first | |
| Opening and responding to mail | | Scott |
| Managing your finances | | Scott |
| Balancing your checkbook | | Scott |
| Bathing yourself | I like baths | |
| Styling your own hair | ponytail only | |
| Getting dressed | depends how depressed we are | |
| Going up and down stairs | go slowly | |

Have you been confined to a hospital within the last 12 months? Yes ✓ No ____

If Yes, please provide reason and hospital contact Information: gallbladder surgery. we have a phobia of doctors and hospitals due to our cancer history

Lincoln
Financial Group®



How often do you travel or take ~~vacation?~~ maybe 1-2 per year

Where do you go? How do you get there (transportation method)? visit family / travel by car

Are you able to pursue your hobbies? Yes ______ No X Alters fight over time and who does what

If Yes, please describe ______

Do you participate in an exercise program? Yes ______ No X Can't get everyone to agree

If Yes, please describe ______

Do you do any Volunteer work? Yes ______ No X

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

00000289 LFPC9RD1 00004007

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name on disability @ CSL

**Describe in your own words, what prevents you from engaging in any gainful employment.**

We don't know which alter will come out and when. Makes it impossible to focus on a task.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

we are trying to get a routine and agree on small daily tasks. most of the time each alter just does what they want to do when they come out which makes life very unorganized

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: April L. Connolly Date: 11/20/21

Signature: April L. Connolly

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

EMPLOYEE/CLAIMANT NAME: April Connolly
CLAIM NO: 12027405
EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: BSN Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ADN College: number of years: too many

Bachelor's Degree: BA /BS Major: BSN Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: ______ Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☒ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company: CSL Plasma Department: Medical Staff Ass From: ______ To: ______ were not good with dates
   Job Title(s): MSA
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties/Physical Requirements (please be specific): review donor eligibility to donate plasma, maintain safety

2. Company: CSL Plasma Department: Quality From: ______ ? To: ______
   Job Title(s): Assistant Manager of Quality
   Supervisory Experience ☒ Y ☐ N
   Tasks/Duties (please be specific): maintain company compliance with regulatory agencies (left department to decrease personal stress/suicidal ideology)

3. Company: CSL Department: Medical Staff Associate From: ? To:
Job Title(s): Virtual Facilitator
Supervisory Experience ☐ Y ☒ N
Tasks/Duties (please be specific): teach other MSAs new computer program

4. Company: CSL Department: MSA From: To:
Job Title(s): MSA
Supervisory Experience ☐ Y ☒ N
Tasks/Duties (please be specific): maintain donor safety

5. Company: University of Michigan Department: Emergency Dept From: ? To:
Job Title(s): RN
Supervisory Experience ☐ Y ☒ N
Tasks/Duties (please be specific): stabilize and treat patients in emergency environment (unable to return after cancer and hospital phobia)

00000289 LFPC9RD1 00003999

**Computer Utilization:**

Computer Training/Courses, Certifications:

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☒ | ☐ | Graphics Software | ☒ | ☐ |
| Internet | ☒ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☒ | ☒ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☒ | ☒ | Project Management | ☐ | ☒ |
| Database | ☐ | ☒ | Other: | | |
| Photo Software | ☒ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☒ 3+ hours when we were working

How much time is spent daily on your home computer? ☐ None ☒ 1-2 hours ☒ 2-3 hours ☒ 3+ hours depends who is fronting

Keyboarding/Typing Experience: ☒ Yes ☐ No If yes, WPM (words per minute) depends on alter
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Persona[illegible]com Work: N/A

SIGNATURE: April H Connolly PHONE NO:

Social Security Administration
# Retirement, Survivors, and Disability Insurance
**Notice of Disapproved claim**

Date: 08/20/2021
Claim Number: 1814460

APRIL LEE CONNOLLY

We are writing about your claim for Social Security disability benefits. Based on a review of your health problems, you do not qualify for benefits on this claim. This is because you are not disabled under our rules. Doctors and other trained staff looked at your case and made this decision. They work for the State but used our rules.

The rest of this letter explains our decision, information about other benefits, and your appeal rights.

**The Decision**

See the enclosed Personalized Disability Explanation.

**About the Decision**

There are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in your case. Please see the enclosure called "Social Security Disability Rules" for information about our rules.

**Information About Other Benefits**

Based on the application you filed, you are not entitled to any other Social Security benefits, besides those you may already be getting. If you think you may be entitled to other benefits in the future, you will need to apply again.

**If You Disagree With The Decision**

If you disagree with this decision, you have the right to appeal. We will review your entire case and consider any new facts you have. A person who did not make the first decision will decide the appeal.

- You have 60 days to ask for an appeal in writing.
- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You have to ask for an appeal in writing. You may use our form SSA-561-U2, called "Request for Reconsideratio may complete this form online at www.socialsecurity.gov/disability/appeal. Or, you may contact one of our office call 1-800-772-1213 to request this form. Contact one of our offices if you want help.
- In addition, you should complete a "Disability Report - Appeal" to tell us about your medical condition since filin claim. You may complete this report online after you complete the online "Request for Reconsideration." Or, you contact one of our offices or call 1-800-772-1213 to request this form.

*05020000618*

**How the Appeal Works**

You have the right to review the facts in your case. You can give us more facts to add to your file. Then we will decide y case again. You will not meet with the person who will decide your case.

**If You Want Help With Your Appeal**

You may choose to have a representative help you. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee. Some charge a fee only if you receive benefits. Others may represent you for free. Usually, your representative may not charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative.

If you get a representative, you or that person must notify us in writing. You may use our Form SSA-1696-U4 "Appointment of Representative." Any local Social Security office can give you this form.

**New Application**

You have the right to file a new application at any time, but a new application is not the same as an appeal. If you disagree with this decision and you file a new application instead of an appeal, you might lose some benefits, or not qualify for any benefits. We also could deny a new Social Security application using this Social Security decision, if the facts and issues are the same. So, if you disagree with this decision, you should ask for an appeal within 60 days.

**Suspect Social Security Fraud?**

Please visit https://oig.ssa.gov/report or call the Inspector General's Fraud Hotline at 800-269-0271 (TTY 866-501-2101).

**If You Have Any Questions**

We invite you to visit our website at **www.socialsecurity.gov** to find general information about Social Security. If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (866) 530-7754 . If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

LEXINGTON KY
SOCIAL SECURITY
2241 BUENA VISTA RD.
SUITE 110
LEXINGTON KY 40505 - 4826

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

*Social Security Administration*

Enclosure(s):
Social Security Disability Rules
Personalized Disability Explanation

*050300006 18*

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ Give this form to the third-party payer of your sick pay.
▶ Go to *www.irs.gov/FormW4S* for the latest information.

OMB No 1545-0074

**2021**

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| April L | Connolly | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . $ Ø

Employee's signature ▶ April L. Connolly    Date ▶ 11/23/21

Separate here and give the top part of this form to the payer. Keep the lower part for your records.

**Worksheet** (Keep for your records. Do not send to the IRS.)

| | | | |
|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2021 . . . . . . . . . . . . . . . | 1 | |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Tax. Figure your tax on line 3 by using the 2021 Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2020 Instructions for Forms 1040 and 1040-SR . | 4 | |
| 5 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | 5 | |
| 6 | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2021 or paid or to be paid with 2021 estimated tax payments . . | 7 | |
| 8 | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| 10 | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . | 10 | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the IRS.

*(continued on back)*



PAGE 9/16 * RCVD AT 11/20/2021 4:44:17 PM [Eastern Standard Time] * SVR:VA1PWFAX101/0 * DNIS:4023611361 * CSID:mFax * ANI:13122643361 * DURATION (mm-ss):08-15

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:** April S. Connolly **DATE:** 11/20/21

**EMPLOYEE'S PRINTED NAME:** April Connolly

***Please retain a copy for your records or one can be provided upon request.***



PAGE 10/16 * RCVD AT 11/20/2021 4:44:17 PM [Eastern Standard Time] * SVR:VA1PWFAX101/0 * DNIS:4023611361 * CSID:mFax * ANI:13122643361 * DURATION (mm-ss):08-15

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

Lincoln Financial Group

# REIMBURSEMENT AGREEMENT

00000289 LFPC9RD1 00004008

**Claimant:** April Connolly **Date of Birth:**

**Employer:** Csl Behring Llc. **Policy/Plan Sponsor No.:** 03-510527

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.



PAGE 11/16 * RCVD AT 11/20/2021 4:44:17 PM [Eastern Standard Time] * SVR:VA1PWFAX101/0 * DNIS:4023611361 * CSID:mFax * ANI:13122643361 * DURATION (mm-ss):08-15

**Lincoln Financial Group®**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April L Connolly

Name of legal representative, if applicable (print) N/A Relationship ________

Signature of claimant or legal representative April L. Connolly

Date of Birth: ________ Claim Number: 12027405 Date: 11/20/21

**A copy of this authorization will be considered as valid as the original**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

Return to: Akelah Tanner

**EMPLOYEE/CLAIMANT NAME:** April Connolly **CLAIM #:** 12027405
**EMPLOYER:** Csl Behring Llc. **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Init.) Connolly, April L | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status married |
| Spouse's Full Name and Date of Birth Scott R. Connolly 12/23/83 | Number of Children Ø | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Scott Connolly Relationship to you? husband Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. no

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. no

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? no

Do you hold a professional license? If yes, for what purpose? yes RN

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. yes new website about DID

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. no

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. trying to get SSI disability

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☒ | ☐ | Short Term Disability or State Disability | $ haven't gotten any since July? | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

EMPLOYEE'S PRINTED NAME: April L. Connolly

DATE: 11/20/21 EMPLOYEE'S SIGNATURE: April L. Connolly

DP 409

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

Return To: Akelah Tanner

EMPLOYEE/CLAIMANT NAME: April Connolly
CLAIM NO: 12027405
EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/10/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

00000289 LFPC9RD1 00004002

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Michael Bennett (TICC) therapist
Specialty: Trauma
Address: 1600 Harrodsburg Rd Lexington Ky 40504
Telephone No.: (859)309-2877 Fax No.: ( )

Name: Marie (TICC)
Specialty: Case Manager
Address: ← Same
Telephone No.: ( ) Fax No.: ( )

Name: Brian Manning (former therapist Lifestance)
Specialty: trauma
Address: 1030 Monarch St Suite 100+200 Lexington Ky 40513
Telephone No.: (859) 296-3141 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: UMR
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Walgreens
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: April L Connolly DATE: 11/20/21

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

**Return To:** Akelah Tanner



EMPLOYEE/CLAIMANT NAME: April Connolly
CLAIM NO: 12027405 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Csl Behring Llc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

00000289 LFPC9RD1 00004005

How long are you able to: Can't remember what alters do
sit 1 hour stand 10-15 min walk 5 min

How many hours a day do you:
sit most stand some walk minimal

Do you take a nap during the day?
Yes ______ No X

If Yes, for how long? ______ At what time of the day? ______

How many hours a day do you spend in bed? bedtime only, therapist says not allowed to be in bed, makes depression worse.

Do you require any assistive devices such as a:
cane ______ walker ______ crutches ______ wheelchair ______ (other) keep lists on phone to remember important thoughts/events

How long are you able to sit in a car? 1-2 hours

Do you hold a valid driver's license?
Yes X No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? depends on which alter is fronting.

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
not really, we have difficulty with relationships due to our DID.

Do you have children?
Yes ______ No X If Yes, what are their dates of birth ______

Do you need help caring for your children?
Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No X If Yes, please explain ______

How many times a day do you leave the house during the week? ∅ scared to leave the house!

On the weekends? ______

How often do you run errands? done online or husband does them.

Please describe what errands you most commonly run: N/A

**From:**Meghan.Vazquez@cslbehring.com
**Sent:**Tue, 16 Nov 2021 15:20:57 +0000
**To:**Tanner, Akelah
**Subject:**RE: LTD Verification - April Connolly - LTD Claim 12027405

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good morning!

Sorry for the delay, for the question:

- Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability. **80 Hours**

---

**From:** Leave, NABCT Lincoln Financial
**Sent:** Friday, November 5, 2021 3:27 PM
**To:** Tanner, Akelah <Akelah.Tanner@lfg.com>
**Subject:** RE: LTD Verification - April Connolly - LTD Claim 12027405

Hello,

Please see below:

LTD claim for April Connolly, (emp # 1307106 and DOB

Please provide the following:

- Copy of the employee's pay change history immediately prior to, but not including, the **benefit begin date** of 6/17/2021.


April Connolly (On Leave)
Assoc Medical Staff- RN
Actions
Email
Team
Summary

Compensation | Pay Change History | Compensation History From Previous System | Annualized Amounts for Hourly Employees

Turn on the new tables view

Pay Change History 11 items

| Effective Date | Compensation Action | Reason | Total Base Pay | Primary Compensation Basis | Currency | Frequency |
|---|---|---|---|---|---|---|
| 09/01/2021 | Merit Compensation Change | Merit > Base Salary Change > Annual Merit Increase | 29.73 | 29.73 | USD USD | Hourly |
| 10/11/2020 | Ad-hoc Compensation Change | Request Compensation Change > HR USE ONLY > Conversion | 29.00 | 29.00 | USD USD | Hourly |
| 08/07/2020 | Demotion Compensation Change | Demotion > Demotion > Demotion (HR use only) | 29.00 | 29.00 | USD USD | Hourly |

- Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability. **40 hours**
- Confirm the maximum end date of Short-Term Disability benefits. **12/08/2021**
- The employee original hire date: **11/03/2016**
  - The employee rehire date (if applicable):
- The date the employee last worked: **06/09/2021**
- The original date that the employee's LTD coverage became effective: **02/01/2017**

    - Buy-up effective date of coverage (if applicable): **01/01/2020**
- Has there been any gaps in contributions since the original effective date: **No**
- The employee LTD policy class: **70%**

If additional information is needed, you will hear from our Payment Services department.

Please contact me with any questions.

Thank you,


***Akelah Tanner***
LTD Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742

Ph: 800.291.0112
Ext: 59499
Fax: 603-334-0380
Akelah.tanner@lfg.com

**Follow us on:**
LincolnFinancial.com



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**This email, including any attachments, is confidential and contains proprietary content and may be legally privileged. This transmission is intended only for the designated recipient(s), and any duplication or distribution, in any form or part, without the written consent of the sender is strictly prohibited. Any confidentiality or privilege is not waived or lost if this email has been sent to you by mistake, in which case you should not read, copy, adapt, use or disclose this message. If you've received this email by mistake, please delete the message, disregard its contents and notify the sender of the mistake. Any personal information in this email must be handled in accordance with applicable privacy laws.**

BAPTIST HEALTH®

# *Fax Transmission/Information Sheet*

**Date:** 11/17/21

**To:**

**Recipient Fax Number:** 603-334-0401

**From:** BAPTIST HEALTH

**Department:** BH CORPORATE HIM ETZ

**Address:** 2600 Stanley Gault Parkway
Suite 101
Louisville, Kentucky 40223-4197

**Phone Number:** 502-253-4828

**Comments:**

**STATEMENT OF CONFIDENTIALITY:** The information contained in this FAX is confidential for the use of the individual or entity named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution or copy of this communication is prohibited. If you have received this communication in error, please notify us by collect telephone, (502-896-5065) and return the original message to us at the above address at our expense.

BAPTIST HEALTH®

Date: 11/17/21

To:

Recipient Fax Number: 603-334-0401

From: BAPTIST HEALTH

Department: BH CORPORATE HIM ETZ

Address: 2600 Stanley Gault Parkway
Suite 101
Louisville, Kentucky 40223-4197

Phone Number: 502-253-4828

Comments:

STATEMENT OF CONFIDENTIALITY: The information contained in this FAX is confidential for the use of the individual or entity named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution or copy of this communication is prohibited. If you have received this communication in error, please notify us by collect telephone, (502-896-5065) and return the original message to us at the above address at our expense.

BAPTIST HEALTH®

**Release of Information**
**Baptist Health**
**2600 Stanley Gault Pkwy.**
**Suite 101**
**Louisville, KY 40223**

11/17/21

Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172

RE: Request to inspect or copy or obtain copy of health records
Records of: Ms. April Lee Connolly
MRN: 8913075488
Date of Birth:
Date request received: 11/5/2021
Request Made To: BH Lexington

Dear Lincoln Financial Group,

We have received your request for the health records of Ms. April Lee Connolly. Unfortunately, we are unable to comply with your request as the authorization is either invalid or incomplete for the following reason(s):

- OTHER: Authorization not compliant.

If you would still like to obtain these records, please resubmit a valid authorization form.

Should you have any questions, you may contact us toll-free at 1-833-998-1257, Monday through Friday, 7:30 a.m. until 4:00 p.m. Eastern Time, or write to the address above, attention Release of Information.

Sincerely,

Release of Information

Enc: Authorization Form

BAPTIST HEALTH

BAPTIST HEALTH
RELEASE OF INFORMATION
AUTHORIZATION FOR THE USE AND DISCLOSURE OF HEALTH INFORMATION

**Authorization to Release Protected Health Information**

Patient Information:(Please Print)

Name:________________________________Med Rec# or Last Four of Social:____________________

Street Address or PO Box:____________________________________________

City, State, Zip:____________________________________________

Phone#:_________________ Date of Birth:_______________ E-Mail:____________________________

I, the undersigned hereby authorize and direct:
( ) Baptist Health Corbin ( ) Baptist Health LaGrange ( ) Baptist Health Lexington ( ) Baptist Health Louisville
( ) Baptist Health Madisonville ( ) Baptist Health Paducah ( ) Baptist Health Richmond ( ) Baptist Health Floyd
( ) BHMG Office Practice name and address:____________________________________________

And its entities, authorized agents and employees to disclose and deliver a copy of the protected health information described below in accordance with this authorization.

This information may be disclosed to and used by the following individual, organization or agency:______________________________
The purpose of this release is: ( ) Continued Medical Care ( ) Legal Purposes ( ) Insurance Purposes ( ) Personal Interest
( ) Other (Specify):____________________________________________

Dates to be released: From________________________ To ____________________________________
The information to be disclosed will include: (check all that apply)
____ Entire Medical Record ____ Pathology ____ Cardiac Cath Report ____ Basic Medical Record
____ Radiology ____ Discharge Summary ____ Emergency Room Record ____ History and Physical

BAPTIST HEALTH®

____ Lab ____ Face Sheet ____ Operative Report ____ Electronic Format
____ Other (Specify): ____________________________________________

I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services and treatment for drug and alcohol abuse.

Federal and state laws protect the information disclosed pursuant to this Authorization. I understand that if the authorized recipient of the information is not a health care provider or health plan covered by federal privacy regulations, the information may be re-disclosed and no longer protected. However, the recipient may be prohibited from disclosing any substance abuse information under the federal confidentiality requirements for alcohol and drug abuse patient records and the Public Health Service Act. Such information may not be used to criminally investigate or prosecute any alcohol or drug patient. Further, state law prohibits a recipient from making any further disclosure of test results relating to HIV or AIDS without specific written consent of the person to whom such information pertains. A general authorization for the release of medical or other information is NOT sufficient for such purpose.

This authorization will expire upon the occurrence of the following event or condition:____________________________. If no event or condition is listed, it will expire in 60 days. I understand that I have the right to revoke this Authorization at any time, and in order to do so, I must present a written revocation to the Hospital's Health Information Management Department. I understand that the revocation will not apply to information that already has been released in response to or in reliance upon this Authorization. I understand that I need not sign this Authorization in order to ensure health care treatment, payment, enrollment in my health plan, or eligibility for benefits. I understand that I will be given a copy of this Authorization form, after signing it.

______ By initialing here, I acknowledge this to be my one and only free copy of my medical record, duplicate pages will be charged $1.00 per page.

______ By initialing here, if e-mail address above is provided, records will be sent via secure e-mail. If no e-mail is provided, records will be placed on encrypted CD and mailed to address disclosed above.

__________________________________________________

Signature of Patient/Authorized Representative(include relationship or nature of authority) Date

[ ] Faxed to: __________________________ [ ] Given to:_________________________ [ ] Mailed to:________________________

Mail completed request or fax to:
2600 Stanley Gault Parkway Suite 101 Louisville, KY. 40223 (Fax) 502.253.4829
Fax Transmission/Information Sheet

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

| | |
|---|---|
| Date: | November 16, 2021 |
| To: | BAPTIST HEALTH LEXINGTON |
| Attn: | |
| Fax: | (502) 253-4829 |
| From: | Akelah Tanner<br>LTD Claims Specialist<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (402) 361-1361 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

November 16, 2021

Baptist Health Lexington

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 15, 2021 through present

We ask that you provide this information by November 23, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (402) 361-1361 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Akelah Tanner
LTD Claims Specialist
Phone No.: (844) 249-9678 Ext. 59499
Secure Fax No.: (402) 361-1361

Attachments: 11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-11.14.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

0001503 LFPD9VD1 00003297 E

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The Information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Lee Tyler

Name of legal representative, if applicable (print) April Lee Tyler Relationship Self

Signature of claimant or legal representative April Lee Tyler Date: 6/26/21

Date of Birth: ___ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**



PAGE 2/2 * RCVD AT 6/28/2021 1:23:40 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6033340380 * CSID:+18623439530 * ANI:18623439530 * DURATION (mm-ss):00-51

| BAPTIST HEALTH | AUTHORIZATION TO RELEASE COPIES OF A MEDICAL RECORD | Mail or fax this request to: Release of Information 2600 Stanley Gault Parkway Suite 101 Louisville, KY 40223 Phone (502) 253-4820 Toll Free (844) 764-7820 |
|---|---|---|

**Please complete this form as instructed so we can help you receive the information you are requesting**

Patient Name: April Lee Connolly Maiden / AKA Tyler Date of Birth: ____
Street Address: ____ Health MRN (optional): ____
City / State / Zip ____ Telephone # ____
Email Address: ____ .com Last four digits of SSN# ____

1. **I authorize my records to be released to one of the following (select a or b and select delivery method):**
   a. ☐ Myself. I request Baptist Health to release my protected health information to me using the information listed above.
   **Select delivery method for myself** ☐ My Chart (patient portal) ☐ Paper via US Mail ☐ Encrypted CD via US Mail ☐ Encrypted Email
   b. ☒ **Other person/organization:** I am the patient, or the legally authorized representative of the patient listed above and request Baptist Health to release my protected health information to the following:
   Person: Case # 11495594 Organization: Lincoln Financial/Disability + Life Claims
   Street Address PO Box 2578 Omaha NE 68172
   Fax: 603 334-0380 Telephone #: 844-249-9678 ext 59499
   Email: ____
   **Select delivery method for other person/organization.** ☐ Paper via US Mail ☐ Encrypted CD via US Mail ☒ Encrypted Email
2. **Purpose of Release/disclosure to other person/organization (not required if the records are being disclosed directly to patient):**
   ☐ Continuation of Care/Transfer of Care ☒ Social Security / Disability ☐ Attorney/Legal ☐ Personal Use ☐ Insurance ☐ Other (specify below)
3. **I am authorizing records to be released from:**
   ☒ Baptist Hospital (specify location) Any/All records
   ☐ Baptist Physician Office (provider name and address of office required) ____
4. **For Dates of Service Requested: from ____ to ____ (if no dates are listed, default will be the past 12 months).**
5. **Please choose one of the following options:**
   ☐ Specific records such as lab results, x-ray reports, EKG, pathology report, billing etc. (please specify which records) ____
   ☐ Package 1. <u>Key Documentation</u> within the medical record (includes, as applicable, history & physical, diagnostic information, discharge summary, operative note, consults, office visit notes, laboratory results, test reports, and ER notes for the location, provider, and dates listed above)
   ☒ Package 2: <u>**All Documentation**</u> within the medical record (includes Package 1 contents along with all other contents of the medical record such as nursing notes, flow sheets, medication administration records, and physician orders for the location, provider, and dates listed above)
6. I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about my behavioral or mental health services and treatment I have received for drug and alcohol abuse.
7. **Revoking (cancelling) authorization:** I may revoke (cancel) this authorization at any time. Revocations (cancellations) must be made in writing and sent to Baptist Health Release of Information Department at the address listed on this form. Revocations (cancellations) will not apply to information that has already been released. If this authorization was obtained as a condition of providing insurance



April L Connolly 11/14/2021

BAPTIST HEALTH

# AUTHORIZATION TO RELEASE COPIES OF A MEDICAL RECORD

Mail or Fax this request to:
Release of Information
2600 Stanley Gault Parkway Suite 101
Louisville, KY 40223
Phone: (502) 253-4820
Toll Free (844) 764 7820

Please complete this form as instructed so we can help you receive the information you are requesting

Patient Name: April Lee Connolly Maiden / AKA: Tyler Date of Birth:
Street Address: Baptist Health MRN (optional):
City / State / Zip: Telephone #
Email Address: Last four digits of SSN#

1. I authorize my records to be released to one of the following (select a or b and select delivery method):
   a. ☐ Myself: I request Baptist Health to release my protected health information to me using the information listed above.
   Select delivery method for myself ☐ My Chart (patient portal) ☐ Paper via US Mail ☐ Encrypted CD via US Mail ☐ Encrypted Email
   b. ☒ Other person/organization: I am the patient, or the legally authorized representative of the patient listed above and request Baptist Health to release my protected health information to the following:
   Person: Marie Farkas Organization: ~~[illegible]~~ Trauma Informed Counseling Center
   Street Address:
   Fax: Telephone #:
   Email: mfarkas@theticc.oflexington.com
   Select delivery method for other person/organization: ☐ Paper via US Mail ☐ Encrypted CD via US Mail ☒ Encrypted Email
2. Purpose of Release/disclosure to other person/organization (not required if the records are being disclosed directly to patient):
   ☐ Continuation of Care/Transfer of Care ☒ Social Security / Disability ☐ Attorney/Legal ☐ Personal Use ☐ Insurance ☐ Other (specify below)
3. I am authorizing records to be released from:
   ☒ Baptist Hospital (specify location) Any/All records
   ☐ Baptist Physician Office (provider name and address of office required)
4. For Dates of Service Requested: from ______ to ______ (If no dates are listed, default will be the past 12 months).
5. Please choose one of the following options:
   ☐ Specific records such as lab results, x-ray reports, EKG, pathology report, billing etc. (please specify which records):
   ☐ Package 1: **Key Documentation** within the medical record (includes, as applicable, history & physical, diagnostic information, discharge summary, operative note, consults, office visit notes, laboratory results, test reports, and ER notes for the location, provider, and dates listed above)
   ☒ Package 2: **All Documentation** within the medical record (includes Package 1 contents along with all other contents of the medical record such as nursing notes, flow sheets, medication administration records, and physician orders for the location, provider, and dates listed above)
6. I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about my behavioral or mental health services and treatment I have received for drug and alcohol abuse.
7. **Revoking (cancelling) authorization:** I may revoke (cancel) this authorization at any time. Revocations (cancellations) must be made in writing and sent to Baptist Health Release of Information Department at the address listed on this form. Revocations (cancellations) will not apply to information that has already been released. If this authorization was obtained as a condition of providing insurance

PAGE 4/4 * RCVD AT 6/20/2021 9:36:27 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6033340380 * CSID:BAPTIST HEALTH DC2 * ANI:15022593717 * DURATION (m

April L. Connolly 11/14/21

PAGE 3/3 * RCVD AT 11/14/2021 6:38:56 PM [Eastern Standard Time] * SVR:VA1PWFAX101/3 * DNIS:6033340380 * CSID:+18623439530 * ANI:18623439530 * DURATION (mm-ss):01-10

# FAX

11/14/2021 6:36 PM (EST)

SENDER

**From:** April Connolly

Contacts:

| BAPTIST HEALTH | AUTHORIZATION TO RELEASE COPIES OF A MEDICAL RECORD | Mail or fax this request to Release of Information 2600 Stanley Gault Parkway Suite 101 Louisville KY 40223 Phone (502) 253-4820 Toll Free (844) 764 7820 |
|---|---|---|

**Please complete this form as instructed so we can help you receive the information you are requesting**

Patient Name: April Lee Connolly Maiden / AKA Tyler (optional) Date of Birth:
Street Address:
City / State / Zip phone #
Email Address: Last four digits of SSN#

1. **I authorize ... and select delivery method):**
   a. ☐ Myself. I request Baptist Health to release my protected health information to me using the information listed above
   **Select delivery method for myself** ☐ My Chart (patient portal) ☐ **Paper via US Mail** ☐ **Encrypted CD via US Mail** ☐ **Encrypted Email**
   b. ☒ **Other person/organization:** I am the patient, or the legally authorized representative of the patient listed above and request Baptist Health to release my protected health information to the following:
   Person: Case # 11495894 Organization: Lincoln Financial/Disability + Life Claims
   Street Address PO Box 2578 Omaha NE 68172
   Fax: 603 334-0380 Telephone #: 844-249-9678 ext 59499
   Email:
   **Select delivery method for other person/organization.** ☐ **Paper via US Mail** ☐ **Encrypted CD via US Mail** ☒ **Encrypted Email**
2. **Purpose of Release/disclosure to other person/organization (not required if the records are being disclosed directly to patient):**
   ☐ Continuation of Care/Transfer of Care ☒ Social Security / Disability ☐ Attorney/Legal ☐ Personal Use ☐ Insurance ☐ Other (specify below)
3. **I am authorizing records to be released from:**
   ☒ Baptist Hospital (specify location) Any /All records
   ☐ Baptist Physician Office (provider name and address of office required)
4. **For Dates of Service Requested from ______ to ______ (if no dates are listed, default will be the past 12 months).**
5. **Please choose one of the following options:**
   ☐ Specific records such as lab results, x-ray reports, EKG, pathology report, billing etc. (please specify which records)
   ☐ Package 1: **Key Documentation** within the medical record (includes, as applicable, history & physical, diagnostic information, discharge summary, operative note, consults, office visit notes, laboratory results, test reports, and ER notes for the location, provider, and dates listed above)
   ☒ Package 2: **All Documentation** within the medical record (includes Package 1 contents along with all other contents of the medical record such as nursing notes, flow sheets, medication administration records, and physician orders for the location, provider, and dates listed above)
6. **I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about my behavioral or mental health services and treatment I have received for drug and alcohol abuse**
7. **Revoking (cancelling) authorization:** I may revoke (cancel) this authorization at any time. Revocations (cancellations) **must be made in writing and sent to Baptist Health Release of Information Department at the address listed on this form.** Revocations (cancellations) will not apply to information that has already been released. If this authorization was obtained as a condition of providing insurance



April L Connolly 11/14/2021

BAPTIST HEALTH

# AUTHORIZATION TO RELEASE COPIES OF A MEDICAL RECORD

Mail or Fax this request to:
Release of Information
2600 Stanley Gault Parkway Suite 101
Louisville, KY 40223
Phone: (502) 253-4820
Toll Free (844) 764 7820

**Please complete this form as instructed so we can help you receive the information you are requesting**

Patient Name: April Lee Connolly Maiden / AKA: Tyler Date of Birth:
Street Address: Baptist Health MRN (optional):
City / State / Zip: Telephone #
Email Address: Last four digits of SSN#

1. **I authorize my records to be released to *one* of the following (select a or b and select delivery method):**

   a. ☐ **Myself:** I request Baptist Health to release my protected health information to me using the information listed above.

   **Select delivery method for myself** ☐ **My Chart** (patient portal) ☐ **Paper via US Mail** ☐ **Encrypted CD via US Mail** ☐ **Encrypted Email**

   b. ☒ **Other person/organization:** I am the patient, or the legally authorized representative of the patient listed above and request Baptist Health to release my protected health information to the following:

   Person: Marie Farkas Organization: ~~Lincoln Emanuel~~ Trauma Informed Counseling Center
   Street Address:
   Fax: Telephone #:
   Email: mfarkas@theticc.oflexington.com

   **Select delivery method for other person/organization:** ☐ **Paper via US Mail** ☐ **Encrypted CD via US Mail** ☒ **Encrypted Email**

2. **Purpose of Release/disclosure to other person/organization (not required if the records are being disclosed directly to patient):**
   ☐ Continuation of Care/Transfer of Care ☒ Social Security / Disability ☐ Attorney/Legal ☐ Personal Use ☐ Insurance ☐ Other (specify below)

3. **I am authorizing records to be released from:**
   ☒ Baptist Hospital (specify location) Any/All records
   ☐ Baptist Physician Office (provider name and address of office required)

4. **For Dates of Service Requested:** from ______ to ______ **(If no dates are listed, default will be the past 12 months).**

5. **Please choose one of the following options:**
   ☐ Specific records such as lab results, x-ray reports, EKG, pathology report, billing etc. (please specify which records):
   ☐ Package 1: **Key Documentation** within the medical record (includes, as applicable, history & physical, diagnostic information, discharge summary, operative note, consults, office visit notes, laboratory results, test reports, and ER notes for the location, provider, and dates listed above)
   ☒ Package 2: **All Documentation** within the medical record (includes Package 1 contents along with all other contents of the medical record such as nursing notes, flow sheets, medication administration records, and physician orders for the location, provider, and dates listed above)

6. I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about my behavioral or mental health services and treatment I have received for drug and alcohol abuse

7. **Revoking (cancelling) authorization:** I may revoke (cancel) this authorization at any time. Revocations (cancellations) **must be made in writing and sent to** Baptist Health Release of Information Department at the address listed on this form. Revocations (cancellations) will not apply to information that has already been released. If this authorization was obtained as a condition of providing insurance

PAGE 4/4 * RCVD AT 6/20/2021 9:36:27 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6033340380 * CSID:BAPTIST HEALTH DC2 * ANI:15022593717 * DURATION (m

April L. Connolly 11/14/21

PAGE 3/3 * RCVD AT 11/14/2021 6:38:56 PM [Eastern Standard Time] * SVR:VA1PWFAX101/3 * DNIS:6033340380 * CSID:+18623439530 * ANI:18623439530 * DURATION (mm-ss):01-10

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

| | |
|---|---|
| Date: | November 9, 2021 |
| To: | BAPTIST HEALTH LEXINGTON |
| Attn: | |
| Fax: | (502) 253-4829 |
| From: | Akelah Tanner<br>LTD Claims Specialist<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (402) 361-1361 |
| Total Pages (Including Cover): | 3 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

November 9, 2021

Baptist Health Lexington

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 15, 2021 through present

We ask that you provide this information by November 16, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (402) 361-1361 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Akelah Tanner
LTD Claims Specialist
Phone No.: (844) 249-9678 Ext. 59499
Secure Fax No.: (402) 361-1361

Attachments: 11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I **understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [DocuSigned signature] Date: 6/17/2021

Date of Birth: ___ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

| | |
|---|---|
| Date: | November 9, 2021 |
| To: | KATHY NUNEZ-DE VAZQUEZ<br>TRAUMA INFORMED COUNSELING CENTER |
| Attn: | |
| Fax: | (859) 368-0018 |
| From: | Akelah Tanner<br>LTD Claims Specialist<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (402) 361-1361 |
| Total Pages<br>(Including Cover): | 3 |
| RE: | Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

November 9, 2021

Kathy Nunez-De Vazquez

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 15, 2021 through present

We ask that you provide this information by November 16, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (402) 361-1361 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Akelah Tanner
LTD Claims Specialist
Phone No.: (844) 249-9678 Ext. 59499
Secure Fax No.: (402) 361-1361

Attachments: 11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I **understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [DocuSigned by: signature] Date: 6/17/2021

Date of Birth: __ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

| | |
|---|---|
| Date: | November 9, 2021 |
| To: | BRYAN MANNING LPCC<br>LEXINGTON - MONARCH OFFICE<br>1030 MONARCH STREET<br>STE 100 & 200<br>LEXINGTON KY 40513 |
| Attn: | |
| Fax: | (859) 296-3144 |
| From: | Akelah Tanner<br>LTD Claims Specialist<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (402) 361-1361 |
| Total Pages (Including Cover): | 4 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

November 9, 2021

Bryan Manning, Lpcc
LEXINGTON - MONARCH OFFICE
1030 MONARCH STREET
STE 100 & 200
LEXINGTON, KY 40513

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 15, 2021 through present

We ask that you provide this information by November 16, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (402) 361-1361 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Akelah Tanner
LTD Claims Specialist

Phone No.: (844) 249-9678 Ext. 59499
Secure Fax No.: (402) 361-1361

Attachments: 11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I **understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [DocuSigned by: signature] Date: 6/17/2021

Date of Birth: ____ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

| | |
|---|---|
| Date: | November 9, 2021 |
| To: | TINA SHELTON-COOMER PMHNP-BC<br>LEXINGTON - MONARCH OFFICE<br>1030 MONARCH STREET<br>STE 100 & 200<br>LEXINGTON KY 40513 |
| Attn: | |
| Fax: | (859) 296-3144 |
| From: | Akelah Tanner<br>LTD Claims Specialist<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (402) 361-1361 |
| Total Pages<br>(Including Cover): | 4 |
| RE: | Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

November 9, 2021

Tina Shelton-Coomer, Pmhnp-Bc
LEXINGTON - MONARCH OFFICE
1030 MONARCH STREET
STE 100 & 200
LEXINGTON, KY 40513

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 15, 2021 through present

We ask that you provide this information by November 16, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (402) 361-1361 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Akelah Tanner
LTD Claims Specialist

Phone No.: (844) 249-9678 Ext. 59499
Secure Fax No.: (402) 361-1361

Attachments: 11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I **understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [signature: DocuSigned by: April Tyler] Date: 6/17/2021

Date of Birth: ____ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

| | |
|---|---|
| Date: | November 9, 2021 |
| To: | MICHAEL BENNET<br>TRAUMA INFORMED COUNSELING CENTER |
| Attn: | |
| Fax: | (859) 368-0018 |
| From: | Akelah Tanner<br>LTD Claims Specialist<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (402) 361-1361 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 12027405<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

November 9, 2021

Michael Bennet

RE: Long Term Disability (LTD) Benefits
Csl Behring Llc.
Claim #: 12027405
Claimant: April Connolly
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 15, 2021 through present

We ask that you provide this information by November 16, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (402) 361-1361 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Akelah Tanner
LTD Claims Specialist
Phone No.: (844) 249-9678 Ext. 59499
Secure Fax No.: (402) 361-1361

Attachments: 11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I **understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [signature] Date: 6/17/2021

Date of Birth: __ ____ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

**From:**NABCTLincolnFinancial.Leave@CSLPLASMA.COM
**Sent:**Fri, 5 Nov 2021 19:27:26 +0000
**To:**Tanner, Akelah
**Subject:**RE: LTD Verification - April Connolly - LTD Claim 12027405

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,

Please see below:

LTD claim for April Connolly, (emp # 1307106 and DOB

Please provide the following:

- Copy of the employee's pay change history immediately prior to, but not including, the **benefit begin date** of 6/17/2021.




| Effective Date | Compensation Action | Reason | Total Base Pay | Primary Compensation Basis | Currency | Frequency |
|---|---|---|---|---|---|---|
| 09/01/2021 | Merit Compensation Change | Merit > Base Salary Change > Annual Merit Increase | 29.73 | 29.73 | USD USD | Hourly |
| 10/11/2020 | Ad-hoc Compensation Change | Request Compensation Change > HR USE ONLY > Conversion | 29.00 | 29.00 | USD USD | Hourly |
| 08/07/2020 | Demotion Compensation Change | Demotion > Demotion > Demotion (HR use only) | 29.00 | 29.00 | USD USD | Hourly |

- Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability. **40 hours**
- Confirm the maximum end date of Short-Term Disability benefits. **12/08/2021**
- The employee original hire date: **11/03/2016**
    - The employee rehire date (if applicable):
- The date the employee last worked: **06/09/2021**
- The original date that the employee's LTD coverage became effective: **02/01/2017**
    - Buy-up effective date of coverage (if applicable): **01/01/2020**
- Has there been any gaps in contributions since the original effective date: **No**
- The employee LTD policy class: **70%**

If additional information is needed, you will hear from our Payment Services department.

Please contact me with any questions.

Thank you,

***Akelah Tanner***
LTD Specialist
Lincoln Financial Group
P.O. Box 7207
London, KY 40742

Ph: 800.291.0112
Ext: 59499
Fax: 603-334-0380
Akelah.tanner@lfg.com

**Follow us on:**
LincolnFinancial.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

---

**This email, including any attachments, is confidential and contains proprietary content and may be legally privileged. This transmission is intended only for the designated recipient(s), and any duplication or distribution, in any form or part, without the written consent of the sender is strictly prohibited. Any confidentiality or privilege is not waived or lost if this email has been sent to you by mistake, in which case you should not read, copy, adapt, use or disclose this message. If you've received this email by mistake, please delete the message, disregard its contents and notify the sender of the mistake. Any personal information in this email must be handled in accordance with applicable privacy laws.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. APRIL CONNOLLY

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

November 10, 2021

Ms. April Connolly

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 12027405 and 11495594

Dear Ms. April Connolly:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Csl Behring Llc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since June 17, 2021. Should your disability continue through the maximum benefit date, STD benefits are payable through December 8, 2021.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the STD benefit period, we will be reviewing your claim for consideration under Csl Behring Llc.'s LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

Csl Behring Llc.'s LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

***Notice and Proof of Claim***

***1. Notice***

*a. Notice of claim must be given to Lincoln within 30 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*

*b. When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

***2. Proof***

*a. Satisfactory Proof of loss must be given to Lincoln no later than 30 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*

*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On November 9, 2021, we requested medical records from Baptist Health Lexington, Dr. Bennet, Dr. Manning, Dr. Nunez-De Vasquez and Dr. Shelton Coomer. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from July 15, 2021 through present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

_X_ Training Education Experience
_X_ LTD Forms - Standard
_X_ Reimbursement Agreement Form
_X_ W-4S 2021
_X_ Disability Payment Option Form
___ Other

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Csl Behring Llc.'s LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than November 9, 2021.

If you have any questions regarding this matter, please contact me.

Sincerely,

Akelah Tanner
LTD Claims Specialist
Phone No.: (844) 249-9678 Ext. 59499
Secure Fax No.: (402) 361-1361

Attachments: Training Education Experience
LTD Forms - Standard
Reimbursement Agreement Form
W-4S 2021
Disability Payment Option Form

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

EMPLOYEE/CLAIMANT NAME: April Connolly
CLAIM NO: 12027405
EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: ______ Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ____________ Department: ____________ From: ______ To: ______
Job Title(s): ____________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________

4. Company: ____________ Department: ____________ From: ______ To: ______
Job Title(s): ____________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________

5. Company: ____________ Department: ____________ From: ______ To: ______
Job Title(s): ____________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________

## Computer Utilization:

Computer Training/Courses, Certifications: ____________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ____________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________ Work: ____________

**SIGNATURE:** ____________ **PHONE NO: (** **)** ____________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________ Date: ________________

Date of Birth: ________________ Claim Number: 12027405

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________ Relationship __________

Signature of claimant or legal representative ______________________________

Date of Birth: __________ Claim Number: 12027405 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

**Lincoln/Connolly 1055**

# CLAIMANT INFORMATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

**Return To:** Akelah Tanner

EMPLOYEE/CLAIMANT NAME: April Connolly
CLAIM NO: 12027405
EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/10/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

**Return to:** Akelah Tanner

**EMPLOYEE/CLAIMANT NAME:** April Connolly **CLAIM #:** 12027405
**EMPLOYER:** Csl Behring Llc. **DATE OF BIRTH:**_________

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

EMPLOYEE'S PRINTED NAME: ______________________________________________

DATE:______________________ EMPLOYEE'S SIGNATURE: ______________________________

DP 409

# ACTIVITIES QUESTIONNAIRE

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

**Return To:** Akelah Tanner



EMPLOYEE/CLAIMANT NAME: April Connolly

CLAIM NO: 12027405 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Csl Behring Llc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________________________________________

If Yes, how long are you able to drive a car?____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________________________________________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________________

How many times a day do you leave the house during the week? ____________

On the weekends? ____________

How often do you run errands? ____________________

Please describe what errands you most commonly run: ____________________

Lincoln Financial Group®



How often do you get outdoors? ____________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
________ None ________ 0-1 hours ________ 1-2 hours ________ 2-3 hours ________ 3+ hours

How much time is spent weekly on your home computer?
________ None ________ 0-1 hours ________ 1-2 hours ________ 2-3 hours ________ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

________ Pay bills ________ Read news/articles ________ Use search engines ________ Send emails

________ Visit chat rooms ________ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ____________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ____________________

Lincoln Financial Group®



How often do you travel or take vacation? ______

Where do you go? How do you get there (transportation method)? ______

______

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

______

______

______

______

______

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______

______

______

______

______

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______ Date: ______

Signature: ______

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361

# REIMBURSEMENT AGREEMENT

**Claimant:** April Connolly **Date of Birth:** ________

**Employer:** Csl Behring Llc. **Policy/Plan Sponsor No.:** 03-510527

I agree to reimburse The Lincoln National Life Insurance Company (Lincoln Financial Group) for any overpayment that may arise on my Statutory Disability (STAT), Short Term Disability (STD), Long Term Disability (LTD), and other Supplemental claim(s) as a result of:

1. *Income/Benefits* for which I am and/or my family is awarded or eligible for:

*Social Security Disability or Retirement Benefits, Severance, Unemployment Benefits, State Disability benefits, any Workers' Compensation Benefit or Settlement, Pension/Retirement, Salary Continuance and/or additional earnings. I will inform Lincoln Financial Group immediately upon receiving notice that I have been awarded any of the above benefits.*

2. *A change* in Disability payment due to but not limited to return to work, and/or incorrect calculation of benefits in accordance with the policy/plan Schedule of Benefits.

If disability benefits are approved, I request that Lincoln Financial Group pay me my benefit with no reduction for Social Security Disability benefits for me and/or my family until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Lincoln Financial Group. In consideration of Lincoln Financial Group paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Lincoln Financial Group immediately if awarded Social Security Benefits.
4) I authorize Lincoln Financial Group to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Lincoln Financial Group has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Lincoln Financial Group until the amount of Lincoln Financial Group's overpayment has been repaid in full.
6) I agree to repay Lincoln Financial Group in full within the time period specified in my policy/plan provision.

Social Security benefits will be estimated if:

1) I do not sign and return this form to Lincoln Financial Group within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Lincoln Financial Group's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Lincoln Financial Group in full, I understand Lincoln Financial Group will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Lincoln Financial Group may withhold future disability benefits until the overpayment is recovered in full. In addition, Lincoln Financial Group may also pursue other means permitted by law to collect the overpayment amount owed.

**EMPLOYEE'S SIGNATURE:**________________________________ **DATE:** ________________________

**EMPLOYEE'S PRINTED NAME:** April Connolly

***Please retain a copy for your records or one can be provided upon request.***

Form **W-4S**

Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2021**

| Your first name and middle initial | Last name | **Your social security number** |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

| | |
|---|---|
| Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . | $ |

Employee's signature ▶ Date ▶

.....................................**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** .............................................

**Worksheet** (Keep for your records. Do not send to the IRS.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2021 . . . . . . . . . . . . . . | **1** | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Tax. Figure your tax on line 3 by using the **2021** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2020 Instructions for Forms 1040 and 1040-SR . | **4** | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | **5** | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2021 or paid or to be paid with 2021 estimated tax payments . . . | **7** | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . | **10** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

- Under a plan to which your employer is a party, and
- In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

- Must be in whole dollars (for example, $35, not $34.50).
- Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.
- Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the IRS.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2021, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . . . | $25,100* |
| Head of household . . . . . . . . . . . . . . | $18,800* |
| Single or Married filing separately . . . . . . . . . . | $12,550* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,350 is allowed for a married individual (filing jointly or separately) or a qualifying widow(er) who is 65 or older or blind, $2,700 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,700 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $5,400 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,700 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,400 if 65 or older **and** blind. See the 2021 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2021 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2021 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,950 | **$0 + 10%** | **$0** |
| 9,950 | 40,525 | **995 + 12%** | **9,950** |
| 40,525 | 86,375 | **4,664 + 22%** | **40,525** |
| 86,375 | 164,925 | **14,751 + 24%** | **86,375** |
| 164,925 | 209,425 | **33,603 + 32%** | **164,925** |
| 209,425 | 523,600 | **47,843 + 35%** | **209,425** |
| 523,600 | and greater | **157,804.25 + 37%** | **523,600** |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $14,200 | **$0 + 10%** | **$0** |
| 14,200 | 54,200 | **1,420 + 12%** | **14,200** |
| 54,200 | 86,350 | **6,220 + 22%** | **54,200** |
| 86,350 | 164,900 | **13,293 + 24%** | **86,350** |
| 164,900 | 209,400 | **32,145 + 32%** | **164,900** |
| 209,400 | 523,600 | **46,385 + 35%** | **209,400** |
| 523,600 | and greater | **156,355 + 37%** | **523,600** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,900 | **$0 + 10%** | **$0** |
| 19,900 | 81,050 | **1,900 + 12%** | **19,900** |
| 81,050 | 172,750 | **9,328 + 22%** | **81,050** |
| 172,750 | 329,850 | **29,502 + 24%** | **172,750** |
| 329,850 | 418,850 | **67,206 + 32%** | **329,850** |
| 418,850 | 628,300 | **95,686+ 35%** | **418,850** |
| 628,300 | and greater | **168,993.50 + 37%** | **628,300** |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,950 | **$0 + 10%** | **$0** |
| 9,950 | 40,525 | **995 + 12%** | **9,950** |
| 40,525 | 86,375 | **4,664 + 22%** | **40,525** |
| 86,375 | 164,925 | **14,751 + 24%** | **86,375** |
| 164,925 | 209,425 | **33,603 + 32%** | **164,925** |
| 209,425 | 314,150 | **47,843 + 35%** | **209,425** |
| 314,150 | and greater | **84,496.75 + 37%** | **314,150** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (402) 361-1361
www.LincolnFinancial.com

# DISABILITY PAYMENT OPTIONS

Insurer: Disability and Life Claims
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

(Herein Referred to as "we" and "us")

Policy Number: 03-510527    Claim No. 12027405    Disability Date: June 10, 2021

Issued To: Csl Behring Llc.    Address: ____________________

Claimant: April Connolly    Address: ____________________

The policy under which you are covered provides that Disability benefits will be offset by Social Security Disability Benefits for you and your family. Lincoln Financial Group offers assistance to apply for Social Security Benefits or you can apply on your own or with your own legal representative. Once a Social Security Application is made, Lincoln Financial Group will monitor the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

☐ 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) written request is submitted to remove the estimate with the understanding an overpayment may result if Social Security Benefits are awarded, or
(c) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☐ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #2. If you have any questions, please contact us.

The The Lincoln National Life Insurance Company reserves all rights under the contract.

____________________ (Insured)    ____________________ (Witness)

____________________ (Address)    ____________________ (Address)

____________________ (Date)    ____________________ (Date)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

| | |
|---|---|
| Date: | November 5, 2021 |
| To: | BAPTIST HEALTH LEXINGTON |
| Attn: | Medical Records<br>Forms |
| Fax: | (502) 253-4829 |
| From: | William Yetman<br>Claims Examiner II, Claims<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (260) 455-9946 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #: 11495594<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

November 5, 2021

Baptist Health Lexington

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Connolly
Claimant D.O.B.:

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Csl Behring Llc.'s Group Disability Plan. We are writing in reference to April Connolly's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to all treating providers. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by November 11, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

William Yetman
Claims Examiner II, Claims
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

**Return To:** Akelah Tanner



EMPLOYEE/CLAIMANT NAME: April Connolly

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: __________

**TO BE COMPLETED BY CLINICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** __________

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

**EMOTIONAL STATE:** (mood and affect)

**EXPERIENCES:** (describe hallucinations/delusions)

**SENSORIUM:** (level of alertness, patient's orientation)

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** __________

**Short Term:** __________

**Long Term:** __________

**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ____________________

**Homicidal thoughts, plans, actions** ____________________

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®



**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

Goal: ____________ Success Indicator: ____________ Timeline: ____________

**Diagnosis (DSM-5)**

____________________
____________________
____________________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

List all current medications:

____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______

Next scheduled office visit: ____________________

Comments:

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

______________________________________________________________________

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|

Signature required: ______________________________ Date: ____________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I **understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [DocuSigned signature] Date: 6/17/2021

Date of Birth: ____ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

| | |
|---|---|
| Date: | November 5, 2021 |
| To: | BRYAN MANNING LPCC<br>LEXINGTON - MONARCH OFFICE<br>1030 MONARCH STREET<br>STE 100 & 200<br>LEXINGTON KY 40513 |
| Attn: | Medical Records<br>Forms |
| Fax: | (859) 296-3144 |
| From: | William Yetman<br>Claims Examiner II, Claims<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (260) 455-9946 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 11495594<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

November 5, 2021

Bryan Manning, Lpcc
LEXINGTON - MONARCH OFFICE
1030 MONARCH STREET
STE 100 & 200
LEXINGTON, KY 40513

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Connolly
Claimant D.O.B.:

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Csl Behring Llc.'s Group Disability Plan. We are writing in reference to April Connolly's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to all treating providers. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by November 11, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

William Yetman
Claims Examiner II, Claims
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

**Return To:** Akelah Tanner



EMPLOYEE/CLAIMANT NAME: April Connolly

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY CLINICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ____________

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

____________

**EMOTIONAL STATE:** (mood and affect)

____________

**EXPERIENCES:** (describe hallucinations/delusions)

____________

**SENSORIUM:** (level of alertness, patient's orientation)

____________

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ____________

**Short Term:** ____________

**Long Term:** ____________

**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ______

**Homicidal thoughts, plans, actions** ______

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®



**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

Goal: ____________ Success Indicator: ____________ Timeline: ____________

**Diagnosis (DSM-5)**

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

List all current medications:

____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______

Next scheduled office visit: ____________

Comments:

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|

Signature required: ____________ Date: ____________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I **understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [signature] Date: 6/17/2021

Date of Birth: ____ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

| | |
|---|---|
| Date: | November 5, 2021 |
| To: | KATHY NUNEZ-DE VAZQUEZ<br>TRAUMA INFORMED COUNSELING CENTER |
| Attn: | Medical Records<br>Forms |
| Fax: | (859) 368-0018 |
| From: | William Yetman<br>Claims Examiner II, Claims<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (260) 455-9946 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #: 11495594<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

November 5, 2021

Kathy Nunez-De Vazquez

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Connolly
Claimant D.O.B.:

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Csl Behring Llc.'s Group Disability Plan. We are writing in reference to April Connolly's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to all treating providers. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by November 11, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

William Yetman
Claims Examiner II, Claims
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

**Return To:** Akelah Tanner



EMPLOYEE/CLAIMANT NAME: April Connolly

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: __________

**TO BE COMPLETED BY CLINICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** __________

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

**EMOTIONAL STATE:** (mood and affect)

**EXPERIENCES:** (describe hallucinations/delusions)

**SENSORIUM:** (level of alertness, patient's orientation)

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** __________
**Short Term:** __________
**Long Term:** __________

**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

Suicidal thoughts, plans, actions

Homicidal thoughts, plans, actions

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®



**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

Goal: ____________ Success Indicator: ____________ Timeline: ____________

**Diagnosis (DSM-5)**

____________________

____________________

____________________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

List all current medications:

____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______

Next scheduled office visit: ____________________

Comments:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|

Signature required: ______________________________ Date: ____________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

- My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- Job duties, earnings, personnel records and other work related information and federal and state tax returns.
- Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [DocuSigned signature] Date: 6/17/2021

Date of Birth: ___ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

| | |
|---|---|
| Date: | November 5, 2021 |
| To: | MICHAEL BENNET<br>TRAUMA INFORMED COUNSELING CENTER |
| Attn: | Medical Records<br>Forms |
| Fax: | (859) 368-0018 |
| From: | William Yetman<br>Claims Examiner II, Claims<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (260) 455-9946 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #: 11495594<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

November 5, 2021

Michael Bennet

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Connolly
Claimant D.O.B.:

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Csl Behring Llc.'s Group Disability Plan. We are writing in reference to April Connolly's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to all treating providers. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by November 11, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

William Yetman
Claims Examiner II, Claims
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

**Return To:** Akelah Tanner



EMPLOYEE/CLAIMANT NAME: April Connolly

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ______

**TO BE COMPLETED BY CLINICIAN:**

Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ______

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

**EMOTIONAL STATE:** (mood and affect)

**EXPERIENCES:** (describe hallucinations/delusions)

**SENSORIUM:** (level of alertness, patient's orientation)

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ______

**Short Term:** ______

**Long Term:** ______

Lincoln Financial Group®



**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ______

**Homicidal thoughts, plans, actions** ______

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®



**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

Goal: ____________ Success Indicator: ____________ Timeline: ____________

**Diagnosis (DSM-5)**

____________________
____________________
____________________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

List all current medications:

____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______

Next scheduled office visit: ____________________

Comments:

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________

______________________________________________________________________________

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|

Signature required: ______________________________ Date: ______________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I **understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [signature: DocuSigned by: April Tyler] Date: 6/17/2021

Date of Birth: ______ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

| | |
|---|---|
| Date: | November 5, 2021 |
| To: | TINA SHELTON-COOMER PMHNP-BC<br>LEXINGTON - MONARCH OFFICE<br>1030 MONARCH STREET<br>STE 100 & 200<br>LEXINGTON KY 40513 |
| Attn: | Medical Records<br>Forms |
| Fax: | (859) 296-3144 |
| From: | William Yetman<br>Claims Examiner II, Claims<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (260) 455-9946 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #: 11495594<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

November 5, 2021

Tina Shelton-Coomer, Pmhnp-Bc
LEXINGTON - MONARCH OFFICE
1030 MONARCH STREET
STE 100 & 200
LEXINGTON, KY 40513

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Connolly
Claimant D.O.B.:

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Csl Behring Llc.'s Group Disability Plan. We are writing in reference to April Connolly's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to all treating providers. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by November 11, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

William Yetman
Claims Examiner II, Claims
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

**Return To:** Akelah Tanner ______



EMPLOYEE/CLAIMANT NAME: April Connolly ______

CLAIM NO: 11495594 ______

EMPLOYER/SPONSOR: Csl Behring Llc. ______ DATE OF BIRTH: ______

**TO BE COMPLETED BY CLINICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ______

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

______

**EMOTIONAL STATE:** (mood and affect)

______

**EXPERIENCES:** (describe hallucinations/delusions)

______

**SENSORIUM:** (level of alertness, patient's orientation)

______

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ______
**Short Term:** ______
**Long Term:** ______

Lincoln Financial Group®

**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ______

**Homicidal thoughts, plans, actions** ______

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®



**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

____________________________________________
____________________________________________
____________________________________________
____________________________________________

Goal: ____________ Success Indicator: ____________ Timeline: ____________

**Diagnosis (DSM-5)**

____________________
____________________
____________________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

____________________________________________
____________________________________________
____________________________________________
____________________________________________

List all current medications:

____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______

Next scheduled office visit: ____________________

Comments:

____________________________________________
____________________________________________
____________________________________________
____________________________________________

____________________________________________
Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No.

Signature required: ______________________ Date: ____________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [DocuSigned by: signature] Date: 6/17/2021

Date of Birth: __ ______ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

| | |
|---|---|
| Date: | October 14, 2021 |
| To: | BRYAN MANNING |
| Attn: | |
| Fax: | (859) 296-3144 |
| From: | Morgan Criddle<br>Integrate Specialist<br>On Behalf Of: William Yetman<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (260) 455-9946 |
| Total Pages<br>(Including Cover): | 7 |
| RE: | Claim #: 11495594<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

October 14, 2021

Bryan Manning

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Connolly
Claimant D.O.B.:

Dear Bryan Manning:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 25, 2021 through present

- Completion of the Enclosed Forms:

  _X_ Functional Status Evaluation
  ___ Other

We ask that you provide this information by October 20, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (260) 455-9946 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Connolly allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Connolly's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Morgan Criddle
Integrate Specialist
On Behalf Of: William Yetman
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

**Return To:** William Yetman



EMPLOYEE/CLAIMANT NAME: April Connolly

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY PHYSICIAN:**

Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ____________

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

____________

**EMOTIONAL STATE:** (mood and affect)

____________

**EXPERIENCES:** (describe hallucinations/delusions)

____________

**SENSORIUM:** (level of alertness, patient's orientation)

____________

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ____________

**Short Term:** ____________

**Long Term:** ____________

DP 532 Rev. 06/01

Lincoln Financial Group®

*Functional Mental Status Evaluation page 2 of 3*

**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

Suicidal thoughts, plans, actions

Homicidal thoughts, plans, actions

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®

*Functional Mental Status Evaluation*
*page 3 of 3*

**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

Goal: ________ Success Indicator: ________ Timeline: ________

**Diagnosis (DSM-5)**

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

List all current medications:

| | | | | |
|---|---|---|---|---|
| | Dosage: | Frequency: | Begin Date: | End Date: |
| | Dosage: | Frequency: | Begin Date: | End Date: |
| | Dosage: | Frequency: | Begin Date: | End Date: |
| | Dosage: | Frequency: | Begin Date: | End Date: |

Next scheduled office visit:

Comments:
I have not seen this client since July 6th 2021

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|
| Bryan Manning | LPCC | | 859-296-3144 | 859-296-3144 |

Signature required: [signature] Date: 10/19/21

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [signature] Date: 6/17/2021

Date of Birth: ____ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 14, 2021 |
| To: | TINA SHELTON COOMER |
| Attn: | Form and Records Please |
| Fax: | (859) 296-3144 |
| From: | Brian Armstrong<br>Claims Adjuster<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11495594<br>Claimant: April Tyler<br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

July 14, 2021

Tina Shelton Coomer

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Tyler
Claimant D.O.B.:

Dear Tina Shelton Coomer:

We are the Disability Claim Administrator for your patient, April Tyler.

To evaluate Ms. Tyler's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2021 through present

- Completion of the Enclosed Forms:

  X Functional Status Evaluation
  __ Other

We ask that you provide this information by July 21, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brian Armstrong
Claims Adjuster
Phone No.: (844) 249-9678 Ext. 13987
Secure Fax No.: (603) 334-0380

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

**Return To:** Brian Armstrong

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: April Tyler

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ____________

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

____________

**EMOTIONAL STATE:** (mood and affect)

____________

**EXPERIENCES:** (describe hallucinations/delusions)

____________

**SENSORIUM:** (level of alertness, patient's orientation)

____________

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ____________
**Short Term:** ____________
**Long Term:** ____________

DP 532 Rev. 06/01

Lincoln Financial Group®

*Functional Mental Status Evaluation page 2 of 3*

**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

Suicidal thoughts, plans, actions

Homicidal thoughts, plans, actions

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®

*Functional Mental Status Evaluation page 3 of 3*

**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

______________________________

Goal: __________ Success Indicator: __________ Timeline: __________

**Diagnosis (DSM-5)**

__________
__________
__________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

______________________________

List all current medications:

__________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
__________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
__________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
__________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______

Next scheduled office visit: ____________________

Comments:

______________________________

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|

Signature required: ____________________ Date: __________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

00001503 LFPC9VD1 00003297 E

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Lee Tyler

Name of legal representative, if applicable (print) April Lee Tyler Relationship Self

Signature of claimant or legal representative April Lee Tyler Date: 6/26/21

Date of Birth: ______ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

| | |
|---|---|
| Date: | October 14, 2021 |
| To: | BRYAN MANNING |
| Attn: | |
| Fax: | (859) 296-3144 |
| From: | Morgan Criddle<br>Integrate Specialist<br>On Behalf Of: William Yetman<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (260) 455-9946 |
| Total Pages<br>(Including Cover): | 7 |
| RE: | Claim #: 11495594<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

October 14, 2021

Bryan Manning

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Connolly
Claimant D.O.B.:

Dear Bryan Manning:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 25, 2021 through present

- Completion of the Enclosed Forms:

  X Functional Status Evaluation
  __ Other

We ask that you provide this information by October 20, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (260) 455-9946 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Connolly allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Connolly's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Morgan Criddle
Integrate Specialist
On Behalf Of: William Yetman
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

**Return To:** William Yetman



EMPLOYEE/CLAIMANT NAME: April Connolly

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ____________

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

**EMOTIONAL STATE:** (mood and affect)

**EXPERIENCES:** (describe hallucinations/delusions)

**SENSORIUM:** (level of alertness, patient's orientation)

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ____________
**Short Term:** ____________
**Long Term:** ____________

Lincoln Financial Group®



**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ____

**Homicidal thoughts, plans, actions** ____

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®



**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

Goal: __________________ Success Indicator: __________________ Timeline: __________________

**Diagnosis (DSM-5)**

____________________________

____________________________

____________________________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

List all current medications:

____________________ Dosage: ________ Frequency: ________ Begin Date: __________ End Date: __________
____________________ Dosage: ________ Frequency: ________ Begin Date: __________ End Date: __________
____________________ Dosage: ________ Frequency: ________ Begin Date: __________ End Date: __________
____________________ Dosage: ________ Frequency: ________ Begin Date: __________ End Date: __________

Next scheduled office visit: __________________________________

Comments:

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
| --- | --- | --- | --- | --- |
| | | | | |

Signature required: ____________________________________________ Date: ____________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

## I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I **understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [DocuSigned signature] Date: 6/17/2021

Date of Birth: ___ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

| | |
|---|---|
| Date: | October 14, 2021 |
| To: | BAPTIST HEALTH LEXINGTON |
| Attn: | |
| Fax: | (270) 825-5942 |
| From: | Morgan Criddle<br>Integrate Specialist<br>On Behalf Of: William Yetman<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (260) 455-9946 |
| Total Pages (Including Cover): | 7 |
| RE:<br><br>Claim #: 11495594<br>Claimant: April Connolly<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

October 14, 2021

Baptist Health Lexington

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Connolly
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 25, 2021 through present

- Completion of the Enclosed Forms:

  _X_ Functional Status Evaluation
  __ Other

We ask that you provide this information by October 20, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (260) 455-9946 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Connolly allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Connolly's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Morgan Criddle
Integrate Specialist
On Behalf Of: William Yetman
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

**Return To:** William Yetman



EMPLOYEE/CLAIMANT NAME: April Connolly

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ______

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ______

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

______

**EMOTIONAL STATE:** (mood and affect)

______

**EXPERIENCES:** (describe hallucinations/delusions)

______

**SENSORIUM:** (level of alertness, patient's orientation)

______

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ______
**Short Term:** ______
**Long Term:** ______

Lincoln Financial Group®



**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ______

**Homicidal thoughts, plans, actions** ______

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

______________________________________________
______________________________________________
______________________________________________
______________________________________________

Goal: ____________ Success Indicator: ____________ Timeline: ____________

**Diagnosis (DSM-5)**

____________
____________
____________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

______________________________________________
______________________________________________
______________________________________________
______________________________________________

List all current medications:

____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______

Next scheduled office visit: ____________________

Comments:

______________________________________________
______________________________________________
______________________________________________
______________________________________________

______________________________________________
Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No.

Signature required: ______________________ Date: ____________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative DocuSigned by: [signature] Date: 6/17/2021

Date of Birth: ______ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

| | |
|---|---|
| Date: | October 14, 2021 |
| To: | KATHY NUNEZ-DE VAZQUEZ<br>TRAUMA INFORMED COUNSELING CENTER |
| Attn: | |
| Fax: | (859) 368-0018 |
| From: | Morgan Criddle<br>Integrate Specialist<br>On Behalf Of: William Yetman<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (260) 455-9946 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11495594<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

October 14, 2021

Kathy Nunez-De Vazquez
Trauma Informed Counseling Center

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Connolly
Claimant D.O.B.:

Dear Kathy Nunez-De Vazquez:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 25, 2021 through present

- Completion of the Enclosed Forms:

 X  Functional Status Evaluation
 __ Other

We ask that you provide this information by October 20, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (260) 455-9946 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Connolly allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Connolly's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Morgan Criddle
Integrate Specialist
On Behalf Of: William Yetman
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

Lincoln Financial Group®

**Return To:** William Yetman



EMPLOYEE/CLAIMANT NAME: April Connolly

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ____________

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

____________

**EMOTIONAL STATE:** (mood and affect)

____________

**EXPERIENCES:** (describe hallucinations/delusions)

____________

**SENSORIUM:** (level of alertness, patient's orientation)

____________

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ____________

**Short Term:** ____________

**Long Term:** ____________

DP 532 Rev. 06/01

Lincoln Financial Group®



**<u>COGNITION:</u>** (Define status and what testing determines impairment)

**<u>JUDGMENT AND INSIGHT:</u>** (What evidence supports impairment?)

**<u>RISK BEHAVIORS:</u>**

**Suicidal thoughts, plans, actions** ______

**Homicidal thoughts, plans, actions** ______

**<u>SUBSTANCE ABUSE:</u>** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®



**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

Goal: ________________ Success Indicator: ________________ Timeline: ________________

**Diagnosis (DSM-5)**

______________________
______________________
______________________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

List all current medications:

______________ Dosage: ________ Frequency: ________ Begin Date: ________ End Date: ________
______________ Dosage: ________ Frequency: ________ Begin Date: ________ End Date: ________
______________ Dosage: ________ Frequency: ________ Begin Date: ________ End Date: ________
______________ Dosage: ________ Frequency: ________ Begin Date: ________ End Date: ________

Next scheduled office visit: ______________________________

<u>Comments:</u>

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

______________________________________________________________________

Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No.

Signature required: ______________________________ Date: ________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I **understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [DocuSigned signature] Date: 6/17/2021

Date of Birth: ______ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

| | |
|---|---|
| Date: | October 14, 2021 |
| To: | MICHAEL BENNET |
| Attn: | |
| Fax: | (859) 368-0018 |
| From: | Morgan Criddle<br>Integrate Specialist<br>On Behalf Of: William Yetman<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (260) 455-9946 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11495594<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

October 14, 2021

Michael Bennet

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Connolly
Claimant D.O.B.:

Dear Michael Bennet:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 25, 2021 through present

- Completion of the Enclosed Forms:

  X Functional Status Evaluation
  __ Other

We ask that you provide this information by October 20, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (260) 455-9946 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Connolly allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Connolly's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Morgan Criddle
Integrate Specialist
On Behalf Of: William Yetman
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

**Return To:** William Yetman



EMPLOYEE/CLAIMANT NAME: April Connolly

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ____

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ____

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

**EMOTIONAL STATE:** (mood and affect)

**EXPERIENCES:** (describe hallucinations/delusions)

**SENSORIUM:** (level of alertness, patient's orientation)

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ____

**Short Term:** ____

**Long Term:** ____

Lincoln Financial Group®



**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ______

**Homicidal thoughts, plans, actions** ______

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®



**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

________________________________________________________________________________

Goal: ________________ Success Indicator: ________________ Timeline: ________________

**Diagnosis (DSM-5)**

________________________

________________________

________________________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

________________________________________________________________________________

List all current medications:

| | | | | |
|---|---|---|---|---|
| ____________ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |
| ____________ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |
| ____________ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |
| ____________ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |

Next scheduled office visit: ____________________________

Comments:

________________________________________________________________________________

________________________________________________________________________________

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|

Signature required: ________________________________ Date: ________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I **understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [DocuSigned by: signature] Date: 6/17/2021

Date of Birth: ________ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

| | |
|---|---|
| Date: | October 14, 2021 |
| To: | TINA SHELTON COOMER |
| Attn: | |
| Fax: | (859) 296-3144 |
| From: | Morgan Criddle<br>Integrate Specialist<br>On Behalf Of: William Yetman<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (260) 455-9946 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11495594<br>Claimant: April Connolly<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

October 14, 2021

Tina Shelton Coomer

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Connolly
Claimant D.O.B.:

Dear Tina Shelton Coomer:

We are the Disability Claim Administrator for your patient, April Connolly.

To evaluate Ms. Connolly's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 25, 2021 through present

- Completion of the Enclosed Forms:

  X Functional Status Evaluation
  __ Other

We ask that you provide this information by October 20, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (260) 455-9946 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Connolly allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Connolly's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Morgan Criddle
Integrate Specialist
On Behalf Of: William Yetman
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

**Return To:** William Yetman



EMPLOYEE/CLAIMANT NAME: April Connolly

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ______

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ______

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

______

**EMOTIONAL STATE:** (mood and affect)

______

**EXPERIENCES:** (describe hallucinations/delusions)

______

**SENSORIUM:** (level of alertness, patient's orientation)

______

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ______

**Short Term:** ______

**Long Term:** ______

Lincoln Financial Group®



**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ____________________

**Homicidal thoughts, plans, actions** ____________________

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

_______________

Goal: __________ Success Indicator: __________ Timeline: __________

**Diagnosis (DSM-5)**

__________

__________

__________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

_______________

List all current medications:

| | | | | |
|---|---|---|---|---|
| __________ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |
| __________ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |
| __________ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |
| __________ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |

Next scheduled office visit: ____________________

Comments:

_______________

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|
| | | | | |

Signature required: ____________________ Date: __________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I **understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [DocuSigned by: signature] Date: 6/17/2021

Date of Birth: ______ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. APRIL CONNOLLY

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

October 15, 2021

Ms. April Connolly

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594

Dear Ms. April Connolly:

The Lincoln National Life Insurance Company is responsible for managing claims for Short Term Disability (STD) benefits under Csl Behring Llc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On October 14, 2021, we requested office visit notes, treatment plan, and prescription history from Baptist Health, Dr. Bennet, Dr. Manning, Ms. Nunez-de Vazquez. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 25, 2021 through present from Baptist Health, Dr. Bennet, Dr. Manning, Ms. Nunez-de Vazquez

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Csl Behring Llc.'s STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than November 29, 2021 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Morgan Criddle
Integrate Specialist
On Behalf Of: William Yetman
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

October 7, 2021

**Employee Name:** Ms. APRIL CONNOLLY
**Employer Name:** CSL Behring
**Correspondence Type:** Continuous Leave End Notification
**Leave ID No.:** 11495716

## Purpose of Letter

We are writing to inform you that your leave under the Family & Medical Leave Act (FMLA) for a leave of absence due to your own medical condition has closed as of August 4, 2021 because additional medical information was not received.

Please contact Leave Services if you have any questions.

## Your Entitlement

As of the date of this letter, you have 160 hours of unpaid leave remaining under the Family & Medical Leave Act for the current 12 month period, which is measured backwards from the first date leave was taken.

## Important Employer Information

Inquiries regarding your employment status or any benefits should be discussed with your employer.

## Action Required

✓ **Contact** your employer to schedule your return to work and discuss your employment status. You should also contact your employer if you are able to return to work earlier than anticipated.

✓ **Contact** Leave Services and your employer to request a leave extension if you are not able to return to work. Unless you have an approved leave extension, ***failure to return to work at the end of your leave may result in your employer terminating your employment for job abandonment.***

✓ **Submit** supporting documentation to request an extension of your leave within 22 days using the contact information below.

✓ **Retain** a copy of the documentation for your records. Please allow two business days for us to review faxed and emailed documents and seven business days for mailed documents.

## 24/7 Updates

Visit My Lincoln Portal[SM] from your computer or mobile device at www.mylincolnportal.com to:

- Report an absence
- Track the status of a claim or leave
- View payment information
- View leave entitlements, time available, used, and remaining
- Access contact information
- Download forms and educational resources

**First-time users:** Register by creating a user login and password using company code: CSLBehring

## Receive Letters Sooner

Get letters, forms, and other important information by email! Send your paperless request to LincolnLeaveAdmin@lfg.com with your name and leave ID to sign up!

## Contact Us

**By Email:**
LincolnLeaveAdmin@lfg.com

**By Phone:** (800) 291-0112

**By Fax:** (260) 455-9946

**Write us:**
Group Benefits Disability Claims
The Lincoln National Life Insurance Company
P.O. Box 2578
Omaha, NE 68172-9688

## Our Next Steps

✓ If you submit documents to extend your leave, we will send you periodic letters regarding the status of your leave request.

Sincerely,

WILLIAM YETMAN

Disability Claims Department
Office Phone: (800) 291-0112 Ext. 39021
Office Fax: (260) 455-9946

Attachments: Certification Of Health Care Provider Form Own Shc

Lincoln Financial Group®

### 24/7 Updates

Visit My Lincoln Portal℠ from your computer or mobile device at www.mylincolnportal.com to:

- Report an absence
- Track the status of a claim or leave
- View payment information
- View leave entitlements, time available, used, and remaining
- Access contact information
- Download forms and educational resources

**First-time users:** Register by creating a user login and password using company code: CSLBehring

### Receive Letters Sooner

Get letters, forms, and other important information by email! Send your paperless request to LincolnLeaveAdmin@lfg.com with your name and leave ID to sign up!

### Contact Us

**By Email:**
LincolnLeaveAdmin@lfg.com

**By Phone:** (800) 291-0112

**By Fax:** (260) 455-9946

**Write us:**
Group Benefits Disability Claims
The Lincoln National Life Insurance Company
P.O. Box 2578
Omaha, NE 68172-9688

Lincoln Financial Group®

# Certification of Health Care Provider for Employee's Serious Health Condition Family and Medical Leave Act (FMLA)

**Group Benefits Disability Claims**
**The Lincoln National Life Insurance Company**
**P.O. Box 2578,**
**Omaha, NE 68172-9688**
**Phone: (844) 249-9678**
**Fax: (866) 265-8993**

## SECTION I: TO BE COMPLETED BY PATIENT/EMPLOYEE

**INSTRUCTIONS TO THE EMPLOYEE:** Please complete Section I before providing this form to your health care provider. The FMLA permits an employer to require that you submit a medical certification to support a request for FMLA leave. Failure to timely provide a complete and sufficient medical form will result in a denial of your FMLA Request.

**Company Name:** CSL Behring

**Employee Name:** APRIL CONNOLLY **Leave ID#:** 11495716

**Employee Date of Birth:** ______________________________ **Employee Phone:** (_______) ______________________________

**Employee Job Title:** ________________________________________________________________________________

**Employee Regular Work Schedule: Shift Begin Time:**______________ **Shift End Time:** __________________

**Regular Days Worked:** ☐ Sunday ☐ Monday ☐ Tuesday ☐ Wednesday ☐ Thursday ☐ Friday ☐ Saturday

**Work Schedule Comments:** ________________________________________________________________________

________________________________________________________________________________________________

**Note:** If you need a part time or a consistent reduced work schedule, it is your responsibility to provide this information to your employer in order for them to plan accordingly.

**Leave Begin Date:** 06/10/2021 **Leave End Date:** 08/04/2021

**Medical Release:** I authorize the release and verification of medical information in order to process this FMLA request.

**Signature of Patient/Employee:** _______________________________________________**Date:** ______________________________

## SECTION II: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

**INSTRUCTIONS TO THE HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Please answer all questions so a determination for FMLA coverage can be made.

**For residents of California, do not disclose the underlying diagnosis unless you have received consent from the patient.**

**The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic Information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.**

**Employee Name:** APRIL CONNOLLY ____________ **Leave ID#:** 11495716

## SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

1. **MEDICAL FACTS:** *This may include symptoms, diagnosis or any regimen of continuing treatment, such as the use of specialized equipment.*

   **(1A) Other than residents of CA,** describe the patient's medical facts (symptoms/diagnosis) related to the serious health condition:

   ____________________

   ____________________

   **(1B)** Approximate Date condition commenced: ____________ Probable duration of condition: ____________

   If the medical condition is **pregnancy**, provide the expected delivery date: ____________

---

2. **TREATMENT:** This includes examinations to determine if a serious health condition exists, evaluations of the condition and actual treatment by or under the supervision of a qualified health care provider.

   **(2A)** Was the patient seen within 7 days of the requested leave begin date? ☐ YES ☐ NO

   **(2B)** Was medication, other than over-the-counter medication, prescribed? ☐ YES ☐ NO

   **(2C)** Will the patient need to have treatment visits at least twice per year due to the condition? ☐ YES ☐ NO

   **(2D)** Was the patient admitted for an overnight stay in a hospital, hospice, or medical care facility ? ☐ YES ☐ NO

   **If yes**, Admission Date: ____________ Discharge Date: ____________

   **(2E)** Was the patient referred to another health care provider(s) for evaluation or treatment? ☐ YES ☐ NO

   **If yes**, Provider Name: ____________

   Provider Specialty: ____________

   Provider Phone Number: (______) ____________

   Describe the nature of the treatment: ____________

   ____________________

---

3. **ABSENCE FROM WORK:** Please refer to the list of the patient's job description if one has been provided. If one has not been provided, please answer this question based on the patient's own description of his/her job function.

   **(3A)** Is the patient unable to perform any of his/her job functions due to his/her serious health condition? ☐ YES ☐ NO

   **If yes**, identify the job functions patient is unable to perform:

   ____________________

   ____________________

   ____________________

   **(3B)** Is it medically necessary for patient to be absent from work? ☐ YES ☐ NO

   **If yes**, specify the appropriate reason(s) below. **Select <u>ALL</u> that apply.**

   ☐ Due to Incapacity (The employee may need time off work due to experiencing episodic flare-ups)

   ☐ Due to Treatment/Visits (The employee may need time off to attend appointments)

**Employee Name:** APRIL CONNOLLY ________________________________ **Leave ID#:** 11495716

## SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

4. **LEAVE DATES/FREQUENCY: For an extension of a leave**, there should be no gap in time from the end date shown on page 1 and begin date provided.

**(4A)** Will the patient be incapacitated and absent from work for a single continuous period of time? ☐ YES ☐ NO

**If yes**, Leave Begin Date: ____________________ Leave End Date: ____________________

**(4B)** Will the patient need recurring absences taken at separate periods of time? ☐ YES ☐ NO

**If yes**, Leave Begin Date: ____________________ Leave End Date: ____________________

**Frequency:** Based on your medical knowledge, experience and examination of the patient, please estimate a frequency. If unsure, a reasonable range should be provided. Terms such as "n/a", "unknown", "undetermined" or "as needed" are not acceptable.

i. Frequency for Incapacity:

a) Number of episodes: _______ per ☐ Week OR ☐ Month and

b) How many hours, days or weeks per episode?

_________ Hour(s) _______ Day(s) _______Week(s)

ii. Frequency for Treatment/Visits:

Number of Appointments: _______ per ☐ Week OR ☐ Month

**(4C)** Is it medically necessary for the employee to work a part-time or a consistent reduced work schedule due to the patient's health condition? ☐ YES ☐ NO

**If yes**, specify below, including time and duration for the reduced work schedule: (Example: Cannot work more than 5 hours a day for one month)

________________________________________________________________________

________________________________________________________________________

---

I certify that the information provided in this Certification of Health Care Provider form (Section II) is accurate to the best of my knowledge.

Signature of Provider:________________________________________ Date: ____________________

Print Provider Name: ________________________________________ Phone: (______)________________

Provider Medical Specialty: ________________________________________________________________

Medical Credentials (Example: MD, DO, ***DC**):________________________________ Fax: (______) ________________

***IF** the medical credential is listed as "**DC**", please confirm if x-rays have been taken for the patient's condition. ☐ YES ☐ NO

Please **FAX** the completed Certification of Health Care Provider form to Lincoln Financial Group. Retain a copy of the form AND the successful fax confirmation report for your records. If you wish to mail or contact Lincoln Financial Group, the information is provided at the top of page one.

**From:** LincolnAbsenceNotification@lfg.com
**To:**
NABCTLincolnFinancial.Leave@CSLPLASMA.COM;LATISHA.FARRIS@CSLPLASMA.COM
**Cc:** LMLeaveadmin@libertymutual.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: April Tyler Short Term Disability/Leave Approval or Extension for 1307106 Claim 11495594

This is to notify you that there has been an approval or extension of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Last Day Worked: 6/9/2021

Date of Disability: 6/10/2021

Benefit Payments Period: 6/17/2021 thru 8/4/2021
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: 6/10/2021 thru 8/4/2021
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Approved

This is for a continuous leave.

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. or contact the assigned Case Manager at william.yetman@lfg.com. Please be sure to reference claim number 11495594.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

| | |
|---|---|
| Date: | October 2, 2021 |
| To: | TINA SHELTON COOMER |
| Attn: | Medical Records |
| Fax: | (859) 296-3144 |
| From: | Katrina Burcke<br>Claims Examiner II, Claims<br>On Behalf Of: William Yetman<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (260) 455-9946 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 11495594<br>Claimant: April Tyler<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

October 2, 2021

Tina Shelton Coomer

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Tyler
Claimant D.O.B.:

Dear Tina Shelton Coomer:

We are the Disability Claim Administrator for your patient, April Tyler.

To evaluate Ms. Tyler's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2021 through the present

- Completion of the Enclosed Forms:

  X Functional Status Evaluation
  X Attending Physician's Statement
  __ Other

We ask that you provide this information by October 9, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (260) 455-9946 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Tyler allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Tyler's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katrina Burcke
Claims Examiner II, Claims
On Behalf Of: William Yetman
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: Functional Status Evaluation
Attending Physician's Statement
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

**Return To:** William Yetman



EMPLOYEE/CLAIMANT NAME: April Tyler

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ______

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ______

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

______

**EMOTIONAL STATE:** (mood and affect)

______

**EXPERIENCES:** (describe hallucinations/delusions)

______

**SENSORIUM:** (level of alertness, patient's orientation)

______

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ______
**Short Term:** ______
**Long Term:** ______

Lincoln Financial Group®



**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ______

**Homicidal thoughts, plans, actions** ______

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®



**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

Goal: ____________ Success Indicator: ____________ Timeline: ____________

**Diagnosis (DSM-5)**

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

List all current medications:

____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______

Next scheduled office visit: ____________________

Comments:

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|

Signature required: ______________________ Date: ____________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I **understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [signature] Date: 6/17/2021

Date of Birth: ______ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

**Return To:** William Yetman

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| April | | Tyler | 11495594 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: ____

Primary ICD diagnosis Description: ____

Secondary ICD Diagnosis Code: ____

Secondary ICD Diagnosis Description: ____

**Pregnancy** First Treated ____/____/______ Estimated Delivery ____/____/______ Date of Delivery ____/____/______ ☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____/ _____ /___________

Transferring _____/ _____ /___________

Bathing _____/ _____ /___________

Toileting _____/ _____ /___________

Eating _____/ _____ /___________

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Date patient experienced loss of
Cognitive Functioning: _____ / _____ / _______

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ / ____ / _____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City State Zip Code

Phone Number Fax Number

**Signature** ___/___/___ **Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

| | |
|---|---|
| Date: | October 2, 2021 |
| To: | BRYAN MANNING |
| Attn: | Medical Records |
| Fax: | (859) 296-3144 |
| From: | Katrina Burcke<br>Claims Examiner II, Claims<br>On Behalf Of: William Yetman<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (260) 455-9946 |
| Total Pages (Including Cover): | 11 |
| RE: | Claim #: 11495594<br>Claimant: April Tyler<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

October 2, 2021

Bryan Manning

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Tyler
Claimant D.O.B.:

Dear Bryan Manning:

We are the Disability Claim Administrator for your patient, April Tyler.

To evaluate Ms. Tyler's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2021 through the present

- Completion of the Enclosed Forms:

  X Functional Status Evaluation
  X Attending Physician's Statement
  __ Other

We ask that you provide this information by October 9, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (260) 455-9946 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Tyler allowing the release of information to our company. This authorization specifically allows you to release medical

information to us and is valid for two years from the date of Ms. Tyler's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katrina Burcke
Claims Examiner II, Claims
On Behalf Of: William Yetman
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: Functional Status Evaluation
Attending Physician's Statement
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

**Return To:** William Yetman



EMPLOYEE/CLAIMANT NAME: April Tyler

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ______

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ______

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

**EMOTIONAL STATE:** (mood and affect)

**EXPERIENCES:** (describe hallucinations/delusions)

**SENSORIUM:** (level of alertness, patient's orientation)

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ______
**Short Term:** ______
**Long Term:** ______

**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ______

**Homicidal thoughts, plans, actions** ______

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

Goal: ____________ Success Indicator: ____________ Timeline: ____________

**Diagnosis (DSM-5)**

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

List all current medications:

| | | | | |
|---|---|---|---|---|
| ____________ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |
| ____________ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |
| ____________ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |
| ____________ | Dosage: ______ | Frequency: ______ | Begin Date: ______ | End Date: ______ |

Next scheduled office visit: ____________

Comments:

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|

Signature required: ____________ Date: ____________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I **understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [signature] Date: 6/17/2021

Date of Birth: ______ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

**Return To:** William Yetman

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| April | | Tyler | 11495594 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: 

Primary ICD diagnosis Description: 

Secondary ICD Diagnosis Code: 

Secondary ICD Diagnosis Description: 

**Pregnancy** First Treated: ____/____/______ Estimated Delivery: ____/____/______ Date of Delivery: ____/____/______ ☐ Vaginal ☐ C-Section

Symptoms: 

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /__________

Dressing _____/ _____ /__________

Transferring _____/ _____ /__________

Bathing _____/ _____ /__________

Toileting _____/ _____ /__________

Eating _____/ _____ /__________

Date patient experienced loss of
Cognitive Functioning: _____ / _____ / _______

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

Describe ongoing treatment frequency

## 6. Prognosis

Describe the patients prognosis for recovery

Patient able to return to work Full-Time on:

____ / ____ / _____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

## 7. Physician's Information

Name

Street Address

City

State

Zip Code

Phone Number

Fax Number

**Signature**

___/___/___
**Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

| | |
|---|---|
| Date: | October 2, 2021 |
| To: | KATHY NUNEZ-DE VAZQUEZ<br>TRAUMA INFORMED COUNSELING CENTER |
| Attn: | Medical Records |
| Fax: | (859) 368-0018 |
| From: | Katrina Burcke<br>Claims Examiner II, Claims<br>On Behalf Of: William Yetman<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (260) 455-9946 |
| Total Pages<br>(Including Cover): | 11 |
| RE: | Claim #: 11495594<br>Claimant: April Tyler<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

October 2, 2021

Kathy Nunez-De Vazquez
Trauma Informed Counseling Center

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Tyler
Claimant D.O.B.:

Dear Kathy Nunez-De Vazquez:

We are the Disability Claim Administrator for your patient, April Tyler.

To evaluate Ms. Tyler's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2021 through the present

- Completion of the Enclosed Forms:

 X  Functional Status Evaluation
 X  Attending Physician's Statement
 __ Other

We ask that you provide this information by October 9, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (260) 455-9946 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Tyler allowing the release of

information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Tyler's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katrina Burcke
Claims Examiner II, Claims
On Behalf Of: William Yetman
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: Functional Status Evaluation
Attending Physician's Statement
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

**Return To:** William Yetman



EMPLOYEE/CLAIMANT NAME: April Tyler

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: __________

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** __________

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

**EMOTIONAL STATE:** (mood and affect)

**EXPERIENCES:** (describe hallucinations/delusions)

**SENSORIUM:** (level of alertness, patient's orientation)

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** __________

**Short Term:** __________

**Long Term:** __________

Lincoln Financial Group®



**COGNITION:** (Define status and what testing determines impairment)

______________________________________________________________________

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

______________________________________________________________________

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ______________________

**Homicidal thoughts, plans, actions** ______________________

**SUBSTANCE ABUSE:** (abuse, dependency)

______________________________________________________________________

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

______________________________________________________________________

**What functional abilities are still retained?**

______________________________________________________________________

**What job tasks can this person perform?**

______________________________________________________________________

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

______________________________________________________________________

Lincoln Financial Group®



**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

Goal: ____________ Success Indicator: ____________ Timeline: ____________

**Diagnosis (DSM-5)**

______________
______________
______________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

List all current medications:

______________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
______________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
______________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
______________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______

Next scheduled office visit: ____________________

<u>Comments:</u>

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

______________________________________________________________________

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|

Signature required: ______________________________ Date: ______________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I **understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [signature] Date: 6/17/2021

Date of Birth: __ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

**Return To:** William Yetman

**To be completed by treating provider:**

**1. Patient Information**

| Full Name (First) | (M.I.) | (Last Name) | Claim Number |
|---|---|---|---|
| April | | Tyler | 11495594 |

| Height | Weight | Blood Pressure | Employer Name |
|---|---|---|---|
| | | | |

**2. Diagnosis**

Primary ICD diagnostic Code **(Required)**: ______

Primary ICD diagnosis Description: ______

Secondary ICD Diagnosis Code: ______

Secondary ICD Diagnosis Description: ______

**Pregnancy**

First Treated: ____/____/______ Estimated Delivery: ____/____/______ Date of Delivery: ____/____/______

☐ Vaginal ☐ C-Section

Symptoms

Objective Findings (Include copies of any x-rays, laboratory data, EKG's, MRI's, scans and any clinical findings)

**3. Disability Circumstances** - *Check if applicable*

☐ Illness ☐ Injury ☐ Work Related

If work related or injury, summarize circumstances

Date of:

| Symptoms first Appeared | Reduced Ability to work | Advised to stop work |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

| Initial Treatment | Most Recent Treatment | Next Treatment |
|---|---|---|
| ____/____/____ | ____/____/____ | ____/____/____ |

Dates hospital confined: ____/____/____ to ____/____/____

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

Lincoln Financial Group®

# Attending Physician's Statement

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

## 4. Limitations and Restrictions

Restrictions (what the patient SHOULD NOT do)

Limitations (what the patient CANNOT do)

**Indicate frequency per day the listed activities below can be used performed using:**
N= Never 0% O= Occasionally <33% F= Frequently 34%-66% C= Continuously 67% -100%

| **Lifting/Carrying** | | | | | | **Reaching** | |
|---|---|---|---|---|---|---|---|
| 1-5 lbs. | _____ | Standing | _____ | Crouching | _____ | Overhead | _____ |
| 6-10 lbs. | _____ | Walking | _____ | Crawling | _____ | Desk Level | _____ |
| 11-25 lbs. | _____ | Sitting | _____ | Grasping | _____ | Below Waist | _____ |
| 26-50 lbs. | _____ | Balancing | _____ | Climbing | _____ | | |
| 51-100 lbs. | _____ | Stooping | _____ | Pushing | _____ | | |
| 100 + lbs. | _____ | Kneeling | _____ | Pulling | _____ | | |
| | | Fingering | _____ | Bending | _____ | | |

What job modifications would allow the patient to return to work?

## 5. Treatment

Describe current and recommended treatment plans including any completed or future surgeries. (Include dates)

## 6. Prognosis

Describe the patients prognosis for recovery

## 7. Physician's Information

Name

Street Address

City State Zip Code

**Activities of Daily Living**

If patient cannot complete these activities of Daily living indicate, when they were first unable to do so. (M/D/Y)

Continence _____ /_____ /___________

Dressing _____/ _____ /___________

Transferring _____/ _____ /___________

Bathing _____/ _____ /___________

Toileting _____/ _____ /___________

Eating _____/ _____ /___________

Date patient experienced loss of Cognitive Functioning: _____ / _____ / _______

Describe ongoing treatment frequency

Patient able to return to work Full-Time on:

____ / ____ / _____ to ____ / ____ / ____

If a specific date is unavailable, please provide a date range you expect a fundamental or marked change.

Phone Number Fax Number

**Signature** ___/___/___ **Date**

Lincoln Financial Group is not responsible for charges incurred due to completion of this form. The patient is responsible for any charges associated with form completion.

(Please see FRAUD NOTICES attached)

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT AND KANSAS.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Date: September 15, 2021

Subject: **Behavioral Health Memorandum**

*Claim#: 11495594*

*Claimant: April Tyler*

*Clinical Assessment:*

EE separated from the workplace on 6/10/21. CS previously supported psychiatric R&L's through 7/14/21. EE is currently treating with Tina Shelton-Coomer, PMHNP (Psychiatry) and Bryan Manning, LPCC (Therapy) for Dissociative Identity Disorder (F44.81), Generalized Anxiety Disorder (F44.81) and Major Depressive Disorder (F33.3).

An FMSE submitted by Mr. Manning on 6/28/21 reveals EE to appear disheveled, have a stressed and constricted (mild restriction in display of feelings) emotional state and to be experiencing dissociation (feeling disconnected from one's thoughts). Mr. Manning notes that EE has impaired memory, and cognition. Mr. Manning mentions that EE recently went to the emergency department due to thoughts of self-harm (currently there are no records available to review from the emergency room), but states that EE is not currently experiencing thoughts of self-harm. Mr. Manning notes that EE's symptoms severely impair her ability to perform daily tasks such as self-care and that EE may have difficulty with task completion, focus and emotional regulation. Mr. Manning states that EE can communicate with her partner but is unable to complete any job tasks in any setting currently. Mr. Manning mentions that EE's RTW readiness is being measured by EE's improvement of her ability to care for herself, use coping skills and reduction of her self-reported symptoms. Mr. Manning notes that EE is participating in weekly therapy (currently there are no records of therapy OV available to review). NOV 7/14/21.

EE was seen by Ms. Shelton-Coomer on 7/14/21 and complained of anxiety, depression, dissociation, mood instability, disrupted sleep, racing thoughts and family, health, and past-trauma stressors. It was also mentioned that EE was recently in the emergency department similar to above. Ms. Shelton-Coomer noted EE to have an anxious mood and a moderately impaired attention span. EE was started on Hydroxyzine (an anti-anxiety medication). NOV 3 weeks.

EE's ERTW is currently unknown.

Due to severity of symptoms, MSE abnormalities and medication management it would be reasonable to support psychiatric R&L's of inability to complete tasks requiring sustained

attention and concentration, inability to complete tasks requiring problem solving and inability to make complex decisions from 7/14/21-8/4/21 (NOV with Ms. Shelton-Coomer).

Based on a review of the medical available to the BHC at the time of this review, the information does not support the presence of psychiatric R/L's from 8/4/21 onward. Currently there are no records available to review from psychiatry beyond 7/14/21. The FMSE submitted by Mr. Manning is dated 6/28/21 and there are no OV to substantiate these findings or any current OV available to review. EE's current symptoms are unknown, and it is unknown if her symptoms impair her ability to complete day to day tasks and activities. EE's current treatment plan is unknown, and it is unknown if EE required any recent escalations in care such as the need for increased OV with Mr. Manning or treatment at higher levels of care such as an inpatient hospitalization. If additional records were to become available such as OV from Ms. Shelton-Coomer it would be recommended that CS confirm ERTW and re-refer to BHC for further review at that time. CS updated.

Amy Sinner, RN BSN

Behavioral Health Consultant, Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. APRIL TYLER

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

August 20, 2021

Ms. April Tyler

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594

Dear Ms. April Tyler:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Csl Behring Llc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Ms. April Tyler. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 28, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

William Yetman
Claims Examiner II, Claims
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: 11495594-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-07.14.2021

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. APRIL TYLER

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

July 15, 2021

Ms. April Tyler

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594

Dear Ms. April Tyler:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Csl Behring Llc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On 07/14/201, we requested medical records from Tina Coomer and Michael Bennett. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 1, 2021 through present from Tina Coomer and Michael Bennett

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Csl Behring Llc.'s STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than August 27, 2021 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brian Armstrong
Claims Adjuster
Phone No.: (844) 249-9678 Ext. 13987
Secure Fax No.: (603) 334-0380

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 14, 2021 |
| To: | TINA SHELTON COOMER |
| Attn: | Form and Records Please |
| Fax: | (859) 296-3144 |
| From: | Brian Armstrong<br>Claims Adjuster<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11495594<br>Claimant: April Tyler<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

July 14, 2021

Tina Shelton Coomer

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Tyler
Claimant D.O.B.:

Dear Tina Shelton Coomer:

We are the Disability Claim Administrator for your patient, April Tyler.

To evaluate Ms. Tyler's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2021 through present

- Completion of the Enclosed Forms:

  X Functional Status Evaluation
  __ Other

We ask that you provide this information by July 21, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brian Armstrong
Claims Adjuster
Phone No.: (844) 249-9678 Ext. 13987
Secure Fax No.: (603) 334-0380

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

0001503 LFPC9VD1 0003287 E

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Lee Tyler

Name of legal representative, if applicable (print) April Lee Tyler Relationship Self

Signature of claimant or legal representative April Lee Tyler Date: 6/26/21

Date of Birth: ___ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**



PAGE 2/2 * RCVD AT 6/28/2021 1:23:40 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6033340380 * CSID:+18623439530 * ANI:18623439530 * DURATION (mm-ss):00-31

SVR:VA1PWFAX201/4 * DNIS:6033340380 * CSID: * ANI:18595545200 * DURATION (mm-ss):02-23

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 07/14/2021**

**April Lee Tyler** Date of Birth:

## Psychiatric Progress Note

**Chief Complaint:** Medication management, depression, anxiety, PTSD, dissociative episodes, poor physical health

**History of Present Illness:** This is a 38 year old who has anxiety and depression, dissociative episodes and poor physical health. She is used to Jared Lemon. She has issues with insomnia.
She has voices that will not stop talking. She has more dissociative disorder. Her youngest alter is 2 years old. She has several alters ( current 8). There are down to a manageable number. There has been as many as 20 in the past. They have integrated. She has siblings- they are emotionally and psychologically damaged as well. She does see her parents and she felt fine with seeing parents. She now feels strange after reading the toxic parent book. Her sister has recommended the toxic parents.
She read the book in college and there was a separation with she and her parents.
She has heard awful things about her sister and now she is trying to find out reality.
Her mother grew up in a physically abusive home. She doesn't think she sees this about herself. Both siblings are in therapy.
She feels it is more PTSD. She has some memories coming back.
She has past trauma and she just read a book about toxic parents and she cannot recall abuse. She may have blocked it out.
She has periods of racing thoughts, mood swings, and different alter that comes out when her moods change.
She feels like she is at a good point with cognitive therapy.
She has issues with sleeping and anxiety and mood changes sometimes.

PHQ-9, GAD-7 and additional mental health assessments reviewed.

**Medications**
Current Medications: trazodone, 150 mg, QD, Directions: Take 1 oral tablet once a day PRN insomnia, tablet, oral, Quantity: 30, Duration: 30, Refills: 2, Date: 12/13/2019
propranolol, 20 mg, QD, Directions: Take 1 oral tablet once a day PRN anxiety,, tablet, oral, Quantity: 30, Duration: 30, Refills: 1, Date: 01/13/2020
lamotrigine, 100 mg, Directions: Take 1 PO QD., tablet, oral, Quantity: 30, Duration: 30, Refills: 5, Date: 06/02/2021
Medication Side Effects: Patient denies medication side effects.
Past Psychiatric Medications:
Medication Adherence: Adequate medication adherence.
Allergies/Adverse Reactions: No allergies on file

**Review of Systems**
Except for the systems documented in the HPI or detailed below, all other systems were reviewed and negative.

**Past Medical, Family and Social History**
No interim changes.
PFSH Summary: Went to ER due to stress. Was treated with once admin of xanax and helped per report. Now asthma was worse and stopped medication. Splitting and more personality issues.
Substance Use: Denies,
Smoking Status: Current Every Day Smoker

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 07/14/2021**

**April Lee Tyler** Date of Birth:

Usage per Day: 1 ppd. Number of Years: 14.
Medical History: Asthma. Cancer. Thyroid Problems.
Additional Past Medical History: Hashimotos - breast cancer

**Risk/Protective Assessment**
Suicidal or Homicidal Ideation: Patient denies.
Risk Factors: Negative Life Events
Protective Factors: At least one loving relationship, Family support

**Exam / Mental Status**
Vitals: Height: 65 inches.
Respiration: 18.
Mood: Anxious.
Affect: Full and Appropriate.
General Appearance/Behavior: Appears stated age. Appropriate grooming and hygiene.
Gait: Normal gait and upright station. No notable abnormal movements or coordination issues. Gait intact, normal and upright station. No notable abnormal movements or coordination issues. Gait intact, normal and upright station. No notable abnormal movements or coordination issues. No notable abnormal movements or coordination issues.
Orientation: Alert and oriented to person, place, time and situation.
Speech: Coherent and normal rate, volume and articulation. Articulate. Fluent.
Language: Names objects appropriately. Demonstrates understanding.
Associations: Intact. No loose associations noted. Intact.
Thought Process: Logical. Goal directed. Organized.
Memory: Good. Intact. Recent memory is intact. Remote memory is intact.
Abnormal/Psychotic Thoughts: No abnormal thought content, no auditory or visual hallucinations, no paranoid ideations or delusions. Patient denies suicidal ideation or thoughts of harm to others. Delusions were not present at the time of interview. Delusions were not present at the time of interview.
Fund of Knowledge: Intact. No abnormalities noted. Knowledge of current events is intact. Knowledge of past history is intact.
Attention and Concentration: Attention span moderately impaired.
Judgment and Insight: Good insight. Good insight regarding reason for visit. Good insight regarding reason for visit.

Treatment plan collaboratively reviewed and revised as needed, and clearly communicated with the patient/guardian who understood and agreed to it.

**Problems**
Problem #1: Anxiety. Acute. Severity: Moderate with exacerbation/side effects.
Problem #2: Dissociative disorder , Chronic. Severity: Moderate with exacerbation/side effects,
Problem #3: PTSD, Chronic. Severity: Moderate with exacerbation/side effects.
Problem #4: Rule out mood disorder . Chronic. Severity: Moderate with exacerbation/side effects.
Problem #5: Insomnia. Chronic. Severity: Moderate with exacerbation/side effects. Moderate with exacerbation/side effects

**Medical Decision-Making**
Documentation to Support Medical Decision Making: Data collected outside of interview.

Historian and Past Medical Records:

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 07/14/2021**

**April Lee Tyler** Date of Birth:

Independent Test Interpretation:

Assessments:
GAD-7 = 19.0
PHQ-9 =

**Assessment and Plan**
Goals and Plan:
Medication:
Start: lamotrigine 100
Continue: Pristiq 100
Discontinue:
PRN Medication: Clonidine 0.1mg
Adjunct Treatment:
Collaborate with: client

Lifestyle/Behavior Modification:
If symptoms do not improve or recur, consider: Pristiq - consider a taper ; vistaril for sleep and client is not sleeping all day now and she is improved. She went to the ER and this was due to cutting and the new ego did the cutting - appearance as a young child today- Baptist health for a visit. She has a difficult issue with time. In the am, the pills are by the door. She changes to different egos and identities.
Follow up In: 3 weeks

Patient Instruction/Education Provided: She would like to write a book about Dissocative disorder - for as long as she can recall.

Patient was provided with instructions regarding diagnosis and recommendations. Questions were welcomed and answered.

Patient Instructions: Visit Summary
Prescriptions:
SIG: hydroxyzine pamoate 25 mg capsule, 30 days, Dispense #30 Capsule, 3 Refills
Directions: Take 1 PO QD.

**Diagnoses**
F44.81 DISSOCIATIVE IDENTITY DISORDER
F41.1 GENERALIZED ANXIETY DISORDER

Present at Session: Patient.

Telehealth visit, informed consent obtained and patient location verified.

Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:43:11 PM
Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:44:18 PM
Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:44:36 PM
Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:45:14 PM

**BEAUMONT BEHAVIORAL HEALTH**
**1030 Monarch St Ste 100 Lexington, KY 40513-1820**
**Phone: (216) 468-5000 Fax:**
**Tina Shelton-coomer, PMHNP**
**Visit Date: 07/14/2021**

**April Lee Tyler** Date of Birth:

Electronically Signed: TINA SHELTON-COOMER PMHNP on/at 7/14/2021 2:45:47 PM

Signed By: TINA SHELTON-COOMER PMHNP 07/14/2021 02:43 PM, TINA SHELTON-COOMER PMHNP 07/14/2021 02:44 PM, TINA SHELTON-COOMER PMHNP 07/14/2021 02:44 PM, TINA SHELTON-COOMER PMHNP 07/14/2021 02:45 PM, TINA SHELTON-COOMER PMHNP 07/14/2021 02:45 PM

July 28, 2021

**Employee Name:** Ms. APRIL TYLER
**Employer Name:** CSL Behring
**Correspondence Type:** Continuous Leave End Notification
**Leave ID No.:** 11495716

## Purpose of Letter

We are writing to inform you that your leave under the Family & Medical Leave Act (FMLA) for a leave of absence due to your own medical condition has closed as of July 14, 2021 because additional medical information was not received.

Please contact Leave Services if you have any questions.

## Your Entitlement

As of the date of this letter, you have 280 hours of unpaid leave remaining under the Family & Medical Leave Act for the current 12 month period, which is measured backwards from the first date leave was taken.

## Important Employer Information

Inquiries regarding your employment status or any benefits should be discussed with your employer.

## Action Required

✓ **Contact** your employer to schedule your return to work and discuss your employment status. You should also contact your employer if you are able to return to work earlier than anticipated.

✓ **Contact** Leave Services and your employer to request a leave extension if you are not able to return to work. Unless you have an approved leave extension, ***failure to return to work at the end of your leave may result in your employer terminating your employment for job abandonment.***

✓ **Submit** supporting documentation to request an extension of your leave within 22 days using the contact information below.

✓ **Retain** a copy of the documentation for your records. Please allow two business days for us to review faxed and emailed documents and seven business days for mailed documents.

## 24/7 Updates

Visit My Lincoln Portal[SM] from your computer or mobile device at www.mylincolnportal.com to:

- Report an absence
- Track the status of a claim or leave
- View payment information
- View leave entitlements, time available, used, and remaining
- Access contact information
- Download forms and educational resources

**First-time users:** Register by creating a user login and password using company code: CSLBehring

## Receive Letters Sooner

Get letters, forms, and other important information by email! Send your paperless request to LincolnLeaveAdmin@lfg.com with your name and leave ID to sign up!

## Contact Us

**By Email:**
LincolnLeaveAdmin@lfg.com

**By Phone:** (800) 291-0112

**By Fax:** (603) 334-0380

**Write us:**
Group Benefits Disability Claims
Lincoln Life Assurance Company of Boston
P.O. Box 2578
Omaha, NE 68172-9688

## Our Next Steps

✓ If you submit documents to extend your leave, we will send you periodic letters regarding the status of your leave request.

Sincerely,

BRIAN ARMSTRONG

Disability Claims Department
Office Phone: (800) 291-0112
Office Fax: (603) 334-0380

Attachments: Certification Of Health Care Provider Form Own Shc

Lincoln Financial Group®

### 24/7 Updates

Visit My Lincoln Portal℠ from your computer or mobile device at www.mylincolnportal.com to:

- Report an absence
- Track the status of a claim or leave
- View payment information
- View leave entitlements, time available, used, and remaining
- Access contact information
- Download forms and educational resources

**First-time users:** Register by creating a user login and password using company code: CSLBehring

### Receive Letters Sooner

Get letters, forms, and other important information by email! Send your paperless request to LincolnLeaveAdmin@lfg.com with your name and leave ID to sign up!

### Contact Us

**By Email:**
LincolnLeaveAdmin@lfg.com

**By Phone:** (800) 291-0112

**By Fax:** (603) 334-0380

**Write us:**
Group Benefits Disability Claims
Lincoln Life Assurance Company of Boston
P.O. Box 2578
Omaha, NE 68172-9688

Lincoln Financial Group®

# Certification of Health Care Provider for Employee's Serious Health Condition Family and Medical Leave Act (FMLA)

**Group Benefits Disability Claims**
**Lincoln Life Assurance Company of Boston**
**P.O. Box 2578,**
**Omaha, NE 68172-9688**
**Phone: (844) 249-9678**
**Fax: (866) 265-8993**

## SECTION I: TO BE COMPLETED BY PATIENT/EMPLOYEE

**INSTRUCTIONS TO THE EMPLOYEE:** Please complete Section I before providing this form to your health care provider. The FMLA permits an employer to require that you submit a medical certification to support a request for FMLA leave. Failure to timely provide a complete and sufficient medical form will result in a denial of your FMLA Request.

**Company Name:** CSL Behring

**Employee Name:** APRIL TYLER **Leave ID#:** 11495716

**Employee Date of Birth:** ______________________________ **Employee Phone:** (_______) ______________________________

**Employee Job Title:** ________________________________________________________________________________

**Employee Regular Work Schedule: Shift Begin Time:**_____________ **Shift End Time:** _________________

**Regular Days Worked:** ☐ Sunday ☐ Monday ☐ Tuesday ☐ Wednesday ☐ Thursday ☐ Friday ☐ Saturday

**Work Schedule Comments:** ________________________________________________________________________________

________________________________________________________________________________________________

**Note:** If you need a part time or a consistent reduced work schedule, it is your responsibility to provide this information to your employer in order for them to plan accordingly.

**Leave Begin Date:** 06/10/2021 **Leave End Date:** 07/14/2021

**Medical Release:** I authorize the release and verification of medical information in order to process this FMLA request.

**Signature of Patient/Employee:** _______________________________________________**Date:** ______________________________

---

## SECTION II: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

**INSTRUCTIONS TO THE HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Please answer all questions so a determination for FMLA coverage can be made.

**For residents of California, do not disclose the underlying diagnosis unless you have received consent from the patient.**

**The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic Information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.**

**Employee Name:** APRIL TYLER ________________________ **Leave ID#:** 11495716

## SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

1. **MEDICAL FACTS:** *This may include symptoms, diagnosis or any regimen of continuing treatment, such as the use of specialized equipment.*

   **(1A) Other than residents of CA,** describe the patient's medical facts (symptoms/diagnosis) related to the serious health condition:

   ________________________________________

   ________________________________________

   **(1B)** Approximate Date condition commenced: ____________ Probable duration of condition: ____________

   If the medical condition is **pregnancy**, provide the expected delivery date: ____________________

---

2. **TREATMENT:** This includes examinations to determine if a serious health condition exists, evaluations of the condition and actual treatment by or under the supervision of a qualified health care provider.

   **(2A)** Was the patient seen within 7 days of the requested leave begin date? ☐ YES ☐ NO

   **(2B)** Was medication, other than over-the-counter medication, prescribed? ☐ YES ☐ NO

   **(2C)** Will the patient need to have treatment visits at least twice per year due to the condition? ☐ YES ☐ NO

   **(2D)** Was the patient admitted for an overnight stay in a hospital, hospice, or medical care facility ? ☐ YES ☐ NO

   **If yes**, Admission Date: ____________ Discharge Date: ____________

   **(2E)** Was the patient referred to another health care provider(s) for evaluation or treatment? ☐ YES ☐ NO

   **If yes**, Provider Name: ________________________________

   Provider Specialty: ________________________________

   Provider Phone Number: (______) ____________

   Describe the nature of the treatment: ________________________________

   ________________________________________

---

3. **ABSENCE FROM WORK:** Please refer to the list of the patient's job description if one has been provided. If one has not been provided, please answer this question based on the patient's own description of his/her job function.

   **(3A)** Is the patient unable to perform any of his/her job functions due to his/her serious health condition? ☐ YES ☐ NO

   **If yes**, identify the job functions patient is unable to perform:

   ________________________________________

   ________________________________________

   ________________________________________

   **(3B)** Is it medically necessary for patient to be absent from work? ☐ YES ☐ NO

   **If yes**, specify the appropriate reason(s) below. **Select <u>ALL</u> that apply.**

   ☐ Due to Incapacity (The employee may need time off work due to experiencing episodic flare-ups)

   ☐ Due to Treatment/Visits (The employee may need time off to attend appointments)

**Employee Name:** APRIL TYLER ______________________ **Leave ID#:** 11495716

## SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

4. **LEAVE DATES/FREQUENCY: For an extension of a leave**, there should be no gap in time from the end date shown on page 1 and begin date provided.

**(4A)** Will the patient be incapacitated and absent from work for a single continuous period of time? ☐ YES ☐ NO

**If yes**, Leave Begin Date: ____________________ Leave End Date: ____________________

**(4B)** Will the patient need recurring absences taken at separate periods of time? ☐ YES ☐ NO

**If yes**, Leave Begin Date: ____________________ Leave End Date: ____________________

**Frequency:** Based on your medical knowledge, experience and examination of the patient, please estimate a frequency. If unsure, a reasonable range should be provided. Terms such as "n/a", "unknown", "undetermined" or "as needed" are not acceptable.

i. Frequency for Incapacity:

a) Number of episodes: _______ per ☐ Week OR ☐ Month and

b) How many hours, days or weeks per episode?

_________ Hour(s) _______ Day(s) _______Week(s)

ii. Frequency for Treatment/Visits:

Number of Appointments: _______ per ☐ Week OR ☐ Month

**(4C)** Is it medically necessary for the employee to work a part-time or a consistent reduced work schedule due to the patient's health condition? ☐ YES ☐ NO

**If yes**, specify below, including time and duration for the reduced work schedule: (Example: Cannot work more than 5 hours a day for one month)

________________________________________________________________________

________________________________________________________________________

---

I certify that the information provided in this Certification of Health Care Provider form (Section II) is accurate to the best of my knowledge.

Signature of Provider:______________________________________________ Date: ______________________

Print Provider Name: ______________________________________________ Phone: (_______)________________

Provider Medical Specialty: ________________________________________________________________

Medical Credentials (Example: MD, DO, ***DC**):________________________________ Fax: (_______) ________________

***IF** the medical credential is listed as "**DC**", please confirm if x-rays have been taken for the patient's condition. ☐ YES ☐ NO

Please **FAX** the completed Certification of Health Care Provider form to Lincoln Financial Group. Retain a copy of the form AND the successful fax confirmation report for your records. If you wish to mail or contact Lincoln Financial Group, the information is provided at the top of page one.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

| | |
|---|---|
| Date: | July 20, 2021 |
| To: | TINA SHELTON COOMER |
| Attn: | Tina Shelton Coomer -OR- Nurse |
| Fax: | (859) 296-3144 |
| From: | William Yetman<br>Claims Examiner II, Claims<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (260) 455-9946 |
| Total Pages<br>(Including Cover): | 9 |
| RE:<br><br>Claim #: 11495594<br>Claimant: April Tyler<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (260) 455-9946

July 20, 2021

Tina Shelton Coomer

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Tyler
Claimant D.O.B.:

Dear Tina Shelton Coomer:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Csl Behring Llc.'s Group Disability Plan. We are writing in reference to April Tyler's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Tina Cooper. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 27, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

William Yetman
Claims Examiner II, Claims
Phone No.: (844) 249-9678 Ext. 39021
Secure Fax No.: (260) 455-9946

Attachments: 11495594-REQUEST-PROVIDER-07.14.2021

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 14, 2021 |
| To: | TINA SHELTON COOMER |
| Attn: | Form and Records Please |
| Fax: | (859) 296-3144 |
| From: | Brian Armstrong<br>Claims Adjuster<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 7 |
| RE:<br><br>Claim #: 11495594<br>Claimant: April Tyler<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

July 14, 2021

Tina Shelton Coomer

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Tyler
Claimant D.O.B.:

Dear Tina Shelton Coomer:

We are the Disability Claim Administrator for your patient, April Tyler.

To evaluate Ms. Tyler's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2021 through present

- Completion of the Enclosed Forms:

  X Functional Status Evaluation
  __ Other

We ask that you provide this information by July 21, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brian Armstrong
Claims Adjuster
Phone No.: (844) 249-9678 Ext. 13987
Secure Fax No.: (603) 334-0380

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

**Return To:** Brian Armstrong ____________________



EMPLOYEE/CLAIMANT NAME: April Tyler ____________________

CLAIM NO: 11495594 ____________________

EMPLOYER/SPONSOR: Csl Behring Llc. ____________________ DATE OF BIRTH: ____________________

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ____________________

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

____________________

____________________

____________________

____________________

**EMOTIONAL STATE:** (mood and affect)

____________________

____________________

____________________

____________________

**EXPERIENCES:** (describe hallucinations/delusions)

____________________

____________________

____________________

____________________

**SENSORIUM:** (level of alertness, patient's orientation)

____________________

____________________

____________________

____________________

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ____________________

**Short Term:** ____________________

**Long Term:** ____________________

DP 532 Rev. 06/01

Lincoln
Financial Group®



**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ______________________

**Homicidal thoughts, plans, actions** ______________________

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

Goal: ____________ Success Indicator: ____________ Timeline: ____________

**Diagnosis (DSM-5)**

________________
________________
________________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

List all current medications:

______________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
______________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
______________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
______________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______

Next scheduled office visit: ________________________

Comments:

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

______________________________________________________________________
Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No.

Signature required: ________________________________ Date: ______________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

0001503 LFPD9VD1 00003297 E

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Lee Tyler

Name of legal representative, if applicable (print) April Lee Tyler Relationship Self

Signature of claimant or legal representative April Lee Tyler Date: 6/26/21

Date of Birth: ______ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**



PAGE 2/2 * RCVD AT 6/28/2021 1:23:40 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6033340380 * CSID:+18623439530 * ANI:18623439530 * DURATION (mm-ss):00-51

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 14, 2021 |
| To: | MICHAEL BENNET |
| Attn: | Form and Records Please |
| Fax: | (859) 368-0018 |
| From: | Brian Armstrong<br>Claims Adjuster<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11495594<br>Claimant: April Tyler<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

July 14, 2021

Michael Bennet

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Tyler
Claimant D.O.B.:

Dear Michael Bennet:

We are the Disability Claim Administrator for your patient, April Tyler.

To evaluate Ms. Tyler's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2021 through present

- Completion of the Enclosed Forms:

  _X_ Functional Status Evaluation
  ___ Other

We ask that you provide this information by July 21, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brian Armstrong
Claims Adjuster
Phone No.: (844) 249-9678 Ext. 13987
Secure Fax No.: (603) 334-0380

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

**Return To:** Brian Armstrong ______________________________



EMPLOYEE/CLAIMANT NAME: April Tyler ______________________________

CLAIM NO: 11495594 ______________

EMPLOYER/SPONSOR: Csl Behring Llc. ______________ DATE OF BIRTH: ______________

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ______________________________

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

______________________________
______________________________
______________________________
______________________________

**EMOTIONAL STATE:** (mood and affect)

______________________________
______________________________
______________________________
______________________________

**EXPERIENCES:** (describe hallucinations/delusions)

______________________________
______________________________
______________________________
______________________________

**SENSORIUM:** (level of alertness, patient's orientation)

______________________________
______________________________
______________________________
______________________________

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ______________________________
**Short Term:** ______________________________
**Long Term:** ______________________________

**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ____________________

**Homicidal thoughts, plans, actions** ____________________

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®



**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

Goal: ____________ Success Indicator: ____________ Timeline: ____________

**Diagnosis (DSM-5)**

____________________
____________________
____________________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

List all current medications:

____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______

Next scheduled office visit: ____________________

Comments:

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

______________________________________________________________________

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|

Signature required: ______________________________ Date: ____________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

0001503 LFPD9VD1 00003297 E

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Lee Tyler

Name of legal representative, if applicable (print) April Lee Tyler Relationship Self

Signature of claimant or legal representative April Lee Tyler Date: 6/26/21

Date of Birth: ________ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**



PAGE 2/2 * RCVD AT 6/28/2021 1:23:40 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6033340380 * CSID:+18623439530 * ANI:18623439530 * DURATION (mm-ss):00-51

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | July 14, 2021 |
| To: | TINA SHELTON COOMER |
| Attn: | Form and Records Please |
| Fax: | (859) 296-3144 |
| From: | Brian Armstrong<br>Claims Adjuster<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11495594<br>Claimant: April Tyler<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

July 14, 2021

Tina Shelton Coomer

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Tyler
Claimant D.O.B.:

Dear Tina Shelton Coomer:

We are the Disability Claim Administrator for your patient, April Tyler.

To evaluate Ms. Tyler's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2021 through present

- Completion of the Enclosed Forms:

  _X_ Functional Status Evaluation
  ___ Other

We ask that you provide this information by July 21, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brian Armstrong
Claims Adjuster
Phone No.: (844) 249-9678 Ext. 13987
Secure Fax No.: (603) 334-0380

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

**Return To:** Brian Armstrong



EMPLOYEE/CLAIMANT NAME: April Tyler

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ______

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ______

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

**EMOTIONAL STATE:** (mood and affect)

**EXPERIENCES:** (describe hallucinations/delusions)

**SENSORIUM:** (level of alertness, patient's orientation)

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ______

**Short Term:** ______

**Long Term:** ______

Lincoln Financial Group®



**COGNITION:** (Define status and what testing determines impairment)

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ______________________________

**Homicidal thoughts, plans, actions** ______________________________

**SUBSTANCE ABUSE:** (abuse, dependency)

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**What functional abilities are still retained?**

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**What job tasks can this person perform?**

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

Lincoln Financial Group®



**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

____________________________________________________________

Goal: ________________ Success Indicator: ________________ Timeline: ________________

**Diagnosis (DSM-5)**

________________________

________________________

________________________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

____________________________________________________________

List all current medications:

________________ Dosage: _______ Frequency: _______ Begin Date: _______ End Date: _______

________________ Dosage: _______ Frequency: _______ Begin Date: _______ End Date: _______

________________ Dosage: _______ Frequency: _______ Begin Date: _______ End Date: _______

________________ Dosage: _______ Frequency: _______ Begin Date: _______ End Date: _______

Next scheduled office visit: ____________________________

Comments:

____________________________________________________________

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|

Signature required: ________________________________ Date: ________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

0001503 LFPD9VD1 00003297 E

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Lee Tyler

Name of legal representative, if applicable (print) April Lee Tyler Relationship Self

Signature of claimant or legal representative April Lee Tyler Date: 6/26/21

Date of Birth: ___ ______ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**



PAGE 2/2 * RCVD AT 6/28/2021 1:23:40 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6033340380 * CSID:+18623439530 * ANI:18623439530 * DURATION (mm-ss):00-51

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. APRIL TYLER

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

July 15, 2021

Ms. April Tyler

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594

Dear Ms. April Tyler:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Csl Behring Llc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On 07/14/201, we requested medical records from Tina Coomer and Michael Bennett. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 1, 2021 through present from Tina Coomer and Michael Bennett

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Csl Behring Llc.'s STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than August 27, 2021 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brian Armstrong
Claims Adjuster
Phone No.: (844) 249-9678 Ext. 13987
Secure Fax No.: (603) 334-0380

June 26, 2021

**Employee Name:** Ms. APRIL TYLER
**Employer Name:** CSL Behring
**Correspondence Type:** Continuous Leave Documentation Request
**Leave ID No.:** 11495716

## Purpose of Letter

We are writing to ensure you receive the full benefit of your leave under the Family & Medical Leave Act (FMLA) request. Your disability claim has not been approved as of the date of this letter. In order to make an independent decision on your leave request, please provide the information requested below.

***Please note: This is not an approval letter. Read the entire content of this letter carefully.***

Supporting documentation is necessary to make a leave determination. Please provide the following information:

A completed Certification of Health Care Provider form.

Your employer requires you to submit this information within 15 days from the date of this letter. Failure to provide this required information may result in a denial of your leave request. Any time taken may count against you in accordance with your employer's attendance policy.

## Important Employer Information

If you have additional questions around non leave-related benefits, please contact askHR at 1-844-602-7547 (toll free).

Please visit MyLincolnPortal.com for additional information about Leave of Absence. You will need to register as a first time user on MyLincolnPortal.com using your employee ID and your company code, CSLBehring.

For any time under a leave of absence not covered by a paid disability benefit, you may be required to use your PTO until it is exhausted.

CSL Behring requires that you provide a return to work note from your physician in order to return to work. If you are released to return to work full time, without restrictions and limitations, please provide your return to work note to your manager. Should you have any restrictions and limitations, please reach out to Lincoln Financial Group who will contact CSL Behring to discuss these restrictions or limitations.

Lincoln Financial Group®

### 24/7 Updates

Visit My Lincoln Portal℠ from your computer or mobile device at www.mylincolnportal.com to:

- Report an absence
- Track the status of a claim or leave
- View payment information
- View leave entitlements, time available, used, and remaining
- Access contact information
- Download forms and educational resources

**First-time users:** Register by creating a user login and password using company code: CSLBehring

### Receive Letters Sooner

Get letters, forms, and other important information by email! Send your paperless request to LincolnLeaveAdmin@lfg.com with your name and leave ID to sign up!

### Contact Us

**By Email:** LincolnLeaveAdmin@lfg.com

**By Phone:** (800) 291-0112

**By Fax:** (603) 334-0380

**Write us:**
Group Benefits Disability Claims
Lincoln Life Assurance Company of Boston
P.O. Box 2578
Omaha, NE 68172-9688

Inquiries regarding your employment status or any benefits should be discussed with your employer while you are on leave.

## Action Required

✓ **Submit** the above supporting documentation by using the contact information below.

✓ **Retain** a copy of the documentation for your records. Please allow two business days for us to review faxed and emailed documents and seven business days for mailed documents.

## Our Next Steps

✓ We will send you periodic letters regarding the status of your leave request.

Sincerely,

BRIAN ARMSTRONG

Disability Claims Department
Office Phone: (800) 291-0112
Office Fax: (603) 334-0380

Attachments: Certification Of Health Care Provider Form Own Shc

Lincoln Financial Group®

## 24/7 Updates

Visit My Lincoln Portal℠ from your computer or mobile device at www.mylincolnportal.com to:

- Report an absence
- Track the status of a claim or leave
- View payment information
- View leave entitlements, time available, used, and remaining
- Access contact information
- Download forms and educational resources

**First-time users:** Register by creating a user login and password using company code: CSLBehring

## Receive Letters Sooner

Get letters, forms, and other important information by email! Send your paperless request to LincolnLeaveAdmin@lfg.com with your name and leave ID to sign up!

## Contact Us

**By Email:**
LincolnLeaveAdmin@lfg.com

**By Phone:** (800) 291-0112

**By Fax:** (603) 334-0380

**Write us:**
Group Benefits Disability Claims
Lincoln Life Assurance Company of Boston
P.O. Box 2578
Omaha, NE 68172-9688

# Certification of Health Care Provider for Employee's Serious Health Condition Family and Medical Leave Act (FMLA)

Group Benefits Disability Claims
Lincoln Life Assurance Company of Boston
P.O. Box 2578,
Omaha, NE 68172-9688
Phone: (844) 249-9678
Fax: (866) 265-8993

## SECTION I: TO BE COMPLETED BY PATIENT/EMPLOYEE

**INSTRUCTIONS TO THE EMPLOYEE:** Please complete Section I before providing this form to your health care provider. The FMLA permits an employer to require that you submit a medical certification to support a request for FMLA leave. Failure to timely provide a complete and sufficient medical form will result in a denial of your FMLA Request.

**Company Name:** CSL Behring

**Employee Name:** APRIL TYLER **Leave ID#:** 11495716

**Employee Date of Birth:** ______________________________ **Employee Phone:** _______ ______________________________

**Employee Job Title:** ________________________________________________________________________________________

**Employee Regular Work Schedule: Shift Begin Time:**_____________ **Shift End Time:** _________________

**Regular Days Worked:** ☐ Sunday ☐ Monday ☐ Tuesday ☐ Wednesday ☐ Thursday ☐ Friday ☐ Saturday

**Work Schedule Comments:** _________________________________________________________________________________

___________________________________________________________________________________________________

**Note:** If you need a part time or a consistent reduced work schedule, it is your responsibility to provide this information to your employer in order for them to plan accordingly.

**Leave Begin Date:** 06/10/2021 **Leave End Date:** 07/10/2021

**Medical Release:** I authorize the release and verification of medical information in order to process this FMLA request.

**Signature of Patient/Employee:** ______________________________________________**Date:** ______________________________

---

## SECTION II: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

**INSTRUCTIONS TO THE HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Please answer all questions so a determination for FMLA coverage can be made.

**For residents of California, do not disclose the underlying diagnosis unless you have received consent from the patient.**

**The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic Information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.**

**Employee Name:** APRIL TYLER ______________________ **Leave ID#:** 11495716

## SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

1. **MEDICAL FACTS:** *This may include symptoms, diagnosis or any regimen of continuing treatment, such as the use of specialized equipment.*

**(1A) Other than residents of CA,** describe the patient's medical facts (symptoms/diagnosis) related to the serious health condition:

______________________________________________

______________________________________________

**(1B)** Approximate Date condition commenced: ____________ Probable duration of condition: ____________

If the medical condition is **pregnancy**, provide the expected delivery date: ______________________

---

2. **TREATMENT:** This includes examinations to determine if a serious health condition exists, evaluations of the condition and actual treatment by or under the supervision of a qualified health care provider.

**(2A)** Was the patient seen within 7 days of the requested leave begin date? ☐ YES ☐ NO

**(2B)** Was medication, other than over-the-counter medication, prescribed? ☐ YES ☐ NO

**(2C)** Will the patient need to have treatment visits at least twice per year due to the condition? ☐ YES ☐ NO

**(2D)** Was the patient admitted for an overnight stay in a hospital, hospice, or medical care facility ? ☐ YES ☐ NO

**If yes**, Admission Date: ____________ Discharge Date: ____________

**(2E)** Was the patient referred to another health care provider(s) for evaluation or treatment? ☐ YES ☐ NO

**If yes**, Provider Name: ______________________

Provider Specialty: ______________________

Provider Phone Number: ( ______ ) ____________

Describe the nature of the treatment: ______________________

______________________________________________

---

3. **ABSENCE FROM WORK:** Please refer to the list of the patient's job description if one has been provided. If one has not been provided, please answer this question based on the patient's own description of his/her job function.

**(3A)** Is the patient unable to perform any of his/her job functions due to his/her serious health condition? ☐ YES ☐ NO

**If yes**, identify the job functions patient is unable to perform:

______________________________________________

______________________________________________

______________________________________________

**(3B)** Is it medically necessary for patient to be absent from work? ☐ YES ☐ NO

**If yes**, specify the appropriate reason(s) below. **Select ALL that apply.**

☐ Due to Incapacity (The employee may need time off work due to experiencing episodic flare-ups)

☐ Due to Treatment/Visits (The employee may need time off to attend appointments)

**Employee Name:** APRIL TYLER ______________________ **Leave ID#:** 11495716

## SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

**4. LEAVE DATES/FREQUENCY: For an extension of a leave**, there should be no gap in time from the end date shown on page 1 and begin date provided.

**(4A)** Will the patient be incapacitated and absent from work for a single continuous period of time? ☐ YES ☐ NO

**If yes**, Leave Begin Date: ____________ Leave End Date: ____________

**(4B)** Will the patient need recurring absences taken at separate periods of time? ☐ YES ☐ NO

**If yes**, Leave Begin Date: ____________ Leave End Date: ____________

**Frequency:** Based on your medical knowledge, experience and examination of the patient, please estimate a frequency. If unsure, a reasonable range should be provided. Terms such as "n/a", "unknown", "undetermined" or "as needed" are not acceptable.

i. Frequency for Incapacity:

a) Number of episodes: _______ per ☐ Week OR ☐ Month and

b) How many hours, days or weeks per episode?

_________ Hour(s) _______ Day(s) _______Week(s)

ii. Frequency for Treatment/Visits:

Number of Appointments: _______ per ☐ Week OR ☐ Month

**(4C)** Is it medically necessary for the employee to work a part-time or a consistent reduced work schedule due to the patient's health condition? ☐ YES ☐ NO

**If yes**, specify below, including time and duration for the reduced work schedule: (Example: Cannot work more than 5 hours a day for one month)

______________________________________________

______________________________________________

---

I certify that the information provided in this Certification of Health Care Provider form (Section II) is accurate to the best of my knowledge.

Signature of Provider:______________________ Date: ____________

Print Provider Name: ______________________ Phone: (______)____________

Provider Medical Specialty: ______________________

Medical Credentials (Example: MD, DO, ***DC**):______________________ Fax: (______) ____________

***IF** the medical credential is listed as "**DC**", please confirm if x-rays have been taken for the patient's condition. ☐ YES ☐ NO

Please **FAX** the completed Certification of Health Care Provider form to Lincoln Financial Group. Retain a copy of the form AND the successful fax confirmation report for your records. If you wish to mail or contact Lincoln Financial Group, the information is provided at the top of page one.



**Lincoln/Connolly 1238**

July 1, 2021

**Employee Name:** Ms. APRIL TYLER
**Employer Name:** CSL Behring
**Correspondence Type:** Continuous Leave Approval with Disability
**Leave ID No.:** 11495716 **Disability Claim No.:** 11495594

## Purpose of Letter

We are writing to inform you that your disability and your leave under the Family & Medical Leave Act (FMLA) has been approved for a leave of absence due to your own medical condition to begin on June 10, 2021. We will continue to monitor your disability claim and leave for the ongoing status, and will update your absence accordingly. Your employer has been notified of this approval.

Please keep your employer informed of your leave status and your expected return to work date.

## Your Entitlement

As of the date of this letter and prior to the beginning of your leave date, you have 480 hours of unpaid leave remaining under the Family & Medical Leave Act for the current 12 month period, which is measured backwards from the first date leave was taken.

## Important Employer Information

If you have additional questions around non leave-related benefits, please contact askHR at 1-844-602-7547 (toll free).

Please visit MyLincolnPortal.com for additional information about Leave of Absence. You will need to register as a first time user on MyLincolnPortal.com using your employee ID and your company code, CSLBehring.

For any time under a leave of absence not covered by a paid disability benefit, you may be required to use your PTO until it is exhausted.

CSL Behring requires that you provide a return to work note from your physician in order to return to work. If you are released to return to work full time, without restrictions and limitations, please provide your return to work note to your manager. Should you have any restrictions and limitations, please reach out to Lincoln Financial Group who will contact CSL Behring to discuss these restrictions or limitations.

Inquiries regarding your employment status or any benefits should be discussed with your employer while you are on leave.

### 24/7 Updates

Visit My Lincoln Portal[SM] from your computer or mobile device at www.mylincolnportal.com to:

- Report an absence
- Track the status of a claim or leave
- View payment information
- View leave entitlements, time available, used, and remaining
- Access contact information
- Download forms and educational resources

**First-time users:** Register by creating a user login and password using company code: CSLBehring

### Receive Letters Sooner

Get letters, forms, and other important information by email! Send your paperless request to LincolnLeaveAdmin@lfg.com with your name and leave ID to sign up!

### Contact Us

**By Email:**
LincolnLeaveAdmin@lfg.com

**By Phone:** (800) 291-0112

**By Fax:** (603) 334-0380

**Write us:**
Group Benefits Disability Claims
Lincoln Life Assurance Company of Boston
P.O. Box 2578
Omaha, NE 68172-9688

## Action Required

- ✓ **Advise** your Case Manager of all updates to your absence at (800) 291-0112.
- ✓ **Contact** your employer two business days prior to July 14, 2021 to schedule your return to work and discuss your employment status. You should also contact your employer if you are able to return to work earlier than anticipated.
- ✓ **Contact** your Case Manager and your employer prior to July 14, 2021 to request a leave extension if you are not able to return to work. Unless you have an approved leave extension, ***failure to return to work at the end of your FMLA entitlement may result in your employer terminating your employment for job abandonment.***
- ✓ **Contact** your Case Manager if your leave is related to the birth of your child and you wish to extend the leave for newborn bonding, or if you decide to return to work immediately following recovery from childbirth.

## Our Next Steps

- ✓ We will send you periodic letters regarding the status of your absence request.
- ✓ We will continue to monitor your absence for the ongoing status, and will update your leave accordingly.

Sincerely,

BRIAN ARMSTRONG

Disability Claims Department
Office Phone: (800) 291-0112
Office Fax: (603) 334-0380

Lincoln Financial Group®

## 24/7 Updates

Visit My Lincoln Portal[SM] from your computer or mobile device at www.mylincolnportal.com to:

- Report an absence
- Track the status of a claim or leave
- View payment information
- View leave entitlements, time available, used, and remaining
- Access contact information
- Download forms and educational resources

**First-time users:** Register by creating a user login and password using company code: CSLBehring

## Receive Letters Sooner

Get letters, forms, and other important information by email! Send your paperless request to LincolnLeaveAdmin@lfg.com with your name and leave ID to sign up!

## Contact Us

**By Email:**
LincolnLeaveAdmin@lfg.com

**By Phone:** (800) 291-0112

**By Fax:** (603) 334-0380

**Write us:**
Group Benefits Disability Claims
Lincoln Life Assurance Company of Boston
P.O. Box 2578
Omaha, NE 68172-9688

BAPTIST HEALTH®

# Fax Transmission/Information Sheet

**Date:** 7/1/21

**To:**

**Recipient Fax Number:** 603-334-0401

**From:** BAPTIST HEALTH

**Department:** BH CORPORATE HIM ETZ

**Address:** 2600 Stanley Gault Parkway
Suite 101
Louisville, Kentucky 40223-4197

**Phone Number:** 502-253-4828

**Comments:**

**STATEMENT OF CONFIDENTIALITY:** The information contained in this FAX is confidential for the use of the individual or entity named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution or copy of this communication is prohibited. If you have received this communication in error, please notify us by collect telephone, (502-896-5065) and return the original message to us at the above address at our expense.

BAPTIST HEALTH®

Fax Transmission/Information Sheet

Date: 7/1/21

To:

Recipient Fax Number: 603-334-0401

From: BAPTIST HEALTH

Department: BH CORPORATE HIM ETZ

Address: 2600 Stanley Gault Parkway
Suite 101
Louisville, Kentucky 40223-4197

Phone Number: 502-253-4828

Comments:

STATEMENT OF CONFIDENTIALITY: The information contained in this FAX is confidential for the use of the individual or entity named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution or copy of this communication is prohibited. If you have received this communication in error, please notify us by collect telephone, (502-896-5065) and return the original message to us at the above address at our expense.

BAPTIST HEALTH®

**Release of Information**
**Baptist Health**
**2600 Stanley Gault Pkwy.**
**Suite 101**
**Louisville, KY 40223**

7/1/21

Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68172

RE: Request to inspect or copy or obtain copy of health records
Records of: Ms. April Lee Tyler
MRN: 8913075488
Date of Birth:
Date request received: 6/28/2021
Request Made To: BH Lexington

Dear Lincoln Financial Group,

We have received your request for the health records of Ms. April Lee Tyler. Unfortunately, we are unable to comply with your request as the authorization is either invalid or incomplete for the following reason(s):

- The authorization does not include our name.
- The authorization does not contain a statement that makes it clear that our facility may not condition treatment or payment on whether the individual signs the authorization

If you would still like to obtain these records, please resubmit a valid authorization form.

Should you have any questions, you may contact us toll-free at 1-833-998-1257, Monday through Friday, 7:30 a.m. until 4:00 p.m. Eastern Time, or write to the address above, attention Release of Information.

Sincerely,

Release of Information

Enc: Authorization Form

**From:** LincolnAbsenceNotification@lfg.com
**To:**
NABCTLincolnFinancial.Leave@CSLPLASMA.COM;JEREMY.CLEMONS@CSLPLASMA.COM
**Cc:** LMLeaveadmin@libertymutual.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: April Tyler Short Term Disability/Leave Approval or Extension for 1307106 Claim 11495594

This is to notify you that there has been an approval or extension of your employee's short term disability claim/leave.

**Short Term Disability Information:**

Last Day Worked: 6/9/2021

Date of Disability: 6/10/2021

Benefit Payments Period: 6/17/2021 thru 7/14/2021
*If the claim remains open for an extended period of time, your employee may be eligible to receive benefits dating back to their date of disability.*

Disability Claim Status: Approved

**Leave Information:**

Approved Leave Period: 6/10/2021 thru 7/10/2021
*The Leave will run concurrently with the disability claim until the leave reaches max entitlement.*

Leave Status: Pended

This is for a continuous leave.

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 13987 or contact the assigned Case Manager at Brian.Armstrong2@lfg.com. Please be sure to reference claim number 11495594.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 28, 2021 |
| To: | BRYAN MANNING |
| Attn: | Auth |
| Fax: | (859) 296-3144 |
| From: | Brian Armstrong<br>Claims Adjuster<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 7 |
| RE:<br><br>Claim #: 11495594<br>Claimant: April Tyler<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

June 28, 2021

Bryan Manning

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Tyler
Claimant D.O.B.:

Dear Bryan Manning:

We are the Disability Claim Administrator for your patient, April Tyler.

To evaluate Ms. Tyler's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2021 through present

- Completion of the Enclosed Forms:

  X Functional Status Evaluation
  __ Other

We ask that you provide this information by July 5, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brian Armstrong
Claims Adjuster
Phone No.: (844) 249-9678 Ext. 13987
Secure Fax No.: (603) 334-0380

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

**Return To:** Brian Armstrong ______



EMPLOYEE/CLAIMANT NAME: April Tyler ______

CLAIM NO: 11495594 ______

EMPLOYER/SPONSOR: Csl Behring Llc. ______ DATE OF BIRTH: ______

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ______

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

______

**EMOTIONAL STATE:** (mood and affect)

______

**EXPERIENCES:** (describe hallucinations/delusions)

______

**SENSORIUM:** (level of alertness, patient's orientation)

______

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ______

**Short Term:** ______

**Long Term:** ______

Lincoln Financial Group®



**COGNITION:** (Define status and what testing determines impairment)

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ______________________

**Homicidal thoughts, plans, actions** ______________________

**SUBSTANCE ABUSE:** (abuse, dependency)

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**What functional abilities are still retained?**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**What job tasks can this person perform?**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

*Functional Mental Status Evaluation*


**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

Goal: ____________ Success Indicator: ____________ Timeline: ____________

**Diagnosis (DSM-5)**

____________________
____________________
____________________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

List all current medications:

____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______

Next scheduled office visit: ____________________

Comments:

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

______________________________________________________________________
Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No.

Signature required: ______________________________ Date: ______________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

0001503 LFPD9VD1 00003297 E

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the Information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The Information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Lee Tyler

Name of legal representative, if applicable (print) April Lee Tyler Relationship Self

Signature of claimant or legal representative April Lee Tyler Date: 6/26/21

Date of Birth: __ ______ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**



PAGE 2/2 * RCVD AT 6/28/2021 1:23:40 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6033340380 * CSID:+18623439530 * ANI:18623439530 * DURATION (mm-ss):00-51

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 28, 2021 |
| To: | BAPTIST HEALTH LEXINGTON |
| Attn: | Auth |
| Fax: | (270) 825-5942 |
| From: | Brian Armstrong<br>Claims Adjuster<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 7 |
| RE: | Claim #: 11495594<br>Claimant: April Tyler<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

June 28, 2021

Baptist Health Lexington

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Tyler
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, April Tyler.

To evaluate Ms. Tyler's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2021 through present

- Completion of the Enclosed Forms:

  X Functional Status Evaluation
  __ Other

We ask that you provide this information by July 5, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brian Armstrong
Claims Adjuster
Phone No.: (844) 249-9678 Ext. 13987
Secure Fax No.: (603) 334-0380

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.28.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

**Return To:** Brian Armstrong



EMPLOYEE/CLAIMANT NAME: April Tyler

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ______

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ______

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

______

**EMOTIONAL STATE:** (mood and affect)

______

**EXPERIENCES:** (describe hallucinations/delusions)

______

**SENSORIUM:** (level of alertness, patient's orientation)

______

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ______
**Short Term:** ______
**Long Term:** ______

**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ____________

**Homicidal thoughts, plans, actions** ____________

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

Goal: ____________ Success Indicator: ____________ Timeline: ____________

**Diagnosis (DSM-5)**

____________________

____________________

____________________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

List all current medications:

____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______

Next scheduled office visit: ____________________

Comments:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|
| | | | | |

Signature required: ______________________________ Date: ______________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

0001503 LFPD9VD1 00003297 E

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Lee Tyler

Name of legal representative, if applicable (print) April Lee Tyler Relationship Self

Signature of claimant or legal representative April Lee Tyler Date: 6/26/21

Date of Birth: ___ ________ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**



PAGE 2/2 * RCVD AT 6/28/2021 1:23:40 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6033340380 * CSID:+18623439530 * ANI:18623439530 * DURATION (mm-ss):00-51

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 18, 2021 |
| To: | BRYAN MANNING |
| Attn: | Form and Records Please |
| Fax: | (859) 296-3144 |
| From: | Brian Armstrong<br>Claims Adjuster<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 11495594<br>Claimant: April Tyler<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

June 18, 2021

Bryan Manning

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Tyler
Claimant D.O.B.:

Dear Bryan Manning:

We are the Disability Claim Administrator for your patient, April Tyler.

To evaluate Ms. Tyler's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2021 through present

- Completion of the Enclosed Forms:

 X Functional Status Evaluation
 ___ Other

We ask that you provide this information by June 25, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Brian Armstrong
Claims Adjuster
Phone No.: (844) 249-9678 Ext. 13987
Secure Fax No.: (603) 334-0380

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.17.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

**Return To:** Brian Armstrong

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: April Tyler

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: ______

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ______

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)
Had just woken up. Lines on face from CPAP, hair unkempt consistent w/ waking up. Pink hair w/ purple

**EMOTIONAL STATE:** (mood and affect)
Stressed
constricted

**EXPERIENCES:** (describe hallucinations/delusions)
Dissociation related to Dissociative Identity Disorder

**SENSORIUM:** (level of alertness, patient's orientation)
Alert x 3

**MEMORY:** (Define status and what testing determines impairment)
Immediate: mild – loss of time
Short Term: mild – related to dissociation
Long Term: memories are unclear – losses of time

DP 532 Rev. 06/01

Lincoln Financial Group®

*Functional Mental Status Evaluation page 2 of 3*

**COGNITION:** (Define status and what testing determines impairment)

logical but presence of alters, switching between alters

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

Good insight. Showed judgement to not self-harm and got to ER

**RISK BEHAVIORS:**

Suicidal thoughts, plans, actions: ER visit to avoid self harm - Denies SI

Homicidal thoughts, plans, actions: None

**SUBSTANCE ABUSE:** (abuse, dependency)

None reported

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

cl symptoms severely impair cl ability to perform daily tasks such as selfcare. cl having difficulty w/ task completion, focus and emotional regulation

**What functional abilities are still retained?**

Able to communicate w/ partner.

**What job tasks can this person perform?**

None

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

None

Lincoln Financial Group®

*Functional Mental Status Evaluation page 3 of 3*

**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

Increase self care 4/7 days a week, improved calorie intake to 1200 calories, use of coping skills (no self harm)
Reduction of PHQ9 and GAD7 by 50%
(21- severe) (19- severe)

Goal: ✓ Success Indicator: ______ Timeline: 4-6 weeks

**Diagnosis (DSM-5)**

Dissociative Identity Disorder F44.81
Major Depression F33.3

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

Weekly CBT/DBT
Bryan Manning 859-296-3141

List all current medications:

| Medication | Dosage | Frequency | Begin Date | End Date |
|---|---|---|---|---|
| Lamotrigine | 100 mg | 1 | | |
| Propranolol 20 | 20 mg | once | | |
| Trazodone | 150 mg | once | | |
| | | | | |

Next scheduled office visit: 7/14/21

Comments:

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|
| Bryan Manning | LPCC | | 859-296-3141 | 859-296-3144 |

Signature required: [signature] LPCC Date: 6/28/21

# FAX

6/28/2021 1:21 AM (UTC-4)

SENDER

**From:** April Tyler

Contacts:

Lincoln
Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

E

00001503 LFPD9VD1 00003297

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Lee Tyler

Name of legal representative, if applicable (print) April Lee Tyler Relationship Self

Signature of claimant or legal representative April Lee Tyler Date: 6/26/21

Date of Birth: __ ______ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**



... RCVD AT 6/28/2021 1:23:40 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6033340380 * CSID:+18623439530 * ANI:18623439530 * DURATION (mm-ss):00-51

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative [DocuSigned by: signature] Date: 6/17/2021

Date of Birth: __ ________ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

June 26, 2021

**Employee Name:** Ms. APRIL TYLER
**Employer Name:** CSL Behring
**Correspondence Type:** Continuous Leave Documentation Request
**Leave ID No.:** 11495716

## Purpose of Letter

We are writing to ensure you receive the full benefit of your leave under the Family & Medical Leave Act (FMLA) request. Your disability claim has not been approved as of the date of this letter. In order to make an independent decision on your leave request, please provide the information requested below.

***Please note: This is not an approval letter. Read the entire content of this letter carefully.***

Supporting documentation is necessary to make a leave determination. Please provide the following information:

A completed Certification of Health Care Provider form.

Your employer requires you to submit this information within 15 days from the date of this letter. Failure to provide this required information may result in a denial of your leave request. Any time taken may count against you in accordance with your employer's attendance policy.

## Important Employer Information

If you have additional questions around non leave-related benefits, please contact askHR at 1-844-602-7547 (toll free).

Please visit MyLincolnPortal.com for additional information about Leave of Absence. You will need to register as a first time user on MyLincolnPortal.com using your employee ID and your company code, CSLBehring.

For any time under a leave of absence not covered by a paid disability benefit, you may be required to use your PTO until it is exhausted.

CSL Behring requires that you provide a return to work note from your physician in order to return to work. If you are released to return to work full time, without restrictions and limitations, please provide your return to work note to your manager. Should you have any restrictions and limitations, please reach out to Lincoln Financial Group who will contact CSL Behring to discuss these restrictions or limitations.

Lincoln Financial Group®

### 24/7 Updates

Visit My Lincoln Portal℠ from your computer or mobile device at www.mylincolnportal.com to:

- Report an absence
- Track the status of a claim or leave
- View payment information
- View leave entitlements, time available, used, and remaining
- Access contact information
- Download forms and educational resources

**First-time users:** Register by creating a user login and password using company code: CSLBehring

### Receive Letters Sooner

Get letters, forms, and other important information by email! Send your paperless request to LincolnLeaveAdmin@lfg.com with your name and leave ID to sign up!

### Contact Us

**By Email:**
LincolnLeaveAdmin@lfg.com

**By Phone:** (800) 291-0112

**By Fax:** (603) 334-0380

**Write us:**
Group Benefits Disability Claims
Lincoln Life Assurance Company of Boston
P.O. Box 2578
Omaha, NE 68172-9688

Inquiries regarding your employment status or any benefits should be discussed with your employer while you are on leave.

## Action Required

✓ **Submit** the above supporting documentation by using the contact information below.

✓ **Retain** a copy of the documentation for your records. Please allow two business days for us to review faxed and emailed documents and seven business days for mailed documents.

## Our Next Steps

✓ We will send you periodic letters regarding the status of your leave request.

Sincerely,

BRIAN ARMSTRONG

Disability Claims Department
Office Phone: (800) 291-0112
Office Fax: (603) 334-0380

Attachments: Certification Of Health Care Provider Form Own Shc

Lincoln Financial Group®

## 24/7 Updates

Visit My Lincoln Portal℠ from your computer or mobile device at www.mylincolnportal.com to:

- Report an absence
- Track the status of a claim or leave
- View payment information
- View leave entitlements, time available, used, and remaining
- Access contact information
- Download forms and educational resources

**First-time users:** Register by creating a user login and password using company code: CSLBehring

## Receive Letters Sooner

Get letters, forms, and other important information by email! Send your paperless request to LincolnLeaveAdmin@lfg.com with your name and leave ID to sign up!

## Contact Us

**By Email:**
LincolnLeaveAdmin@lfg.com

**By Phone:** (800) 291-0112

**By Fax:** (603) 334-0380

**Write us:**
Group Benefits Disability Claims
Lincoln Life Assurance Company of Boston
P.O. Box 2578
Omaha, NE 68172-9688

Lincoln Financial Group®

# Certification of Health Care Provider for Employee's Serious Health Condition Family and Medical Leave Act (FMLA)

**Group Benefits Disability Claims**
**Lincoln Life Assurance Company of Boston**
**P.O. Box 2578,**
**Omaha, NE 68172-9688**
**Phone: (844) 249-9678**
**Fax: (866) 265-8993**

## SECTION I: TO BE COMPLETED BY PATIENT/EMPLOYEE

**INSTRUCTIONS TO THE EMPLOYEE:** Please complete Section I before providing this form to your health care provider. The FMLA permits an employer to require that you submit a medical certification to support a request for FMLA leave. Failure to timely provide a complete and sufficient medical form will result in a denial of your FMLA Request.

**Company Name:** CSL Behring

**Employee Name:** APRIL TYLER **Leave ID#:** 11495716

**Employee Date of Birth:** ______________________________ **Employee Phone:** (_______) ______________________________

**Employee Job Title:** ____________________________________________________________________________________

**Employee Regular Work Schedule: Shift Begin Time:**______________ **Shift End Time:** __________________

**Regular Days Worked:** ☐ Sunday ☐ Monday ☐ Tuesday ☐ Wednesday ☐ Thursday ☐ Friday ☐ Saturday

**Work Schedule Comments:** ____________________________________________________________________________

____________________________________________________________________________________________________

**Note:** If you need a part time or a consistent reduced work schedule, it is your responsibility to provide this information to your employer in order for them to plan accordingly.

**Leave Begin Date:** 06/10/2021 **Leave End Date:** 07/10/2021

**Medical Release:** I authorize the release and verification of medical information in order to process this FMLA request.

**Signature of Patient/Employee:** ______________________________________________**Date:** ______________________________

---

## SECTION II: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

**INSTRUCTIONS TO THE HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Please answer all questions so a determination for FMLA coverage can be made.

**For residents of California, do not disclose the underlying diagnosis unless you have received consent from the patient.**

**The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic Information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.**

**Employee Name:** APRIL TYLER **Leave ID#:** 11495716

## SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

1. **MEDICAL FACTS:** *This may include symptoms, diagnosis or any regimen of continuing treatment, such as the use of specialized equipment.*

   **(1A) Other than residents of CA,** describe the patient's medical facts (symptoms/diagnosis) related to the serious health condition:

   ______________________________

   ______________________________

   **(1B)** Approximate Date condition commenced: ____________ Probable duration of condition: ____________

   If the medical condition is **pregnancy**, provide the expected delivery date: ____________

---

2. **TREATMENT:** This includes examinations to determine if a serious health condition exists, evaluations of the condition and actual treatment by or under the supervision of a qualified health care provider.

   **(2A)** Was the patient seen within 7 days of the requested leave begin date? ☐ YES ☐ NO

   **(2B)** Was medication, other than over-the-counter medication, prescribed? ☐ YES ☐ NO

   **(2C)** Will the patient need to have treatment visits at least twice per year due to the condition? ☐ YES ☐ NO

   **(2D)** Was the patient admitted for an overnight stay in a hospital, hospice, or medical care facility ? ☐ YES ☐ NO

   **If yes**, Admission Date: ____________ Discharge Date: ____________

   **(2E)** Was the patient referred to another health care provider(s) for evaluation or treatment? ☐ YES ☐ NO

   **If yes**, Provider Name: ______________________________

   Provider Specialty: ______________________________

   Provider Phone Number: (______) ____________

   Describe the nature of the treatment: ______________________________

   ______________________________

---

3. **ABSENCE FROM WORK:** Please refer to the list of the patient's job description if one has been provided. If one has not been provided, please answer this question based on the patient's own description of his/her job function.

   **(3A)** Is the patient unable to perform any of his/her job functions due to his/her serious health condition? ☐ YES ☐ NO

   **If yes**, identify the job functions patient is unable to perform:

   ______________________________

   ______________________________

   ______________________________

   **(3B)** Is it medically necessary for patient to be absent from work? ☐ YES ☐ NO

   **If yes**, specify the appropriate reason(s) below. **Select <u>ALL</u> that apply.**

   ☐ Due to Incapacity (The employee may need time off work due to experiencing episodic flare-ups)

   ☐ Due to Treatment/Visits (The employee may need time off to attend appointments)

**Employee Name:** APRIL TYLER ______________________ **Leave ID#:** 11495716

## SECTION II CONTINUED: TO BE COMPLETED BY A QUALIFIED HEALTH CARE PROVIDER

4. **LEAVE DATES/FREQUENCY: For an extension of a leave**, there should be no gap in time from the end date shown on page 1 and begin date provided.

**(4A)** Will the patient be incapacitated and absent from work for a single continuous period of time? ☐ YES ☐ NO

**If yes**, Leave Begin Date: ____________ Leave End Date: ____________

**(4B)** Will the patient need recurring absences taken at separate periods of time? ☐ YES ☐ NO

**If yes**, Leave Begin Date: ____________ Leave End Date: ____________

**Frequency:** Based on your medical knowledge, experience and examination of the patient, please estimate a frequency. If unsure, a reasonable range should be provided. Terms such as "n/a", "unknown", "undetermined" or "as needed" are not acceptable.

i. Frequency for Incapacity:

a) Number of episodes: _______ per ☐ Week OR ☐ Month and

b) How many hours, days or weeks per episode?

_________ Hour(s) _______ Day(s) _______Week(s)

ii. Frequency for Treatment/Visits:

Number of Appointments: _______ per ☐ Week OR ☐ Month

**(4C)** Is it medically necessary for the employee to work a part-time or a consistent reduced work schedule due to the patient's health condition? ☐ YES ☐ NO

**If yes**, specify below, including time and duration for the reduced work schedule: (Example: Cannot work more than 5 hours a day for one month)

________________________________________________

________________________________________________

---

I certify that the information provided in this Certification of Health Care Provider form (Section II) is accurate to the best of my knowledge.

Signature of Provider: ______________________ Date: ____________

Print Provider Name: ______________________ Phone: (______) ____________

Provider Medical Specialty: ______________________

Medical Credentials (Example: MD, DO, ***DC**): ______________________ Fax: (______) ____________

***IF** the medical credential is listed as "**DC**", please confirm if x-rays have been taken for the patient's condition. ☐ YES ☐ NO

Please **FAX** the completed Certification of Health Care Provider form to Lincoln Financial Group. Retain a copy of the form AND the successful fax confirmation report for your records. If you wish to mail or contact Lincoln Financial Group, the information is provided at the top of page one.



**Lincoln/Connolly 1272**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. APRIL TYLER

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

June 23, 2021

Ms. April Tyler

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594

Dear Ms. April Tyler:

Please complete the attached and fax it to the number below.
If you have any questions regarding this matter, please contact me.

Sincerely,

Brian Armstrong
Claims Adjuster
Phone No.: (844) 249-9678 Ext. 13987
Secure Fax No.: (603) 334-0380

Attachments: 11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.20.2021

| BAPTIST HEALTH | AUTHORIZATION TO RELEASE COPIES OF A MEDICAL RECORD | Mail or Fax this request to: Release of Information 2600 Stanley Gault Parkway Suite 101 Louisville, KY 40223 Phone: (502) 253-4820 Toll Free: (844) 764-7820 |
|---|---|---|

**Please complete this form as instructed so we can help you receive the information you are requesting.**

Patient Name: ______________ Maiden / AKA: ______________ Date of Birth: ______________
Street Address: ______________ Baptist Health MRN (optional): ______________
City / State / Zip: ______________ Telephone #: ______________
Email Address: ______________ Last four digits of SSN# ______________

1. **I authorize my records to be released to *one* of the following (select a or b and select delivery method):**
   a. ☐ **Myself:** I request Baptist Health to release my protected health information to me using the information listed above.
   **Select delivery method for myself:** ☐ **My Chart** (patient portal) ☐ **Paper via US Mail** ☐ **Encrypted CD via US Mail** ☐ **Encrypted Email**
   b. ☐ **Other person/organization:** I am the patient, or the legally authorized representative of the patient listed above and request Baptist Health to release my protected health information to the following:
   Person: ______________ Organization: ______________
   Street Address: ______________
   Fax: ______________ Telephone #: ______________
   Email: ______________
   **Select delivery method for other person/organization:** ☐ **Paper via US Mail** ☐ **Encrypted CD via US Mail** ☐ **Encrypted Email**
2. **Purpose of Release/disclosure to other person/organization (not required if the records are being disclosed directly to patient):**
   ☐ Continuation of Care/Transfer of Care ☐ Social Security / Disability ☐ Attorney/Legal ☐ Personal Use ☐ Insurance ☐ Other (specify below)
   ______________
3. **I am authorizing records to be released from:**
   ☐ Baptist Hospital (specify location) ______________
   ☐ Baptist Physician Office (provider name and address of office required) ______________
4. **For Dates of Service Requested: from ______________ to ______________ (if no dates are listed, default will be the past 12 months).**
5. **Please choose one of the following options:**
   ☐ Specific records such as lab results, x-ray reports, EKG, pathology report, billing etc. (please specify which records): ______________
   ______________
   ☐ Package 1: **Key Documentation** within the medical record (includes, as applicable, history & physical, diagnostic information, discharge summary, operative note, consults, office visit notes, laboratory results, test reports, and ER notes for the location, provider, and dates listed above).
   ☐ Package 2: **All Documentation** within the medical record (includes Package 1 contents along with all other contents of the medical record such as nursing notes, flow sheets, medication administration records, and physician orders for the location, provider, and dates listed above).
6. I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about my behavioral or mental health services and treatment I have received for drug and alcohol abuse.
7. **Revoking (cancelling) authorization:** I may revoke (cancel) this authorization at any time. Revocations (cancellations) **must be made in writing** and sent to Baptist Health Release of Information Department at the address listed on this form. Revocations (cancellations) will not apply to information that has already been released. If this authorization was obtained as a condition of providing insurance

# BAPTIST HEALTH

**TO:** lincoln
FAX: 603-334-0380
PHONE:

**FROM:**
FAX:
PHONE:
E-MAIL:

**NOTES:**
Please refax missing pages

**STATEMENT OF CONFIDENTIALITY: The information contained in this FAX is confidential for the use of the individual or entity named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that and dissemination, distribution, or copy of this communication is prohibited. If you have received this communication in error, please notify us by collect telephone, (Louisville/La Grange/ New Albany (Floyd) 502-259-4545, Lexington 859-260-4544, Richmond/Corbin 606-523-8699, Paducah 270-415-7105, Madisonville 270-825-5629) and return the original message to us at the above address at our expense. Please do not shred or discard the documents prior to report this matter to Baptist Health**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 18, 2021 |
| To: | BAPTIST HEALTH LEXINGTON |
| Attn: | Auth |
| Fax: | (270) 825-5942 |
| From: | Brian Armstrong<br>Claims Adjuster<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 2 |
| RE:<br><br>Claim #: 11495594<br>Claimant: April Tyler<br><br>Csl Behring Llc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

June 18, 2021

Baptist Health Lexington

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Tyler
Claimant D.O.B.:

To Whom It May Concern:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Csl Behring Llc.'s Group Disability Plan. We are writing in reference to April Tyler's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Baptist. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 25, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Brian Armstrong
Claims Adjuster
Phone No.: (844) 249-9678 Ext. 13987
Secure Fax No.: (603) 334-0380

# BAPTIST HEALTH

**TO:** lincoln
FAX: 603-334-0380
PHONE:

## FROM:
FAX:
PHONE:
E-MAIL:

## NOTES:
Authorization not compliant

**STATEMENT OF CONFIDENTIALITY: The information contained in this FAX is confidential for the use of the individual or entity named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that and dissemination, distribution, or copy of this communication is prohibited. If you have received this communication in error, please notify us by collect telephone, (Louisville/La Grange/ New Albany (Floyd) 502-259-4545, Lexington 859-260-4544, Richmond/Corbin 606-523-8699, Paducah 270-415-7105, Madisonville 270-825-5629) and return the original message to us at the above address at our expense. Please do not shred or discard the documents prior to report this matter to Baptist Health**

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 17, 2021 |
| To: | BAPTIST HEALTH LEXINGTON |
| Attn: | Medical Records Please |
| Fax: | (270) 825-5942 |
| From: | Brian Armstrong<br>Claims Adjuster<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE:<br><br>Claim #: 11495594<br>Claimant: April Tyler<br><br>Csl Behring Llc | |

[illegible] dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

June 17, 2021

Baptist Health Lexington

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Tyler
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, April Tyler.

To evaluate Ms. Tyler's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2021 through present

We ask that you provide this information by June 24, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

| BAPTIST HEALTH | **AUTHORIZATION TO RELEASE COPIES OF A MEDICAL RECORD** | Mail or Fax this request to:<br>Release of Information<br>2600 Stanley Gault Parkway Suite 101<br>Louisville, KY 40223<br>Phone: (502) 253-4820<br>Toll Free: (844) 764-7820 |
|---|---|---|

**Please complete this form as instructed so we can help you receive the information you are requesting.**

Patient Name: ______________________ Maiden / AKA: ____________ Date of Birth: ______________
Street Address: ______________________ Baptist Health MRN (optional): ______________________
City / State / Zip: ______________________________ Telephone #: ______________________
Email Address: ______________________________________ Last four digits of SSN#____________

1. **I authorize my records to be released to *one* of the following (select a or b and select delivery method):**
   a. ☐ **Myself:** I request Baptist Health to release my protected health information to me using the information listed above.

   **Select delivery method for myself:** ☐ **My Chart** (patient portal) ☐ **Paper via US Mail** ☐ **Encrypted CD via US Mail** ☐ **Encrypted Email**

   b. ☐ **Other person/organization:** I am the patient, or the legally authorized representative of the patient listed above and request Baptist Health to release my protected health information to the following:

   Person: ______________________ Organization: ______________________
   Street Address: ______________________________________________
   Fax: ____________________ Telephone #: ____________________
   Email: ______________________________________

   **Select delivery method for other person/organization:** ☐ **Paper via US Mail** ☐ **Encrypted CD via US Mail** ☐ **Encrypted Email**
2. **Purpose of Release/disclosure to other person/organization (not required if the records are being disclosed directly to patient):**
   ☐ Continuation of Care/Transfer of Care ☐ Social Security / Disability ☐ Attorney/Legal ☐ Personal Use ☐ Insurance ☐ Other (specify below)

   ______________________________________________
3. **I am authorizing records to be released from:**
   ☐ Baptist Hospital (specify location) ______________________________
   ☐ Baptist Physician Office (provider name and address of office required) ____________________
4. **For Dates of Service Requested:** from____________ to ____________ **(if no dates are listed, default will be the past 12 months).**
5. **Please choose one of the following options:**
   ☐ Specific records such as lab results, x-ray reports, EKG, pathology report, billing etc. (please specify which records): ____________

   ______________________________________________

   ☐ Package 1: **<u>Key Documentation</u>** within the medical record (includes, as applicable, history & physical, diagnostic information, discharge summary, operative note, consults, office visit notes, laboratory results, test reports, and ER notes for the location, provider, and dates listed above).

   ☐ Package 2: **<u>All Documentation</u>** within the medical record (includes Package 1 contents along with all other contents of the medical record such as nursing notes, flow sheets, medication administration records, and physician orders for the location, provider, and dates listed above).
6. I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about my behavioral or mental health services and treatment I have received for drug and alcohol abuse.
7. **Revoking (cancelling) authorization:** I may revoke (cancel) this authorization at any time. Revocations (cancellations) **must be made in writing** and sent to Baptist Health Release of Information Department at the address listed on this form. Revocations (cancellations) will not apply to information that has already been released. If this authorization was obtained as a condition of providing insurance

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 18, 2021 |
| To: | BAPTIST HEALTH LEXINGTON |
| Attn: | Auth |
| Fax: | (270) 825-5942 |
| From: | Brian Armstrong<br>Claims Adjuster<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 2 |
| RE: | Claim #: 11495594<br>Claimant: April Tyler<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

June 18, 2021

Baptist Health Lexington

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Tyler
Claimant D.O.B.:

To Whom It May Concern:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Csl Behring Llc.'s Group Disability Plan. We are writing in reference to April Tyler's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Baptist. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 25, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Brian Armstrong
Claims Adjuster
Phone No.: (844) 249-9678 Ext. 13987
Secure Fax No.: (603) 334-0380

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 18, 2021 |
| To: | BRYAN MANNING |
| Attn: | Form and Records Please |
| Fax: | (859) 296-3144 |
| From: | Brian Armstrong<br>Claims Adjuster<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 7 |
| RE: | Claim #: 11495594<br>Claimant: April Tyler<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

June 18, 2021

Bryan Manning

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Tyler
Claimant D.O.B.:

Dear Bryan Manning:

We are the Disability Claim Administrator for your patient, April Tyler.

To evaluate Ms. Tyler's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2021 through present

- Completion of the Enclosed Forms:

  X Functional Status Evaluation
  __ Other

We ask that you provide this information by June 25, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Brian Armstrong
Claims Adjuster
Phone No.: (844) 249-9678 Ext. 13987
Secure Fax No.: (603) 334-0380

Attachments: Functional Status Evaluation
11495594-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.17.2021

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

**Return To:** Brian Armstrong



EMPLOYEE/CLAIMANT NAME: April Tyler

CLAIM NO: 11495594

EMPLOYER/SPONSOR: Csl Behring Llc. DATE OF BIRTH: __________

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** __________

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

**EMOTIONAL STATE:** (mood and affect)

**EXPERIENCES:** (describe hallucinations/delusions)

**SENSORIUM:** (level of alertness, patient's orientation)

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** __________

**Short Term:** __________

**Long Term:** __________

**COGNITION:** (Define status and what testing determines impairment)

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**RISK BEHAVIORS:**

Suicidal thoughts, plans, actions ______________________________

Homicidal thoughts, plans, actions ______________________________

**SUBSTANCE ABUSE:** (abuse, dependency)

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**What functional abilities are still retained?**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**What job tasks can this person perform?**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

Goal: ____________ Success Indicator: ____________ Timeline: ____________

**Diagnosis (DSM-5)**

____________________

____________________

____________________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

List all current medications:

____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______
____________ Dosage: ______ Frequency: ______ Begin Date: ______ End Date: ______

Next scheduled office visit: ____________________

Comments:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|

Signature required: ______________________________ Date: ____________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

## I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative DocuSigned by: [signature] EAB22E16E67D48F... Date: 6/17/2021

Date of Birth: __ ________ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

June 17, 2021

**Employee Name:** Ms. APRIL TYLER
**Employer Name:** CSL Behring
**Correspondence Type:** Continuous Leave Acknowledgement with Disability
**Leave ID No.:** 11495716 **Disability Claim No.:** 11495594

## Purpose of Letter

This letter acknowledges receipt of your disability and leave request. Your leave under the Family & Medical Leave Act (FMLA) request and disability claim request for a leave of absence due to your own medical condition was received on June 10, 2021. We will use the medical information we receive from your treating provider to make a decision on your absence. Your absence was requested to begin on June 10, 2021.

***Please note: This is not an approval letter. Read the entire content of this letter carefully.***

We are currently processing your disability and leave. Your leave will run concurrently with your disability claim. We will monitor your disability claim for a leave determination. Your Case Manager will be in contact with you to discuss the details relating to your disability benefit and leave.

If your disability claim is not approved within 15 days, by July 2, 2021, or you do not meet the requirements to qualify for disability, your leave request may still be approved. At this time, you will be sent the required Certification of Health Care Provider form to be completed by your treating provider. Once returned, we will review for a leave determination.

## Your Entitlement

As of the date of this letter and prior to the beginning of your leave date, you have 480 hours of unpaid leave remaining under the Family & Medical Leave Act for the current 12 month period, which is measured backwards from the first date leave was taken.

## Important Employer Information

If you have additional questions around non leave-related benefits, please contact askHR at 1-844-602-7547 (toll free).

Please visit MyLincolnPortal.com for additional information about Leave of Absence. You will need to register as a first time user on MyLincolnPortal.com using your employee ID and your company code, CSLBehring.

Lincoln Financial Group®

### 24/7 Updates

Visit My Lincoln Portal[SM] from your computer or mobile device at www.mylincolnportal.com to:

- Report an absence
- Track the status of a claim or leave
- View payment information
- View leave entitlements, time available, used, and remaining
- Access contact information
- Download forms and educational resources

**First-time users:** Register by creating a user login and password using company code: CSLBehring

### Receive Letters Sooner

Get letters, forms, and other important information by email! Send your paperless request to LincolnLeaveAdmin@lfg.com with your name and leave ID to sign up!

### Contact Us

**By Email:**
LincolnLeaveAdmin@lfg.com

**By Phone:** (800) 291-0112

**By Fax:** (603) 334-0380

**Write us:**
Group Benefits Disability Claims
Lincoln Life Assurance Company of Boston
P.O. Box 2578
Omaha, NE 68172-9688

For any time under a leave of absence not covered by a paid disability benefit, you may be required to use your PTO until it is exhausted.

CSL Behring requires that you provide a return to work note from your physician in order to return to work. If you are released to return to work full time, without restrictions and limitations, please provide your return to work note to your manager. Should you have any restrictions and limitations, please reach out to Lincoln Financial Group who will contact CSL Behring to discuss these restrictions or limitations.

Inquiries regarding your employment status or any benefits should be discussed with your employer while you are on leave.

## Action Required

✓ **Read** the enclosed "**Read Me Next**" document and learn more about how the leave of absence process works.

✓ **Refer** to attached document "**Rights and Responsibilities under the Family and Medical Leave Act**," for information about eligibility, entitlement and other leave policies.

✓ **Review** all correspondence upon receipt and promptly return any requested forms.

✓ **Contact** your employer to schedule your return to work and discuss your employment status. In most cases, if you return before or at the conclusion of your leave, you will be reinstated to the same or an equivalent position upon your return from the leave under the Family & Medical Leave Act (FMLA).

✓ Once you have confirmed your Return to Work (RTW) date, you will use the Lincoln Financial Group Interactive Voice Response (IVR) telephone line to record your RTW date.

## Our Next Steps

✓ A Case Manager will contact you by phone for your initial claim interview.

✓ You will receive a communication regarding the decision and status of your absence.

✓ If your disability is not approved within 15 days or you do not meet the requirements to qualify, you may have the opportunity to certify your leave. ***If so, you will receive the Certification of Health Care Provider form to be completed by your treating provider.***

Sincerely,

Lincoln Financial Group®

## 24/7 Updates

Visit My Lincoln Portal[SM] from your computer or mobile device at www.mylincolnportal.com to:

- Report an absence
- Track the status of a claim or leave
- View payment information
- View leave entitlements, time available, used, and remaining
- Access contact information
- Download forms and educational resources

**First-time users:** Register by creating a user login and password using company code: CSLBehring

## Receive Letters Sooner

Get letters, forms, and other important information by email! Send your paperless request to LincolnLeaveAdmin@lfg.com with your name and leave ID to sign up!

## Contact Us

**By Email:**
LincolnLeaveAdmin@lfg.com

**By Phone:** (800) 291-0112

**By Fax:** (603) 334-0380

**Write us:**
Group Benefits Disability Claims
Lincoln Life Assurance Company of Boston
P.O. Box 2578
Omaha, NE 68172-9688

Lincoln Financial Group®

BRIAN ARMSTRONG
Disability Claims Department
Office Phone: (800) 291-0112
Office Fax: (603) 334-0380

Attachments: Read Me First- Leave FAQ
FMLA Rights

## 24/7 Updates

Visit My Lincoln Portal[SM] from your computer or mobile device at www.mylincolnportal.com to:

- Report an absence
- Track the status of a claim or leave
- View payment information
- View leave entitlements, time available, used, and remaining
- Access contact information
- Download forms and educational resources

**First-time users:** Register by creating a user login and password using company code: CSLBehring

## Receive Letters Sooner

Get letters, forms, and other important information by email! Send your paperless request to LincolnLeaveAdmin@lfg.com with your name and leave ID to sign up!

## Contact Us

**By Email:**
LincolnLeaveAdmin@lfg.com

**By Phone:** (800) 291-0112

**By Fax:** (603) 334-0380

**Write us:**
Group Benefits Disability Claims
Lincoln Life Assurance Company of Boston
P.O. Box 2578
Omaha, NE 68172-9688

# Leave Services

## Read Me Next - FAQ

Group Benefits

### What Is FMLA?

The Family Medical Leave Act (FMLA) is a Federal mandated benefit which provides eligible employees up to 12 weeks of unpaid job protection without the threat of job loss. The Leave Specialist manages the FMLA benefit and other Leave of Absences.

### What Is Entitlement?

Entitlement is 12 Weeks of unpaid, job protected leave provided to "eligible" employees for the following reasons:

- Incapacity due to Pregnancy and childbirth
- Bonding with newborn baby, foster child or adopted child
- Care of a family member or self with serious health condition
- Exigency Leave

### What Is LOA?

Leave of Absence (LOA) is an approved, unpaid absence from work. This absence can either be intermittent or continuous FMLA or coordinated with a disability claim.

### What is Disability Insurance?

Disability insurance provides supplemental income while an eligible employee is out of work on an approved medical leave of absence (non-work related illness or injury). A disability claim is managed by a Disability Case Manager (DCM).

### What is an Intermittent Leave?

An intermittent leave will allow unpaid, sporadic or periodic absences from work, rather than leave of absence involving a single absence of consecutive days.

### What is a Frequency?

The Frequency of an Intermittent FMLA leave is the estimated rate that absences could occur as a result of a certified serious health condition which is predicted by the physician.

### What is a Continuous Leave?

A continuous leave is a single unpaid leave of absence involving three or more consecutive days.

### Who Is Eligible?

**To be eligible for FMLA employees <u>must:</u>**

- Work for a covered employer at least 12 months prior to the start of the leave and
- Satisfy at least 1,250 hours during the 12 month period and
- Work in a location where the employer has 50 or more employees within a 75-mile radius.

### What is a Leave Specialist?

A Leave Specialist is a Lincoln Financial Group representative who manages and tracks your Leave of Absences.

### What is a Disability Case Manager (DCM)?

A DCM is a Lincoln Financial Group representative who manages your paid disability benefit.

### What is IVR?

The IVR is a computerized Interactive Voice Response system that allows a computer to interact with human voice. The IVR will allow you to report an intermittent absence, report your return to work, and report a new Leave or Claim.

### What is My Lincoln Portal℠?

A website dedicated to provide you 24/7 access to the most up to date information on your Disability or Leave request.

- Complete a onetime user registration and use company code CSLBehring to create an account. Returning user will enter ID and password.

- Click on View an Existing Claim or Leave and
  - Review Disability payments
  - See Claim and Leave Status
  - Get your leave entitlement balance
  - Report intermittent absences
  - Review your Time Applied Report

Lincoln Financial Group®

# Your Rights and Responsibilities Under the FAMILY AND MEDICAL LEAVE ACT

**Basic Leave Entitlement**

FMLA requires covered employers to provide up to 12 Weeks of unpaid, job protected leave to "eligible" employees for the following reasons:

- For incapacity due to pregnancy, prenatal medical care or child birth;
- To care for the employee's child after birth, or placement for adoption or foster care;
- To care for the employee's spouse, son or daughter, or parent, who has a serious health condition; or
- For a serious health condition that makes the employee unable to perform the employee's job

**Military Family Leave Entitlement**

Eligible employees with a spouse, son, daughter, or parent is on covered active duty or call to covered active duty status may use their 12-week leave entitlement to address certain qualifying exigencies. Qualifying exigencies may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings.

FMLA also includes a special leave entitlement that permits eligible employees to take up to 26 weeks of leave to care for a covered servicemember during a single 12 month period. A covered servicemember is (1) a current member of the Armed Forces, including a member of the National Guard or Reserves, who is undergoing medical treatment, recuperation or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness*; or (2) a veteran who was discharged or released under conditions other than dishonorable at any time during the five year period prior to the first date the eligible employee takes FMLA leave to care for the covered veteran, and who is undergoing medical treatment, recuperation, or therapy for a serious injury or illness.*

***The FMLA definitions of "serious injury or illness" for current servicemembers and veterans are distinct from the FMLA definition of "serious health condition".**

**Benefits and Protection:**

During FMLA leave, the employer must maintain the employee's health coverage under any "group health plan" on the same terms as if the employee had continued to work. Upon return from FMLA leave, most employees must be restored to their original or equivalent positions with equivalent pay, benefits, and other employment terms. Use of FMLA leave cannot result in the loss of any employment benefit that accrued prior to the start of an employee's leave.

**Eligibility Requirements**

Employees are eligible if they have worked for a covered employer for at least one year, for 1250 hours over the previous 12 months*, and if at least 50 employees are employed by the employer within 75 miles.

***Special hours of service eligibility requirements apply to airline flight crew employees.**

**Definition of Serious Health Condition**

A serious health condition is an illness, injury, impairment, or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents the employee from performing the functions of the employee's job, or prevents the qualified family member from participating in school or other daily activities.

Subject to certain conditions, the continuing treatment requirements may be met by a period of incapacity of more than 3 consecutive calendar days combined with at least two visits to a health care provider or one visit and a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may meet the definition of continuing treatment.

**Use of Leave**

An employee does not need to use this leave entitlement in one block. Leave can be taken intermittently or on a reduced leave schedule when medically necessary. Employees must make reasonable efforts to schedule leave for planned medical treatments so as not to unduly disrupt the employer's operations. Leave due to qualifying exigencies may also be taken on an intermittent basis.

**Substitution of Paid leave for Unpaid Leave**

Employees may choose or employers may require use of accrued paid leave while taking FMLA leave. In order to use paid leave for FMLA leave, employees must comply with the employer's normal paid leave policies.

**Employee Responsibilities**

Employees must provide 30 days advance notice of the need to take FMLA leave when the need is foreseeable. When 30 days' notice is not possible, the employee must provide notice as soon as practicable and generally must comply with an employer's normal call-in procedures. Employees must provide sufficient information for the employer to determine if the leave may qualify or FMLA protection and the anticipated timing and duration of the leave. Sufficient information may include that the employee is unable to perform job functions; the family member is unable to perform daily activities, the need for hospitalization or continuing treatment by a health care provider, or circumstances supporting the need for military family leave. Employees also must inform the employer if the requested leave is for a reason for which FMLA leave was previously taken or certified. Employees also may be required to provide a certification and periodic recertification supporting the need for leave.

**Employer Responsibilities**

Covered employers must inform employees requesting leave whether they are eligible under FMLA. If they are, the notice must specify any additional information required as well as the employee's rights and responsibilities. If they are not eligible, the employer must provide a reason for the ineligibility. Covered employers must inform employees if leave will be designated as FMLA-protected and the amount of leave counted against the employee's leave entitlement. If the employer determines that the leave is not FMLA-protected, the employer must notify the employee.

**Unlawful Acts by Employers**

FMLA makes it unlawful for any employer to:

- Interfere with, restrain, or deny the exercise of any right provided under FMLA;
- Discharge or discriminate against any person for opposing any practice made unlawful by FMLA or for involvement in any proceeding under or relating to FMLA.

**Enforcement**

An employee may file a complaint with the U.S. Department of Labor or may bring a private lawsuit against an employer. FMLA does not affect any Federal or State law prohibiting discrimination, or supersede any State or local law or collective bargaining agreement which provides greater family or medical leave rights.

**FMLA section 109 (29 U.S.C. § 2619) requires FMLA covered employers to post the text of this notice. Regulation 29 C.F.R. § 825.300(a) may require additional disclosures.**

**For additional Information:**

1-866-4US-WAGE (1-866-487-9243) TTY: 1-877-889-5627
WWW.WAGEHOUR.DOL.GOV

WH Publication 1420 Revised February 2013

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 17, 2021 |
| To: | BRYAN MANNING |
| Attn: | Form and Records Please |
| Fax: | (859) 296-3141 |
| From: | Brian Armstrong<br>Claims Adjuster<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages<br>(Including Cover): | 7 |
| RE: | Claim #: 11495594<br>Claimant: April Tyler<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

June 17, 2021

Bryan Manning

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Tyler
Claimant D.O.B.:

Dear Bryan Manning:

We are the Disability Claim Administrator for your patient, April Tyler.

To evaluate Ms. Tyler's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2021 through present

- Completion of the Enclosed Forms:

  _X_ Functional Status Evaluation
  __ Other

We ask that you provide this information by June 24, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an

individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Brian Armstrong
Claims Adjuster
Phone No.: (844) 249-9678 Ext. 13987
Secure Fax No.: (603) 334-0380

Attachments: Functional Status Evaluation
9448344-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.02.2019

# FUNCTIONAL MENTAL STATUS EVALUATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

**Return To:** Brian Armstrong ______________________________



EMPLOYEE/CLAIMANT NAME: April Tyler ______________________________

CLAIM NO: 11495594 ______________

EMPLOYER/SPONSOR: Csl Behring Llc. ______________ DATE OF BIRTH: ______________

**TO BE COMPLETED BY PHYSICIAN:**
Please provide a complete description of your patient's current Mental Status Exam in the following areas. Also, please attach a copy of your clinical progress notes and a copy of the treatment plan that is sent to the medical insurance company.

**Patient's description of Job Title and duties:** ______________________________

**GENERAL APPEARANCE:** (physical characteristics/grooming, etc.)

______________________________
______________________________
______________________________
______________________________

**EMOTIONAL STATE:** (mood and affect)

______________________________
______________________________
______________________________
______________________________

**EXPERIENCES:** (describe hallucinations/delusions)

______________________________
______________________________
______________________________
______________________________

**SENSORIUM:** (level of alertness, patient's orientation)

______________________________
______________________________
______________________________
______________________________

**MEMORY:** (Define status and what testing determines impairment)

**Immediate:** ______________________________

**Short Term:** ______________________________

**Long Term:** ______________________________

Lincoln Financial Group®



**COGNITION:** (Define status and what testing determines impairment)

**JUDGMENT AND INSIGHT:** (What evidence supports impairment?)

**RISK BEHAVIORS:**

**Suicidal thoughts, plans, actions** ______

**Homicidal thoughts, plans, actions** ______

**SUBSTANCE ABUSE:** (abuse, dependency)

**In what way do the above symptoms interfere with the person's ability to function in a work setting?**

**What functional abilities are still retained?**

**What job tasks can this person perform?**

**What kind of work settings can the patient perform in, at this time, despite the limitations above?**

Lincoln Financial Group®



**How is work readiness being measured? How will you include return to work in the short term goals of the treatment plan?**

____________________________________________________________________________________________

____________________________________________________________________________________________

____________________________________________________________________________________________

____________________________________________________________________________________________

Goal: ____________________ Success Indicator: ____________________ Timeline: ____________________

**Diagnosis (DSM-5)**

______________________________

______________________________

______________________________

If psychotherapy is indicated, what is the modality, frequency, name of provider and phone number?

____________________________________________________________________________________________

____________________________________________________________________________________________

____________________________________________________________________________________________

____________________________________________________________________________________________

List all current medications:

____________________ Dosage: ________ Frequency: ________ Begin Date: __________ End Date: __________

____________________ Dosage: ________ Frequency: ________ Begin Date: __________ End Date: __________

____________________ Dosage: ________ Frequency: ________ Begin Date: __________ End Date: __________

____________________ Dosage: ________ Frequency: ________ Begin Date: __________ End Date: __________

Next scheduled office visit: __________________________________

Comments:

____________________________________________________________________________________________

____________________________________________________________________________________________

____________________________________________________________________________________________

____________________________________________________________________________________________

| Examiner's Name (Please Print) | Title/Specialty | Tax ID# | Telephone No. | Fax No. |
|---|---|---|---|---|

Signature required: ________________________________________ Date: ____________________

Lincoln
Financial Group®

Lincoln Life Assurance Company of [illegible]
Group Benefits Disability Claims
P.O. Box [illegible]
[illegible], KY [illegible]
Phone No.: [illegible]
Secure Fax No.: [illegible]

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

[I H]EREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED [BE]LOW:

[Per]son(s) or group(s) of persons authorized to use or disclose the information: Any physician, medical practitioner, [illegible] clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, [illegible] Administration, governmental agency, MIB Inc., and any insurance support organizations.

[Per]son(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company [illegible] [Lin]coln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employ[ees] [illegible] Plan Sponsor of self-insured Plans and other organizations providing claims management services.

[De]scription of the information that may be used or disclosed: This Authorization specifically includes the release of [psy]chotherapy notes relating to me without restriction, including psychotherapy notes recorded in any medium documenting [or an]alyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

[Th]e information will be used or disclosed only for the following purposes: For purposes of investigating, evaluating and [illegible] my claim, and/or for insurance-related functions.

**[ST]ATEMENTS OF UNDERSTANDING & ACKNOWLEDGEMENT:**

[I] **understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by [illegible] [illegible] and, if so, may not be subject to federal or state law protecting its confidentiality.

[I] **understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in [illegible] [L]incoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in relian[ce] [o]n this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand th[at] [th]e revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payme[nt] [a]nd health care operations.

I **understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services [illegible] [n]ot conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or clai[m] payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of execution, except to the extent applicable state law imposes [o]r allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's [s]tandard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print): April Tyler

Name of legal representative, if applicable (print): ________________ Relationship: ________

Signature of claimant or legal representative: April Tyler

Date of Birth: [redacted] Claim Number: [illegible] Date: [illegible]

A copy of this authorization will be considered as valid as the original

[illegible] 1 Psychotherapy 2015

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| Date: | June 17, 2021 |
| To: | BAPTIST HEALTH LEXINGTON |
| Attn: | Medical Records Please |
| Fax: | (270) 825-5942 |
| From: | Brian Armstrong<br>Claims Adjuster<br>Phone No.: Phone No.: (844) 249-9678<br>Secure Fax No.: (603) 334-0380 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 11495594<br>Claimant: April Tyler<br><br>Csl Behring Llc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (844) 249-9678 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

June 17, 2021

Baptist Health Lexington

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594
Claimant: April Tyler
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, April Tyler.

To evaluate Ms. Tyler's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2021 through present

We ask that you provide this information by June 24, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0380 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Brian Armstrong
Claims Adjuster
Phone No.: (844) 249-9678 Ext. 13987
Secure Fax No.: (603) 334-0380

Attachments: 9448344-EMPLOYEE/CLAIMANT-AUTHORIZATION-12.02.2019

Lincoln
Financial Group®

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

[illegible] AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED [illegible]:

[illegible] or group(s) of persons authorized to use or disclose the information: Any physician, medical [illegible]

[illegible] or group(s) of persons authorized to collect or otherwise receive the information: [illegible]

[illegible] of the information that may be used or disclosed: [illegible]

[illegible] information will be used or disclosed only for the following purposes: [illegible]

**[illegible] OF UNDERSTANDING & ACKNOWLEDGEMENT:**

[illegible]

Name of Claimant (print): April Tyler

Name of legal representative, if applicable (print): ______ Relationship ______

Signature of claimant or legal representative: [signature]

Date of Birth: [redacted] Claim Number: [illegible] Date: [illegible]

**A copy of this authorization will be considered as valid as the original**

[illegible] Psychotherapy 2015

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________________________

Name of legal representative, if applicable (print) _________________________________ Relationship ___________________

Signature of claimant or legal representative _______________________________________ Date: ______________________

Date of Birth: ____________________ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. APRIL TYLER

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

June 18, 2021

Ms. April Tyler

RE: Short Term Disability (STD) Benefits
Csl Behring Llc.
Claim #: 11495594

Dear Ms. April Tyler:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Short Term Disability (STD) benefits under Csl Behring Llc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On 06/17/2021, we requested medical records from Dr. Manning and Baptist. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from June 1, 2021 through present from Dr. Manning and Baptist

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Csl Behring Llc.'s STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than July 31, 2021 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brian Armstrong
Claims Adjuster
Phone No.: (844) 249-9678 Ext. 13987
Secure Fax No.: (603) 334-0380

Attachments: Authorization - Medical

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ________________

Signature of claimant or legal representative ______________________________ Date: ________________

Date of Birth: ________________ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (844) 249-9678
Secure Fax No.: (603) 334-0380

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) April Tyler

Name of legal representative, if applicable (print) Na Relationship Na

Signature of claimant or legal representative DocuSigned by: [signature] EAB22616E67D48F... Date: 6/17/2021

Date of Birth: __ ________ Claim Number: 11495594

**A copy of this authorization will be considered as valid as the original.**

**From:** LincolnAbsenceNotification@lfg.com
**To:**
NABCTLincolnFinancial.Leave@CSLPLASMA.COM;JEREMY.CLEMONS@CSLPLASMA.COM
**Subject:** LINCOLN FINANCIAL NOTIFICATION: April Tyler Acknowledgement of Short Term Disability/Leave request for 1307106 Claim 11495594

**This e-mail is to inform you April Tyler applied for a short term disability leave of absence.** The disability claim and Leave requests are currently under review. You will receive an additional notification once a determination is made.

The employee reported a Last Day Worked of 6/9/2021.

If your employee works a variable work schedule that deviates from the typical Monday-Friday workweek, please contact Lincoln immediately to provide the accurate work schedule. Failure to provide this information timely could impact your employee's disability pay.

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 13987 or contact the assigned Case Manager at Brian.Armstrong2@lfg.com. Please be sure to reference claim number 11495594.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**