**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | | |
|---|---|---|
| **APRIL CONNOLLY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO.: 5:23-cv-00339-DCR** |

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Plaintiff April Connolly and Defendant Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with each party to bear its own costs and attorney's fees; and no costs, expenses or fees are sought.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal with prejudice and enter any necessary orders to close this case before the Court.

Dated this 1st day of August, 2024.

Respectfully submitted:

**CODY ALLISON & ASSOCIATES, PLLC**

/s/ *Andrew M. Hickman*
K. Cody Allison, KY Bar No. 97985
Andrew M. Hickman, KY Bar No. 99193
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
Telephone: (615) 234-6000
Fax: (615) 727-0175
cody@codyallison.com
drew@codyallison.com

*Attorneys for Plaintiff*

-and-

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ *Iwana Rademaekers* (*w/ permiss. AMH*)
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August 2024, it is anticipated that a true and exact copy of the foregoing will be served via the Court's CM/ECF system on:

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

/s/ *Andrew M. Hickman*
Andrew M. Hickman