UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| APRIL CONNOLLY,<br><br>Plaintiff, | ) | Civil Action No. 5: 23-339-DCR |
| V. | ) | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | **ORDER** |

*** *** *** ***

Plaintiff April Connolly has filed a stipulation of dismissal, with prejudice. [Record No. 12] Accordingly, it is hereby

**ORDERED** as follows:

1. All claims asserted by Plaintiff April Connolly in this matter are **DISMISSED**, with prejudice.

2. The parties shall bear their respective costs, expenses, and attorney's fees.

3. This matter is **DISMISSED** and **STRICKEN** from the docket.

Dated: August 2, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky